IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, et al. | : |
| Plaintiffs, | : |
| v. | : CIVIL ACT. NO.: 7:24-cv-54 |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, | : RULE 23 CLASS |
| Defendants. | : |

**NOTICE OF FILING FLSA CONSENTS OF OPT-IN PLAINTIFFS**

Plaintiffs hereby give notice that the Consent to Sue of Isael Sandoval Tapia is filed as an attachment to this notice. This FLSA consent form supplements those filed as Exhibit A to the initial complaint in this action.

1

2

Respectfully submitted this 17th day of October, 2024,

___s/D. Morton_____
Dawson M. Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710
Phone:  (404) 590-1295
dawson@dawsonmorton.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 17th day of October, 2024, electronically filed with the Clerk of the Court the foregoing NOTICE OF FILING FLSA CONSENTS OF OPT-IN PLAINTIFFS and all attachments. This filing will be served upon Defendants by CM/ECF.

                                              ___s/ Dawson Morton___
                                              Dawson Morton