## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, <br><br> Defendants. | CIVIL ACTION NO.: 7:24-cv-00054-WLS |

## JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37

The parties jointly move the Court for an order extending the deadline to file any motions pursuant to Fed. R. Civ. P. 37 related to the current pre-Rule 23 class and FLSA collective action certification discovery period to December 13, 2024 with respect to discovery propounded in September of 2024, and within twenty-one (21) days of the close of discovery with respect to discovery propounded in November of 2024. In support of their motion, the parties state as follows:

1. The Court entered a Discovery and Scheduling Order on September 11, 2024. ECF No. 23. The order specified that discovery in the case would be bifurcated into two phases: precertification discovery and post-certification discovery. The parties are currently in the precertification phase of discovery.

2. The precertification discovery phase is scheduled to be completed by December 9,

2024, and the parties have been diligently working on discovery over the past two months.

3. Plaintiffs served requests for production of documents on Defendants on September 23, 2024. Defendants served their written objections and responses on October 28, 2024, and started producing documents a week later. Defendants have not yet completed production of all documents responsive to Plaintiffs' requests.

4. Defendants served requests for production of documents and interrogatories on the named Plaintiffs and FLSA Opt-in Plaintiffs on September 27, 2024. The Plaintiffs and FLSA Opt-in Plaintiffs served their written objections and responses to the document requests on October 30, 2024, and started producing documents a week later. Plaintiffs have not yet completed production of all documents responsive to Defendants' requests. Defendants agreed to extend the due date for responses to interrogatories to November 20, 2024.

5. Plaintiffs served interrogatories and requests for admission on November 5, 2024. Responses to that discovery are due on or before December 9, 2024.

6. Pursuant to the Court's order, motions under Rule 37 must be filed within twenty-one (21) days of the date on which responses were due, twenty-one (21) days of receipt of an allegedly inadequate response, or twenty-one (21) days of the close of discovery, whichever first occurs. ECF. No. 23.

7. Because of the parties' rolling productions in response to the document requests it is not practical to file a Rule 37 motion within twenty-one days of the date on which responses were due, which would be November 18, 2024, as it is not yet clear if there is a dispute as to certain requests. In particular, the parties have met and conferred several times with respect to Defendants' production of electronically stored payroll information and are continuing to work

toward what they hope will be an amicable resolution of issues related to the production of that ESI.

8.  The parties are also working through issues related to the scope of discovery during the Phase I period that they hope will be resolved without the need for Court intervention, but need more time than would be allowed under the current schedule that calls for the filing of a motion by November 18, 2024, based on the date that responses to requests for production were due.

9.  Based on the foregoing, the Parties respectfully request that the Court extend the deadline to file a motion pursuant to Rule 37 to December 13, 2024, with respect to the discovery that was served in September of 2024, and within twenty-one (21) days of the close of discovery with respect to discovery that was served in November of 2024.

Respectfully submitted this 13th day of November, 2024.

| | |
|---|---|
| */s/ James M. Knoepp* <br> James M. Knoepp <br> Georgia Bar No. 366241 <br> **DAWSON MORTON, LLC** <br> 1612 Crestwood Drive <br> Columbia, SC 29205 <br> Phone: (828) 379-3169 <br> jim@dawsonmorton.com <br><br> Dawson Morton <br> Georgia Bar No. 525985 <br> **DAWSON MORTON, LLC** <br> 1808 Sixth St. <br> Berkeley, CA 94710 <br> Phone: (404) 590-1295 <br> dawson@dawsonmorton.com <br><br> *Attorneys for Plaintiffs* | */s/Martin B. Heller* <br> Martin B. Heller <br> Georgia Bar No. 360538 <br> mheller@fisherphillips.com <br> David Lerner <br> Georgia Bar No. 853678 <br> dlerner@fisherphillips.com <br> **FISHER & PHILLIPS LLP** <br> 1075 Peachtree Street NE, Suite 3500 <br> Atlanta, Georgia 30909 <br> Telephone: (404) -231-1400 <br> Facsimile: (404) 240-4249 <br><br> *Attorneys for Defendants* |