IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ARNULFO GARCIA-RAMOS,** *et al.*, | : |
| **Plaintiffs,** | : |
| v. | : CASE NO: 7:24-CV-54-WLS |
| **KENT HAMILTON,** *et al.*, | : |
| **Defendants.** | : |

## **ORDER**

Before the Court is the Joint Motion to Extend Deadline to File Motions Pursuant to Federal Rule of Civil Procedure 37 (Doc. 26) ("Motion to Extend"). Pursuant to the Court's Discovery and Scheduling Order (Doc. 23) ("Phase I Discovery Order") entered September 11, 2024, discovery in this case is bifurcated into two phases: Precertification discovery and Post-certification discovery. The Parties are currently in the Precertification discovery phase, and fact discovery during such phase is scheduled to be completed by December 9, 2024, unless extended by the Court. (Doc. 23 ¶ 5). Discovery disputes under Rule 37 are controlled by the Court's usual "21/21/21 Rule."[1]

In their Motion to Extend the Parties note the various discovery documents served in September 2024 and November 2024 on each other, as well as the written responses and objections received, and extension(s) agreed to between themselves. The Parties are also working through "issues related to the scope of discovery during the Phase I period" which they hope to resolve without Court intervention.

The Parties request the Court extend the 21/21/21 Rule deadline to file a Rule 37 motion with respect to discovery served in September 2024 to December 13, 2024. They

---

[1] That Rule provides: "Unless extended by the Court upon a showing of good cause by either party upon timely written motion, all motions made under Rule 37 must be filed within twenty-one (21) days of the date on which the response(s) was due, or twenty-one (21) days of receipt of an allegedly inadequate response or other alleged violation of Rule 37, and no later than twenty-one (21) days after the close of discovery, whichever first occurs."

1

further request that the deadline to file a Rule 37 motion with respect to discovery served in November 2024 be extended to require such motion be filed within twenty-one days of the close of discovery. The Parties have not requested an extension of the December 9, 2024 discovery deadline for Phase I. Thus, Rule 37 motions for discovery served in November 2024 would be Tuesday, December 31, 2024.

Having reviewed the Motion to Extend filed by the Parties and noting that they have been diligently working together to complete the limited discovery, the Court finds good cause to grant the Motion to Extend.

Accordingly, the Joint Motion to Extend Deadline to File Motions Pursuant to Federal Rule of Civil Procedure 37 (Doc. 26) is **GRANTED**.

It is hereby **ORDERED** that:

1. The deadline to file a Rule 37 motion with respect to discovery served by either Party in September 2024 is extended to **Friday, December 13, 2024**.

2. The deadline to file a Rule 37 motion with respect to discovery served by either Party in November 2024 is extended to no later than twenty-one (21) days after the close of discovery, or no later than **Tuesday, December 31, 2024**.

3. The remaining provisions of the Phase I Discovery Order (Doc. 23), including precertification fact discovery deadline of **Monday, December 9, 2024**, shall remain in effect.

**SO ORDERED**, this 15th day of November 2024.

> **/s/ W. Louis Sands**
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**