UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, et al., | : |
| *Plaintiffs*, | : |
| vs. | : |
| | : Civil Action No.: 7:24-CV-54 (WLS) |
| SOUTHERN VALLEY FRUIT & VEGETABLE, et al. | : |
| *Defendants*. | : |

**CONSENT MOTION TO STAY PROCEEDINGS**

COME NOW, Plaintiffs Arnulfo Garcia-Ramos, et al., and Defendants Southern Valley Fruit & Vegetable, et al., and file this, their Consent Motion to Stay Discovery in this case. In support of this Motion, the parties represent as follows:

1. Plaintiffs filed the Complaint on May 29, 2024.  [Doc. 1].

2. Defendants filed their Answer on July 9, 2024. [Doc. 11].

3. Since filing, a total of eight additional FLSA Opt-in Plaintiffs have joined this matter.

4. This Court entered a Discovery and Scheduling Order on September 11, 2024 [Doc. 23], providing for a phased discovery approach with Phase I of the discovery period focused on pre-certification discovery and closing on December 9, 2024.  That Order also set a deadline of January 23, 2025 for the filing of motions for FLSA collective action certification and Rule 23 class certification.

5. The parties have both propounded written discovery and both parties have produced written responses and produced some records, with production occurring on a rolling basis due to the scope and nature of the records sought.

6. At the request of the parties, the Court also entered an Order on November 15, 2024 [Doc. 27] extending the deadline to file motions pursuant to Rule 37 to December 13, 2024 for discovery served in September 2024 and December 31, 2024 for discovery served in November 2024.

7. Following exchange of significant written discovery, the parties have agreed that resolution of this matter is possible and that there are efficiencies obtained in doing so now.  The parties have begun to engage in discussions with the mutual goal of reaching an agreement to resolve all of the claims, including alleged class claims, against Defendants, and intend to engage in additional informal discovery followed by settlement discussions and mediation in early 2025.

8. Due to conflicting schedules, the holidays, and the limited availability of the anticipated mediator, as well as to provide for time to produce records under Rule 408 in anticipation of mediation so that the parties can both review and prepare class-wide damages estimates prior to mediation, the parties need a limited stay of the current Phase I discovery period and related deadlines from the Scheduling Order [Doc. 23] and the Rule 37 Order [Doc. 27] to allow the parties to fully explore a potential resolution.

9. The parties believe that a stay of the proceedings would allow them to effectively manage the costs of this case and efficiently attempt to resolve the matter while expending the least amount of litigation costs and judicial resources.

10. The parties have also agreed to toll applicable statute of limitations under the FLSA during the stay with a separate tolling agreement.

11. In furtherance of this goal, the parties mutually request that this Court stay the proceedings for 90 days from the date of any Order entered granting this motion.

12. If the parties are unable to resolve this matter, the parties will inform the court when they reach an impasse, and jointly submit a proposed modified Phase I scheduling order.

The parties file this Motion in good faith, and not with the intent to cause unnecessary delay.

Respectfully submitted this 22nd day of November, 2024.

| | |
|---|---|
| */s/ James M. Knoepp*<br>James M. Knoepp<br>Georgia Bar No. 366241<br>**DAWSON MORTON, LLC**<br>1612 Crestwood Drive<br>Columbia, SC 29205<br>Phone: (828) 379-3169<br>jim@dawsonmorton.com<br><br>Dawson Morton<br>Georgia Bar No. 525985<br>**DAWSON MORTON, LLC**<br>1808 Sixth St.<br>Berkeley, CA 94710<br>Phone: (404) 590-1295<br>dawson@dawsonmorton.com | */s/Martin B. Heller*<br>Martin B. Heller<br>Georgia Bar No. 360538<br>mheller@fisherphillips.com<br>David Lerner<br>Georgia Bar No. 853678<br>dlerner@fisherphillips.com<br>**FISHER & PHILLIPS LLP**<br>1075 Peachtree Street NE, Suite 3500<br>Atlanta, Georgia 30909<br>Telephone: (404) -231-1400<br>Facsimile: (404) 240-4249<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| *Attorneys for Plaintiffs* | |