**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ARNULFO GARCIA-RAMOS,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CASE NO:  7:24-CV-54-WLS** |
| | : | |
| **KENT HAMILTON,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER STAYING ACTION PENDING MEDIATION

On November 22, 2024, the Parties filed a Consent Motion to Stay Proceedings (Doc. 28) ("Motion to Stay") informing the Court that they have reached an agreement to submit all claims, including alleged class claims, presented in this action to mediation and requesting a ninety-day stay of this action pending mediation. As the Parties consent hereto, and for good cause shown, the Motion to Stay (Doc. 28) is **GRANTED**.

It is hereby **ORDERED** that this action is **STAYED** for ninety (90) days from the entry date of this Order—or until **Monday, February 24, 2025**—while the Parties pursue mediation.

It is further **ORDERED** that on or before **Monday, February 24, 2025**, the Parties shall file a status report stating whether this action has been resolved by mediation, whether the stay should be lifted, or whether, for good cause shown, additional time is needed to complete mediation. If the stay is lifted, the Parties shall include in their status report a proposed modified Phase I scheduling order.

**SO ORDERED**, this 25th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1