# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>    Plaintiffs,<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>    Defendants. | CIVIL ACTION NO.: 7:24-cv-00054-WLS |

## STATUS REPORT AND MOTION TO AMEND DISCOVERY AND SCHEDULING ORDER

The parties file this Status Report to inform the Court that they were unable to reach a resolution of this matter during a mediation conducted on February 13, 2025. Consistent with the Court's Order on November 25, 2024, staying this matter (ECF No. 29), the parties jointly move the Court to lift the stay in this case and enter an Amended Discovery and Scheduling Order related to Phase I discovery. The parties propose the following deadlines, which are also contained in the attached proposed order:

    1.    Deadline to respond to outstanding written discovery served prior to the stay: March 17, 2025.

    2.    Deadline for parties to file any motions under Rule 37 with respect to discovery served in September 2024: March 24, 2025.

    3.    Deadline for parties to file any motions under Rule 37 with respect to discovery

responses that are now due on or before March 17, 2025: April 15, 2025.

4. Deadline to complete Phase I discovery: April 18, 2025.

5. Deadline to file FLSA collective action certification motion and Rule 23 class certification motion: May 9, 2025.

6. Deadline to file a response to Rule 23 class certification motion: 45 days after filing of motion. The deadline to file a response to a FLSA collective action certification motion will be governed by Local Rule 7.2.

Respectfully submitted this 24th day of February, 2025.

| /s/ James M. Knoepp<br>James M. Knoepp<br>Georgia Bar No. 366241<br>**DAWSON MORTON, LLC**<br>1612 Crestwood Drive<br>Columbia, SC 29205<br>Phone: (828) 379-3169<br>jim@dawsonmorton.com<br><br>Dawson Morton<br>Georgia Bar No. 525985<br>**DAWSON MORTON, LLC**<br>1808 Sixth St.<br>Berkeley, CA 94710<br>Phone: (404) 590-1295<br>dawson@dawsonmorton.com<br><br>*Attorneys for Plaintiffs* | /s/Martin B. Heller<br>Martin B. Heller<br>Georgia Bar No. 360538<br>mheller@fisherphillips.com<br>David Lerner<br>Georgia Bar No. 853678<br>dlerner@fisherphillips.com<br>**FISHER & PHILLIPS LLP**<br>1075 Peachtree Street NE, Suite 3500<br>Atlanta, Georgia 30909<br>Telephone: (404) -231-1400<br>Facsimile: (404) 240-4249<br><br>*Attorneys for Defendants* |
|---|---|