**IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
GEORGIA VALDOSTA DIVISION**

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION TO AMEND DISCOVERY AND SCHEDULING ORDER**

The parties jointly file this Motion to Amend Discovery and Scheduling Order. In support of this Motion, the parties show that Defendants' responded to Plaintiff's outstanding interrogatories and requests for admission on March 17, 2025, consistent with the current discovery and scheduling order. During a status discussion on March 19, 2025, the parties discussed remaining discovery disputes and potential dates for depositions. In order to allow the parties to attempt to resolve their remaining discovery disputes without court intervention, and to provide ample time for depositions in Phase 1 discovery, while taking into account counsels' litigation and vacation schedules, the parties herein move the Court to extend all current discovery deadlines three weeks and amend the Discovery and Scheduling Order related to Phase I discovery accordingly. The parties propose the following deadlines, which are also contained in the attached proposed order:

1. Deadline for parties to file any motions under Rule 37 with respect to discovery served in September 2024: April 14, 2025.

2. Deadline for parties to file any motions under Rule 37 with respect to discovery responses that were served on March 17, 2025: May 6, 2025.

3. Deadline to complete Phase I discovery: May 9, 2025.

4. Deadline to file FLSA collective action certification motion and Rule 23 class certification motion: May 30, 2025.

5. Deadline to file a response to Rule 23 class certification motion: 45 days after filing of motion. The deadline to file a response to a FLSA collective action certification motion will be governed by Local Rule 7.2

Respectfully submitted this 20th day of March, 2025.

| /s/ James M. Knoepp<br>James M. Knoepp<br>Georgia Bar No. 366241<br>**DAWSON MORTON, LLC**<br>1612 Crestwood Drive<br>Columbia, SC 29205<br>Phone: (828) 379-3169<br>jim@dawsonmorton.com<br><br>Dawson Morton<br>Georgia Bar No. 525985<br>**DAWSON MORTON, LLC**<br>1808 Sixth St.<br>Berkeley, CA  94710<br>Phone: (404) 590-1295<br>dawson@dawsonmorton.com<br><br>*Attorneys for Plaintiffs* | /s/Martin B. Heller<br>Martin B. Heller<br>Georgia Bar No. 360538<br>mheller@fisherphillips.com<br>David Lerner<br>Georgia Bar No. 853678<br>dlerner@fisherphillips.com<br>**FISHER & PHILLIPS LLP**<br>1075 Peachtree Street NE, Suite 3500<br>Atlanta, Georgia 30909<br>Telephone: (404) -231-1400<br>Facsimile:  (404) 240-4249<br><br>*Attorneys for Defendants* |
|---|---|