# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **ARNULFO GARCIA-RAMOS,** *et al.*, : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **KENT HAMILTON,** *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO: 7:24-CV-54-WLS** |

## SECOND AMENDED DISCOVERY AND SCHEDULING ORDER
## (PRECERTIFICATION DISCOVERY PERIOD)

A discovery conference was held in the above-styled action on Tuesday, September 10, 2024. The Court entered a Discovery and Scheduling Order on September 11, 2024 (Doc. 23). This case was then stayed on November 25, 2024, at the request of the Parties so they could pursue alternative dispute resolution ("ADR") (Doc. 29). On February 24, 2025, the Parties filed a status report notifying the Court that they were unable to reach a resolution of this matter through their ADR efforts. The stay was lifted and an Amended Discovery and Scheduling Order (Precertification Discovery Period) (Doc. 31) ("Amended Discovery and Scheduling Order") was entered on February 26, 2025.

Presently before the Court is the Parties' second Joint Motion to Amend Discovery and Scheduling Order (Doc. 33) ("Motion"). Therein the Parties request a three-week extension of current discovery deadlines to allow them time to amicably resolve discovery disputes without court intervention, and to provide ample time for depositions in Phase 1 discovery, while taking into account counsels' litigation and vacation schedules. The Court finds the Motion is well-taken.

Accordingly, the Motion (Doc. 33) is **GRANTED** and the deadlines in the Amended Discovery and Scheduling Order (Doc. 31) are amended as follows:

1) Precertification fact discovery will be completed by **Friday, May 9, 2025**, unless extended by the Court for good cause shown upon timely written motion by either party.

2) Unless extended by the Court upon a showing of good cause by either party upon timely written motion, all motions made under Rule 37 must be filed within twenty-one (21) days of the date on which the response(s) was due, or twenty-one (21) days of receipt of an allegedly inadequate response or other alleged violation of Rule 37, and no later than twenty-one (21) days after the close of discovery, whichever first occurs. With respect to discovery that was already served by the parties in **September 2024**, the deadline to file any motions under Rule 37 is **Monday, April 14, 2025**. With respect to discovery that was served prior to the entry of the stay and which was responded to by **Monday, March 17, 2025**, the deadline to file a motion under Rule 37 is **Tuesday, May 6, 2025**.

3) Unless discovery is extended, all motions relating to FLSA collective action certification and Rule 23 class certification must be filed no later than **Friday, May 30, 2025**, unless extended by Order of the Court.

4) All remaining terms of the Court's Amended Discovery and Scheduling Order (Doc. 31) shall remain in effect.

**SO ORDERED**, this 24th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**