# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO.: 7:24-cv-00054-WLS<br><br>JUDGE W. LOUIS SANDS<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR 29 U.S.C. § 216(B) NOTICE TO SIMILARLY SITUATED WORKERS AND FOR DISCLOSURE OF CONTACT INFORMATION**

Plaintiffs are forklift drivers and maintenance workers brought to the United States by Defendants to work pursuant to the H-2A temporary foreign worker visa program to work in Defendants' warehouses in Georgia and Tennessee. They allege that Defendants failed to pay them and other similarly situated minimum and overtime wages as required by the Fair Labor Standards Act. (Compl. ¶¶ 151-170) (ECF No. 1.)

Pursuant to 29 U.S.C. § 216(b), Plaintiffs move the Court for an order finding that they are similarly situated to Defendants' other forklift, maintenance and sanitation warehouse employees and authorizing the sending of a proposed notice. (Ex. F.) Plaintiffs seek approval for notice to similarly situated workers defined as:

> **All individuals who were employed by Defendants as forklift operators, maintenance workers, or sanitation workers in the packing shed warehouses in 2022, 2023, or 2024.**

1

Plaintiffs additionally move the Court to:

1. Approve the proposed notice attached as Exhibit F;

2. Approve the proposed methods of sending the notice;

3. Order Defendants to provide Plaintiffs the names, addresses (U.S. and foreign), email addresses, and telephone numbers (U.S., foreign, cell phone, and WhatsApp) of the similarly situated warehouse workers employed as forklift drivers, maintenance employees, and sanitation employees within fourteen (14) days of entry of any order granting Plaintiffs' motion;

4. Allow ninety (90) days from the date on which Plaintiffs first send the notice for potential opt-in Plaintiffs to return their consent forms; and

5. Allow Plaintiffs to send a reminder notice to potential opt-in Plaintiffs forty-five (45) days after the initial notice was sent.

    Respectfully submitted,

**/s/ Dawson Morton**
Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

James M. Knoepp
Georgia Bar No. 366241
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com