# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS,<br>PABLO CASTILLO-OLGUIN, and<br>all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT &<br>VEGETABLE, INC.; HAMILTON<br>GROWERS, INC.; KENT HAMILTON;<br>HAMILTON PRODUCE, L.P.;<br>KENDA PROPERTIES, L.P.; WK<br>HOLDINGS, LLC; and WKW, LLC,<br><br>    Defendants. | CASE NO.: 7:24-cv-00054-WLS |

## DECLARATION OF ARNULFO GARCIA-RAMOS

1. My name is Arnulfo Garcia-Ramos. I am a Plaintiff in this case. I worked for the Defendants for many years and I know about their practices of not paying more for overtime hours worked in a week. I also know the Defendants bought products from agricultural companies and distributors to resell.

2. I am from San Luis Potosí, México and speak Spanish. I speak Spanish with my friends and family. I have limited abilities when it comes to speaking or understanding English.

3. I worked for the Defendants with H-2A visas for many years, including each year from 2021 through 2023. I worked in both Georgia and Tennessee for the Defendants.

4. Between 2021 and 2023 my primary job responsibility with the Defendants was to work in their warehouses operating a forklift. I used the forklift to move products to coolers, to the packing lines, to storage or labeling areas, and around the warehouse. I also worked in the shipping department preparing shipping documents and registering shipments and the delivery of products.

5. When I was working in the warehouses between 2021 and 2023 we would receive products from elsewhere, including Florida, South Carolina, Mexico, Canada, and other agricultural companies in Georgia and Tennessee. This produce was grown by other agricultural companies. I and my co-workers who also operated forklifts would move those products throughout the warehouse to be repacked into Southern

        Valley boxes and labeled and packaged as the supermarket or food distributor wanted. The products that were coming from other farms and that I and my co-workers were moving around the warehouse were received every week.

6. I have knowledge of the products that came into and left the Defendants' warehouses. I know that they regularly purchased other people's products that they repackage and ship as produce from their farms. I and others who worked at the warehouses were involved in moving and processing these other products.

7. When I worked for the Defendants it was common to work long hours. Between 2021 and 2023 I and my co-workers in the warehouses regularly worked more than 40 hours per week for the Defendants.

8. I did not receive any overtime payment for the additional hours of work I performed weekly at my job. The same thing happened to my co-workers who worked in the warehouses. I talked with others about pay and I saw some of their checkstubs. To my knowledge none of us got overtime pay.

9. I kept some of the checkstubs from my work with the Defendants from this time period. Copies of some of those checkstubs are attached to this declaration and show the hours that I worked, the wage rate that I was paid, and show that I was not paid any overtime wages.

10. I swear under penalty of perjury under the laws of the United States that what is stated is true to the best of my memory.

                                                                               [signature]

                                                                               Arnulfo Garcia-Ramos

2775 ELLENTON NORMAN PARK ROAD
NORMAN PARK, GA 31771

Employee: ARNULFO GARCIA
Id: 8286
SSN: 
ARN: 
Crew: SHIPPING
Biz: 68-2217832
Check: 481970
Ck Dt: 12/17/2022
From: 05/01/2022   Thru: 12/17/2022

COLD WET WEATHER 28 HOURS OFFERED

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 12/05/2022 | FORKLIFT HOURLY - H2A | 12.75 | | 11.99 | | | 152.87 |
| 12/06/2022 | FORKLIFT HOURLY - H2A | 7.75 | | 11.99 | | | 92.92 |
| 12/07/2022 | FORKLIFT HOURLY - H2A | 8.50 | | 11.99 | | | 101.92 |
| 12/08/2022 | FORKLIFT HOURLY - H2A | 6.75 | | 11.99 | | | 80.93 |
| 12/09/2022 | FORKLIFT HOURLY - H2A | 11.50 | | 11.99 | | | 137.89 |
| 12/10/2022 | FORKLIFT HOURLY - H2A | 8.00 | | 11.99 | | | 95.92 |
| Totals | | | | | | .00 | 662.45 |

| | Hrs Wrkd | Gross | Other Pay | Fed W/H | Soc Sec | Medi | St W/H | St Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 55.25 | 662.45 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 662.45 |
| YTD | 2,410.00 | 28,887.07 | 469.20 | | | | | | | |

Vac Hrs Avail: .000   Sick Hrs Avail: .000   Other Hrs Avail: .000

HAMILTON GROWERS, INC  
2775 ELLENTON NORMAN PARK ROAD  
NORMAN PARK GA 31771

Employee: ARNULFO GARCIA RAMOS  
Id: 9286  
SSN:  
ARN:  
32 hours offered  
Crew: SHIPPING  
EIN: 58-2217832  

Check: 481486  
Ck Dt: 12/10/2022  
From: 03/01/2022   Thru: 12/03/2022

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 11/28/2022 | FORKLIFT HOURLY - H2A | 14.00 | | 11.99 | | | 167.86 |
| 11/29/2022 | FORKLIFT HOURLY - H2A | 7.75 | | 11.99 | | | 92.92 |
| 11/30/2022 | FORKLIFT HOURLY - H2A | 8.75 | | 11.99 | | | 104.91 |
| 12/01/2022 | FORKLIFT HOURLY - H2A | 9.25 | | 11.99 | | | 110.91 |
| 12/02/2022 | FORKLIFT HOURLY - H2A | 6.25 | | 11.99 | | | 74.94 |
| 12/03/2022 | FORKLIFT HOURLY - H2A | 11.75 | | 11.99 | | | 140.88 |
| Totals | | | | | | .00 | 692.42 |

| Date | |
|---|---|
| 11/21/2022 | FORKLIFT |
| 11/22/2022 | FORKLIFT |
| 11/23/2022 | FORKLIFT |
| 11/25/2022 | FORKLIFT |
| 11/26/2022 | FORKLIFT H |
| Totals | |



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ARNULFO GARCIA-RAMOS,            )
PABLO CASTILLO-OLGUIN, and       )
all others similarly situated,   )
                                 )
    Plaintiffs,                  )
                                 )
v.                               )
                                 )   CASE NO.: 7:24-cv-00054-WLS
SOUTHERN VALLEY FRUIT &          )
VEGETABLE, INC.; HAMILTON        )
GROWERS, INC.; KENT HAMILTON;    )
HAMILTON PRODUCE, L.P.;          )
KENDA PROPERTIES, L.P.; WK       )
HOLDINGS, LLC; and WKW, LLC,     )
                                 )
    Defendants.                  )

## DECLARACIÓN DE ARNULFO GARCÍA-RAMOS

1. Mi nombre es Arnulfo García-Ramos. Soy un demandante en este caso. Trabajé para los demandados durante muchos años y conozco sus prácticas de no dar paga adicional por las horas extras en una semana. Tambien conozco que los demandados compraron productos de empresas agrícolas y distribuidores para revenderlos.

2. Soy de San Luis Potosí, México y hablo español. Hablo español con mis amigos y familiares. Tengo habilidades limitadas cuando se trata de hablar o entender el inglés.

3. Trabajé para los demandados con visas de H-2A durante muchos años, incluso cada año desde 2021 hasta 2023. Trabajé tanto en Georgia como en Tennessee para los demandados.

4. Entre los años 2021 y 2023, mi principal responsabilidad laboral con los demandados fue trabajar en sus bodegas operando un montacargas. Utilicé el montacargas para mover los productos a los refrigeradores, a las líneas de empaque, a las áreas de almacenamiento o etiquetado, y alrededor de la bodega. También trabajé en el departamento de 'shipping' preparando documentos de envío y registrando envíos y llegados de productos.

5. Cuando trabajaba en las bodegas entre 2021 y 2023, recibíamos productos de otros lugares, como Florida, Carolina del Sur, México, Canadá y otras empresas agrícolas de Georgia y Tennessee. Este era un producto que era cultivado por otras empresas agrícolas. Mis compañeros de trabajo, que también operaban montacargas, y yo movíamos esos productos por todo la bodega para volver a empaquetarlos en cajas de Southern Valley y etiquetarlos y empaquetarlos como quisiera el supermercado o el

Doc ID: 526f29d86904ccdbc323e6e8c809f20108d208fc

distribuidor de alimentos. Los productos que venían de otras granjas y que mis compañeros de trabajo y yo movíamos por la bodega se recibían todas las semanas.

6. Tengo conocimiento de los productos que entraban y salían de las bodegas de los demandados. Sé que regularmente compraban productos de otras personas que reempaquetan y envían como productos de sus granjas. Yo y otras personas que trabajábamos en las bodegas participábamos en el traslado y procesamiento de estos otros productos comprados.

7. Cuando trabajaba para los demandados, era común trabajar muchas horas. Entre los años 2021 y 2023, yo y mis compañeros de trabajo en las bodegas trabajamos regularmente más de 40 horas a la semana para los demandados.

8. No recibí pago de overtime como un pago adicional por las horas extras hechas semanales en mi trabajo. Lo mismo ocurría con mis compañeros de trabajo que trabajaban en las bodegas. Hablé con otras personas sobre el pago y vi algunos de sus talones de cheques. Que yo sepa, a ninguno de nosotros nos pagaron overtime.

9. Conservé algunos de los talones de cheques de mi trabajo con los demandados de este período de tiempo. Se adjuntan copias de algunos de esos talones de cheques a esta declaración y muestran las horas que trabajé, la tasa salarial que me pagaron y muestran que no me pagaron ningún salario por horas extras.

10. Juro, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo que se dice es cierto hasta donde yo recuerdo.

_____
Arnulfo Garcia-Ramos

Doc ID: 526f29d86904ccdbc323e6e8c809f20108d208fc

## TRANSLATOR STATEMENT

I, Carlos Radillo hereby state that I am a California State Court (CA Certification 900025) and Federal Court Certified Spanish Language Judicial Interpreter and that I have translated from Spanish into English truly, accurately and to the best of my ability three documents which were provided to me digitally, which are hereto attached:

Declaration of Arnulfo Garcia-Ramos

Declaration of Pablo Castillo Olguin

Declaration of Rafael Joaquin-Guerrero

_____

Carlos Radillo, on  4/18/25