# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, ) <br> PABLO CASTILLO-OLGUIN, and ) <br> all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN VALLEY FRUIT & ) <br> VEGETABLE, INC.; HAMILTON ) <br> GROWERS, INC.; KENT HAMILTON; ) <br> HAMILTON PRODUCE, L.P.; ) <br> KENDA PROPERTIES, L.P.; WK ) <br> HOLDINGS, LLC; and WKW, LLC, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: 7:24-cv-00054-WLS |

### DECLARATION OF RAFAEL JOAQUIN GUERRERO

1. My name is Rafael Joaquin Guerrero. I joined this case by filing a consent to sue form.

2. I worked for the Defendants with H-2A visas for many years, including each year from 2021 through 2023. I worked in the Georgia warehouse doing packing, cooler, and warehouse operations. My supervisor was Michael Norman.

3. Between 2021 and 2023 I worked in the warehouse operating a forklift, cleaning up the packing lines, removing old cardboard, cleaning under the packing lines, removing garbage and products which had fallen or were in bad condition, and cleaning the coolers with a pressure washer.

4. When I was working in the warehouse between 2021 and 2023 we would receive produce that was not grown by the Defendants. I and my co-workers who also operated forklifts would move those products off the trucks that delivered them, into coolers to store them, and later throughout the warehouse for them to be repacked into Southern Valley boxes.

5. In addition to operating a forklift moving these products throughout the warehouse, I was also responsible for removing the empty cardboard boxes that the purchased products arrived in. We bound those boxes outside the warehouse near the loading dock for recycling. The products that were coming from other companies and that I and my co-workers were moving around the warehouse were received every week.

1

6. Between 2021 and 2023 I would sometimes work as part of the sanitation team that cleaned up the packing shed lines where the products that were arriving from other companies were being sorted and re-packaged.  I also used a pressure washer to clean the coolers where this produce was stored so I could see all the products that had come from other companies.

7. Between 2021 and 2023 I and my co-workers in the warehouse regularly worked more than 40 hours per week for the Defendants.  I was never paid any additional pay for overtime hours I did at work.  I know it was the same for my co-workers who drove forklifts or did maintenance or sanitation.  I know this because we discussed how we were paid by the Defendants.

8. I kept some of the checkstubs from my work with the Defendants from this time period.  Copies of some of those checkstubs are attached to this declaration and show the hours that I worked, the wage rate that I was paid, and show that I was not paid any overtime wages.

9. I swear under penalty of perjury under the laws of the United States that what is stated is true to the best of my memory.

[signature]
———————————————
Rafael Joaquin-Guerrero

Employee: RAFAEL JOAQUIN GUERRERO
Id: 9139  SSN: ...770   Crew: PS-SANI/MAIN   Check: 497802
ARN:                    EIN: 58-2217832     Ck Dt: 07/08/2023
40 hours offered                            From: 05/01/2023  Thru: 07/01/2023

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 06/25/2023 | MAINTENANCE HOURLY | 4.017 | | 13.67 | | | 54.91 |
| 06/25/2023 | SANITATION HOURLY - H2A | 3.233 | | 13.67 | | | 44.20 |
| 06/26/2023 | MAINTENANCE HOURLY | 3.000 | | 13.67 | | | 41.01 |
| 06/26/2023 | SANITATION HOURLY - H2A | 1.750 | | 13.67 | | | 23.92 |
| 06/27/2023 | SANITATION HOURLY - H2A | 8.000 | | 13.67 | | | 109.36 |
| 06/28/2023 | MAINTENANCE HOURLY | 6.000 | | 13.67 | | | 82.02 |
| 06/28/2023 | SANITATION HOURLY - H2A | 8.250 | | 13.67 | | | 112.78 |
| 06/29/2023 | MAINTENANCE HOURLY | 6.000 | | 13.67 | | | 82.02 |
| 06/29/2023 | SANITATION HOURLY - H2A | 4.750 | | 13.67 | | | 64.93 |
| 06/30/2023 | MAINTENANCE HOURLY | 6.500 | | 13.67 | | | 88.86 |
| 06/30/2023 | SANITATION HOURLY - H2A | 6.500 | | 13.67 | | | 88.86 |
| 07/01/2023 | MAINTENANCE HOURLY | 5.250 | | 13.67 | | | 71.77 |
| 07/01/2023 | SANITATION HOURLY - H2A | 4.500 | | 13.67 | | | 61.52 |
| Totals: | | | | | | .00 | 926.16 |

| | Gross | Other Pay | Fed W/H | Soc Sac | Medi | St W/H | St/Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Period: | 926.16 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 926.16 |
| YTD: | 14,327.93 | 446.50 | .00 | .00 | .00 | .00 | .00 | .00 | |

| | Hrs Wrkd | Vac Hrs Avail: | Sick Hrs Avail: | Other Hrs Avail: |
|---|---|---|---|---|
| Period: | 67.75 | .000 | .000 | .000 |
| YTD: | 1,054.30 | | | |

JOAQUIN GUERRERO
ARN:   SSN:   ...770
1ST WK FOR SOME 40 HOURS OFFERED

Check: 486293
Ck Dt: 04/01/2023
Crew: MICHAEL
EIN: 58-2217832
From: 01/01/2023   Thru: 03/25/2023

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 03/19/2023 | MAINTENANCE HOURLY - H2A | 4.50 | | 13.67 | | | 61.52 |
| 03/20/2023 | MAINTENANCE HOURLY - H2A | 10.00 | | 13.67 | | | 136.70 |
| 03/21/2023 | MAINTENANCE HOURLY - H2A | 10.00 | | 13.67 | | | 136.70 |
| 03/22/2023 | MAINTENANCE HOURLY - H2A | 10.25 | | 13.67 | | | 140.12 |
| 03/23/2023 | MAINTENANCE HOURLY - H2A | 10.75 | | 13.67 | | | 146.95 |
| 03/24/2023 | MAINTENANCE HOURLY - H2A | 10.25 | | 13.67 | | | 140.12 |
| 03/25/2023 | GENERAL LABOR HOURLY - H2A | 4.00 | | 13.67 | | | 54.68 |
| 03/25/2023 | MAINTENANCE HOURLY - H2A | 5.00 | | 13.67 | | | 68.35 |
| Totals: | | | | | | .00 | 885.14 |

| | Hrs Wrkd | Gross | Other Pay | Fed W/H | Soc Sec | Medi | St W/H | St/Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 64.75 | 885.14 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 885.14 |
| YTD | 144.55 | 1,891.52 | 446.50 | .00 | .00 | .00 | .00 | .00 | .00 | |

Vac Hrs Avail: .000   Sick Hrs Avail: .000   Other Hrs Avail: .000

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>Defendants. | CASE NO.: 7:24-cv-00054-WLS |

## DECLARACIÓN DE RAFAEL JOAQUÍN GUERRERO

1. Mi nombre es Rafael Joaquín Guerrero. Me uní a este caso por medio de un formulario de consentimiento para demandar.

2. Trabajé para los demandados con visas de H-2A durante muchos años, incluso cada año desde 2021 hasta el año 2023. Trabajé en la bodega de Georgia con las operaciones de empaque, enfriador y almacen de Georgia. Mi supervisor era Michael Norman.

3. Entre 2021 y 2023 trabajé en la bodega operando un montacargas, limpiando las líneas de empaque, retirando el cartón viejo, limpiando debajo de las líneas de empaque, retirando la basura y los productos caídos o en mal estado, y limpiando los refrigeradores con una lavadora de agua a presión.

4. Cuando trabajaba en la bodega entre los años 2021 y 2023, recibíamos productos que no eran cultivados por los demandados. Mis compañeros de trabajo, que también operaban montacargas, y yo trasladábamos esos productos de los camiones que los entregaban a refrigeradores para almacenarlos y, más tarde, a través de la bodega para que se volvieran a empaquetar en cajas de Southern Valley.

5. Además de operar un montacargas para mover estos productos en la bodega, también era responsable de retirar las cajas de cartón vacías en las que llegaban los productos comprados. Atamos esas cajas fuera de la bodega, cerca del muelle de carga, para su reciclaje. Los productos que venían de otras empresas y que mis compañeros y yo estábamos moviendo por la bodega se recibían todas las semanas.

1

6. Entre los años 2021 y 2023, a veces trabajaba como parte del equipo de saneamiento que limpiaba las líneas de los galpones de empaque donde se clasificaban y volvían a empaquetar los productos que llegaban de otras empresas. También utilicé una lavadora de agua a presión para limpiar las refrigadores donde se almacenaban estos productos para poder ver todos los productos que habían venido de otras empresas.

7. Entre los años 2021 y 2023, yo y mis compañeros de trabajo en la bodega trabajábamos regularmente más de 40 horas a la semana para los demandados. Nunca me pagaron pago adicional por las horas extras hecho en mi trabajo. Sé que era lo mismo para mis compañeros de trabajo que conducían montacargas o hacían mantenimiento o saneamiento. Lo sé porque discutimos cómo nos pagaron los demandados.

8. Conservé algunos de los talones de cheques de mi trabajo con los demandados de este período de tiempo. Se adjuntan copias de algunos de esos talones de cheques a esta declaración y muestran las horas que trabajé, la tasa salarial que me pagaron y muestran que no me pagaron ningún salario por horas extras.

9. Juro, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo que se dice es cierto hasta donde yo recuerdo.

R.J.G
_____
Rafael Joaquin-Guerrero

2

**TRANSLATOR STATEMENT**

I, Carlos Radillo hereby state that I am a California State Court (CA Certification 900025) and Federal Court Certified Spanish Language Judicial Interpreter and that I have translated from Spanish into English truly, accurately and to the best of my ability three documents which were provided to me digitally, which are hereto attached:

Declaration of Arnulfo Garcia-Ramos

Declaration of Pablo Castillo Olguin

Declaration of Rafael Joaquin-Guerrero

_____

Carlos Radillo, on   4/18/25