# EXHIBIT D

# Deposition Transcript

Case Number: 7:24-cv-00054-WLS
Date: May 9, 2025

In the matter of:
# ARNULFO GARCIA-RAMOS v SOUTHERN VALLEY FRUIT & VEGETABLE

# Jonathan T. Schwalls = CORP. REP.



**CERTIFIED COPY**

Reported by:
Anne Chilton

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                          VALDOSTA DIVISION


                              ---oOo---


ARNULFO GARCIA-RAMOS,              §
PABLO CASTILLO-OLGUIN, and         §
all other similarly situated,      §
                                   §
Plaintiffs,                        §
                                   §
v.                                 §   CASE ACTION
                                   §
SOUTHERN VALLEY FRUIT &            §   FILE NO: 7:24-cv-00054-WLS
VEGETABLE, INC.; HAMILTON          §
GROWERS, INC., KENT HAMILTON;      §
HAMILTON PRODUCE, L.P.;            §
KENDA PROPERTIES, L.P.; WK         §
HOLDINGS, LLC; and WKW, LLC,       §
                                   §
Defendants.                        §
```

        REMOTE DEPOSITION OF JONATHAN T. SCHWALLS, Designated Representative of Hamilton Growers, Incorporated, located in Norman Park, Georgia, via Zoom Steno Connect Videoconference, commencing at about 10:06 A.M. EST on Friday, May 9th, 2025, before ANNE H. CHILTON, Certified Shorthand Reporter, License No. 3669, and Notary Public in and for the State of Michigan.

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

```
 1  APPEARANCES VIA STENO CONNECT:
 2
    FOR THE PLAINTIFFS:
 3
            DAWSON MORTON, LLC
 4
            BY:   JAMES M. KNOEPP, ESQ.
 5
            1612 Crestwood Drive
 6
            Columbia, South Carolina  29205
 7
            (828) 379-3169
 8
            jim@dawsonmorton.com
 9
10          DAWSON MORTON, LLC
11          BY:   DAWSON MORTON, ESQ.
12          1808 Sixth Street
13          Berkeley, California  94710
14          (404) 590-1295
15          dawson@dawsonmorton.com
16
17  FOR THE DEFENDANTS:
18          FISHER PHILLIPS, LLP
19          BY:   MARTIN B. HELLER, ESQ.
20                DAVID LERNER, ESQ.
21          1230 Peachtree Street NE, Suite 3300
22          Atlanta, Georgia  30909
23          mheller@fisherphillips.com
24          dlerner@fisherphillips.com
25
```

```
                    W I T N E S S    I N D E X

                           ---oOo---

WITNESS                                                       PAGE



    JONATHAN T. SCHWALLS


Examination by Mr. Knoepp                                        5

Examination by Mr. Heller                                      254

Re-examination by Mr. Knoepp                                   255



                    E X H I B I T   I N D E X


EXHIBIT NO.               DESCRIPTION                         PAGE


Exhibit 007   Listing of travel payments                       202

Exhibit 200   Plaintiffs' Amended Notice of Deposition           6
              of Hamilton Growers, Inc.

Exhibit 201   Check stubs                                       77
              [PLS_001846, 001851, 001734, 001927, 001928]

Exhibit 202   Defendants' Objections and Responses to          103
              Plaintiff's First Set of Interrogatories

Exhibit 203   Forms ETA-790 and ETA-790A                       129
              [Defs. 008906-8941]

Exhibit 204   Forms ETA-790 and ETA-790A                       138
              [Defs. 005983-6017]


                  (Exhibits attached to transcript.)
```

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

```
 1            FRIDAY, MAY 9, 2025, 10:06 A.M. EST
 2                         ---oOo---
 3            THE COURT REPORTER:  Good morning.  My name is
 4   Anne Chilton, Certified Shorthand Reporter and Notary
 5   Public in the State of Michigan.  I am located in
 6   Grosse Ile, Michigan.
 7            Today's date is Friday, May 9th, 2025.  The
 8   time is approximately 10:06 a.m. Eastern Time.
 9            This is the remote deposition via Zoom
10   videoconference of Jon Schwalls located in Norman
11   Park, Georgia.
12            The attorneys appearing in this deposition
13   acknowledge that I am not physically present in the
14   deposition room, that I will be reporting this
15   deposition remotely, and that I will administer the
16   oath to the witness remotely.
17            The parties and their counsel further agree
18   that while I am a licensed court reporter, the witness
19   may be in a state where I am not licensed.  The
20   parties stipulate that this deposition may be taken
21   before me.
22            If any party has any objection to this
23   manner of reporting or anything stated above, please
24   state so now.
25            (No response. )
```

|   |   |
|---|---|
| 1 | THE COURT REPORTER: Hearing none, we can |
| 2 | proceed. |
| 3 | Sir, raise your right hand, please. |
| 4 | Do you swear or affirm the testimony you are |
| 5 | about to give in this cause will be the truth, the |
| 6 | whole truth, and nothing but the truth? |
| 7 | THE WITNESS: I do. |
| 8 | THE COURT REPORTER: Thank you. |
| 9 | *      *      * |
| 10 | J O N A T H A N  T.  S C H W A L L S, |
| 11 | having been first duly sworn or affirmed, was examined |
| 12 | and testified as follows: |
| 09:49 13 | MR. KNOEPP: Just before we get started, I |
| 10:07 14 | just want to correct one thing about your read-on. |
| 15 | The deposition is actually the deposition of Hamilton |
| 16 | Growers, Incorporated -- |
| 17 | THE COURT REPORTER: Okay. |
| 10:07 18 | MR. KNOEPP: -- by and through its designated |
| 10:07 19 | representative, Mr. Schwalls. |
| 10:07 20 | THE COURT REPORTER: All right. Thank you. |
| 21 | E X A M I N A T I O N |
| 10:07 22 | BY MR. KNOEPP: |
| 10:07 23 | Q. Good morning, Mr. Schwalls. |
| 10:07 24 | A. Good morning. |
| 10:07 25 | Q. Can you state your full name for the record, please? |

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

| | | | |
|---|---|---|---|
| 10:07 | 1 | A. | Jonathan Thomas Schwalls. |
| 10:07 | 2 | Q. | Can you give me the city and state in which you |
| 10:07 | 3 | | reside? |
| 10:07 | 4 | A. | Norman Park, Georgia. |
| 10:08 | 5 | Q. | I understand that you have been designated as the |
| 10:08 | 6 | | representative to testify on behalf of Hamilton |
| 10:08 | 7 | | Growers, Incorporated today.  Is that your |
| 10:08 | 8 | | understanding as well? |
| 10:08 | 9 | A. | Correct. |
| | 10 | | (Deposition Exhibit 200 was presented and |
| | 11 | | subsequently marked for identification.) |
| 10:08 | 12 | BY MR. KNOEPP: | |
| 10:08 | 13 | Q. | I'm going to show you what we've marked as Exhibit |
| 10:08 | 14 | | 200.  Do you see that on your screen? |
| 10:08 | 15 | A. | Okay. |
| 10:08 | 16 | Q. | Sorry if it's far away. |
| 10:08 | 17 | | This is the deposition notice that we issued |
| 10:08 | 18 | | in this case.  I'm going to go to -- |
| 10:08 | 19 | | This in particular is the amended deposition |
| 10:08 | 20 | | notice that shows that we changed the deposition to a |
| 10:08 | 21 | | remote deposition.  I'm going to the third page. |
| 10:08 | 22 | | Do you see the third page that says Topics Of |
| 10:08 | 23 | | Deposition? |
| 10:08 | 24 | A. | I do. |
| 10:08 | 25 | Q. | And then there's another page that ends with topic |

| | | |
|---|---|---|
| 10:08 | 1 | number 11.  Do you see those? |
| 10:08 | 2 | A.  I do. |
| 10:08 | 3 | Q.  Are you the person who's been designated on behalf of |
| 10:08 | 4 | the corporation to testify with respect to all of the |
| 10:09 | 5 | topics today? |
| 10:09 | 6 | A.  I am. |
| 10:09 | 7 | Q.  I'm sorry.  I didn't hear your answer. |
| 10:09 | 8 | A.  I am. |
| 10:09 | 9 | Q.  Great. |
| 10:09 | 10 | MR. HELLER:  Jim, before you get started on |
| 10:09 | 11 | the topics themselves, I would just point out that the |
| 10:09 | 12 | parties have had communications since the notice went |
| 10:09 | 13 | out as to topics 1 and -- 1 and 11, whichever |
| 10:09 | 14 | objections we had where you agreed to some limitations |
| 10:09 | 15 | as to the objections and the overbroad topics.  Just |
| 10:09 | 16 | putting that on the record. |
| 10:09 | 17 | MR. KNOEPP:  Correct, yeah, and, you know, |
| 10:09 | 18 | again, if you think it's -- the question is too far |
| 10:09 | 19 | afield or outside of the scope of a topic or outside |
| 10:09 | 20 | of what we talked about prior to the deposition, just |
| 10:09 | 21 | let me know and we'll try and get that resolved either |
| 10:09 | 22 | on the -- |
| | 23 | MR. HELLER:  Yeah. |
| 10:09 | 24 | MR. KNOEPP:  -- record or off the record. |
| 10:10 | 25 | MR. HELLER:  Yeah, and that's -- you know, |

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

| | | | |
|---|---|---|---|
| 02:51 | 1 | Q. | Between 2018 and 2024, for people who worked doing any |
| 02:52 | 2 | | of the duties in the packing shed we've been talking |
| 02:52 | 3 | | about, forklift operator, maintenance work, sanitation |
| 02:52 | 4 | | work, mechanic work, did those individuals sometimes |
| 02:52 | 5 | | work more than 40 hours in a workweek? |
| 02:52 | 6 | A. | Name those again. |
| 02:52 | 7 | Q. | Sure.  Forklift operators, maintenance work, |
| 02:52 | 8 | | sanitation work, mechanic work. |
| 02:52 | 9 | A. | Well, I don't have any mechanic work in the packing |
| 02:52 | 10 | | shed, but the other ones, yes. |
| 02:52 | 11 | Q. | So forklift operator, maintenance work, and sanitation |
| 02:52 | 12 | | work, between 2018 and 2024 those individuals |
| 02:52 | 13 | | sometimes worked more than 40 hours a week, correct? |
| 02:52 | 14 | A. | Correct. |
| 02:52 | 15 | Q. | In fact, it was pretty common for those individuals in |
| 02:52 | 16 | | those three occupations to work more than 40 hours per |
| 02:53 | 17 | | week, right? |
| 02:53 | 18 | A. | Correct. |
| 02:53 | 19 | Q. | Would you say they regularly worked more than 40 hours |
| 02:53 | 20 | | a week? |
| 02:53 | 21 | A. | Yes.  I think so. |
| 02:53 | 22 | Q. | When they did that, were any of them paid any overtime |
| 02:53 | 23 | | wages? |
| 02:53 | 24 | A. | I'm sorry? |
| 02:53 | 25 | Q. | When they did that, when they worked more than 40 |

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

| | | |
|---|---|---|
| 02:53 | 1 | hours in a workweek, were any of them paid any |
| 02:53 | 2 | overtime wages? |
| 02:53 | 3 | MR. HELLER: Object to form. |
| 02:53 | 4 | A. Under -- under those designations that you just named, |
| 02:53 | 5 | forklift, sanitation and maintenance, no. They |
| 02:53 | 6 | shouldn't have been. |
| 02:53 | 7 | BY MR. KNOEPP: |
| 02:53 | 8 | Q. And I was referring to the time period 2018 to 2024 in |
| 02:53 | 9 | case I wasn't clear. |
| 02:53 | 10 | Does that change your answer at all? |
| 02:53 | 11 | A. No. They shouldn't have been. |
| 02:54 | 12 | Q. Is it fair to say that for those workers who had the |
| 02:54 | 13 | designation of forklift operator, maintenance or |
| 02:54 | 14 | sanitation, that it was a company policy that overtime |
| 02:54 | 15 | wages were not paid? |
| 02:54 | 16 | MR. HELLER: Object to form. |
| 02:54 | 17 | You can answer. |
| 02:54 | 18 | A. There's not a policy. Somebody -- Hamilton Growers |
| | 19 | complies with the AEWR rate. |
| | 20 | (Clarification requested |
| 02:54 | 21 | by the court reporter.) |
| 02:54 | 22 | A. There's not a policy. Hamilton Growers complies with |
| 02:54 | 23 | the Adverse Effect Wage Rate for the workers. |
| 02:54 | 24 | BY MR. KNOEPP: |
| 02:54 | 25 | Q. Yeah, and my question was specific as to overtime. |

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

| | | |
|---|---|---|
| 02:54 1 | | Not talking about the Adverse Effect Wage Rate. I'm |
| 02:54 2 | | talking about when people work more than 40 hours in |
| 3 | | a workweek. |
| 02:54 4 | | Do you understand what I mean by overtime |
| 02:54 5 | | pay? |
| 02:54 6 | A. | I understand. |
| 02:54 7 | Q. | And so when somebody works more than 40 hours a week, |
| 02:54 8 | | sometimes they're paid one-and-a-half times their |
| 02:54 9 | | normal hourly rate as overtime pay. Is that your |
| 02:55 10 | | understanding as well? |
| 02:55 11 | A. | Not under Ag, no, and not under Federal Motor Carrier, |
| 02:55 12 | | no. |
| 02:55 13 | Q. | I'm just talking about general overtime. I just want |
| 02:55 14 | | to make sure that we're on the same page as to what we |
| 02:55 15 | | mean by overtime. |
| 02:55 16 | A. | I understand what overtime means in the concept of the |
| 02:55 17 | | world. I also understand what it means under FLSA, |
| 02:55 18 | | and so overtime does not come into effect with us. |
| 02:55 19 | | It's not a policy or decision to be made. |
| 02:55 20 | Q. | Well, this... |
| 02:55 21 | | Is it fair to say that the policy at Hamilton |
| 02:55 22 | | Growers between 2018 and 2024 was that forklift |
| 02:55 23 | | operators would not be paid overtime? |
| 02:55 24 | | MR. HELLER: Object to form. |
| 02:55 25 | A. | It is the policy of Hamilton Growers to comply with |

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

| | | |
|---|---|---|
| 02:55 | 1 | the AEWR rates and state and federal laws, that's the |
| 02:56 | 2 | policy, and how my lawyer -- how it applies is how |
| 02:56 | 3 | it's been -- or how -- we're advised as how it's |
| | 4 | applied. |
| 02:56 | 5 | BY MR. KNOEPP: |
| 02:56 | 6 | Q.  So if you paid the Adverse Effect Wage Rate, you |
| 02:56 | 7 | didn't have to pay overtime?  Is that what you're |
| 02:56 | 8 | stating is the policy? |
| 02:56 | 9 | MR. HELLER:  Object to form. |
| 02:56 | 10 | A.  That is what I understand from legal counsel and from |
| 02:56 | 11 | DOL is that -- |
| 02:56 | 12 | MR. HELLER:  Jon, Jon, don't share what |
| 02:56 | 13 | you've learned from legal counsel.  We're not waiving |
| 02:56 | 14 | privilege over any legal counseling.  You can say what |
| 02:56 | 15 | your understanding of the law is, but don't share what |
| 02:56 | 16 | you've been told by any legal counsel. |
| 02:56 | 17 | THE WITNESS:  Understood. |
| 02:56 | 18 | A.  That's what I understand, we comply. |
| 02:56 | 19 | BY MR. KNOEPP: |
| 02:56 | 20 | Q.  I'm sorry.  Just so that I understand it's clear that |
| | 21 | -- that -- |
| 02:57 | 22 | Is it your understanding that if you paid the |
| 02:57 | 23 | Adverse Effect Wage Rate, that you would not have to |
| 02:57 | 24 | pay overtime? |
| 02:57 | 25 | A.  Correct. |

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

| | | |
|---|---|---|
| 02:57 | 1 | Q. Not asking for... |
| 02:57 | 2 | So is that why nobody in those job positions |
| 02:57 | 3 | got overtime pay? |
| 02:57 | 4 | MR. HELLER: Object to form. |
| 02:57 | 5 | A. They were all paid and in compliance of FLSA and the |
| 02:57 | 6 | Federal Motor Carriers. |
| 02:57 | 7 | BY MR. KNOEPP: |
| 02:57 | 8 | Q. And that policy applied to forklift drivers, |
| 02:58 | 9 | sanitation workers and maintenance workers, correct? |
| 02:58 | 10 | A. It applies to all workers under the contract that |
| 02:58 | 11 | perform the farm labor classification. |
| 02:58 | 12 | Q. I'm sorry. I didn't -- it broke up on my end. I |
| 02:58 | 13 | didn't catch what you said. |
| 02:58 | 14 | A. It applies to all workers under the contract in which |
| 02:58 | 15 | it performed the duties under farm work. |
| 02:58 | 16 | Q. So if I understand what you said, the answer to my |
| 02:58 | 17 | previous question about whether it applied to forklift |
| 02:58 | 18 | drivers, sanitation and maintenance employees, the |
| 02:58 | 19 | answer is yes, right? |
| 02:58 | 20 | MR. HELLER: Object to form. |
| 02:58 | 21 | A. I don't know how else to say it. |
| 02:59 | 22 | It refers to all workers. Any -- any of |
| 02:59 | 23 | those job duties you see in there, if a worker |
| 02:59 | 24 | performed his job duties, some or all of his job |
| 02:59 | 25 | duties, it applies to every one of them. |

| | | | |
|---|---|---|---|
| 05:56 | 1 | | change about that.  I didn't look at the purchases.  I |
| 05:56 | 2 | | just saw a list of the vendors that we purchased from. |
| 05:56 | 3 | | So the vendor list is the vendor list.  Where it went |
| 05:56 | 4 | | to wouldn't have been subject to the vendor list. |
| 05:56 | 5 | Q. | The outside produce that was delivered to the packing |
| 05:56 | 6 | | shed, was that purchased by Hamilton Growers or by |
| 05:56 | 7 | | Southern Valley? |
| 05:56 | 8 | A. | No, sir.  By Southern Valley. |
| 05:56 | 9 | Q. | But it was handled by employees of Hamilton Growers; |
| 05:56 | 10 | | is that right? |
| 05:56 | 11 | A. | That would be correct. |
| 05:56 | 12 | Q. | And each year between 2018 and 2024 it was a |
| 05:57 | 13 | | substantial amount of produce that was purchased; is |
| 05:57 | 14 | | that fair to say? |
| 05:57 | 15 | A. | That's fair to say. |
| 05:57 | 16 | Q. | More than 20 million dollars per year at the Georgia |
| 05:57 | 17 | | facility; does that sound right? |
| 05:57 | 18 | A. | Painfully so. |
| 05:57 | 19 | Q. | Sometimes as much as 25 million dollars in outside |
| 05:57 | 20 | | produce purchases; is that right? |
| 05:57 | 21 | A. | Yes, sir. |
| 05:57 | 22 | Q. | What about in the Tennessee -- with respect to the |
| 05:57 | 23 | | Tennessee facility?  What amount of outside produce is |
| 05:57 | 24 | | purchased then delivered to that facility? |
| 05:57 | 25 | A. | Well, you're really testing me there.  That's -- |

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

| | | | |
|---|---|---|---|
| 05:59 | 1 | | there. |
| 05:59 | 2 | Q. | When the product gets delivered to the packing shed in |
| 05:59 | 3 | | Georgia, it's taken off of the trucks that it comes on |
| 05:59 | 4 | | by forklift operators; is that right? |
| 06:00 | 5 | A. | It would be received by the shipping department, and |
| 06:00 | 6 | | so the -- you know, the product is identified, it's |
| 06:00 | 7 | | counted, the bill of lading is verified. |
| 06:00 | 8 | Q. | And who does that? |
| 06:00 | 9 | A. | The shipping department. |
| 06:00 | 10 | Q. | Right, but is there a specific person or people who do |
| 06:00 | 11 | | that in the shipping department? |
| 06:00 | 12 | A. | Well, whoever is in the shipping department. I mean, |
| 06:00 | 13 | | it's not like these two guys are the two guys that do |
| 06:00 | 14 | | this. It's in the shipping department. I have no way |
| 06:00 | 15 | | to know who would have received that other than they |
| 06:00 | 16 | | worked in the area -- the specific area of shipping. |
| 06:00 | 17 | Q. | And then the forklift drivers need to then move it and |
| 06:00 | 18 | | put it in the cooler, right? |
| 06:00 | 19 | A. | The shipping department does that. |
| 06:00 | 20 | Q. | Right, but the shipping department -- the forklift |
| 06:01 | 21 | | drivers are the ones who drive a forklift, pick up the |
| 06:01 | 22 | | pallet and move it into the cooler; is that right? |
| 06:01 | 23 | A. | Correct. |
| 06:01 | 24 | Q. | And if that -- if that product gets moved around the |
| 06:01 | 25 | | warehouse, it gets done using a forklift; is that |

| | | |
|---|---|---|
| 06:01 1 | | right? |
| 06:01 2 | A. | Right, by the shipping department. It's moved -- it's |
| 06:01 3 | | transported and moved around wherever it goes by a |
| 06:01 4 | | forklift by the shipping department. Yes, sir. |
| 06:01 5 | Q. | These are -- these are pallets of product that, you |
| 06:01 6 | | know, you can't move by hand; is that right? |
| 06:01 7 | A. | Correct. |
| 06:01 8 | Q. | Or at least not quickly; is that fair to say? |
| 06:01 9 | A. | I've seen guys that can move it. |
| 06:01 10 | Q. | Yeah. Well, yeah. I'm sure that you can move it, it |
| 06:02 11 | | might just take a really long time. That's why you |
| 06:02 12 | | have the forklifts; is that accurate? |
| 06:02 13 | A. | Right. Yes, sir. |
| 06:02 14 | Q. | I want to just -- we're almost done here. I do want |
| 06:03 15 | | to ask a couple questions about some of the columns on |
| 06:03 16 | | a spreadsheet related to the outside produce, and I'm |
| 06:03 17 | | going to share my screen again and share an Excel |
| 06:03 18 | | file. So give me just a second. |
| 06:03 19 | | All right. Are you able to see my screen in |
| 06:03 20 | | a very large Excel file? |
| 06:03 21 | A. | Can you -- can you change that to like 125 percent for |
| 06:03 22 | | me? |
| 06:03 23 | Q. | Yep. Does that help? |
| 06:03 24 | A. | Gotcha. |
| 06:03 25 | Q. | All right. I'm also going to expand these columns |