# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, | ) | |
| PABLO CASTILLO-OLGUIN, and | ) | |
| all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | |
| | ) | **FILE NO.: 7:24-cv-00054-WLS** |
| SOUTHERN VALLEY FRUIT & | ) | |
| VEGETABLE, INC.; HAMILTON | ) | |
| GROWERS, INC.; KENT HAMILTON; | ) | |
| HAMILTON PRODUCE, L.P.; | ) | |
| KENDA PROPERTIES, L.P.; WK | ) | |
| HOLDINGS, LLC; and WKW, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT HAMILTON GROWERS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION

Pursuant to Federal Rule of Civil Procedure 26 and 36, Defendant Hamilton Growers, Inc. ("Defendant"), by and through its undersigned counsel, responds to the Requests for Admission of Plaintiffs Arnulfo Garcia-Ramos and Pablo Castillo-Olguin ("Plaintiffs") as follows:

## PRELIMINARY STATEMENT

A.      The following responses are based upon information presently available to Defendant. Said responses are made without prejudice to Defendant's right to utilize subsequently discovered facts.

B.      No incidental or implied admissions of fact by Defendant are made by the responses below.  The fact that Defendant has responded to part of or all of any request is not intended to, and shall not, be construed as a waiver by Defendant of all or any part of any objection to any request.

C.      This Preliminary Statement is incorporated into each of the responses set forth below.

D.      Discovery is ongoing and Defendant reserves the right to supplement its responses as

information becomes available.

## OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSION

**Request for Admission No. 1:**

Admit that between March 29, 2018 and the present you did not pay time and one half overtime pay to individuals employed by you who were assigned to perform the job duties of forklift operator in a packing shed, maintenance work in a packing shed, sanitation work in a packing shed, or mechanic work on equipment or machinery when they worked more than 40 hours in a given workweek.

**Response to Request for Admission No. 1:**

Hamilton Growers admits that its workers identified above are covered by the agricultural

exemption and/or the motor carrier act exemption to overtime, and thus, were paid straight time

for all hours worked but did not receive 1 ½ times their rate of pay for hours worked over 40 in a

workweek.

**Request for Admission No. 2:**

Admit that for individuals employed by you between March 29, 2018 and the present who were assigned to perform the job duties of forklift operator in a packing shed, maintenance work in a packing shed, sanitation work in a packing shed, or mechanic work on equipment or machinery you paid those individuals an hourly wage rate that was exactly equal to the Adverse Effect Wage Rate applicable at the time.

**Response to Request for Admission No. 2:**

Admitted.

**Request for Admission No. 3:**

Admit that you maintain just one office to prepare and process payroll.

**Response to Request for Admission No. 3:**

Admitted.

**Request for Admission No. 4:**

Admit that between March 29, 2018 and the present you employed more then forty (40) individuals in positions where forklift, maintenance, or sanitation was listed on the individuals' paycheck stub.

**Response to Request for Admission No. 4:**

As noted in Defendants' Responses and Objections to Plaintiffs' First Interrogatories, it is not possible for Defendants to identify exactly which employees performed said job duties nor or those job "positions," however, as noted in Response to Interrogatories Nos. 1 and 2, more than 40 individuals combined had one of the listed job duties on their paystub at some point.

**Request for Admission No. 5:**

For the time period between March 29, 2018 and the present, admit that for all individuals you employed who worked in a packing shed and were paid at the Adverse Effect Wage Rate, that those individuals all worked under the same job title listed in the H-2A job orders that were filed with the United States government each year.

**Response to Request for Admission No. 5:**

Some of the job orders may have listed one category of jobs, but not a single job title, and clearly identified many different job tasks and duties within the category of jobs.  As such, this Request for Admission is denied.

Respectfully submitted this 17th day of March, 2025.

*s/Martin B. Heller*
Martin B. Heller
Georgia Bar No. 360538
David Lerner
Georgia Bar No. 853678
**FISHER & PHILLIPS LLP**
1230 Peachtree Street NE, Suite 3300
Atlanta, Georgia 30909
Telephone: (404) -231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, | ) | |
| PABLO CASTILLO-OLGUIN, and | ) | |
| all others similarly situated, | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | **CIVIL ACTION FILE** |
| v. | ) | |
| | ) | **FILE NO.: 7:24-cv-00054-WLS** |
| SOUTHERN VALLEY FRUIT & | ) | |
| VEGETABLE, INC.; HAMILTON | ) | |
| GROWERS, INC.; KENT HAMILTON; | ) | |
| HAMILTON PRODUCE, L.P.; | ) | |
| KENDA PROPERTIES, L.P.; WK | ) | |
| HOLDINGS, LLC; and WKW, LLC, | ) | |
| | ) | |
|      Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

On March 17, 2025, I served a true and correct copy of **DEFENDANT HAMILTON GROWERS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSION** via electronic mail to the following counsel of record:

Dawson Morton, Esq.                James M. Knoepp
Dawson Morton, LLC                 Dawson Morton, LLC
1808 Sixth St.                     1612 Crestwood Drive
Berkeley, CA 9471                  Columbia, SC 29205
dawson@dawsonmorton.com            jim@dawsonmorton.com

This 17th day of March, 2025.

                                        *s/Martin B. Heller*
                                        Martin B. Heller
                                        Georgia Bar No. 360538