# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO.: 7:24-cv-00054-WLS <br><br> JUDGE W. LOUIS SANDS <br><br> CLASS ACTION |

## ERRATA AND CERTIFICATION

Plaintiffs file this Errata to certify, in compliance with Local Rule 5.1, that Plaintiffs' Motion for FLSA Collective Action Certification (ECF No. 35) included discovery materials that were attached as exhibits. The discovery materials—excerpts from a deposition transcript and responses to Requests for Admission—were cited in Plaintiffs' memorandum of law in support of their arguments. This statement and errata certifies that the discovery documents filed were referred to in the memorandum of law and accordingly were "used" in this proceeding as specified in Local Rule 5.1.

Respectfully submitted,

*/s/ Dawson Morton*
Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710

Phone: (404) 590-1295
dawson@dawsonmorton.com

James M. Knoepp
Georgia Bar No. 366241
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
Phone: (828) 379-3169
jim@dawsonmorton.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

                                                */s/ Dawson Morton*
                                                Dawson Morton
                                                Georgia Bar No. 525985

this 30th day of May, 2025.