IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO.: 7:24-cv-00054-WLS <br><br> JUDGE W. LOUIS SANDS <br><br> CLASS ACTION |

**PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION**

Plaintiffs file this Motion for Rule 23 Class Certification and hereby move to certify a class and two subclasses pursuant to Federal Rule of Civil Procedure 23(b)(3), declare that Plaintiffs are adequate class representatives, and appoint class counsel pursuant to Rule 23(g). Plaintiffs seek Rule 23 class certification for the claims set forth in Counts III, IV, and V of their Complaint for breach of contract, violations of the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 29 U.S.C. §§ 1801, *et seq.*, and fraud. (ECF No. 1 - Compl. ¶¶ 172-213).

The proposed main class and subclasses are:

Class I (Wage Claim Class), represented by Plaintiffs Arnulfo Garcia-Ramos and Pablo Castillo-Olguin, is defined as:

> **All individuals who were employed by Defendants—regardless of visa status—as forklift operators, maintenance workers, or**

1

**sanitation workers in the packing shed warehouses between March 29, 2018 and December 31, 2024, during workweeks when Defendant Hamilton Growers, Inc. was certified to employ H-2A workers.**

Class II (H-2A Reimbursement Class), represented by Plaintiffs Arnulfo Garcia-Ramos and Pablo Castillo-Olguin, is a subclass of the Wage Claim Class and is defined as:

**All individuals admitted as H-2A temporary foreign workers and employed by Defendants as forklift operators, maintenance workers, or sanitation workers in the packing shed warehouses between March 29, 2018 and December 31, 2024.**

Class III (AWPA Class), represented by Plaintiff Arnulfo Garcia-Ramos, is also a subclass of the Wage Claim class and is defined as:

**All individuals who were employed by Defendants as forklift operators, maintenance workers, or sanitation workers in the packing shed warehouses between March 29, 2018 and December 31, 2024, during workweeks when Defendant Hamilton Growers, Inc. was not certified to employ H-2A workers.**

For the reasons detailed in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Rule 23 Class Certification, and the evidence attached, the Court should grant Plaintiffs' Motion for Rule 23 Class Certification and (i) certify the Classes; (ii) find that the Named Plaintiffs are adequate class representatives; and (iii) appoint the undersigned attorneys as class counsel.

    Respectfully submitted,

    */s/ James M. Knoepp*
James M. Knoepp
Georgia Bar No. 366241
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205

Phone: (828) 379-3169
jim@dawsonmorton.com

Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

                                                */s/ James M. Knoepp*
                                                James M. Knoepp
                                                Georgia Bar No. 366241

this 30th day of May, 2025.