EXHIBIT C

2020 ETA-790 CLEARANCE ORDER



*OMB Approval: 1205-0466*
*Expiration Date: 8/31/2022*

Agricultural Clearance Order
Form ETA-790
**U.S. Department of Labor**

---

**IMPORTANT**: *In accordance with 20 CFR 653.500, all employers seeking U.S. workers to perform agricultural services or labor on a temporary, less than year-round basis through the Agricultural Recruitment System for U.S. Workers, must submit a completed job clearance order (Form ETA-790) to the State Workforce Agency (SWA) for placement on its intrastate and interstate job clearance systems. Employers submitting a job order in connection with an H-2A Application for Temporary Employment Certification (Form ETA-9142A) must complete the Form ETA-790 and attach a completed 790A. All other employers submitting agricultural clearance orders must complete the Form ETA-790 and attach a completed 790B. Employers and authorized preparers must read the general instructions carefully, complete ALL required fields/items containing an asterisk ( \* ), and any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

---

## I. Clearance Order Information

| FOR STATE WORKFORCE AGENCY (SWA) USE ONLY |
|---|
| *Questions 1 through 17* |

| 1. Clearance Order Number * <br> 4227539318 | 2. Clearance Order Issue Date * <br> 1/14/2020 | 3. Clearance Order Expiration Date * <br> 8/1/2020 |
|---|---|---|
| 4. SOC Occupation Code * <br> 45-2092.02 | 5. SOC Occupation Title * <br> Farmworkers and Laborers, Crop | |

| SWA Order Holding Office Contact Information |
|---|

| 6. Contact's last (family) name * <br> Robinson | 7. First (given) name * <br> Kimberly | 8. Middle name(s) § |
|---|---|---|

| 9. Contact's job title * |
|---|
| AG Consultant |

| 10. Address 1 * |
|---|
| 148 Andrew Young International Blvd N.E. |

| 11. Address 2 *(suite/floor and number)* § |
|---|

| 12. City * <br> Atlanta | 13. State * <br> Georgia | 14. Postal code * <br> 30303 |
|---|---|---|
| 15. Telephone number * <br> 404-232-3500 | 16. Extension § | 17. E-Mail address * <br> Agricultural_Services@gdol.ga.gov |

## II. Employer Contact Information

| 1. Legal Business Name * |
|---|
| Hamilton Growers, Inc. |

| 2. Trade Name/Doing Business As (DBA), if applicable § |
|---|

| 3. Contact's last (family) name * <br> Flowers | 4. First (given) name * <br> Colene | 5. Middle name(s) § |
|---|---|---|

| 6. Contact's job title * |
|---|
| Payroll / HR Administrator |

| 7. Address 1 * |
|---|
| 2775 Ellenton-Norman Park Rd. |

| 8. Address 2 *(apartment/suite/floor and number)* § |
|---|

| 9. City * <br> Norman Park | 10. State * <br> Georgia | 11. Postal code * <br> 31771 |
|---|---|---|
| 12. Telephone number * <br> +1 (229) 769-3676 | 13. Extension § | 14. Business e-mail address * <br> colene@southernvalley.us |
| 15. Federal Employer Identification Number *(FEIN from IRS)* * <br> 58-2217832 | 16. NAICS Code * <br> 1112 | |

J. Schwalls - Corp. Rep.
5.9.25

# Exhibit 204

ANNE H. CHILTON

## III. Type of Clearance Order

| 1. Indicate the type of agricultural clearance order being placed with the SWA for recruitment of U.S. workers. *(choose only one)* * | ☑ 790A (H-2A clearance order) <br> ☐ 790B (regular clearance order) |
|---|---|

---

Defs. 005983

*OMB Approval: 1205-0466*
*Expiration Date: 8/31/2022*

Agricultural Clearance Order
Form ETA-790
**U.S. Department of Labor**



**Public Burden Statement** *(1205-0466)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.  Public reporting burden for this collection of information is estimated to average .03 hours per response for all information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing, reviewing, and submitting the collection of information.  The obligation to respond to this data collection is required to obtain/retain benefits (44 U.S.C. 3501, Immigration and Nationality Act, 8 U.S.C. 1101, et seq.).  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Foreign Labor Certification, 200 Constitution Ave., NW, Suite PPII 12-200, Washington, DC, 20210.  (Paperwork Reduction Project OMB 1205-0466).  DO NOT send the completed application to this address.

Defs. 005984



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

## A. Job Offer Information

| 1. Job Title * | Farm Workers | | | |
|---|---|---|---|---|

| 2. Workers Needed * | a. Total | b. H-2A | **Period of Intended Employment** | |
|---|---|---|---|---|
| | 365 | 365 | 3. Begin Date * 3/2/2020 | 4. End Date * 12/31/2020 |

| 5. Will this job generally require the worker to be on-call 24 hours a day and 7 days a week? * If "Yes", proceed to question 8. If "No", complete questions 6 and 7 below. | ☐ Yes  ☑ No |
|---|---|

| 6. Anticipated days and hours of work per week * | | | | | 7. Hourly work schedule * |
|---|---|---|---|---|---|
| 40 | **a. Total Hours** 7 | c. Monday 7 | e. Wednesday 7 | g. Friday 7 | a. 7 : 00  ☑ AM ☐ PM |
| 0 | b. Sunday 7 | d. Tuesday 7 | f. Thursday 5 | h. Saturday | b. 3 : 00  ☐ AM ☑ PM |

**Temporary Agricultural Services and Wage Offer Information**

8a. Job Duties - Description of the specific services or labor to be performed. *
*(Please begin response on this form and use Addendum C if additional space is needed.)*
Perform manual labor to plant, cultivate, harvest, grade, sort and pack cucumbers, cabbage, peppers, eggplant, squashes, corn, okra, cotton, green beans, watermelons, broccoli, cilantro, pickle cucumbers, tomatillos, lettuce, cauliflower, peanuts, and tomatoes by hand or machine.

| 8b. Wage Offer * | 8c. Per * | 8d. Piece Rate Offer § | 8e. Piece Rate Units/Special Pay Information § |
|---|---|---|---|
| $ 11  71 | ☑ HOUR ☐ MONTH | $ 00  50 | Incentive: Harvest cucumbers, Per 5 gallon bucket. Production standard of 14 five gallon buckets of cucumbers harvested per hour. |

| 9. Is a completed **Addendum A** providing additional information on the crops or agricultural activities and wage offers attached to this job offer? * | ☑ Yes  ☐ No |
|---|---|

| 10. Frequency of Pay. * ☑ Weekly ☐ Biweekly ☐ Monthly ☐ Other (specify): N/A |
|---|

11. State all deduction(s) from pay and, if known, the amount(s). *
*(Please begin response on this form and use Addendum C if additional space is needed.)*
See Addendum C

Defs. 005985

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



**B.  Minimum Job Qualifications/Requirements**

1. Education: minimum U.S. diploma/degree required. *
☑ None   ☐ High School/GED   ☐ Associate's   ☐ Bachelor's   ☐ Master's or Higher   ☐ Other degree (JD, MD, etc.)

| 2. Work Experience: number of <u>months</u> required. * | 3 | 3. Training: number of <u>months</u> required. * | 0 |
|---|---|---|---|

4. Basic Job Requirements (check all that apply) *

☐ a. Certification/license requirements
☐ b. Driver requirements
☐ c. Criminal background check
☑ d. Drug screen
☑ e. Lifting requirement <u>55</u> lbs.

☑ g. Exposure to extreme temperatures
☑ h. Extensive pushing or pulling
☑ i. Extensive sitting or walking
☑ j. Frequent stooping or bending over
☑ k. Repetitive movements

| 5a. Supervision: does this position supervise the work of other employees? * | ☐ Yes ☑ No | 5b. If "Yes" to question 5a, enter the number of employees worker will supervise. § | |
|---|---|---|---|

6. Additional Information Regarding Job Qualifications/Requirements.
*(Please begin response on this form and use Addendum C if additional space is needed.  If no additional skills or requirements, enter "**NONE**" below)* *
See Addendum C

**C.  Place of Employment Information**

| 1. Address/Location * |
|---|
| 2775 Ellenton-Norman Park Road |

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| Norman Park | Georgia | 31771 | Colquitt |

6. Additional Place of Employment Information  *(If no additional information, enter "**NONE**" below)* *
Well 1 and 2: Bragg Farm- Cool Springs Road, Norman Park; Well 3: Peanut Place Field/Jon's House/Allen Stone's Farm Ellenton-Norman Park Road, Norman Park; Well 4 Part 1: Joe Griffin Road, Norman Park; Well 4 Part 2: Henry Weeks Road and Joe Griffin Road, Norman Park; Well 6: GA Hwy 37, Norman Park; Wells 7 and 8: Cool Springs Road, George Flowers Road, and DH Alderman Road, Norman Park; Well 9: Cool Springs Road and Ellenton Omega Road, Norman Park

| 7. Is a completed **Addendum B** providing additional information on the places of employment and/or agricultural businesses who will employ workers, or to whom the employer will be providing workers, attached to this job order? * | ☑ Yes ☐ No |
|---|---|

**D.  Housing Information**

| 1. Housing Address/Location * |
|---|
| Reno Camp- 125 Las Vegas Lane |

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| Norman Park | Georgia | 31771 | Colquitt |

| 6. Type of Housing * | 7. Total Units * | 8. Total Occupancy * |
|---|---|---|
| Block Barrack | 1 | 216 |

| 9. Housing complies or will comply with the following applicable standards: * | ☐ Local ☐ State ☑ Federal |
|---|---|

10. Additional Housing Information.  *(If no additional information, enter "**NONE**" below)* *
Availability of 129. From Moultrie take Highway 37 East to caution light. Turn left onto Cool Springs Road. Go approx. 7 miles to intersection and go straight through. In less than one mile, turn left on Las Vegas Lane and camp is at the end of the lane on the right.

| 11. Is a completed **Addendum B** providing additional information on housing that will be provided to workers attached to this job order? * | ☑ Yes ☐ No |
|---|---|

Defs. 005986

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



## E.  Provision of Meals

1.  Describe <u>how</u> the employer will provide each worker with 3 meals a day or furnish free and convenient cooking and kitchen facilities. * *(Please begin response on this form and use Addendum C if additional space is needed.)*

Kitchen facilities are not furnished. The employer will provide three meals perday to each worker entitled to live in the employer-provided housing at the on-site cafeteria. The employer will arrange transportation for workers to the cafeteria when employer provided housing is more than a mile away. Once a week, the employer will offer eligible workers who wish to participate, free transportation to and from town to shop for groceries.  The use of the transportation by the worker is voluntary. Employees that live in the Hamilton Growers' barracks and pay for their food will receive a card each week for food. The cost of food per week is $87.22. This will be deducted from employee's check each week and their card must be punched in order to receive meals.

| 2.  If meals are provided, the employer: * | ☐  **WILL NOT** charge workers for such meals. |
|---|---|
| | ☑  **WILL** charge workers for such meals at    $ ___12_ . _46_   per day per worker. |

## F.  Transportation and Daily Subsistence

1.  Describe the terms and arrangement for daily transportation the employer will provide to workers. *
    *(Please begin response on this form and use Addendum C if additional space is needed.)*

The employer will offer free transportation for workers from the employer's housing to the daily work site unless the office where the workers report daily to clock in or the designated field to report to is within walking distance and less than one mile from the housing.

2.  Describe the terms and arrangements for providing workers with transportation (a) to the place of employment (i.e., inbound) and (b) from the place of employment (i.e., outbound). *
    *(Please begin response on this form and use Addendum C if additional space is needed.)*

The employer will provide, advance, or reimburse reasonable inbound and outbound travel costs.  In the event that the DOL publishes a new subsistence rate applicable to any portion of the employment period covered by this job offer which is higher or lower, the employer may pay the lower rate at the employer's discretion, beginning with the effective date of the published change.

| 3.  During the travel described in Item 2, the employer will pay for or reimburse daily meals by providing each worker * | a.  no less than | $ ___12_ . _46_ | per day * |
|---|---|---|---|
| | b.  no more than | $ ___55_ . _00_ | per day with receipts |

Defs. 005987



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

## G.  Referral and Hiring Instructions

> 1.  Explain <u>how</u> prospective applicants may be considered for employment under this job order, including verifiable contact information for the employer, or the employer's authorized hiring representative, methods of contact, and the days and hours applicants will be considered for the job opportunity. *
> *(Please begin response on this form and use Addendum C if additional space is needed.)*
> See Addendum C

| 2.  Telephone Number to Apply * | 3.  Email Address to Apply * |
|---|---|
| +1 (229) 769-3676 | katie@southernvalley.us |

| 4.  Website address (URL) to Apply * |
|---|
| N/A |

## H.  Additional Material Terms and Conditions of the Job Offer

| 1.  Is a completed **Addendum C** providing additional information about the material terms, conditions, and benefits (monetary and non-monetary) that will be provided by the employer attached to this job order? * | ☑ Yes  ☐ No |
|---|---|

**Form ETA-790A**  **FOR DEPARTMENT OF LABOR USE ONLY**  Page 4 of 8

H-2A Case Number:  H-300-20003-230396    Case Status:  Full Certification    Determination Date:  02/04/2020    Validity Period: _____ to _____

Defs. 005988



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

## I. Conditions of Employment and Assurances for H-2A Agricultural Clearance Orders

By virtue of my signature below, I **HEREBY CERTIFY** my knowledge of and compliance with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws, and certify the following conditions of employment:

1. **JOB OPPORTUNITY**: Employer assures that the job opportunity identified in this clearance order (hereinafter also referred to as the "job order") is a full-time temporary position being placed with the SWA in connection with an H-2A *Application for Temporary Employment Certification* for H-2A workers and this clearance order satisfies the requirements for agricultural clearance orders in 20 CFR 653, subpart F and the requirements set forth in 20 CFR 655.122. This job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR 655, Subpart B. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship.

2. **NO STRIKE, LOCKOUT, OR WORK STOPPAGE**: Employer assures that this job opportunity, including all worksites for which the employer is requesting H-2A labor certification does not currently have workers on strike or being locked out in the course of a labor dispute. 20 CFR 655.5(b).

3. **HOUSING FOR WORKERS**: Employer agrees to provide for or secure housing for H-2A workers and those workers in corresponding employment who are not reasonably able to return to their residence at the end of the work day. That housing complies with the applicable local, State, or Federal standards and is sufficient to house the specified number of workers requested through the clearance system. The employer will provide the housing without charge to the worker. Any charges for rental housing will be paid directly by the employer to the owner or operator of the housing. If public accommodations are provided to workers, the employer agrees to pay all housing-related charges directly to the housing's management. The employer agrees that charges in the form of deposits for bedding or other similar incidentals related to housing (e.g., utilities) must not be levied upon workers. However, the employer may require workers to reimburse them for damage caused to housing by the individual worker(s) found to have been responsible for damage which is not the result of normal wear and tear related to habitation. When it is the prevailing practice in the area of intended employment and the occupation to provide family housing, the employer agrees to provide family housing at no cost to workers with families who request it. 20 CFR 655.122(d), 653.501(c)(3)(vi).

   *Request for Conditional Access to Intrastate or Interstate Clearance System*: Employer assures that the housing disclosed on this clearance order will be in full compliance with all applicable local, State, or Federal standards at least 20 calendar days before the housing is to be occupied. 20 CFR 653.502(a)(3). The Certifying Officer will not certify the application until the housing has been inspected and approved.

4. **WORKERS' COMPENSATION COVERAGE**: Employer agrees to provide workers' compensation insurance coverage in compliance with State law covering injury and disease arising out of and in the course of the worker's employment. If the type of employment for which the certification is sought is not covered by or is exempt from the State's workers' compensation law, the employer agrees to provide, at no cost to the worker, insurance covering injury and disease arising out of and in the course of the worker's employment that will provide benefits at least equal to those provided under the State workers' compensation law for other comparable employment. 20 CFR 655.122(e).

5. **EMPLOYER-PROVIDED TOOLS AND EQUIPMENT**: Employer agrees to provide to the worker, without charge or deposit charge, all tools, supplies, and equipment required to perform the duties assigned. 20 CFR 655.122(f).

6. **MEALS**: Employer agrees to provide each worker with three meals a day or furnish free and convenient cooking and kitchen facilities to the workers that will enable the workers to prepare their own meals. Where the employer provides the meals, the job offer will state the charge, if any, to the worker for such meals. The amount of meal charges is governed by 20 CFR 655.173. 20 CFR 655.122(g).

   For workers engaged in the herding or production of livestock on the range, the employer agrees to provide each worker, without charge or deposit charge, (1) either three sufficient meals a day, or free and convenient cooking facilities and adequate provision of food to enable the worker to prepare his own meal. To be sufficient or adequate, the meals or food provided must include a daily source of protein, vitamins, and minerals; and (2) adequate potable water, or water that can be easily rendered potable and the means to do so. 20 CFR 655.210(e).

7. **TRANSPORTATION AND DAILY SUBSISTENCE**: Employer agrees to provide the following transportation and daily subsistence benefits to eligible workers.

   A. *Transportation to Place of Employment (Inbound)*

   If the worker completes 50 percent of the work contract period, and the employer did not directly provide such transportation or subsistence or otherwise has not yet paid the worker for such transportation or subsistence costs, the employer agrees to reimburse the worker for reasonable costs incurred by the worker for transportation and daily subsistence from the place from which the worker has come to work for the employer, whether in the U.S. or abroad to the place of employment. The amount of the transportation payment must be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. The amount the employer will pay for daily subsistence expenses are those amounts disclosed in this clearance order, which are at least as much as the employer would charge the worker for providing the worker with three meals a day during employment (if applicable), but in no event will less than the amount permitted under 20 CFR 655.173(a). The employer understands that the Fair Labor Standards Act applies independently of the H-2A requirements and imposes obligations on employers regarding payment of wages. 20 CFR 655.122(h)(1).

   B. *Transportation from Place of Employment (Outbound)*

   If the worker completes the work contract period, or is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer agrees to provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker, disregarding intervening employment, departed to work for the employer. Return transportation will not be provided to workers who voluntarily abandon employment before the end of the work contract period, or who are terminated for cause, if the employer follows the notification requirements in 20 CFR 655.122(n).

Form ETA-790A | FOR DEPARTMENT OF LABOR USE ONLY | Page 5 of 8
H-2A Case Number: H-300-20003-230396   Case Status: Full Certification   Determination Date: 02/04/2020   Validity Period: _____ to _____

Defs. 005989

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



If the worker has contracted with a subsequent employer who has not agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the employer must provide for such expenses. If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's worksite to such subsequent employer's worksite, the subsequent employer must provide or pay for such expenses.

The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H-2A worker is displaced as a result of the employer's compliance with the 50 percent rule as described in sec. 655.135(d) of this subpart with respect to the referrals made after the employer's date of need. 20 CFR 655.122(h)(2).

C.   *Daily Transportation*

Employer agrees to provide transportation between housing provided or secured by the employer and the employer's worksite(s) at no cost to the worker. 20 CFR 655.122(h)(3).

D.   *Compliance with Transportation Standards*

Employer assures that all employer-provided transportation will comply with all applicable Federal, State, or local laws and regulations. Employer agrees to provide, at a minimum, the same transportation safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR 500.105 and 29 CFR 500.120 to 500.128. If workers' compensation is used to cover transportation, in lieu of vehicle insurance, the employer will ensure that such workers' compensation covers all travel or that vehicle insurance exists to provide coverage for travel not covered by workers' compensation. Employer agrees to have property damage insurance. 20 CFR 655.122(h)(4).

8.   **THREE-FOURTHS GUARANTEE**: Employer agrees to offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. 20 CFR 655.122(i).

The employer may offer the worker more than the specified hours of work on a single workday. For purposes of meeting the three-fourths guarantee, the worker will not be required to work for more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays. If, during the total work contract period, the employer affords the U.S. or H-2A worker less employment than that required under this guarantee, the employer will pay such worker the amount the worker would have earned had the worker, in fact, worked for the guaranteed number of days. An employer will not be considered to have met the work guarantee if the employer has merely offered work on three-fourths of the workdays if each workday did not consist of a full number of hours of work time as specified in the job order. All hours of work actually performed may be counted by the employer in calculating whether the period of guaranteed employment has been met. Any hours the worker fails to work, up to a maximum of the number of hours specified in the job order for a workday, when the worker has been offered an opportunity to work, and all hours of work actually performed (including voluntary work over 8 hours in a workday or on the worker's Sabbath or Federal holidays), may be counted by the employer in calculating whether the period of guaranteed employment has been met. 20 CFR 655.122(i).

If the worker is paid on a piece rate basis, the employer agrees to use the worker's average hourly piece rate earnings or the required hourly wage rate, whichever is higher, to calculate the amount due under the three-fourths guarantee. 20 CFR 655.122(i).

If the worker voluntarily abandons employment before the end of the period of employment set forth in the job order, or is terminated for cause, and the employer follows the notification requirements in 20 CFR 655.122(n), the worker is not entitled to the three-fourths guarantee. The employer is not liable for payment of the three-fourths guarantee to an H-2A worker whom the Department of Labor certifies is displaced due to the employer's requirement to hire qualified and available U.S. workers during the recruitment period set out in 20 CPR 655.135(d), which lasts until 50 percent of the period of the work contract has elapsed (50 percent rule). 20 CFR 655.122(i).

*Important Note*: In circumstances where the work contract is terminated due to contract impossibility under 20 CFR 655.122(o), the three-fourths guarantee period ends on the date of termination.

9.   **EARNINGS RECORDS**: Employer agrees to keep accurate and adequate records with respect to the workers' earnings at the place or places of employment, or at one or more established central recordkeeping offices where such records are customarily maintained. All records must be available for inspection and transcription by the Department of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker as evidenced by appropriate documentation. Where the records are maintained at a central recordkeeping office, other than in the place or places of employment, such records must be made available for inspection and copying within 72 hours following notice from the Department of Labor, or a duly authorized and designated representative, and by the worker and designated representatives. The content of earnings records must meet all regulatory requirements and be retained by the employer for a period of not less than 3 years after the date of certification by the Department of Labor. 20 CFR 655.122(j).

10.   **HOURS AND EARNINGS STATEMENTS**: Employer agrees to furnish to the worker on or before each payday in one or more written statements the following information: (1) the worker's total earnings for the pay period; (2) the worker's hourly rate and/or piece rate of pay; (3) the hours of employment offered to the worker (showing offers in accordance with the three-fourths guarantee as determined in 20 CFR 655.122(i), separate from any hours offered over and above the guarantee); (4) the hours actually worked by the worker; (5) an itemization of all deductions made from the worker's wages; (6) If piece rates are used, the units produced daily; (7) beginning and ending dates of the pay period; and (8) the employer's name, address and FEIN. 20 CFR 655.122(k).

For workers engaged in the herding or production of livestock on the range, the employer is exempt from recording and furnishing the hours actually worked each day, the time the worker begins and ends each workday, as well as the nature and amount of work performed, but otherwise must comply with the earnings records and hours and earnings statement requirements set out in 20 CFR 655.122(j) and (k). The employer agrees to keep daily records indicating whether the site of the employee's work was on the range or off the range. If the employer prorates a worker's wage because of the worker's voluntary absence for personal reasons, it must also keep a record of the reason for the worker's absence. 20 CFR 655.210(f).

---

Form ETA-790A

**FOR DEPARTMENT OF LABOR USE ONLY**

Page 6 of 8

H-2A Case Number: H-300-20003-230396     Case Status: Full Certification     Determination Date: 02/04/2020     Validity Period: _____ to _____

Defs. 005990



11. **RATES OF PAY**: The employer agrees that it will offer, advertise in its recruitment, and pay at least the Adverse Effect Wage Rate (AEWR), the prevailing hourly wage rate, the prevailing piece rate, the agreed-upon collective bargaining rate, or the Federal or State minimum wage rate, in effect at the time work is performed, whichever is highest. If the worker is paid by the hour, the employer must pay this rate for every hour or portion thereof worked during a pay period. If the offered wage(s) disclosed in this clearance order is/are based on commission, bonuses, or other incentives, the employer guarantees the wage paid on a weekly, semi-monthly, or monthly basis will equal or exceed the AEWR, prevailing hourly wage or piece rate, the legal Federal or State minimum wage, or any agreed-upon collective bargaining rate, whichever is highest.

    If the worker is paid on a piece rate basis and at the end of the pay period the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate of pay, the employer agrees to supplement the worker's pay at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked. 20 CFR 655.120, 655.122(l).

    For workers engaged in the herding or production of livestock on the range, the employer agrees to pay the worker at least the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, in effect at the time work is performed, whichever is highest, for every month of the job order period or portion thereof. If the offered wage disclosed in this clearance order is based on commissions, bonuses, or other incentives, the employer assures that the wage paid will equal or exceed the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, whichever is highest, and will be paid to each worker free and clear without any unauthorized deductions. The employer may prorate the wage for the initial and final pay periods of the job order period if its pay period does not match the beginning or ending dates of the job order. The employer also may prorate the wage if an employee is voluntarily unavailable to work for personal reasons. 20 CFR 655.210(g).

12. **FREQUENCY OF PAY**: Employer agrees to pay workers when due based on the frequency disclosed in this clearance order. 20 CFR 655.122(m).

13. **ABANDONMENT OF EMPLOYMENT OR TERMINATION FOR CAUSE**: If a worker voluntarily abandons employment before the end of the contract period, or is terminated for cause, employer is not responsible for providing or paying for the subsequent transportation and subsistence expenses of that worker, and that worker is not entitled to the three-fourths guarantee, if the employer notifies the Department of Labor and, if applicable, the Department of Homeland Security, in writing or by any other method specified by the Department of Labor or the Department of Homeland Security in the Federal Register, not later than 2 working days after the abandonment or termination occurs. A worker will be deemed to have abandoned the work contract if the worker fails to show up for work at the regularly scheduled time and place for 5 consecutive work days without the consent of the employer. 20 CFR 655.122(n).

14. **CONTRACT IMPOSSIBILITY**: The work contract may be terminated before the end date of work specified in the work contract if the services of the workers are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes fulfillment of the contract impossible, as determined by the U.S. Department of Labor. In the event that the work contract is terminated, the employer agrees to fulfill the three-fourths guarantee for the time that has elapsed from the start date of work specified in the work contract to the date of termination. The employer also agrees that it will make efforts to transfer the worker to other comparable employment acceptable to the worker and consistent with existing immigration laws. In situations where a transfer is not affected, the employer agrees to return the worker at the employer's expense to the place from which the worker, disregarding intervening employment, came to work for the employer, or transport the worker to his/her next certified H-2A employer, whichever the worker prefers. The employer will also reimburse the worker the full amount of any deductions made by the employer from the worker's pay for transportation and subsistence expenses to the place of employment. The employer will also pay the worker for any transportation and subsistence expenses incurred by the worker to that employer's place of employment. The amounts the employer will pay for subsistence expenses per day are those amounts disclosed in this clearance order. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. 20 CFR 655.122(o).

    The employer is not required to pay for transportation and daily subsistence from the place of employment to a subsequent employer's worksite if the worker has contracted with a subsequent employer who has agreed to provide or pay for the worker's transportation and subsistence expenses from the present employer's worksite to the subsequent employer's worksite. 20 CFR 655.122(h)(2).

15. **DEDUCTIONS FROM WORKER'S PAY**: Employer agrees to make all deductions from the worker's paycheck required by law. This job offer discloses all deductions not required by law which the employer will make from the worker's paycheck and all such deductions are reasonable, in accordance with 20 CFR 655.122(p) and 29 CFR part 531. The wage requirements of 20 CFR 655.120 will not be met where undisclosed or unauthorized deductions, rebates, or refunds reduce the wage payment made to the employee below the minimum amounts required under 20 CFR part 655, subpart B, or where the employee fails to receive such amounts free and clear because the employee kicks back directly or indirectly to the employer or to another person for the employer's benefit the whole or part of the wage delivered to the employee. 20 CFR 655.122(p).

16. **DISCLOSURE OF WORK CONTRACT**: Employer agrees to provide a copy of the work contract to an H-2A worker no later than the time at which the worker applies for the visa, or to a worker in corresponding employment no later than on the day work commences. For an H-2A worker coming to the employer from another H-2A employer, the employer agrees to provide a copy of the work contract no later than the time an offer of employment is made to the H-2A worker. A copy of the work contract will be provided to each worker in a language understood by the worker, as necessary or reasonable. In the absence of a separate, written work contract entered into between the employer and the worker, the required terms of this clearance order, including all Addendums, and the certified *H-2A Application for Temporary Employment Certification* will be the work contract. 20 CFR 655.122(q).

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**

17. <u>**ADDITIONAL ASSURANCES FOR CLEARANCE ORDERS**</u>:

A. Employer agrees to provide to workers referred through the clearance system the number of hours of work disclosed in this clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 business days before the original date of need by so notifying the Order-Holding Office (OHO) in writing (e.g., e-mail notification). The employer understands that it is the responsibility of the SWA to make a record of all notifications and attempt to inform referred workers of the amended date of need expeditiously. 20 CFR 653. 501(c)(3)(i).

If there is a change to the anticipated date of need, and the employer fails to notify the OHO at least 10 business days before the original date of need, the employer agrees that it will pay eligible workers referred through the clearance system the specified rate of pay disclosed in this clearance order for the first week starting with the originally anticipated date of need or will provide alternative work if such alternative work is stated on the clearance order. 20 CFR 653.501(c)(5).

B. Employer agrees that no extension of employment beyond the period of employment specified in the clearance order will relieve it from paying the wages already earned, or if specified in the clearance order as a term of employment, providing transportation from the place of employment, as described in paragraph 7.B above. 20 CFR 653.501(c)(3)(ii).

C. Employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws. 20 CFR 653.501(c)(3)(iii).

D. Employer agrees to expeditiously notify the OHO or SWA by emailing and telephoning immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment. 20 CFR 653.501(c)(3)(iv).

E. If acting as a farm labor contractor (FLC) or farm labor contractor employee (FLCE) on this clearance order, the employer assures that it has a valid Federal FLC certificate or Federal FLCE identification card and when appropriate, any required State FLC certificate. 20 CFR 653.501(c)(3)(v).

F. Employer assures that outreach workers will have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107. 20 CFR 653.501(c)(3)(vii).

*I declare under penalty of perjury that I have read and reviewed this clearance order, including every page of this Form ETA-790A and all supporting addendums, and that to the best of my knowledge, the information contained therein is true and accurate. This clearance order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. 20 CFR 653.501(c)(3)(viii). I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal crime punishable by fines, imprisonment, or both. 18 U.S.C. 2, 1001.*

| 1. Last (family) name *  | 2. First (given) name * | 3. Middle initial § |
|---|---|---|
| Hamilton | Kent | T. |

| 4. Title * |
|---|
| President |

| 5. Signature (or digital signature) * |
|---|
| Digital Signature Verified and Retained By |

*Certifying Officer*

**Employment Service Statement**

In view of the statutorily established basic function of the Employment Service (ES) as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Department of Labor's Employment and Training Administration (ETA) nor the SWAs are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the ES constitute a contractual job offer to which the ETA or a SWA is in any way a party. 20 CFR 653.501( c)(1)(i).

**Public Burden Statement** *(1205-0466)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average .63 hours per response for all information collection requirements, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing, reviewing, and submitting the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (44 U.S.C. 3501, Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Foreign Labor Certification, 200 Constitution Ave., NW, Suite PPII 12-200, Washington, DC, 20210. (Paperwork Reduction Project OMB 1205-0466). DO NOT send the completed application to this address.

Form ETA-790A    **FOR DEPARTMENT OF LABOR USE ONLY**    Page 8 of 8

H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 005992

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



### A.9. Additional Crop or Agricultural Activities and Wage Offer Information

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---------|-------------------------------|------------|-----|------------------------------------------|
| | Incentive: Cucumber-hang new net | $ 01 . 50 | Piece Rate | per 100 ft row |
| | Incentive: Cucumber-hang used net | $ 02 . 00 | Piece Rate | per 100 ft row |
| | Incentive: Cucumber-tie net | $ 02 . 50 | Piece Rate | per 100 ft row |
| | Incentive: Train cucumber-first time | $ 01 . 30 | Piece Rate | per 100 ft row |
| | Incentive: Train cucumber-2nd time and beyond | $ 02 . 00 | Piece Rate | per 100 ft row |
| | Incentive: Cucumber-clean net | $ 02 . 00 | Piece Rate | per 100 ft row |
| | Incentive: Cucumber-cut string on net | $ 01 . 00 | Piece Rate | per 100 ft row |
| | Incentive: Cucumber-take down and roll up net | $ 01 . 25 | Piece Rate | per 100 ft row |
| | Incentive: Cucumber-string behind old pepper | $ 00 . 45 | Piece Rate | per 100 ft row |
| | Incentive: Place pack cucumber | $ 00 . 30 | Piece Rate | Per 60 lb. box. Production standard of 24 sixty pound boxes of long green cucumbers place packed per hour. |

Page A.1 of A.13

**Form ETA-790A Addendum A**

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 005993



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**

**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Pack cucumber (ALDI carton) | $ 00 . 10 | Piece Rate | per carton (ALDI) |
| | Incentive: Pack cucumber | $ 00 . 30 | Piece Rate | per DRC (65 count) |
| | Incentive: Harvest pickle cucumber | $ 01 . 25 | Piece Rate | per 5 gallon bucket/RPC |
| | Incentive: Pack pickling cucumbers into 2 lb. bags | $ 00 . 45 | Piece Rate | per 10 bag box/RPC |
| | Incentive: Pack pickling cucumbers into 1 lb. bag | $ 00 . 35 | Piece Rate | per 12 bag box/RPC |
| | Incentive: Harvest hard squash | $ 00 . 70 | Piece Rate | per 5 gallon bucket/RPC |
| | Incentive: Pack 2 hard squashes into mesh bag | $ 00 . 03 | Piece Rate | per bag |
| | Incentive: Harvest yellow squash | $ 01 . 75 | Piece Rate | per RPC |
| | Incentive: Harvest squash | $ 01 . 00 | Piece Rate | Per 7 gallon bucket. Production standard of 8 seven gallon buckets of zucchini harvested per hour. |
| | Incentive: Harvest squash | $ 01 . 75 | Piece Rate | per RPC |

Page A.2 of A.13

**Form ETA-790A Addendum A**          **FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 005994

OMB Approval: 1205-0466
Expiration Date: 8/31/2022



H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**

**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Pack squash | $ 00 . 23 | Piece Rate | Per 1/2 bushel box. Production standard of 35 half bushels of squash packed per hour. |
| | Incentive: Pack squash | $ 00 . 50 | Piece Rate | per box (10, 2 lb. bags) |
| | Incentive: Bag squash | $ 00 . 35 | Piece Rate | per box (12, 20 oz. bags or 6, 2 lb. bags) |
| | Incentive: Harvest cabbage | $ 00 . 25 | Piece Rate | Per 7 gallon bucket. Production standard of 29 seven gallon buckets of cabbage harvested per hour. |
| | Incentive: Harvest cabbage | $ 00 . 50 | Piece Rate | per 40 lb. RPC container |
| | Incentive: Harvest and field pack cabbage | $ 00 . 60 | Piece Rate | Per 50 lb. box. Production standard of 12 fifty (50) pound boxes of cabbage harvested and field packed per hour. |
| | Incentive: Pack cabbage on line | $ 00 . 30 | Piece Rate | Per 50 lb. box. Production standard of 24 fifty pound boxes of cabbage packed on line per hour. |
| | Incentive: Wrap 12 ct cabbage | $ 00 . 46 | Piece Rate | per 33 lb. box |
| | Incentive: Wrap 16 ct cabbage | $ 00 . 60 | Piece Rate | per 44 lb. box |
| | Incentive: Wrap 18 ct cabbage | $ 00 . 65 | Piece Rate | per 50 lb box |

Page A.3 of A.13

Form ETA-790A Addendum A    **FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: ___ to ___

Defs. 005995



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**

**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Watermelon, driver | $ 100 . 00 | Piece Rate | per day |
| | Incentive: Watermelon, loader | $ 100 . 00 | Piece Rate | per bus |
| | Incentive: Watermelon, unloader | $ 24 . 00 | Piece Rate | per 17,000 lb. bus |
| | Incentive: Harvest tomatillos | $ 01 . 75 | Piece Rate | per bushel/RPC |
| | Incentive: Harvest tomatillos | $ 01 . 00 | Piece Rate | per ½ bushel |
| | Incentive: Harvest tomatillos | $ 01 . 19 | Piece Rate | per 5 gallon bucket |
| | Incentive: Bag tomatillos | $ 00 . 40 | Piece Rate | per box (12, 1 lb. bags) |
| | Incentive: Harvest green beans into RPC | $ 06 . 25 | Piece Rate | per RPC |
| | Incentive: Pack beans | $ 00 . 37 | Piece Rate | per 1 1/9 bushel/wooden crate |
| | Incentive: Bag green beans (closed bags) | $ 00 . 37 | Piece Rate | per box (14, 1 lb. bags or 6, 2 lb. bags) |

Page A.4 of A.13

**Form ETA-790A Addendum A**

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 005996

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Bag green beans (open bags) | $ 00 . 30 | Piece Rate | per 12 bag box |
| | Incentive: Harvest bell pepper | $ 00 . 50 | Piece Rate | Per 7 gallon bucket/RPC. Production standard of 8 seven gallon buckets of bell pepper harvested per hour. |
| | Incentive: String bell pepper (6 string) | $ 00 . 70 | Piece Rate | per 100 ft row |
| | Incentive: String bell pepper (4 string) | $ 00 . 50 | Piece Rate | per 100 ft row |
| | Incentive: String bell pepper (2 string) | $ 00 . 40 | Piece Rate | per 100 ft row |
| | Incentive: Unstring bell pepper | $ 00 . 40 | Piece Rate | per 100 ft row |
| | Incentive: Place pack bell pepper | $ 00 . 30 | Piece Rate | Per 1 1/9 bushel. Production standard of 24 one and 1/9 bushels of bell peppers place packed per hour. |
| | Incentive: Bag bell peppers | $ 00 . 40 | Piece Rate | per box (12, 3 count bags or 6, 6 count bags) |
| | Incentive: Pack bell pepper | $ 00 . 30 | Piece Rate | per DRC (48 count) |
| | Incentive: Harvest Anaheim Peppers | $ 01 . 00 | Piece Rate | Per bushel/RPC (Equivalent to $0.63 per 5 gallon bucket). Production standard of 7 bushels of Anaheim peppers harvested per hour. |

Page A.5 of A.13

**Form ETA-790A Addendum A**
H-2A Case Number: H-300-20003-230396
**FOR DEPARTMENT OF LABOR USE ONLY**
Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 005997

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Harvest Anaheim Peppers | $ 00.50 | Piece Rate | Per ½ bushel (Equivalent to $0.63 per 5 gallon bucket). Production standard of 14 half (1/2) bushels of Anaheim peppers harvested per hour. |
| | Incentive: Harvest Anaheim Peppers | $ 00.63 | Piece Rate | Per 5 gallon bucket. Production standard of 11 five gallon buckets of Anaheim peppers harvested per hour. |
| | Incentive: Bag Anaheim peppers | $ 00.40 | Piece Rate | per 12 bag box |
| | Incentive: Harvest Cherry Peppers | $ 02.40 | Piece Rate | Per bushel/RPC (Equivalent to $1.50 per 5 gallon bucket). Production standard of 3 bushels of Cherry peppers harvested per hour. |
| | Incentive: Harvest Cherry Peppers | $ 01.20 | Piece Rate | Per ½ bushel (Equivalent to $1.50 per 5 gallon bucket). Production standard of 6 half (1/2) bushels of cherry peppers harvested per hour. |
| | Incentive: Harvest Cherry Peppers | $ 01.50 | Piece Rate | Production standard of 4 five gallon buckets of cherry peppers harvested per hour. |
| | Incentive: Harvest Cubanelle Peppers | $ 00.70 | Piece Rate | Per bushel/RPC (Equivalent to $0.44 per 5 gallon bucket). Production standard of 10 bushels of cubanelle peppers harvested per hour. |
| | Incentive: Harvest Cubanelle Peppers | $ 00.35 | Piece Rate | Per ½ bushel (Equivalent to $0.44 per 5 gallon bucket). Production standard of 20 half (1/2) bushels of cubanelle peppers harvested per hour. |
| | Incentive: Harvest Cubanelle Peppers | $ 00.44 | Piece Rate | Per 5 gallon bucket. Production standard of 16 five gallon buckets of cubanelle peppers harvested per hour. |
| | Incentive: Harvest Finger Hot Peppers | $ 03.50 | Piece Rate | Per bushel/RPC (Equivalent to $2.19 per 5 gallon bucket). Production standard of 2 bushels of finger hot peppers harvested per hour. |

Page A.6 of A.13

Form ETA-790A Addendum A    FOR DEPARTMENT OF LABOR USE ONLY
H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: ____ to ____

Defs. 005998

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



### A.9. Additional Crop or Agricultural Activities and Wage Offer Information

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Harvest Finger Hot Peppers | $ 01 . 75 | Piece Rate | Per ½ bushel (Equivalent to $2.19 per 5 gallon bucket). Production standard of 4 half (1/2) bushels of finger hot peppers harvested per hour. |
| | Incentive: Harvest Finger Hot Peppers | $ 02 . 19 | Piece Rate | Per 5 gallon bucket. Production standard of 3 five gallon buckets of finger hot peppers harvested per hour. |
| | Incentive: Harvest Hungarian Wax Peppers | $ 01 . 39 | Piece Rate | Per bushel/RPC (Equivalent to $1.25 per 5 gallon bucket) (Equivalent to $25.00 per 18 bushel bin). Production standard of 5 bushels of hungarian wax peppers harvested per hour. |
| | Incentive: Harvest Hungarian Wax Peppers | $ 00 . 69 | Piece Rate | Per ½ bushel (Equivalent to $1.25 per 5 gallon bucket) (Equivalent to $25.00 per 18 bushel bin). Production standard of 20 half (1/2) bushels of hungarian wax peppers harvested per hour. |
| | Incentive: Harvest Hungarian Wax Peppers | $ 01 . 25 | Piece Rate | Per 5 gallon bucket (Equivalent to $25.00 per 18 bushel bin). Production standard of 5 five gallon buckets of hungarian wax peppers harvested per hour. |
| | Incentive: Harvest Jalapeno Pepper | $ 02 . 67 | Piece Rate | Per bushel/RPC (Equivalent to $1.50 per 5 gallon bucket). Production standard of 2 bushels of jalapeno peppers harvested per hour. |
| | Incentive: Harvest Jalapeno Pepper | $ 01 . 20 | Piece Rate | Per ½ bushel (Equivalent to $1.50 per 5 gallon bucket). Production standard of 4 half (1/2) bushels of jalapeno peppers harvested per hour. |
| | Incentive: Harvest Jalapeno Pepper | $ 01 . 50 | Piece Rate | Per 5 gallon bucket. Production standard of 4 five gallon buckets of jalapeno peppers harvested per hour. |
| | Incentive: Bag jalapeno peppers | $ 00 . 50 | Piece Rate | per 18 bag box |
| | Incentive: Harvest Long Hot Peppers | $ 01 . 00 | Piece Rate | Per bushel/RPC (Equivalent to $0.63 per 5 gallon bucket). Production standard of 7 bushels of long hot peppers harvested per hour. |

Page A.7 of A.13

Form ETA-790A Addendum A    **FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 005999

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Harvest Long Hot Peppers | $ 00 . 50 | Piece Rate | Per ½ bushel (Equivalent to $0.63 per 5 gallon bucket). Production standard of 14 half (1/2) bushels of long hot peppers harvested per hour. |
| | Incentive: Harvest Long Hot Peppers | $ 00 . 63 | Piece Rate | Per 5 gallon bucket. Production standard of 11 five gallon buckets of long hot peppers harvested per hour. |
| | Incentive: Harvest Poblano Pepper | $ 01 . 39 | Piece Rate | Per bushel/RPC (Equivalent to $25.00 per 18 bushel bin). Production standard of 7 bushels of poblano peppers harvested per hour. |
| | Incentive: Harvest Poblano Pepper | $ 00 . 70 | Piece Rate | Per ½ bushel (Equivalent to $25.00 per 18 bushel bin). Production standard of 14 half (1/2) bushels of poblano peppers harvested per hour. |
| | Incentive: Harvest Poblano Pepper | $ 00 . 75 | Piece Rate | Per 5 gallon bucket (Equivalent to $25.00 per 18 bushel bin). Production standard of 11 five gallon buckets of poblano peppers harvested per hour. |
| | Incentive: Bag poblano peppers | $ 00 . 35 | Piece Rate | per 12 bag box |
| | Incentive: Harvest Serrano Pepper | $ 03 . 00 | Piece Rate | Per bushel/RPC (Equivalent to $1.88 per 5 gallon bucket). Production standard of 2 bushels of seranno peppers harvested per hour. |
| | Incentive: Harvest Serrano Pepper | $ 01 . 50 | Piece Rate | Per ½ bushel (Equivalent to $1.88 per 5 gallon bucket). Production standard of 4 half (1/2) bushels of seranno peppers harvested per hour. |
| | Incentive: Harvest Serrano Pepper | $ 01 . 88 | Piece Rate | Per 5 gallon bucket. Production standard of 3 five gallon buckets of serrano peppers harvested per hour. |
| | Incentive: Harvest Shishito Pepper | $ 03 . 00 | Piece Rate | per bushel/RPC (equivalent to $1.88 per 5 gallon bucket) |

Page A.8 of A.13

**Form ETA-790A Addendum A**                    **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396          Case Status: Full Certification          Determination Date: 02/04/2020          Validity Period: _____ to _____

Defs. 006000

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Harvest Shishito Pepper | $ 01 . 50 | Piece Rate | per 1/2 bushel (equivalent to $1.88 per 5 gallon bucket) |
| | Incentive: Harvest Shishito Pepper | $ 01 . 88 | Piece Rate | per 5 gallon bucket |
| | Incentive: Harvest Sweet China Peppers | $ 00 . 70 | Piece Rate | Per bushel/RPC (Equivalent to $0.44 per 5 gallon bucket). Production standard of 10 bushels of Sweet China Peppers harvested per hour. |
| | Incentive: Harvest Sweet China Peppers | $ 00 . 35 | Piece Rate | Per ½ bushel (Equivalent to $0.44 per 5 gallon bucket). Production standard of 20 1/2 bushels of Sweet China Peppers harvested per hour. |
| | Incentive: Harvest Sweet China Peppers | $ 00 . 44 | Piece Rate | Per 5 gallon bucket. Production standard of 16 five gallon buckets of Sweet China Peppers harvested per hour. |
| | Incentive: Harvest Habanero Pepper | $ 02 . 40 | Piece Rate | Per bushel/RPC (equivalent to $1.50 per 5 gallon bucket). Production standard of 3 bushels of Habanero peppers harvested per hour. |
| | Incentive: Harvest Habanero Pepper | $ 01 . 20 | Piece Rate | Per 1/2 bushel (equivalent to $1.00 per 5 gallon bucket). Production standard of 6 1/2 bushels of Habanero peppers harvested per hour. |
| | Incentive: Harvest Habanero Pepper | $ 01 . 50 | Piece Rate | Per 5 gallon bucket. Production standard of 4 five gallon buckets of Habanero peppers harvested per hour. |
| | Incentive: String Hot pepper (4 string) | $ 00 . 60 | Piece Rate | per 100 ft row |
| | Incentive: Unstring Hot Pepper | $ 00 . 40 | Piece Rate | per 100 ft. row |

Page A.9 of A.13

**Form ETA-790A Addendum A**

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 006001

OMB Approval: 1205-0466
Expiration Date: 8/31/2022



H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**

A.9. Additional Crop or Agricultural Activities and Wage Offer Information

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
|  | Incentive: Harvest mini sweet peppers | $ 03 . 50 | Piece Rate | per RPC |
|  | Incentive: Pack mini sweet peppers into 1 lb. bags | $ 00 . 40 | Piece Rate | per 12 bags |
|  | Incentive: Pack mini sweet peppers into 8 oz. bags | $ 00 . 25 | Piece Rate | per 12 bags |
|  | Incentive: Pack mini sweet peppers into 1 lb. bags | $ 00 . 50 | Piece Rate | per 18 bags |
|  | Incentive: Harvest eggplant | $ 00 . 50 | Piece Rate | Per 7 gallon bucket/RPC. Production standard of 15 seven gallon buckets of eggplant harvested per hour. |
|  | Incentive: String eggplants (2 string) | $ 00 . 55 | Piece Rate | per 100 ft row |
|  | Incentive: Unstring eggplant | $ 00 . 60 | Piece Rate | per 100 ft row |
|  | Incentive: Pack eggplant | $ 00 . 23 | Piece Rate | per RPC/DRC/bushel box |
|  | Incentive: Pack eggplant | $ 00 . 05 | Piece Rate | per 1/2 bushel box |
|  | Incentive: Manually harvest and field pack corn | $ 00 . 80 | Piece Rate | Per wooden crate/RPC/Eco Crate. Production standard of 9 bushel crates of corn manually harvested and field packed per hour. |

Page A.10 of A.1

Form ETA-790A Addendum A                **FOR DEPARTMENT OF LABOR USE ONLY**
H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 006002

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Pack corn | $ 00 . 30 | Piece Rate | per 48 ct. wooden crate |
| | Incentive: Harvest okra | $ 04 . 00 | Piece Rate | per 5 gallon bucket/RPC |
| | Incentive: Pack okra | $ 00 . 60 | Piece Rate | per box/RPC (12 bags or 15 clamshells) |
| | Incentive: Bag cilantro | $ 01 . 00 | Piece Rate | per 24 bag box/RPC |
| | Incentive: Harvest broccoli | $ 01 . 50 | Piece Rate | per box/RPC |
| | Incentive: Harvest and field pack broccoli | $ 01 . 00 | Piece Rate | per box/RPC |
| | Incentive: Cut, band, bundle, box and load broccoli | $ 01 . 40 | Piece Rate | Per box/RPC. Production standard of 5 boxes of broccoli per hour. |
| | Incentive: Harvest and field pack broccoli (bunches) | $ 01 . 75 | Piece Rate | per box/RPC (approx. 14 count) |
| | Incentive: Harvest and field pack broccoli (crowns) | $ 00 . 90 | Piece Rate | per box/RPC (approx. 32 count) |
| | Incentive: Harvest broccoli | $ 20 . 00 | Piece Rate | per bin |

Page A.11 of A.1

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396          Case Status: Full Certification          Determination Date: 02/04/2020          Validity Period: _____ to _____

Defs. 006003



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**

**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Pack broccoli | $ 00 . 12 | Piece Rate | per bushel box/RPC |
| | Incentive: Wrap 12 ct. broccoli | $ 00 . 35 | Piece Rate | per bushel/RPC |
| | Incentive: Wrap 16 ct. broccoli | $ 00 . 40 | Piece Rate | per bushel/RPC |
| | Incentive: Harvest lettuce | $ 00 . 60 | Piece Rate | per box/RPC |
| | Incentive: Wrap lettuce | $ 00 . 65 | Piece Rate | per bushel box |
| | Incentive: Harvest cauliflower | $ 01 . 00 | Piece Rate | per box/ RPC |
| | Incentive: Harvest and field wrap cauliflower | $ 01 . 20 | Piece Rate | per bushel box/RPC |
| | Incentive: Harvest cauliflower | $ 11 . 00 | Piece Rate | per bin |
| | Incentive: Pack cauliflower | $ 00 . 20 | Piece Rate | per box/RPC |
| | Incentive: Non Wrap 12 ct cabbage | $ 00 . 25 | Piece Rate | per DRC |

Page A.12 of A.1

**Form ETA-790A Addendum A**                **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396          Case Status: Full Certification          Determination Date: 02/04/2020          Validity Period: _____ to _____

Defs. 006004

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum A
**U.S. Department of Labor**



**A.9. Additional Crop or Agricultural Activities and Wage Offer Information**

| Crop ID | Crop or Agricultural Activity | Wage Offer | Per | Piece Rate Units/Special Pay Information |
|---|---|---|---|---|
| | Incentive: Pick and pack round and roma tomatoes in field | $ __02__ . __25__ | Piece Rate | per 25 lb. box |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |
| | | $ _____ . _____ | | |

Page A.13 of A.1

**Form ETA-790A Addendum A**

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396     Case Status: Full Certification     Determination Date: 02/04/2020     Validity Period: _____ to _____

Defs. 006005



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Hamilton Growers, Inc. | 2775 Ellenton-Norman Park Road Norman Park, Georgia 31771 COLQUITT | Well 11: Joe Coleman Road, Omega; Well 12: Sharon Church Road, Omega; Well 13: C.A. Hardy Road, Omega; Well 14: Joe Griffin Road, Norman Park; Well 15: Compost Field- Cool Springs Road, Norman Park; Well 16:  Dalton Field- George Flowers Road, Norman Park; Well 17: Scooter's Field- George Flowers Road, Norman Park; Well 18  Chafin Place: Cool Springs Road, Norman Park; Well 19 Lawrence Field: John Vickers Road, Norman Park | 3/2/2020 | 12/31/2020 | 365 |
| Hamilton Growers, Inc. | 2775 Ellenton-Norman Park Road Norman Park, Georgia 31771 COLQUITT | Well 20 Joe's Shop Field: John Vickers Road, Norman Park; Well 21 Monica's House Field: Ellenton Omega Road and John Vickers Road, Norman Park; Well 22 Red House Camp Field: Ellenton Omega Road, Norman Park; Well 23 Walt Weeks Field: Ellenton Omega Road, Norman Park; Well 24 Bryant Place Field: Murray McCranie Road, Norman Park; Well 25 Powell SW Field: Ellenton Omega Road and Swords Road, Omega; Well 26 Powell NW Field: Ellenton Omega Road and Swords Road, Omega | 3/2/2020 | 12/31/2020 | 365 |
| Hamilton Growers, Inc. | 2775 Ellenton-Norman Park Road Norman Park, Georgia 31771 COLQUITT | Well 27 Powell NE Field: Ellenton Omega Road and Swords Road, Omega; Well 28 Powell SE Field: Ellenton Omega Road and Swords Road, Omega; Well 29 Big Pond West Field: County Line Road, Omega; Well 30 Big Pond East Field: County Line Road, Omega; Well 37 Donald Harrod Field: Vickers Road East, Norman Park; Well 38 Square Mile Field: Ellis May Road and Clark Road, Norman Park; Well 39 Holloway Farm: Clarke Road, Norman Park | 3/2/2020 | 12/31/2020 | 365 |
| Hamilton Growers, Inc. | Well 5: Old Union Road-Lasseter Road Adel, Georgia 31620 COOK | Well 10: Old Union Road and Quilly Jones Road, Adel; Well 31 Lenox 1: Barneyville Road, Sparks; Well 32 Lenox 2: Wagonwheel Road, Sparks; Well 33 Lenox 3: Wagonwheel Road, Sparks; Well 34 Lenox 4: Wagonwheel Road, Sparks; Well 35 Lenox 5: Nipper Road, Sparks; Well 36 Lenox 6: Barneyville Road and Nipper Road, Sparks | 3/2/2020 | 12/31/2020 | 365 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page B.1 of B.2

**Form ETA-790A Addendum B**    **FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 006006



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

**D. Additional Housing Information**

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Applicable Housing Standards * |
|---|---|---|---|---|---|
| Block Barrack | Las Vegas Camp- 251 Las Vegas Lane Norman Park, Georgia 31771 COLQUITT | Availability of 236. From Moultrie take Highway 37 East to caution light. Turn left onto Cool Springs Road. Go approx. 7 miles to intersection and go straight through. In less than one mile, turn left on Las Vegas Lane and camp is at the end of the lane on the right. | 1 | 236 | ❑ Local<br>❑ State<br>☑ Federal |
| Block Barrack | Joe Griffin Barracks- 325 Joe Griffin Road Norman Park, Georgia 31771 COLQUITT | No availability. No kitchen facilities. Travel north on 319 toward East Broad Street. Turn right at East Broad Street and continue onto Ellenton Norman Park Road. Turn right onto Joe Griffin Road. | 1 | 32 | ❑ Local<br>❑ State<br>☑ Federal |
| Block House | Blue House- 4800 Ellenton-Omega Road Omega, Georgia 31775 COLQUITT | No availability. No kitchen facilities. Located on the side of the Old Store on Sharon Church Road. | 1 | 10 | ❑ Local<br>❑ State<br>☑ Federal |
| Barrack | Old Store- 4948 Ellenton-Omega Road Omega, Georgia 31775 COLQUITT | No availability. No kitchen facilities. Located on the corner of Sharon Church Road and Omega-Ellenton Road. | 1 | 30 | ❑ Local<br>❑ State<br>☑ Federal |
|  |  |  |  |  | ❑ Local<br>❑ State<br>❑ Federal |
|  |  |  |  |  | ❑ Local<br>❑ State<br>❑ Federal |
|  |  |  |  |  | ❑ Local<br>❑ State<br>❑ Federal |
|  |  |  |  |  | ❑ Local<br>❑ State<br>❑ Federal |
|  |  |  |  |  | ❑ Local<br>❑ State<br>❑ Federal |
|  |  |  |  |  | ❑ Local<br>❑ State<br>❑ Federal |

Page B.2 of B.2

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396     Case Status: Full Certification     Determination Date: 02/04/2020     Validity Period: _____ to _____

Defs. 006007

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

a. Job Offer Information 1

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Deductions from Pay |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

The cost of elected health care benefits will be deducted from the workers' paycheck when expressly authorized in writing by the worker.  The employer may deduct the cost of the workers inbound transportation and daily subsistence expenses to the place of employment that were borne directly by the employer.  If the employer receives a fine for acts committed by a worker on the road while driving an employer provided vehicle and he or she is at fault, the fine amount will be deducted from the employee's wages when expressly authorized by the worker in writing.  No arrangements have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. Hamilton Growers, Inc. will deduct from wages for lost or replacement electronic timekeeping/piece rate badges ($25), bank cancellation fee for paper paychecks ($40) and for lost assigned hand tools.

b. Job Offer Information 2

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Additional Information Regarding Job Qualifications/Requirements |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Perform prolonged walking, bending, stooping, pushing, pulling, lifting and carrying 55 lbs. repeatedly. Work outside in inclement weather, especially extreme cold or heat (exceeding 100 degrees) and/or wet weather for extensive periods of time. Must be 18 or older. Employer is a drug free workplace. Drug testing is conducted post-hire at the employer's expense and is not part of the interview process. Positive results will result in termination. The training period for all crop activities is 7 days starting with the first day of employment to acclimate the worker to the physical demands of farm work and to familiarize workers with job specifications and to demonstrate proper growing methods and other crop specific issues.  After completion of the training period, workers are to keep up with production standards; and not detrimentally affect other workers productivity.  Workers must make reasonable effort during training. Terminated workers will have an appeal process.

Page C.1 of C.10

Form ETA-790A Addendum C

H-2A Case Number: H-300-20003-230396     **FOR DEPARTMENT OF LABOR USE ONLY**     Case Status: Full Certification     Determination Date: 02/04/2020     Validity Period: _____ to _____

Defs. 006008

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

c. Job Offer Information 3

| 1. Section/Item Number * | G.1 | 2. Name of Section or Category of Material Term or Condition * | Referral and Hiring Instructions |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Only workers meeting all qualifications on the job order should be referred by the Job Service Office. Information on referrals must include the full name, telephone number or e-mail address of the applicant, and the name of the job, or job order number. The order holding office is also asked to provide the employer with a generic application form, resume or other evidence that the worker meets the requirements in the job order. The order holding office is asked to provide all referrals with a copy of the clearance order or at a minimum, a summary of wages, working conditions, and other material specifications. In the event of an amendment to the date of need, the employer requests that the state employment service attempt to inform referred migrant workers of that change. If the employer fails to notify the order-holding office of a delay in the date of need at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the clearance system that report for work and have made the required notice of availability to the job service office for the first week starting with the originally anticipated date of need. Failure by the worker to contact the local job service office or the order holding office to verify the date of need no sooner than 9 working days and no later than 5 working days prior to the original date of need in the job order will disqualify the referred migrant worker from the assurance provided in this section. Interested workers can e-mail Hamilton Growers, Inc. at katie@southernvalley.us. Applicants may also call the employer's office at (229) 769-3676 and ask for Ms. Katie Tugwell or leave a message any time. Please provide your full name, a callback number that is optimal for the interview days and times listed below, the name of the job you are applying for, your mailing address or e-mail address, and how you heard about the job. In-person interviews may be available at the request of the applicant but are not required. The office has the following availability: Monday-Friday, 9am-5pm. Pre-hiring informational workshops for local workers are held on the first Monday of every month at the GADOL office in Moultrie at 8:00 a.m. beginning on January 6, 2020 and during the hiring period. Interested local workers are encouraged to attend. Orientation will be held on March 2, 2020 at 8:00 a.m and subsequent orientations will be held the second Monday of the month at 8 a.m. In the event that the first or second Monday falls on a holiday, workshops and orientations will be held on the following Tuesday. Equal Opportunity Employer.

d. Job Offer Information 4

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties - Farm Workers |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Pre-harvest duties include tilling soil, planting, re-planting, cultivating, weeding, using shears, knives and other various cultivation tools. May also identify plants, pests, weeds or diseases to determine selection and application of chemicals such as pesticides, herbicides and fertilizers. Apply chemicals and fertilizers. Record information about crops such as pesticide use, fertilizer use, yields or labor inputs. Install, maintain and operate irrigation equipment. Dig and maintain irrigation ditches, field roads and right-of-ways. Install or remove items required in plasticulture. Install or remove stakes, wire, netting or string. Remove or clean plant debris or vines from ground or trellises. Train vines or plants on strings or trellises. Determine produce sustainability for harvest based on size, degree of maturity or market standards. Harvest produce using tools such as knives, clippers and shears. Banding techniques will be included during harvest at times. Cut watermelons from the vine, place at the end of row and workers will toss harvested melons into trailers. Operate tractors, tractor-drawn machinery, and self- propelled machinery to plow, harrow, fertilize, apply chemicals, plant, cultivate, or harvest crops. Operate, repair, and maintain farm vehicles, implements and mechanical equipment. Grade, sort, wash, select, label or pack harvested products into bags or boxes. Crops may be harvested and field packed, or transported to the packinghouse for further processing. Stack boxes onto pallets, transport vehicles or trailers. Count and check harvested products. Use hammers, wire clippers and other tools to construct trellises, fences, and farm structures. Clean and maintain all grounds and facilities. Assist with Good Agricultural Practices policies.

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 006009



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

---

## H. Additional Material Terms and Conditions of the Job Offer

e. Job Offer Information 5

| 1.  Section/Item Number * | A.11 | 2.  Name of Section or Category of Material Term or Condition * | Pay Deductions - Deductions Continued.1 |
|---|---|---|---|

3.  Details of Material or Condition (*up to 3,500 characters*) *

Costs will be deducted from the employee's last paycheck or from other paychecks with written consent, provided that such deductions will not bring the employees wage below the federal minimum wage. Employees who receive a positive confirmed drug test result may contest the results by obtaining a second test. The cost of the second drug test will be $50.  However, if the employee's second test is negative, Hamilton Growers, Inc. will reimburse the employee the amount of the second test fee. If an employee believes that prescribed medication might result in a positive drug test, he or she should discuss this with the person administering the test. If a second test is required in such a circumstance, Hamilton Growers, Inc. will consider potentially waiving the $50 fee for the second test. Workers will be charged $25.00 for a replacement badge resulting in dock of their pay. Workers will be responsible for all hand tools supplied to them for their work.  If employees lose their assigned tool(s), they will be charged for a replacement tool.  This cost will be deducted out of their pay. Should an employee need a replacement for an issued check that has not been cashed, the employee may pay the $40.00 bank cancellation fee and the employer will stop payment on the original check and issue a replacement check in the next pay period.  The fee will be deducted from pay. Optional uniforms may be available depending on duties assigned. When elected, the cost of the uniforms and cleaning services will be payroll deducted.

f. Job Offer Information 6

| 1.  Section/Item Number * | B.6 | 2.  Name of Section or Category of Material Term or Condition * | Job Requirements - Experience |
|---|---|---|---|

3.  Details of Material Term or Condition (*up to 3,500 characters*) *

Three months of farmwork experience required.

Page C.3 of C.10

---

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number:  H-300-20003-230396          Case Status:  Full Certification          Determination Date:  02/04/2020          Validity Period: _____ to _____

Defs. 006010

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

g. Job Offer Information 7

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Safety - Workers Compensation |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Workers compensation insurance is provided.

Carrier is FCCI.
Notify Ana Fuentes at (229) 769-3676 in case of injury within 30 days.

h. Job Offer Information 8

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Attendance and Work Schedule |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Workers will report to work at the designated time and place as directed by the employer each day. Unauthorized breaks do not include reasonable breaks to use sanitation facilities, including drinking water, toilet and hand washing facilities. Workers should expect occasional periods of little or no work because of weather, crop or other conditions beyond the employer's control. These periods can occur anytime throughout the season. Excessive absences, tardiness or early departures during the employment period will not be permitted. Excessive absences, tardiness and early departures is defined as: three (3) unexcused absences and/or tardys and/or early departures within any period of 30 work days, without the prior consent of a properly authorized supervisor. Non-compliance results in termination. Standard work week is defined as seven (7) hours each day Monday-Friday and five (5) hours on Saturday. Attendance Monday-Saturday is not optional. A 30-day period is defined as any 30 working days, not a calendar month. Excused Absences are defined as: DEATH IN FAMILY – Must bring documentation to office. Only documentation that is accepted is an obituary copy or funeral program. The documentation should have employee's name listed as a family member. DOCTOR'S APPOINTMENT –Employee must bring a doctors excuse to Human Resources. COURT SUBPOENA – Must bring copy to office. No probation meetings will be excused. If employees are required to meet with a Probation Officer, it is their responsibility to set-up a meeting after work-hours. NO EXCEPTIONS.
If employees choose to leave the work area early they must notify their supervisor. If employees are tardy or leave early, they will be considered to have an unexcused absence from work unless the absence is excused pursuant to the exception listed above. Hamilton Growers, Inc. will consider the job abandoned if a worker fails to report to work for five (5) consecutive working days without approval from Human Resources. Employees will not enter the facilities, fields, housing, or any other property of Hamilton Growers, Inc. or its subsidiaries during hours they not scheduled to work. Non-compliance results in termination.

Page C.4 of C.10



OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

**H. Additional Material Terms and Conditions of the Job Offer**

i. Job Offer Information 9

| 1.   Section/Item Number * | B.6 | 2.   Name of Section or Category of Material Term or Condition * | Job Requirements - Skills and Physical Demands Continued.1 |
|---|---|---|---|

3.   Details of Material Term or Condition (*up to 3,500 characters*) *

Production standards apply.

j. Job Offer Information 10

| 1.   Section/Item Number * | B.6 | 2.   Name of Section or Category of Material Term or Condition * | Job Requirements - Housing |
|---|---|---|---|

3.   Details of Material Term or Condition (*up to 3,500 characters*) *

The employer retains possession and control of the employer provided housing at all times. Workers may not interrupt other workers' rest/sleep periods by excessive or unnecessary noise or commotion.  Workers may not have guests in employer-provided housing past 10:00 p.m., except on Saturday, not past 12:00 midnight.  Workers and/or their guests may not engage in indecent, immoral or illegal conduct at any time on the employer's premises.  Workers may not separate nor move beds.  Workers are expected to maintain their living quarters to standards posted on the property and shall promptly report problems to the employer. Employer reserves the right to enter housing at any time.  Inspections may be performed to ensure housing meets applicable standards.  Housing is not provided to non-workers. Family housing is not available. Workers residing in employer provided housing must vacate the housing promptly upon termination of employment.  Workers shall cooperate with other workers assigned to the same  housing in maintaining the kitchen, dining (if applicable), bathroom and living areas in the same general condition the unit was in prior to occupancy and to standards posted on the property.   Once an employee living in Company housing is assigned to their Company room, they are not allowed to move from their assigned room, unless they have approval from their supervisor, in writing, for their HR personnel file. If they have a problem in their assigned room, they should immediately report their problem to their supervisor for the procedure to take place. (1542)

Page C.5 of C.10

**FOR DEPARTMENT OF LABOR USE ONLY**

Defs. 006012

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

k. Job Offer Information 11

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Incentive Pay Information |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Generally, the offer of incentive piece rates will depend on precision, volume, ripeness and quality standards at the discretion of the employer. When required by state or federal law, overtime will be paid at time and one half the regular hourly rate.

l. Job Offer Information 12

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Safety |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

PESTICIDES MAY BE ON OR IN PLANTS, SOIL, IRRIGATION WATER OR CAN DRIFT FROM NEARBY APPLICATIONS. Prevent pesticides from entering the body by: Following directions and/or signs about keeping out of treated or restricted areas; Washing before eating, drinking, or using the bathroom; Wearing work clothing that protects the body from pesticide residues; Washing/showering with soap and water, shampooing hair and putting on clean clothes after work; Washing work clothes separately from other clothes before wearing them again; If pesticides are spilled or sprayed on the body, wash immediately.  Shower, shampoo and change clothing as soon as possible (98) Employees will not use my ear phones, ear buds, or any type of speaker in the work place. This is a safety hazard to work. Non-compliance results in written warning, second offense in termination.  Employees must not use their ear phones, ear buds, or any type of speaker in their work place. (396) For safety reasons, no riding in the back of any trucks, or trailers except in connection with field production work.

EXPOSURE TO HEAT CAN CAUSE ILLNESS AND DEATH.  Employees should: Drink plenty of fluids; Drink often and before becoming thirsty; Wear lightweight, light colored clothes that are not tight on the body. SYMPTOMS OF HEAT STRESS:Headache, dizziness, or fainting; Weakness; Confusion; Thirst, nausea, or vomiting; Pass out, collapse or have seizures (52)

SAFETY - FOOD SAFETY PROGRAM COMPLIANCE
Hamilton Growers, Inc. participates in the Good Agricultural Practices Program (GAP) and Good Manufacturing Program (GMP) to ensure that its products are safe and free from contamination. All employees must comply with the following rules. Breaking any of food safety rules can lead to discipline and possible termination.
Employees must wash and sanitize their hands before reporting to their work site and after:  using the restroom, taking a break, touching dirty containers or trash, touching non-food products, coughing or sneezing. Employees will not bring or use tobacco, food, drinks, gum, candy, while working.  Hamilton Growers, Inc. will provide the water. Employees' fingernails cannot be long (more than 1/8 inch past fingertips) or polished. Employees must not bring glass onto Company property. Employees' body will be clean and they will wear clean clothes. Employees have sores, cuts, lesions, open wounds, they must report them to their supervisor who will decide if they can work before they are healed. If an employee is sick, they should tell the supervisor before they begin work. Employees should understand some sicknesses require a doctor's release before they can return to work. If blood gets on anything, employees must notify their supervisor so it can immediately be disposed of properly. Employees must report any injury to their supervisor AS SOON AS IT HAPPENS. Employees must report throw toilet paper in the commode. Employees must keep the restrooms and rest areas clean. Employees must keep workspace and tools clean. Employees must throw trash in designated trash cans only. Employees must make sure produce containers are clean and kept off the ground. Employees must not wear jewelry, sleeveless shirts, tank tops, or hats with jewelry. Employees working in the packing shed must wear plastic gloves, hairnets, and aprons. Employees must fix their hair in such manner that it can be placed under a hair net.

Page C.6 of C.10

| | | **FOR DEPARTMENT OF LABOR USE ONLY** | | |
|---|---|---|---|---|
| H-2A Case Number: H-300-20003-230396 | Case Status: Full Certification | | Determination Date: 02/04/2020 | Validity Period: _____ to _____ |

Defs. 006013

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

m. Job Offer Information 13

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Safety Continued |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Workers should not wear loose-fitting clothing, jewelry, or other items that could become entangled in machinery, and long hair should be worn under a cap or otherwise contained to prevent entanglement in moving machinery. (OSHA 3170) Employees must place all harvest utensils in the appropriate holder before entering a restroom facility. Employees must utilize the tool dip stations to ensure their harvest utensils are kept cleaned and sanitized.

n. Job Offer Information 14

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Instruction and Work Assignment Information |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Pay
Workers may not have other workers pick up their pay. Workers will be paid by a paper paycheck each week, the following will apply: Paychecks will be given out to Domestic field crews on Fridays between 5:00-5:15 PM, and to Domestic packing shed employees on Fridays at the completion of the employees' shift. Employees living in Company housing will be paid Friday afternoons. Checks not picked up at the designated time will be available beginning the following work week. Proper personal identification must be presented to pick up paychecks. It is the employee's responsibility to report any errors in their pay to Colene Flowers. If an employee's mail is mailed to the office, please see the receptionist at the front desk. She will be available Monday-Friday, 8:00 AM to 5:00 PM in the front main office.

Payment Assurance Program (EPAP) - Purpose: It is the commitment of Hamilton Growers to ensure that all employees are fairly, accurately and completely paid for all work performed. To ensure that all employees have equal access to this program without fear or retaliation, an additional anonymous program has been implemented. The TWO programs are as follows. Original Program Instructions: If a workers feels they have not been paid for all hours and/or piece rate work performed, they should complete the form located at the main office and give it to their supervisor or the receptionist. Anonymous Program Instructions: If a worker feels that they have not been paid for all hours and/or piece rate work performed and fear retaliation, they may contact the Employee Payment Assurance Review Officer (EPARO) at the address below. The EPARO is an attorney who is an independent third party. The employee's identity will remain anonymous except to the EPARO. An investigation will be conducted by the EPARO. The EPARO has open access to all employee pay records, time sheets, production records and personnel files. If the investigation shows that an underpayment has been made to the worker, the amount of underpayment will be paid directly from the EPARO to the worker. The EPARO will then, in turn, bill Hamilton Growers for the underpayment amount as well as all associated costs of the investigation. Simply complete form located at the main office and mail to: EPARO, Law Office of Robb Howell, P.O. Box 100, Moultrie, GA 31776

Training
Employees understand that after a seven (7) day training period they must make production while following safety requirements. They will not negatively affect the productivity or impede the production of the work team. Employees understand they are required to meet production standards. During the training period, employees will give reasonable effort. Failure to do so will result in termination.

Employees should understand the harvest trailer will not wait on them, but will move with the lead of the group. Employees should understand they will be assigned a row by their supervisor at the beginning of each row. Employees may not "skip" forward and not harvest an area if they fall behind. Employees should understand that if they fall behind, others that are not behind might be assigned by their supervisor to leave their picking row and pick on the same row ahead of that employee in order to "catch up the employee." Employees should understand a person ahead of them trying to "catch up the employee" to the group benefits the employee and allows them to not continue to be behind.

| Form ETA-790A Addendum C | **FOR DEPARTMENT OF LABOR USE ONLY** | | |
|---|---|---|---|
| H-2A Case Number: H-300-20003-230396 | Case Status: Full Certification | Determination Date: 02/04/2020 | Validity Period: _____ to _____ |

Defs. 006014

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

o. Job Offer Information 15

| 1.  Section/Item Number * | B.6 | 2.  Name of Section or Category of Material Term or Condition * | Job Requirements - Instruction and Work Assignment Information Continue |
|---|---|---|---|

3.  Details of Material Term or Condition (*up to 3,500 characters*) *
Employees should understand "catching up" an employee decreases the distance the employee must carry their harvest container to the trailer and is done for the employee's benefit.  Employees should understand this in no way interferes with their ability to make production but is done to aide the employee to achieve their production requirements.   (236) In the event that an employee is terminated, they will be given a Termination Appeal Notice.  This notice contains information and instructions for workers to follow if they feel they have been wrongly terminated. Termination as a result of non-compliance of any of the work rules, as well as failed or refused drug test, can affect unemployment benefits.

Disability and Discrimination
Title I and Title V of the Americans with Disabilities Act of 1990, as amended, protect qualified individuals from discrimination on the basis of disability in hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment.  Disability discrimination includes not making reasonable accommodation to the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or employee, barring undue hardship.

EQUAL EMPLOYMENT OPPORTUNITY (EEO) POLICY
Hamilton Growers, Inc. ("the Company") is an Equal Employment Opportunity employer committed to providing equal opportunity in all of our employment practices, including selection, hiring, assignment, re-assignment, promotion, transfer, compensation, discipline, and termination. The Company prohibits discrimination, harassment, and retaliation in employment based on race; color; religion; genetic information; national origin; sex (including same sex); pregnancy, childbirth, or related medical conditions; age; disability or handicap; citizenship status; service member status; or any other category protected by federal, state, or local law.  Violation of this policy will result in disciplinary action, up to and including immediate termination.

WHAT TO DO IF AN EMPLOYEE BELIEVES DISCRIMINATION HAS OCCURRED: There are strict time limits for filing charges of employment discrimination. To preserve the ability of EEOC to act on an employee's behalf and to protect their right to file a private lawsuit, should the employee ultimately need to, they should contact EEOC promptly when discrimination is suspected: The U.S. Equal Employment Opportunity Commission (EEOC), 1-800-669-4000 (toll-free) or 1-800-669-6820 (toll-free TTY number for individuals with hearing impairments). EEOC field office information is available at www.eeoc.gov or in most telephone directories in the U.S. Government or Federal Government section. Additional information about EEOC, including information about charge filing, is available at www.eeoc.gov. (448)

HUMAN TRAFFICKING AND NO HARASSMENT POLICY
Hamilton Growers, Inc. does not tolerate human trafficking or the harassment of applicants, employees, workers, contractors, customers, or vendors.  Any form of human trafficking or harassment relating to an individual's race; color; religion; genetic information; national origin; sex (including same sex); pregnancy, childbirth, or related medical conditions; age; disability or handicap; citizenship status; service member status; or any other category protected by federal, state, or local law is a violation of this policy and will be treated as a disciplinary matter.

p. Job Offer Information 16

| 1.  Section/Item Number * | B.6 | 2.  Name of Section or Category of Material Term or Condition * | Job Requirements - Instruction and Work Assignment Information Continue |
|---|---|---|---|

3.  Details of Material Term or Condition (*up to 3,500 characters*) *
Violation of this policy will result in disciplinary action, up to and including immediate termination.
If employees have any questions about what constitutes human trafficking or harassing behavior or what conduct is prohibited by this policy, they should discuss the questions with their immediate supervisor or one of the contacts listed in this policy.  At a minimum, the term "harassment" as used in this policy includes:Engaging in any form of human trafficking where travel is arranged or facilitated for any persons with a view to exploiting them or procuring commercial sex acts in the performance of any type of work; Offensive remarks, comments, jokes, slurs, or verbal conduct pertaining to an individual's race; color; religion; genetic information; national origin; sex (including same sex); pregnancy, childbirth, or related medical conditions; age; disability or handicap; citizenship status; service member status; or any other category protected by federal, state, or local law; Offensive pictures, drawings, photographs, figurines, or other graphic images, conduct, or communications, including e-mail, faxes, and copies pertaining to an individual's race; color; religion; genetic information; national origin; sex (including same sex); pregnancy, childbirth, or related medical conditions; age; disability or handicap; citizenship status; service member status; or any other category protected by federal, state, or local law; Offensive sexual remarks, sexual advances, or requests for sexual favors regardless of the gender of the individuals involved; and, Offensive physical conduct, including touching and gestures, regardless of the gender of the individuals involved.

Hamilton Growers, Inc. also absolutely prohibits retaliation, which includes: threatening an individual or taking any adverse action against an individual for (1) reporting a possible violation of this policy, or (2) participating in an investigation conducted under this policy.
Hamilton Growers' supervisors and managers are covered by this policy and are prohibited from engaging in any form of human trafficking, harassing, discriminatory, or retaliatory conduct.  No supervisor or other member of management has the authority to suggest to any applicant or employee that employment or advancement will be affected by the individual entering into (or refusing to enter into) a personal relationship with the supervisor or manager, or for refusing (or refusing to tolerate) conduct or communication that might violate this policy.  Such conduct is a direct violation of this policy.
Non-employees are also covered by this policy. Hamilton Growers, Inc. prohibits human trafficking, harassment, discrimination, or retaliation of our employees in connection with their work by non-employees.  Immediately report any human trafficking, harassing or discriminating behavior by non-employees, including H2A workers or contractor/subcontractor employees. Any employee who experiences or observes human trafficking, harassment, discrimination, or retaliation should report it using the steps listed below.
If an employee has any concern that our No Human Trafficking and Harassment policy may have been violated by anyone, the employee must immediately report the matter.

| Form ETA-790A Addendum C | FOR DEPARTMENT OF LABOR USE ONLY | | |
|---|---|---|---|

H-2A Case Number: H-300-20003-230396     Case Status: Full Certification     Determination Date: 02/04/2020     Validity Period: _____ to _____

Defs. 006015

OMB Approval: 1205-0466
Expiration Date: 8/31/2022



H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

## H. Additional Material Terms and Conditions of the Job Offer

q. Job Offer Information 17

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Instruction and Work Assignment Information Continue |
|---|---|---|---|

**3. Details of Material Term or Condition (up to 3,500 characters) ***
Due to the very serious nature of human trafficking and harassment, discrimination, and retaliation, concerns must be reported to: First, any concern should be discussed with the immediate supervisor; If the employee is not satisfied after speaking with their supervisor, or if they feel that they cannot speak to their supervisor, concerns should be discussed with Katie Davis or Courtney Hamilton; If the employee is not satisfied after you speak with Katie or Courtney, or if you feel you cannot speak to Katie or Courtney, speak to Brian Lassetter or Austin Hamilton. Any actions that seem to violate our policy, no matter how slight the actions may seem, should be reported.
A properly authorized HR representative will investigate the report and then take prompt, appropriate remedial action. The Company will protect the confidentiality of employees reporting suspected violations of this or any other Company policy to the extent allowed by law consistent with the Company's investigation.
Employees will not be penalized or retaliated against for reporting improper conduct, human trafficking, harassment, discrimination, retaliation, or other actions that they believe may violate this policy.
Hamilton Growers, Inc. is serious about enforcing its policy against human trafficking and harassment. Persons who violate this or any other Company policy are subject to discipline, up to and including immediate termination. Hamilton Growers, Inc. cannot resolve a potential policy violation unless the Company knows about it. Employees are responsible for reporting possible policy violations to allow appropriate actions to address concerns. (898)

EMPLOYEE CONDUCT POLICY
Our company's reputation rests on how customers, suppliers and the public perceive us. Not only in terms of how competent we are at handling their business, but also on our integrity and how we behave.

RELATIONS WITH CO-WORKERS
Integrity is one of the fundamental values that employers seek in the employees that they hire. It is the core of a person who demonstrates sound moral and ethical principles at work. A person who has integrity lives his or her values in relationships with coworkers, customers and the public. People who demonstrate integrity draw others to them because they are trustworthy and dependable. They are principled and can be counted on to behave in honorable ways even when no one is watching. Hamilton Growers is a company in which a diverse group of people can learn, live and work in an atmosphere of tolerance and respect. Treat others the way you want to be treated! Respect people's differences, be kind and courteous. When you show respect and tolerance for someone different than you, you are investing in the respect and tolerance you wish in return. Hamilton Growers' employees create and maintain a work environment of cooperation and contribution to the common good of the company. We are helpful and supportive of each other. Our goal is to encourage a safe and pleasant work atmosphere. This happens when everyone cooperates and commits to working as a team.

RELATIONS WITH CUSTOMERS, CLIENTS AND VENDORS
Be aware that the people who step into your work place, like customers, clients and vendors are watching and listening to you. Our employees are the best salesman the company has. When someone from the outside comes in, employees should ask them how they can help or assist them.

r. Job Offer Information 18

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Instruction and Work Assignment Information Continue |
|---|---|---|---|

**3. Details of Material Term or Condition (up to 3,500 characters) ***
Employees should not complain about their job or the company in the presence of guests. If an employee has a complaints, they should take them up with their supervisor or someone in Human Resources; they can help. If an employee has a grievance, they should discuss it with us before it becomes a compounded problem.
RELATIONS WITH THE PUBLIC
How our employees act and speak about Hamilton Growers leaves an impression of our company as a whole. What employees say to family, friends or the public, might be the only picture they ever have of their workplace. Remember, no customers equals no business and no jobs. (402)

WORKPLACE POLICIES
Workplace rules and policies are intended to protect the employees, employer, and the products of a company. The workplace policies below apply to everyone who works at Hamilton Growers, Inc. If employees fail to follow these rules, they will be disciplined up to and including termination

Employees should understand that after the seven (7) day training period they must make production while following safety requirements. Employees should not negatively affect the productivity or impede the production of their work team. Employees should understand that they are required to meet production standards. During their training period, they will give reasonable effort. Employees should understand that non-compliance results in termination. Excessive absences, tardiness or early departures during the employment period will not be permitted. Excessive absences, tardiness and early departures is defined as: three (3) unexcused absences and/or tardys and/or early departures within any period of 30 work days, without the prior consent of a properly authorized supervisor. Non-compliance results in termination. Standard work week is defined as seven (7) hours each day Monday-Friday and five (5) hours on Saturday. Attendance Monday-Saturday is not optional. A 30-day period is defined as any 30 working days, not a calendar month. Excused Absences are defined as:DEATH IN FAMILY – Must bring documentation to office. Only documentation that is accepted is an obituary copy or funeral program. The documentation should have employee's name listed as a family member. DOCTOR'S APPOINTMENT –Employee must bring a doctors excuse to Human Resources. COURT SUBPOENA – Must bring copy to office. No probation meetings will be excused. If employees are required to meet with a doctor, it is their responsibility to set-up a meeting after work-hours. NO EXCEPTIONS.
If employees choose to leave the work area early they must notify their supervisor. If employees are tardy or leave early, they will be considered to have an unexcused absence from work unless the absence is excused pursuant to Rule No. 2 above. Hamilton Growers, Inc. will consider the job abandoned if a worker fails to report to work for five (5) consecutive working days without approval from Human Resources. Employees will not enter the facilities, fields, housing, or any other property of Hamilton Growers, Inc. or its subsidiaries during hours they not scheduled to work. Non-compliance results in termination. Employees will not use or possess alcohol during work time or on the facilities, fields, housing, or any other property of Hamilton Growers, Inc. or its subsidiaries. If an employee receives anything higher than 0.00 on a company breathalyzer test, it will result in immediate termination.

| Form ETA-790A Addendum C | | **FOR DEPARTMENT OF LABOR USE ONLY** | | |
|---|---|---|---|---|
| H-2A Case Number: H-300-20003-230396 | Case Status: Full Certification | | Determination Date: 02/04/2020 | Validity Period: _____ to _____ |

Defs. 006016

OMB Approval: 1205-0466
Expiration Date: 8/31/2022

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

s. Job Offer Information 19

| 1.  Section/Item Number * | B.6 | 2.  Name of Section or Category of Material Term or Condition * | Job Requirements - Instruction and Work Assignment Information Continue |
|---|---|---|---|

3.  Details of Material Term or Condition (*up to 3,500 characters*) *

Employees will not use or possess unlawful drugs during their employment period. If an employee to receives a failed drug test, it will result in immediate termination. Employees should understand the Company is a Drug Free Workplace and any violations will result in termination. Non-compliance results in termination. Employees will not possess firearms or weapons on the property of Hamilton Growers, Inc. or its subsidiaries. Non-compliance results in termination. Employees will not fight at any time while on Hamilton Growers' property.  This is to include any physical or aggressive verbal altercation. Non-compliance results in termination.  Employees will not steal from co-workers or from Hamilton Growers, Inc., or its subsidiaries. Stealing is defined as the taking of any type of property, no matter the value, of Hamilton Growers or co-workers. This includes documents and posters. Non-compliance results in termination. Employees will not deliberately damage or destroy any machinery, equipment, tools or other property belonging to Hamilton Growers, Inc., its subsidiaries, or a co-worker. Non-compliance results in termination. Employees will not operate Company equipment or vehicles without their authorized supervisor's instructions. Employees are required to be familiar with all safety and operation instruction prior to operating any equipment. Non-compliance results in termination. Employees will not post or remove any notices, signs or other instructions. Non- compliance results in termination. Employees will not falsify personal, medical, production, or other work related records or give false information during a Company investigation. Non-compliance results in termination. Supervisors and managers will often use cell phones and mobile radios for business purposes. Unless an employee is authorized to use a cell phone, they will not use electronic devices or their cell phone to call, text, e-mail, check time, play music, or play games, etc. during working time. Use of electronic devices is permissible in the event of an emergency, employee's safety or similar situations. Non-compliance results in termination. Employees will not leave the work area without permission before I they clock out. This is theft of Company time. An exception will be made in the event of an emergency or an inoperative clock-in device. Non-compliance results in termination. Employees will not take breaks not allowed by their supervisor and will not overstay authorized breaks. This is theft of Company time. Non-compliance results in termination. Employees will not smoke or use any tobacco products in any facility or fields on Hamilton Growers' property. Non-compliance results in termination. Employees will not deliberately do anything that interferes with production, including playing around, throwing things, wasting time, or disrupting other workers during work time. Non-compliance results in written warning, second offense in termination. Employees will not perform work that is careless or sloppy. Non-compliance results in written warning, second offense in termination. Employees will use caution not to damage the fruit or plants during handling or harvesting. Non-compliance results in written warning, second offense in termination. Employees will receive food safety and personal hygiene training. Employees are required to comply with all food safety program rules. Non-compliance results in written warning, second offense in termination.

t. Job Offer Information 20

| 1.  Section/Item Number * | B.6 | 2.  Name of Section or Category of Material Term or Condition * | Job Requirements - Instruction and Work Assignment Information Continue |
|---|---|---|---|

3.  Details of Material Term or Condition (*up to 3,500 characters*) *

Employees will place all trash and waste materials in the proper container and will not litter. Non-compliance results in written warning, second offense in termination. Employees will follow the instructions of their supervisor. If they have a problem with their supervisor or any instructions given, employees should talk to someone in HR at Hamilton Growers. Employees will not be discourteous or threatening to any employee. Talking back or refusing to follow reasonable instructions is "insubordination." Non-compliance results in written warning, second offense in termination. Employees will follow the dress code specified in the Food Safety Compliance Policy that have been given for Hamilton Growers.  Non-compliance results in written warning, second offense in termination. Employees will not begin work prior to scheduled starting time or continue working beyond scheduled stopping time unless authorized by their supervisor.  Non-compliance results in written warning, second offense in termination. Hamilton Growers, Inc. issues electronic badges for timekeeping/piece rate tabulation. In order to work employees must be in possession of their badge.

Form ETA-790A Addendum C

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-20003-230396    Case Status: Full Certification    Determination Date: 02/04/2020    Validity Period: _____ to _____

Defs. 006017