EXHIBIT H

EXCERPTS FROM 30(B)(6) DEPOSITION OF
DEFENDANT HAMILTON GROWERS, INC.

# Deposition Transcript

Case Number: 7:24-cv-00054-WLS
Date: May 9, 2025

In the matter of:

## ARNULFO GARCIA-RAMOS v SOUTHERN VALLEY FRUIT & VEGETABLE

## Jonathan T. Schwalls -  CORP. REP.

**CERTIFIED COPY**

Reported by:
Anne Chilton



Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

1                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF GEORGIA
2                          VALDOSTA DIVISION

3                            ---oOo---

4


5
ARNULFO GARCIA-RAMOS,            §
6  PABLO CASTILLO-OLGUIN, and    §
   all other similarly situated, §
7                                §
   Plaintiffs,                   §
8                                §
   v.                            §    CASE ACTION
9                                §
   SOUTHERN VALLEY FRUIT &       §    FILE NO: 7:24-cv-00054-WLS
10 VEGETABLE, INC.; HAMILTON     §
   GROWERS, INC., KENT HAMILTON; §
11 HAMILTON PRODUCE, L.P.;       §
   KENDA PROPERTIES, L.P.; WK    §
12 HOLDINGS, LLC; and WKW, LLC,  §
                                 §
13 Defendants.                   §
   _____

14

15

16

17            REMOTE DEPOSITION OF JONATHAN T. SCHWALLS,

18  Designated Representative of Hamilton Growers, Incorporated,

19  located in Norman Park, Georgia, via Zoom Steno Connect

20  Videoconference, commencing at about 10:06 A.M. EST on

21  Friday, May 9th, 2025, before ANNE H. CHILTON, Certified

22  Shorthand Reporter, License No. 3669, and Notary Public in

23  and for the State of Michigan.

24

25

10:40  1    to ask, but, you know, this is going to be a really

10:40  2    long day one way or another.  So to the extent we can

10:40  3    try to stay within the scope of the topics and the

10:40  4    lawsuit, I'd appreciate it.

10:40  5         But, Jon, you can answer that question.

10:40  6  A.  Will you restate the question one time for me, please?

10:40  7  BY MR. KNOEPP:

10:40  8  Q.  Sure.  As a -- I just want to get a general sense of

10:40  9    what are the different job duties that need to be

10:40 10    performed in the packing shed in Georgia in order to

10:40 11    make sure that it's operating.

10:40 12  A.  Packing, stacking, sweeping, cleaning, loading,

10:40 13    unloading, cleaning spiderwebs, bird nests.  It's --

10:41 14    it's -- it's a lot of functions in the facility, you

10:41 15    know.  I mean, just daily a lot of random act- -- I

10:41 16    shouldn't say random.  A lot of different activities

10:41 17    occurring at the same time to make it function.

10:41 18  Q.  Okay.  And were these --

10:41 19         I want to focus us on just some of those

10:41 20    specific duties that people would do in the packing

      21    shed.

10:41 22         So, first of all, there are some people that

10:41 23    you need to operate forklifts; is that right?

10:41 24  A.  Correct.

10:41 25  Q.  And those people would do the loading and unloading

| | | |
|---|---|---|
| 10:41 | 1 | that you mentioned; is that right? |
| 10:41 | 2 | A.  And other things. |
| 10:41 | 3 | Q.  What kind of other things would the forklift drivers |
| 10:42 | 4 | do? |
| 10:42 | 5 | A.  Sweeping, cleaning, stacking.  Whatever those -- any |
| 10:42 | 6 | of those needs that -- that I listed a while ago, or |
| 10:42 | 7 | any of those functions I listed a while ago, tasks. |
| 10:42 | 8 | Q.  Those people would be also required to move products |
| 10:42 | 9 | around the packing shed with the forklifts; is that |
| 10:42 | 10 | right? |
| 10:42 | 11 | A.  Correct. |
| 10:42 | 12 | Q.  And also move materials around the packing shed; is |
| 10:42 | 13 | that right? |
| 10:42 | 14 | A.  Some of those, yes. |
| 10:42 | 15 | Q.  You mentioned before when we were talking about the |
| 10:42 | 16 | packing and warehousing function that sometimes there |
| 10:42 | 17 | were raw materials that were needed to run the packing |
| 10:42 | 18 | house; is that right? |
| 10:42 | 19 | A.  Correct. |
| 10:42 | 20 | Q.  So you need boxes, for example; is that right? |
| 10:42 | 21 | A.  Correct. |
| 10:42 | 22 | Q.  What you refer to as RPCs, something -- that's |
| 10:43 | 23 | something that's needed at the warehouse; is that |
| 10:43 | 24 | right? |
| 10:43 | 25 | A.  Correct. |

11:02  1      as extra large pepper, for example, or we purchase it

11:02  2      as large pepper, for example, but when it comes in,

11:02  3      the pepper is received as large pepper, however, after

11:02  4      it's inspected, it's determined that it's actually

11:02  5      extra large size pepper, so it would be repacked

11:02  6      a virtual repack, i.e., a name change in inventory.

11:02  7   Q.  Sorry.  Before I ask my next question.  The inventory

11:02  8      system you're referring to is what?  Does that have a

11:03  9      name?  Is it an electronic system?

11:03 10   A.  Famous, and it is.

11:03 11   Q.  That's also the payroll system as well, correct?

11:03 12   A.  That's correct.

11:03 13   Q.  So that has an inventory -- the Famous program has an

11:03 14      inventory function that allows -- in which the company

11:03 15      keeps track of incoming produce that was purchased

11:03 16      from other entities; is that right?

11:03 17   A.  That's correct.

11:03 18   Q.  And in that system, if you do what you were referring

11:03 19      to as a virtual repack, which I think I understand

11:03 20      now, that would get recorded into the Famous system?

11:03 21   A.  That's correct.

11:03 22   Q.  What about when there's an actual repack?  What is

11:03 23      involved with an actual repack?

11:03 24   A.  In the inventory system?

11:03 25   Q.  Well, no.  What happens like in the packing shed

| | | |
|---|---|---|
| 11:40 | 1 | about ID'ing the product, understanding inventory |
| 11:40 | 2 | code, knowing the lot code and being able to identify |
| 11:40 | 3 | quality control problems? |
| 11:40 | 4 | A. That -- that would be the majority of them I would |
| 11:41 | 5 | say. |
| 11:41 | 6 | Q. You say "the majority of them."  Is there -- is there |
| 11:41 | 7 | anything else that comes to mind that we haven't |
| 11:41 | 8 | already covered? |
| 11:41 | 9 | A. Not particularly.  I was just referencing the point |
| 11:41 | 10 | that that's the main things that I can think of off |
| 11:41 | 11 | the top of my head. |
| 11:41 | 12 | Q. Let's move on from the forklift drivers now to another |
| 11:42 | 13 | group of workers in the packing shed. |
| 11:42 | 14 | There are some people working in the packing |
| 11:42 | 15 | shed who do maintenance type of work; is that correct? |
| 11:42 | 16 | A. When you say maintenance, I need you to define that |
| 11:42 | 17 | for me a little bit, what you're considering |
| 11:42 | 18 | maintenance. |
| 11:42 | 19 | Q. Well, I was going to ask you to do that because I'm |
| 11:43 | 20 | using the word maintenance because it appears in your |
| 11:43 | 21 | payroll system. |
| 11:43 | 22 | So whenever the word maintenance appears in |
| 11:43 | 23 | your payroll system, what is that referring to?  What |
| 11:43 | 24 | type of work does somebody who was identified in the |
| 11:43 | 25 | payroll system as having engaged in maintenance, what |

| | | |
|---|---|---|
| 11:43 | 1 | is that person -- what is that person doing?  What do |
| 11:43 | 2 | you consider maintenance? |
| 11:43 | 3 | A.  They would be sweeping, dumping trash, cleaning, |
| 11:43 | 4 | washing bins, maybe -- well, at certain times of the |
| 11:43 | 5 | year they could be repainting, and then, of course, |
| 11:43 | 6 | you know, the -- I -- it's what I call the pick up, |
| 11:43 | 7 | clean up, straighten up group.  So they're knocking |
| 11:43 | 8 | down birds' nests and spiderwebs and all those sorts |
| 11:44 | 9 | of things.  Changing light bulbs. |
| 11:44 | 10 | Q.  And there's also a code that I've seen in the payroll |
| 11:44 | 11 | records that refers to sanitation work. |
| 11:44 | 12 | What you've just described to me sounds also |
| 11:44 | 13 | a little bit like sanitation. |
| 11:44 | 14 | What's the distinction between -- |
| 11:44 | 15 | Is there a distinction between maintenance |
| 11:44 | 16 | work and sanitation work as it's listed in the payroll |
| 11:44 | 17 | system? |
| 11:44 | 18 | A.  Yeah.  So when the sanitation -- the sanitation part |
| 11:44 | 19 | is generally referring to -- well, in a payroll code, |
| 11:44 | 20 | the people who work in sanitation would be working in |
| 11:44 | 21 | and outside of the packing shed. |
| 11:44 | 22 | So we have an outdoor area that's not covered |
| 11:44 | 23 | where we have garbage bins where they're dumping |
| 11:45 | 24 | garbage and things like that.  So those people are |
| 11:45 | 25 | responsible to keep the waste and the trash dumped and |

11:45  1      those sort of things.  The people in maintenance are

11:45  2      considered, under the maintenance code, are the people

11:45  3      that are doing those activities inside the shed,

11:45  4      generally speaking.  Now, the people outside may help

11:45  5      inside, but the people inside generally don't help

11:45  6      outside.  It requires --

11:45  7           There's -- there's -- a lot of times there's

11:45  8      two different types of forklifts.  We can't use

11:45  9      electric forklifts outside and we don't want gas

11:45 10      propane forklifts inside.

11:45 11  Q.  Got it.  Understood.

11:45 12           What about --

11:45 13           My understanding is that there is cardboard

11:45 14      that gets recycled that's at the packing shed; is that

11:45 15      -- is that right?

11:45 16  A.  That's right.

11:45 17  Q.  And that's -- sometimes that's cardboard --

11:46 18           Whenever you receive outside product, it

11:46 19      comes in in cardboard boxes.  Sometimes the outside

11:46 20      product is taken out of those cardboard boxes and the

11:46 21      cardboard boxes are broken down and recycled.  Does

11:46 22      that -- does that happen?

11:46 23  A.  That does.

11:46 24  Q.  And who handles that type of work of breaking down the

11:46 25      cardboard and moving it to the recycling?  And I'm

11:46  1       asking this as an example of like the distinction you

11:46  2       just made between maintenance and sanitation.  Does

11:46  3       that -- is that -- does breaking down of cardboard

11:46  4       boxes and putting it in recycling, can you explain how

11:46  5       that might work between the maintenance and the

11:46  6       sanitation workers?

11:46  7   A.  That would, generally speaking, be the people who work

11:46  8       outside would be the ones doing that, moving the bins

11:46  9       around and dumping the trash and deciding, well, this

11:47 10       is a bin that's going to be dumped as trash, but this

11:47 11       bin over here we'll fill with cardboard.

11:47 12   Q.  So that would be typically, then, the sanitation --

11:47 13           The people who got the sanitation designation

11:47 14       in the payroll system would be the ones who are

11:47 15       breaking down that cardboard and moving it to the

11:47 16       recycling that is outside; is that fair to say?

11:47 17   A.  That would be correct.

11:47 18   Q.  You mentioned --

11:47 19           And so I want to just go back for a second to

11:47 20       the forklifts again because you mentioned this

11:47 21       distinction between, I guess, gas-powered forklifts

11:47 22       and electric forklifts.

11:47 23           Do some of the forklifts only operate -- some

11:47 24       types of forklifts only operate in certain parts of

11:48 25       the packing shed?

12:13  1      effort was made to add more detailed descriptions to

12:13  2      the type of work people were doing and -- right?  I

12:13  3      have that right so far.  Yes?

12:13  4   A.  Right.

12:13  5   Q.  And I'm looking -- I have like a stack of check stubs

12:13  6      from 2023 that just say maintenance hourly - H2A, no

12:13  7      more detail than that, and so my question is:  What

12:13  8      does that mean when that's on the payroll system as

12:13  9      the type of work that somebody did?

12:14 10   A.  Sweeping floors, knocking out birds' nests, keeping

12:14 11      spiderwebs out, dumping trash, stacking pallets,

12:14 12      washing bins, keeping -- keep -- doing the

12:14 13      housecleaning, you know, keeping the house in order,

12:14 14      keeping it clean.

12:14 15   Q.  And the prior description of maintenance from earlier

12:14 16      years was -- you said described the same things?

12:14 17   A.  Correct.

12:14 18   Q.  It's not that the prior -- that the prior descriptions

12:15 19      didn't actually cover maintenance work, or they did

12:15 20      cover maintenance work?  I'm not sure I followed it.

12:15 21   A.  Are you referring to the prior system we had?

12:15 22   Q.  Yes.

12:15 23   A.  I don't know if it had the capacity for more sublayers

12:15 24      like the one we have now does or not, I'm not sure, I

12:15 25      just know that we didn't utilize it if it did, and --

12:15  1      but with the new -- we got the new system because of

12:15  2      the dream and the cost accounting.

12:15  3  Q.  And whether it was the prior system or the current

12:16  4      system, when somebody has a designation that they did

12:16  5      some type of sanitation work, that's more or less the

12:16  6      same type of work that the maintenance people were

12:16  7      doing, just that it could involve work that was

12:16  8      outside and inside; is that -- am I understanding

12:16  9      correctly what we talked about before?

12:16 10  A.  That's correct.

12:16 11  Q.  Do the sanitation and maintenance workers --

12:16 12          Well, strike that.  I think you -- I think

12:17 13      you covered all of the different job functions I was

12:17 14      going to ask you about.

12:17 15          What about -- I've heard some people referred

12:17 16      to having to do pressure washing.  Is that done by

12:17 17      either maintenance or sanitation workers or both?

12:17 18  A.  Both.

12:17 19  Q.  Are there -- is there a -- is there a line that also

12:17 20      is outside?  Is the cucumber line, for example, is

12:17 21      that outside of the packing shed or inside?

12:17 22  A.  That's outside of the refrigerated area.

12:17 23  Q.  Is it open to the elements or --

12:17 24  A.  It's -- when --

12:17 25          Let me be clear.  The refrigerated areas are

| | | |
|---|---|---|
| 12:30 | 1 | And so is there -- |
| 12:30 | 2 | Are you referring to an earlier time period |
| 12:30 | 3 | where the check stub may have changed or sometime |
| 12:31 | 4 | during this time period, between 2020 and 2021, where |
| 12:31 | 5 | the check stubs would have been different? |
| 12:31 | 6 | A.  Well, when I say "different," I don't -- I'm not |
| 12:31 | 7 | saying that the layout would have been different. |
| 12:31 | 8 | It's just under that Type, where it says literally |
| 12:31 | 9 | Type up there, the Type designations may have changed. |
| 12:31 | 10 | Q.  Okay.  Understood.  Right. |
| 12:31 | 11 | And so I wanted to ask a few questions about |
| 12:31 | 12 | the check stub just so that I understand or it's clear |
| 12:31 | 13 | for the record what some of these different things |
| 12:31 | 14 | mean on the check stub. |
| 12:31 | 15 | So you just mentioned Type, and on this very |
| 12:31 | 16 | first page it says forklift driver.  Do you see that? |
| 12:31 | 17 | A.  I do. |
| 12:31 | 18 | Q.  Now, this is something that came from the payroll |
| 12:31 | 19 | system, which is called Famous, right? |
| 12:31 | 20 | A.  Correct. |
| 12:31 | 21 | Q.  These check stubs are generated from the Famous |
| 12:31 | 22 | payroll system; is that right? |
| 12:31 | 23 | A.  Correct. |
| 12:31 | 24 | Q.  And that's -- how does the type of -- is that the -- |
| 12:32 | 25 | What does Type refer to, first of all? |

01:50  1       was.  I think we phased in in '20, were testing it and

       2       then rolled out at the beginning of '21.  So to my

01:50  3       knowledge, the whole year of '21 was captured that

01:50  4       way.

01:50  5  Q.   And prior to that, you were using a different

01:50  6       timekeeping system called Datatrax; is that right?

01:50  7  A.   That's correct.

01:50  8  Q.   And was that in place between 2018 and 2020?

01:50  9  A.   It was.

01:50 10  Q.   Did -- do both of those timekeeping systems

01:50 11       communicate with the Famous payroll system that you

01:50 12       use?

01:50 13  A.   That's correct.

01:50 14  Q.   And so is it your understanding that data gets

01:50 15       uploaded into the Famous system to help with the

01:50 16       payroll processes?

01:50 17  A.   It does.  The PET Tiger functions different than the

01:51 18       Datatrax, but they both provided the same function,

01:51 19       yes.

01:51 20  Q.   So you mentioned when we were talking about the Excel

01:51 21       spreadsheet that I pulled up on the screen that this

01:51 22       was generated from the systems that were in place, and

01:51 23       could you explain to me what you meant by that now

01:51 24       that we've gone through what the systems are?

01:51 25  A.   I don't understand the question.

01:51 1   Q.  Okay.  Sure.  Fair enough.  Thanks for letting me

01:51 2       know.

01:51 3               I'm trying to understand how this particular

01:51 4       document was generated.  Do you know?

01:51 5   A.  So the data is moved -- is captured by either Datatrax

01:52 6       or PET Tiger and then it is exported from Datatrax

01:52 7       where it is -- there's another word, I forgot it, but

01:52 8       anyway, it's -- it's pushed into -- from PET Tiger

01:52 9       into the Famous system.

01:52 10  Q.  And was this spreadsheet that we're looking at

01:52 11      generated out of the Famous system?

01:52 12  A.  What dates is that?

01:52 13  Q.  If you look here where I'm showing my cursor here, it

01:52 14      says year 2021, 2022, 2023, and 2024, and it looks

01:52 15      like it has a little filter function up here, and it

01:52 16      looks like it was also filtered to show Georgia and

      17      Tennessee.

01:52 18              Do you see what I'm pointing at there?

01:52 19  A.  Yes, sir.

01:52 20  Q.  Does that help -- does that help answer your question

01:52 21      about what years this was for?

01:52 22  A.  It does.  I'm just making sure we were on the new

01:53 23      system.

01:53 24              So it was.  It was pulled from Famous.

01:53 25  Q.  And this -- the worksheet that we're looking at here

| | | |
|---|---|---|
| 01:53 | 1 | says Forklift Operator's Report.  Do you see that? |
| 01:53 | 2 | A.   I do. |
| 01:53 | 3 | Q.   And so what is a Forklift Operator's Report?  Do you |
| 01:53 | 4 | know how you run that in Famous to get this |
| 01:53 | 5 | spreadsheet that we're looking at? |
| 01:53 | 6 | A.   There would be the... for the lack of a better term, |
| 01:53 | 7 | the type.  We said -- we were looking at the pay stubs |
| 01:53 | 8 | earlier.  So that would be how the person was |
| 01:53 | 9 | designated as their -- as their functionality of where |
| 01:53 | 10 | -- what their job is, what the activity may be, where |
| 01:53 | 11 | they clock in. |
| 01:53 | 12 | Q.   And this particular spreadsheet, if you can see here, |
| 01:54 | 13 | there are 74 lines in the spreadsheet.  Do you see |
| 01:54 | 14 | that? |
| 01:54 | 15 | A.   I do. |
| 01:54 | 16 | Q.   Or rows, and -- but six of those rows make up the |
| 01:54 | 17 | header of the spreadsheet.  Do you see that? |
| 01:54 | 18 | A.   I do. |
| 01:54 | 19 | Q.   And so that leaves us with 68 rows that identify |
| 01:54 | 20 | individual employees, correct? |
| 01:54 | 21 | A.   Correct. |
| 01:54 | 22 | Q.   That are part of the pay -- the Forklift Operator's |
| 01:54 | 23 | Report that was generated from the payroll system, |
| 01:54 | 24 | right? |
| 01:54 | 25 | A.   Right. |

01:54  1   Q.  And so before when we were talking about the

01:54  2       interrogatory response that said there were 47 people

01:54  3       with forklift operator designation, is it -- is the

01:54  4       number really somewhere between 68 and perhaps 100

01:54  5       people who worked between 2018 and 2024 with a

01:54  6       forklift operator designation at some point in time?

01:54  7               MR. HELLER:  Object to form.

01:55  8   A.  The 47 had forklift designation on their pay stub.

01:55  9       So...

01:55 10               I'm -- I'm sorry.  I'm -- I'm drawing a blank

01:56 11       here.

01:56 12   BY MR. KNOEPP:

01:56 13   Q.  Well, let me ask this question.  Is it -- is it fair

01:56 14       to say that between 2018 and 2024, the payroll records

01:56 15       show that at least 68 people worked at Hamilton

01:56 16       Growers and at some point in time in the payroll

01:56 17       system it shows that they were desig- -- they had a

01:56 18       forklift designation in the payroll records?

01:56 19   A.  Right.  That's -- that's what that shows, that there

01:56 20       was some designation for Forklift Operator's Report.

01:56 21   Q.  This spreadsheet we're looking at shows 2021 to 2024.

01:56 22       We know this shows 68 people, right?

01:56 23   A.  Right.

01:56 24   Q.  And then there's another 47 that -- from 2018 to 2020

01:57 25       that also had a similar designation in the payroll

01:57   1      records, right?

01:57   2   A.   Okay.  I'm sorry.  I forgot that this is just '21 to

01:57   3        '24 and that the interrogatory was about '18 forward.

01:57   4            Yes.  I'm good now.  I gotcha.

01:57   5   Q.   Okay.  So there could be some people who appear on

01:57   6        both the 2021 to 2024 report and the report from 2018

01:57   7        to 2020, correct?

01:57   8   A.   There could be.  Yes.

01:57   9   Q.   And so the number would be somewhere above 68, and if

01:57  10        there were no duplicates, it could be as high as 115,

01:57  11        correct?

01:57  12   A.   The math -- the math does -- yeah, that calculates.

01:58  13   Q.   Okay.  All right.  Pull that spreadsheet down and go

01:58  14        back to Exhibit 202, which is the interrogatory

01:58  15        responses.

01:58  16            Is it still doing screen share?

01:58  17            MR. HELLER:  It's tiny.

01:58  18            MR. KNOEPP:  Okay.  Does that work or --

01:58  19            MR. HELLER:  I can still barely see it.

01:58  20            MR. MORTON:  I wonder if you're in some

01:58  21   different setting or some -- it seems different than

01:58  22   before.

01:58  23            MR. KNOEPP:  Yeah.  Okay.  Let's go off the

01:58  24   record for just a second.

       25            (Off the record at 1:58 p.m.)

| | | |
|---|---|---|
| 02:24 | 1 | Q.  Okay.  I'm going to switch gears a little bit, Mr. |
| 02:25 | 2 | Schwalls.  I want to talk a little bit -- get out of |
| 02:25 | 3 | the supervision and the job duties and things like |
| 02:25 | 4 | that for just a moment in the packing shed and talk |
| 02:25 | 5 | about the process to get H-2A workers to work at |
| 02:25 | 6 | Hamilton Growers. |
| 02:25 | 7 | Hamilton Growers used the H-2A program to |
| 02:25 | 8 | fill its labor needs between 2018 and 2024, correct? |
| 02:25 | 9 | A.  Correct. |
| 02:25 | 10 | Q.  In fact, it's used the H-2A program every year since |
| 02:25 | 11 | about 1998; is that right? |
| 02:25 | 12 | A.  Correct. |
| 02:25 | 13 | Q.  As a general matter, approximately how many H-2A |
| 02:25 | 14 | workers did Hamilton Growers request each year between |
| 02:25 | 15 | 2018 and 2024? |
| 02:25 | 16 | MR. HELLER:  All right.  I'm going to object |
| 02:25 | 17 | to that.  That's way outside the scope of the topics. |
| 02:25 | 18 | It's outside the relevancy of the case. |
| 02:26 | 19 | You can answer, if you know, to the best of |
| 02:26 | 20 | your personal knowledge. |
| 02:26 | 21 | A.  8 -- 8, 900. |
| 02:26 | 22 | BY MR. KNOEPP: |
| 02:26 | 23 | Q.  And -- but not all of those people worked as forklift |
| 02:26 | 24 | operators or maintenance employees or sanitation |
| 02:26 | 25 | workers, to get to Mr. Heller's objection, right? |

02:26  1    A.   Correct.

02:26  2    Q.   It's a smaller subset of H-2A workers who worked

02:26  3         driving forklifts or doing maintenance or sanitation

02:26  4         work; is that right?

02:26  5    A.   Correct.

02:26  6    Q.   And when you use the figure 800 to 900, you're talking

02:26  7         about every year, right?

02:26  8    A.   Correct.  I mean, that range.

02:26  9    Q.   And the process to -- of employing H-2A workers

02:27 10         involves the filing of an application with the

02:27 11         government as the first step, right?

02:27 12    A.   First step, filling certified, and then you -- right,

02:27 13         then your next step, you just said.

02:27 14    Q.   And in order to get certified, you need to be

02:27 15         certified by the government in order to be able to

02:27 16         employ H-2A workers, right?

02:27 17    A.   Correct.

02:27 18    Q.   And to do that you submit an application to the

02:27 19         government to get it certified, right?

02:27 20    A.   Correct.

02:27 21    Q.   And Hamilton Growers filed multiple applications each

02:27 22         year to get that kind of approval, right?

02:27 23    A.   Correct.

02:27 24    Q.   And do you understand that there's a form called an

02:27 25         ETA-790 or a clearance order that's part of that

JONATHAN T. SCHWALLS - CORP. REP.                          JOB NO. 1619969
MAY 09, 2025

| | | |
|---|---|---|
| 02:27 | 1 | process? |
| 02:27 | 2 | A.  I do. |
| 02:27 | 3 | Q.  That's what gets certified, like you were just talking |
| 02:28 | 4 | about, in order to move on to the next step in the |
| 02:28 | 5 | process, right? |
| 02:28 | 6 | A.  Right. |
| 02:28 | 7 | Q.  And the ETA-790 sets out the terms and conditions |
| 02:28 | 8 | under which people will be working as H-2A workers, |
| 02:28 | 9 | correct? |
| 02:28 | 10 | A.  Correct. |
| 02:28 | 11 | Q.  So we have -- we have a stipulation that we have |
| 02:28 | 12 | agreed to between counsel that's going to hopefully |
| 02:28 | 13 | save us a lot of time, so we don't have to go through |
| 02:28 | 14 | all of these orders because my understanding is there |
| 02:28 | 15 | were maybe like eight or nine orders a year.  So we |
| 02:28 | 16 | have a stipulation that we've agreed to about those |
| 02:28 | 17 | orders, but I do want to at least go through one or |
| 02:28 | 18 | two just to -- for illustrative purposes.  Okay? |
| 02:28 | 19 | So let me mark as Exhibit 203... |
| | 20 | (Deposition Exhibit 203 was presented and |
| 02:29 | 21 | subsequently marked for identification.) |
| 02:29 | 22 | BY MR. KNOEPP: |
| 02:29 | 23 | Q.  And if you would rather navigate this exhibit, it's -- |
| 02:29 | 24 | you can see it's 36 pages, just let me know and I can |
| 02:29 | 25 | close it and have you present it if you wanted to go |

02:32   1      I may have missed it.

02:32   2            Well, let me ask this.  Between 2018 and

02:32   3      2024, did Hamilton Growers ever file a separate H-2A

02:32   4      application for forklift operators?

02:32   5   A.  No.

02:32   6   Q.  And between 2020 -- 2018 and 2024, did Hamilton

02:32   7      Growers ever file a separate H-2A application for

02:32   8      maintenance workers?

02:32   9   A.  No.

02:32  10   Q.  During the same time period, did Hamilton Growers ever

02:32  11      file a separate application for sanitation workers?

02:32  12   A.  No.

02:32  13   Q.  And between 2018 and 2024, did Hamilton Growers ever

02:32  14      file a separate H-2A application for any mechanics of

02:32  15      any kind?

02:32  16   A.  No.

02:32  17   Q.  So going down to the page that ends with Bates number

02:33  18      8915, it shows that this document was digitally signed

02:33  19      by Kent Hamilton as the President of Hamilton Growers;

02:33  20      is that right?

02:33  21   A.  Right.

02:33  22   Q.  And it says that the person who's signing declares,

02:33  23      under penalty of perjury, that they have read and

02:33  24      reviewed the clearance order.  Do you see that?

02:33  25   A.  Right.

02:33  1    Q.   And that the clearance order describes the actual

02:33  2         terms and conditions of the employment being offered

02:33  3         and contains all the material terms and conditions of

02:33  4         the job, correct?

02:33  5    A.   Right.

02:33  6    Q.   That signature constituted a verification that the job

02:33  7         described was accurate.  Yes?

02:33  8    A.   That's correct.

02:33  9    Q.   Did...

02:34 10              I was asking you before about whether a

02:34 11         separate application had been filed for forklift

02:34 12         operators or maintenance and sanitation workers.

02:34 13              Did Hamilton Growers ever file an H-2B

02:34 14         application between 2018 and 2024 for any of those

02:34 15         types of jobs?

02:34 16    A.   No.

02:34 17    Q.   The -- I'm going to scroll down through the exhibit

02:34 18         further to a page that ends at 8931.  So sorry if

02:35 19         it...

02:35 20              Are you able to see page 8931?

02:35 21    A.   Some of it.  Yes.

02:35 22    Q.   And, again, I'm referring to the Bates label that's in

02:35 23         the bottom right-hand corner.

02:35 24              Do you see those numbers in the bottom

02:35 25         right-hand corner of the document?

02:35  1    A.   I do.

02:35  2    Q.   So on page -- the page that's Bates labeled 8931

02:35  3         there's a section called Job Duties.  Do you see that?

02:35  4    A.   There is.

02:35  5    Q.   The information that's contained in this section

02:35  6         labeled Job Duties, is that information that was

02:35  7         supplied by Hamilton Growers?

02:35  8    A.   It is.

02:35  9    Q.   And then there's some information here about

02:35 10         deductions from pay, referral and hiring instructions.

02:35 11         There's additional job duties and information about

02:36 12         housing and transportation.

02:36 13              Do you see that where -- housing and --

02:36 14    A.   Right.

02:36 15    Q.   Great.

02:36 16              And then on the doc- -- the page that's --

02:36 17         that ends with Bates number 8941, there is a section

02:36 18         called Pay Deductions.  Do you see that?

02:36 19    A.   I do.

02:36 20    Q.   In that section there is a sentence, and I'll try and

02:36 21         zoom in here so you can see it.  There's a sentence

02:36 22         that says, "Work performed under the contract is

02:36 23         exempt from federal overtime pay requirements under

02:36 24         the Fair Labor Standards Act (FLSA)."

02:36 25              Do you see that?

```
02:36  1   A.  I do.

02:36  2   Q.  Hamilton Growers included that representation as part

02:36  3       of the H-2A application process, right?

02:37  4   A.  Right.

02:37  5   Q.  It then goes on to say, quote, "Workers are only

02:37  6       eligible for overtime pay for workweeks in which a

02:37  7       worker performs non-exempt work activities (in which

02:37  8       case overtime pay will apply at 1.5 times the regular

02:37  9       rate of pay for all hours worked in excess of 40 in

02:37 10       such workweek)."

02:37 11            Do you see that?

02:37 12   A.  I do.

02:37 13   Q.  That was an express statement that Hamilton Growers

02:37 14       made as part of the H-2A application process, right?

02:37 15   A.  Correct.

02:37 16   Q.  Part of the terms and conditions of employment,

02:37 17       correct?

02:37 18   A.  Correct.

02:37 19   Q.  Did Hamilton -- Hamilton Growers believe that the

02:37 20       provisions contained in this ETA-790 filing would

02:37 21       apply to all of its H-2A workers?  Yes?

02:37 22   A.  Correct.

02:37 23   Q.  And made similar statements regarding overtime pay in

02:38 24       other H-2A applications that it filed in 2022, right?

02:38 25   A.  Correct.
```

02:38  1    Q.  And, in fact, did that in other years between 2018 and

02:38  2        2024, right?

02:38  3    A.  Correct.

02:38  4    Q.  Were workers in Mexico provided a copy of this ETA-790

02:38  5        form that was filed in 2022 prior to them obtaining a

02:38  6        visa?

02:38  7                MR. HELLER:  Object to form.

02:38  8    A.  Say -- repeat your question for me, please.

02:38  9    BY MR. KNOEPP:

02:38 10    Q.  Sure.  Were workers in Mexico -- prospective employees

02:38 11        in Mexico of Hamilton Growers in 2022, were they

02:38 12        provided a copy of the ETA-90 -- 790 form prior to

02:38 13        their obtaining a visa?

02:38 14    A.  You're saying it specific to the year of 2022?

02:39 15    Q.  Yes.  Yes, sir.

02:39 16    A.  My... my understanding is they always provided these

02:39 17        before obtaining visas.  It's conditions and terms of

02:39 18        the job.

02:39 19    Q.  And what's that understanding based on?

02:39 20    A.  Well, they have to know what they're coming to do and

02:39 21        that they're capable of doing it.

02:39 22    Q.  And I don't disagree.  My question is:  What is --

02:39 23        what -- how -- what is your understanding that workers

02:39 24        were provided a copy of this in Mexico based on?

02:39 25    A.  Well, there's -- we don't -- Hamilton Growers does not

02:47  1    Q.   I'm sorry.  I didn't hear if you responded.

02:47  2    A.   I do.

02:47  3    Q.   I'm sorry.  Just I didn't catch it.

02:47  4              This sentence that I just read, "When

02:47  5         required by state or federal law, overtime will be

02:47  6         paid at time and one half the regular hourly rate," is

02:47  7         something that was added to this form by Hamilton

02:47  8         Growers, correct?

02:47  9    A.   Correct.

02:47 10    Q.   And, again, Hamilton Growers considered these forms to

02:47 11         set the terms and conditions under which H-2A workers

02:47 12         were employed, correct?

02:48 13    A.   Correct.

02:48 14    Q.   Sorry.  I want to go back to the exhibit for just one

02:48 15         second.

02:48 16              On the third page of the exhibit, there is a

02:48 17         box that says Wage Offer.  Do you see that?

02:48 18    A.   I do.

02:48 19    Q.   Each year between --

02:49 20              Again, we're talking about Exhibit 204, which

02:49 21         is the 2020 ETA-790 clearance order.  That has a wage

02:49 22         offer of $11.71, right?

02:49 23    A.   Correct.

02:49 24    Q.   Between 2018 and 2024, all the employees who worked in

02:49 25         the packing shed and performed the duties of a

02:49  1    forklift operator were paid the exact same hourly rate

02:49  2    that was listed on the ETA-790 filed by Hamilton

02:49  3    Growers for that year, right?

02:49  4    A.  Correct.

02:49  5    Q.  The same is true for all employees during that time

02:49  6    period who worked in the packing shed and performed

02:49  7    maintenance duties, correct?

02:49  8    A.  Correct.

02:49  9    Q.  And the same is true for all employees during that

02:49 10    time period of 2018 to 2024 who worked in the packing

02:50 11    shed and performed sanitation duties, correct?

02:50 12    A.  Correct.

02:50 13    Q.  And the same is true for all employees during that

02:50 14    2018 to 2024 time period who worked in the packing

02:50 15    shed and performed mechanic duties of any kind,

02:50 16    correct?

02:50 17    A.  Correct.

02:50 18    Q.  And is that true whether people worked in Georgia or

02:50 19    Tennessee?

02:50 20          MR. HELLER:  Object to form.

02:50 21    A.  Everyone is paid AEWR, if that's the question.

      22    Everyone is paid the AEWR rate.

      23          (Clarification requested

02:50 24           by the court reporter.)

02:50 25          MR. HELLER:  He's saying AEWR.  It's A-E-W-R.

02:51  1    Q.  Between 2018 and 2024, for people who worked doing any

02:52  2        of the duties in the packing shed we've been talking

02:52  3        about, forklift operator, maintenance work, sanitation

02:52  4        work, mechanic work, did those individuals sometimes

02:52  5        work more than 40 hours in a workweek?

02:52  6    A.  Name those again.

02:52  7    Q.  Sure.  Forklift operators, maintenance work,

02:52  8        sanitation work, mechanic work.

02:52  9    A.  Well, I don't have any mechanic work in the packing

02:52 10        shed, but the other ones, yes.

02:52 11    Q.  So forklift operator, maintenance work, and sanitation

02:52 12        work, between 2018 and 2024 those individuals

02:52 13        sometimes worked more than 40 hours a week, correct?

02:52 14    A.  Correct.

02:52 15    Q.  In fact, it was pretty common for those individuals in

02:52 16        those three occupations to work more than 40 hours per

02:53 17        week, right?

02:53 18    A.  Correct.

02:53 19    Q.  Would you say they regularly worked more than 40 hours

02:53 20        a week?

02:53 21    A.  Yes.  I think so.

02:53 22    Q.  When they did that, were any of them paid any overtime

02:53 23        wages?

02:53 24    A.  I'm sorry?

02:53 25    Q.  When they did that, when they worked more than 40

02:53  1      hours in a workweek, were any of them paid any

02:53  2      overtime wages?

02:53  3             MR. HELLER:  Object to form.

02:53  4  A.  Under -- under those designations that you just named,

02:53  5      forklift, sanitation and maintenance, no.  They

02:53  6      shouldn't have been.

02:53  7  BY MR. KNOEPP:

02:53  8  Q.  And I was referring to the time period 2018 to 2024 in

02:53  9      case I wasn't clear.

02:53 10             Does that change your answer at all?

02:53 11  A.  No.  They shouldn't have been.

02:54 12  Q.  Is it fair to say that for those workers who had the

02:54 13      designation of forklift operator, maintenance or

02:54 14      sanitation, that it was a company policy that overtime

02:54 15      wages were not paid?

02:54 16             MR. HELLER:  Object to form.

02:54 17             You can answer.

02:54 18  A.  There's not a policy.  Somebody -- Hamilton Growers

      19      complies with the AEWR rate.

      20             (Clarification requested

02:54 21              by the court reporter.)

02:54 22  A.  There's not a policy.  Hamilton Growers complies with

02:54 23      the Adverse Effect Wage Rate for the workers.

02:54 24  BY MR. KNOEPP:

02:54 25  Q.  Yeah, and my question was specific as to overtime.

02:54  1      Not talking about the Adverse Effect Wage Rate.  I'm

02:54  2      talking about when people work more than 40 hours in

       3      a workweek.

02:54  4           Do you understand what I mean by overtime

02:54  5      pay?

02:54  6  A.  I understand.

02:54  7  Q.  And so when somebody works more than 40 hours a week,

02:54  8      sometimes they're paid one-and-a-half times their

02:54  9      normal hourly rate as overtime pay.  Is that your

02:55 10      understanding as well?

02:55 11  A.  Not under Ag, no, and not under Federal Motor Carrier,

02:55 12      no.

02:55 13  Q.  I'm just talking about general overtime.  I just want

02:55 14      to make sure that we're on the same page as to what we

02:55 15      mean by overtime.

02:55 16  A.  I understand what overtime means in the concept of the

02:55 17      world.  I also understand what it means under FLSA,

02:55 18      and so overtime does not come into effect with us.

02:55 19      It's not a policy or decision to be made.

02:55 20  Q.  Well, this...

02:55 21           Is it fair to say that the policy at Hamilton

02:55 22      Growers between 2018 and 2024 was that forklift

02:55 23      operators would not be paid overtime?

02:55 24           MR. HELLER:  Object to form.

02:55 25  A.  It is the policy of Hamilton Growers to comply with

JONATHAN T. SCHWALLS - CORP. REP.                           JOB NO. 1619969
MAY 09, 2025

02:55  1      the AEWR rates and state and federal laws, that's the
02:56  2      policy, and how my lawyer -- how it applies is how
02:56  3      it's been -- or how -- we're advised as how it's
       4      applied.
02:56  5  BY MR. KNOEPP:
02:56  6  Q.  So if you paid the Adverse Effect Wage Rate, you
02:56  7      didn't have to pay overtime?  Is that what you're
02:56  8      stating is the policy?
02:56  9          MR. HELLER:  Object to form.
02:56 10  A.  That is what I understand from legal counsel and from
02:56 11      DOL is that --
02:56 12          MR. HELLER:  Jon, Jon, don't share what
02:56 13      you've learned from legal counsel.  We're not waiving
02:56 14      privilege over any legal counseling.  You can say what
02:56 15      your understanding of the law is, but don't share what
02:56 16      you've been told by any legal counsel.
02:56 17          THE WITNESS:  Understood.
02:56 18  A.  That's what I understand, we comply.
02:56 19  BY MR. KNOEPP:
02:56 20  Q.  I'm sorry.  Just so that I understand it's clear that
       21      -- that --
02:57 22          Is it your understanding that if you paid the
02:57 23      Adverse Effect Wage Rate, that you would not have to
02:57 24      pay overtime?
02:57 25  A.  Correct.

| | | |
|---|---|---|
| 02:57 | 1 | Q.  Not asking for... |
| 02:57 | 2 |      So is that why nobody in those job positions |
| 02:57 | 3 |      got overtime pay? |
| 02:57 | 4 |      MR. HELLER:  Object to form. |
| 02:57 | 5 | A.  They were all paid and in compliance of FLSA and the |
| 02:57 | 6 |      Federal Motor Carriers. |
| 02:57 | 7 | BY MR. KNOEPP: |
| 02:57 | 8 | Q.  And that policy applied to forklift drivers, |
| 02:58 | 9 |      sanitation workers and maintenance workers, correct? |
| 02:58 | 10 | A.  It applies to all workers under the contract that |
| 02:58 | 11 |      perform the farm labor classification. |
| 02:58 | 12 | Q.  I'm sorry.  I didn't -- it broke up on my end.  I |
| 02:58 | 13 |      didn't catch what you said. |
| 02:58 | 14 | A.  It applies to all workers under the contract in which |
| 02:58 | 15 |      it performed the duties under farm work. |
| 02:58 | 16 | Q.  So if I understand what you said, the answer to my |
| 02:58 | 17 |      previous question about whether it applied to forklift |
| 02:58 | 18 |      drivers, sanitation and maintenance employees, the |
| 02:58 | 19 |      answer is yes, right? |
| 02:58 | 20 |      MR. HELLER:  Object to form. |
| 02:58 | 21 | A.  I don't know how else to say it. |
| 02:59 | 22 |      It refers to all workers.  Any -- any of |
| 02:59 | 23 |      those job duties you see in there, if a worker |
| 02:59 | 24 |      performed his job duties, some or all of his job |
| 02:59 | 25 |      duties, it applies to every one of them. |

04:20  1   A.   I believe they coincide.  I'm not saying that if

04:20  2        there's -- for example, someone goes and they end up

04:20  3        spending three days in Monterrey to get here shouldn't

04:20  4        be able to spend three days in Monterrey to get home.

04:20  5        So I'm saying that there's -- the days used that it

04:20  6        took the person to travel from their home to get here

04:20  7        is used to calculate how many days it's going to take

04:20  8        them to get back.

04:20  9   Q.   Got it.  And I -- you know, I'm not trying to ask you

04:20 10        what -- yeah -- things that you don't know, but is

04:20 11        it...

04:20 12             Whatever Hamilton Growers' policy was with

04:21 13        respect to determining the number of days spent

04:21 14        traveling for purposes of subsistence payments, was

04:21 15        that policy applied uniformly across all of the H-2A

04:21 16        workers?

04:21 17   A.   It would be.

04:21 18   Q.   And it would have been the same policy that would have

04:21 19        applied in 2019 that we're talking about, that same

04:21 20        policy would have applied in 2018 and all the years

04:21 21        from 2018 to 2024?

04:21 22             MR. HELLER:  Object to form.

04:21 23   A.   There was change in facilitators.  So the details of

04:21 24        how all the information gets exchanged I can't be --

04:21 25        speak to that.

04:21  1    BY MR. KNOEPP:

04:21  2    Q.  I'm -- I'm more referring to how the number of days

04:22  3        got computed, and from year -- from year to year

04:22  4        between 2018 and 2024, did the policy about when to

04:22  5        start counting the days and when to stop counting the

04:22  6        days, did that change at all during that time period?

04:22  7              MR. HELLER:  Object to form.

04:22  8    A.  There's -- there's not a policy.  I believe the

04:22  9        practices are the same, but there's not a policy, and

04:22 10        once again, we're not that sophisticated.  It's, you

04:22 11        know, how many days did it take?  It was five.  Okay,

04:22 12        we're going to go with five.  How many days did it

04:22 13        take to get home?  Three.  Okay?  As soon as I get to

      14        Monterrey, I'm going straight home.

04:22 15    BY MR. KNOEPP:

04:22 16    Q.  Okay.  Fair enough.  I mean, so let's go with

04:22 17        practices, then.

04:22 18              The practice that was in place between 2018

04:22 19        and 2024 with respect to how to count the number of

04:22 20        days, was that the same each year?

04:22 21    A.  I don't know why it would have changed at any given

04:23 22        time.

04:23 23    Q.  You have no reason to believe that there was one year

04:23 24        when you changed when you start counting and another

04:23 25        year whenever you started counting a different way,

04:56  1    return transportation?

04:56  2              MR. HELLER:  Object to form.

04:56  3  A.  If -- if someone does not complete their contract, the

04:56  4      terms and conditions of the contract are --

04:56  5              Completion of a contract results in you being

04:56  6      reimbursed for and provided transportation back.

04:56  7  BY MR. KNOEPP:

04:56  8  Q.  I'm sorry.  I didn't understand.  It may have just cut

04:56  9      out on my headset.

04:56 10  A.  Ask the question again.  I'm sorry.  I believe that

04:57 11      was something else.

04:57 12  Q.  Okay.  Sure.

04:57 13              What was Hamilton Growers' policy or practice

04:57 14      with respect to paying the return transportation of

04:57 15      those other workers who weren't considered to have

04:57 16      abandoned their contract?

04:57 17              MR. HELLER:  Same objection.

04:57 18  A.  Hamilton Growers' policy is to pay return

04:57 19      transportation for those who completed their contract,

04:57 20      which was agreed upon, you know, prior to -- or at the

04:57 21      initiation of the contract.  So the policy is to pay

04:57 22      return transportation to those who complete their

04:57 23      contract.

04:57 24  BY MR. KNOEPP:

04:57 25  Q.  And so if the visa -- or if the contract, the ETA-790,

05:56  1      change about that.  I didn't look at the purchases.  I

05:56  2      just saw a list of the vendors that we purchased from.

05:56  3      So the vendor list is the vendor list.  Where it went

05:56  4      to wouldn't have been subject to the vendor list.

05:56  5   Q. The outside produce that was delivered to the packing

05:56  6      shed, was that purchased by Hamilton Growers or by

05:56  7      Southern Valley?

05:56  8   A. No, sir.  By Southern Valley.

05:56  9   Q. But it was handled by employees of Hamilton Growers;

05:56 10      is that right?

05:56 11   A. That would be correct.

05:56 12   Q. And each year between 2018 and 2024 it was a

05:57 13      substantial amount of produce that was purchased; is

05:57 14      that fair to say?

05:57 15   A. That's fair to say.

05:57 16   Q. More than 20 million dollars per year at the Georgia

05:57 17      facility; does that sound right?

05:57 18   A. Painfully so.

05:57 19   Q. Sometimes as much as 25 million dollars in outside

05:57 20      produce purchases; is that right?

05:57 21   A. Yes, sir.

05:57 22   Q. What about in the Tennessee -- with respect to the

05:57 23      Tennessee facility?  What amount of outside produce is

05:57 24      purchased then delivered to that facility?

05:57 25   A. Well, you're really testing me there.  That's --

| | | |
|---|---|---|
| 05:59 | 1 | there. |
| 05:59 | 2 | Q. When the product gets delivered to the packing shed in |
| 05:59 | 3 | Georgia, it's taken off of the trucks that it comes on |
| 05:59 | 4 | by forklift operators; is that right? |
| 06:00 | 5 | A. It would be received by the shipping department, and |
| 06:00 | 6 | so the -- you know, the product is identified, it's |
| 06:00 | 7 | counted, the bill of lading is verified. |
| 06:00 | 8 | Q. And who does that? |
| 06:00 | 9 | A. The shipping department. |
| 06:00 | 10 | Q. Right, but is there a specific person or people who do |
| 06:00 | 11 | that in the shipping department? |
| 06:00 | 12 | A. Well, whoever is in the shipping department.  I mean, |
| 06:00 | 13 | it's not like these two guys are the two guys that do |
| 06:00 | 14 | this.  It's in the shipping department.  I have no way |
| 06:00 | 15 | to know who would have received that other than they |
| 06:00 | 16 | worked in the area -- the specific area of shipping. |
| 06:00 | 17 | Q. And then the forklift drivers need to then move it and |
| 06:00 | 18 | put it in the cooler, right? |
| 06:00 | 19 | A. The shipping department does that. |
| 06:00 | 20 | Q. Right, but the shipping department -- the forklift |
| 06:01 | 21 | drivers are the ones who drive a forklift, pick up the |
| 06:01 | 22 | pallet and move it into the cooler; is that right? |
| 06:01 | 23 | A. Correct. |
| 06:01 | 24 | Q. And if that -- if that product gets moved around the |
| 06:01 | 25 | warehouse, it gets done using a forklift; is that |

06:01  1        right?

06:01  2   A.   Right, by the shipping department.  It's moved -- it's

06:01  3        transported and moved around wherever it goes by a

06:01  4        forklift by the shipping department.  Yes, sir.

06:01  5   Q.   These are -- these are pallets of product that, you

06:01  6        know, you can't move by hand; is that right?

06:01  7   A.   Correct.

06:01  8   Q.   Or at least not quickly; is that fair to say?

06:01  9   A.   I've seen guys that can move it.

06:01 10   Q.   Yeah.  Well, yeah.  I'm sure that you can move it, it

06:02 11        might just take a really long time.  That's why you

06:02 12        have the forklifts; is that accurate?

06:02 13   A.   Right.  Yes, sir.

06:02 14   Q.   I want to just -- we're almost done here.  I do want

06:03 15        to ask a couple questions about some of the columns on

06:03 16        a spreadsheet related to the outside produce, and I'm

06:03 17        going to share my screen again and share an Excel

06:03 18        file.  So give me just a second.

06:03 19             All right.  Are you able to see my screen in

06:03 20        a very large Excel file?

06:03 21   A.   Can you -- can you change that to like 125 percent for

06:03 22        me?

06:03 23   Q.   Yep.  Does that help?

06:03 24   A.   Gotcha.

06:03 25   Q.   All right.  I'm also going to expand these columns

```
  1                    CERTIFICATE OF NOTARY

  2  STATE OF MICHIGAN          )

  3                             ) SS

  4  COUNTY OF WAYNE            )

  5      I, Anne H. Chilton, Certified Shorthand Reporter, a

  6  Notary Public in and for the above county and state, do

  7  hereby certify that the above deposition was taken before me

  8  at the time and place hereinbefore set forth; that the

  9  witness was by me first duly sworn to testify to the truth,

 10  and nothing but the truth, that the foregoing questions

 11  asked and answers made by the witness were duly recorded by

 12  me stenographically and reduced to computer transcription;

 13  that this is a true, full, and correct transcript of my

 14  stenographic notes so taken; and that I am not related to,

 15  nor of counsel to either party, nor interested in the event

 16  of this cause.

 17  Date: May 22nd, 2025

 18

 19                    _____

 20                    Anne H. Chilton, CSR-3669

 21                    Notary Public,

 22                    Wayne County, Michigan

 23  My Commission expires:  August 9, 2025

 24

 25
```