EXHIBIT K

DEFENDANTS' 2020 SPREADSHEET RELATED TO
REIMBURSEMENTS TO H-2A WORKERS

| Employee ID | Consulate Appointment Date | Consulate | Actual Crossing Date | Travel Mode | House to Monterrey | Crossing Status | Lodging | Photo | Appt Travel Cost to Consulate | Meals | Border Crossing Card | Own travel expense to Georgia | Work Order | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9977 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 20385 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-109-51283 | 183.27 | |
| 21268 | 3/3/20 | Monterrey | 3/5/20 | CBL | 52.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 169.91 | |
| 21316 | 3/4/20 | Monterrey | 3/6/20 | CBL | 60.60 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 174.87 | |
| 21315 | 3/4/20 | Monterrey | 3/6/20 | CBL | 98.36 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 212.63 | |
| 20526 | 3/4/20 | Monterrey | 3/6/20 | CBL | 100.00 | Visa | 41.00 | | | 62.30 | 6.00 | | WAC-20-109-51283 | 209.30 | |
| 2339 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 9667 | 3/3/20 | Monterrey | 3/5/20 | CBL | 68.57 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 186.48 | |
| 21220 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 21310 | 3/4/20 | Monterrey | 3/6/20 | CBL | 60.36 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 174.63 | |
| 2682 | 3/3/20 | Monterrey | 3/5/20 | CBL | 50.50 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 168.41 | |
| 9448 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 21108 | 3/4/20 | Monterrey | 3/6/20 | CBL | 2.86 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 117.13 | |
| 21294 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 20204 | 3/4/20 | Monterrey | 3/6/20 | CBL | 50.50 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 164.77 | |
| 9665 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 20083 | 3/3/20 | Monterrey | | | 0.00 | No-Show | | | | | | | WAC-20-106-50983 | 0.00 | |
| 9659 | 3/4/20 | Monterrey | 3/6/20 | CBL | 60.36 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-106-50983 | 174.63 | |
| 21263 | 3/3/20 | Monterrey | 3/5/20 | CBL | 28.60 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 146.51 | |
| 20404 | 3/4/20 | Monterrey | 3/6/20 | CBL | 100.00 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 214.27 | |
| 9286 | 3/4/20 | Monterrey | 3/6/20 | CBL | 50.50 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 164.77 | |
| 2370 | 3/4/20 | Monterrey | 3/6/20 | CBL | 50.50 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 164.77 | |
| 3697 | 3/4/20 | Monterrey | 3/6/20 | CBL | 50.50 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 164.77 | |
| 21341 | 3/3/20 | Monterrey | 3/5/20 | CBL | 68.57 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 186.48 | |
| 21331 | 3/4/20 | Monterrey | 3/6/20 | CBL | 34.70 | Visa | 41.00 | | | 62.30 | 6.00 | | WAC-20-109-51283 | 144.00 | |
| 9995 | 3/3/20 | Monterrey | 3/5/20 | Own Transportation | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 20520 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 3161 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 20810 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 9139 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 20849 | 3/4/20 | Monterrey | 3/6/20 | CBL | 42.00 | Visa | 41.00 | | | 62.30 | 6.00 | | WAC-20-106-50983 | 159.91 | |
| 20196 | 3/4/20 | Monterrey | 3/6/20 | CBL | 35.30 | Visa | 41.00 | | | 62.30 | 6.00 | | WAC-20-109-51283 | 144.60 | |
| 2896 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 3237 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 21239 | 3/3/20 | Monterrey | 3/5/20 | Own Transportation | 50.50 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | 66.67 | WAC-20-106-50983 | 235.08 | |
| 4631 | 3/3/20 | Monterrey | 3/5/20 | Own Transportation | 57.14 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | 66.67 | WAC-20-106-50983 | 241.72 | |
| 9458 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 20571 | 3/3/20 | Monterrey | 3/5/20 | CBL | 68.57 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 186.48 | |
| 3156 | 3/3/20 | Monterrey | 3/5/20 | CBL | 62.50 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 180.21 | |
| 9604 | 3/3/20 | Monterrey | 3/5/20 | CBL | 65.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 183.27 | |
| 3909 | 3/3/20 | Monterrey | 3/5/20 | CBL | 75.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 193.27 | |
| 9224 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 4950 | 3/3/20 | Monterrey | 3/5/20 | Own Transportation | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | 40.00 | WAC-20-106-50983 | 257.91 | |
| 21097 | 3/3/20 | Monterrey | 3/5/20 | CBL | 28.60 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 146.51 | |
| 9538 | 3/3/20 | Monterrey | 3/5/20 | CBL | 35.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 153.27 | |
| 20601 | 3/4/20 | Monterrey | 3/6/20 | CBL | 30.91 | Visa | 41.00 | | | 62.30 | 6.00 | | WAC-20-109-51283 | 140.21 | |
| 9720 | 3/3/20 | Monterrey | 3/5/20 | CBL | 28.57 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 146.48 | |
| 20644 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 20355 | 3/4/20 | Monterrey | 3/6/20 | CBL | 30.91 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 145.18 | |
| 3919 | 3/4/20 | Monterrey | 3/6/20 | CBL | 30.91 | Visa | 41.00 | 4.97 | | 62.30 | 6.00 | | WAC-20-109-51283 | 145.18 | |
| 20379 | 3/3/20 | Monterrey | 3/5/20 | CBL | 100.00 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 217.91 | |
| 20356 | 3/3/20 | Monterrey | 3/5/20 | CBL | 50.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 168.27 | |
| 21096 | 3/3/20 | Monterrey | 3/5/20 | CBL | 50.36 | Visa | 44.59 | 5.02 | | 62.30 | 6.00 | | WAC-20-106-50983 | 168.27 | |