EXHIBIT L

DEFENDANTS' 2021 SPREADSHEET
RELATED TO REIMBURSEMENTS
TO PLAINTIFFS AND FLSA OPT-IN PLAINTIFFS

**Inbound**

| Job Order | Employee ID | First Name | Last Name | Consulate Appointment Date | Consulate | Actual Crossing Date | Travel Mode | Travel Cost to Appt | Crossing Status | Photos | Travel Cost to Emp | Meals | Lodging Cost | Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IOE-83-088-23282 | 21009 | Isael | Sandoval Tapia | 3/3/21 | Monterrey | 3/5/21 | CBL | 68.6 | Visa | 5 | | 63.4 | 42.2 | 179.2 | |
| IOE-83-088-23282 | 2339 | Pablo | Castillo Olguin | 3/3/21 | Monterrey | 3/5/21 | | 85.3 | Visa | 5 | | 63.4 | 42.2 | 295.9 | |
| IOE-83-088-23282 | 9667 | Jonathan | Castillo Tovar | 3/3/21 | Monterrey | 3/5/21 | | 85.3 | Visa | 5 | | 63.4 | 42.2 | 295.9 | |
| IOE-83-088-23282 | 9286 | Arnulfo | Garcia Ramos | 3/3/21 | Monterrey | 3/5/21 | | 53.3 | Visa | 5 | | 63.4 | 42.2 | 263.9 | |
| IOE-83-088-23282 | 9139 | Rafael | Joaquin Guerrero | 3/3/21 | Monterrey | 3/5/21 | | 70.36 | Visa | 5 | | 63.4 | 42.2 | 280.96 | |
| IOE-83-088-23282 | 20601 | Jose Antonio | Rivera Reyes | 3/3/21 | Monterrey | 3/5/21 | | 37 | Visa | 5 | | 63.4 | 42.2 | 247.6 | |
| IOE-84-367-96472 | 20196 | Alberto Amisadai | Lopez Delgado | 3/8/21 | Monterrey | 3/10/21 | CBL | 35.3 | Visa | | | 63.4 | 42.4 | 371.16 | |
| IOE-84-367-96472 | 20355 | Emmanuel | Sanchez Villarreal | 3/8/21 | Monterrey | 3/10/21 | Own Transportation | 34.29 | Visa | | 100 | 63.4 | 42.4 | 240.09 | |
| IOE-86-195-11646 | 21736 | Arturo | Sanchez Villarreal | 3/24/21 | Monterrey | 3/26/21 | CBL | 32.3 | Visa | 5 | | 63.4 | 43.72 | 144.42 | |

**Outbound**

| Employee ID | First Name | Last Name | Border to Home | Food | Transport to Border | Total | Notes |
|---|---|---|---|---|---|---|---|
| 21009 | Isael | Sandoval Tapia | 0 | 0 | 0 | 0 | Early leave. |
| 2339 | Pablo | Castillo Olguin | 0 | 0 | 0 | 0 | Early leave. |
| 9667 | Jonathan | Castillo Tovar | 0 | 0 | 0 | 0 | Early leave. |
| 9286 | Arnulfo | Garcia Ramos | 53.3 | 13.17 | 100 | 166.47 | |
| 9139 | Rafael | Joaquin Guerrero | 0 | 0 | 0 | 0 | Early leave. |
| 20601 | Jose Antonio | Rivera Reyes | 37 | 13.17 | 100 | 150.17 | |
| 20196 | Alberto Amisadai | Lopez Delgado | 0 | 0 | 0 | 0 | Early leave. |
| 20355 | Emmanuel | Sanchez Villarreal | 0 | 0 | 0 | 0 | Early leave. |
| 21736 | Arturo | Sanchez Villarreal | 32.3 | 13.17 | 100 | 145.47 | Early leave. |