EXHIBIT N

DECLARATION OF PLAINTIFF
PABLO CASTILLO-OLGUIN

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>    Defendants. | CASE NO.: 7:24-cv-00054-WLS |

### DECLARATION OF PABLO CASTILLO OLGUIN

1. My name is Pablo Castillo-Olguin. I am a Plaintiff in this case. I worked for the Defendants for many years and I have knowledge about the Defendants' warehouse and how they paid people working in the warehouse from my experience working there.

2. I worked for the Defendants with H-2A visas for many years, including each year from 2021 through 2023. I worked in the warehouse in the maintenance department.

3. My responsibilities were to repair and maintain the equipment and machinery in the warehouse, includings things like the belts, rollers, and chains that were used to move, pack, and sort vegetables.

4. When I was working in the warehouse between 2021 and 2023 we would receive produce that was grown by other farms. I maintained all sorting, packing and transportation equipment in the Defendants' warehouse. Products from other agricultural businesses were sorted and packed using the same equipment that I was in charge of maintaining and reparing as part of my work in the maintenance department.

5. Between 2021 and 2023 I and my co-workers in the warehouse regularly worked more than 40 hours per week. I did not receive any additional pay for weekly overtime hours. This was the same for my co-workers who worked in the warehouse. As far as I know, none of us received overtime pay.

1

2

6.      I kept some of the checkstubs from my work with the Defendants from this time period. Copies of some of those checkstubs are attached to this declaration and show the hours that I worked, the wage rate that I was paid, and show that I was not paid any overtime wages.

7.      I swear under penalty of perjury under the laws of the United States that what is stated is true to the best of my memory.

 

[signature]
_____

Pablo Castillo-Olguin

2

LTON GROWERS, INC.
ELLENTON NORMAN PARK ROAD
MAN PARK GA 31771

Employee: PABLO CASTILLO OLGUIN
Id: 2339   SSN: ...73   Crew: PS-SANI/MAIN
ARN:        EIN: 58-2217832

Check: 507032
Ck Dt: 09/16/2023
From: 07/01/2023   Thru: 09/09/2023

40 HOURS OFFERED IN FIELD

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 4/2023 | MAINTENANCE HOURLY - H2A | 8.75 | | 13.67 | | | 119.61 |
| 5/2023 | MAINTENANCE HOURLY - H2A | 8.75 | | 13.67 | | | 119.61 |
| 6/2023 | MAINTENANCE HOURLY - H2A | 8.75 | | 13.67 | | | 119.61 |
| 07/2023 | MAINTENANCE HOURLY - H2A | 8.75 | | 13.67 | | | 119.61 |
| 08/2023 | MAINTENANCE HOURLY - H2A | 8.75 | | 13.67 | | | 119.61 |
| /09/2023 | MAINTENANCE HOURLY - H2A | 8.75 | | 13.67 | | | 119.61 |
| /09/2023 | UNIFORM DEDUCTION UNIFORM | | | | | 14.19 | |
| Totals: | | | | | | 14.19 | 717.66 |

ILTON GROWERS, INC.
5 ELLENTON NORMAN PARK ROAD
RMAN PARK GA 31771

Employee: PABLO CASTILLO OLGUIN
Id: 2339   SSN: ███73   Crew: PS-SANI/MAIN
ARN:   EIN: 58-2217832
40 hours offered

Check: 514756
Ck Dt: 11/11/2023
From: 05/01/2023   Thru: 11/04/2023

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| /30/2023 | MAINTENANCE HOURLY - H2A | 12.25 | | 13.67 | | | 167.46 |
| /31/2023 | MAINTENANCE HOURLY - H2A | 12.75 | | 13.67 | | | 174.29 |
| /01/2023 | MAINTENANCE HOURLY - H2A | 10.75 | | 13.67 | | | 146.95 |
| /02/2023 | MAINTENANCE HOURLY - H2A | 9.75 | | 13.67 | | | 133.28 |
| /03/2023 | MAINTENANCE HOURLY - H2A | 9.75 | | 13.67 | | | 133.28 |
| 1/03/2023 | MAINTENANCE HOURLY - H2A | 9.00 | | 13.67 | | | 123.03 |
| 1/04/2023 | UNIFORM DEDUCTION UNIFORM | | | | | 14.19 | |
| 1/04/2023 | | | | | | | |
| Totals: | | | | | | 14.19 | 878.29 |

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, )<br><br>Defendants. ) | CASE NO.: 7:24-cv-00054-WLS |

## DECLARACIÓN DE PABLO CASTILLO OLGUÍN

1. Mi nombre es Pablo Castillo-Olguín. Soy un demandante en este caso. Trabajé para los demandados durante muchos años y tengo conocimiento sobre la bodega de los demandados y cómo pagaban a las personas que trabajaban en la bodega por mi experiencia trabajando allí.

2. Trabajé para los demandados con visas H-2A durante muchos años, incluso cada año desde 2021 hasta 2023. Trabajé en la bodega en el departamento de mantenimiento.

3. Mis responsabilidades eran reparar y mantener el equipo y maquinaria en la bodega, incluidas cosas como las correas, los rodillos y las cadenas que se usaban para mover, empacar y clasificar las verduras.

4. Cuando trabajaba en la bodega entre 2021 y 2023, recibíamos productos que eran cultivados por otras granjas. Mantuve todo el equipo de clasificación, transporte y empaque en la bodega de los demandados. Los productos de otras empresas agrícolas se clasificaban y empaquetaban utilizando el mismo equipo que yo me encargaba de mantener y reparar como parte de mi trabajo en el departamento de mantenimiento.

5. Entre 2021 y 2023, mis compañeros de trabajo y yo en la bodega trabajamos regularmente más de 40 horas a la semana. No recibí ningún pago adicional por las horas extras semanales. Lo mismo ocurría con mis compañeros de trabajo que trabajaban en el almacén. Que yo sepa, ninguno de nosotros recibió pago de

1

overtime.

6. Conservé algunos de los talones de cheques de mi trabajo con los demandados de este período de tiempo. Se adjuntan copias de algunos de esos talones de cheques a esta declaración y muestran las horas que trabajé, la tasa salarial que me pagaron y muestran que no me pagaron ningún salario por horas extras.

7. Juro, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo que se dice es cierto hasta donde yo recuerdo.

_____
Pablo Castillo-Olguin

**TRANSLATOR STATEMENT**

I, Carlos Radillo hereby state that I am a California State Court (CA Certification 900025) and Federal Court Certified Spanish Language Judicial Interpreter and that I have translated from Spanish into English truly, accurately and to the best of my ability three documents which were provided to me digitally, which are hereto attached:

Declaration of Arnulfo Garcia-Ramos

Declaration of Pablo Castillo Olguin

Declaration of Rafael Joaquin-Guerrero

_____

Carlos Radillo, on   4/18/25