EXHIBIT P

EXCERPTS FROM DEPOSITION OF
PLAINTIFF ARNULFO GARCIA-RAMOS

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE MIDDLE DISTRICT OF GEORGIA

 3                  VALDOSTA DIVISION

 4    _____

 5    ARNULFO GARCIA-RAMOS and PABLO

 6    CASTILLO-OLGUIN, and All Others

 7    Similarly Situated,

 8            Plaintiffs,

 9       v.                              Civil Action

10    SOUTHERN VALLEY FRUIT &            File No.

11    VEGETABLE, INC.; HAMILTON          7:24-cv-00054-WLS

12    GROWERS, INC.; KENT HAMILTON;

13    HAMILTON PRODUCE, L.P.; KENDA

14    PROPERTIES L.P.; WK HOLDINGS

15    LLC; and WKW, LLC,

16            Defendants.

17    _____

18            DEPOSITION OF ARNULFO GARCIA-RAMOS

19    DATE:          Wednesday, April 23, 2025

20    TIME:          10:01 a.m.

21    LOCATION:      Radford Scott LLP

22                   125 Clairemont Avenue, Suite 380

23                   Decatur, GA 30030

24    REPORTED BY:   Jasmine Applewhite

25    JOB NO.:       7326506
```

```
 1                  A P P E A R A N C E S

 2     ON BEHALF OF PLAINTIFFS ARNULFO GARCIA-RAMOS and

 3     PABLO CASTILLO-OLGUIN:

 4          DAWSON MORTON, ESQUIRE

 5          JIM KNOEPP, ESQUIRE

 6          Dawson Morton, LLC

 7          1808 Sixth Street

 8          Berkeley, CA 94710

 9          dawson@dawsonmorton.com

10          jim@dawsonmorton.com

11          (404) 590-1295

12

13     ON BEHALF OF DEFENDANTS SOUTHERN VALLEY FRUIT &

14     VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT

15     HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES

16     L.P.; WK HOLDINGS LLC; AND WKW LLC:

17          MARTIN B. HELLER, ESQUIRE

18          DAVID P. LERNER, ESQUIRE

19          Fisher & Phillips LLP

20          1230 Peachtree Street NE

21          Atlanta, GA 30309

22          mheller@fisherphillips.com

23          dlerner@fisherphillips.com

24          (404) 240-4146

25          (404) 240-4143
```

1            A P P E A R A N C E S (Cont'd)

2      ALSO PRESENT:

3            Pablo Castillo-Olguin, Plaintiff

4            Chandler Grimes, Southern Valley Representative

5            Timothy Hendrick, Southern Valley Representative

6            Catherine McCabe, Spanish Interpreter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    BY MR. HELLER:

 2         Q    Okay.  Did you have to do anything, did you

 3    have to participate in any process as part of the H-2A

 4    Visa process in Mexico before coming to Hamilton

 5    Growers each year?

 6         A    Yes.  For the Visa, there was a process of

 7    five days.

 8         Q    Okay.  Can you tell me about that process?

 9    What did you have to do?

10         A    To arrive in Monterrey, hand over -- hand

11    over the paperwork, like the passport, and they take

12    it over to the consulate.  And then the consulate says

13    who can go and who already has the Visa approved.

14         Q    Okay.  And did that always take five days?

15         A    Six days, seven days.

16         Q    Okay.  Where did you stay during that time?

17         A    In Monterrey, waiting.

18         Q    In a hotel?

19         A    A hotel.

20         Q    Did you ever stay with friends?

21         A    I don't remember real well.

22         Q    Okay.  If you stayed in a hotel, how would

23    you have paid for it?

24         A    Well, with my savings.

25         Q    Did you use cash?
```

Page 69

1                    You guys are good.  Come on.

2     BY MR. HELLER:

3          Q    We just returned from a quick lunch break.

4     Do you understand that you are still under oath?

5          A    Yes.

6          Q    Okay.  Is there anything from your previous

7     testimony that you, upon reflection, believe is

8     incorrect or that you need to change?

9          A    No, it's fine.

10         Q    All right.  I want to talk about the time

11    period of January and February of the years 2018 to

12    2023.

13         A    Yes, that's fine.

14         Q    Okay.  So you remained employed with

15    Hamilton Growers during this time period; is that

16    correct?

17                    MR. MORTON:  And just our standing

18    objection.

19                    MR. HELLER:  I understand.  It's just

20    easier for me to pick a name.

21                    MR. MORTON:  Sure.

22                    MR. HELLER:  I don't want to say all

23    defendants, so ...

24                    MR. MORTON:  Okay.  Just that the

25    standing objection remains.

Page 70

1                    MR. HELLER:  Understood.

2                    THE INTERPRETER (FOR THE WITNESS):

3       Yes, I would stay there.  I would stay in January and

4       February.  Yes, I would stay.

5       BY MR. HELLER:

6            Q    Okay.  And you were paid the same pay rate

7       in January and February that you were paid during the

8       time period of March to December?

9            A    No, no.

10           Q    Okay.  Would it surprise you to learn that

11      the pay records indicate that you were?

12           A    They didn't pay us the same, because they

13      would take taxes out.

14           Q    Okay.  That is a very fair answer.  But they

15      paid you the same rate per hour.  They just took taxes

16      out; is that correct?

17           A    Yes, it was.  It was like that.

18           Q    All right.  And is it your understanding

19      that taxes were taken out because you presented

20      paperwork to the company indicating that you were

21      lawfully allowed to be employed in the United States?

22                    MR. HELLER:  You don't have

23      to -- there's no form-based objection there.  You

24      don't have to like the question, and you can object if

25      you want to.

Page 75

```
 1        Q    Yeah, but some people.  I didn't say
 2   everyone.  I said some people.
 3        A    Some yes, some no.
 4        Q    Agreed.  Did you do this every single year
 5   from 2018 to 2023?
 6        A    To stay and work those two months?  Yes.
 7        Q    Did you do the exact same type of work for
 8   Hamilton Growers during January and February that you
 9   had done during March through December?
10        A    Yes, the whole year.  The whole year I
11   worked doing the same.
12        Q    Okay.  Did you always work on the Hamilton
13   Growers Farm, or did you sometimes work somewhere
14   else?
15                  MR. MORTON:  Objection.
16                  THE INTERPRETER (FOR THE WITNESS):
17   Since I started for two years, 2009, 2010, I worked in
18   the fields.  And after '11 I was in the warehouse
19   doing the same job.
20   BY MR. HELLER:
21        Q    Did you ever work in Tennessee?
22        A    Yes.
23        Q    Okay.  What was the name of the farm you
24   worked at in Tennessee?
25                  MR. MORTON:  Objection.
```

Page 113

```
 1                 CERTIFICATE OF DEPOSITION OFFICER
 2              I, JASMINE APPLEWHITE, the officer before
 3      whom the foregoing proceedings were taken, do hereby
 4      certify that any witness(es) in the foregoing
 5      proceedings, prior to testifying, were duly sworn;
 6      that the proceedings were recorded by me and
 7      thereafter reduced to typewriting by a qualified
 8      transcriptionist; that said digital audio recording of
 9      said proceedings are a true and accurate record to the
10      best of my knowledge, skills, and ability; that I am
11      neither counsel for, related to, nor employed by any
12      of the parties to the action in which this was taken;
13      and, further, that I am not a relative or employee of
14      any counsel or attorney employed by the parties
15      hereto, nor financially or otherwise interested in the
16      outcome of this action.
17                                      JASMINE APPLEWHITE
18                                 Notary Public in and for the
19                                           State of Georgia
20
21      [X] Review of the transcript was requested.
22
23
24      Dated: May 7, 2025
25
```

Page 114

1                 CERTIFICATE OF TRANSCRIBER

2              I, LAURA MORIN, do hereby certify that this

3        transcript was prepared from the digital audio

4        recording of the foregoing proceeding, that said

5        transcript is a true and accurate record of the

6        proceedings to the best of my knowledge, skills, and

7        ability; that I am neither counsel for, related to,

8        nor employed by any of the parties to the action in

9        which this was taken; and, further, that I am not a

10       relative or employee of any counsel or attorney

11       employed by the parties hereto, nor financially or

12       otherwise interested in the outcome of this action.

13

14

15                                              LAURA MORIN

16

17

18

19

20

21

22

23

24       Dated: May 7, 2025

25