EXHIBIT Q

EXCERPTS FROM DEPOSITION OF
PLAINTIFF PABLO CASTILLO-OLGUIN

Page 1

1                  IN THE UNITED STATES DISTRICT COURT

2                  FOR THE MIDDLE DISTRICT OF GEORGIA

3                         VALDOSTA DIVISION

4       _____

5       ARNULFO GARCIA-RAMOS and PABLO

6       CASTILLO-OLGUIN, and All Others

7       Similarly Situated,

8               Plaintiffs,

9          v.                          Civil Action

10      SOUTHERN VALLEY FRUIT &         File No.

11      VEGETABLE, INC.; HAMILTON       7:24-cv-00054-WLS

12      GROWERS, INC.; KENT HAMILTON;

13      HAMILTON PRODUCE, L.P.; KENDA

14      PROPERTIES L.P.; WK HOLDINGS

15      LLC; and WKW LLC,

16              Defendants.

17      _____

18               DEPOSITION OF PABLO CASTILLO-OLGUIN

19      DATE:          Wednesday, April 23, 2025

20      TIME:          3:19 p.m.

21      LOCATION:      Radford Scott LLP

22                     125 Clairemont Avenue, Suite 380

23                     Decatur, GA 30030

24      REPORTED BY:   Jasmine Applewhite

25      JOB NO.:       7326506

Page 2

```
 1                A P P E A R A N C E S

 2     ON BEHALF OF PLAINTIFFS ARNULFO GARCIA-RAMOS and

 3     PABLO CASTILLO-OLGUIN:

 4          DAWSON MORTON, ESQUIRE

 5          JIM KNOEPP, ESQUIRE

 6          Dawson Morton, LLC

 7          1808 Sixth Street

 8          Berkeley, CA 94710

 9          dawson@dawsonmorton.com

10          jim@dawsonmorton.com

11          (404) 590-1295

12

13     ON BEHALF OF DEFENDANTS SOUTHERN VALLEY FRUIT &

14     VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT

15     HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES

16     L.P.; WK HOLDINGS LLC; AND WKW LLC:

17          MARTIN B. HELLER, ESQUIRE

18          DAVID P. LERNER, ESQUIRE

19          Fisher & Phillips LLP

20          1230 Peachtree Street NE

21          Atlanta, GA 30309

22          mheller@fisherphillips.com

23          dlerner@fisherphillips.com

24          (404) 240-4146

25          (404) 240-4143
```

Page 3

1                 A P P E A R A N C E S (Cont'd)

2       ALSO PRESENT:

3               Chandler Grimes, Southern Valley Representative

4               Timothy Hendrick, Southern Valley Representative

5               Catherine McCabe, Spanish Interpreter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 27

1    Q    Pesos?

2    A    Yes.  And then 250 pesos from my house to

3    Mexico City.  That was the first day.

4         Then from 2018 on, they started paying

5    certain things for us.  In Monterrey, we'd be there

6    like five, six, or seven days, and we would pay the

7    hotel 900 pesos a day.

8         And for food it was 250 in the morning, 250

9    at lunch, and at the evening, 80.

10        And then I think it was from that year, from

11   218 -- 218 -- 2018, excuse me, on that we would pay a

12   hundred dollars for the processing, the photos.

13   Q    All right.  I'm going to walk through some

14   of these just to make sure I understand.

15        The 1,250 pesos to travel to Monterrey, who

16   did you pay that to?

17   A    A thousand two-hundred.

18   Q    Okay.  One-thousand two-hundred.

19   A    To the driver of the bus.

20   Q    It's always the exact same fee, or is that

21   approximate?

22   A    No.  After that gas went up, and the fares

23   went up.

24   Q    So it was exactly 1,200 pesos in 2018, or is

25   that an approximation?

Page 62

```
1              CERTIFICATE OF DEPOSITION OFFICER
2              I, JASMINE APPLEWHITE, the officer before
3      whom the foregoing proceedings were taken, do hereby
4      certify that any witness(es) in the foregoing
5      proceedings, prior to testifying, were duly sworn;
6      that the proceedings were recorded by me and
7      thereafter reduced to typewriting by a qualified
8      transcriptionist; that said digital audio recording of
9      said proceedings are a true and accurate record to the
10     best of my knowledge, skills, and ability; that I am
11     neither counsel for, related to, nor employed by any
12     of the parties to the action in which this was taken;
13     and, further, that I am not a relative or employee of
14     any counsel or attorney employed by the parties
15     hereto, nor financially or otherwise interested in the
16     outcome of this action.
17                                  JASMINE APPLEWHITE
18                             Notary Public in and for the
19                                      State of Georgia
20
21     [X] Review of the transcript was requested.
22
23
24     Dated: May 7, 2025
25
```

Page 63

1          CERTIFICATE OF TRANSCRIBER

2          I, LAURA MORIN, do hereby certify that this

3    transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14

15                                   LAURA MORIN

16

17

18

19

20

21

22

23

24   Dated: May 7, 2025

25