**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, | ) | |
| PABLO CASTILLO-OLGUIN, and | ) | |
| all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | **)** | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & | ) | |
| VEGETABLE, INC.; HAMILTON | ) | JUDGE W. LOUIS SANDS |
| GROWERS, INC.; KENT HAMILTON; | ) | |
| HAMILTON PRODUCE, L.P.; | ) | CLASS ACTION |
| KENDA PROPERTIES, L.P.; WK | ) | |
| HOLDINGS, LLC; and WKW, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF NEED TO FILE DISCOVERY IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION**

Pursuant to Local Rule 5.1 and the M.D. Ga. CM/ECF Administrative Procedures

manual, Plaintiffs hereby certify their need to file discovery documents because they are being

used in these proceedings to support Plaintiffs' Motion for Rule 23 Class Certification.

Plaintiffs will file the following discovery materials:

1. ETA-790 Clearance Order Forms produced by Defendants in response to Plaintiffs' Requests for Production of Documents

2. Defendants' Responses to Plaintiffs' First Set of Interrogatories

3. Defendants' Responses to Plaintiffs' Requests for Admission

4. Printouts of spreadsheets related to reimbursement of expenses in 2020 and 2021 that were produced by Defendants in response to Plaintiffs' Requests for Production of Documents

5. Excerpts from the 30(b)(6) Deposition of Defendant Hamilton Growers, Inc.

6. Excerpts from the Depositions of Plaintiffs Arnulfo Garcia-Ramos and Pablo

Castillo-Olguin.

Respectfully submitted,

*/s/ James M. Knoepp*
James M. Knoepp
Georgia Bar No. 366241
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
Phone: (828) 379-3169
jim@dawsonmorton.com

Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

*/s/ James M. Knoepp*
James M. Knoepp
Georgia Bar No. 366241

this 30th day of May, 2025.