**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) **)** | CIVIL ACTION |
| v. ) ) | FILE NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, ) ) ) ) ) ) ) ) | JUDGE W. LOUIS SANDS CLASS ACTION |
| Defendants. ) ) | |

**NOTICE OF FILING DISCOVERY MATERIALS**

Pursuant to the Court's order of June 5, 2025 (ECF No. 39), Plaintiffs hereby file full deposition transcripts of Defendant Hamilton Growers, Inc., Plaintiff Arnulfo Garcia-Ramos, and Plaintiff Pablo Castillo-Olguin. Plaintiffs incorrectly filed only excerpts of the transcripts in support of their Motion for 29 U.S.C. § 216(b) Notice to Similarly Situated Workers and for Disclosure of Contact Information (ECF No. 35) and their Motion for Rule 23 Class Certification (ECF No. 37).

The Hamilton Growers, Inc. excerpts were filed as Exhibit D (ECF No. 35-5) to the Motion for 29 U.S.C. § 216(b) Notice to Similarly Situated Workers and as Exhibit H (ECF No. 37-9) to the Motion for Rule 23 Class Certification.

The Arnulfo Garcia-Ramos excerpts were filed as Exhibit P (ECF No. 37-17) to the Motion for Rule 23 Class Certification.

1

The Pablo Castillo-Olguin excerpts were filed as Exhibit Q (ECF No. 37-18) to the Motion for Rule 23 Class Certification.

Plaintiffs respectfully request that the attached full transcripts be considered as replacement exhibits for those identified above.

Respectfully submitted,

*/s/ James M. Knoepp*
James M. Knoepp
Georgia Bar No. 366241
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
Phone: (828) 379-3169
jim@dawsonmorton.com

Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

                                               */s/ James M. Knoepp*
                                               James M. Knoepp
                                               Georgia Bar No. 366241

this 5th day of June, 2025.