REPLACEMENT EXHIBIT D
TO PLAINTIFFS' MOTION FOR 29 U.S.C. § 216(B) NOTICE
TO SIMILARLY SITUATED WORKERS AND FOR
DISCLOSURE OF CONTACT INFORMATION
(ECF NO.  35-5)


REPLACEMENT EXHIBIT H
TO PLAINTIFFS' MOTION FOR RULE 23 CLASS
CERTIFICATION
(ECF NO.  37-9)


FULL TRANSCRIPT OF 30(B)(6) DEPOSITION OF
DEFENDANT HAMILTON GROWERS, INC.

# Deposition Transcript

Case Number: 7:24-cv-00054-WLS
Date: May 9, 2025

In the matter of:

## ARNULFO GARCIA-RAMOS v SOUTHERN VALLEY FRUIT & VEGETABLE

## Jonathan T. Schwalls -  CORP. REP.



**CERTIFIED COPY**

Reported by:
Anne Chilton

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
2                     VALDOSTA DIVISION

3
                      ---oOo---
4

5
  ARNULFO GARCIA-RAMOS,          §
6  PABLO CASTILLO-OLGUIN, and     §
  all other similarly situated,  §
7                                 §
  Plaintiffs,                     §
8                                 §
  v.                              §  CASE ACTION
9                                 §
  SOUTHERN VALLEY FRUIT &         §  FILE NO: 7:24-cv-00054-WLS
10  VEGETABLE, INC.; HAMILTON      §
  GROWERS, INC., KENT HAMILTON;   §
11  HAMILTON PRODUCE, L.P.;        §
  KENDA PROPERTIES, L.P.; WK      §
12  HOLDINGS, LLC; and WKW, LLC,   §
                                  §
13  Defendants.                    §
  _____
14

15

16

17         REMOTE DEPOSITION OF JONATHAN T. SCHWALLS,

18  Designated Representative of Hamilton Growers, Incorporated,

19  located in Norman Park, Georgia, via Zoom Steno Connect

20  Videoconference, commencing at about 10:06 A.M. EST on

21  Friday, May 9th, 2025, before ANNE H. CHILTON, Certified

22  Shorthand Reporter, License No. 3669, and Notary Public in

23  and for the State of Michigan.

24

25
```

```
 1   APPEARANCES VIA STENO CONNECT:

 2

     FOR THE PLAINTIFFS:
 3
             DAWSON MORTON, LLC
 4
             BY:  JAMES M. KNOEPP, ESQ.
 5
             1612 Crestwood Drive
 6
             Columbia, South Carolina  29205
 7
             (828) 379-3169
 8
             jim@dawsonmorton.com
 9

10           DAWSON MORTON, LLC

11           BY:  DAWSON MORTON, ESQ.

12           1808 Sixth Street

13           Berkeley, California  94710

14           (404) 590-1295

15           dawson@dawsonmorton.com

16

17   FOR THE DEFENDANTS:

18           FISHER PHILLIPS, LLP

19           BY:  MARTIN B. HELLER, ESQ.

20               DAVID LERNER, ESQ.

21           1230 Peachtree Street NE, Suite 3300

22           Atlanta, Georgia  30909

23           mheller@fisherphillips.com

24           dlerner@fisherphillips.com

25
```

```
 1                  W I T N E S S   I N D E X

 2                       ---oOo---

 3   WITNESS                                            PAGE

 4

 5        JONATHAN T. SCHWALLS

 6

 7   Examination by Mr. Knoepp                             5

 8   Examination by Mr. Heller                           254

 9   Re-examination by Mr. Knoepp                        255

10

11                  E X H I B I T   I N D E X

12

13   EXHIBIT NO.              DESCRIPTION               PAGE

14

15   Exhibit 007  Listing of travel payments            202

16   Exhibit 200  Plaintiffs' Amended Notice of Deposition   6
                  of Hamilton Growers, Inc.
17
     Exhibit 201  Check stubs                             77
18                [PLS_001846, 001851, 001734, 001927, 001928]

19
     Exhibit 202  Defendants' Objections and Responses to  103
20                Plaintiff's First Set of Interrogatories

21   Exhibit 203  Forms ETA-790 and ETA-790A             129
                  [Defs. 008906-8941]
22
     Exhibit 204  Forms ETA-790 and ETA-790A             138
23                [Defs. 005983-6017]

24
                  (Exhibits attached to transcript.)
25
```

```
 1          FRIDAY, MAY 9, 2025, 10:06 A.M. EST

 2                    ---oOo---

 3          THE COURT REPORTER:  Good morning.  My name is

 4   Anne Chilton, Certified Shorthand Reporter and Notary

 5   Public in the State of Michigan.  I am located in

 6   Grosse Ile, Michigan.

 7          Today's date is Friday, May 9th, 2025.  The

 8   time is approximately 10:06 a.m. Eastern Time.

 9          This is the remote deposition via Zoom

10   videoconference of Jon Schwalls located in Norman

11   Park, Georgia.

12          The attorneys appearing in this deposition

13   acknowledge that I am not physically present in the

14   deposition room, that I will be reporting this

15   deposition remotely, and that I will administer the

16   oath to the witness remotely.

17          The parties and their counsel further agree

18   that while I am a licensed court reporter, the witness

19   may be in a state where I am not licensed.  The

20   parties stipulate that this deposition may be taken

21   before me.

22          If any party has any objection to this

23   manner of reporting or anything stated above, please

24   state so now.

25          (No response. )
```

```
      1              THE COURT REPORTER:  Hearing none, we can
      2         proceed.
      3                   Sir, raise your right hand, please.
      4                   Do you swear or affirm the testimony you are
      5         about to give in this cause will be the truth, the
      6         whole truth, and nothing but the truth?
      7              THE WITNESS:  I do.
      8              THE COURT REPORTER:  Thank you.
      9                        *        *        *
     10              J O N A T H A N   T.   S C H W A L L S,
     11         having been first duly sworn or affirmed, was examined
     12         and testified as follows:
09:49 13              MR. KNOEPP:  Just before we get started, I
10:07 14         just want to correct one thing about your read-on.
     15         The deposition is actually the deposition of Hamilton
     16         Growers, Incorporated --
     17              THE COURT REPORTER:  Okay.
10:07 18              MR. KNOEPP:  -- by and through its designated
10:07 19         representative, Mr. Schwalls.
10:07 20              THE COURT REPORTER:  All right.  Thank you.
     21                   E X A M I N A T I O N
10:07 22    BY MR. KNOEPP:
10:07 23    Q.  Good morning, Mr. Schwalls.
10:07 24    A.  Good morning.
10:07 25    Q.  Can you state your full name for the record, please?
```

| | | |
|---|---|---|
| 10:07 | 1 | A. Jonathan Thomas Schwalls. |
| 10:07 | 2 | Q. Can you give me the city and state in which you |
| 10:07 | 3 | reside? |
| 10:07 | 4 | A. Norman Park, Georgia. |
| 10:08 | 5 | Q. I understand that you have been designated as the |
| 10:08 | 6 | representative to testify on behalf of Hamilton |
| 10:08 | 7 | Growers, Incorporated today.  Is that your |
| 10:08 | 8 | understanding as well? |
| 10:08 | 9 | A. Correct. |
| | 10 | (Deposition Exhibit 200 was presented and |
| | 11 | subsequently marked for identification.) |
| 10:08 | 12 | BY MR. KNOEPP: |
| 10:08 | 13 | Q. I'm going to show you what we've marked as Exhibit |
| 10:08 | 14 | 200.  Do you see that on your screen? |
| 10:08 | 15 | A. Okay. |
| 10:08 | 16 | Q. Sorry if it's far away. |
| 10:08 | 17 | This is the deposition notice that we issued |
| 10:08 | 18 | in this case.  I'm going to go to -- |
| 10:08 | 19 | This in particular is the amended deposition |
| 10:08 | 20 | notice that shows that we changed the deposition to a |
| 10:08 | 21 | remote deposition.  I'm going to the third page. |
| 10:08 | 22 | Do you see the third page that says Topics Of |
| 10:08 | 23 | Deposition? |
| 10:08 | 24 | A. I do. |
| 10:08 | 25 | Q. And then there's another page that ends with topic |

| | | |
|---|---|---|
| 10:08 | 1 | number 11.  Do you see those? |
| 10:08 | 2 | A.   I do. |
| 10:08 | 3 | Q.   Are you the person who's been designated on behalf of |
| 10:08 | 4 | the corporation to testify with respect to all of the |
| 10:09 | 5 | topics today? |
| 10:09 | 6 | A.   I am. |
| 10:09 | 7 | Q.   I'm sorry.  I didn't hear your answer. |
| 10:09 | 8 | A.   I am. |
| 10:09 | 9 | Q.   Great. |
| 10:09 | 10 | MR. HELLER:  Jim, before you get started on |
| 10:09 | 11 | the topics themselves, I would just point out that the |
| 10:09 | 12 | parties have had communications since the notice went |
| 10:09 | 13 | out as to topics 1 and -- 1 and 11, whichever |
| 10:09 | 14 | objections we had where you agreed to some limitations |
| 10:09 | 15 | as to the objections and the overbroad topics.  Just |
| 10:09 | 16 | putting that on the record. |
| 10:09 | 17 | MR. KNOEPP:  Correct, yeah, and, you know, |
| 10:09 | 18 | again, if you think it's -- the question is too far |
| 10:09 | 19 | afield or outside of the scope of a topic or outside |
| 10:09 | 20 | of what we talked about prior to the deposition, just |
| 10:09 | 21 | let me know and we'll try and get that resolved either |
| 10:09 | 22 | on the -- |
| | 23 | MR. HELLER:  Yeah. |
| 10:09 | 24 | MR. KNOEPP:  -- record or off the record. |
| 10:10 | 25 | MR. HELLER:  Yeah, and that's -- you know, |

10:10  1    just for purposes of the record, I assume we want to

10:10  2    limit objections except as to the form of the question

10:10  3    until the time the transcript is used.

10:10  4         The one caveat I'd put to that, on 30(b)(6)

10:10  5    depositions, and actually there's kind of two here,

10:10  6    is, one, I may raise an objection more than a form

10:10  7    objection to the extent that I believe it's outside

10:10  8    the scope of the topics that you provided, and two,

10:10  9    when we are in phase discovery, if I think it's too

10:10 10    far outside the phase of Phase 1 discovery, I'll let

10:10 11    you know, otherwise, I agree to limit my objections

10:10 12    solely as to the form of the question.

10:10 13         MR. KNOEPP:  That's agreeable to the

10:10 14    Plaintiffs as well.

10:10 15 BY MR. KNOEPP:

10:10 16 Q.  Mr. Schwalls, have you ever provided deposition

10:10 17    testimony before?

10:10 18 A.  I have.

10:10 19 Q.  When have you done that in the past?

10:10 20 A.  Probably two or three years ago.

10:11 21 Q.  Was it just the one time that you provided deposition

10:11 22    testimony in the past?

10:11 23 A.  It was -- it was involving a school board matter.  I

10:11 24    was on the school board.  I've not provided testimony

10:11 25    in anything like this truthfully on that.

```
 1              THE COURT REPORTER:  You know what, I'm not

 2       hearing the witness clearly, and I'm wondering if

 3       something can be done about that.

10:11  4              THE WITNESS:  Well, that may be my accent.  I

10:11  5       don't know if I can help much with that, but I'll try

10:11  6       to be clear.

10:11  7              MR. HELLER:  Can you -- can you hear him all

10:11  8       right, Annie?  Is it -- is it his accent that's

 9       causing an issue or is it the audio?

10              THE COURT REPORTER:  It's the audio.  It

11       sounds like he's far away from whatever he -- device

12       he's talking into.  I can hear everybody else real

13       clear.  It's just when the witness talks, it's not

10:11 14       coming in real clear for me to capture.

10:11 15              MR. HELLER:  Okay.  Maybe -- Jon, maybe trade

10:11 16       seats with David and see if that helps.

10:12 17              MR. KNOEPP:  How about if we go off the

10:12 18       record for a second.

10:12 19              MR. HELLER:  Sure.

20              (Off the record at 10:12 a.m.)

10:12 21              (Back on the record at 10:12 a.m. )

10:12 22              MR. KNOEPP:  Okay.  We'll go back on the

10:12 23       record.

10:12 24    BY MR. KNOEPP:

10:12 25    Q.  Mr. Schwalls, you were mentioning that you had
```

10:12  1      testified, before we went off the record, that you had

10:12  2      testified at a deposition before regarding a school

10:13  3      board matter about two or three years ago.

10:13  4              Is that the only time you've provided

10:13  5      deposition testimony in the past?

10:13  6  A.  Yes, sir.

10:13  7  Q.  You may remember from that prior deposition, but I'm

10:13  8      just going to go over a couple of ground rules for

10:13  9      today just so that we get a clear record.

10:13 10              First of all, we're doing this remotely, and

10:13 11      so if you or anybody else has any technical

10:13 12      difficulties, the internet goes out, there's a storm,

10:13 13      you can't see a document on the screen, whatever it

10:13 14      might be, please let us know so that we can take a

10:13 15      pause and fix whatever technical issue we have.  Sound

10:13 16      okay?

10:13 17  A.  Sounds good.

10:13 18  Q.  When I'm asking questions and you're responding to

10:13 19      questions, sometimes you can anticipate what the end

10:13 20      of my question is, and sometimes I might be able to

10:14 21      anticipate the rest of your answer and want to ask a

10:14 22      follow-up question.

10:14 23              It's important for purposes of the record the

10:14 24      court reporter is taking down that you and I pause

10:14 25      before jumping into an answer or a next question so

10:14  1      that we're not talking over each other.  Try to do my

10:14  2      best.  If I feel like it's a problem, then we'll try

10:14  3      and address it, but if you could just wait until I

10:14  4      finish before answering the question, that would help

10:14  5      us with the record.  Sound fair?

10:14  6  A.  Understood.

10:14  7  Q.  The other thing is, as I mentioned, the court reporter

10:14  8      is taking down everything that we say, and so it's

10:14  9      important that you give a verbal response to

10:14 10      questions.  If the answer might be a yes or a no, it's

10:14 11      important to say that as opposed to shaking your head

10:14 12      or nodding or something like that.  Okay?

10:14 13  A.  I understand.

10:14 14  Q.  If at any point in time anybody wants to take a break,

10:15 15      please just let me know.  This is not designed to be

10:15 16      an endurance test here.  I do have a fair number of

10:15 17      questions, but hopefully we'll get through them

10:15 18      quickly, but any time you want to take a break, just

10:15 19      let us know.  The only thing I'll say is that if

10:15 20      there's a question that's pending, I want you to

10:15 21      answer the question first before we take a break and

10:15 22      then we'll go ahead and take a break.  Sound okay?

10:15 23  A.  Very good.

10:15 24  Q.  And, sorry, one last thing.

10:15 25          If I ask a question that isn't clear to you,

10:15  1      you don't understand, you feel like it needs

10:15  2      clarification, please let me know that and I'll do my

10:15  3      best to try and ask a question that is clearer or

10:15  4      clarify something that is causing confusion,

10:15  5      otherwise, I'll assume that you understood my question

10:15  6      if you went ahead and answered it.  Sound okay?

10:15  7  A.  Sounds good.

10:15  8  Q.  Could you tell me a little bit about your employment

10:15  9      history with Hamilton Growers?  How long have you been

10:16 10      working with Hamilton Growers?

10:16 11  A.  30 years.

10:16 12  Q.  And what is your current position?

10:16 13  A.  I am the executive officer.

10:16 14  Q.  What does --

10:16 15          Can you tell me a little bit about what the

10:16 16      responsibilities of the executive officer are?

10:16 17  A.  I work on business strategy, building teams, company

10:16 18      culture, recruitment, retainment.

10:16 19  Q.  How long have you been the executive officer?

10:16 20  A.  Eight years.

10:16 21  Q.  Prior to that, what was your position with the

10:17 22      company?

10:17 23  A.  I was director of operations.

10:17 24  Q.  What were your job duties when you were the director

10:17 25      of operations?

10:17  1    A.  Day-to-day operations of the packing operations,

10:17  2        warehousing, logistics, those sort of things.  Just, I

10:17  3        mean, the overarching operational -- daily operational

10:17  4        aspects.

10:17  5    Q.  And when you left that position to become the

10:18  6        executive officer, did somebody take over that role as

10:18  7        the director of operations?

10:18  8    A.  No.  We eliminated that role and we placed directors

10:18  9        over each major function.

10:18 10    Q.  And whenever you say "major function," what do you

10:18 11        mean by that?  How many different functions are there?

10:18 12    A.  There's six.

10:18 13    Q.  Can you list them for me?

10:18 14    A.  Business development, sales and inventory management,

10:18 15        ag, logistics, packing and warehousing, and

10:18 16        operational support.

10:18 17    Q.  Who is the current director of the packing and

10:19 18        warehousing function?

10:19 19    A.  Clarke Hendrick.

10:19 20    Q.  And how long has he been in that position?

10:19 21    A.  I think this is the fourth year.

10:19 22    Q.  And prior to Mr. Hendrick being in that position, was

10:19 23        somebody else in that position?

10:19 24    A.  There were.

10:19 25    Q.  Who was that?

| | | |
|---|---|---|
| 10:19 | 1 | A. Brian Key. |
| 10:19 | 2 | Q. Is that B-r-i-a-n? |
| 10:20 | 3 | A. It is.  K-e-y. |
| 10:20 | 4 | Q. And is he still employed at Hamilton Growers or at |
| 10:20 | 5 | Southern Valley Fruit & Vegetable? |
| 10:20 | 6 | A. He is not. |
| 10:20 | 7 | Q. When did he leave, do you know? |
| 10:20 | 8 | A. Once again, I think it's four years that Clarke's had |
| 10:20 | 9 | that position.  So he would have been gone for four |
| 10:20 | 10 | years now. |
| 10:20 | 11 | Q. The executive officer position at Hamilton Growers -- |
| 10:20 | 12 | I'm sorry.  You're the executive officer for |
| 10:20 | 13 | Hamilton Growers, Incorporated; is that right? |
| 10:21 | 14 | A. I'm not.  I'm executive officer for Southern Valley. |
| 10:21 | 15 | Q. And whenever you say "Southern Valley," you're |
| 10:21 | 16 | referring to Southern Valley Fruit & Vegetable, |
| 10:21 | 17 | Incorporated; is that right? |
| 10:21 | 18 | A. I am. |
| 10:21 | 19 | Q. Is it okay, during the course of the deposition, when |
| 10:21 | 20 | either you or I are referring to that corporation, |
| 10:21 | 21 | that we -- that if we say "Southern Valley," we'll |
| 10:21 | 22 | both understand what that means? |
| 10:21 | 23 | A. Right.  Yes, sir. |
| 10:21 | 24 | Q. So you're actually the executive officer of Southern |
| 10:21 | 25 | Valley; is that right? |

10:21  1    A.  That's correct.

10:21  2    Q.  Are you an employee at all of Hamilton Growers,

10:21  3        Incorporated?

10:21  4    A.  I am not.

10:21  5    Q.  And are you --

10:21  6            But you are employed by Southern Valley; is

10:21  7        that right?

10:21  8    A.  That is correct.

10:21  9    Q.  When you mentioned that there were six functions that

10:21 10        had directors instead of a director of operations when

10:22 11        we were talking about the packing and warehouse

10:22 12        director, is that position a position at Southern

10:22 13        Valley or is that a position at Hamilton Growers?

10:22 14    A.  Southern Valley.

10:22 15    Q.  So like yourself, is Mr. Hendrick employed by Southern

10:22 16        Valley?

10:22 17    A.  He is.

10:22 18    Q.  Is he employed at all by Hamilton Growers?

10:22 19    A.  He is not.

10:22 20    Q.  Is that the case with the other directors of the other

10:22 21        five functions that you mentioned, that they're

10:22 22        employees of Southern Valley as opposed to Hamilton

10:22 23        Growers?

10:22 24    A.  That's correct.

10:22 25    Q.  Who is the current logistics director?

10:22  1   A.   Allen Dalton.

10:23  2   Q.   Is that A-l-a-n or A-l-l-a-n?

10:23  3   A.   e-n.

10:23  4   Q.   Okay.  Completely wrong.

10:23  5        So A-l-l-e-n.  And Dalton, D-a-u-l-t-o-n?

10:23  6   A.   D-a-l-t-o-n.

10:23  7   Q.   Thank you.

10:23  8        And how long has Mr. Dalton been in that

10:23  9        position as the logistics director?

10:23 10   A.   Eight years.

10:23 11   Q.   Can you tell me briefly what is involved in the job of

10:23 12        logistics director as it relates to the packing shed

10:23 13        operations?

10:23 14   A.   They're responsible for outbound freight and inbound

10:23 15        freight.

10:23 16   Q.   As the executive officer, do you have any supervision

10:24 17        responsibilities?

10:24 18   A.   Only for the six directors.

10:24 19   Q.   So the six functions that you just talked about, do

10:24 20        those people report to you?

10:24 21   A.   Correct.

10:24 22   Q.   Do those directors, then, themselves have supervisory

10:25 23        responsibilities?

10:25 24   A.   They do.

10:25 25   Q.   So each one of them would have a team that's working

```
10:25  1        under them; is that fair to say?

10:25  2    A.  That's correct.

10:25  3    Q.  But the people who report directly to you are just the

10:25  4        directors; is that right?

10:25  5    A.  That's correct.

10:25  6    Q.  The director of logistics, Mr. Dalton, is he also

10:25  7        employed by a company called Pack Logistics, LLC?

10:25  8    A.  No.  He's employed by Southern Valley.

10:25  9    Q.  Does he do any work on behalf of Pack Logistics, LLC?

10:25 10    A.  Pack Logistics is the company that has the MC number

10:26 11        that we operate under.  It's only a name to operate

10:26 12        under.

10:26 13    Q.  Is it -- whenever you say --

10:26 14             And, I'm sorry, I'll do this throughout the

      15        day.

10:26 16             I know what you mean by MC number, but for

10:26 17        the record, could you explain what an MC number means?

10:26 18    A.  So a motor carrier number is what licenses you to be

10:26 19        able to book freight, exchange freight, contract

10:26 20        freight, and so you need an MC number to be able to --

10:26 21        motor carrier number, sorry, to be able to operate a

10:26 22        freight company.

10:26 23    Q.  And that is done by Pack Logistics, correct, they're

10:26 24        the ones who have that authorization?

10:26 25    A.  Right.  That -- that name, Pack Logistics, is what the
```

| | | |
|---|---|---|
| 10:26 | 1 | function -- the logistical function's operating under. |
| 10:27 | 2 | Q. Is it a wholly-owned subsidiary of Southern Valley? |
| 10:27 | 3 | A. No. It's its own separate entity. |
| 10:27 | 4 | Q. You were saying before it was just a name. Is it just |
| 10:27 | 5 | a name that's used for shipping purposes? |
| 10:27 | 6 | A. Right. It does the business of the freight function. |
| 10:27 | 7 | It's the name that is -- that that freight function is |
| 10:28 | 8 | conducted under. |
| 10:28 | 9 | Q. And the freight function of Southern Valley, is that |
| 10:28 | 10 | what you mean? |
| 10:28 | 11 | A. Correct. |
| 10:28 | 12 | Q. Does it do any freight functions for any other |
| 10:28 | 13 | companies other than Southern Valley? |
| 10:28 | 14 | A. Yes. |
| 10:28 | 15 | Q. The sales and inventory function, who is the director |
| 10:29 | 16 | of that? |
| 10:29 | 17 | A. Nate Branch. |
| 10:29 | 18 | Q. And how long has Mr. Branch been in that position? |
| 10:29 | 19 | A. Eight years. |
| 10:29 | 20 | Q. And briefly, what's involved in being the director of |
| 10:29 | 21 | the sales and inventory function? |
| 10:29 | 22 | A. Day-to-day fulfillment of existing orders. |
| 10:29 | 23 | Q. And does the director of the sales and inventory |
| 10:30 | 24 | function need to coordinate with the logistics |
| 10:30 | 25 | function that handles the outbound and inbound |

10:30  1      freights?

10:30  2    A.   That's correct.

10:30  3    Q.   Just to make sure that product that's ordered by

10:30  4         customers is getting where it needs to go; is that

10:30  5         fair to say?

10:30  6    A.   That's correct.

10:30  7    Q.   If I understand it correctly, Mr. Branch's department

10:30  8         would be in charge of making sure that you have enough

10:30  9         of a product that the customer wants in stock; is that

10:30 10         fair to say?

10:30 11    A.   That's correct.

10:30 12    Q.   And then the logistics department would work with Mr.

10:30 13         Branch's department to get that product to the correct

10:30 14         place; is that fair to say?

10:30 15    A.   That's correct.

10:30 16    Q.   I think I forgot to ask about this, but when we were

10:31 17         talking about Mr. Hendrick and Mr. Ray, who was the

10:31 18         previous director of the packing and logistic -- or

10:31 19         packing and warehousing function, can you tell me

10:31 20         briefly what is involved in being the director of the

10:31 21         packing and warehousing function?

10:31 22              MR. HELLER:   Object to form.

10:31 23              Jon, anytime I object to form, you still

10:31 24         answer, but I'm just getting an objection on the

10:31 25         record.

10:31  1   A.  The director of packing and warehousing would be in

10:31  2       charge of the day product that needs to be packed,

10:31  3       shipped, and the raw materials purchased to... all the

10:32  4       raw materials purchased, boxes, those sorts of things

10:32  5       to be able to run a packing house.

10:32  6   BY MR. KNOEPP:

10:32  7   Q.  Am I correct in understanding that the packing and

10:32  8       warehouse function director would need to also be in

10:32  9       communication with the sales and inventory director in

10:32 10       order to make sure that there's sufficient product for

10:32 11       customers?

10:32 12   A.  That's correct.

10:32 13   Q.  And from time to time, does the sales and inventory

10:33 14       director need to make purchases of produce from

10:33 15       outside sources in order to meet a customer's orders?

10:33 16   A.  They do.

10:33 17   Q.  And then does the logistics department or the -- I'm

10:33 18       sorry -- the logistics function, they would handle the

10:33 19       inbound and -- inbound and outbound freight related to

10:33 20       that outside produce?

10:33 21   A.  Typically.

10:33 22   Q.  Sometimes the inbound freight may come from a

10:33 23       different carrier and not Pack Logistics.  Is that

10:33 24       what you mean by "typically"?

10:33 25   A.  Correct.

| | | |
|---|---|---|
| 10:33 | 1 | Q.  It's my understanding that between 20- -- |
| 10:34 | 2 | Let me strike that and start over. |
| 10:34 | 3 | So we're here today because of a lawsuit that |
| 10:34 | 4 | my clients have filed against Southern Valley and |
| 10:34 | 5 | Hamilton Growers and other defendants.  You understand |
| 10:34 | 6 | that, right? |
| 10:34 | 7 | A.  I do. |
| 10:34 | 8 | Q.  The time period that we're talking about with respect |
| 10:34 | 9 | to the lawsuit is 2018 through the present, and so I'm |
| 10:34 | 10 | going to try and limit my questions to that time |
| 10:34 | 11 | period of 2018 through probably the 2024 season |
| 10:35 | 12 | because I think the 2025 season is just started. |
| 10:35 | 13 | So with that in mind, between 2018 and 2024, |
| 10:35 | 14 | it's my understanding that Hamilton Growers operated a |
| 10:35 | 15 | packing shed in Georgia; is that right? |
| 10:35 | 16 | A.  That's correct. |
| 10:35 | 17 | Q.  And that it also operated a packing shed in Tennessee; |
| 10:35 | 18 | is that right? |
| 10:35 | 19 | A.  That's correct. |
| 10:35 | 20 | Q.  With respect to the operation in Georgia, that packing |
| 10:35 | 21 | shed is located there in Norman Park where you are? |
| 10:35 | 22 | A.  It is. |
| 10:35 | 23 | Q.  And what's the address there for the packing shed? |
| 10:35 | 24 | A.  2775 Ellenton, E-l-l-e-n-t-o-n, -Norman Park Road, |
| 10:35 | 25 | Norman Park, Georgia. |

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

| | | |
|---|---|---|
| 10:35 | 1 | Q.  The packing shed in Tennessee, where is that located? |
| 10:36 | 2 | A.  458 Dunn, D-u-n-n, Cemetery Road, Evensville, |
| 10:36 | 3 | Tennessee. |
| 10:36 | 4 | Q.  During the 2018 through 2024 time period, are those |
| 10:36 | 5 | the only two packing sheds that were -- in which |
| 10:36 | 6 | Hamilton Growers' employees worked? |
| 10:36 | 7 | A.  It is. |
| 10:36 | 8 | Q.  I want to focus -- |
| 10:37 | 9 | I'm going to ask you some questions later |
| 10:37 | 10 | about the Tennessee operation, but I want to focus |
| 10:37 | 11 | first on the packing shed in Georgia.  Okay? |
| 10:37 | 12 | A.  Okay. |
| 10:37 | 13 | Q.  As sort of a general matter, approximately how many |
| 10:37 | 14 | people work in the packing shed in Georgia during the |
| 10:37 | 15 | busiest part of the season? |
| 10:37 | 16 | MR. HELLER:  Object to form. |
| 10:37 | 17 | A.  200. |
| 10:37 | 18 | BY MR. KNOEPP: |
| 10:37 | 19 | Q.  And maybe I should clarify.  Whenever I... |
| 10:37 | 20 | Is there a busy part of the season and a less |
| 10:37 | 21 | busy part of the season in agriculture there in |
| 10:37 | 22 | Georgia? |
| 10:37 | 23 | A.  That's correct. |
| 10:37 | 24 | Q.  What is typically the busiest part of the season?  Are |
| 10:37 | 25 | there certain months that are busier than others? |

10:37   1    A.   May and June.  September and October.

10:38   2    Q.   Those are the busier months?

10:38   3    A.   Those would be the busiest.  Correct.

10:38   4    Q.   And then what would be the least busy part of the

10:38   5         season?

10:38   6    A.   July and August.

10:38   7    Q.   During the least busy part of the season, how many

10:38   8         people, as a general matter, work in the packing shed

10:38   9         in Georgia?

        10   A.   (No response.)

10:38  11    Q.   Does it go down substantially from the 200 number you

10:38  12         gave me before for the busier part of the season?

10:38  13    A.   40, 50.

10:38  14    Q.   I want to talk about the different job duties that

10:39  15         people would perform at the packing shed in Georgia.

10:39  16              Can you tell me, I guess, what the different

10:39  17         job duties are needed by the company in order to keep

10:39  18         the packing shed operating?

10:39  19              MR. HELLER:  I'm going to object to the

10:39  20         extent that we're asking about the whole operations in

10:39  21         the packing shed, I mean, it's outside the scope of

10:39  22         any 30(b)(c) topic, it's out -- 30(b)(6) topic.  It's

10:39  23         also outside the scope of even this lawsuit.

10:39  24              I'll allow that type of questioning on an

10:40  25         introductory basis to get to what I think you're going

10:40  1       to ask, but, you know, this is going to be a really

10:40  2       long day one way or another.  So to the extent we can

10:40  3       try to stay within the scope of the topics and the

10:40  4       lawsuit, I'd appreciate it.

10:40  5            But, Jon, you can answer that question.

10:40  6  A.   Will you restate the question one time for me, please?

10:40  7  BY MR. KNOEPP:

10:40  8  Q.   Sure.  As a -- I just want to get a general sense of

10:40  9       what are the different job duties that need to be

10:40 10       performed in the packing shed in Georgia in order to

10:40 11       make sure that it's operating.

10:40 12  A.   Packing, stacking, sweeping, cleaning, loading,

10:40 13       unloading, cleaning spiderwebs, bird nests.  It's --

10:41 14       it's -- it's a lot of functions in the facility, you

10:41 15       know.  I mean, just daily a lot of random act- -- I

10:41 16       shouldn't say random.  A lot of different activities

10:41 17       occurring at the same time to make it function.

10:41 18  Q.   Okay.  And were these --

10:41 19            I want to focus us on just some of those

10:41 20       specific duties that people would do in the packing

      21       shed.

10:41 22            So, first of all, there are some people that

10:41 23       you need to operate forklifts; is that right?

10:41 24  A.   Correct.

10:41 25  Q.   And those people would do the loading and unloading

10:41  1      that you mentioned; is that right?

10:41  2   A.  And other things.

10:41  3   Q.  What kind of other things would the forklift drivers

10:42  4      do?

10:42  5   A.  Sweeping, cleaning, stacking.  Whatever those -- any

10:42  6      of those needs that -- that I listed a while ago, or

10:42  7      any of those functions I listed a while ago, tasks.

10:42  8   Q.  Those people would be also required to move products

10:42  9      around the packing shed with the forklifts; is that

10:42 10      right?

10:42 11   A.  Correct.

10:42 12   Q.  And also move materials around the packing shed; is

10:42 13      that right?

10:42 14   A.  Some of those, yes.

10:42 15   Q.  You mentioned before when we were talking about the

10:42 16      packing and warehousing function that sometimes there

10:42 17      were raw materials that were needed to run the packing

10:42 18      house; is that right?

10:42 19   A.  Correct.

10:42 20   Q.  So you need boxes, for example; is that right?

10:42 21   A.  Correct.

10:42 22   Q.  What you refer to as RPCs, something -- that's

10:43 23      something that's needed at the warehouse; is that

10:43 24      right?

10:43 25   A.  Correct.

10:43  1    Q.   Do the forklift operators need to move those types of

10:43  2         materials around in the warehouse in order to make

10:43  3         sure that the packing operation is going smoothly?

10:43  4    A.   Some.

10:43  5    Q.   What do you mean by "some?"

10:43  6    A.   The forklift -- someone operating a forklift may be

10:43  7         moving packing materials and some people operating a

10:43  8         forklift would not.

10:43  9    Q.   How is that determined?  Who would do that and who

10:43 10         wouldn't do that?

10:43 11    A.   The area of the packing shed they -- at that

10:43 12         particular time they -- or season they may be working

10:43 13         in.

10:43 14    Q.   On a day-to-day basis if you -- if you need something

10:44 15         moved around the warehouse, the forklift drivers would

10:44 16         be asked to move it; is that fair to say?

10:44 17    A.   Some of --

10:44 18              MR. HELLER:  Object to form.

10:44 19              Go ahead, Jon.

10:44 20    A.   Some of them.

10:44 21    BY MR. KNOEPP:

10:44 22    Q.   Some -- some of the forklift drivers wouldn't move

10:44 23         things around the warehouse, is that what you're

10:44 24         saying?

10:44 25    A.   Correct.

10:44  1    Q.   What would the forklift drivers who don't move things

10:44  2         around the warehouse, what do they do, then, with the

10:44  3         forklifts?

10:44  4    A.   They would be loading finished goods or unloading raw

10:44  5         goods from like the daily harvest or moving product

10:45  6         away from a packing line.

10:45  7    Q.   Do the forklift drivers unload produce that's

10:45  8         purchased from other entities that's delivered to the

10:45  9         packing shed?

10:45 10    A.   Some.

10:45 11    Q.   And when you say "some," what do you mean by "some?"

10:45 12    A.   The ones that are designated to unload product and

10:45 13         that have the skillset to be able to do so.

10:46 14    Q.   The product that is purchased from other entities and

10:46 15         is delivered to the packing shed, where do the

10:46 16         forklift drivers take that product when they're

10:46 17         unloading it from the truck or whatever it came in?

10:46 18    A.   Into that cooler where it's received.

10:46 19    Q.   There's a cooler there in the warehouse that you're

10:47 20         referring to?

10:47 21    A.   It's one of them the product would be received into.

10:47 22    Q.   How many coolers are there at the warehouse?

10:47 23    A.   Seven.

10:47 24    Q.   And so whenever product arrives from an outside

10:47 25         entity, it gets placed -- you said it gets placed in

| | | |
|---|---|---|
| 10:47 | 1 | the cooler where it was received.  What do you mean by |
| 10:47 | 2 | that? |
| 10:47 | 3 | A. There's only one of the coolers that -- where product |
| 10:47 | 4 | is received into. |
| 10:47 | 5 | Q. And once it gets placed in that cooler, what happens |
| 10:48 | 6 | to that product after that, if anything? |
| 10:48 | 7 | A. Well, it would be loaded back onto another truck. |
| 10:48 | 8 | Q. Is it sometimes moved to other parts of the warehouse? |
| 10:48 | 9 | A. It could be. |
| 10:48 | 10 | Q. When it's moved to other parts of the warehouse, who |
| 10:48 | 11 | does that? |
| 10:48 | 12 | A. The people who work in that area.  The forklift |
| 10:48 | 13 | drivers that work in that area would move it. |
| 10:48 | 14 | Q. Which area are you referring to?  I'm sorry. |
| 10:48 | 15 | A. I'm sorry.  The receiving cooler.  The product that's |
| 10:48 | 16 | being moved from the receiving cooler would be moved |
| 10:48 | 17 | by the forklift drivers who work in the receiving |
| 10:48 | 18 | cooler.  And when I say "receiving," I'm speaking of |
| 10:49 | 19 | finished good receiving. |
| 10:49 | 20 | Q. That might be a term that I'm not quite familiar with |
| 10:49 | 21 | that you-all use there.  Can you explain to me what |
| 10:49 | 22 | you mean by finished goods receiving? |
| 10:49 | 23 | A. We have -- we have people who work in what we would |
| 10:49 | 24 | call receiving, and that would be harvested goods |
| 10:49 | 25 | coming out of the field.  They're just unloading the |

```
10:49  1        bins, produce coming into the packing shed.  So that's

10:49  2        the way we -- well, when we say "receiving," that's

10:49  3        what we mean.

10:49  4             The people who work in the shipping -- on the

10:49  5        shipping docks is where the product is received into,

10:49  6        it would be a finished good, and those people would be

10:49  7        -- the shipping -- the people who drive forklifts in

10:50  8        the shipping cooler would be the ones unloading trucks

10:50  9        to receive finished goods.

10:50 10    Q.  And you mentioned that there were some forklift

10:50 11        drivers who -- and I don't want to get your words

10:50 12        wrong -- that weren't -- didn't have the skills to

10:50 13        unload product that was coming in from outside.  Is

10:50 14        that what you said?

10:50 15    A.  That's correct.

10:50 16    Q.  Those forklift drivers would work on what you referred

10:50 17        to as the receiving side of the packing shed; is that

10:50 18        right?

10:50 19    A.  They would be working on the shipping side.

10:50 20             I don't -- I don't want to confuse you.

10:50 21             When we receive product, we receive it into

10:50 22        the shipping department.  So the shipping department

10:50 23        forklift drivers would be the ones receiving the

10:51 24        finished goods product, but someone who works in

10:51 25        receiving is receiving raw goods, the harvested
```

10:51   1        product.

10:51   2    Q.   And those are the people who you're saying drive

10:51   3        forklifts only on that side because of the skills

10:51   4        needed on the other side to unload things from the

10:51   5        outside produce that's coming in.  Is that -- am I

10:51   6        understanding correctly?

10:51   7    A.   That's correct.

10:51   8    Q.   Is there -- is there some type of designation in, for

10:51   9        example, the payroll records where you would be able

10:51  10        to tell who is a forklift driver who has those skills

10:52  11        and who's a forklift driver who doesn't have those

10:52  12        skills?

10:52  13    A.   Did you ask me is there a payroll designation?

10:52  14    Q.   Or maybe not on payroll, but is there any kind of

10:52  15        record that you could look at that would say a

10:52  16        particular forklift driver is -- has the skills to

10:52  17        work on one side of the packing shed, but not the

10:52  18        skills to work on the other side of the packing shed?

10:52  19    A.   Not -- not a particular record.  There's just -- and I

10:52  20        don't know who those people are, but they're -- it's

10:52  21        known who those people are.

10:52  22    Q.   The people who have the skillset to do that loading --

10:53  23        or unloading of the outside produce, do they have

10:53  24        special training that the other forklift operators

10:53  25        don't have?

10:53  1    A.   That's correct.

10:53  2    Q.   And is that training that is provided -- or that has

10:53  3         been provided by Hamilton Growers or Southern Valley?

10:53  4    A.   That's correct.

10:53  5    Q.   Do the forklift drivers who have those extra skills,

10:53  6         do they have some type of certification that they went

10:53  7         through additional training?

10:53  8    A.   No, not a certification or anything like that.  No.

10:53  9    Q.   Is there a way to tell from any kind of Hamilton

10:53 10         Growers records who has received that additional

10:54 11         training to be able to work on one side of the packing

10:54 12         shed versus the other side as a forklift driver?

10:54 13    A.   There's not.

10:54 14    Q.   Some of the forklift drivers went to the special

10:54 15         training and some didn't; is that -- am I

10:54 16         understanding that right?

10:54 17                    MR. HELLER:  Object to form.

10:54 18    A.   Will you repeat the question?

10:54 19    BY MR. KNOEPP:

10:54 20    Q.   Sure.  Some of the forklift drivers went to this extra

10:54 21         training and some of them didn't; is that fair to say?

10:54 22    A.   There wasn't a -- there's not a training per se that

10:54 23         they all went to.  They would have all been trained,

10:55 24         however.

10:55 25    Q.   Are you referring to on-the-job training that some

10:55  1        forklift drivers got while working at Hamilton

10:55  2        Growers?

10:55  3    A.  That's correct.

10:55  4    Q.  And so some of the forklift drivers got this

10:55  5        on-the-job training and some people didn't get the

10:55  6        on-the-job training?

10:55  7    A.  That's correct.

10:55  8    Q.  But there's no way to know who got that on-the-job

10:55  9        training and who didn't from any internal records the

10:55 10        company keeps?

10:55 11            MR. HELLER:  Object to form.

10:55 12    A.  That's correct.

10:55 13    BY MR. KNOEPP:

10:55 14    Q.  Is there any internal record that would show who was

10:55 15        assigned to one -- to work in one area of the packing

10:55 16        shed and who was assigned to work in the other area of

10:55 17        the packing shed?

10:55 18    A.  There's a way to tell who does packing, but are you

10:56 19        asking about forklift drivers?

10:56 20    Q.  Oh.  Yeah.  I'm sorry if I didn't say that.  Yes.

10:56 21        Thank you.  Yes.  I was referring specifically to

10:56 22        forklift drivers.

10:56 23            Is there a way to tell in any kind of

10:56 24        internal record which forklift drivers were assigned

10:56 25        to one part of the packing shed and which forklift

10:56  1      drivers were assigned to the other part of the packing

10:56  2      shed?

10:56  3  A.  There's not.

10:56  4  Q.  Can you tell, for example, by any type of crew

10:56  5      designation in the payroll records?

10:56  6  A.  Not -- not to my knowledge.

10:56  7  Q.  There are times when produce that's purchased from

10:57  8      outside entities is delivered to the packing shed and

10:57  9      placed in the cooler where it's delivered, correct?

10:57 10  A.  Correct.

10:57 11  Q.  And then there are times whenever that product is

10:57 12      moved by the people who work on the receiving side of

10:57 13      the packing shed to some other part of the warehouse;

10:57 14      is that right?

10:57 15          MR. HELLER:  Object to form.

10:57 16  BY MR. KNOEPP:

10:57 17  Q.  I'm talking about forklift drivers.  I'm sorry.

10:57 18          MR. HELLER:  Same objection.

10:57 19  A.  Who worked on the shipping side.

10:57 20  BY MR. KNOEPP:

10:57 21  Q.  The people who have what you were referring to as sort

10:57 22      of the less -- the less skilled forklift drivers,

10:57 23      those people will sometimes be required to go into the

10:58 24      cooler, take some of that product that was placed in

10:58 25      the cooler that came from an outside entity and move

| | | |
|---|---|---|
| 10:58 | 1 | it to some other part of the warehouse; is that fair |
| 10:58 | 2 | to say? |
| 10:58 | 3 | A.  No. |
| 10:58 | 4 | Q.  Those people never -- |
| 10:58 | 5 | The forklift drivers who have the lesser |
| 10:58 | 6 | skills, they never touch any of that product, is that |
| 10:58 | 7 | what you're saying? |
| 10:58 | 8 | A.  I don't have any way to know about the certainty of |
| 10:58 | 9 | never, but that's not the operating procedure. |
| 10:58 | 10 | Q.  Are there any records that Hamilton Growers keeps |
| 10:58 | 11 | about who may have moved the outside produce from the |
| 10:58 | 12 | cooler to another part of the warehouse? |
| 10:58 | 13 | A.  No. |
| 10:58 | 14 | Q.  And so it's possible that the forklift drivers that |
| 10:58 | 15 | you were referring to have the lesser skills moved |
| 10:58 | 16 | some of that product to other parts of the warehouse; |
| 10:59 | 17 | is that right? |
| 10:59 | 18 | MR. HELLER:  Object to form. |
| 10:59 | 19 | A.  They shouldn't. |
| 10:59 | 20 | BY MR. KNOEPP: |
| 10:59 | 21 | Q.  But you don't have any record to show whether they did |
| 10:59 | 22 | or didn't, right? |
| 10:59 | 23 | A.  That's correct.  They should not be doing that. |
| 10:59 | 24 | Q.  There weren't any records that recorded that type of |
| 10:59 | 25 | work of moving products around the warehouse; is that |

10:59   1        right?

10:59   2    A.  That's correct.

10:59   3    Q.  The outside produce that gets delivered to the

11:00   4        warehouse, does that outside produce sometimes get

11:00   5        repacked into Southern Valley boxes?

11:00   6    A.  It can.

11:00   7    Q.  And when that happens, where does that repacking take

11:00   8        place?

11:00   9    A.  In the repack room on the repack tables.

11:01  10    Q.  In order for that produce to get to the repack room or

11:01  11        the repack tables, does it -- do you need a forklift

11:01  12        operator to move that there?

11:01  13    A.  It does.

11:01  14    Q.  What kind of records, if any, does Hamilton Growers or

11:01  15        Southern Valley keep related to whether a product that

11:01  16        was delivered at the warehouse was at some point

11:01  17        repacked?

11:01  18    A.  There -- there's -- there's a repacking function in

11:01  19        our inventory management, and the repacking function

11:01  20        could be a virtual repack or it can be an actual

11:02  21        repack.

11:02  22    Q.  Can you explain those two things to me, please?

11:02  23    A.  When a product is purchased and we purchase it as --

11:02  24        I'm not saying we purchase it as apples and then we

11:02  25        change it over to oranges.  I'm saying we purchase it

11:02  1      as extra large pepper, for example, or we purchase it

11:02  2      as large pepper, for example, but when it comes in,

11:02  3      the pepper is received as large pepper, however, after

11:02  4      it's inspected, it's determined that it's actually

11:02  5      extra large size pepper, so it would be repacked

11:02  6      a virtual repack, i.e., a name change in inventory.

11:02  7   Q. Sorry.  Before I ask my next question.  The inventory

11:02  8      system you're referring to is what?  Does that have a

11:03  9      name?  Is it an electronic system?

11:03 10   A. Famous, and it is.

11:03 11   Q. That's also the payroll system as well, correct?

11:03 12   A. That's correct.

11:03 13   Q. So that has an inventory -- the Famous program has an

11:03 14      inventory function that allows -- in which the company

11:03 15      keeps track of incoming produce that was purchased

11:03 16      from other entities; is that right?

11:03 17   A. That's correct.

11:03 18   Q. And in that system, if you do what you were referring

11:03 19      to as a virtual repack, which I think I understand

11:03 20      now, that would get recorded into the Famous system?

11:03 21   A. That's correct.

11:03 22   Q. What about when there's an actual repack?  What is

11:03 23      involved with an actual repack?

11:03 24   A. In the inventory system?

11:03 25   Q. Well, no.  What happens like in the packing shed

11:04  1    itself first?

11:04  2    A.   So the product would be designated to be repacked.  At

11:04  3         that point, the product would be requested from the

11:04  4         shipping department to be moved to the repack tables

11:04  5         for the repack.  It would be repacked at that point,

11:04  6         and then the repack would be entered into the system

11:04  7         and it'd be received back into the system.

11:04  8    Q.   All of that would be recorded in the Famous inventory

11:04  9         system?

11:04 10    A.   Correct.

11:04 11    Q.   How does -- how does something get designated for

11:05 12         repack purposes?

11:05 13    A.   Well, it would be -- it would be --

11:05 14              The order list would be reviewed, and

11:05 15         inventory would be reviewed against the order list,

11:05 16         and if the inventory list was short of Hamilton

11:05 17         Growers' product, then that product would be selected

11:05 18         to fill the order list.

11:05 19    Q.   I think I understand, but let me just make sure that I

11:06 20         understand that.

11:06 21              Are you saying that if you had an order for

11:06 22         -- let's do an example.  If you had an order for 50

11:06 23         boxes of green peppers and Hamilton Growers only had

11:06 24         enough product from its own fields for 30 boxes of

11:06 25         green peppers, some of the product from the outside

11:06  1       purchases would be used to supplement that and that

11:06  2       would constitute a repack?  Am I understanding what

11:06  3       you say correctly?

11:06  4   A.  That would be correct.

11:06  5   Q.  And when that happens, that's recorded in the Famous

11:06  6       system?

11:06  7   A.  It is.

11:06  8   Q.  Are there other ways in which something can be

11:06  9       designated for repack other than a short -- a shortage

11:06 10       in a client order from produce that's coming from

11:06 11       Hamilton Growers' own fields?

11:06 12   A.  Repeat that.  I'm sorry.

11:06 13   Q.  Sure.  Yeah.  It was long.  Let me see if I -- let's

11:07 14       strike it and see if I can ask a better question.

11:07 15            Are there other ways in which something can

11:07 16       be designated for repack?

11:07 17   A.  There are.

11:07 18   Q.  What is another way in which something can be

11:07 19       designated for repack?  Well, let me say if -- do you

11:07 20       sometimes repack something because you see that some

11:07 21       of the product doesn't look up to your standards?

11:07 22   A.  Right.  That would be a QA repack.  Making sure it's

11:07 23       repacked.  Sorry.

11:07 24   Q.  You're fine.

11:07 25   A.  Make sure it's repacked.

11:07 1    Q.   And so that's another way that something can be

11:07 2         designated for repack is you want to take out some of

11:07 3         the bad produce that you don't want to send on to

11:07 4         customers; is that fair to say?

11:07 5    A.   That is, but that generally would be limited to

11:07 6         Hamilton Growers' product.

11:07 7    Q.   Do you not do QA repacks on product that comes in from

11:08 8         outside entities?

11:08 9    A.   You try not to because that requires a lot of extra

11:08 10        functions such as a pebble inspection, and then when

11:08 11        the product's -- if the product's purchased from the

11:08 12        outside and it comes in and it doesn't meet U.S.

11:08 13        government standards, it's breach of contract.

11:08 14   Q.   In that case, if you have received, for example,

11:08 15        spoiled goods, you don't repack that, right?

11:08 16   A.   You would -- you would plan --

11:08 17             You would not want to.  You would want to

11:08 18        reject that shipment.

11:08 19   Q.   Is that, in fact, what happens or are there sometimes

11:08 20        when you don't reject it and you only reject part of

11:08 21        it?

11:08 22   A.   That -- that could -- that could happen also.  Yes.

11:09 23   Q.   I think I've seen some examples of these in some of

11:09 24        the invoices or bills of lading that we've gotten

11:09 25        where only part of an order from an outside entity

11:09  1      doesn't meet standards.

11:09  2           Have you seen things like that before in the

11:09  3      packing shed?

11:09  4  A.  That's correct.

11:09  5  Q.  And so you might renegotiate a price or reduce the

11:09  6      number, the quantity that you're going to pay for it;

11:09  7      is that fair to say?

11:09  8  A.  That also happens.  Yes.

11:09  9  Q.  When that happens, what does Hamilton Growers or

11:09 10      Southern Valley do with that product that is only

11:09 11      partially bad?  Does that product get resorted or

11:09 12      repacked or regraded so that you're not sending it on

11:10 13      to your customers?

11:10 14  A.  If the determination was made between QA and the sales

11:10 15      department and the company it's purchased from to

11:10 16      repack the product, then it would be repacked at that

11:10 17      point.

11:10 18  Q.  And it then gets transported by a forklift operator to

11:10 19      another part of the warehouse for that to happen; is

11:10 20      that right?

11:10 21  A.  From the shipping department, yes.  The shipping

11:10 22      department would transport it to the repack tables and

11:10 23      repack them -- to be repacked.

11:10 24  Q.  Does that repacked produce sometimes get run on the

11:10 25      lines to be cleaned and washed?

11:10  1    A.   Oh, no.  You would never do that.  That's -- you would

11:10  2         -- and I say "never" because that product would be

11:11  3         refrigerated, and you wouldn't take refrigerated dry

11:11  4         product and wet it.  It would -- that would cause --

11:11  5         that would be really bad practice.

11:11  6    Q.   And so when it gets repacked, some of the product is

11:11  7         spoiled, it gets thrown away; is that fair to say?

11:11  8    A.   Correct.

11:11  9    Q.   And some of the product is okay to send on to

11:12 10         customers, correct?

11:12 11    A.   Correct.

11:12 12    Q.   And -- but it doesn't get cleaned at all, the good

11:12 13         product?

11:12 14    A.   No.

11:12 15    Q.   And then whenever that repack happens, what does it

11:12 16         get repacked into?

11:12 17    A.   Will you repeat that question?

11:12 18    Q.   Sure.  When it gets -- when it gets --

11:12 19              In this example that we're talking about

11:12 20         where you have some product that's spoiled, some

11:12 21         product that might still be okay, it gets sent to the

11:12 22         re- -- it gets sent to be repacked, what does it --

11:12 23         what is it repacked into, like, for example, a box, an

11:12 24         RPC, the same box that it came in from the outside

11:13 25         entity?

11:13  1   A.  All of the above.

11:13  2   Q.  It could be any one of those.

11:13  3   A.  Correct.

11:13  4   Q.  So sometimes does that depend on what the customer

11:13  5       requirements are for that particular product?

11:13  6   A.  That's correct.

11:13  7   Q.  So I think Walmart, for example, if I understand it

11:13  8       right, that Walmart requires things to be sent to them

11:13  9       in RPCs; is that right?

11:13 10   A.  As a general rule, unless there's exceptions.

11:13 11   Q.  And just for the record, can --

11:13 12               I'm sorry.  Go ahead.  I didn't mean to

11:13 13       interrupt you if you weren't finished.

11:13 14   A.  As a general rule, unless there's exceptions, and

11:13 15       those exceptions, that's -- that's a specific term.

11:13 16       Walmart placed an exception on a particular product

11:14 17       where it would be shipped in corrugated instead of

11:14 18       RPC.

11:14 19   Q.  And just for the record, can you tell us all what RPC

11:14 20       means?

11:14 21   A.  Returnable, or reusable depending on the company who

11:14 22       manufactured it, plastic container.

11:14 23   Q.  It's kind of like -- I mean, for the layperson, it's

11:14 24       kind of like a big sort of bin that then gets stacked

11:14 25       on pallets; is that fair to say?

11:14  1    A.   Depending on the product.  There's a designation for

11:14  2         each product and the size container in which it goes.

11:14  3         So it vary -- they're the same size, but different

11:14  4         depths.

11:14  5    Q.   And a company like Aldi, they want stuff that goes

11:14  6         into bags; is that right?

11:14  7    A.   And boxes.

11:14  8    Q.   And whatever --

11:15  9              You said corrugated boxes.  You're referring

11:15 10         to just a standard cardboard box; is that right?

11:15 11    A.   Correct.

11:15 12    Q.   And whenever that repack of outside produce from other

11:15 13         entities gets done and it gets placed into a cardboard

11:15 14         box, is that -- is that a Southern Valley box?

11:15 15    A.   Usually.

11:15 16    Q.   Once that repack work is done, do forklift operators

11:15 17         then take that repacked product and move it back to a

11:15 18         cooler?

11:15 19    A.   The shipping department would transport it back and

11:15 20         receive it back in inventory.

11:15 21    Q.   And just so that I'm clear because I feel like I'm

11:15 22         getting a little confused on this, when you say the

11:15 23         shipping department -- the forklift drivers in the

11:16 24         shipping department, are those the ones that you said

11:16 25         had the additional skill level that the other forklift

11:16  1    operators didn't have?

11:16  2    A.  That's correct.

11:16  3    Q.  And the forklift drivers that have the -- what you

11:16  4        termed as the lesser skills, they sometimes move that

11:16  5        product as well?

11:16  6            MR. HELLER:  Object to form.

11:16  7    A.  They wouldn't know what the product was to move.

11:16  8    BY MR. KNOEPP:

11:16  9    Q.  Why wouldn't they know that?

11:16 10    A.  We have at least 150 sku's, sorry, at least 150

11:16 11        different item codes, and in order to be able to take

11:16 12        the product somewhere and do something with it, you

11:16 13        have to be able to, number one, look at the product

11:17 14        and know what that product is, what item code it would

11:17 15        be, and then be able to put it into inventory under

11:17 16        that item code.

11:17 17    Q.  They can't just be told, hey, here's a stack of boxes

11:17 18        on this pallet, I need you to move that to another

11:17 19        location.

11:17 20    A.  It can't be -- it can't be -- fall back in because it

11:17 21        must be labeled first, and it must be labeled with

11:17 22        that code with a pallet tag, and to be able to label

11:17 23        it with a pallet tag you must be able to identify that

11:17 24        product to know what pallet tag to put on it and what

11:17 25        pallet tag to print to put on.

11:17  1    Q.  Well, are there times whenever those people can move

11:17  2        the product and then somebody else puts the pallet tag

11:17  3        on it?

11:17  4    A.  They shouldn't because now you have a product moved

11:17  5        back into a shipping area that's unidentified, and it

11:18  6        can get layered between other products that are

11:18  7        identified, and so it's -- it's out there lost, you

11:18  8        know, in the system.

11:18  9    Q.  So it shouldn't happen, but it could happen.

11:18 10            MR. HELLER:  Object to form.

11:18 11    A.  Anything's possible.

11:18 12    BY MR. KNOEPP:

11:18 13    Q.  And, again, like we were discussing before, there

11:18 14        aren't any records that we could look at that would

11:18 15        tell us exactly who moved a particular pallet of

11:18 16        outside produce from the -- after it was repacked --

11:18 17    A.  No.

      18    Q.  -- correct?

11:18 19            MR. KNOEPP:  We've been going for about an

11:18 20        hour.  Why don't we go ahead and take a short break

11:18 21        just to use the -- so let's go off the record.  Okay?

11:19 22            MR. HELLER:  Yeah.

      23            (Recess taken at 11:19 a.m.)

11:32 24            (Back on the record at 11:32 a.m.)

11:32 25    BY MR. KNOEPP:

11:32  1    Q.  Mr. Schwalls, we're back on the record.

11:32  2            You understand that when we take a break and

11:32  3        we come back from our break, that you're still under

11:32  4        oath?

11:32  5    A.  Yes, sir.

11:32  6    Q.  Right before we took a break I just -- you may have

11:32  7        said it and I just may have missed it, so I'm sorry if

11:32  8        you already said this, but you mentioned a term called

11:32  9        a sku, which is, I believe, s-k-u.  Can you just tell

11:32 10        us what that means for the record?

11:32 11    A.  That's the product ID.

11:32 12    Q.  And typically like a barcode; is that right?

11:32 13    A.  That's correct.

11:32 14    Q.  And you mentioned that -- that only -- a sku would

11:32 15        need to be assigned to the produce that had been

11:32 16        repacked before it got moved back into a cooler.  Is

11:33 17        -- did I understand that right?

11:33 18    A.  That's correct.

11:33 19    Q.  Is the barcode, the sku, is that something that

11:33 20        customers require as part of the labeling for the

11:33 21        product that you're sending to them?

11:33 22    A.  That particular one I'm referring to is internal.

11:33 23        There are also barcodes that could possibly go on.

11:33 24        And the customer required something called a GTIN.  So

11:33 25        it's a global traceability identification number.

11:33  1    That's what a customer would require, but the

11:33  2    particular barcode that we have, it's just internal.

11:33  3  Q.  And why do you use that internal barcode?

11:34  4  A.  Well, the Famous system generates barcodes on the

11:34  5    pallet tags.

11:34  6  Q.  Okay.  And why do you want to do that?  Is it some

11:34  7    sort of inventory tracking thing, something that's

11:34  8    tied to a bill of lading?  Exactly what's the reason

11:34  9    for wanting to have that on the product?

11:34 10  A.  Well, it's a zero-based inventory.  So you can't ship

11:34 11    something without having received it.  So in order to

11:34 12    receive it, and if you go into the system, it has to

11:34 13    be identified under a lot code, and that lot code is

11:34 14    internally generated.

11:35 15  Q.  And you mentioned that only certain forklift drivers

11:35 16    have the ability to do this.

11:35 17        Do the forklift drivers print out the sku --

11:35 18    barcode from the Famous system?

11:35 19  A.  The forklift drivers that work in shipping know how to

11:35 20    read the lot code and -- they know how to identify the

11:35 21    product, and then once the product -- they identify

11:35 22    the product, they know how to enter that product into

11:35 23    inventory under the correct lot code, and they know

11:35 24    how to read the lot codes.

11:35 25  Q.  Is that part of the special training that you were

| | | |
|---|---|---|
| 11:35 | 1 | referring to earlier that some of these people |
| 11:36 | 2 | received? |
| 11:36 | 3 | A.  That's correct. |
| 11:36 | 4 | MR. HELLER:  Object to form. |
| 11:36 | 5 | BY MR. KNOEPP: |
| 11:36 | 6 | Q.  I'm sorry.  I didn't catch your answer. |
| 11:36 | 7 | MR. HELLER:  Yeah.  Sorry.  Object to form. |
| 11:36 | 8 | Jon, you can answer. |
| 11:36 | 9 | A.  That's correct. |
| 11:36 | 10 | BY MR. KNOEPP: |
| 11:36 | 11 | Q.  And so being able to ID the product, enter it into |
| 11:36 | 12 | inventory are part of the special skills that those |
| 11:36 | 13 | other forklift drivers have from their training; is |
| 11:36 | 14 | that fair to say? |
| 11:36 | 15 | A.  Correct.  They would be taught how to identify the |
| 11:36 | 16 | product and then also what the lot code would be for |
| 11:36 | 17 | that product and how to read that lot code. |
| 11:36 | 18 | Q.  I'm sorry.  Just to make sure I understand and I'm |
| 11:36 | 19 | hearing it right, are you saying lock code like |
| 11:37 | 20 | l-o-c-k? |
| 11:37 | 21 | A.  Sorry.  L-o-t.  A lot.  Lot code. |
| 11:37 | 22 | Q.  So sorry.  Yeah.  Okay. |
| 11:37 | 23 | A.  I get it. |
| 11:37 | 24 | Q.  Sorry.  Yeah.  Yeah.  I've lived in the South a long |
| 11:37 | 25 | time.  I usually don't make those kind of mistakes.  I |

| | | |
|---|---|---|
| 11:37 | 1 | apologize. |
| 11:37 | 2 | Okay.  So what is a lot code?  How is that |
| 11:37 | 3 | different than a sku code or the barcode? |
| 11:37 | 4 | A.  Well, when I said sku earlier, I was referring to a |
| 11:37 | 5 | general thing like if you said Kleenex.  Okay? |
| 11:37 | 6 | We don't -- we don't use the term sku here, |
| 11:37 | 7 | we don't, but I was trying to reference the fact that |
| 11:37 | 8 | we have a lot -- we have a great deal of different |
| 11:37 | 9 | product designations and -- which, you know, at a |
| 11:38 | 10 | grocery store or something they would call sku's.  So |
| 11:38 | 11 | ours are -- we have a great deal of different item |
| 11:38 | 12 | codes.  Let me -- let me use that, item codes.  Does |
| 11:38 | 13 | that help? |
| 11:38 | 14 | Q.  Yeah, it does.  I think I understand it now.  Yeah. |
| 11:38 | 15 | My familiarity with sku is you go to the |
| 11:38 | 16 | grocery store and they scan, or you do it yourself if |
| 11:38 | 17 | it's self-checkout, right? |
| 11:38 | 18 | A.  Right. |
| 11:38 | 19 | Q.  Yeah.  And that's what you're kind of referring to as |
| 11:38 | 20 | a sku, but that's not the way you use sku's there at |
| 11:38 | 21 | Hamilton Growers, right? |
| 11:38 | 22 | A.  That's correct.  We're -- we're -- instead of scanning |
| 11:38 | 23 | a barcode like you would do at the grocery store, |
| 11:38 | 24 | we're reading the item code. |
| 11:38 | 25 | Q.  Right.  And so I think I understand that.  I |

11:39  1      understand the lot code and that the forklift drivers

11:39  2      who have these special skills are able to understand

11:39  3      that and read that and move the product where it needs

11:39  4      to go.  Is that -- is that all accurate?  I'm

11:39  5      understanding it right?

11:39  6  A.  Correct.  They would be -- they would be taught how to

11:39  7      identify the product itself, know what that product's

11:39  8      lot code would be and how to read that lot code --

11:39  9      item code.

11:39 10  Q.  Is that the extent of the special skills that the

11:39 11      forklift drivers in the shipping department have?

11:39 12  A.  Well, they would also be taught at a -- not only an

11:39 13      intensive level, but they would be taught how to

11:40 14      identify quality problems with product.  They wouldn't

11:40 15      know necessarily to what degree makes it out of grade

11:40 16      or in grade, but they would be taught how to at least

11:40 17      recognize, hey, this is a problem, I need to let

11:40 18      someone know.

11:40 19  Q.  And that's something that the -- the other forklift

11:40 20      operators would not have received special -- would not

11:40 21      have those special skills, is that what you're saying?

11:40 22  A.  Right.  They would not have been taught how to do

11:40 23      that.

11:40 24  Q.  Any other special skills that the forklift drivers on

11:40 25      the shipping side have other than what you mentioned

11:40  1      about ID'ing the product, understanding inventory

11:40  2      code, knowing the lot code and being able to identify

11:40  3      quality control problems?

11:40  4   A.  That -- that would be the majority of them I would

11:41  5      say.

11:41  6   Q.  You say "the majority of them."  Is there -- is there

11:41  7      anything else that comes to mind that we haven't

11:41  8      already covered?

11:41  9   A.  Not particularly.  I was just referencing the point

11:41 10      that that's the main things that I can think of off

11:41 11      the top of my head.

11:41 12   Q.  Let's move on from the forklift drivers now to another

11:42 13      group of workers in the packing shed.

11:42 14           There are some people working in the packing

11:42 15      shed who do maintenance type of work; is that correct?

11:42 16   A.  When you say maintenance, I need you to define that

11:42 17      for me a little bit, what you're considering

11:42 18      maintenance.

11:42 19   Q.  Well, I was going to ask you to do that because I'm

11:43 20      using the word maintenance because it appears in your

11:43 21      payroll system.

11:43 22           So whenever the word maintenance appears in

11:43 23      your payroll system, what is that referring to?  What

11:43 24      type of work does somebody who was identified in the

11:43 25      payroll system as having engaged in maintenance, what

11:43  1      is that person -- what is that person doing?  What do

11:43  2      you consider maintenance?

11:43  3   A.  They would be sweeping, dumping trash, cleaning,

11:43  4      washing bins, maybe -- well, at certain times of the

11:43  5      year they could be repainting, and then, of course,

11:43  6      you know, the -- I -- it's what I call the pick up,

11:43  7      clean up, straighten up group.  So they're knocking

11:43  8      down birds' nests and spiderwebs and all those sorts

11:44  9      of things.  Changing light bulbs.

11:44 10   Q.  And there's also a code that I've seen in the payroll

11:44 11      records that refers to sanitation work.

11:44 12           What you've just described to me sounds also

11:44 13      a little bit like sanitation.

11:44 14           What's the distinction between --

11:44 15           Is there a distinction between maintenance

11:44 16      work and sanitation work as it's listed in the payroll

11:44 17      system?

11:44 18   A.  Yeah.  So when the sanitation -- the sanitation part

11:44 19      is generally referring to -- well, in a payroll code,

11:44 20      the people who work in sanitation would be working in

11:44 21      and outside of the packing shed.

11:44 22           So we have an outdoor area that's not covered

11:44 23      where we have garbage bins where they're dumping

11:45 24      garbage and things like that.  So those people are

11:45 25      responsible to keep the waste and the trash dumped and

11:45  1      those sort of things.  The people in maintenance are

11:45  2      considered, under the maintenance code, are the people

11:45  3      that are doing those activities inside the shed,

11:45  4      generally speaking.  Now, the people outside may help

11:45  5      inside, but the people inside generally don't help

11:45  6      outside.  It requires --

11:45  7           There's -- there's -- a lot of times there's

11:45  8      two different types of forklifts.  We can't use

11:45  9      electric forklifts outside and we don't want gas

11:45 10      propane forklifts inside.

11:45 11  Q.  Got it.  Understood.

11:45 12           What about --

11:45 13           My understanding is that there is cardboard

11:45 14      that gets recycled that's at the packing shed; is that

11:45 15      -- is that right?

11:45 16  A.  That's right.

11:45 17  Q.  And that's -- sometimes that's cardboard --

11:46 18           Whenever you receive outside product, it

11:46 19      comes in in cardboard boxes.  Sometimes the outside

11:46 20      product is taken out of those cardboard boxes and the

11:46 21      cardboard boxes are broken down and recycled.  Does

11:46 22      that -- does that happen?

11:46 23  A.  That does.

11:46 24  Q.  And who handles that type of work of breaking down the

11:46 25      cardboard and moving it to the recycling?  And I'm

11:46  1      asking this as an example of like the distinction you

11:46  2      just made between maintenance and sanitation.  Does

11:46  3      that -- is that -- does breaking down of cardboard

11:46  4      boxes and putting it in recycling, can you explain how

11:46  5      that might work between the maintenance and the

11:46  6      sanitation workers?

11:46  7  A.  That would, generally speaking, be the people who work

11:46  8      outside would be the ones doing that, moving the bins

11:46  9      around and dumping the trash and deciding, well, this

11:47 10      is a bin that's going to be dumped as trash, but this

11:47 11      bin over here we'll fill with cardboard.

11:47 12  Q.  So that would be typically, then, the sanitation --

11:47 13          The people who got the sanitation designation

11:47 14      in the payroll system would be the ones who are

11:47 15      breaking down that cardboard and moving it to the

11:47 16      recycling that is outside; is that fair to say?

11:47 17  A.  That would be correct.

11:47 18  Q.  You mentioned --

11:47 19          And so I want to just go back for a second to

11:47 20      the forklifts again because you mentioned this

11:47 21      distinction between, I guess, gas-powered forklifts

11:47 22      and electric forklifts.

11:47 23          Do some of the forklifts only operate -- some

11:47 24      types of forklifts only operate in certain parts of

11:48 25      the packing shed?

11:48  1    A.  That's correct.

11:48  2    Q.  And does that have anything to do with what we talked

11:48  3        about before in relation to people who work in the

11:48  4        shipping side as forklift operators and have some

11:48  5        additional skills versus the other forklift operators?

11:48  6    A.  That's correct.

11:48  7    Q.  And how does --

11:48  8             Which -- which group uses which type of

11:48  9        forklifts?

11:48 10    A.  Well, on the shipping docks, those guys, that end's

11:48 11        electric.  The electric lifts are not used -- they're

11:48 12        not intended to be used outside of the coolers,

11:48 13        they're intended to be used inside; and then the gas

11:48 14        forklifts are intended to be used in open spaces; and

11:49 15        there's another set of forklifts that are intended to

11:49 16        be used outside of the packing shed.

11:49 17    Q.  And do the people who work on the shipping side of the

11:49 18        forklifts, do they only -- they only operate the

11:49 19        electric forklifts?

11:49 20    A.  That's correct.  They're operating electric forklifts.

11:49 21    Q.  When we were talking about -- before about where

11:49 22        product goes to be repacked, my understanding is that

11:49 23        that happens on the other side of the packing shed

11:49 24        that's open to the elements; is that right?

11:49 25    A.  No.  You --

11:49  1          All right.  We're under food safety

11:49  2      guidelines, and under the food safety guidelines

11:49  3      there's something called Good Manufacturing Practices,

11:49  4      and in Good Manufacturing Practices it's super taboo

11:49  5      to break the cold chain.  So you've taken product

11:50  6      that's already been refrigerated, you don't want to

11:50  7      take that outside, you don't want to put water on it,

11:50  8      you don't want to put it on lines -- packing lines

11:50  9      because once it's cooled, the product's more frail,

11:50 10      for the lack of a better term, it's more subject to

11:50 11      bruising or damage.

11:50 12  Q.  And so...

11:50 13          Okay.  I understand.

11:50 14          Did -- did the packing shed always have

11:50 15      electric forklifts or is that a recent thing?

11:50 16  A.  We had electric forklifts, then we had gas forklifts,

11:50 17      and then we went back to a combination of both.

11:50 18  Q.  And when did you go back to the combination of both?

11:51 19  A.  Testing me here.  Within the last few years.

11:51 20  Q.  And so the forklifts that operate on gas, they can

11:51 21      operate both inside and outside; is that right?

11:51 22  A.  You try not to.

11:51 23          So when --

11:51 24          A gas forklift, there's -- there are all

11:51 25      different ages, and as a gas forklift, when they're

11:51  1    new, the newer forklifts, though, they -- they have to

11:51  2    com- -- when they're new, they have to comply to

11:51  3    certain, you know, combustion standards.  As it ages,

11:51  4    that Regent system on them starts to become less

11:51  5    effective, and then you start operating it inside and

11:51  6    you bring -- you start generating carbon monoxide.  So

11:51  7    unless they're new lifts and have been tested and you

11:52  8    know that they're inside of the OSHA standards, you

11:52  9    know, you don't want to bring them inside.

11:52 10  Q.  And when you say "gas," you're referring to gasoline

11:52 11    or propane?

11:52 12  A.  Propane lifts.

11:52 13  Q.  Understood.

11:52 14        And so in this sort of switch back over to,

11:52 15    you know, part the forklifts being electric and part

11:52 16    being propane you said in the last few years, are we

11:52 17    talking about 2023 or some other year?

11:52 18  A.  We bought them since 2020.  I don't recall which year

11:52 19    since then, but it's been -- it's been after 2020.

11:52 20  Q.  That you've had the electric forklifts in the shed.

11:52 21  A.  Right.

11:53 22  Q.  When the --

11:53 23        Okay.  Yeah.  Strike that.

11:53 24        The -- the propane coolers --

11:54 25        Well, first of all, let me ask this question.

11:54  1          The packing shed itself, it's enclosed; is that right?

11:54  2    A.   Portions of it.  Only the --

11:54  3               The enclosed portions are refrigerated.

11:54  4          There are unrefrigerated portions which are not

11:54  5          enclosed.

11:54  6    Q.   So, for example, where the -- where outside product is

11:54  7          received on the shipping side, that's open to the

11:54  8          elements because there are sort of shipping bays; is

11:54  9          that -- is that right?

11:54 10    A.   No.

11:54 11    Q.   Okay.

11:54 12    A.   It's received into a refrigerated cooler.

11:54 13    Q.   And so that part is enclosed, then.

11:55 14    A.   Right.  That -- that's also part of the food safety

11:55 15          protocol because if you're receiving outside of a

11:55 16          refrigerated warehouse, then you're breaking the cold

11:55 17          chain.

11:55 18    Q.   Okay.  Understood.

11:55 19               And so the -- the propane forklifts could be

11:55 20          operated inside the coolers, though, right?

11:55 21    A.   Some of them can.

11:55 22    Q.   And some of them can operate inside the coolers and

11:55 23          then also outside in the -- the other part that's open

11:55 24          to the elements; is that right?

11:55 25    A.   There's -- there's some electric forklifts which can

```
11:55  1        be operated inside the cooler that meet emission

11:55  2        standards.  The ones that don't are operated outside

11:55  3        -- outside of the enclosed areas.

11:56  4   Q.   I'm sorry.  I think you said electric, but I think you

11:56  5        meant propane forklifts; is that right?

11:56  6             MR. HELLER:  I heard him say propane.

       7             MR. KNOEPP:  Oh, okay.

       8   BY MR. KNOEPP:

11:56  9   Q.   I must have misheard then because I thought you

11:56 10        said -- when you were talking about emission

11:56 11        standards, I thought you had said electric forklifts,

11:56 12        but you were referring to propane forklifts, that

11:56 13        some, based on the emissions, they can operate inside

11:56 14        the coolers; is that right?

11:56 15   A.   Correct.  Propane -- the propane ones that meet the

11:56 16        emission standards can be used inside, but

11:56 17        generally --

11:56 18   Q.   You have some of the --

11:56 19             I'm sorry.  I didn't mean to interrupt you.

11:56 20        I'm sorry.

11:56 21   A.   But generally speaking, we try not to operate propane

11:56 22        forklifts inside the refrigerated areas.  We like to

11:56 23        only use electric due to the emissions and also the

11:56 24        sound and the noise.

11:56 25   Q.   But in some years, that's all you had was the propane
```

11:56  1    forklifts, you didn't have the electric forklifts to

11:57  2    operate inside, right?

11:57  3  A.  That would be correct.

11:57  4  Q.  All right.  I'm sorry.  Let me go back to the

11:57  5    maintenance thing.  I got stuck on the tangent back on

11:57  6    the forklifts, I apologize, but going back to the

11:57  7    maintenance.  You gave me a good list of things that

11:57  8    people do.

11:57  9         The -- the one thing I want to ask about

11:57 10    that, I guess, is missing is there are some people who

11:57 11    are assigned maintenance work that involve maintaining

11:57 12    the packing shed lines; is that right?

11:57 13  A.  Cleaning the lines.  Yes.

11:57 14  Q.  So the -- and maybe I'm using a term that you don't

11:57 15    use, but my understanding is that when produce comes

11:57 16    in and it needs to be packed, it goes on like a

11:57 17    conveyor belt type of packing shed line where it might

11:58 18    be washed and go through some process; is that fair to

11:58 19    say?  And if I'm using the wrong terminology, please

11:58 20    correct me.

11:58 21  A.  Repeat that question, please.

11:58 22  Q.  Sure.  Whenever you have produce that comes in let's

11:58 23    say from the field, you know, it needs to -- it goes

11:58 24    onto a conveyor belt type of line; is that correct?

11:58 25  A.  Correct.

11:58  1    Q.  And what do you call that line?

11:58  2    A.  Well, if it's cucumbers, it would be the cucumber

11:58  3        line, if it's pepper, the pepper line, and then squash

11:58  4        is the squash line.  Those are the lines in which we

11:58  5        have.

11:58  6    Q.  And those lines, there were some employees who were --

11:58  7        their job duty was to make sure that those lines are

11:58  8        running smoothly; is that correct?

11:58  9              MR. HELLER:  Object to form.

11:58 10    A.  Their -- well, I mean, their job is to keep the line

11:59 11        -- would be to watch the line, but as far as keeping

11:59 12        it running, their job would be to notify someone that

11:59 13        the line is not running smoothly.

11:59 14    BY MR. KNOEPP:

11:59 15    Q.  So one of the plaintiffs in the lawsuit is Pablo

11:59 16        Castillo.

11:59 17              Do you know who Mr. Castillo is?

11:59 18    A.  I do.

11:59 19    Q.  He worked at Hamilton Growers for approximately 20

11:59 20        years, right?

11:59 21    A.  I would say 20 years is about accurate.

11:59 22    Q.  He describes some of his work as doing mechanic work

11:59 23        on those lines to repair bands and sprockets and other

11:59 24        things.

11:59 25              Is his -- is that description an accurate

11:59  1      description of the type of work that he would do in

11:59  2      the packing shed from time to time?

11:59  3  A.  When we are not in season here, we would replace

12:00  4      sprockets or chains as like a general maintenance or

12:00  5      something, but we -- we relegated that -- you asked

12:00  6      earlier and I said July and August being our slowest

12:00  7      time.  That's the time where we're not running those,

12:00  8      and those would be the times in which we can actually

12:00  9      shut them down and work on them.  So those are general

12:00 10      maintenance times.

12:00 11  Q.  And was --

12:00 12          In general, does general maintenance also

12:00 13      include chain repair in season if something breaks?

12:00 14  A.  If something breaks during operational time here where

12:00 15      we're running product, we would have a team of people

12:00 16      come in to repair it because speed and time is of

12:01 17      essence.  When these people are skilled with that and

12:01 18      can do it quickly and have the tools, resources to do

12:01 19      it, identify what the problem is that caused the

12:01 20      break --

12:01 21          Things -- things on the equipment we have is

12:01 22      very simplistic, and so things don't just break just

12:01 23      because it broke, you know, there's something that

12:01 24      caused the break.  So we would need someone to come in

12:01 25      that has the tools, the resources, the parts, those

12:01  1        sort of things and be able to assess what caused the

12:01  2        break and do whatever repairs need to be made where we

12:01  3        can get that going as quickly as possible.

12:01  4    Q.  You're talking about an external contractor type of

12:01  5        person?

12:01  6    A.  Whatever was deemed at that time.  There's somebody

12:01  7        here that is called that goes and looks at that and

12:02  8        makes the determination of what the course of action

12:02  9        is going to be.

12:02 10    Q.  What -- who -- who comes in to do those repairs if --

12:02 11        you know, if they're needed?

12:02 12    A.  It would depend on what the problem was.  If it's

12:02 13        electrical, it'd be electricians.  If it's structural,

12:02 14        it would be welders, fabricators, a machinist.  Just

12:02 15        it would depend on what the need was to get the repair

12:02 16        done and get it done as quickly as possible and then

12:02 17        would ensure that it doesn't reoccur.

12:02 18    Q.  So can you give me some names of the companies that

12:02 19        you've used in the past to do these kind of repairs?

12:02 20    A.  Goodno Electric.

12:02 21    Q.  I'm sorry.  Say again.  Goodno?

12:02 22    A.  Goodno Electric would be a company that comes to mind.

12:03 23        Lenox Welding & Fabrication.  Snipes Welding &

12:03 24        Fabrication.

12:03 25              Those are just some of the ones that come off

```
12:03  1        the top of my head, you know.  There's -- there's
12:03  2        companies that -- I'm struggling to think of the name
12:03  3        of that company.  They're an electronics company out
12:03  4        of Jacksonville.  I can't recall off the top of my
12:03  5        head their names.  Because those companies may be
12:03  6        bringing in other companies to assist them, so I --
12:03  7        and I'm not in the weeds on that.
12:03  8   Q.   Is it fair to say that repairing the equipment in the
12:04  9        packing shed requires special skills?
12:04 10             MR. HELLER:  Object to form.
12:04 11   A.   To repair something -- when I -- when I --
12:04 12             When you say "repair," I'm thinking, okay,
12:04 13        something's damaged, so it needs repairing.  So that
12:04 14        -- for someone to be able to repair it, like you have
12:04 15        an electric motor, there's a problem with the motor,
12:04 16        it's damaged, that would require special skills to
12:04 17        repair the electric motor or the gearbox, or if
12:04 18        something is broken structurally, to assess what
12:04 19        caused the damage and to make a determination of how
12:04 20        to repair or what to replace.
12:04 21   BY MR. KNOEPP:
12:04 22   Q.   If it's not working, it needs to be repaired in order
12:05 23        to get the line back up and running; fair to say?
12:05 24   A.   Correct.
12:05 25   Q.   I mean, these are moving parts, moving mechanical
```

12:05  1      parts.  Is there sort of day-to-day maintenance that's

12:05  2      required to make sure that those moving mechanical

12:05  3      parts don't wear out?

12:05  4  A.  They're -- the parts are on --

12:05  5           Like I said a while ago, July to August is

12:06  6      like part replacement time, you know.  There --

12:06  7      it's -- there's certain items that are going to

12:06  8      annually need to be replaced because of wear, certain

12:06  9      things change annually because they need to be

12:06  10     replaced, but during the course of like daily

12:06  11     activity, they're not high-wear items.  It takes quite

12:06  12     a bit of time to get them to the point where they need

12:06  13     replacing.  So we have that July and August window

12:06  14     where we use to replace wear items.

12:06  15  Q.  And so on a day-to-day basis, what did you expect Mr.

12:06  16     Castillo to be working on?  Pablo Castillo, I'm sorry,

12:07  17     just to be more specific.  What was he expected to be

12:07  18     working on as part of his maintenance duties?

12:07  19  A.  Let me think here.

12:07  20           Well, he would have... make sure that the

12:07  21     lines were turned on.  We don't -- when the people

12:07  22     come in, we don't get everybody in place and then get

12:07  23     everything turned on and functioning.  You know?  It's

12:07  24     a lot of people.

12:07  25           So he would be responsible to be here prior

12:07  1        to production starting, getting the lights on, get the

12:07  2        lines turned on and running, make sure that everything

12:07  3        is running, to keep the --

12:07  4            Once we finish a run, they would generally do

12:08  5        a heavy cleaning then, and then prior to running, they

12:08  6        would do the -- the -- like the before-the-run

12:08  7        cleaning, you know, kind of -- it'd be the difference

12:08  8        in one's like sweeping a whole house and other one's,

12:08  9        you know, dusting the furniture.

12:08 10            So we get everything in reasonable order when

12:08 11        we finish, and then we get everything in -- ready to

12:08 12        introduce the product to it.  Once again, part of food

12:08 13        safety, things have to be washed, sanitized.  Those

12:08 14        were things before we would start production.

12:08 15   Q.   And if something's not --

12:08 16            You said, you know, he needs to turn

12:08 17        everything on, make sure everything's working

12:08 18        properly.

12:08 19            If it's not working properly, is he some- --

12:08 20        was he sometimes tasked with fixing the problem, using

12:08 21        tools, you know, like common household tools like

12:08 22        wrenches and other hand tools?

12:09 23   A.   Yeah.  If it's something really minor and simple, he

12:09 24        would, something that he could do himself, you know,

12:09 25        and know that he could have it done prior to the

12:09  1    production crew coming in, but if there was a problem

12:09  2    and it was not something really minor, then he would

12:09  3    need to contact someone else here.  They would come,

12:09  4    assess the problem, and get people in place to fix it.

12:09  5  Q.  His work was considered part of the maintenance team;

12:09  6    is that fair to say?

12:09  7  A.  That -- that's the finish area.  Right.

12:09  8          We -- we have -- and we -- we've had two

12:10  9    different systems of recordkeeping over the last five,

12:10 10    six, seven years.  Anyway, we changed over about four

12:10 11    years ago, and the prior one was not very detailed, it

12:10 12    was just sort of random hodgepodge of where somebody

12:10 13    may get designated under.  The one that's now has

12:10 14    different -- the names of the areas are different.

12:10 15  Q.  And you're talking about -- you're talking about

12:10 16    designations in the Famous system?

12:10 17  A.  Correct.

12:10 18  Q.  That's -- there have been -- in the last few years

12:10 19    there have been sort of more detailed designations of

12:10 20    what it is that people are working, what kind of work

12:10 21    people are doing; is that -- am I understanding it

12:10 22    right?

12:11 23  A.  There were more detailed designations put in into

12:11 24    that, but they've not been functionally used.

12:11 25  Q.  Are you saying that whenever -- the prior

12:11  1    designations, were those designations wrong, or what

12:11  2    you were saying is that the new designations are just

12:11  3    a little bit more detailed?

12:11  4  A. The prior ones were not very descriptive.  The newer

12:11  5    ones are more descriptive, however, they're not very

12:11  6    well-utilized.

12:11  7  Q. Is there a reason why there was a -- these changes

12:12  8    were made at all to create what you're describing as

12:12  9    more detailed descriptions?

12:12 10  A. Well, we had this dream that we could start having

12:12 11    cost accounting and have everything assigned to a

12:12 12    different call center and that people would utilize

12:12 13    that and they would do it, and it turned into be, like

12:12 14    I said, a dream.

12:12 15  Q. But -- I mean, I'm looking at pay stubs for Jonathan

12:12 16    Castillo for 2023, and almost all of the pay stubs

12:12 17    just say maintenance hourly - H2A.  There's no more

12:13 18    detailed designation than that.  Is that --

12:13 19        Whenever a check stub says maintenance hourly

12:13 20    - H2A, what all is encompassed by that?

12:13 21        MR. HELLER:  Object to form.

12:13 22  A. So repeat that question.  I want to make sure I

12:13 23    understand what you said.

12:13 24  BY MR. KNOEPP:

12:13 25  Q. Sure.  You were describing that in recent years an

12:13  1      effort was made to add more detailed descriptions to

12:13  2      the type of work people were doing and -- right?  I

12:13  3      have that right so far.  Yes?

12:13  4  A.  Right.

12:13  5  Q.  And I'm looking -- I have like a stack of check stubs

12:13  6      from 2023 that just say maintenance hourly - H2A, no

12:13  7      more detail than that, and so my question is:  What

12:13  8      does that mean when that's on the payroll system as

12:13  9      the type of work that somebody did?

12:14 10  A.  Sweeping floors, knocking out birds' nests, keeping

12:14 11      spiderwebs out, dumping trash, stacking pallets,

12:14 12      washing bins, keeping -- keep -- doing the

12:14 13      housecleaning, you know, keeping the house in order,

12:14 14      keeping it clean.

12:14 15  Q.  And the prior description of maintenance from earlier

12:14 16      years was -- you said described the same things?

12:14 17  A.  Correct.

12:14 18  Q.  It's not that the prior -- that the prior descriptions

12:15 19      didn't actually cover maintenance work, or they did

12:15 20      cover maintenance work?  I'm not sure I followed it.

12:15 21  A.  Are you referring to the prior system we had?

12:15 22  Q.  Yes.

12:15 23  A.  I don't know if it had the capacity for more sublayers

12:15 24      like the one we have now does or not, I'm not sure, I

12:15 25      just know that we didn't utilize it if it did, and --

12:15   1      but with the new -- we got the new system because of

12:15   2      the dream and the cost accounting.

12:15   3   Q.  And whether it was the prior system or the current

12:16   4      system, when somebody has a designation that they did

12:16   5      some type of sanitation work, that's more or less the

12:16   6      same type of work that the maintenance people were

12:16   7      doing, just that it could involve work that was

12:16   8      outside and inside; is that -- am I understanding

12:16   9      correctly what we talked about before?

12:16  10   A.  That's correct.

12:16  11   Q.  Do the sanitation and maintenance workers --

12:16  12          Well, strike that.  I think you -- I think

12:17  13      you covered all of the different job functions I was

12:17  14      going to ask you about.

12:17  15          What about -- I've heard some people referred

12:17  16      to having to do pressure washing.  Is that done by

12:17  17      either maintenance or sanitation workers or both?

12:17  18   A.  Both.

12:17  19   Q.  Are there -- is there a -- is there a line that also

12:17  20      is outside?  Is the cucumber line, for example, is

12:17  21      that outside of the packing shed or inside?

12:17  22   A.  That's outside of the refrigerated area.

12:17  23   Q.  Is it open to the elements or --

12:17  24   A.  It's -- when --

12:17  25          Let me be clear.  The refrigerated areas are

| | | |
|---|---|---|
| 12:17 | 1 | totally enclosed.  The areas outside the refrigerated |
| 12:17 | 2 | areas are only covered with a shelter.  Then there's |
| 12:17 | 3 | an area that's outside that's not covered with a |
| 12:18 | 4 | shelter or refrigerated. |
| 12:18 | 5 | Q.  And that cucumber line, where is that one located, |
| 12:18 | 6 | then, of the three that you just described? |
| 12:18 | 7 | A.  It's under the shelter that's not enclosed. |
| 12:18 | 8 | Q.  And does that line wash produce or does it just run |
| 12:18 | 9 | produce for grading? |
| 12:18 | 10 | A.  It washes to the extent of -- it's not ready-to-eat |
| 12:18 | 11 | washed.  It washes -- rinses it off.  It's not using |
| 12:18 | 12 | soap and things like that.  It only is using water |
| 12:18 | 13 | with a sanitizer in it, and it's rinsing the outside |
| 12:18 | 14 | of it off. |
| 12:18 | 15 | Q.  Is it -- is it sometimes used without the washing |
| 12:18 | 16 | function and just used for grading purposes? |
| 12:18 | 17 | A.  Pepper is.  You don't -- as a general rule, you don't |
| 12:19 | 18 | want to wash a pepper, you don't want to wet it. |
| 12:19 | 19 | Cucumbers are washed, but -- sanitized washed, but you |
| 12:19 | 20 | would -- you would not want to -- |
| 12:19 | 21 | If you introduce water, you must have a |
| 12:19 | 22 | sanitizer in the water.  You're not required to |
| 12:19 | 23 | introduce water or the sanitizer, but if you do use |
| 12:19 | 24 | water, the water must contain a sanitizer. |
| 12:19 | 25 | Q.  For -- this is like a food safety thing; is that |

12:19   1        right?

12:19   2    A.  That's correct.

12:19   3    Q.  But the peppers --

12:19   4            When you refer to peppers, what -- just for

12:19   5        the record, what are you -- what type of peppers are

12:19   6        you referring to?

12:19   7    A.  I'm sorry.  I'm referring to bell pepper.  We don't --

12:19   8        hot pepper would not be packed on a line.

12:19   9    Q.  And the bell peppers, you don't want to wash those,

12:19  10        that's what you're saying, right?

12:19  11    A.  We don't -- we don't want to wet them.  Correct.

12:20  12    Q.  And so those can run on the line with -- just for

12:20  13        purposes of grading and picking out which ones are the

12:20  14        -- based on like the size or whether there's bruising

12:20  15        or something like that?

12:20  16    A.  Grading, sorting, labeling, boxing.

12:20  17    Q.  But done on a dry line as opposed --

12:20  18    A.  Correct.

12:20  19    Q.  -- to some of these other lines, right?

12:20  20    A.  That's correct.

12:20  21    Q.  Are there other --

12:20  22            So we talked about bell peppers.

12:21  23            Are there other products that you can -- that

12:21  24        you want to run on the line without introducing any

12:21  25        water?

12:21   1   A.   No.  We used to pack cabbage on the line, but that's

12:21   2        -- and we wouldn't introduce water on cabbage, but

12:21   3        that's -- done that in the past.  So those are the

12:21   4        only two items.

12:21   5   Q.   And cold products you could run on the line without

12:21   6        introducing water, right?

12:21   7                 MR. HELLER:  Object to form.

12:22   8   A.   A previously refrigerated product?

12:22   9   BY MR. KNOEPP:

12:22  10   Q.   Yes.

12:22  11   A.   You would not run that on the line.  You would -- it

12:22  12        would be -- you would want to pack that from box to

12:22  13        box on the repack tables.

12:22  14   Q.   But it could be run on the line as long as water isn't

12:22  15        introduced, right?

12:22  16   A.   You wouldn't want to because the product's cold, it's

12:22  17        refrigerated, and it's going to be more brittle and

12:22  18        you're subject to damage.

12:22  19   Q.   I understand what you're saying is that you don't want

12:22  20        to, but it could be done, right?

12:22  21   A.   Well, anything's possible.  It would not be an

12:22  22        accepted -- a good accepted practice to do that.

12:22  23   Q.   Did it ever happen?

12:23  24   A.   I'm sorry?

12:23  25   Q.   Did that ever happen at Hamilton Growers where a cold

12:23  1      product would be placed on the line without

12:23  2      introducing water and be -- and just run on the line?

12:23  3   A. It shouldn't be because the lines are designed to come

12:23  4      from like a bin, for example, and a bin would be

12:23  5      dumped on the line to introduce it to the line.  When

12:23  6      the product comes in, if it's cold, it's already been

12:23  7      boxed.

12:23  8           The line is not designed for you to dump the

12:23  9      box onto the -- onto the line and run it down, you

12:23 10      know, the whole line like that, it's not what it's

12:23 11      designed to do and it's -- it's -- there's -- there's

12:23 12      a lot of points along that way that could cause damage

12:24 13      to the product because once you refrigerate it, it's

12:24 14      -- it's a lot more susceptible to bruising and that

12:24 15      kind of thing.

12:24 16   Q. I get it.  I understand what you're saying.  My

12:24 17      question is a little bit different than whether it

12:24 18      should have happened or not.  My question is:  Do you

12:24 19      know whether or not that ever happens at Hamilton

12:24 20      Growers?

12:24 21           MR. HELLER:  I just want to clarify, Jim.

12:24 22      Are you asking for his individual knowledge because --

12:24 23      I mean, this is such a specific question, and you have

12:24 24      broad topics.  He's prepared to testify as to the

12:24 25      broad topics and his knowledge.  If you're asking him

12:24  1        in his individual capacity, that's fine and he can

12:24  2        give you an answer, but this is such a very specific

12:24  3        question, that I think it's unfair to be asking him as

12:24  4        a 30(b)(6) witness.

12:24  5               I am fine if you're asking do you have any

12:24  6        personal knowledge, and he can answer that, but to the

12:24  7        extent you're saying could this have ever happened,

12:24  8        does the company know, I don't think that's a fair

12:24  9        question.

12:25 10               MR. KNOEPP:  Okay.  I think he can answer,

12:25 11        but --

12:25 12               MR. HELLER:  Yeah.  If you don't want to

12:25 13        clarify any further, you don't have to.  That's my

12:25 14        objection.

12:25 15  A.   Could you clarify what you're asking me, please?

      16  BY MR. KNOEPP:

12:25 17  Q.   Yeah.  I'm asking you -- I understand what you're

12:25 18        saying about whether something should have happened or

12:25 19        not.  My question is:  Did it ever -- do you know

12:25 20        whether or not it ever happened that a product that

12:25 21        was cold was put onto the line even though you say it

12:25 22        shouldn't have been?  Did that ever happen to your

12:25 23        knowledge?

12:25 24  A.   I am in the packing shed -- I've been in the packing

12:25 25        shed one time this year when we were running product,

12:25  1       once.  I cannot confirm or deny whether that happened

12:25  2       because I'm not -- I'm not there to observe.

12:26  3   Q.  Okay.  Fair enough.  And so -- yeah.  Is --

12:26  4            And you were talking about this year.  What

12:26  5       about in previous years?  Did you -- do you -- is it

12:26  6       typical for you personally to spend most of your time

12:26  7       outside of the packing shed on a day-to-day basis?

12:26  8   A.  I've not spent time in the packing shed on a

12:26  9       day-to-day basis much less once-a-week basis, and

12:26 10       since -- in over ten years, close to -- close --

12:26 11       somewhere around ten years ago -- it was about '16 or

12:26 12       '17 when we kind of restructured some things and I no

12:26 13       longer had any roles or responsibilities for the

12:26 14       packing shed.

12:26 15   Q.  All right.

12:26 16            MR. KNOEPP:  Yeah.  I mean, Marty, with

12:26 17       respect to your objection, I mean, I'm asking about

12:27 18       topic 11 and, you know, how outside produce was

12:27 19       processed in the packing shed.

12:27 20            MR. HELLER:  I know, but he's giving you the

12:27 21       answer of what the company believes.  You're asking

12:27 22       him has it ever happened, and he can only answer that

12:27 23       to the best of his knowledge.

12:27 24            MR. KNOEPP:  Sure.

      25   BY MR. KNOEPP:

12:27 1    Q.  Let me ask this question.  Does the company have any

12:27 2        records that would say one way or the other whether or

12:27 3        not a product that came from outside and was in a

12:27 4        cooler was then placed on a dry packing shed line?

12:27 5    A.  No, there would be no records of that, and like I

12:27 6        said, the records -- the food safety protocol are the

12:27 7        records, and the food safety protocols do not break

12:27 8        the cold chain, and that would be breaking the cold

12:27 9        chain.  So when I say it shouldn't, I mean, it goes

12:27 10       against the food safety protocol.

12:27 11            So I'm just telling you that that's not

12:28 12       supposed to happen.  I can't say whether it ever did

12:28 13       happen or not, the protocol was broken, but it's not

12:28 14       supposed to.  Just no -- just as -- just as we're not

12:28 15       supposed to run product on a line that's not been

12:28 16       sanitized, I can't confirm or deny whether that's ever

12:28 17       happened.  It's not supposed to.

18             (Deposition Exhibit 201 was presented and

19               subsequently marked for identification.)

12:28 20   BY MR. KNOEPP:

12:28 21   Q.  All right.  Well, I'm going to pull up what I'm

12:29 22       marking as 201 and... do you see that on the screen?

12:29 23            MR. LERNER:  Can you zoom in, Jim?

12:29 24            MR. KNOEPP:  Sure.

12:29 25   A.  Okay.  There you go.

12:29  1  BY MR. KNOEPP:

12:29  2  Q.  And do you recognize the type of document this is?

12:29  3  A.  I do.

12:29  4  Q.  And this is a check stub that Arnulfo Garcia-Ramos --

12:29  5      with the name Arnulfo Garcia-Ramos on it, correct?

12:29  6  A.  Correct.

12:29  7  Q.  Are these the type of check stubs that workers would

12:29  8      receive when they got their paychecks?

12:30  9  A.  That is the type of check stub, yes.  That one's from

12:30 10      2020.  So the type would still be the same, or,

12:30 11      however, there may be some things that are a little

12:30 12      different now.  I'd have to compare them side by side.

12:30 13  Q.  Sure.  Okay.  Well, that -- the first page, like you

12:30 14      say, is a 2020 check stub, and if we go to the second

12:30 15      page here, also a 2020 check stub, right?

12:30 16  A.  Right.

12:30 17  Q.  The third page is a 2021 check stub.  Do you see that?

12:30 18  A.  Right.

12:30 19  Q.  Okay.  And then the fourth page is a 2022 check stub.

12:30 20      Do you see that?

12:30 21  A.  I do.

12:30 22  Q.  And the next page after that, also a 2022 check stub,

12:30 23      right?

12:30 24  A.  Correct.

12:30 25  Q.  And that's the last in this particular exhibit.

| | | |
|---|---|---|
| 12:30 | 1 | And so is there -- |
| 12:30 | 2 | Are you referring to an earlier time period |
| 12:30 | 3 | where the check stub may have changed or sometime |
| 12:31 | 4 | during this time period, between 2020 and 2021, where |
| 12:31 | 5 | the check stubs would have been different? |
| 12:31 | 6 | A. Well, when I say "different," I don't -- I'm not |
| 12:31 | 7 | saying that the layout would have been different. |
| 12:31 | 8 | It's just under that Type, where it says literally |
| 12:31 | 9 | Type up there, the Type designations may have changed. |
| 12:31 | 10 | Q. Okay. Understood. Right. |
| 12:31 | 11 | And so I wanted to ask a few questions about |
| 12:31 | 12 | the check stub just so that I understand or it's clear |
| 12:31 | 13 | for the record what some of these different things |
| 12:31 | 14 | mean on the check stub. |
| 12:31 | 15 | So you just mentioned Type, and on this very |
| 12:31 | 16 | first page it says forklift driver. Do you see that? |
| 12:31 | 17 | A. I do. |
| 12:31 | 18 | Q. Now, this is something that came from the payroll |
| 12:31 | 19 | system, which is called Famous, right? |
| 12:31 | 20 | A. Correct. |
| 12:31 | 21 | Q. These check stubs are generated from the Famous |
| 12:31 | 22 | payroll system; is that right? |
| 12:31 | 23 | A. Correct. |
| 12:31 | 24 | Q. And that's -- how does the type of -- is that the -- |
| 12:32 | 25 | What does Type refer to, first of all? |

12:32  1    A.   Well, that one, when you're back in 2020, you know,

12:32  2         systems, the Type would have just been where they

       3         clocked in.

       4              (Clarification requested

12:32  5              by the court reporter.)

12:32  6    A.   It would have been the time clock in which they

12:32  7         clocked in on.  When I say "time clock," it's not a

12:32  8         clock where you have a part, you know, like the old

12:32  9         factory style.  It was -- it was a probe, and that

12:32 10         would have been the probe you clocked in on.  That

12:32 11         probe would have been named forklift driver.  So if

12:32 12         you clocked in on that probe, that would -- what the

12:32 13         type would be designated on your paycheck.

12:32 14    BY MR. KNOEPP:

12:32 15    Q.   And were people who did certain types of job required

12:32 16         to clock in at a specific location?

12:32 17    A.   If you work in a packing crew, you would have been

12:32 18         clocked in under packing.  If you were not in a

12:32 19         packing crew, you would have clocked in in various

12:33 20         other places depending on where you started your day.

12:33 21         You could have clocked in -- and I don't recall, you

12:33 22         know, right now all of the different types.  Like on

12:33 23         that check, the T-y-p-e, I don't recall all the

12:33 24         different types we had then, but depending on where

12:33 25         you clocked in, that would be the designation on your

| | | |
|---|---|---|
| 12:33 | 1 | paycheck. |
| 12:33 | 2 | Q. Is there any reason to believe that the type on this |
| 12:33 | 3 | check stub is not the type of work that Mr. |
| 12:33 | 4 | Garcia-Ramos did? |
| 12:33 | 5 | A. I don't specifically know who that person is, but, |
| 12:33 | 6 | yes. If you clocked in on the time clock that was |
| 12:33 | 7 | down on the end of the building where we receive the |
| 12:33 | 8 | -- the goods were harvested -- the produce were |
| 12:34 | 9 | harvested, that would have been clocked in under |
| 12:34 | 10 | forklift driver there. |
| 12:34 | 11 | Q. But does -- whenever the type says forklift driver, |
| 12:34 | 12 | are you saying that that's not really the type of work |
| 12:34 | 13 | the person did? |
| 12:34 | 14 | A. They could have been driving a forklift, but I'm |
| 12:34 | 15 | saying that that -- that forklift driver designation |
| 12:34 | 16 | could have been people who were driving forklifts |
| 12:34 | 17 | inside, people driving forklifts outside, people |
| 12:34 | 18 | driving forklifts to dump trash, a lot of different |
| 12:34 | 19 | things, or someone who generally works in that area |
| 12:34 | 20 | and they clocked in on the forklift driver time clock |
| 12:34 | 21 | because... |
| 12:34 | 22 |    The time clocks were with the supervisor, |
| 12:34 | 23 | they were a probe-type time clock, they weren't |
| 12:34 | 24 | stationary time clocks like we have now. So the |
| 12:34 | 25 | person would have had to use this probe that the |

12:35  1    supervisor had, would have had to, you know, clock in

12:35  2    somewhere where they were in that area.

12:35  3  Q.  So are you saying that during this time period, he

12:35  4    clocked in with a supervisor?

12:35  5  A.  The supervisor would have had the probe to clock

12:35  6    people in.

12:35  7  Q.  Okay.  And you're supposed to go to the supervisor for

12:35  8    the type of work that you do?

12:35  9  A.  You could have forklift driver right there because --

12:35 10         All right.  For example, someone -- there was

12:35 11    a super- --

12:35 12         All right.  The guy that --

12:35 13         All right.  Let's take that area, the team

12:35 14    leader there.  That team leader would have had a

12:35 15    probe.  All right?  That team leader -- if that person

12:35 16    worked with that team leader, then that team leader

12:35 17    had one probe.  He didn't have the capacity to change

12:35 18    the type.  The -- the probe was labeled the type.

12:35 19         So the team leader would clock that person

12:35 20    in.  They may have been putting stickers on pallets,

12:36 21    they could have been wrapping pallets, they could have

12:36 22    been driving a forklift to move the pallet, but they

12:36 23    all worked in that designated area.  It was --

12:36 24         If you didn't work in packing, it wasn't

12:36 25    particularly at that time of a -- we weren't tracking

12:36  1      that. We were just trying to track packing costs and

12:36  2      everything else was just in a hodgepodge and that was

12:36  3      overhead.

12:36  4    Q.   Do you, as the corporate representative for the

12:36  5      deposition, have any knowledge that this person wasn't

12:36  6      driving a forklift during the week in which his check

12:36  7      stub says forklift driver?

12:36  8    A.   Absolutely not.

12:36  9    Q.   The -- there's another field on here that I wanted to

12:36 10      ask you about that says Crew: Shipping. Do you see

12:36 11      that?

      12    A.   Yes.

12:37 13    Q.   I don't know if you can see my cursor, but I'm --

12:37 14    A.   Yes.

12:37 15    Q.   Okay. What does -- how does that get entered into the

12:37 16      payroll system?

12:37 17    A.   Okay. There was -- you had packing crew, shipping

12:37 18      crew.

12:37 19          So when you clocked in at shipping, that

12:37 20      means you clocked in in the shipping office. So

12:37 21      everybody that clocked in in the shipping office would

12:37 22      have been clocked in under the shipping crew. So if

12:37 23      they were unloading field trucks, for example, they

12:37 24      were still clocked in as shipping even though -- we

12:37 25      didn't have field receiving, so everybody was just

| | | |
|---|---|---|
| 12:37 | 1 | under shipping. |
| 12:37 | 2 | Q.  Again, as the corporate representative for today's |
| 12:37 | 3 | deposition, you don't have any reason to believe that |
| 12:37 | 4 | the crew designation on here is inaccurate, do you? |
| 12:37 | 5 | A.  I have no reason to know if it's accurate or not |
| 12:38 | 6 | because that's the only designation there was. |
| 12:38 | 7 | Q.  Going to the second page of the exhibit.  The Type on |
| 12:38 | 8 | here now says load/cargar, which is the Spanish word, |
| 12:38 | 9 | c-a-r-g-a-r, Spanish word for load, and the crew says |
| 12:38 | 10 | Henderson. |
| 12:38 | 11 | First of all, what does that crew mean? |
| 12:38 | 12 | A.  Oh.  That's referring to Tennessee. |
| 12:38 | 13 | Q.  So this was work that was done in this particular week |
| 12:38 | 14 | at the Tennessee packing shed, correct? |
| 12:39 | 15 | A.  That would be correct.  Yes.  That crew is designating |
| 12:39 | 16 | Tennessee. |
| 12:39 | 17 | Q.  Why is it referred to Henderson?  Why is it referred |
| 12:39 | 18 | to as Henderson? |
| 12:39 | 19 | A.  Because the man that lives there, his last name is |
| 12:39 | 20 | Henderson. |
| 12:39 | 21 | Q.  The man who lives at -- lives at the packing shed? |
| 12:39 | 22 | A.  No.  The gentleman -- |
| 12:39 | 23 | That farm up there, we call it the Henderson |
| 12:39 | 24 | farm.  It's the man that owns the land.  So we -- we |
| 12:39 | 25 | -- we refer to farms by family names based on that. |

12:39  1    The Bragg place, the Bragg place, the Henderson farm,

12:39  2    the Bragg farm.  It's the farm.  It's the Henderson

12:39  3    farm.

12:39  4  Q.  And you say Mr. Hender- --

12:39  5        What is Mr. Henderson's first name?  I'm

12:39  6    sorry if you said it and I missed it.

12:39  7  A.  Henderson?  His first name?

12:39  8  Q.  Yes.  I'm sorry if I missed you saying it.

12:39  9  A.  Donald.

12:40 10  Q.  Donald.  Okay.

12:40 11        And was he the person who was the farmer?

12:40 12  A.  No.  He's the landowner.

12:40 13  Q.  Okay.  And did Hamilton Growers or Southern Valley

12:40 14    rent land from Mr. Henderson?

12:40 15  A.  Yes.

12:40 16  Q.  Was Mr. Henderson or any entity owned or operated by

12:40 17    Mr. Henderson involved in the farming operations in

12:40 18    Tennessee?

12:40 19  A.  State that again.  I was away from the speaker.

12:40 20  Q.  Sure.  Was Mr. Henderson or any companies owned or

12:40 21    operated by Mr. Henderson involved in the farming of

12:40 22    the land in Tennessee?

12:41 23  A.  Yes.

12:41 24  Q.  Okay.  And as a corporate entity or as an individual?

12:41 25        I'm sorry.  I asked sort of a compound

```
12:41  1        question.  So --
12:41  2                Was he individually involved in growing of
12:41  3        the crop in Tennessee?
12:41  4   A.   He -- yes.  Yes.  He also assisted with that.
12:41  5   Q.   Was there a corporate entity associated with Mr.
12:41  6        Henderson that was involved in the farming of the crop
12:41  7        in Tennessee?
12:41  8   A.   I don't -- I don't know that he has a corporate
12:41  9        entity.  Not that I'm aware of.  I'm not aware of him
12:41 10        having a corporate entity.
12:41 11   Q.   Okay.  But he was personally involved in the growing
12:41 12        of the crops in Tennessee?
12:42 13   A.   Yes.  He also was.  Yes.
12:42 14   Q.   Okay.  Does he do business as Henderson Farms or
12:42 15        anything like that that you know of?
12:42 16   A.   When you say, "Does he do business as Henderson
12:42 17        Farms," I don't -- I don't understand, when you're
12:42 18        asking does business, what -- exactly what that means.
12:42 19                When I say that, like we do business as
12:42 20        Southern Valley in the produce industry.  We -- the
12:42 21        farm name is Hamilton Growers.  So we don't do
12:42 22        business in the produce industry as Hamilton Growers.
12:42 23        We do business in the produce industry as Southern
12:42 24        Valley and we do business in the ag industry as
12:42 25        Hamilton Growers.
```

12:42  1          So he doesn't do business in the produce

12:42  2     industry.  He's a landowner there.  So I don't -- I

12:42  3     want to be clear because I don't really know how to

12:42  4     answer your question.

12:42  5  Q.  Sure.  No, I understand.

12:42  6          Does he -- does he go by Henderson Farms, for

12:42  7     example?

12:42  8  A.  I guess.

12:43  9          You're referring to like if he goes to tell

12:43 10     about his tires, does he put it under Henderson Farm's

12:43 11     name?

12:43 12  Q.  Yeah, or in his business dealings with Southern Valley

12:43 13     and Hamilton Growers, does he do that under the name

12:43 14     Henderson Farms?

12:43 15  A.  To my knowledge, he does it under his personal name,

12:43 16     but -- I mean, I can't -- I can't confirm either way.

12:43 17     I don't know.  I don't know that.  I just know him --

12:43 18     I just know him as Mr. Henderson.

12:43 19  Q.  And the -- is -- was --

12:43 20          Between 2018 and 2024, did Hamilton Growers

12:43 21     operate a packing shed in Tennessee in each of those

12:43 22     years?

12:43 23  A.  Yes.

12:43 24  Q.  And in each of those years, was it associated with Mr.

12:44 25     Henderson?

12:44  1  A.  Yes.  He owned the packing shed, and Hamilton Growers

12:44  2      rented the packing shed from him.

12:44  3  Q.  Was Mr. Henderson also involved in the growing of the

12:44  4      crop in each of those years?

12:44  5  A.  He was.

12:44  6  Q.  So when we were looking at --

12:44  7          Going back to this exhibit, then.  When it

12:44  8      says Crew:  Henderson, this is referring to work that

12:44  9      was done at that Tennessee location associated with

12:44 10      Mr. Henderson, correct?

12:44 11  A.  Right.  That's correct.

12:44 12  Q.  Okay.  And whenever it says the type of work as

12:44 13      load/cargar, what does that refer to?

12:44 14  A.  Anybody that's not packing.

12:44 15  Q.  And so it could be a number of different jobs that

12:44 16      just didn't involve packing of actual product?

12:45 17  A.  If it wasn't packing, it's under load/cargar.

12:45 18  Q.  Okay.  And so this would be used for people who were

12:45 19      driving forklifts?

12:45 20  A.  That would be one of them.  Right.

12:45 21  Q.  What other things --

12:45 22          Well, let me ask this question.  We talked a

12:45 23      lot about the Georgia packing shed and what the

12:45 24      different jobs were in the Georgia packing shed.

12:45 25          Did you have similar jobs that people did in

12:45  1        the Tennessee packing shed?

12:45  2   A.   Yes.

12:45  3   Q.   And would people, for example, who did maintenance

12:45  4        work in the Georgia packing shed, if they did any work

12:45  5        in Tennessee, would that be designated as load -- if

12:45  6        they did any maintenance type of work in Tennessee,

12:45  7        would that be designated on the check stub as

12:45  8        load/cargar?

12:45  9   A.   They -- there's local people there that did

12:45 10        maintenance for that and -- like we don't move people

12:46 11        that would be like, quote-unquote, maintenance and

12:46 12        that sort of thing.  So the people for -- that are

12:46 13        under the job orders for Tennessee could be some of

12:46 14        the same people, but not -- not necessarily the same

12:46 15        people.

12:46 16              So in Tennessee, the people who are loading

12:46 17        are people who are not packing, so the things I talked

12:46 18        about a while ago, anything from sweeping to cleaning

12:46 19        up to whatever, all the way down to loading the truck.

12:46 20   Q.   Using a forklift, right?

12:46 21   A.   Correct.

12:46 22   Q.   And my understanding is that some of the people who

12:46 23        worked at the Georgia packing shed as forklift

12:46 24        operators would move to Tennessee for a month or two

12:47 25        to work as forklift operators at the packing shed in

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

12:47  1      Tennessee.  Is that a correct understanding?

12:47  2  A.  Some of the people from Georgia would move, not all of

12:47  3      them, and not all of the people that were in Tennessee

12:47  4      would necessarily have worked in Georgia.

12:47  5  Q.  Understood.  And we can tell in your payroll system

12:47  6      who did that, though, by looking at people who had the

12:47  7      crew designation of Henderson, right?

12:47  8  A.  That's correct.

12:47  9  Q.  And what about the -- in addition to moving the --

12:47 10      some -- some, I realize not all, but some of the

12:47 11      forklift drivers moving to Tennessee to work there at

12:47 12      the packing shed?  Did you also have to move forklifts

12:47 13      to that packing shed in Tennessee?

12:47 14  A.  Correct.

12:47 15  Q.  And it sounds like --

12:48 16          So some people would do forklift operation,

12:48 17      be designated under load/cargar, and then some people

12:48 18      who did some of the other maintenance work like

12:48 19      cleaning up in the packing shed would also be labeled

12:48 20      under this same type of work; is that right?

12:48 21  A.  Right.  People that were unloading bins from the

12:48 22      field, people moving pallets away from the packing

12:48 23      lines, all those -- all those things.  If -- you know,

12:48 24      if they weren't -- if they weren't packing, then they

12:48 25      were under the load/cargar code.

12:48  1    Q.  All right.  And were there also people that needed to

12:48  2        move boxes of packing material or boxes and packing

12:48  3        material at the ware- -- at the packing shed in

12:48  4        Tennessee like you had in Georgia as well?

12:48  5    A.  It's similar.  Yeah.  You know, there's packing

12:49  6        supplies being moved around, you know, raw goods,

12:49  7        finished goods, and packing supplies, but we don't --

12:49  8        we don't have -- we just weren't, you know -- just not

12:49  9        that sophisticated to be able to have it separated out

12:49 10        of who's who.  All I know is when -- if you're

12:49 11        packing, you're clocked in under pack -- or you should

12:49 12        be clocked in under packing.  That's -- that's the

12:49 13        protocol.  You shouldn't be clocked in under loading

12:49 14        if you're packing, but if you're -- the other option

12:49 15        was to be -- your other options would have been to

12:49 16        include load/cargar because, once again, the

12:49 17        designation was to understand how much the packing

12:49 18        cost was.

12:49 19    Q.  All right.  Going to the next page of the exhibit.  Do

12:50 20        you see that one is from 2021?

12:50 21    A.  General labor hourly, right?

12:50 22    Q.  Correct.  Yeah.  The type of work listed on here is

12:50 23        general labor hourly - H2A, right?

12:50 24    A.  Right.

12:50 25    Q.  What does that refer to?

| | | |
|--|--|--|
| 12:50 | 1 | A.  And I think we got rid of that one. |
| 12:50 | 2 | Once again, it was a hodgepodge.  It was a -- |
| 12:50 | 3 | just -- we didn't have a designation, so it just went |
| 12:50 | 4 | under general labor hourly, so -- and that would get |
| 12:50 | 5 | applied to like overhead. |
| 12:50 | 6 | Q.  And if this person says that they operated a forklift |
| 12:50 | 7 | during this time period, is there anything in the |
| 12:50 | 8 | records that would dispute that assertion? |
| 12:50 | 9 | A.  They -- they should not have been -- |
| 12:50 | 10 | If they're clocked in under general labor |
| 12:51 | 11 | hourly, that's not forklift.  They shouldn't be |
| 12:51 | 12 | clocked in under general labor hourly if you're on a |
| 12:51 | 13 | forklift.  That -- that shouldn't be because under |
| 12:51 | 14 | shipping you have -- you have, as you saw, load/cargar |
| 12:51 | 15 | and you have forklift, and then you have general labor |
| 12:51 | 16 | because they just clocked in in the shipping office. |
| 12:51 | 17 | So general labor would be -- I think that was |
| 12:51 | 18 | before we had the -- or either after, I'm not sure, |
| 12:51 | 19 | that we had the maintenance, the sanitation, the -- |
| 12:51 | 20 | all the other designations.  So general labor could |
| 12:51 | 21 | have been... |
| 12:51 | 22 | General labor should not have been forklift. |
| 12:51 | 23 | I just -- I can tell you that.  I'm trying to remember |
| 12:51 | 24 | exactly what the general labor was used for.  The guy |
| 12:52 | 25 | -- the guy that cleans the bathrooms is under general |

12:52  1    labor.  People who do like sweeping were under general

12:52  2    labor, but if you're on a forklift, you should have

12:52  3    been assigned as forklift, but being under forklift

12:52  4    doesn't mean that you're -- necessarily got a forklift

12:52  5    either.

12:52  6  Q.  Does general labor also refer to people who were

12:52  7    working as shipping clerks?

12:52  8  A.  They should be...

12:52  9          Yes.  Yes.

12:52 10  Q.  And that's somebody -- shipping clerk was somebody who

12:52 11    worked in the office preparing shipping labels and --

12:52 12    well, let's stop there.  Is that one of the tasks that

12:53 13    a shipping clerk did?

12:53 14  A.  Yeah.  So you can print labels and then you can apply

12:53 15    labels.  The GTIN I referred to earlier, the global

12:53 16    traceability identification number, you could be

12:53 17    printing those tags and then going and putting those

12:53 18    tags on boxes.

12:53 19  Q.  Including boxes of outside produce that was purchased

12:53 20    from other entities, correct?

12:53 21  A.  Is this Tennessee or Georgia?  Let me look -- let me

12:53 22    see the date.

12:53 23  Q.  It's March of 2021.

12:53 24  A.  No, because the outside purchased produce would have

12:53 25    been brought from the shipping end of the building,

12:53  1      the ship -- the cooler docks, and the pallet tags and

12:53  2      things that were -- the shipping clerks would do, the

12:54  3      forklift drivers, that should have been from the other

12:54  4      end of the building for that.  I'm looking here.  If

12:54  5      you're doing that, you'd be clocked in under the --

12:54  6           There's two different -- two different

12:54  7      shippings, and I know it gets confusing because we

12:54  8      didn't -- just didn't have a designation for it, it

12:54  9      didn't matter.  We just had shipping time clocks and

12:54 10      we had our probes and then we had like packing probes.

12:54 11           And so, if you're under general labor, that

12:54 12      should mean that you're receiving in field goods, so

12:54 13      you're receiving it into inventory.  If you're -- if

12:54 14      you're down on the shipping end of a dock where the

12:54 15      product comes in to print pallet tags and things for

12:54 16      that, you should be log -- you should be clocked in in

12:54 17      the shipping department under the -- with the

12:54 18      forklifts.

12:55 19   Q.  All right.  This particular crew says shipping, right?

12:55 20   A.  It does.

12:55 21   Q.  And so you're saying that that's not a shipping

12:55 22      department's crew, that's actually a receiving

12:55 23      department crew?

12:55 24   A.  Right.  On the receiving end of the building, the gen-

12:55 25      -- general labor would be people -- general labor

12:55  1      would be attached to the product that we're running.

12:55  2      So you have -- you have the packing labor and then you

12:55  3      got the general labor associated with that packing.

12:55  4      So the general labor would be the people that are the

12:55  5      support help for the packing labor.  I'm not packing,

12:55  6      I'm not physically on the packing line, but I'm doing

12:55  7      something to support that.  It's wrapping pallets,

12:55  8      putting on pallet tags, all those sort of things for

12:55  9      it to be taken and put into refrigeration and cooled.

12:55 10  Q.  And so you could be on the shipping side or the

12:55 11      receiving side and your crew would still say shipping.

12:55 12      We have no way of knowing from this document where

12:56 13      this person was working.

12:56 14  A.  Where it happened.  No, sir, I don't.

12:56 15  Q.  And so from the records themselves, we can't tell

12:56 16      whether this person -- which side of the packing shed

12:56 17      this person worked on just from looking at the

12:56 18      records, right?

12:56 19  A.  I don't think that we had anything -- general labor on

12:56 20      the shipping -- on the shipping end because there's

12:56 21      not any general labor there.  It's all related to time

12:56 22      directly to shipping.  On the other end, there was

12:56 23      general labor that's -- that's related to support help

12:56 24      of packing, so simulating the amount, you know, that

12:56 25      they're not packing, but it is the support labor

```
12:56   1      that's doing it.  So where you can look and see how
12:56   2      many hours of time that you have associated with doing
12:56   3      these things and you calculate whether you got too
12:56   4      many people down there that are for the amount of
12:56   5      packages we have ran.
12:56   6   Q. Are there any other records that would show exactly
12:57   7      what type of work this person was doing this week?
12:57   8   A. No.  Could only say that they would have been in a
12:57   9      position to be supporting the packing part of the
12:57  10      operation for -- for the farm.
12:57  11   Q. Going to the next page of the exhibit, another check
12:57  12      stub from 2022.  This again lists forklift hourly -
12:57  13      H2A, correct?
12:57  14   A. Right.
12:57  15   Q. And we've already talked about that.
12:57  16           This one has a new one called warehouse
12:57  17      hourly - H2A.
12:57  18   A. Right.
12:57  19   Q. What does that refer to?
12:57  20   A. There's --
12:57  21           When we say warehouse or warehousing, we're
12:57  22      not referring to finished goods, we're referring to
12:58  23      raw materials.  So we have a warehouse located beside
12:58  24      the packing house, and that's just raw goods coming
12:58  25      in.  So if you're --
```

12:58  1            Once again, the warehouse would have a

12:58  2       warehouse probe, and when you went down working at

12:58  3       warehouse, you clocked in down there and it would say

12:58  4       designation is the warehouse.  It's just designating

12:58  5       an area.

12:58  6  Q.   Okay.  And can we tell what type of work the person

12:58  7       did from that code, whether he was driving a forklift

12:58  8       or doing something else?

12:58  9  A.   In the warehouse?

12:58 10  Q.   Yes.

12:58 11  A.   The warehouse is -- there's -- there's lots of

12:58 12       singular activities going on there.  So at times there

12:58 13       is loading and unloading of dry goods coming in for

12:58 14       packaging material.  Then there's maintaining the

12:58 15       warehouse, keeping the floors swept, keeping the

12:58 16       spiderwebs down, you know, checking the rodent traps,

12:59 17       the bait station for the rodent traps, all that,

12:59 18       because it's -- it's not a -- we're not -- we're not

12:59 19       -- it's not like the refrigerated warehouse -- coolers

12:59 20       where we're constantly receiving and shipping product.

12:59 21            The warehouse is you receive product in, and

12:59 22       you keep the warehouse clean because you're just

12:59 23       sitting there until somebody comes and has a need, but

12:59 24       if we keep -- there's a person that stays there all

12:59 25       the time because you can't just send somebody back and

| | | |
|---|---|---|
| 12:59 | 1 | forth is what I'm saying.  Somebody has to be there in |
| 12:59 | 2 | case someone comes needing something. |
| 12:59 | 3 | Q.  And the forklift hourly type of work in 2022, is that |
| 12:59 | 4 | the same as what we discussed before with respect to |
| 12:59 | 5 | 2020? |
| 12:59 | 6 | A.  That should be.  Yeah.  That -- that's -- |
| 01:00 | 7 | If you're -- if you're clocked in under |
| 01:00 | 8 | forklift hourly, you should be in the area.  You're |
| 01:00 | 9 | not general labor, you're not packing labor, |
| 01:00 | 10 | therefore, you're clocking in on shipping and you're |
| 01:00 | 11 | probably going in as forklift hourly, like. |
| 01:00 | 12 | Q.  And the warehouse that you referred to, it's different |
| 01:00 | 13 | than the packing shed, it's some -- a building that's |
| 01:00 | 14 | separate from the packing shed? |
| 01:00 | 15 | A.  It's separate.  Yes. |
| 01:00 | 16 | Q.  Okay.  And you're not -- |
| 01:00 | 17 | With respect to the forklift, you're not |
| 01:00 | 18 | saying that forklift hourly doesn't mean that people |
| 01:00 | 19 | are driving a forklift, are you? |
| 01:00 | 20 | A.  I'm not saying that it does necessarily mean they're |
| 01:00 | 21 | driving a forklift.  I'm not saying that they don't |
| 01:00 | 22 | drive a forklift.  I'm just saying, when you go to |
| 01:00 | 23 | forklift hourly, that doesn't mean that the only thing |
| 01:00 | 24 | you're doing is driving a forklift or that you are |
| 01:01 | 25 | driving a forklift because forklift, you could be |

01:01  1      dumping colds.  So isn't a consistent thing.  You're

01:01  2      not sitting there doing that all day.  You're doing

01:01  3      tasks and then you go to the next task, but that would

01:01  4      have been clocked -- or could have been clocked in

01:01  5      under forklift hourly.

01:01  6   Q. Do you have any knowledge as the corporate designee

01:01  7      that forklift on the payroll record system doesn't

01:01  8      mean forklift?

01:01  9          MR. HELLER:  I mean, this is the -- I think

01:01  10     the second time you've asked the exact same question

01:01  11     now just as to this pay stub.

01:01  12          You can answer, Jon, but this is going to

01:01  13     take all day if we keep asking the exact same

01:01  14     questions.

01:01  15  A. I have knowledge -- corporate knowledge that being

01:01  16     clocked in under forklift hourly does not mean that

01:02  17     you are necessarily driving a forklift.

01:02  18  BY MR. KNOEPP:

01:02  19  Q. And there -- but it als- -- but it also can mean that

01:02  20     you did drive a forklift, right?

01:02  21  A. It can mean you did.  It doesn't mean you must.  It

01:02  22     wasn't that sophisticated.  It was just to get it over

01:02  23     into a plant because, like I said, the only thing we

01:02  24     were trying to track in that time period was packing

01:02  25     cost, how much did it cost us to pack the goods.

01:02  1        Everything else was considered part of overhead.

01:02  2    Q.  And there are no other corporate records that would

01:02  3        definitively say that this person didn't drive a

01:02  4        forklift during this week, right?

01:02  5    A.  No, that's right, and that was the goal of the cost

01:02  6        accounting was to try to get it where I could, but

01:02  7        that was a big fail.

01:02  8    Q.  Looking at the last page of the exhibit, there's

01:03  9        another new type of work listed here that we didn't

01:03 10        see on previous pages of the exhibit.  This one says

01:03 11        QA hourly - H2A.  Do you see that?

01:03 12    A.  I do.

01:03 13    Q.  And, again, this is a crew designation of shipping

01:03 14        department.

01:03 15             What does the crew and the type of work QA

01:03 16        hourly - H2A tell you about the work that would have

01:03 17        been done by this person in this week -- or on this

01:03 18        particular day?

01:03 19    A.  QA would have been if we get overran, so we got a lot

01:03 20        of problems -- we got a lot of problems in our

01:03 21        product, so we --

01:03 22             This is -- let me see the date on this.

01:03 23        Check date 7/9.

01:03 24    Q.  Says July of 2022.

01:03 25    A.  So we would have been in Georgia.  We got a Georgia

01:03  1      product here that had --

01:04  2           That date, 7/29, is the end of July.  That is

01:04  3      real late in the crop, really, really late.  We -- we

01:04  4      should have been -- we should have quit before then.

01:04  5      So that tell --

01:04  6  Q.  That's actually June -- just -- I don't -- I'm sorry

01:04  7      to interrupt you, but it's actually June 29th of 2022.

01:04  8  A.  I'm sorry.  I said July.  Yes.  I mean, we're in

01:04  9      Tennessee in July.  I meant June.  So that's really

01:04 10      late for our season.  We're -- we're supposed to be

01:04 11      done by that point.  So that --

01:04 12           If I see him clocked in QA hourly and he

01:04 13      doesn't have a designation before that, it lets me

01:04 14      know that they were overwhelmed down there with decay,

01:04 15      rot and problems, stuff like that.  They needed all

01:04 16      hands on deck digging through boxes trying to find

01:04 17      what -- where the issues were.

01:04 18  Q.  QA could also refer to quality assist -- quality

01:04 19      assurance related to product that was purchased by out

01:04 20      -- from outside entities, right?

01:04 21  A.  Yes.

01:05 22  Q.  And, in fact, one of the things we talked about before

01:05 23      was a QA review of outside produce could result in a

01:05 24      repack, correct?

01:05 25  A.  That's correct, and me seeing that -- like I said, I

01:05  1      don't personally know who this gentleman is, but me

01:05  2      seeing it, there's only -- that one designation is QA

01:05  3      hourly, leads me to know that he didn't -- that wasn't

01:05  4      his job was working QA, but they had to go down and

01:05  5      get clocked in at QA to assist the QA team with

01:05  6      digging through boxes and figuring out what was

01:05  7      rotten.

01:05  8  Q.  There's no way to know on -- from looking at this pay

01:05  9      stub which one it was, right?

01:05 10  A.  No.

01:05 11  Q.  And that's the same for the other pay stubs as we

01:05 12      discussed, right?

01:05 13  A.  Right.

01:05 14          MR. KNOEPP:  Let's go ahead and go off the

01:06 15      record.  Take a break.

      16          (Recess taken at 1:06 p.m.)

01:41 17          (Back on the record at 1:41 p.m.)

01:41 18  BY MR. KNOEPP:

01:41 19  Q.  All right.  Mr. Schwalls, we're back on the record

01:42 20      after a break for lunch.  You understand you're still

01:42 21      under oath?

01:42 22  A.  Yes, sir.

01:42 23  Q.  I'm sorry.  I can't hear you.

01:42 24  A.  Yes, sir.  Nothing?

01:42 25          MR. KNOEPP:  Go off the record again for a

01:42   1          second.

        2                    (Off the record at 1:42 p.m.)

01:42   3                    (Back on the record at 1:42 p.m.)

01:42   4                    MR. KNOEPP:  Okay.  Back on the record.

01:43   5    BY MR. KNOEPP:

01:43   6    Q.  And, Mr. Shawls, you understand you're still under

01:43   7        oath after the lunch break?

01:43   8    A.  Yes, sir.

        9                    (Deposition Exhibit 202 was presented and

        10                    subsequently marked for identification.)

01:43  11    BY MR. KNOEPP:

01:43  12    Q.  Going to present what's been marked as Exhibit 202.

01:43  13        Do you see that on your screen?

01:43  14    A.  Yes, sir.

01:43  15    Q.  And this is Defendants' responses to the Plaintiff's

01:43  16        interrogatories, correct?

01:43  17    A.  Yes, sir.

01:43  18    Q.  I'm going to go to the last page of the exhibit.

01:43  19                    Is that your signature on this page?

01:43  20    A.  Yes, sir.

01:43  21    Q.  Were you the person on behalf of Hamilton Growers who

01:43  22        verified the interrogatory responses?

01:43  23    A.  Yes, sir.

01:43  24    Q.  You don't have any reason to dispute these sworn

01:44  25        responses that were previously provided in the case,

01:44  1      do you?

01:44  2  A.  Will you repeat that?

01:44  3  Q.  Sure.  You don't have any reason to dispute these

01:44  4      sworn responses that were previously provided in the

01:44  5      case, do you?

01:44  6  A.  No, sir.

01:44  7  Q.  I want to go -- I want to ask questions about a couple

01:44  8      of the specific interrogatories.  The first one is

01:44  9      Interrogatory No. 1, which asks for -- to provide a

01:44 10      number of people who would have worked operating a

01:44 11      forklift in the packing shed.

01:44 12              Do you see that interrogatory?

01:44 13  A.  Yes, sir.

01:44 14  Q.  And the response -- there were a number of objections,

01:45 15      but ultimately the response was that 47 individuals

01:45 16      had a forklift designation on their pay stub.

01:45 17              Do you see that response?

01:45 18  A.  Yes, sir.

01:45 19  Q.  Do you have any reason to dispute that number?

01:45 20  A.  No, sir.

01:45 21  Q.  In looking at some documents that were provided to us

01:45 22      as part of discovery, there was some records related

01:45 23      to 2018 to 2020 and then some separate records related

01:45 24      to 2021 to 2024.

01:45 25              Are you familiar with the records that were

01:45  1    provided in support of some of the responses to the

01:45  2    interrogatories?

01:45  3  A.  I am.

01:45  4  Q.  And my understanding from the Famous payroll system is

01:46  5    that there was what sometimes is referred to as old

01:46  6    Hamilton Growers and -- which related to the 2018 to

01:46  7    2020 season; is that right?

01:46  8  A.  Yes, sir.

01:46  9  Q.  And then there's a newer what I would say database

01:46 10    within Famous that relates to 2021 through the

01:46 11    present; is that right?

01:46 12  A.  Correct.

01:46 13  Q.  When I looked at the documents related to 2018 to

01:46 14    2020, it did, in fact, show 47 people with the

01:46 15    forklift -- under the forklift designation, but there

01:46 16    was a separate document related to 2021 to 2024 that

01:46 17    showed a higher number, and I wanted to share that

01:47 18    exhibit -- or that spreadsheet with you and see if you

01:47 19    could walk me through it.  Okay?

01:47 20  A.  All right.

01:47 21  Q.  So I'm going to stop presenting this particular

01:47 22    exhibit and I'm going to share my screen, hopefully,

01:47 23    with -- and bring up a file that was labeled by the

01:47 24    Defendants Defendants 014140.xlsx, so it was an Excel

01:47 25    spreadsheet, and let me just see if I can share my

JONATHAN T. SCHWALLS - CORP. REP.                          JOB NO. 1619969
MAY 09, 2025

01:47  1      screen.

01:47  2              All right.  Are you able to see my screen

01:47  3      now?

01:47  4              MR. HELLER:  Jim, are you marking this as 203

01:47  5      or is this just a document you're asking him about?

01:47  6              MR. KNOEPP:  I'm not going to mark it I don't

01:47  7      think right now just because --

01:47  8              MR. HELLER:  That's fine.  That's fine.  I

01:47  9      was just looking.

01:47 10              MR. KNOEPP:  I'm identifying it by, like,

01:47 11      Bates -- or by the number, the file number.

01:47 12              MR. HELLER:  Um-hum.

      13  BY MR. KNOEPP:

01:48 14  Q.  And just want you to see --

01:48 15              Do you see the file name up here in the top

01:48 16      of the screen where I'm circling, Mr. Schwalls?

01:48 17  A.  I do.

01:48 18  Q.  Okay.  That's, again, Defendants 014140, and do --

01:48 19              Are you familiar with this particular

01:48 20      spreadsheet?

01:48 21  A.  Can you zoom?

01:48 22  Q.  That's a good question.  Yes, I should be able to.

01:48 23              Does that help?

01:48 24  A.  Yeah.  I can see it now.

01:48 25  Q.  Is this a spreadsheet that was generated by running a

01:48   1    report in the Famous system?

01:48   2              MR. HELLER:   Object to form.

01:48   3    A.   It's a spreadsheet that's prepared by one of the

01:48   4         payroll systems.

01:48   5    BY MR. KNOEPP:

01:48   6    Q.   Okay.  And when you say "systems," what are you

01:48   7         referring to?

01:48   8    A.   Well, we have the new system, which includes PET

01:49   9         Tiger, and then the old system, which included

01:49  10         Datatrax, and then both of them included Famous.

01:49  11    Q.   And the PET Tiger system is a -- is a timekeeping

01:49  12         application that was used by Hamilton Growers; is that

01:49  13         right?

01:49  14    A.   That's correct, and prior was Datatrax was used.

01:49  15    Q.   And when did the -- when did you switch over to using

01:49  16         PET Tiger?

01:49  17    A.   '21, but there was a -- there was a phase-in period.

01:49  18         So I'm not sure if it -- if we started in '20 and

01:49  19         transitioned at the beginning of the year of '21, but

01:49  20         there was some phase-in period.  So I'm not exactly

01:49  21         sure about the date, but, yes, '21 was -- was when we

01:49  22         started.

01:50  23    Q.   2021?  I'm sorry.

01:50  24    A.   Right.  It was -- I'm not sure that it was fully

01:50  25         implemented on the first day of 2021, but I think it

01:50   1       was.  I think we phased in in '20, were testing it and

        2       then rolled out at the beginning of '21.  So to my

01:50   3       knowledge, the whole year of '21 was captured that

01:50   4       way.

01:50   5   Q.  And prior to that, you were using a different

01:50   6       timekeeping system called Datatrax; is that right?

01:50   7   A.  That's correct.

01:50   8   Q.  And was that in place between 2018 and 2020?

01:50   9   A.  It was.

01:50  10   Q.  Did -- do both of those timekeeping systems

01:50  11       communicate with the Famous payroll system that you

01:50  12       use?

01:50  13   A.  That's correct.

01:50  14   Q.  And so is it your understanding that data gets

01:50  15       uploaded into the Famous system to help with the

01:50  16       payroll processes?

01:50  17   A.  It does.  The PET Tiger functions different than the

01:51  18       Datatrax, but they both provided the same function,

01:51  19       yes.

01:51  20   Q.  So you mentioned when we were talking about the Excel

01:51  21       spreadsheet that I pulled up on the screen that this

01:51  22       was generated from the systems that were in place, and

01:51  23       could you explain to me what you meant by that now

01:51  24       that we've gone through what the systems are?

01:51  25   A.  I don't understand the question.

01:51  1    Q.  Okay.  Sure.  Fair enough.  Thanks for letting me

01:51  2        know.

01:51  3            I'm trying to understand how this particular

01:51  4        document was generated.  Do you know?

01:51  5    A.  So the data is moved -- is captured by either Datatrax

01:52  6        or PET Tiger and then it is exported from Datatrax

01:52  7        where it is -- there's another word, I forgot it, but

01:52  8        anyway, it's -- it's pushed into -- from PET Tiger

01:52  9        into the Famous system.

01:52 10    Q.  And was this spreadsheet that we're looking at

01:52 11        generated out of the Famous system?

01:52 12    A.  What dates is that?

01:52 13    Q.  If you look here where I'm showing my cursor here, it

01:52 14        says year 2021, 2022, 2023, and 2024, and it looks

01:52 15        like it has a little filter function up here, and it

01:52 16        looks like it was also filtered to show Georgia and

      17        Tennessee.

01:52 18            Do you see what I'm pointing at there?

01:52 19    A.  Yes, sir.

01:52 20    Q.  Does that help -- does that help answer your question

01:52 21        about what years this was for?

01:52 22    A.  It does.  I'm just making sure we were on the new

01:53 23        system.

01:53 24            So it was.  It was pulled from Famous.

01:53 25    Q.  And this -- the worksheet that we're looking at here

01:53  1        says Forklift Operator's Report.  Do you see that?

01:53  2    A.  I do.

01:53  3    Q.  And so what is a Forklift Operator's Report?  Do you

01:53  4        know how you run that in Famous to get this

01:53  5        spreadsheet that we're looking at?

01:53  6    A.  There would be the... for the lack of a better term,

01:53  7        the type.  We said -- we were looking at the pay stubs

01:53  8        earlier.  So that would be how the person was

01:53  9        designated as their -- as their functionality of where

01:53 10        -- what their job is, what the activity may be, where

01:53 11        they clock in.

01:53 12    Q.  And this particular spreadsheet, if you can see here,

01:54 13        there are 74 lines in the spreadsheet.  Do you see

01:54 14        that?

01:54 15    A.  I do.

01:54 16    Q.  Or rows, and -- but six of those rows make up the

01:54 17        header of the spreadsheet.  Do you see that?

01:54 18    A.  I do.

01:54 19    Q.  And so that leaves us with 68 rows that identify

01:54 20        individual employees, correct?

01:54 21    A.  Correct.

01:54 22    Q.  That are part of the pay -- the Forklift Operator's

01:54 23        Report that was generated from the payroll system,

01:54 24        right?

01:54 25    A.  Right.

01:54  1    Q.  And so before when we were talking about the

01:54  2        interrogatory response that said there were 47 people

01:54  3        with forklift operator designation, is it -- is the

01:54  4        number really somewhere between 68 and perhaps 100

01:54  5        people who worked between 2018 and 2024 with a

01:54  6        forklift operator designation at some point in time?

01:54  7            MR. HELLER:  Object to form.

01:55  8    A.  The 47 had forklift designation on their pay stub.

01:55  9        So...

01:55 10            I'm -- I'm sorry.  I'm -- I'm drawing a blank

01:56 11        here.

01:56 12    BY MR. KNOEPP:

01:56 13    Q.  Well, let me ask this question.  Is it -- is it fair

01:56 14        to say that between 2018 and 2024, the payroll records

01:56 15        show that at least 68 people worked at Hamilton

01:56 16        Growers and at some point in time in the payroll

01:56 17        system it shows that they were desig- -- they had a

01:56 18        forklift designation in the payroll records?

01:56 19    A.  Right.  That's -- that's what that shows, that there

01:56 20        was some designation for Forklift Operator's Report.

01:56 21    Q.  This spreadsheet we're looking at shows 2021 to 2024.

01:56 22        We know this shows 68 people, right?

01:56 23    A.  Right.

01:56 24    Q.  And then there's another 47 that -- from 2018 to 2020

01:57 25        that also had a similar designation in the payroll

01:57  1        records, right?

01:57  2    A.   Okay.  I'm sorry.  I forgot that this is just '21 to

01:57  3         '24 and that the interrogatory was about '18 forward.

01:57  4              Yes.  I'm good now.  I gotcha.

01:57  5    Q.   Okay.  So there could be some people who appear on

01:57  6         both the 2021 to 2024 report and the report from 2018

01:57  7         to 2020, correct?

01:57  8    A.   There could be.  Yes.

01:57  9    Q.   And so the number would be somewhere above 68, and if

01:57 10         there were no duplicates, it could be as high as 115,

01:57 11         correct?

01:57 12    A.   The math -- the math does -- yeah, that calculates.

01:58 13    Q.   Okay.  All right.  Pull that spreadsheet down and go

01:58 14         back to Exhibit 202, which is the interrogatory

01:58 15         responses.

01:58 16              Is it still doing screen share?

01:58 17              MR. HELLER:  It's tiny.

01:58 18              MR. KNOEPP:  Okay.  Does that work or --

01:58 19              MR. HELLER:  I can still barely see it.

01:58 20              MR. MORTON:  I wonder if you're in some

01:58 21         different setting or some -- it seems different than

01:58 22         before.

01:58 23              MR. KNOEPP:  Yeah.  Okay.  Let's go off the

01:58 24         record for just a second.

      25              (Off the record at 1:58 p.m.)

```
        1              (Back on the record at 2:00 p.m.)

        2    BY MR. KNOEPP:

02:00   3    Q.  All right.  I've displayed again Exhibit 202, which

02:00   4        is the interrogatory responses.  Do you see those,

02:00   5        Mr. Schwalls?

02:00   6    A.  Yes.

02:00   7    Q.  And in response to Interrogatory No. 3 -- or, sorry,

02:00   8        Interrogatory No. 2, you indicated that 27 people had

02:00   9        either maintenance, sanitation, or PS-S-a-n-i/Main,

02:00  10        M-a-i-n, on their check stubs during the time period

02:00  11        2018 to 2024.  Do you see that?

02:00  12    A.  I do.

02:00  13    Q.  Any --

02:00  14              There's no reason to dispute that prior sworn

02:00  15        response, is there?

02:00  16    A.  No, sir.

02:01  17    Q.  And then on Interrogatory No. 3, which asked about

02:01  18        people who performed mechanic work on equipment or

02:01  19        machinery as one of their job duties, again, after

02:01  20        some objections and noting how the response was being

02:01  21        qualified, the response was that approximately 35

02:01  22        workers would have performed maintenance work in the

02:01  23        packing shed.  Do you see that response?

02:01  24    A.  I do.

02:01  25    Q.  Any -- there's a --
```

02:01  1              Do you have any reason to dispute that

02:01  2        number?

02:01  3    A.  No.

02:01  4    Q.  These are numbers that you arrived at by looking at

02:01  5        the company's payroll records?

02:01  6              MR. HELLER:  Object to form.

02:01  7    A.  These were numbers that were provided to me by people

02:01  8        who knew how to look at the payroll records.

02:01  9    BY MR. KNOEPP:

02:01 10    Q.  Well, that was going to be my next question.  So

02:01 11        thanks for -- thanks, Marty, for his objection and

02:02 12        thank you for the clarification.

02:02 13              So did you review the records or did somebody

02:02 14        else at the company do that?

02:02 15    A.  Someone else would have reviewed the record.  I'm, you

02:02 16        know, not that savvy with those systems.

02:02 17    Q.  Who was the person who did that or the people who did

02:02 18        that?

02:02 19    A.  It came out of HR department.  I'm not -- I don't know

02:02 20        exactly the -- I can't tell you the exact person who

02:02 21        performed the task.  It was given to me from the HR

02:02 22        department, though.

02:02 23    Q.  Okay.  And is the HR department the Hamilton Growers'

02:02 24        HR department?

02:02 25    A.  It is.

02:02  1    Q.  Are those actual Hamilton Growers employees or are

02:02  2        they like you, a Southern Valley employee doing work

02:02  3        on behalf of Hamilton Growers?

02:02  4    A.  The HR department is under one of the directors at

02:02  5        Southern Valley, the director of operation support.

02:02  6        So HR is under her.  So I requested the information,

02:02  7        and she or someone that she directed retrieved the

02:03  8        information.

02:03  9    Q.  Who -- who was the person who's the director of the HR

02:03 10        department or the operational support department?

02:03 11    A.  Courtney Griffin.

02:03 12    Q.  That's Courtney Griffin Hamilton?

02:03 13    A.  Courtney Hamilton Griffin.

02:03 14    Q.  Or Hamilton Griffin.  I'm sorry.  Yeah.  Sorry.

02:03 15            How many people work in that department, do

02:03 16        you know?

02:03 17    A.  She's got... there's two that would have been --

02:03 18        there's two that -- that --

02:03 19            There's one that was involved for sure

02:03 20        because he generate -- he prepared the document, but

02:03 21        he's not in HR, and then there's someone else who

02:04 22        works in payroll, which I don't know if Courtney or if

02:04 23        she retrieved the information.

02:04 24    Q.  Who are those people who you think may have helped

02:04 25        out?

JONATHAN T. SCHWALLS - CORP. REP.                           JOB NO. 1619969
MAY 09, 2025

| | | |
|---|---|---|
| 02:04 | 1 | A. Well, someone who could have retrieved the information |
| 02:04 | 2 | would be named Colene Flowers. |
| 02:04 | 3 | Q. Okay. |
| 02:04 | 4 | A. The person that would have prepared that Excel |
| 02:04 | 5 | spreadsheet, his name's Paulo Vargas. |
| 02:04 | 6 | Q. And those are Southern Valley employees who work in |
| 02:04 | 7 | the HR department for Southern Valley? |
| 02:04 | 8 | A. Paulo works in IT and Colene works in payroll. |
| 02:04 | 9 | Q. Okay. But Southern Valley employees; is that right? |
| 02:04 | 10 | A. They are. |
| 02:04 | 11 | Q. Did you say Paulo, P-a-u-l-o? |
| 02:05 | 12 | A. Correct. |
| 02:05 | 13 | Q. And the people who you were just mentioning who work |
| 02:05 | 14 | on payroll, or the person, Colene Flowers, who you |
| 02:05 | 15 | mentioned works on payroll, does the -- does she also |
| 02:05 | 16 | handle the payroll for times when workers are employed |
| 02:05 | 17 | in Tennessee? |
| 02:05 | 18 | A. For a portion of that time. |
| 02:05 | 19 | Q. What do you mean by "a portion of that time?" |
| 02:05 | 20 | A. Prior we had a FLC, a federal labor contractor, and |
| 02:06 | 21 | the federal labor contractor would have submitted |
| 02:06 | 22 | payroll. |
| 02:06 | 23 | Q. So maybe -- I think if I -- let me see if I understand |
| 02:06 | 24 | right. So -- |
| 02:06 | 25 | Well, let me ask this question first. |

02:06  1        Between 2018 and 2024 when the workers -- when any

02:06  2        workers went to work in Tennessee, was the payroll for

02:06  3        those workers handled by the same people who would

02:06  4        handle the payroll for Hamilton Growers when people

02:06  5        worked in Georgia?

02:06  6   A.   Yes.

02:06  7   Q.   And whenever you were referring to a farm labor

02:06  8        contractor, were you referring to a time prior to 2018

02:06  9        when people --

02:06 10   A.   Yes.

02:06 11   Q.   -- may have been employed by a farm labor contractor

02:06 12        and paid by them instead of by Hamilton Growers?

02:06 13   A.   Yes.

02:06 14   Q.   Okay.  I understand.  Thank you.

02:06 15   A.   Because -- I'm not -- I'm not overclear about that

02:07 16        time period because I hadn't really thought about it

02:07 17        until you asked that question.

02:07 18   Q.   Was that -- was the farm labor contractor Lauro

02:07 19        Martinez?

02:07 20   A.   No.

02:07 21   Q.   Or Delfino Rodriguez?

02:07 22   A.   Yes.

02:07 23   Q.   Delfino?

02:07 24   A.   That was prior to, and I'm not sure that...

02:07 25             No.  No, that wouldn't be right.

02:07  1          We would have -- we would have prepared all

02:07  2      the payrolls and paid individuals.

02:07  3  Q.  For all time periods or you're referring now to 2018

02:07  4      through 2024?

02:07  5  A.  For all time periods.  I was just trying to think that

02:07  6      back through, I'm sorry, because I was trying to think

02:07  7      about how that worked, but, no, we -- we would have

02:07  8      prepared payrolls.

02:07  9  Q.  Okay.  And the people who processed the payroll are

02:08 10      located there in Norman Park?

02:08 11  A.  Correct.

02:08 12  Q.  When we were talking before about the -- in particular

02:08 13      about the forklift operators who would go and work in

02:08 14      Tennessee for a one- or two-month period or -- and...

02:08 15          Approximately how many people who did either

02:08 16      forklift or maintenance work would go and work in

02:08 17      Tennessee each year?

02:08 18  A.  The number -- the number increased as the years went.

02:09 19      So I would say from, I think -- going back to 2018, I

02:09 20      think it was about 12.  '24 that number was maybe --

02:09 21      maybe 18.

02:09 22  Q.  And, again, we could get -- it's not the same --

02:09 23          Is it the same people every year or did the

02:09 24      people change from year to year?

02:09 25  A.  Well, there's additions, so those -- obviously, but

02:09  1        for the most part, to my knowledge, it's reoccurring

02:10  2        people that go to Tennessee.

02:10  3    Q.  We could look at the payroll records --

02:10  4    A.  Right.

02:10  5    Q.  -- and -- and maybe run a report based on the crew

02:10  6        called Henderson to figure out exactly who may have

02:10  7        done that work in any given year, right?

02:10  8    A.  We can.

02:10  9    Q.  But even the -- I think, the spreadsheet that we were

02:10 10        looking at before that had -- the Forklift Operator's

02:10 11        Report had a tab called Payroll that would also

02:10 12        include the payroll for work in Tennessee, I think,

02:10 13        correct?

02:10 14    A.  Correct.

02:10 15    Q.  It wasn't a separate payroll system that only

02:10 16        contained the Tennessee work, was it?

02:11 17    A.  No.

02:11 18    Q.  When we were looking at the check stubs before, we

02:11 19        talked a little bit about the crew field that appears

02:11 20        on the check stub.

02:11 21             Do you know the names of the different crews

02:11 22        that would have applied to the people working in the

02:11 23        packing shed as forklift operators?

02:11 24    A.  Restate that question and tell me which location

02:11 25        you're referring to.

02:11   1   Q.   Sure.   Okay.   I'm back to Georgia now.   So we're back

02:11   2        to Georgia for now, okay, and we're talking about the

02:11   3        Georgia packing shed, and I wanted to know what are

02:11   4        the different names of the crews that forklift

02:12   5        operators could be assigned to -- or were assigned to

02:12   6        in the packing shed in Georgia.   We looked at one

02:12   7        before that said shipping, for example, right?

02:12   8   A.   Shipping could have forklift designation.   Packing

02:12   9        could have a forklift designation.   It's available.   I

02:12  10        don't know that it's -- that it's used, but there's

02:12  11        one available in packing shed, so you see one over

02:12  12        there.

02:12  13   Q.   Any others?

02:12  14   A.   Not -- not to my knowledge.   I don't -- I don't think

02:13  15        the...

02:13  16             Maintenance, I don't think maintenance has a

02:13  17        designation for forklift in it.   I don't -- I don't

02:13  18        think that the PS-Sani/Main, I don't think it has a

       19        forklift designation in it.

       20             (Clarification requested

       21              by the court reporter.)

       22   BY MR. KNOEPP:

02:13  23   Q.   And just for the record, Mr. Schwalls, does that refer

02:13  24        -- does PS refer to Packing Shed?

02:13  25   A.   Right.

02:14  1    Q.   Sani, S-a-n-i, refers to sanitation; is that right?

02:14  2    A.   Right.

02:14  3    Q.   And Main, M-a-i-n, refers to maintenance, correct?

02:14  4    A.   Right.

02:14  5    Q.   So in full, that crew would be called Packing Shed -

02:14  6         Sanitation/Maintenance, correct?

02:14  7    A.   Right.

02:14  8    Q.   Okay.  And you were saying that you didn't believe

02:14  9         that those crews had a designation for forklift, and

02:14 10         so let me ask this question.  Whatever crew somebody

02:14 11         is assigned to in the payroll system, does that limit

02:14 12         the types of work that can be -- that can be assigned

02:14 13         to them in the payroll system that they did?

02:14 14    A.   When you're talking about like maintenance and

02:14 15         sanitation, I don't -- I don't think there's a

02:15 16         designation for forklift in there because forklifts --

02:15 17         and I don't mean this to sound silly, but there's not

02:15 18         a designation for sweeping a floor and that either.

02:15 19         It's kind of an all-encompassing thing.  You may need

02:15 20         to drive a forklift and move things.  You may need to

02:15 21         drive a forklift to dump trash.  You may need to drive

02:15 22         a forklift to do a lot of things, but you also may do

02:15 23         a lot of other things in that.

02:15 24              So I'm -- I don't think that there would be

02:15 25         -- in my mind, it wouldn't make sense to have a

02:15  1    forklift designation in there because that's not like

02:15  2    a, quote-unquote, job where -- a forklift's included,

02:15  3    but it's not the primary responsibility in repack.

02:15  4  Q.  Okay.  Understand.  Understand.

02:15  5        Well, people who... yeah.  So like people who

02:15  6    operate forklifts could be in sanitation and people

02:16  7    who operate forklifts could also be involved in

02:16  8    maintenance, right?

02:16  9  A.  The people that are --

02:16  10       From what -- from what -- from which crew are

02:16  11   you speaking about?  I'm sorry.

02:16  12 Q.  Well, I guess I was speaking -- I wasn't being

02:16  13   specific to any crew.

02:16  14       It sounds like what you were saying was that

02:16  15   people could do a number of different tasks whether

02:16  16   they're designated as a maintenance crew or a

02:16  17   sanitation crew or a forklift crew, they could do any

02:16  18   one of those tasks, right?

02:16  19 A.  Right.  They get cross-utilized no matter what

02:16  20   department they're in other than packing, for example.

02:16  21   Someone in packing would be involved in sweeping the

02:16  22   floors, that kind of thing, but they do cross-function

02:16  23   that way.

02:17  24 Q.  Okay.  Do people in a particular crew, do they all

02:17  25   have the same supervisor?

| | | |
|---|---|---|
| 02:17 | 1 | A. Do any people in a particular crew... |
| 02:17 | 2 | I don't think I understood you right there. |
| 02:17 | 3 | Q. Okay. Sure. So -- well, maybe it'll be helpful if we |
| 02:17 | 4 | pick one of the crews. |
| 02:17 | 5 | So the sanitation/maintenance crew. Do all |
| 02:17 | 6 | of the people who were assigned to that crew, do they |
| 02:17 | 7 | all have the same supervisor or supervisors? |
| 02:17 | 8 | A. They would have. Yes. |
| 02:17 | 9 | Q. And between 2018 and 2024, who were those people or |
| 02:17 | 10 | person if it was just one person? |
| 02:17 | 11 | A. Michael Norman. |
| 02:17 | 12 | Q. Was it just Mr. Norman? |
| 02:17 | 13 | A. He -- he left in -- sometime in the year '24. So he |
| 02:18 | 14 | left sometime in the year of '24, yes. |
| 02:18 | 15 | Q. And had he been there for a number of years prior to |
| 02:18 | 16 | that? |
| 02:18 | 17 | A. Yes, sir. Probably since 2011 or '12, something like |
| 02:18 | 18 | that. |
| 02:18 | 19 | Q. What about with respect to the maintenance -- well, |
| 02:18 | 20 | yeah -- the maintenance crew designation? Was that |
| 02:18 | 21 | also Mr. Norman who was the supervisor? |
| 02:18 | 22 | A. Yes, sir. |
| 02:18 | 23 | Q. And I've seen some crews that -- in the payroll |
| 02:18 | 24 | records that just refer -- that are called Michael's |
| 02:18 | 25 | or Michael's Crew. |

02:18  1          Is that a crew name that was used to refer to

02:19  2      those maintenance or sanitation workers as well?

02:19  3  A.  Yes, sir.

02:19  4  Q.  Did anybody replace Mr. Norman as the supervisor of

02:19  5      those crews when he left?

02:19  6  A.  No, sir.

02:19  7  Q.  Who's handling the supervision of those workers now?

02:19  8  A.  There's -- there's not a direct person.  They're just

02:19  9      their team.  They're just a team of people.  We

02:19 10      eliminated that position when he left.

02:19 11  Q.  And what about with respect to the forklift operators

02:19 12      in the shipping department?  Who was their supervisor

02:19 13      or supervisors?

02:19 14  A.  Juan Garza.

02:19 15  Q.  He's sometimes referred to as Lalo, L-a-l-o, Garza; is

02:19 16      that right?

02:19 17  A.  That's correct.

02:20 18  Q.  Anybody else?

02:20 19  A.  That would have been their direct in shipping.

02:20 20          When I -- clarification again.  When I say --

02:20 21      when I'm saying "shipping," I'm speaking to the

02:20 22      shipping docks where product's received -- the outside

02:20 23      purchased product's received and where we ship out of.

02:20 24  Q.  Okay.  Understood.

02:20 25          And Mr. Garza was the supervisor of those

02:20  1      forklift operators, right?

02:20  2   A.   That would be correct.

02:20  3   Q.   And we talked about some other forklift operators who

02:20  4      didn't do that work on the shipping side, right?

02:20  5   A.   Talk about some?

02:20  6   Q.   Yeah.  You mentioned that there were some forklift

02:20  7      operators who didn't have the same level of training

02:20  8      and so --

02:20  9   A.   Correct.

02:20 10   Q.   -- didn't work on that side; is that right?

02:20 11   A.   Correct.

02:20 12   Q.   Who were those people supervised by?

02:20 13   A.   Well, during that time period, let's see, '18 to '24,

02:21 14      Mario Esparza.

02:21 15   Q.   And did he supervise all of the forklift operators on

02:21 16      the other side of the packing shed?

02:21 17   A.   Well, the ones that... yes.  All the ones that are on

02:21 18      that end.  That's correct.

02:21 19   Q.   Did Mr. Garza, Lalo Garza, did he have authority over

02:21 20      any of the forklift operators regardless of which part

02:21 21      of the warehouse they were working in?

02:21 22   A.   He did not.

02:21 23   Q.   He only had authority over a certain subset of the

02:21 24      forklift operators?

02:21 25   A.   That's correct.

| | | |
|---|---|---|
| 02:21 | 1 | Q. And who does Mario Esparza report to, do you know? |
| 02:22 | 2 | A. Chandler Grimes. |
| 02:22 | 3 | Q. And I believe Mr. Grimes we identi- -- |
| 02:22 | 4 | I'm sorry. What is -- was Mr. Grimes' |
| 02:22 | 5 | position? |
| 02:22 | 6 | A. He's the packing shed manager. |
| 02:22 | 7 | Q. Okay. And he reports to Mr. Hendrick, who is the |
| 02:22 | 8 | packing and warehouse director; is that right? |
| 02:22 | 9 | A. Correct. |
| 02:22 | 10 | Q. And what about Lalo Garza? Who does he report to? |
| 02:23 | 11 | A. Chandler Grimes. |
| 02:23 | 12 | Q. And like Mr. -- well, strike that. |
| 02:23 | 13 | Mr. Grimes, is he an employee of Southern |
| 02:23 | 14 | Valley or an employee of Hamilton Growers? |
| 02:23 | 15 | A. Southern Valley. |
| 02:23 | 16 | Q. What about Lalo Garza? Is he also an employee of |
| 02:23 | 17 | Southern Valley? |
| 02:23 | 18 | A. Southern Valley. |
| 02:23 | 19 | Q. And Mr. Esparza? Is he an employee of Southern |
| 02:23 | 20 | Valley? |
| 02:23 | 21 | A. Southern Valley. |
| 02:23 | 22 | Q. Does Hamilton Grower -- |
| 02:23 | 23 | Do Hamilton Growers and Southern Valley have |
| 02:23 | 24 | any type of employee sharing agreements? |
| 02:23 | 25 | A. We do not. |

02:24  1  Q.  Okay.  I'm going to switch gears a little bit, Mr.

02:25  2      Schwalls.  I want to talk a little bit -- get out of

02:25  3      the supervision and the job duties and things like

02:25  4      that for just a moment in the packing shed and talk

02:25  5      about the process to get H-2A workers to work at

02:25  6      Hamilton Growers.

02:25  7           Hamilton Growers used the H-2A program to

02:25  8      fill its labor needs between 2018 and 2024, correct?

02:25  9  A.  Correct.

02:25 10  Q.  In fact, it's used the H-2A program every year since

02:25 11      about 1998; is that right?

02:25 12  A.  Correct.

02:25 13  Q.  As a general matter, approximately how many H-2A

02:25 14      workers did Hamilton Growers request each year between

02:25 15      2018 and 2024?

02:25 16           MR. HELLER:  All right.  I'm going to object

02:25 17      to that.  That's way outside the scope of the topics.

02:25 18      It's outside the relevancy of the case.

02:26 19           You can answer, if you know, to the best of

02:26 20      your personal knowledge.

02:26 21  A.  8 -- 8, 900.

02:26 22  BY MR. KNOEPP:

02:26 23  Q.  And -- but not all of those people worked as forklift

02:26 24      operators or maintenance employees or sanitation

02:26 25      workers, to get to Mr. Heller's objection, right?

02:26  1  | A.  Correct.

02:26  2  | Q.  It's a smaller subset of H-2A workers who worked

02:26  3  |     driving forklifts or doing maintenance or sanitation

02:26  4  |     work; is that right?

02:26  5  | A.  Correct.

02:26  6  | Q.  And when you use the figure 800 to 900, you're talking

02:26  7  |     about every year, right?

02:26  8  | A.  Correct.  I mean, that range.

02:26  9  | Q.  And the process to -- of employing H-2A workers

02:27 10  |     involves the filing of an application with the

02:27 11  |     government as the first step, right?

02:27 12  | A.  First step, filling certified, and then you -- right,

02:27 13  |     then your next step, you just said.

02:27 14  | Q.  And in order to get certified, you need to be

02:27 15  |     certified by the government in order to be able to

02:27 16  |     employ H-2A workers, right?

02:27 17  | A.  Correct.

02:27 18  | Q.  And to do that you submit an application to the

02:27 19  |     government to get it certified, right?

02:27 20  | A.  Correct.

02:27 21  | Q.  And Hamilton Growers filed multiple applications each

02:27 22  |     year to get that kind of approval, right?

02:27 23  | A.  Correct.

02:27 24  | Q.  And do you understand that there's a form called an

02:27 25  |     ETA-790 or a clearance order that's part of that

| | | |
|---|---|---|
| 02:27 | 1 | process? |
| 02:27 | 2 | A.   I do. |
| 02:27 | 3 | Q.   That's what gets certified, like you were just talking |
| 02:28 | 4 | about, in order to move on to the next step in the |
| 02:28 | 5 | process, right? |
| 02:28 | 6 | A.   Right. |
| 02:28 | 7 | Q.   And the ETA-790 sets out the terms and conditions |
| 02:28 | 8 | under which people will be working as H-2A workers, |
| 02:28 | 9 | correct? |
| 02:28 | 10 | A.   Correct. |
| 02:28 | 11 | Q.   So we have -- we have a stipulation that we have |
| 02:28 | 12 | agreed to between counsel that's going to hopefully |
| 02:28 | 13 | save us a lot of time, so we don't have to go through |
| 02:28 | 14 | all of these orders because my understanding is there |
| 02:28 | 15 | were maybe like eight or nine orders a year.  So we |
| 02:28 | 16 | have a stipulation that we've agreed to about those |
| 02:28 | 17 | orders, but I do want to at least go through one or |
| 02:28 | 18 | two just to -- for illustrative purposes.  Okay? |
| 02:28 | 19 | So let me mark as Exhibit 203... |
| | 20 | (Deposition Exhibit 203 was presented and |
| 02:29 | 21 | subsequently marked for identification.) |
| 02:29 | 22 | BY MR. KNOEPP: |
| 02:29 | 23 | Q.   And if you would rather navigate this exhibit, it's -- |
| 02:29 | 24 | you can see it's 36 pages, just let me know and I can |
| 02:29 | 25 | close it and have you present it if you wanted to go |

02:29  1        through it page by page, but first of all, do you

02:29  2        recognize this document?

02:29  3    A.  I do.

02:29  4    Q.  And this -- the first page, it shows that it's an

02:29  5        ETA-790 Agriculture Clearance Order, right?

02:29  6    A.  Correct.

02:29  7    Q.  And this particular document has the Bates label Defs.

02:29  8        008906.  Do you see that in the bottom right-hand

02:29  9        corner?

02:29 10    A.  I do.

02:29 11    Q.  And going to the third page of the exhibit, this is a

02:29 12        form ETA-790A.  Do you see that at the top of the

02:29 13        document?

02:29 14    A.  I do.

02:30 15    Q.  And, again, this is part of the process -- the forms

02:30 16        that need to be filled out in order to get

02:30 17        certification from the U.S. Department of Labor to

02:30 18        employ H-2A workers, right?

02:30 19    A.  Right.

02:30 20    Q.  And just -- I think I may have -- I'm not sure that I

02:30 21        clearly stated it on the record, but this has been

02:30 22        marked as Exhibit 203 for the record.

02:30 23            This particular order, you can see here it's

02:30 24        requesting 291 workers with a beginning date of March

02:30 25        1st, 2022, right?

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

02:30  1    A.  Right.

02:30  2    Q.  And an end date of December 31st, 2022?

02:30  3    A.  Right.

02:30  4    Q.  And going further down -- or, sorry, at the top of the

02:30  5        -- it lists the job title as Farm Workers, correct?

02:30  6    A.  Correct.

02:30  7    Q.  The job title that's listed here on the form was

02:31  8        intended to apply to all 291 workers that were needed;

02:31  9        is that right?

02:31 10    A.  Correct.

02:31 11    Q.  And we can see at the very bottom of this form where

02:31 12        it says -- do you see where it says H-2A Case Number

02:31 13        and has some numbers after that?

02:31 14    A.  I do.

02:31 15    Q.  And then the next thing, it says Case Status:  Full

02:31 16        Certification.  Do you see that?

02:31 17    A.  I do.

02:31 18    Q.  And do you understand that to mean that this

02:31 19        particular clearance order was certified by the U.S.

02:31 20        Department of Labor to allow Hamilton Growers to go on

02:31 21        to the next step in the process to obtain H-2A

02:31 22        workers?

02:31 23    A.  That's correct.

02:31 24    Q.  Just going down a couple more pages here.  I'm sorry.

02:32 25        Maybe it was further at the top.  I'm trying to see.

02:32   1        I may have missed it.

02:32   2             Well, let me ask this.  Between 2018 and

02:32   3        2024, did Hamilton Growers ever file a separate H-2A

02:32   4        application for forklift operators?

02:32   5   A.   No.

02:32   6   Q.   And between 2020 -- 2018 and 2024, did Hamilton

02:32   7        Growers ever file a separate H-2A application for

02:32   8        maintenance workers?

02:32   9   A.   No.

02:32  10   Q.   During the same time period, did Hamilton Growers ever

02:32  11        file a separate application for sanitation workers?

02:32  12   A.   No.

02:32  13   Q.   And between 2018 and 2024, did Hamilton Growers ever

02:32  14        file a separate H-2A application for any mechanics of

02:32  15        any kind?

02:32  16   A.   No.

02:32  17   Q.   So going down to the page that ends with Bates number

02:33  18        8915, it shows that this document was digitally signed

02:33  19        by Kent Hamilton as the President of Hamilton Growers;

02:33  20        is that right?

02:33  21   A.   Right.

02:33  22   Q.   And it says that the person who's signing declares,

02:33  23        under penalty of perjury, that they have read and

02:33  24        reviewed the clearance order.  Do you see that?

02:33  25   A.   Right.

02:33  1    Q.  And that the clearance order describes the actual

02:33  2        terms and conditions of the employment being offered

02:33  3        and contains all the material terms and conditions of

02:33  4        the job, correct?

02:33  5    A.  Right.

02:33  6    Q.  That signature constituted a verification that the job

02:33  7        described was accurate.  Yes?

02:33  8    A.  That's correct.

02:33  9    Q.  Did...

02:34  10               I was asking you before about whether a

02:34  11       separate application had been filed for forklift

02:34  12       operators or maintenance and sanitation workers.

02:34  13               Did Hamilton Growers ever file an H-2B

02:34  14       application between 2018 and 2024 for any of those

02:34  15       types of jobs?

02:34  16   A.  No.

02:34  17   Q.  The -- I'm going to scroll down through the exhibit

02:34  18       further to a page that ends at 8931.  So sorry if

02:35  19       it...

02:35  20               Are you able to see page 8931?

02:35  21   A.  Some of it.  Yes.

02:35  22   Q.  And, again, I'm referring to the Bates label that's in

02:35  23       the bottom right-hand corner.

02:35  24               Do you see those numbers in the bottom

02:35  25       right-hand corner of the document?

02:35  1    A.   I do.

02:35  2    Q.   So on page -- the page that's Bates labeled 8931

02:35  3         there's a section called Job Duties.  Do you see that?

02:35  4    A.   There is.

02:35  5    Q.   The information that's contained in this section

02:35  6         labeled Job Duties, is that information that was

02:35  7         supplied by Hamilton Growers?

02:35  8    A.   It is.

02:35  9    Q.   And then there's some information here about

02:35 10         deductions from pay, referral and hiring instructions.

02:35 11         There's additional job duties and information about

02:36 12         housing and transportation.

02:36 13              Do you see that where -- housing and --

02:36 14    A.   Right.

02:36 15    Q.   Great.

02:36 16              And then on the doc- -- the page that's --

02:36 17         that ends with Bates number 8941, there is a section

02:36 18         called Pay Deductions.  Do you see that?

02:36 19    A.   I do.

02:36 20    Q.   In that section there is a sentence, and I'll try and

02:36 21         zoom in here so you can see it.  There's a sentence

02:36 22         that says, "Work performed under the contract is

02:36 23         exempt from federal overtime pay requirements under

02:36 24         the Fair Labor Standards Act (FLSA)."

02:36 25              Do you see that?

02:36  1   A.  I do.

02:36  2   Q.  Hamilton Growers included that representation as part

02:36  3       of the H-2A application process, right?

02:37  4   A.  Right.

02:37  5   Q.  It then goes on to say, quote, "Workers are only

02:37  6       eligible for overtime pay for workweeks in which a

02:37  7       worker performs non-exempt work activities (in which

02:37  8       case overtime pay will apply at 1.5 times the regular

02:37  9       rate of pay for all hours worked in excess of 40 in

02:37 10       such workweek)."

02:37 11            Do you see that?

02:37 12   A.  I do.

02:37 13   Q.  That was an express statement that Hamilton Growers

02:37 14       made as part of the H-2A application process, right?

02:37 15   A.  Correct.

02:37 16   Q.  Part of the terms and conditions of employment,

02:37 17       correct?

02:37 18   A.  Correct.

02:37 19   Q.  Did Hamilton -- Hamilton Growers believe that the

02:37 20       provisions contained in this ETA-790 filing would

02:37 21       apply to all of its H-2A workers?  Yes?

02:37 22   A.  Correct.

02:37 23   Q.  And made similar statements regarding overtime pay in

02:38 24       other H-2A applications that it filed in 2022, right?

02:38 25   A.  Correct.

02:38  1    Q.  And, in fact, did that in other years between 2018 and

02:38  2        2024, right?

02:38  3    A.  Correct.

02:38  4    Q.  Were workers in Mexico provided a copy of this ETA-790

02:38  5        form that was filed in 2022 prior to them obtaining a

02:38  6        visa?

02:38  7                MR. HELLER:  Object to form.

02:38  8    A.  Say -- repeat your question for me, please.

02:38  9    BY MR. KNOEPP:

02:38 10    Q.  Sure.  Were workers in Mexico -- prospective employees

02:38 11        in Mexico of Hamilton Growers in 2022, were they

02:38 12        provided a copy of the ETA-90 -- 790 form prior to

02:38 13        their obtaining a visa?

02:38 14    A.  You're saying it specific to the year of 2022?

02:39 15    Q.  Yes.  Yes, sir.

02:39 16    A.  My... my understanding is they always provided these

02:39 17        before obtaining visas.  It's conditions and terms of

02:39 18        the job.

02:39 19    Q.  And what's that understanding based on?

02:39 20    A.  Well, they have to know what they're coming to do and

02:39 21        that they're capable of doing it.

02:39 22    Q.  And I don't disagree.  My question is:  What is --

02:39 23        what -- how -- what is your understanding that workers

02:39 24        were provided a copy of this in Mexico based on?

02:39 25    A.  Well, there's -- we don't -- Hamilton Growers does not

02:40  1    clear their own people, that's done through a

02:40  2    third-party group, and that party takes care of all of

02:40  3    those types of arrangements, and that's one of their

02:40  4    job duties.  So that would be my understanding.

02:40  5  Q.  Between 2018 and 2024, the company that you're

02:40  6    referring to, is that Solstice International?

02:40  7  A.  That was one of them.

02:40  8  Q.  And were there others that were used between 2018 and

02:40  9    2024?

02:40 10  A.  AgWorks.  Solstice.  Submitted that information.

02:40 11  Q.  Are you familiar with somebody named Esmeralda Ortiz?

02:40 12  A.  That sounds right.

02:41 13  Q.  Is it your --

02:41 14        So if I understood what you were saying is

02:41 15    that Hamilton Growers had some agents in Mexico who

02:41 16    were assisting with the H-2A visa process; is that

02:41 17    right?

02:41 18  A.  Correct.

02:41 19  Q.  And part of what those agents' job was to do on behalf

02:41 20    of Hamilton Growers was provide workers -- prospective

02:41 21    workers a copy of the ETA-790 prior to their obtaining

02:41 22    a visa; is that right?

02:41 23  A.  That's my understanding.  Yes.

02:41 24  Q.  And that would have been the same for all years

02:41 25    between 2018 and 2024?

02:41  1   A.   Correct.

02:41  2   Q.   Do you know if the requirement that -- or strike that.

02:41  3            Do you know if a copy of the ETA-790 was

02:42  4        supposed to be provided in Spanish if the worker's

02:42  5        native language was Spanish?

02:42  6   A.   That would seem plausible.  I don't know that I've

02:42  7        ever asked that question, but being that that's their

02:42  8        native tongue, that would be my...

02:42  9   Q.   Well, do you know if Hamilton Growers provided

02:42 10        specific instructions to its agents in Mexico to

02:42 11        provide workers with a copy of the ETA-790 in Spanish

02:42 12        prior to their obtaining an H-2A visa?

02:42 13            MR. HELLER:  So I'm fine with Jon answering,

02:42 14        continuing this line of questioning, but like the form

02:42 15        790 and the visa process isn't a topic.  If he knows,

02:42 16        he can answer, but I'm just making sure we're clear

02:43 17        he's answering to the extent he knows individually,

02:43 18        otherwise, it's fine, I have no issues with you asking

02:43 19        these questions.  I just want to make sure it's clear

02:43 20        that if he knows, he knows.  That's fine.

02:43 21   A.   Thank you for clarification on that.

02:43 22            I don't personally know the answer to that.

02:43 23   BY MR. KNOEPP:

02:43 24   Q.   Just going to go just through one more ETA-790.

       25            (Deposition Exhibit 204 was presented and

1            subsequently marked for identification.)

2    BY MR. KNOEPP:

02:44  3    Q.  So I'm introducing what's been marked as Exhibit 204,

02:44  4        and do you see that on the screen, Mr. Schwalls?

02:44  5    A.  I do.

02:44  6    Q.  Again, this is another ETA -- form ETA-790 and

02:44  7        ETA-790A that was -- that was filed by Hamilton

02:44  8        Growers as part of the process to get H-2A workers,

02:44  9        correct?

02:44 10    A.  Correct.

02:44 11    Q.  This particular one is for the time period of March of

02:44 12        2020 to the end of December of 2020, right?

02:44 13    A.  Right.

02:44 14    Q.  And it's requesting 365 workers.  Yes?

02:44 15    A.  Yes.

02:44 16    Q.  And the job title for -- that was filled out on this

02:45 17        form says Farm Workers, right?

02:45 18    A.  Right.

02:45 19    Q.  And if we look at the bottom of the page, this is

02:45 20        another order that was -- received full certification

02:45 21        from the Department of Labor.  Yes?

02:45 22    A.  Correct.

02:45 23    Q.  And going to the Bates number that ends with 5992.

02:45 24        This form was also signed by -- it was signed by Kent

02:45 25        Hamilton as the President of the company, right?

| | | |
|---|---|---|
| 02:45 | 1 | A.  Right. |
| 02:45 | 2 | Q.  The document that's labeled with a Bates number that |
| 02:46 | 3 | ends 6009... 6009 has a section entitled -- it's |
| 02:46 | 4 | titled Job Duties - Farm Workers.  Do you see that? |
| 02:46 | 5 | A.  Right. |
| 02:46 | 6 | Q.  That's something that was filled out by Hamilton |
| 02:46 | 7 | Growers?  Yes? |
| 02:46 | 8 | A.  Right. |
| 02:46 | 9 | Q.  And with res- -- |
| 02:46 | 10 | There's a page that ends with Bates number |
| 02:46 | 11 | 6013.  Do you see that page -- |
| 02:46 | 12 | A.  I do. |
| 02:46 | 13 | Q.  -- on your screen?  Okay. |
| 02:46 | 14 | There's a section that says Job Requirements |
| 02:46 | 15 | - Incentive Pay Information.  Do you see that? |
| 02:46 | 16 | A.  I do. |
| 02:46 | 17 | Q.  On this particular one there's a sentence here that |
| 02:46 | 18 | says, quote, "When required by state or federal law, |
| 02:47 | 19 | overtime will be paid at time and one half the regular |
| 02:47 | 20 | hourly rate," end quote. |
| 02:47 | 21 | Do you see that? |
| 02:47 | 22 | A.  I do. |
| 02:47 | 23 | Q.  Again, something that was expressly entered by |
| 02:47 | 24 | Hamilton Growers into the form ETA-790? |
| 02:47 | 25 | A.  (Inaudible.) |

02:47   1    Q.   I'm sorry.  I didn't hear if you responded.

02:47   2    A.   I do.

02:47   3    Q.   I'm sorry.  Just I didn't catch it.

02:47   4              This sentence that I just read, "When

02:47   5         required by state or federal law, overtime will be

02:47   6         paid at time and one half the regular hourly rate," is

02:47   7         something that was added to this form by Hamilton

02:47   8         Growers, correct?

02:47   9    A.   Correct.

02:47  10    Q.   And, again, Hamilton Growers considered these forms to

02:47  11         set the terms and conditions under which H-2A workers

02:47  12         were employed, correct?

02:48  13    A.   Correct.

02:48  14    Q.   Sorry.  I want to go back to the exhibit for just one

02:48  15         second.

02:48  16              On the third page of the exhibit, there is a

02:48  17         box that says Wage Offer.  Do you see that?

02:48  18    A.   I do.

02:48  19    Q.   Each year between --

02:49  20              Again, we're talking about Exhibit 204, which

02:49  21         is the 2020 ETA-790 clearance order.  That has a wage

02:49  22         offer of $11.71, right?

02:49  23    A.   Correct.

02:49  24    Q.   Between 2018 and 2024, all the employees who worked in

02:49  25         the packing shed and performed the duties of a

02:49  1          forklift operator were paid the exact same hourly rate

02:49  2          that was listed on the ETA-790 filed by Hamilton

02:49  3          Growers for that year, right?

02:49  4   A.    Correct.

02:49  5   Q.    The same is true for all employees during that time

02:49  6          period who worked in the packing shed and performed

02:49  7          maintenance duties, correct?

02:49  8   A.    Correct.

02:49  9   Q.    And the same is true for all employees during that

02:49 10          time period of 2018 to 2024 who worked in the packing

02:50 11          shed and performed sanitation duties, correct?

02:50 12   A.    Correct.

02:50 13   Q.    And the same is true for all employees during that

02:50 14          2018 to 2024 time period who worked in the packing

02:50 15          shed and performed mechanic duties of any kind,

02:50 16          correct?

02:50 17   A.    Correct.

02:50 18   Q.    And is that true whether people worked in Georgia or

02:50 19          Tennessee?

02:50 20                MR. HELLER:  Object to form.

02:50 21   A.    Everyone is paid AEWR, if that's the question.

      22          Everyone is paid the AEWR rate.

      23                (Clarification requested

02:50 24                 by the court reporter.)

02:50 25                MR. HELLER:  He's saying AEWR.  It's A-E-W-R.

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | BY MR. KNOEPP:                                            |
| 02:50 | 2  | Q.  So for the record, Mr. Schwalls, when you say AEWR,   |
| 02:50 | 3  |     you're referring to something that's spelled A-E-W-R, |
| 02:50 | 4  |     correct?                                              |
| 02:50 | 5  | A.  Adverse Effect Wage Rate.  Correct.                  |
| 02:51 | 6  | Q.  And you're -- you said that whether somebody worked in |
| 02:51 | 7  |     Georgia or Tennessee in the packing shed, they were  |
| 02:51 | 8  |     always paid the Adverse Effect Wage Rate that applied |
| 02:51 | 9  |     to the work that they were doing in that location for |
| 02:51 | 10 |     that year, correct?                                   |
| 02:51 | 11 | A.  Correct.                                              |
| 02:51 | 12 | Q.  And they were paid exactly that hourly wage rate,    |
| 02:51 | 13 |     correct?                                              |
| 02:51 | 14 | A.  Correct.                                              |
| 02:51 | 15 | Q.  And that's the wage rate that was listed on the      |
| 02:51 | 16 |     ETA-790 that we were looking at in Exhibit 204,       |
| 02:51 | 17 |     correct?                                              |
| 02:51 | 18 | A.  Correct.                                              |
| 02:51 | 19 |          MR. HELLER:  Throw in my objection.  I          |
| 02:51 | 20 |     couldn't get it out fast enough, but, yes, you can   |
| 02:51 | 21 |     answer.  Object to form.                             |
| 02:51 | 22 |          THE WITNESS:  Sorry.                            |
| 02:51 | 23 |          MR. HELLER:  That's okay.                       |
| 02:51 | 24 | A.  Correct.                                              |
| 02:51 | 25 | BY MR. KNOEPP:                                            |

02:51  1    Q.  Between 2018 and 2024, for people who worked doing any
02:52  2        of the duties in the packing shed we've been talking
02:52  3        about, forklift operator, maintenance work, sanitation
02:52  4        work, mechanic work, did those individuals sometimes
02:52  5        work more than 40 hours in a workweek?
02:52  6    A.  Name those again.
02:52  7    Q.  Sure.  Forklift operators, maintenance work,
02:52  8        sanitation work, mechanic work.
02:52  9    A.  Well, I don't have any mechanic work in the packing
02:52 10        shed, but the other ones, yes.
02:52 11    Q.  So forklift operator, maintenance work, and sanitation
02:52 12        work, between 2018 and 2024 those individuals
02:52 13        sometimes worked more than 40 hours a week, correct?
02:52 14    A.  Correct.
02:52 15    Q.  In fact, it was pretty common for those individuals in
02:52 16        those three occupations to work more than 40 hours per
02:53 17        week, right?
02:53 18    A.  Correct.
02:53 19    Q.  Would you say they regularly worked more than 40 hours
02:53 20        a week?
02:53 21    A.  Yes.  I think so.
02:53 22    Q.  When they did that, were any of them paid any overtime
02:53 23        wages?
02:53 24    A.  I'm sorry?
02:53 25    Q.  When they did that, when they worked more than 40

02:53  1      hours in a workweek, were any of them paid any

02:53  2      overtime wages?

02:53  3                 MR. HELLER:  Object to form.

02:53  4  A.  Under -- under those designations that you just named,

02:53  5      forklift, sanitation and maintenance, no.  They

02:53  6      shouldn't have been.

02:53  7  BY MR. KNOEPP:

02:53  8  Q.  And I was referring to the time period 2018 to 2024 in

02:53  9      case I wasn't clear.

02:53 10                 Does that change your answer at all?

02:53 11  A.  No.  They shouldn't have been.

02:54 12  Q.  Is it fair to say that for those workers who had the

02:54 13      designation of forklift operator, maintenance or

02:54 14      sanitation, that it was a company policy that overtime

02:54 15      wages were not paid?

02:54 16                 MR. HELLER:  Object to form.

02:54 17                 You can answer.

02:54 18  A.  There's not a policy.  Somebody -- Hamilton Growers

      19      complies with the AEWR rate.

      20                 (Clarification requested

02:54 21                  by the court reporter.)

02:54 22  A.  There's not a policy.  Hamilton Growers complies with

02:54 23      the Adverse Effect Wage Rate for the workers.

02:54 24  BY MR. KNOEPP:

02:54 25  Q.  Yeah, and my question was specific as to overtime.

02:54  1      Not talking about the Adverse Effect Wage Rate.  I'm

02:54  2      talking about when people work more than 40 hours in

       3      a workweek.

02:54  4           Do you understand what I mean by overtime

02:54  5      pay?

02:54  6  A.  I understand.

02:54  7  Q.  And so when somebody works more than 40 hours a week,

02:54  8      sometimes they're paid one-and-a-half times their

02:54  9      normal hourly rate as overtime pay.  Is that your

02:55 10      understanding as well?

02:55 11  A.  Not under Ag, no, and not under Federal Motor Carrier,

02:55 12      no.

02:55 13  Q.  I'm just talking about general overtime.  I just want

02:55 14      to make sure that we're on the same page as to what we

02:55 15      mean by overtime.

02:55 16  A.  I understand what overtime means in the concept of the

02:55 17      world.  I also understand what it means under FLSA,

02:55 18      and so overtime does not come into effect with us.

02:55 19      It's not a policy or decision to be made.

02:55 20  Q.  Well, this...

02:55 21           Is it fair to say that the policy at Hamilton

02:55 22      Growers between 2018 and 2024 was that forklift

02:55 23      operators would not be paid overtime?

02:55 24           MR. HELLER:  Object to form.

02:55 25  A.  It is the policy of Hamilton Growers to comply with

02:55  1        the AEWR rates and state and federal laws, that's the

02:56  2        policy, and how my lawyer -- how it applies is how

02:56  3        it's been -- or how -- we're advised as how it's

       4        applied.

02:56  5   BY MR. KNOEPP:

02:56  6   Q.   So if you paid the Adverse Effect Wage Rate, you

02:56  7        didn't have to pay overtime?  Is that what you're

02:56  8        stating is the policy?

02:56  9              MR. HELLER:  Object to form.

02:56 10   A.   That is what I understand from legal counsel and from

02:56 11        DOL is that --

02:56 12              MR. HELLER:  Jon, Jon, don't share what

02:56 13        you've learned from legal counsel.  We're not waiving

02:56 14        privilege over any legal counseling.  You can say what

02:56 15        your understanding of the law is, but don't share what

02:56 16        you've been told by any legal counsel.

02:56 17              THE WITNESS:  Understood.

02:56 18   A.   That's what I understand, we comply.

02:56 19   BY MR. KNOEPP:

02:56 20   Q.   I'm sorry.  Just so that I understand it's clear that

      21        -- that --

02:57 22              Is it your understanding that if you paid the

02:57 23        Adverse Effect Wage Rate, that you would not have to

02:57 24        pay overtime?

02:57 25   A.   Correct.

02:57  1    Q.  Not asking for...

02:57  2              So is that why nobody in those job positions

02:57  3        got overtime pay?

02:57  4              MR. HELLER:  Object to form.

02:57  5    A.  They were all paid and in compliance of FLSA and the

02:57  6        Federal Motor Carriers.

02:57  7    BY MR. KNOEPP:

02:57  8    Q.  And that policy applied to forklift drivers,

02:58  9        sanitation workers and maintenance workers, correct?

02:58 10    A.  It applies to all workers under the contract that

02:58 11        perform the farm labor classification.

02:58 12    Q.  I'm sorry.  I didn't -- it broke up on my end.  I

02:58 13        didn't catch what you said.

02:58 14    A.  It applies to all workers under the contract in which

02:58 15        it performed the duties under farm work.

02:58 16    Q.  So if I understand what you said, the answer to my

02:58 17        previous question about whether it applied to forklift

02:58 18        drivers, sanitation and maintenance employees, the

02:58 19        answer is yes, right?

02:58 20              MR. HELLER:  Object to form.

02:58 21    A.  I don't know how else to say it.

02:59 22              It refers to all workers.  Any -- any of

02:59 23        those job duties you see in there, if a worker

02:59 24        performed his job duties, some or all of his job

02:59 25        duties, it applies to every one of them.

02:59  1    BY MR. KNOEPP:

02:59  2    Q.  And that was your understanding of what the -- of what

02:59  3        -- how the policy at Hamilton Growers was with respect

02:59  4        to the payment of overtime, right?

02:59  5                MR. HELLER:  Object to form.

02:59  6    A.  The policies complied with the law.

02:59  7    BY MR. KNOEPP:

02:59  8    Q.  Was there any evaluation done as to whether overtime

02:59  9        applied?

03:00 10                MR. HELLER:  Are you asking him whether legal

03:00 11        counsel provided advice about whether overtime would

03:00 12        apply here?  It's entirely --

03:00 13                MR. KNOEPP:  I'm asking if there was ever any

03:00 14        evaluation done as to whether overtime applied.

03:00 15                MR. HELLER:  By -- by who?  I mean, I think

03:00 16        you have to clarify that question or I'm objecting and

03:00 17        telling him not to answer.

03:00 18                MR. KNOEPP:  I'm not asking him for what he

03:00 19        may have been told by legal counsel.  I'm asking if

03:00 20        there was any evaluation done at all.

03:00 21                MR. HELLER:  Again, by who and for what

03:00 22        purpose?  Your --

03:00 23                He's answered your questions about why he

03:00 24        thinks people weren't paid overtime.  You're now very

03:00 25        much so encroaching on attorney/client privilege, and

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

03:00  1      so if you're not going to ask the question a different
03:00  2      way, I'm going to instruct him not to answer.
03:01  3              MR. KNOEPP:  Yeah.  I think that the question
03:01  4      is appropriate.  So if you want to instruct him not to
03:01  5      answer, then you can.
03:01  6              MR. HELLER:  Call the judge.  If you think
03:01  7      that's an appropriate question and I'm telling you I
03:01  8      think you're asking a question that includes
03:01  9      privileged information in response, call the judge,
03:01 10      otherwise, ask the question a different way.
03:01 11              MR. KNOEPP:  Well, I think you shouldn't -- I
03:01 12      mean, either he answers the question or you need to
03:01 13      instruct him not to answer.
03:01 14              MR. HELLER:  I've already instructed him not
03:01 15      to answer as asked.
03:01 16              Jon, do not answer that question as asked.
03:01 17      That requests information that's covered by the
03:01 18      attorney/client privilege.
03:01 19              If you want to ask the question a different
03:01 20      way to very clearly avoid attorney/client privilege,
03:01 21      that is fine.
03:01 22  BY MR. KNOEPP:
03:01 23  Q.  Mr. Schwalls, you're following the instruction of
03:01 24      counsel with respect to that question?
03:01 25              MR. HELLER:  You can't even -- you can't even

03:01  1    ask him that, Jim.  I told him not to answer.  I'm his

03:02  2    counsel.  You can't even ask are you sure you want to

03:02  3    follow your attorney's instructions.  That's

03:02  4    ridiculous.

03:02  5              MR. KNOEPP:  I mean, it's the client's, you

03:02  6    know, privilege to waive it.  Yeah.

03:02  7              MR. HELLER:  Jon, feel free to confirm that

03:02  8    you're not answering the question I'm contending is

03:02  9    covered by privilege.

03:02  10              THE WITNESS:  I confirm I'm not answering the

03:02  11    question that's covered by attorney/client privilege.

03:02  12  BY MR. KNOEPP:

03:02  13  Q.  The policy with respect to overtime applied whether

03:02  14    workers were employed in Georgia or Tennessee; is that

03:02  15    right?

03:02  16              MR. HELLER:  Object to form.

03:02  17  A.  Will you restate the question again, please?

       18  BY MR. KNOEPP:

03:02  19  Q.  Sure.  The --

03:02  20              Am I correct in understanding that Hamilton

03:02  21    Growers had a policy of not paying overtime to workers

03:02  22    employed in the packing shed driving forklifts, doing

03:03  23    maintenance work or doing sanitation work?  Is that a

03:03  24    correct statement?

03:03  25              MR. HELLER:  Object to form.

03:03  1    A.    In all locations Hamilton Growers' policy is to comply

03:03  2          with the law for all workers under all job duties at

03:03  3          all times in all locations in all years.

03:03  4    BY MR. KNOEPP:

03:03  5    Q.    Your understanding is that the requirement was to pay

03:03  6          the AEWR with no overtime.  Is that your understanding

03:03  7          of what the law was?

03:03  8    A.    Say that again.

03:03  9    Q.    Yeah.  Your understanding of what the law was was that

03:03 10          you needed to pay the AEWR with no overtime; is that

03:03 11          right?

03:03 12    A.    Best of my understanding is that we were to pay AEWR.

03:03 13    Q.    And that if the AEWR was paid, no overtime was owed;

03:04 14          is that right?

03:04 15                MR. HELLER:  Object to form.  It's the fourth

03:04 16          time you've asked this question.

03:04 17    A.    My understanding is AEWR is to be paid to all

03:04 18          employees in all locations during all years working

03:04 19          under the job order performing one -- every one of the

      20          duties of the job order.

      21                THE COURT REPORTER:  Okay.  That audio is

      22          really going out.  I'm not hearing the witness

03:04 23          properly.

03:04 24                MR. HELLER:  Okay.  I can hear it fine, so

03:04 25          I'm not sure what's going on, but I heard him.

```
     1              THE COURT REPORTER:  If you could repeat your

03:04  2        answer, please, sir, and speak up a little bit.  Thank

03:04  3        you.

03:04  4   A.   My understanding -- I mean, I'm sorry.  Will you

03:04  5        repeat the question?

     6   BY MR. KNOEPP:

03:04  7   Q.   Sure.

03:04  8              MR. KNOEPP:  It might be easier, Annie, if

     9        you could.  Can you just read it back?

    10              (The requested portion of

    11               the record was read by the

03:05 12               reporter.)

03:05 13              MR. HELLER:  And then I had an objection to

03:05 14        form.  No.  Did I have an objection to form on this

    15        question?

03:05 16              THE COURT REPORTER:  Yes.

03:05 17              MR. HELLER:  Okay.  Thank you.

03:05 18   A.   My understanding is that AEWR is to be paid at all

03:05 19        locations during all time periods for all employees

03:05 20        performing one or more of the job duties in the farm

03:05 21        work.

03:05 22   BY MR. KNOEPP:

03:05 23   Q.   Why did Hamilton Growers not pay overtime wages to

03:06 24        forklift drivers?

03:06 25   A.   It was Hamilton Growers' policy is to comply with AEWR
```

03:06  1    for all workers in all locations in all years for all

03:06  2    job duties listed in the work order.

03:06  3  Q.  Is that the only reason why Hamilton Growers decided

03:06  4    not to pay overtime wages to the forklift drivers?

03:06  5  A.  There's not a decision not to pay.  There's a decision

03:06  6    to comply with the job order with the AEWR rate for

03:06  7    all job duties in all years by all people working any

03:06  8    or all of the duties in the job order.

03:06  9  Q.  Did Hamilton Growers believe that because the job

03:06 10    order was certified by the government to pay the AEWR,

03:06 11    that that's all it had to do and it had no obligation

03:06 12    to pay any overtime?

03:07 13        MR. HELLER:  Object to form.

03:07 14  A.  Hamilton Growers understood it was to comply with the

03:07 15    certification by U.S. DOL for all workers in all years

03:07 16    at all locations for all hours of work doing any of

03:07 17    the job duties listed in the job order.

03:07 18  BY MR. KNOEPP:

03:07 19  Q.  Does Hamilton Growers believe that any exemptions to

03:07 20    the federal overtime law applied to the work of the

03:07 21    forklift drivers?

03:07 22  A.  Hamilton Growers believed that the DOL certification

03:07 23    listed should be complied with in all years for all

03:07 24    workers at all locations for all hours spent on all

03:07 25    job duties.

03:07  1    Q.   Okay.  That's just not what the -- my question was.

03:07  2         My question was:  Does Hamilton Growers believe there

03:07  3         are any exemptions that applied to it with respect to

03:07  4         the payment of overtime wages?

03:07  5              MR. HELLER:  I mean, I think he's answered

03:07  6         this exact question.  I mean, at some point I am going

03:08  7         to say -- we're either going to say he'll -- you have

03:08  8         your answer whether you like it or not or I -- I will

03:08  9         be the one calling the judge.

03:08 10              I'm -- like I'm not trying to be a jerk at

03:08 11         all, I know what you're asking him, but he has

03:08 12         answered this question seven ways to Sunday, and I

03:08 13         know what you're asking.  I think he's answered this

03:08 14         exact question over and over again.  He's given you

03:08 15         his own version of his response to this, and he's

03:08 16         answered yes or no to individual leading questions on

03:08 17         this.  So just...

03:08 18              MR. KNOEPP:  Let's go off the record for a

03:08 19         moment.

       20              (Recess taken at 3:08 p.m.)

03:23 21              (Back on the record at 3:23 p.m.)

03:23 22              MR. KNOEPP:  All right.  We're back on the

03:23 23         record.

03:23 24    BY MR. KNOEPP:

03:23 25    Q.   Mr. Schwalls, there were some people who were employed

03:23  1      in the packing shed in Georgia during January and

03:23  2      February and early -- the early part of March each

03:23  3      year between 2018 and 2024, correct?

03:23  4  A.  January and February and early part of March.

03:23  5  Q.  Yes, sir.

03:23  6  A.  Correct.

03:23  7  Q.  That's a time period in which Hamilton Growers didn't

03:23  8      have certification to employ H-2A workers, right?

03:23  9  A.  That's correct.

03:23 10  Q.  The H-2A applications or the orders -- well, strike

03:23 11      that.

03:23 12          The H-2A certifications typically ran from

03:23 13      about mid-March to December of each year; is that

03:24 14      right?

03:24 15  A.  Correct.

03:24 16  Q.  In fact, you can't have H-2A workers -- or you can't

03:24 17      have an H-2A order that asks for a full year of

03:24 18      employment because then it's not a seasonal job,

03:24 19      right?

03:24 20  A.  Correct.

03:24 21          MR. HELLER:  I'll object to that, the form of

03:24 22      that, but you can keep your answer in there.

03:24 23  BY MR. KNOEPP:

03:24 24  Q.  And during January and February and the early part of

03:24 25      March, the workers in the packing shed were doing the

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

| | | |
|---|---|---|
| 03:24 | 1 | same type of work that we've been talking about |
| 03:24 | 2 | earlier today; is that right? |
| 03:24 | 3 | A.  Correct. |
| 03:24 | 4 | Q.  There were forklift operators, right? |
| 03:24 | 5 | A.  Correct. |
| 03:24 | 6 | Q.  People doing maintenance work, right? |
| 03:24 | 7 | A.  Correct. |
| 03:24 | 8 | Q.  People doing sanitation work, right? |
| 03:24 | 9 | A.  Correct. |
| 03:24 | 10 | Q.  Why did Hamilton Growers need workers in the packing |
| 03:24 | 11 | shed in January, February, and the early part of |
| 03:25 | 12 | March? |
| 03:25 | 13 | A.  We have a farm in Yucatan, Mexico, and product's being |
| 03:25 | 14 | shipped from there in that time of year. |
| 03:25 | 15 | Q.  Just for the record, you said Yucatan, Mexico; is that |
| 03:25 | 16 | right? |
| 03:25 | 17 | A.  Correct. |
| 03:25 | 18 | Q.  Y-u-c-a-t-a-n, right? |
| 03:25 | 19 | A.  Correct. |
| 03:25 | 20 | Q.  During the months of January and February, you also |
| 03:25 | 21 | continued to receive at the packing shed produce that |
| 03:25 | 22 | was grown by other entities; is that right? |
| 03:25 | 23 | A.  Correct. |
| 03:25 | 24 | Q.  Was it the same people who worked each season? |
| 03:26 | 25 | Let me ask this.  Strike that.  Let me ask |

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

03:26  1      this question.  How many workers were employed in

03:26  2      January and February between 2018 and 2024 in those

03:26  3      job categories we've been discussing, forklift

03:26  4      operators, maintenance work and sanitation work?

03:26  5  A.  You got me there.  I couldn't answer that.

03:26  6  Q.  Do you think it would be at least 30?

03:26  7  A.  I don't -- I don't know that it would be that high

03:26  8      because... while those activities are occurring.

03:26  9  Q.  We could look at the payroll records.

03:27 10          The payroll records could be looked at to

03:27 11      tell us that number, though, right?

03:27 12  A.  Right.  I will agree with what the payroll records

03:27 13      say.

03:27 14  Q.  And is there any reason to think it's not at least 30

03:27 15      people?

03:27 16          MR. HELLER:  Object to form.

03:27 17  A.  I don't know the number.  It's just a -- that's a

03:27 18      different time of the year, and as little involvement

03:27 19      as I have the rest of the year, I have like zero

03:27 20      involvement during that time of year with it, with the

03:27 21      packing shed.

03:27 22  BY MR. KNOEPP:

03:27 23  Q.  Was it the same people who were working at the packing

03:27 24      shed during January and February each season or was

03:27 25      there some turnover from year to year between 2018 and

03:27  1      2024?

03:27  2   A.  That would be an assumption on my part.

03:28  3   Q.  Again, something that the payroll records would be

03:28  4      able to tell us better?

03:28  5   A.  Correct.

03:28  6   Q.  The workers who worked during January and February,

03:28  7      did they live in the housing that's located there by

03:28  8      the packing shed?

03:28  9          MR. HELLER:  Object to form.

03:28 10   A.  I don't know the answer to that.

03:28 11   BY MR. KNOEPP:

03:28 12   Q.  Okay.  There's some housing located on Joe -- on Joe

03:28 13      Griffin Road, right?

03:28 14   A.  Griffin Road?  Yes.

03:28 15   Q.  And did some of the packing shed workers live in

03:28 16      housing that's located on Joe Griffin Road?

03:29 17          MR. HELLER:  I mean, so before you answer,

03:29 18      Jon, I'm just going to put an objection on the record

03:29 19      that there's no topic on housing.

03:29 20          It's not one of your 11 topics.  You can -- I

03:29 21      mean, are you deposing him individually on that and on

03:29 22      his individual knowledge?

03:29 23          MR. KNOEPP:  Well, I mean, I think the -- I

03:29 24      mean, the topic of housing comes under pay practices

03:29 25      and policies because we have an allegation that people

03:29  1      were charged for housing.  So --

03:29  2                  MR. HELLER:  Yeah.  The law says you must

03:29  3      describe your topics with painstaking specificity;

03:29  4      that is the standard under 30(b)(6).  There is no

03:29  5      housing in here.  If you want to ask him individually,

03:29  6      you can do so, but, you know, to the extent you want

03:29  7      to take an overbroad topic and say that should be

03:29  8      included in housing, I'm going to tell you that I

03:29  9      think you're asking the question in his individual

03:30 10      capacity, and he can answer it if he knows, but I am

03:30 11      going to object to this deposition questioning that is

03:30 12      outside the scope of the topics.

03:30 13  A.  I could say that the company does not own any housing

03:30 14      on Joe Griffin Road.  I don't know if any workers live

03:30 15      on Joe Griffin Road.

03:30 16  BY MR. KNOEPP:

03:30 17  Q.  Do you know where the packing shed workers who are

03:30 18      employed in January and February, where they lived

03:30 19      when they're working at the packing shed?

03:30 20  A.  I do not.  Unless they live in company housing on

03:30 21      Las Vegas Lane, I do not know where they live.

03:30 22  Q.  And so... I'm not sure I fully understood.

03:30 23                  So some of the packing shed workers during

03:31 24      January and February could have lived in the

03:31 25      company-provided housing on Las Vegas Lane?

03:31   1              MR. HELLER:  Object to form.

03:31   2    A.  Housing is available.  I don't know who utilizes it

03:31   3        and who does not use it.  Housing is available.  I'm

03:31   4        not sure if people use it or not.

03:31   5    BY MR. KNOEPP:

03:31   6    Q.  So some people might have lived in that company

03:31   7        housing, you just don't know; is that fair to say?

03:31   8    A.  It's fair to say that I don't know where they live.

03:31   9    Q.  Some of the people who were employed in the packing

03:31  10        shed during January and February were actually the

03:31  11        same H-2A workers who had just completed their

03:31  12        contracts in December, right?

03:31  13              MR. HELLER:  Object to form.

03:31  14    A.  I don't know the answer to that question.  I don't

03:32  15        work in the packing shed.

03:32  16    BY MR. KNOEPP:

03:32  17    Q.  There were some people employed in January and

03:32  18        February who were paid under different names than what

03:32  19        they had previously been paid under when they were

03:32  20        working with H-2A visas; is that right?

03:32  21              MR. HELLER:  Object to form.

03:32  22    A.  I do not know the people who work in the packing shed.

03:32  23        I do not know the people who work in the field.  You

03:32  24        got me to testify earlier there's 8 to 900 people

03:32  25        here, and I don't work with them.  I have no knowledge

| | | |
|---|---|---|
| 03:33 | 1 | of such. |
| 03:33 | 2 | BY MR. KNOEPP: |
| 03:33 | 3 | Q. You don't have any particular knowledge about the |
| 03:33 | 4 | number or names of the people who stayed and worked in |
| 03:33 | 5 | January and February; is that right? |
| 03:33 | 6 | A. I do not. |
| 03:33 | 7 | MR. HELLER: Same objection. Same objection. |
| 03:33 | 8 | You can answer. |
| 03:33 | 9 | A. I do not know the names of the employees that work in |
| 03:33 | 10 | January and February, nor the names of the people who |
| 03:33 | 11 | work during contracts. |
| 03:33 | 12 | BY MR. KNOEPP: |
| 03:33 | 13 | Q. But in -- |
| 03:34 | 14 | You have no reason to argue with what the |
| 03:34 | 15 | payroll records show, right? |
| 03:34 | 16 | A. The payroll records should indicate the employee's |
| 03:34 | 17 | name and the employee's employment number, and those |
| 03:34 | 18 | should be correct. |
| 03:34 | 19 | Q. Did Hamilton Growers apply for -- well, strike that. |
| 03:34 | 20 | Okay. I want to ask some questions about the |
| 03:35 | 21 | reimbursement of expenses incurred by workers just to |
| 03:35 | 22 | give you a topic heading. Okay? |
| 03:36 | 23 | Mr. Schwalls, you're aware that certain |
| 03:36 | 24 | expenses incurred by H-2A workers are required to be |
| 03:36 | 25 | reimbursed to those workers? |

03:37  1    A.  I am.

03:37  2    Q.  I'm going to share my screen so we can see a file.

03:37  3        It's an Excel file, so I can't share it in the way

03:37  4        we've been sharing other exhibits.

03:37  5             Do you see an Excel spreadsheet on your

03:37  6        screen?

03:37  7    A.  I do.  Can you enlarge it just a little bit, please?

03:37  8    Q.  Sure.  Yeah.

03:37  9             And for the record, I opened a file called

03:37 10        Defendants, D-e-f-s., 0014143, and then, just for my

03:38 11        own purposes, I put parenthesis and put 2019 next to

03:38 12        it just so I would know to open up the right file, but

03:38 13        as it was produced to us by the Defendants, it did not

03:38 14        have the 2019 in the file name.

03:38 15             Do you see the file name there at the top of

03:38 16        the file -- the Excel file, Mr. Schwalls?

03:38 17    A.  I do.

03:38 18    Q.  Okay.  Do you want me to zoom in a little bit more on

03:38 19        the document?

03:38 20    A.  Please.

03:38 21    Q.  First of all, do you recognize the document?

03:38 22    A.  When you get it zoomed up a little bit, I could tell

03:38 23        you.  I do.

03:38 24    Q.  Okay.  What is it?

03:38 25    A.  This is a travel expense sheet where it's -- it's what

03:38  1        it looks like.  It's the travel spreadsheet for

03:38  2        workers.  I don't know what year this is or anything

03:38  3        like that, but...

03:38  4    Q.  Do you see at the bottom there's a worksheet that's

03:39  5        called 2019 Travel Pay Data Match?

03:39  6    A.  Okay.  I do.

03:39  7    Q.  And do you see that there's a column called Consulate

03:39  8        Appointment Date, and the very first row says March

03:39  9        4th, 2019?  Do you see that?

03:39 10    A.  I do.

03:39 11    Q.  Does that help you figure out what year this might

03:39 12        refer to?

03:39 13    A.  I do.

03:39 14    Q.  And this would be a spreadsheet that relates to the

03:39 15        2019 season; is that right?

03:39 16    A.  Correct.

03:39 17    Q.  Was this -- was this something that was prepared for

03:39 18        purposes of this lawsuit or something that existed

03:39 19        prior to the lawsuit?

03:39 20    A.  This would be something that's prepared every year for

03:39 21        travel reimbursement.

03:39 22    Q.  And so every year between 2018 and 2024 there is a

03:39 23        similar spreadsheet that -- that is related to travel

03:39 24        reimbursement; is that right?

03:40 25            THE WITNESS:  Miss Chilton, can you hear me

```
     1        okay from this position?

     2                THE COURT REPORTER:  Yes, if you keep your

03:40  3        voice up.

03:40  4   A.   I'm sorry, Jim.  Can you repeat your question?  I was

03:40  5        making sure --

03:40  6   BY MR. KNOEPP:

03:40  7   Q.   Sure.  Yeah.  No problem.  I just was asking is there

03:40  8        a similar spreadsheet to this one for the other years

03:40  9        between 2018 and 2024?

03:40 10   A.   Yes, sir.

03:40 11   Q.   Is this something that's prepared by Hamilton Growers

03:40 12        or Southern Valley?

03:40 13   A.   The sheet's prepared by the company.

03:40 14   Q.   What about the information contained in the sheet?  Is

03:40 15        that -- is that coming from some other source?

03:40 16   A.   It is.  It's coming from the facilitator in Mexico.

03:40 17   Q.   And we talked about that was --

03:40 18                Was that Solstice International?

03:41 19   A.   That would be one of them.

03:41 20   Q.   And I think we talked about -- you said AgWorks was

03:41 21        another one.  Were they a facilitator in Mexico or on

03:41 22        the U.S. side?

03:41 23   A.   They're on the U.S. side.

03:41 24   Q.   I believe that's --

03:41 25                We identified an Esmeralda as another person
```

03:41  1      who may have been a facilitator in Mexico; is that

03:41  2      right?

03:41  3  A.  I can't confirm that name.  I mean, I guess.  I'm not

03:41  4      sure because her company name is not particularly

03:41  5      individuals' names.

03:41  6  Q.  I guess my question is:  How does this spreadsheet get

03:41  7      generated each year?

03:41  8  A.  Well, so every year, once -- once the people have

03:41  9      cleared Monterrey, their visas and get bussed, we're

03:42 10      sent a list of the person, their travel expenses,

03:42 11      their -- it's -- you know, you have the fee for entry,

03:42 12      you have a visa, you got travel expense from their

03:42 13      hometown to Monterrey, on this sheet it's showing

03:42 14      Monterrey, so their travel expense to Monterrey, and

03:42 15      then the cost of the bus, and then there's meals and

03:42 16      everything like that.  All that's sent from the

03:42 17      facilitator.

03:42 18  Q.  So the information contained in the spreadsheet, is

03:42 19      that information that's entered by the facilitators in

03:42 20      Mexico?

03:42 21  A.  No.  This sheet would have been created here from the

03:42 22      information that was sent by the facilitator in

03:42 23      Mexico.

03:43 24  Q.  Okay.  And in what form does the information get sent

03:43 25      by the facilitator to you-all in Georgia?

03:43  1   A.  Email?  Is that what you're asking me?

03:43  2   Q.  Yeah.  Is it emailed?  Is it faxed?

       3   A.  Yeah.

03:43  4   Q.  Is it, you know --

03:43  5   A.  Yeah.  It's emailed to us.

03:43  6   Q.  Does it get sent to a specific person at Hamilton

03:43  7       Growers or Southern Valley?

03:43  8   A.  Right.  It would be sent to Courtney Griffin.

03:43  9   Q.  Well, what did Hamilton Growers believe were its

03:43 10       responsibilities with respect to reimbursement of

03:43 11       certain expenses to H-2A workers?

03:43 12   A.  Are you asking me what categories or what's the -- how

03:43 13       it has to be done and when it has to be done?

03:44 14   Q.  Yeah.  What -- I was just asking in general what you

03:44 15       believed to be your responsibilities -- Hamilton

03:44 16       Growers' responsibilities with respect to the

03:44 17       reimbursement.  So we can take it first, like what

03:44 18       categories of expenses did you believe needed to be

03:44 19       reimbursed?

03:44 20   A.  Their costs from point of origination to arrival here.

03:44 21       That would include --

      22   Q.  And --

03:44 23   A.  That would include their travel expense from their

03:44 24       hometown, car rides, meals, hotel room, visa, their

03:44 25       photos for their visa, the bus travel here, their food

03:44  1    expense between Monterrey and here.  That's the broad

03:44  2    ones I can think of.

03:44  3  Q.  And what was your understand- --

03:44  4        What was Hamilton Growers' understanding of

03:44  5    when those expenses need to be reimbursed?

03:44  6  A.  The expenses need to be reimbursed no later than the

03:45  7    halfway point of the contract; however, the first

03:45  8    workweek they spent -- at least the portion of

03:45  9    expenses to make that employee be at AEWR, a minimum

03:45 10    -- a minimum of at AEWR.  Those expenses sometimes are

03:45 11    paid above that.  They've been paid before the halfway

03:45 12    point, all expenses have been paid the first workweek,

03:45 13    and sometimes they're -- they've been paid -- the

03:45 14    balance has been paid before the middle of the

03:45 15    contract, but the original -- the first part paid by

03:45 16    -- with the first paycheck for the first workweek to

03:45 17    make the employee whole to at least AEWR.

03:45 18  Q.  And so is it fair to say that what you just described

03:46 19    was Southern Valley -- or Hamilton Growers' policy

03:46 20    with respect to how the reimbursement should be done

03:46 21    every year?

03:46 22        MR. HELLER:  Object to form.

03:46 23  A.  Hamilton Growers' understanding is to comply with

03:46 24    Arriaga and other -- and the other rules and

03:46 25    regulations associated with H-2A.

03:46  1  | BY MR. KNOEPP:

03:46  2  | Q.  And just for purposes of the record, you mentioned

03:46  3  |     something called Arriaga.  That's A-r-r-i-a-g-a.  Is

03:46  4  |     that what you were referring to?

03:46  5  | A.  I am.

03:46  6  | Q.  That's a federal court case related to the

03:46  7  |     reimbursement of expenses, right?

03:46  8  | A.  Yes, sir.

03:46  9  | Q.  And it was --

03:46  10 |             Okay.  Understood.

03:46  11 |             Let's look at the particular columns here

03:46  12 |     just to make sure that we know what they mean.  So --

03:46  13 |             Well, first of all, what we have in front of

03:47  14 |     us here is part of a larger spreadsheet that would

03:47  15 |     contain information regarding the entire H-2A

03:47  16 |     workforce, right?

03:47  17 | A.  Right.

03:47  18 | Q.  And what we were provided is just a subset that

03:47  19 |     relates to the people who had a designation of

03:47  20 |     forklift operator, maintenance worker or sanitation

03:47  21 |     worker; is that right?

03:47  22 | A.  Say that again.

03:47  23 | Q.  Sure.  What we're looking at here, which has 53 rows,

03:47  24 |     which includes a header of one row, so 52 individual

03:47  25 |     rows with employee ID numbers, this is a subset of a

03:47  1      lar- -- the larger group of H-2A workers employed by

03:47  2      Hamilton Growers in 2019.  Is that a true statement,

03:47  3      first of all?

03:47  4  A.  It's -- it's -- right.  It's not all.  It is some of

03:47  5      them.

03:47  6  Q.  And the some of them that is provided here is the

03:47  7      subset of workers who had a designation of forklift

03:47  8      operator, maintenance work or sanitation work; is that

03:48  9      right?

03:48 10  A.  Correct, and their payroll check stub designation.

03:48 11      Correct.

03:48 12  Q.  And so looking at the -- you know, the columns -- and,

03:48 13      you know, I realize some of this is very

03:48 14      self-explanatory, but the Consulate Appointment Date,

03:48 15      that column, is the date that somebody had a scheduled

03:48 16      appointment to go to the U.S. consulate to get their

03:48 17      H-2A visa; is that right?

03:48 18  A.  Correct.

03:48 19  Q.  What is your understanding about when workers need to

03:48 20      arrive at the consulate in advance of their consulate

03:48 21      appointment date?

03:48 22          MR. HELLER:  Object to form.

03:48 23  A.  The facilitator communicates that.  I don't know the

03:48 24      answer to that.

03:48 25  BY MR. KNOEPP:

03:48  1    Q.  And so you don't know one way or the other whether

03:48  2        they need to be there on that date or before that

03:49  3        date?

03:49  4    A.  I do not.  I guess -- I do not.  I don't --

       5    Q.  And it's --

03:49  6    A.  -- can state the timing of that.  I see a date there,

03:49  7        but I don't know if there's a corresponding time.

03:49  8        3689 stating at 2 p.m.  I don't -- I don't know those

03:49  9        things.

03:49 10    Q.  That's something that the facilitator in Mexico

03:49 11        handles on behalf of Hamilton Growers; is that right?

03:49 12    A.  Correct.

03:49 13    Q.  The -- so the consulate appointment date that appears

03:49 14        here in the very first row of March 4th, 2019, how

03:49 15        would that have been communicated to Hamilton Growers

03:49 16        to -- for purposes of being entered into this

03:49 17        spreadsheet?

03:49 18    A.  Well, we get that information from USCIS when the

03:50 19        appointment dates are, but I don't know if then that's

03:50 20        taken and put in the spreadsheet or if the facilitator

03:50 21        is giving us the actual date in which the appointment

03:50 22        happened.

03:50 23    Q.  But you believe that it gets communicated to Ms.

03:50 24        Griffin?

03:50 25    A.  Correct, by USCIS.

| 03:50 | 1 | Q. | And then entered into the spreadsheet so it -- |

03:50  1    Q.  And then entered into the spreadsheet so it --

03:50  2    A.  Correct.

03:50  3    Q.  And then the consulate, it's -- there's just an

03:50  4        abbreviation for the consulate that the person went

03:50  5        to; is that right?

03:50  6    A.  There's -- there's what?

03:50  7    Q.  That's an abbreviation that relates to the consulate

03:50  8        that the particular person went to to get their visa,

03:50  9        right?

03:50 10    A.  Right.

03:50 11    Q.  And the next column, column E, it says Actual

03:51 12        Crossing.  And is that referring to the date that the

03:51 13        person actually crossed the U.S.-Mexico border on

03:51 14        their way to Georgia?

03:51 15    A.  Correct.

03:51 16    Q.  Travel Mode.  Do you see that column?

03:51 17    A.  I do.

03:51 18    Q.  This particular one says 20.  Do you know what 20

03:51 19        means?

03:51 20    A.  Is that a comment in that cell?

03:51 21    Q.  All I can see is what it shows here, which says 20.

03:51 22        So...

03:51 23            There's other entries that say charter bus.

03:51 24        You see those, right?

03:51 25    A.  I do.

03:51  1    Q.  And that's pretty self-explanatory.

03:51  2              What is charter bus?  What does charter bus

03:51  3        mean?

03:51  4    A.  Well, there's a bus chartered that brings the people.

03:51  5    Q.  And chartered by who?

03:51  6    A.  The provider.  The facilitator.

03:51  7    Q.  The facilitator provides the bus?

03:51  8    A.  Correct.

03:52  9    Q.  And from where to where?

03:52 10    A.  From Monterrey to Norman Park -- to -- or to our

03:52 11        facility.

03:52 12    Q.  Some of these people went to the consulate in Nuevo

03:52 13        Laredo, right?

03:52 14    A.  It appears that way.

03:52 15    Q.  Is there a different charter bus for those people?

03:52 16    A.  There could be.

03:52 17    Q.  And does Hamilton Growers pay for the charter bus?

03:52 18    A.  We do.

03:52 19    Q.  Who does it pay for the charter bus in --

03:52 20              Between 2018 and 2024, who did Hamilton

03:52 21        Growers pay for the charter buses?

03:52 22    A.  I'm sure there were different modes of that.

03:52 23        Sometimes the facilitator, but we changed facilitators

03:52 24        during that, and so some facilitators arrange the

03:52 25        busing and we pay the facilitator.  Some arrange the

03:52  1      busing and we pay the charter bus company.

03:52  2   Q.  But there would be some invoices in your system that

03:53  3      would tell us who you paid for the different buses

03:53  4      each year, right?

03:53  5   A.  That's correct.

03:53  6   Q.  And moving on in the columns.  It has -- there's a

03:53  7      column H that says Travel Cost To Appointment.  What

03:53  8      does that column refer to?

03:53  9   A.  That would be the cost for the person from their point

03:53 10      of origination to wherever the appointment was, the

03:53 11      consulate, the town of the consulate.

03:53 12   Q.  How did the number that appears in this spread- --

03:53 13          How did the numbers that appear in the

03:53 14      spreadsheet, how did you get those numbers is my

03:53 15      question.

03:53 16   A.  They came from the facilitator.

03:53 17   Q.  So -- and do you know how the facilitator arrived at

03:53 18      those numbers?

03:53 19   A.  The employee provides the facilitator with a hotel

03:54 20      bill, a taxi bill, whatever bill -- whatever costs

03:54 21      they had, they provide the facilitator with those

03:54 22      costs, and the lodging, all those costs.

03:54 23   Q.  How do you know that that's how the number -- that the

03:54 24      employees provide that information to the facilitator?

03:54 25   A.  How do I know that the employee provides that number?

| | | |
|---|---|---|
| 03:54 | 1 | Q. Yes, sir. |
| 03:54 | 2 | A. Well, I don't have a way to know the employee did that |
| 03:54 | 3 | other than the fact that that's what the facilitator |
| 03:54 | 4 | said, here's the cost for this person, which they gave |
| 03:54 | 5 | me receipts for or documentation for -- for this |
| 03:54 | 6 | person and here's the amount in which this person said |
| 03:54 | 7 | that they spent to get to the consulate.  At that |
| 03:55 | 8 | point, the facilitator is arranging everything, so |
| 03:55 | 9 | they know the cost from that point forward, and then |
| 03:55 | 10 | the employee -- |
| 03:55 | 11 | Q. I'm sorry.  Go ahead. |
| 03:55 | 12 | A. -- the employee is given a copy of their travel |
| 03:55 | 13 | expense so that they can verify what they -- what |
| 03:55 | 14 | they're getting reimbursed for. |
| 03:55 | 15 | Q. Did the facilitator provide Hamilton Growers any |
| 03:55 | 16 | receipts that it gathered from employees related to |
| 03:55 | 17 | their expenses? |
| 03:55 | 18 | A. I cannot answer that question. |
| 03:55 | 19 | Q. Is it fair to say that Hamilton Growers was relying on |
| 03:55 | 20 | the facilitator to gather information related to the |
| 03:55 | 21 | expenses? |
| 03:55 | 22 | A. I would think that would be correct as part of the |
| 03:56 | 23 | role of the facilitator. |
| 03:56 | 24 | Q. What, if anything, did Hamilton Growers do to check to |
| 03:56 | 25 | see whether the numbers the facilitator was providing |

03:56  1    were accurate?

03:56  2    A.  Verification through the employee.

03:56  3    Q.  Anything else?

03:56  4    A.  Well, we -- we will -- we will spot check things, you

03:56  5        know.  We have travel costs, and someone says that

03:56  6        they came from town X and went to town Y.  We can do a

03:56  7        Google search on that.

03:56  8    Q.  A lot of the travel costs, they're for the same

03:56  9        amounts, right?

03:56 10            Were these -- do you believe these numbers

03:56 11        were estimates of what people may have paid for their

03:56 12        expenses?

03:57 13    A.  No.  On 16, 17, and 18, you got the same date for

03:57 14        these people.  They all paid the exact same amount.

03:57 15        That makes me understand that they came from the same

03:57 16        town.  It has the travel costs that's out of there.

03:57 17    Q.  So that's why you think that the numbers are not just

03:57 18        estimates.

03:57 19    A.  Right.  If I didn't see any reoccurring numbers, I

03:57 20        would think that they were estimates.

03:57 21    Q.  But you see like round numbers like $100 that are all

03:57 22        on different dates, right?

03:57 23            Does that change your thinking about whether

03:57 24        or not these are estimates or these were the actual

03:57 25        costs that people incurred?

03:58  1    A.   I think it's interesting that it's a solid number and

03:58  2         it's always 100.  It sounds like it's incredibly high.

03:58  3         There's nothing over 100 on that sheet anywhere else,

03:58  4         and those are all exactly at 100.  So that would lead

03:58  5         me to believe that those were -- someone said they

03:58  6         paid 100 and very possibly didn't pay 100 because I

03:58  7         don't have anything over 100 and those are all exactly

03:58  8         100.

03:58  9    Q.   And then there's also some numbers that are quite low,

03:58 10         right, like $32.23 or $32 even.

03:58 11              Does that also cause you concern, going the

03:58 12         other way, that some of these numbers may be on the

03:58 13         low side and they paid more than what was re- --

03:58 14         what's being reported here?

03:58 15    A.   I've never known a man to give something between him

03:58 16         and his money on the low side.  So, no, that does not

03:59 17         concern me.

03:59 18    Q.   But, again, we don't -- the facilitator didn't send

03:59 19         you any other records other than the amount to verify

03:59 20         what the cost was one way or the other, right?

03:59 21    A.   Just as we paid the 100 because we took the

03:59 22         information in which we were provided.  We paid the

03:59 23         35.30 because we were given -- we took the information

03:59 24         in which we were provided from the employee to the

03:59 25         facilitator.

03:59  1    Q.  What about the -- the next column over is Lodging.  Do

03:59  2        you know -- understand what that was for?

03:59  3    A.  Lodging at -- this is -- this would be all lodging.

03:59  4        So if they have lodging at that -- wherever that was.

03:59  5        If that was in Monterrey, then that would have been

03:59  6        the lodging there in Monterrey, or --

03:59  7    Q.  Yeah.  Sorry.  Go ahead.

03:59  8    A.  Or lodging in Monterrey for several days.

04:00  9    Q.  Right.  And the numbers again are, you know, kind of

04:00  10       uniform across the board here.  There's a lot of

04:00  11       $49.19.

04:00  12              Was -- was a certain amount of money paid to

04:00  13       people in lodging based on the number of days that

04:00  14       they were estimated to have stayed in a hotel?

04:00  15   A.  There wouldn't --

04:00  16              MR. HELLER:  Object to form.

04:00  17   A.  There wouldn't have been an estimation.  There would

04:00  18       have been documentation provided by the facilitator

04:00  19       from the employee.

04:00  20   BY MR. KNOEPP:

04:00  21   Q.  Was that documentation then forwarded on to Hamilton

04:00  22       Growers?

04:00  23   A.  I cannot answer that question.

04:00  24   Q.  Once people received their visa, did they -- how long

04:00  25       after the visa was issued would people get on a bus to

04:01  1      travel to the United States?

04:01  2    A.  As soon as possible.

04:01  3    Q.  Typically the same day?

04:01  4    A.  If possible.  That would be the plan.

04:01  5    Q.  So any lodging expense that was incurred by the

04:01  6      workers would have been for lodging that occurred

04:01  7      prior to obtaining the visa; is that fair to say?

04:01  8    A.  If that were the only lodging expense incurred by the

04:01  9      person, then that would be what was paid.  If there

04:01 10      was a reason that the person didn't -- or the bus

04:01 11      didn't leave after the issuance of the visas, then

04:01 12      there would have been lodging paid for that.

04:01 13    Q.  There wouldn't be any lodging, though, during the

04:02 14      actual trip from Monterrey to Georgia; is that right?

04:02 15    A.  That's correct.  It's a direct trip.

04:02 16    Q.  And, again, you don't -- Hamilton Growers does not

04:02 17      know how many days people may have been required to be

04:02 18      in Monterrey prior to the -- prior to their

04:02 19      appointment date; is that right?

04:02 20    A.  Yeah.  I don't know -- like I said, I don't know what

04:02 21      the issuance of the visas are.  I mean, I know there's

04:02 22      a -- an appointment date.  I don't know if there's an

04:03 23      appointment time.

04:03 24    Q.  But -- and I appreciate that.  My question is more the

04:03 25      Hamilton Growers' facilitators are the ones who tell

04:03  1    the workers when they need to arrive at the consulate

04:03  2    or how much in advance of their appointment date they

04:03  3    need to arrive in Monterrey as opposed to somebody

04:03  4    from Hamilton Growers doing that; is that right?

04:03  5  A.  That's correct, to my knowledge.

04:03  6  Q.  Okay.  Understood.

04:03  7          So going to the column that says Meals.  Do

04:03  8    you see that column?

04:03  9  A.  I do.

04:03 10  Q.  And how is the number in the Meals column determined?

04:04 11  A.  Well, there are meals in -- there are meals in

04:04 12    Monterrey, there are meals on the way from Monterrey

04:04 13    to here, and there's one down there that's 73.56.  So

04:04 14    that lets me know that that person incurred more

04:04 15    meals, stayed longer.  His lodging is more at $82 at

04:04 16    2896.  So his lodging is $82.  His meals are more.  So

04:04 17    it lets me know that he stayed in Monterrey longer

04:04 18    than the other people did.

04:04 19  Q.  The meals, is that based on some sort of daily rate

04:04 20    that the company was using?

04:04 21  A.  Not to my knowledge.  It's based on the receipts for,

04:05 22    if they're traveling, the time on the bus.  They have

04:05 23    meals prepared waiting, and so they already have a

04:05 24    meal cost of what it's going to cost to feed the

04:05 25    people on the way.

04:05 1  Q.  But -- so these numbers are almost the same for

04:05 2      everybody, they're either $49.04 or $49.84, again,

04:05 3      with the exception of that one outlier that you

04:05 4      mentioned, or maybe there's three or four of those

04:05 5      outliers that you mentioned.

04:05 6          Given that the numbers are almost the same,

04:05 7      are you sure this isn't based on a per day amount as

04:05 8      opposed to the actual receipts the people had?

04:05 9  A.  Well, from my company knowledge, it's based on what

04:05 10     the facilitator provided based on expenses.  From my

04:05 11     personal knowledge, what I've been told by employees

04:05 12     was that when they get there, everything is set up.

04:06 13     They don't have to figure anything out once they

04:06 14     arrive to Monterrey.  They don't have to figure out

04:06 15     meals.  They don't have to figure out lodging.  All

04:06 16     these things are being facilitated for because when

04:06 17     they have to get their visa and that bus leaves,

04:06 18     that's it.

04:06 19          So once they arrive in Monterrey, everything

04:06 20     is scheduled for them like clockwork to get fed, to

04:06 21     get lodging, to get on the bus, to get a visa, get

04:06 22     pictures, get on the bus and ride.

04:06 23 Q.  Are you aware of a requirement in the H-2A program

04:06 24     that you are supposed to pay workers a daily

04:06 25     subsistence amount for the number of days they spent

04:06  1    traveling to get to the workplace?

04:06  2    A.  To the workplace?  Are you asking me from point of

04:07  3        origination to Monterrey or from Monterrey to Southern

       4        Valley?

04:07  5    Q.  Well, I'm asking what your understanding -- do you

04:07  6        understand that there is a requirement to pay some

04:07  7        daily subsistence to H-2A workers as part of their

04:07  8        travel to the workplace?

04:07  9    A.  Right.

04:07 10    Q.  You're aware of a daily rate that's required to be

04:07 11        paid?

04:07 12    A.  I'm not aware of what that rate is.

04:07 13    Q.  Yeah.  And I'm not either, right, because it changes

04:07 14        from year to year.  So that's not -- so fair enough.

       15        Right?  Not my question.

04:07 16            My question is:  Are you aware that there's a

04:07 17        requirement to pay some amount of money on a daily

04:07 18        basis for the time that's spent traveling to get to

04:07 19        the workplace?

04:07 20    A.  I am.

04:07 21    Q.  How does Hamilton Growers determine whether or not it

04:07 22        has paid the worker the correct amount of daily

04:07 23        subsistence for the number of days they spent

04:07 24        traveling?

04:07 25    A.  Outside of this sheet where it says...

04:08  1             Can you scroll back to the left?  Now scroll

04:08  2      back to the right.  Can you go more right?  Okay.

04:08  3             Now, will you ask your question again?  I'm

04:09  4      sorry.  I just didn't look at the information

04:09  5      pertaining to the sheet.

04:09  6   Q.  Sure.  How does Hamilton Growers determine whether or

04:09  7      not it has paid the correct number of days of daily

04:09  8      subsistence to a worker for the time spent traveling

04:09  9      to the workplace?

04:09 10   A.  I can't answer that question.

04:09 11   Q.  Do you know who at the company could answer that

04:09 12      question?

04:09 13   A.  Courtney Griffin.

04:09 14   Q.  Do you know what the Registration column refers to and

04:09 15      the dates that are contained there?

04:09 16   A.  If you'll run back over to A for me real quick.  I

04:09 17      think I know what you're --

04:09 18             Run back over to -- hang on.  Actual Costs.

04:09 19      Oooh.  Back left.

04:09 20   Q.  Here, do you want me to make it a little smaller so

04:09 21      that they all --

04:09 22   A.  That's good.  Column E.  All right.

04:10 23             All right.  Can you scroll back to P?

      24   Q.  Column P?  Yeah.

04:10 25   A.  Yeah.  Back to E.  Okay.  There's a --

04:10  1    Q.  Some of the dates are -- some of the dates are before

04:10  2        the crossing date and some of the dates are after the

04:10  3        crossing date.  I think that's what you were looking

04:10  4        at, right?

04:10  5    A.  Right.

04:10  6            So this is --

04:10  7            What year is this?

04:10  8    Q.  This is 2019.

04:10  9    A.  Okay.  In '19 it still would have been paper

04:10 10        registration.  So some people could have registered

04:10 11        with -- at -- at the -- at Monterrey and some people

04:11 12        -- the rest of the people would have registered when

04:11 13        they arrived here.

04:11 14    Q.  What do you mean by --

04:11 15            Register with -- with who?

04:11 16    A.  Well, when you have -- when you have people like --

04:11 17        that --

04:11 18            If you look at the title, for example.

04:11 19        Scroll up.  Yeah.  Scroll up and left we see Employee

04:11 20        ID.

04:11 21    Q.  So we're looking at Employee ID 9977, right?

04:11 22    A.  Right.  That person would have been coming for a long

04:11 23        time with a 9000 number.  So that person would have

04:11 24        been savvy enough to -- when they left, to -- probably

04:11 25        carried their paperwork with them and sending it ahead

04:11  1    of time where they didn't have to go to registration.

04:11  2    Q.  I guess I'm still not understanding.  What is

04:11  3        registration?  Like what are people registering for

04:11  4        and who are they registering with?

04:11  5    A.  I'm sorry.  I'm sorry.  I didn't understand the

       6        question.

04:11  7            All right.  What we call registration is when

04:11  8        people arrive here, we have to take them through their

04:11  9        -- we have to get photos, go through their timelines,

04:12 10        their vi- -- because their visas, through their

04:12 11        intake, do the orientation, get them registered in our

04:12 12        system, all those sorts of things.

04:12 13    Q.  So that's referring to a registration in Southern

04:12 14        Valley or Hamilton Growers' systems.  Is that what it

04:12 15        refers to?

04:12 16    A.  That's right.

04:12 17    Q.  And so somebody that has a registration date that's

04:12 18        prior to their crossing date is somebody you said who

04:12 19        may have been a longtime employee who you don't need

04:12 20        to have register when they first arrive at the -- at

04:12 21        the location in Georgia, right?

04:12 22    A.  That's right, and if you -- if you take the same sheet

04:12 23        and go like 24, you're going to see -- you'll possibly

04:12 24        see somebody registered a week out or something before

04:12 25        their arrival day because now they do -- a lot of them

04:13  1      will do it through an app that we have.

04:13  2   Q.  Okay.  So, for example, the very next line down is

04:13  3      employee number 21268, shows an appointment date of

04:13  4      April 24th, it shows a crossing date of April 25th,

04:13  5      and then it shows a registration date of April 29th,

04:13  6      right?

04:13  7   A.  Right.  If you look at that, they probably arrived

04:13  8      over a weekend and then registered on a Monday if I

04:13  9      just had to guess what that is.

04:13 10   Q.  Are people registering as soon as they arrive at the

04:13 11      facility as long as it's not on a weekend?

04:13 12   A.  Yes.  Well, not as soon as they arrive because they

04:13 13      can be arriving in the middle of the night, but, yes,

04:13 14      on or about as soon as possible after arrival they

04:13 15      would be getting registered.

04:13 16   Q.  Is there any other way for us to determine when

04:14 17      someone would have arrived at Hamilton Growers

04:14 18      following their trip?

04:14 19   A.  Not that I know of.  I mean, I... I mean, no.  It says

04:14 20      they crossed the border on the 25th and they

04:14 21      registered on the 29th.  It seemed like they arrived

04:14 22      in the middle of the night on a weekend or something

04:14 23      because it's like they would come maybe the 27th in

04:14 24      the middle of the night, that would have been a

04:14 25      Saturday night, then they get registered on Monday is

04:14  1    what it looks like to me, you know.  Because you got

04:14  2    one right there like number 10.  They crossed the

04:14  3    border on 4/10 and they're registered on 4/13.  So

04:15  4    that's the two-day travel.  The next day they're

04:15  5    getting registered as soon as they get here.

04:15  6  Q.  Typically from the border to Georgia, how long -- how

04:15  7    many days does it take the workers to go from the

04:15  8    border to arrive at Norman Park?

04:15  9  A.  I think it's a two-day trip, but that's just a

04:15 10    personal thought.

04:15 11        And also, if these people -- I forgot to

04:15 12    mention something.  These people in these -- these --

04:15 13    that like work in shipping or the cleanup crew and

04:15 14    that kind of stuff, those people won't necessarily

04:15 15    register when they get here.  They will -- they'll

04:15 16    sometimes just go straight to work.  If they get in on

04:15 17    a Friday night, they won't -- because they've been

04:15 18    coming long enough, they won't mess around with

04:15 19    registering on Saturday.  They'll just wait -- they're

04:16 20    ready to work on Saturday and register on Monday.

04:16 21  Q.  Was it Hamilton Growers' policy to pay daily

04:16 22    subsistence for the time people spent in Monterrey

04:16 23    waiting for their visa appointment if they, in fact,

04:16 24    did that?

04:16 25        MR. HELLER:  Object to form.

04:16  1   A.   I don't like -- I don't have the answer to that.

04:16  2   BY MR. KNOEPP:

04:16  3   Q.   Do you -- and maybe you already answered this, and so,

04:16  4        you know, I apologize if I'm asking again.  Do you not

04:16  5        have knowledge -- strike that.

04:16  6             Do you have any knowledge as to how the

04:16  7        number of days was determined for purposes of paying

04:17  8        people the daily subsistence required pursuant to the

04:17  9        H-2A regulations?

04:17 10   A.   I don't know how that's communicated.

04:17 11   Q.   You don't know what Hamilton Growers' policy is with

04:17 12        respect to how to count the number of days; is that

04:17 13        right?

04:17 14   A.   Right.  That's -- that's a detail that's kind of so --

04:17 15        fall back in the weeds.  I don't know.

04:17 16   Q.   You think that Ms. Griffin would be the person who

04:17 17        would know what the policy is with respect to how to

04:17 18        count the number of days?

04:17 19   A.   I would.

04:17 20   Q.   And would she be the person who would know that

04:17 21        information for the time period between 2018 and 2024?

04:17 22   A.   She would.

04:17 23   Q.   With respect to return transportation at the end of

04:18 24        the season, do you understand that there are some

04:18 25        obligations on the employer to pay for return

04:18   1          transportation and daily subsistence with respect to

04:18   2          H-2A workers?

04:18   3     A.   I do.

04:18   4     Q.   With respect to daily subsistence, do you know what

04:18   5          Hamilton Growers' policy was between 2018 and 2024

04:18   6          with respect to how the number of days would be

04:18   7          counted that a worker spent traveling from Georgia

04:18   8          back to their home in Mexico?

04:18   9     A.   My understanding is that the return calculation is

04:18  10          based for those -- or those are based on -- because it

04:18  11          has to be paid prior to them leaving.  So my

04:18  12          understanding was that the return calculations are

04:19  13          based on arrival calculations.  So the days it takes

04:19  14          to get here from their hometown is the days it's going

04:19  15          to take for them to return to their hometown.

04:19  16     Q.   And you just don't -- you, as the corporate

04:19  17          representative, don't know how that number of days on

04:19  18          the arrival side is determined, which it sounds like

04:19  19          also relates to the number of days that should be paid

04:19  20          on the outgoing side.  Is that -- am I understanding

04:19  21          what you're saying correctly?

04:19  22     A.   That's right.  I don't know the equation on that.

04:19  23     Q.   But you -- you believe that the number of days that

04:19  24          were paid for the return travel were equal to the

04:20  25          number of days that were paid for the inbound travel?

04:20 1    A.   I believe they coincide.  I'm not saying that if

04:20 2         there's -- for example, someone goes and they end up

04:20 3         spending three days in Monterrey to get here shouldn't

04:20 4         be able to spend three days in Monterrey to get home.

04:20 5         So I'm saying that there's -- the days used that it

04:20 6         took the person to travel from their home to get here

04:20 7         is used to calculate how many days it's going to take

04:20 8         them to get back.

04:20 9    Q.   Got it.  And I -- you know, I'm not trying to ask you

04:20 10        what -- yeah -- things that you don't know, but is

04:20 11        it...

04:20 12             Whatever Hamilton Growers' policy was with

04:21 13        respect to determining the number of days spent

04:21 14        traveling for purposes of subsistence payments, was

04:21 15        that policy applied uniformly across all of the H-2A

04:21 16        workers?

04:21 17   A.   It would be.

04:21 18   Q.   And it would have been the same policy that would have

04:21 19        applied in 2019 that we're talking about, that same

04:21 20        policy would have applied in 2018 and all the years

04:21 21        from 2018 to 2024?

04:21 22             MR. HELLER:  Object to form.

04:21 23   A.   There was change in facilitators.  So the details of

04:21 24        how all the information gets exchanged I can't be --

04:21 25        speak to that.

04:21  1    BY MR. KNOEPP:

04:21  2    Q.  I'm -- I'm more referring to how the number of days

04:22  3        got computed, and from year -- from year to year

04:22  4        between 2018 and 2024, did the policy about when to

04:22  5        start counting the days and when to stop counting the

04:22  6        days, did that change at all during that time period?

04:22  7              MR. HELLER:  Object to form.

04:22  8    A.  There's -- there's not a policy.  I believe the

04:22  9        practices are the same, but there's not a policy, and

04:22 10        once again, we're not that sophisticated.  It's, you

04:22 11        know, how many days did it take?  It was five.  Okay,

04:22 12        we're going to go with five.  How many days did it

04:22 13        take to get home?  Three.  Okay?  As soon as I get to

      14        Monterrey, I'm going straight home.

04:22 15    BY MR. KNOEPP:

04:22 16    Q.  Okay.  Fair enough.  I mean, so let's go with

04:22 17        practices, then.

04:22 18              The practice that was in place between 2018

04:22 19        and 2024 with respect to how to count the number of

04:22 20        days, was that the same each year?

04:22 21    A.  I don't know why it would have changed at any given

04:23 22        time.

04:23 23    Q.  You have no reason to believe that there was one year

04:23 24        when you changed when you start counting and another

04:23 25        year whenever you started counting a different way,

04:23  1      right?

04:23  2   A.   No.  I have no reason to believe that because the days

04:23  3        are the days, and, you know, for years and years and

04:23  4        years and years we know that we pay the travel pay

04:23  5        from point of origination to here and return.

04:23  6   Q.   The document that we were looking at was -- I

04:24  7        understand what you're saying about how the numbers

04:24  8        got in there, but was the document that we were

04:24  9        looking at something that was generated out of the

04:24 10        payroll system?

04:24 11   A.   No.  The payroll would be generated out of the

04:24 12        document.

04:24 13   Q.   So the spreadsheet existed separate and apart from the

04:24 14        payroll system; is that right?

04:25 15   A.   Right.  The numbers would be -- would be gathered and

04:25 16        put in this format and then from there the payroll

04:25 17        made.  For example, for the travel pay in, that's got

04:25 18        to all be done by the first pay week and put in with

04:25 19        the paycheck for the first week.  So all this is

04:25 20        collected prior to it going into payroll.

04:26 21             I got to walk around.  That chair is --

04:26 22   Q.   Yeah.  We can take -- we can take a break for a second

04:26 23        if you like.

04:26 24   A.   No.  Go ahead.  You can keep going.  Keep going.  I

04:26 25        just didn't want to be so disruptive here spinning

04:26   1        around the room.

04:26   2   Q.   So with respect to the numbers we were talking about,

04:28   3        that -- the amounts came from the facilitator, right?

04:28   4   A.   Correct.

04:28   5   Q.   And you said that you thought that those were based on

04:28   6        receipts that had been presented to the facilitator,

04:28   7        correct?

04:28   8   A.   That's my understanding.

04:28   9   Q.   Have you asked the facilitator for any of those

04:28  10        receipts?

04:28  11   A.   I personally have not.

04:28  12   Q.   Has anybody --

04:28  13              I'm sorry.  I'm referring to Hamilton

04:28  14        Growers.

04:28  15              Has Hamilton Growers asked the facilitators

04:28  16        for any of those receipts?

04:28  17   A.   I'm not aware of that.

       18   Q.   Are you --

04:28  19   A.   I don't know the answer.  I don't know the answer.

04:28  20   Q.   Do you know if anybody at Hamilton Growers has ever

04:28  21        seen any of those receipts?

04:28  22   A.   I don't know the answer.

04:28  23   Q.   Okay.  You're just assuming that they exist.

04:28  24              MR. HELLER:  Object to form.

04:28  25   BY MR. KNOEPP:

```
04:28   1   Q.  Are you just assuming that those receipts exist?
04:28   2   A.  I'm assuming the facilitator received a receipt.  I'm
04:29   3       not assuming anything on the part of Hamilton Growers,
04:29   4       but I'm assuming the facilitator received a receipt,
04:29   5       and then from that receipt, the facilitator conveyed
04:29   6       that information to us, and then we submit it back to
04:29   7       the employee, these are your travel receipts that were
04:29   8       presented and here's your reimbursement for it.
04:29   9   Q.  Did anyone tell someone at Hamilton Growers that there
04:29  10       were receipts?
04:29  11   A.  I'm -- I don't know the answer to the question.
04:29  12                Anyone.  The facilitator?
04:29  13   Q.  Yeah.  You're assuming that the receipts exist.  Did
04:29  14       the facilitator tell somebody at Hamilton Growers "I
04:29  15       have some receipts that back up these expenses?"
04:30  16   A.  Yes.
04:30  17   Q.  You believe that happened?
04:30  18   A.  I do, and the facilitator says they were presented
04:30  19       receipts, and I don't know why the facilitator would
04:30  20       have just made up numbers and turned them in for the
04:30  21       employee to be reimbursed for something they didn't
04:30  22       spend.
04:30  23   Q.  Who do you believe was told that there were receipts?
04:30  24   A.  I think Courtney Griffin.
04:30  25   Q.  And who do you believe told Ms. Griffin about the
```

04:30  1      receipts?

04:30  2   A.   The facilitator.

04:30  3   Q.   Who -- which facilitator or facilitators?

04:30  4   A.   All the facilitators during the period of 2018 to

04:30  5        2024, or the employee who -- employees for travel

04:31  6        through the means provided by the government.

04:31  7            So at that point, the employee would present

04:31  8        a receipt, and that receipts -- those receipts would

04:31  9        be entered into the sheet, all the facilitators'

04:31 10        numbers for the people who did choose to travel by the

04:31 11        company-provided method.

04:31 12   Q.   How did the facilitator communicate that information

04:31 13        to Ms. Griffin about the existence of the receipts?

04:31 14   A.   I can't answer that question.

04:31 15   Q.   I want to share another spreadsheet, and can you see

04:32 16        this spreadsheet on the screen that has -- this,

04:32 17        again, was produced to us in discovery and the file

04:32 18        name was Defendants, D-e-f-s., space, 0014144.

04:32 19            Do you see that at the top there?

04:32 20   A.   I see it.

04:32 21   Q.   And I added -- that's my own additions there just so

04:32 22        that I would make sure that I opened up the right file

04:32 23        where it says 2020.  The --

04:32 24            Do you recognize this file?

04:32 25   A.   I recognize that it looks like the file we have.

04:33  1    Q.  And this worksheet that we're looking at here says

04:33  2        2020 Outbound Data Match.  Do you see that?

04:33  3    A.  I do.

04:33  4    Q.  Do you believe that this relates to 2020 outbound

04:33  5        expenses that were paid to workers?

04:33  6    A.  I do.

04:33  7    Q.  Is this, again, part of a larger document that has

04:33  8        information regarding all of the H-2A workers that

04:33  9        were employed by Hamilton Growers during 2020?

04:33 10    A.  Can you enlarge the document, please?

04:33 11    Q.  I'm sorry?  Oh, yes.

04:33 12    A.  Can you enlarge it?

04:33 13    Q.  Yes.

04:34 14    A.  I do.

04:34 15    Q.  You see it has --

04:34 16            Okay.  You see it has 60 rows here, right?

04:34 17    A.  I do.

04:34 18    Q.  And is this a subset of a larger document that would

04:34 19        contain information regarding the entire H-2A

04:34 20        workforce?

04:34 21    A.  It would be.

04:34 22    Q.  And this particular subset is just related to people

04:34 23        who had a designation of forklift driver, maintenance

04:34 24        work or sanitation work; is that right?

04:34 25    A.  Correct.

04:34  1    Q.   Now, who prepared this document related to the

04:34  2         outbound transportation?

04:34  3    A.   My belief is that it would be Courtney Griffin.

04:35  4    Q.   Do you know how the numbers were arrived at for the

04:35  5         different columns in this spreadsheet?

04:35  6    A.   I would...

04:35  7              My understanding of the past is the travel

04:35  8         from the border to hometown should be -- have a

04:35  9         correlation to the travel in.

04:35 10    Q.   So, in other words, if somebody had travel costs from

04:35 11         their hometown to the border that were reimbursed

04:35 12         earlier in the season, then they would get paid the

04:35 13         same amount for the return trip?

04:35 14    A.   Right.  The travel return is back to where the bus

04:35 15         started, and so from that point, say Monterrey for

04:36 16         example, the travel from the person's hometown to

04:36 17         Monterrey would be -- there would be the assumption

04:36 18         made that the travel return would be that same number

04:36 19         because --

04:36 20    Q.   Right.

04:36 21    A.   -- these things are prepared prior to this happening.

04:36 22    Q.   So the figure that we have in the other spreadsheets

04:36 23         with respect to the inbound transportation is just

04:36 24         from the person's hometown to the consulate, right?

04:36 25    A.   Yes.

| | | |
|---|---|---|
| 04:36 | 1 | Q. And so you don't know from the prior spreadsheet from |
| 04:36 | 2 | the inbound reimbursement what the transportation was |
| 04:36 | 3 | between the consulate and the border because you said |
| 04:36 | 4 | that there was a charter bus that took people from |
| 04:36 | 5 | there, right? |
| 04:36 | 6 | A. Right.  They're not returned to the border and dropped |
| 04:36 | 7 | off at the border.  They're returned back to the point |
| 04:37 | 8 | of origination. |
| 04:37 | 9 | Q. Right, and I understand that, but how would you |
| 04:37 | 10 | determine what the travel from the border to the |
| 04:37 | 11 | hometown is if you didn't have that previously from |
| 04:37 | 12 | the inbound transportation spreadsheet? |
| 04:37 | 13 | A. I don't know why I wouldn't have the information on |
| 04:37 | 14 | the inbound.  If a person traveled, they got paid |
| 04:37 | 15 | travel expense from the origina- -- from their home, |
| 04:37 | 16 | origination, to the consulate.  So then from the |
| 04:37 | 17 | consulate they're transported to here.  We transport |
| 04:37 | 18 | from here back to the consulate.  So then they're -- |
| 04:37 | 19 | they're -- from the consulate back to their home. |
| 04:37 | 20 | So the premise is that what it costs them to |
| 04:37 | 21 | get there to start with should be what it costs them |
| 04:37 | 22 | to get there and back. |
| 04:37 | 23 | Q. Right.  So do you -- did you assume that the cost to |
| 04:38 | 24 | travel from the border to somebody's hometown was the |
| 04:38 | 25 | same as it cost that person to travel from their |

04:38  1    hometown to just the consulate?

04:38  2    A.  We don't drop them at the border.  We take them back

04:38  3        to Monterrey.  They're not delivered to the border.

04:38  4        It -- I get it.  It says travel from border to

04:38  5        hometown.  They're not -- we're not going across the

04:38  6        Rio and dropping them off.  We're taking them back to

04:38  7        the point of origination.  So they arrange travel from

04:38  8        there back to their home.

04:38  9    Q.  Okay.  So you believe that the number here -- so we're

04:38 10        looking at Employee ID 9977, $65.36.  That's the cost

04:38 11        that it would take for that person to travel from the

04:38 12        border to their hometown; is that right?

04:38 13    A.  No.  I believe that's the cost of the travel from the

04:38 14        cons- -- or from Monterrey back to their hometown, the

04:38 15        same amount of cost it was from their home back to

04:38 16        Monterrey to start with.

04:38 17    Q.  What does the transfer to the border cover?

04:39 18    A.  That would be the bus.  That would be the bus fee.

04:39 19             We -- okay.  We pay -- we pay either the

04:39 20        amount to the employee that it cost to travel the bus

04:39 21        or we give that employee that amount of pay.  So if

04:40 22        they choose --

      23    Q.  Okay.

04:40 24    A.  If they choose, for example, to ride the company bus,

04:40 25        there is no cost.  If they choose to go by another

```
04:40   1        means of transportation, we pay the equivalence of
04:40   2        what it cost to charter the bus per employee.
04:40   3   Q.   So whenever there's no entry here for transport to
04:40   4        border, what does that mean?
04:40   5   A.   That should reflect that employee traveled on
04:40   6        company-provided transportation.
04:40   7   Q.   And then they were provided $65.36 to get from the
04:41   8        border to their hometown, is that what you're saying?
04:41   9             MR. HELLER:  Object to form.  He's answered
04:41  10        that exact question four times already.  Asked him
04:41  11        what does that column mean over and over and over
04:41  12        again.
04:41  13   A.   That would mean that they're reimbursed for the amount
04:41  14        it cost to travel from -- from Monterrey back to their
04:41  15        hometown, the return trip, is what they made for an
04:41  16        interim trip.
04:41  17   BY MR. KNOEPP:
04:41  18   Q.   So if that's what that means, then what about the cost
04:41  19        to get from the border to Monterrey?
04:41  20             MR. HELLER:  This is literally -- Jim, he has
04:41  21        answered this.  He has said over and over again what
04:41  22        that means.  I don't know if you're honestly trying to
04:41  23        trick him or if you're not understanding what he's
04:41  24        saying.
04:41  25             So I'm going to let him say it one more time,
```

04:41   1        but it's coming across like you're trying to trick him

04:41   2        now because he has answered that.

04:42   3               MR. KNOEPP:  I'm not trying to trick anybody.

04:42   4        I'm trying to understand why it says travel from

04:42   5        border and he keeps saying it's travel from Monterrey.

04:42   6               MR. HELLER:  Because he's told you that's

04:42   7        what it means.

04:42   8    BY MR. KNOEPP:

04:42   9    Q.  Okay.  So now my question is:  What about the travel

04:42  10        from the border to Monterrey?  Is that included in

04:42  11        here at all?

04:42  12               MR. HELLER:  Jon, explain it one more time.

04:42  13    A.  Column B should say travel from Monterrey to hometown,

04:42  14        but it doesn't say Monterrey because we don't know --

04:42  15        we're not going in there and picking and choosing

04:42  16        every place they originated from, whether it's Nuevo

04:42  17        Laredo, whether it's Monterrey or where it was.  We're

04:42  18        just saying get them back into Mexico where they

04:42  19        started off, back to where they started, and from

04:42  20        there, they go from there to their home, and it cost

04:43  21        $65.36 to get from where they started back home, and

04:43  22        we're paying that back to get them back there again.

04:43  23    BY MR. KNOEPP:

04:43  24    Q.  And you believe that the numbers that are reflected on

04:43  25        this spreadsheet were actually paid to workers?

04:43  1   A.  Can you repeat that?

04:43  2   Q.  Yeah.  Do you believe that the numbers that are

04:43  3       actually reflected on this spreadsheet were paid to

04:43  4       workers?

04:43  5   A.  It's documented on their paychecks it's paid.  Yes, I

04:43  6       believe that, and I know that.

04:43  7   Q.  So let's look at the entry here for Employee ID 2339.

04:43  8       Again, we're talking about 2020, right?

04:43  9           Do you see Employee 2339?

04:43 10   A.  I do.

04:43 11   Q.  Okay.  It shows $65.36.  Do you see that?

04:43 12   A.  I do.

04:43 13   Q.  Okay.  So let's remember that number.  I'm going to

04:44 14       write it down, $65.36.

04:44 15           I'll represent to you that that individual is

04:44 16       Plaintiff Pablo Castillo-Olguin in this lawsuit.

04:44 17       Okay?

04:44 18   A.  Got it.

      19           (Deposition Exhibit 7 was presented and

      20             previously marked for identification.)

04:44 21   BY MR. KNOEPP:

04:44 22   Q.  During Mr. Olguin's deposition a couple weeks ago,

04:44 23       your counsel introduced Exhibit Number 7, which should

04:44 24       be on your screen now.  Can you see that?

04:45 25           Sorry.  All right.  Are you able to see that

04:45  1      Exhibit Number 7?

04:45  2   A.  Can you increase it, enlarge it?

04:45  3   Q.  Yes, sir.

04:45  4   A.  Thank you.

04:45  5   Q.  Do you see the exhibit?

04:45  6   A.  I do.

04:45  7   Q.  And this was something that, like I said, your counsel

04:45  8      introduced at exhibit [sic] of Mr. Castillo-Olguin and

04:45  9      Mr. Garcia-Ramos to show the travel payments that they

04:45 10      had received each year, both inbound and outbound

04:45 11      travel payments.

04:45 12             You can see that Mr. Garcia-Ramos received

04:45 13      the return travel payment on December 31st of 2020,

04:45 14      right?

04:45 15   A.  Right.

04:45 16   Q.  And Mr. Olguin did not receive a travel reimbursement

04:45 17      payment in 2020 despite the fact that the record that

04:45 18      we just looked at that you said was accurate showed

04:46 19      that he received $65.36.  Can you explain the

04:46 20      discrepancy there?

04:46 21             MR. HELLER:  Object to form.

04:46 22   A.  That would -- that --

04:46 23             Okay.  So Ramos Garcia, 12/31 is the

04:46 24      transaction date.  Pablo Castillo, 3/7 is the

04:46 25      transaction date.  That --

04:46   1   BY MR. KNOEPP:

04:46   2   Q.  Right.  That's whenever he entered the United States

04:46   3       for his inbound transportation, right?

        4   A.  That tells --

04:46   5   Q.  Similar to Mr. Garcia-Ramos, who got a payment on

04:46   6       March 20th of 2022 for his inbound travel expenses,

04:46   7       right?

04:46   8   A.  Right.  That tells me that Mr. Garcia-Ramos was here

04:46   9       on 12/31 and received his check and Pablo Castillo was

04:46  10       not here, and because he'd been coming so long, so

04:46  11       many times, he left when he got ready to leave and he

04:47  12       would get his reimbursement when he returned.

04:47  13   Q.  How do you know that happened?

04:47  14   A.  The transaction dates.

04:47  15   Q.  Is there any kind of payroll record that you can point

04:47  16       to that shows that Pablo Castillo-Olguin received the

04:47  17       $65.36 return transportation in 2020 that was

04:47  18       reflected in that prior spreadsheet we looked at?

04:47  19   A.  I didn't understand.  Tell me that again.

04:47  20   Q.  Are there any payroll records that would show that Mr.

04:47  21       Castillo-Olguin received a payment in 2020 for the

04:47  22       return transportation in the amount of $65.36 that we

04:47  23       looked at on the prior spreadsheet?

04:47  24   A.  There -- there...

04:47  25                   Oh.  You're talking about two different

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

04:47  1        things here.

04:47  2             If he completed his contract, he would have

04:47  3        been paid transportation.  If they don't complete

04:47  4        contracts, they don't receive return transportation.

04:48  5   Q.   Okay.  How does that relate to the spreadsheet that we

04:48  6        looked at that showed the payment of $65.36 to Mr.

04:48  7        Castillo-Olguin?

04:48  8   A.   If you'll go back to that sheet for a minute.

04:48  9   Q.   Are you able to see that?

04:48 10   A.   Yes.

04:48 11   Q.   Now, you testified before that the $65.36 reflected on

04:49 12        this spreadsheet was what people would have been paid,

04:49 13        right?

04:49 14   A.   No.  I testified before that travel from the bor- --

04:49 15        from -- from -- from here to -- I mean from -- not

04:49 16        from the border, but from the consulate where they

04:49 17        cleared, from there to their hometown was calculated

04:49 18        in the same price as it was from the hometown to the

04:49 19        consulate, and these sheets would have been created

04:49 20        off of that.

04:49 21             They -- when the people arrive here, these

04:49 22        sheets are filled.  There's not waiting till the end

04:50 23        of the year to fill the sheets.  The data is just

04:50 24        pulled from one sheet, transferred into another, or

04:50 25        copied, pasted, however they do it, and they already

04:50  1      have all this stuff prepared ahead of time.  They're

04:50  2      not waiting till the -- you know, the final hour of

04:50  3      Christmas week to prepare this stuff.

04:50  4              So this would have been a sheet to reference

04:50  5      to fill out what each person would be owed, but that

04:50  6      would be if the person completed the contract.

04:50  7              I'm not saying that Pablo Castillo was paid

04:50  8      $65.36.  I'm saying that was his travel from his

04:50  9      hometown to the consulate's office, and had he

04:50 10      completed his contract, he would receive the 65.36, he

04:50 11      would receive the food allowance, there's no food

04:50 12      allowance on there, and he would receive either

04:50 13      transport to the border or it would have been money

04:50 14      because he didn't ride with the company-provided

04:50 15      transportation.

04:50 16  Q.  So this spreadsheet, then, doesn't tell us anything

04:50 17      about what people were actually paid; is that right?

04:51 18  A.  I don't -- I don't think that we can use the sheet

04:51 19      other than maybe -- maybe 21294 right there where all

04:51 20      his columns are full.  That -- that looks like a pay

04:51 21      to me.

04:51 22              What was the number you had a while ago on

04:51 23      that other sheet where you said the -- Garcia-Ramos's

04:51 24      numbers?  If you'll look, his would have been all the

04:51 25      way -- filled out all the way across.

04:51  1   Q.   Right.

04:51  2   A.   Where you got blanks -- where you got blanks, that

04:51  3        tells me that the person -- the person was not -- if

04:51  4        they didn't -- if they didn't receive the -- the

04:51  5        subsistence, then they didn't complete contracts.

04:51  6   Q.   All right.  So let's talk about that.

04:51  7             So do you believe that this spreadsheet shows

04:51  8        that workers who have no food entry and no transfer to

04:51  9        the border are people who didn't complete their

04:52 10        contract during the 2020 season?

04:52 11             MR. HELLER:  Object to form.

04:52 12   A.   I believe that that's -- the indication I would have

04:52 13        looking at that sheet appears to me that it's -- that

04:52 14        if there's not data entered, then the person didn't

04:52 15        complete their contract and this -- so the people who

04:52 16        completed their contract that last week, these sheets

04:52 17        would be taken to calculate the amount that the person

04:52 18        will need to be reimbursed to travel home.

04:52 19   BY MR. KNOEPP:

04:52 20   Q.   What was the policy or practice in place at Hamilton

04:52 21        Growers for determining whether someone was eligible

04:52 22        for return travel?

04:52 23   A.   If they're here to get their -- if they're --

04:53 24             They tell us.  They -- they tell us.  They

04:53 25        don't -- well, say they don't.

04:53  1          If they're planning on returning --

04:53  2          Generally speaking as a rule, if somebody's

04:53  3    not -- if they're leaving ahead of the contract time,

04:53  4    they tell us they're leaving, they don't just walk off

04:53  5    the job, they let us know, and then let us know how

04:53  6    they want to receive their final paycheck.

04:53  7  Q.  If someone left in the middle of December, did

04:53  8    Hamilton Growers consider that person to be abandoning

04:53  9    their contract?

04:53 10  A.  We consider them they've not completed their contract,

04:53 11    which is under the terms they agreed to.

04:53 12  Q.  What if there was no additional work for them to do in

04:53 13    the packing shed at that time?

04:53 14  A.  I have never in the last -- the time period you're

04:53 15    referencing, I have not seen a year in which there was

04:54 16    not additional work all the way up to December 31st.

04:54 17    Christmas Day -- we don't work on Christmas Day.

04:54 18    Other than that, we work.

04:54 19  Q.  What were Hamilton -- what was Hamilton Growers'

04:54 20    obligation -- strike that.

04:54 21          Did Hamilton Growers have an obligation to

04:54 22    report people who left their contract early to the

04:54 23    federal government?

04:54 24  A.  My understanding is that if someone leaves a contract

04:54 25    early, for example, the contract should be December 31

04:54  1    and they leave in July, my understanding is it's the

04:54  2    obligation to report that person's job abandoned.

04:55  3          When someone needs to leave early, get to the

04:55  4    family, child being born, medical purposes, family

04:55  5    emergency, whatever, then we give -- we grant what's

04:55  6    called leave of absence and we document a leave of

04:55  7    absence for that person.  Whether they'd be returning

04:55  8    during the contract or not going to return, they --

04:55  9    we'd put leave of absence, and -- and that -- my

04:55 10    understanding is that substitutes in lieu of that

04:55 11    person having abandoned their job.  They didn't

04:55 12    abandon the job.  They notified us that they were

04:55 13    leaving and they would be returning.  So --

04:55 14 Q.  And so in that case, the policy was you wouldn't treat

04:55 15    that as an abandonment of the job that needed to be

04:55 16    reported; is that right?

04:55 17 A.  Right.  An abandonment of job is -- is generally

04:55 18    considered -- I mean, that's -- that's a violation

04:56 19    of the contract and that's -- you know, we're not

04:56 20    rehiring that person.

04:56 21          Someone has a leave of absence, they've done

04:56 22    their due diligence, they notified us, I need to

04:56 23    leave, we document it, they leave.

04:56 24 Q.  And whenever that happens, what was the policy or

04:56 25    practice at Hamilton Growers for paying that person

04:56  1    return transportation?

04:56  2              MR. HELLER:  Object to form.

04:56  3  A.  If -- if someone does not complete their contract, the

04:56  4      terms and conditions of the contract are --

04:56  5              Completion of a contract results in you being

04:56  6      reimbursed for and provided transportation back.

04:56  7  BY MR. KNOEPP:

04:56  8  Q.  I'm sorry.  I didn't understand.  It may have just cut

04:56  9      out on my headset.

04:56 10  A.  Ask the question again.  I'm sorry.  I believe that

04:57 11      was something else.

04:57 12  Q.  Okay.  Sure.

04:57 13              What was Hamilton Growers' policy or practice

04:57 14      with respect to paying the return transportation of

04:57 15      those other workers who weren't considered to have

04:57 16      abandoned their contract?

04:57 17              MR. HELLER:  Same objection.

04:57 18  A.  Hamilton Growers' policy is to pay return

04:57 19      transportation for those who completed their contract,

04:57 20      which was agreed upon, you know, prior to -- or at the

04:57 21      initiation of the contract.  So the policy is to pay

04:57 22      return transportation to those who complete their

04:57 23      contract.

04:57 24  BY MR. KNOEPP:

04:57 25  Q.  And so if the visa -- or if the contract, the ETA-790,

04:57  1    one of -- a couple of the ones we looked at before had

04:57  2    an end date of December 31st of the year, right?  You

04:57  3    remember seeing that?

04:57  4  A.  I do.

04:57  5  Q.  If people left on December 29th, did you consider that

04:58  6    to be a person that didn't complete the contract and

04:58  7    wasn't eligible for return transportation?

04:58  8  A.  You're asking me in -- from a Southern Valley

04:58  9    capacity, I can't tell you the exact formulation of

04:58 10    that.  You're asking from a personal capacity, I know

04:58 11    people who have left before.

04:58 12         Let's say, for example, December 31st is on a

04:58 13    Sunday.  You know?  So they're going to leave on

04:58 14    Friday.  We get -- so we process their pay for them on

04:58 15    Saturday for them to leave on Saturday because it's

04:58 16    what the travel worked out and the busing worked out,

04:58 17    whatever it may be, but if -- if you're going to work

04:58 18    through December the 31st, you're not leaving December

04:58 19    31st with pay.  We can't process pay the same day in

04:59 20    which a person ended work.

04:59 21         So my -- my -- my personal experience is I

04:59 22    know of people before who have left and they were

04:59 23    going to get their check and their travel pay so they

04:59 24    could leave and they were leaving before December the

04:59 25    31st, but it was -- it was at or near the end of

04:59  1      December 31st.

04:59  2   Q.  Were the people who left prior to the date on the end

04:59  3      of the visa that applied to their work, were those

04:59  4      people reported to the government as having abandoned

04:59  5      their job?

04:59  6   A.  Tell me again.  Ask me again.  I'm sorry.

05:00  7   Q.  Sure.  The people who left prior to the end of the

05:00  8      last date on their visas, were those people reported

05:00  9      to the federal government as having abandoned the job?

05:00 10   A.  If they abandoned, they were.

05:00 11          My understanding is we're obligated to report

05:00 12      to the federal government anyone who abandons their

05:00 13      job, however, we can grant people a leave of absence

05:00 14      and that's not an abandonment.

05:00 15   Q.  Sorry.  My headset just died, so I need to switch

05:00 16      over.  Can you still hear me okay?

05:00 17   A.  Yeah.  Can you hear me?

05:00 18   Q.  Yeah.

05:00 19          MR. HELLER:  Jim -- Jim, that's a sign you've

05:00 20      been asking questions for too long.

05:00 21          MR. KNOEPP:  Yeah.  For sure.  I just want to

05:00 22      get through this return.

05:01 23   A.  So did you hear what I said about the -- about the

05:01 24      abandonment versus leave of absence?

05:01 25   BY MR. KNOEPP:

05:01  1    Q.  I did.  The -- the --

05:01  2             And so was it your practice to pay the people

05:01  3        who you say had a leave of absence the return travel?

05:01  4    A.  It was the policy to pay those who completed their

05:01  5        contract return travel.

05:01  6    Q.  Okay.  Did you consider the people who had a leave of

05:01  7        absence to have completed their contract?

05:01  8    A.  No.  I consider the people who completed the contract

05:01  9        to have completed the contract.

05:01 10    Q.  And so that's a no, that the people who you say asked

05:01 11        for a leave of absence or asked to leave early, you --

05:01 12        you didn't consider them to have completed the

05:01 13        contract, right?

05:01 14    A.  Correct.

05:01 15    Q.  And you didn't consider them to have abandoned the job

05:01 16        either, right?

05:01 17    A.  Correct.

05:01 18    Q.  And so there was no notification sent to the federal

05:01 19        government about that person; is that right?

05:01 20    A.  Correct.

05:01 21    Q.  Okay.  Are you aware of a requirement to send

05:01 22        notification to the federal government within two days

05:02 23        of when somebody abandons the job?

05:02 24    A.  I don't know the days on that, but I do know there's a

05:02 25        requirement to notify of abandonment, yes.

05:02 1    Q.  Do -- did you look -- did Hamilton Growers look for

05:02 2        records related to notices that were sent to the

05:02 3        federal government about workers who abandoned the

05:02 4        job?

05:02 5    A.  Did we look for records.  Under what context?  I don't

05:02 6        understand.

05:02 7    Q.  Yeah.  I believe we -- we asked in our request for

05:02 8        production for any documents that would show that you

05:02 9        notified the government that people abandoned the

05:02 10       contract with work still left to do, and I'm asking

05:02 11       what records Hamilton Growers was able to locate

05:02 12       related to notifications about abandonment.

05:03 13            MR. HELLER:  I don't think that's a specific

05:03 14       request for production, and I think that the way you

05:03 15       asked that question makes it sound like it was.

05:03 16            MR. KNOEPP:  Okay.

05:03 17            MR. HELLER:  You can say it could be

05:03 18       responsive to one of your requests for production, but

05:03 19       the way you asked that question makes it sound like

05:03 20       that was the request.

05:03 21            MR. KNOEPP:  I'm going to read the --

05:03 22            MR. HELLER:  Yeah.  Go ahead.

05:03 23            MR. KNOEPP:  So in request for production

05:03 24       number 12 we asked that, if you contend that any H-2A

05:03 25       worker employed by you between March 29th, 2018 and

05:03  1        the present in which their job duties at any point in

05:03  2        time included forklift operator in a packing shed,

05:03  3        maintenance work in a packing shed, or mechanic work

05:03  4        on equipment or machinery used in a packing shed

05:03  5        voluntarily left their employment before the term of

05:03  6        their contract expired and with work still remaining

05:04  7        to be performed for you, please produce any and all

05:04  8        documents to support or contend or tend to support

05:04  9        that contention with respect to each employee,

05:04 10        including any documents showing that the individual's

05:04 11        employment ended, and all notifications you sent to

05:04 12        governmental agencies to advise them of the same.

05:04 13                MR. HELLER:  Okay.  I withdraw my --

      14                MR. KNOEPP:  That was number 12.

05:04 15                MR. HELLER:  Yeah.  I withdraw my objection.

05:04 16        You're right, and I apologize.  I did not recall that

05:04 17        specific request.

05:04 18                MR. KNOEPP:  That's fine.  It's not a

05:04 19        problem.

      20   BY MR. KNOEPP:

05:04 21   Q.  So, Mr. Schwalls, given that, what efforts did

05:04 22        Hamilton Growers make to find documents that were

05:04 23        responsive to that discovery request?

05:04 24   A.  By virtue of the fact that --

05:04 25                Okay.  I think we got something kind of

05:04  1    muddled up here.

05:04  2         When you're talking about what you just read,

05:04  3    people who left voluntarily, okay, when I hear

05:04  4    somebody leaving voluntarily, that's a mutual thing.

05:05  5    Somebody abandoned their job is not mutual, they chose

05:05  6    to leave.  While it may be voluntarily, they chose to

05:05  7    leave and we didn't choose for them to leave with us.

05:05  8    Someone taking a leave of absence, that's a mutual

05:05  9    understanding.  Hey, I need to go.  Okay.  If you

05:05 10    leave in the middle of the night, it's a different

05:05 11    story.

05:05 12         So none of these people, I don't -- I don't

05:05 13    think, I don't know, but I wouldn't think any of these

05:05 14    people that -- in these different areas that you're

05:05 15    naming are the people that abandoned their job.  So,

05:05 16    therefore, they wouldn't have been reported or even

05:05 17    reports made about them to the government because they

05:05 18    didn't -- as far as I'm concerned, they didn't finish

05:05 19    their contract, but they didn't -- they didn't abandon

05:05 20    their job either.  Okay?  I mean, people got reasons,

05:05 21    they got to leave or they want to leave.

05:05 22         MR. KNOEPP:  Okay.  Let's go ahead and take a

05:06 23    break.  I'm sorry that we went so long before taking a

05:06 24    break.

05:06 25         MR. HELLER:  And I apologize again for being

05:06  1      incorrect about the RFP as I read them two days ago,

05:06  2      but I did not recall that one.

05:06  3              MR. KNOEPP:  It's all right.  No worries.

       4              (Recess taken at 5:06 p.m.)

05:22  5              (Back on the record at 5:22 p.m.)

05:22  6              MR. KNOEPP:  All right.  We're back on the

       7      record.

05:22  8  BY MR. KNOEPP:

05:22  9  Q.  Mr. Schwalls, as part of using the H-2A program,

05:22 10      Hamilton Growers was responsible for providing free

05:22 11      housing to its H-2A workers, correct?

05:22 12  A.  Yes, sir.

05:22 13  Q.  And Hamilton Growers was precluded from collecting any

05:22 14      payments from workers directly through -- directly or

05:22 15      through its supervisors; is that right?

05:22 16              MR. HELLER:  Object to form.

05:22 17  A.  I'm sorry.  Say that again.

05:22 18  BY MR. KNOEPP:

05:22 19  Q.  Yeah.  Are you aware as part of its participation in

05:23 20      the H-2A program, that Hamilton Growers was precluded

05:23 21      from collecting payments from workers for housing

05:23 22      directly or through its supervisors?

05:23 23  A.  Yes, sir.

05:23 24  Q.  Are you aware that forklift operators, maintenance

05:23 25      workers and sanitation workers who were employed in

05:23  1     the packing shed in Georgia report that they had to

05:23  2     pay a weekly amount for housing?

05:23  3   A.  Not if they lived in company housing they didn't.  No,

05:23  4     sir.

05:23  5   Q.  What do you mean by "not if they lived in company

05:23  6     housing?"

05:23  7   A.  The housing that is on the -- it's certified by the

05:23  8     DOL and on our contracts.  If they live in that

05:23  9     housing, which is the company-owned housing, they do

05:23 10     not pay anything to live in company housing.

05:23 11   Q.  Okay.  But you are aware that workers paid a weekly

05:24 12     amount for housing.  Yes?

05:24 13           MR. HELLER:  Object to form.

05:24 14   A.  I'm not aware of any worker paying any money for

05:24 15     housing which is company housing.

05:24 16   BY MR. KNOEPP:

05:24 17   Q.  And that's not my -- my question wasn't about company

05:24 18     housing.  My question was:  Are you aware that packing

05:24 19     shed workers who drove forklifts or did maintenance

05:24 20     and sanitation work paid a weekly amount for housing

05:24 21     when they were employed at Hamilton Growers?

05:24 22   A.  I'm not --

05:24 23           MR. HELLER:  Same objection.

05:24 24           Sorry, Jon.  Let me get my objection in

05:24 25     first.

05:24  1              THE WITNESS:  Sorry.

05:24  2    A.   I'm not aware of who lives in company housing and who

05:24  3         does not live in company housing, but people who do

05:24  4         not live in company housing, I don't know where they

05:24  5         live, but I'm sure that they pay somebody something,

05:24  6         or someone's paying.  If they're living with a family

05:24  7         member, maybe they're not paying their family member,

05:24  8         but if they're renting an apartment or housing or

05:25  9         whatever, I feel confident they're paying for it.

05:25  10   BY MR. KNOEPP:

05:25  11   Q.   Are you aware --

05:25  12              Well, let me ask this.  Did any people

05:25  13        affiliated with Hamilton Growers or Southern Valley

05:25  14        rent housing to packing shed employees?

05:25  15   A.   Repeat that one time.

05:25  16   Q.   Sure.  Are you --

05:25  17              Did any company -- any people affiliated with

05:25  18        Southern Valley or Hamilton Growers rent housing to

05:25  19        packing shed employees?

05:25  20   A.   I own housing that I rent.  I don't have a company.

05:25  21   Q.   Okay.  And did you rent that housing to packing shed

05:25  22        employees?

05:25  23   A.   I only rent housing to company employees.  Well, let

05:26  24        me back up.  Rental property that's out -- located out

05:26  25        in this area.  I have other rental property in other

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

| | | |
|---|---|---|
| 05:26 | 1 | towns and things like that, but the property that's |
| 05:26 | 2 | here I only rent to people affiliated with the |
| 05:26 | 3 | company. |
| 05:26 | 4 | Q.  Okay.  And what was the charge for -- that you charge |
| 05:26 | 5 | people for rent? |
| 05:26 | 6 | A.  It would have been on the electric usage because |
| 05:26 | 7 | they're charged for the power consumption, the |
| 05:26 | 8 | insurance, which is liability insurance, it's not |
| 05:26 | 9 | homeowners insurance kind of insurance, but they're |
| 05:26 | 10 | charged for the power bill, the LB and the insurance |
| 05:26 | 11 | and what -- the upkeep, like having the grass cut, |
| 05:26 | 12 | things like that, the cost of those things. |
| | 13 | (Clarification requested |
| | 14 | by the court reporter.) |
| 05:27 | 15 | A.  Power bill, the propane, like propane for gas stoves, |
| 05:27 | 16 | that sort of stuff, and hot water heaters.  So they're |
| 05:27 | 17 | charged for the consumption.  It depends on that |
| 05:27 | 18 | particular unit's consumption. |
| 05:27 | 19 | BY MR. KNOEPP: |
| 05:27 | 20 | Q.  How many units did you rent to people who were working |
| 05:27 | 21 | in the packing shed? |
| 05:27 | 22 | MR. HELLER:  Object to form.  Do you mean -- |
| 05:27 | 23 | and I'm not meaning to do a speaking objection here, |
| 05:27 | 24 | but it's getting late here.  Do you mean people |
| 05:27 | 25 | covered by the relevant categories in the lawsuit? |

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

05:27  1           MR. KNOEPP:  I do.  Yes.

05:27  2           MR. HELLER:  Okay.  You just said --

05:27  3           MR. KNOEPP:  I'm sorry.

05:27  4           MR. HELLER:  -- people working at the packing

05:27  5     shed.

05:27  6           MR. KNOEPP:  Yeah.  Sorry.  I'll rephrase the

05:27  7     question.

05:27  8     BY MR. KNOEPP:

05:27  9     Q.  So, Mr. Schwalls, these questions -- I'm -- I'm asking

05:27 10         you questions now about people who worked at the

05:27 11         packing shed as forklift operators or doing

05:28 12         maintenance and sanitation work.  Okay?

05:28 13     A.  All right.

05:28 14     Q.  Will you understand that that's what my questions

05:28 15         refer to so I don't have to --

05:28 16     A.  I do.

05:28 17     Q.  -- repeat it every time?  Okay.  Great.

      18     A.  Yes, sir.

05:28 19     Q.  So with that in mind, between 2018 and 2024, how many

05:28 20         units per year were you renting to those employees in

05:28 21         the packing shed?

05:28 22     A.  I don't know.

05:28 23     Q.  Do you have any records that would show that?

05:28 24     A.  2018 to '24.  No, sir.  I mean, I can find out like

05:28 25         today who's living where, but it's -- it's a turnover.

05:28   1      You know?  This guy wants to live with that guy.

05:28   2           I don't know who's living there at any time.

05:28   3      All I know is that they -- they work -- they work for

05:28   4      -- they're affiliated with the company and work here

05:28   5      at this company.

05:28   6   Q. Well, how many total units do you have available to

05:28   7      rent?

05:28   8   A. There's -- I think it's 19.

05:29   9   Q. And during the --

05:29  10   A. 15.  15.  I'm sorry.  It's 15, I think.

05:29  11   Q. And has that -- is that 15, has that been constant

05:29  12      over the time period that we're talking about, 2018 to

05:29  13      2024?

05:29  14   A. The same 15?

05:29  15   Q. Well, the total number of units you had available from

05:29  16      year to year, was it 15 in all of those years?

05:29  17   A. Yes, sir.

05:29  18   Q. Did you typically rent out all of them each year?

05:29  19   A. Yes, sir.  Well, not the whole year, no, sir, because

05:29  20      some of those people, they leave and go back for --

05:29  21      you know, back to Mexico.  So their -- the power bill

05:29  22      is really low at that point in time, there's not that

05:29  23      much consumption.

05:29  24   Q. How many people can fit in a unit?

05:30  25   A. Depends on the bedrooms.  Three bedrooms, three

05:30  1    people.  Two bedrooms, two people.  I think the

05:30  2    biggest unit is four bedrooms, so four people.

05:30  3  Q.  So how many --

05:30  4         So it sounds like you're saying the number of

05:30  5    people is based on the number of bedrooms per unit; is

05:30  6    that fair to say?

05:30  7  A.  Yes, sir.

05:30  8  Q.  How many --

05:30  9  A.  If it's being occupied.

05:30 10  Q.  Sure.  And with those 15 units, how many total

05:30 11    bedrooms are there among the 15 units?  And if it's

05:30 12    just an approximation, you know, give me an

05:30 13    approximation.

05:30 14  A.  You're working on me hard.

05:30 15  Q.  Well, let's try this.  Are there at least two bedrooms

05:30 16    in each unit?

05:30 17  A.  There's -- there's two per unit.  There's at least two

05:30 18    per unit.

05:30 19  Q.  So we're at -- we're at 30, then, right, 30 bedrooms

05:30 20    as part of the 15 units; is that fair to say?

05:30 21  A.  That's fair.

05:30 22  Q.  Okay.  But some of them -- some of the 15 units have

05:31 23    more than two bedrooms, right?

05:31 24  A.  Right.

05:31 25  Q.  How many do you think have more than two bedrooms?

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

05:31  1    A.  Probably five of them.

05:31  2    Q.  So that would be another five that have --

05:31  3              And that could be anywhere from three to four

05:31  4        bedrooms; is that right?

05:31  5    A.  Right.  Call it -- call it 40.

05:31  6    Q.  So about 40 bedrooms that could be rented out to

05:31  7        workers in the packing shed doing the jobs we've been

05:31  8        talking about today; is that fair to say?

05:31  9    A.  Not -- not to those -- not --

05:31 10              There's not 40 available to the people who

05:31 11        were in contracts now because I've got people

05:31 12        long-standing that live in those houses for years that

05:31 13        aren't any of these people.  So there's not 40

05:32 14        available to those people.

05:32 15              I would say of those --

05:32 16    Q.  How many --

05:32 17    A.  Of those people -- and I don't know all the people on

05:32 18        that list for sure.  I know Pablo has been here a long

05:32 19        time and stuff like that, but I would say I probably

05:32 20        got --

05:32 21              How many is on the list?

05:32 22    Q.  I mean, we're somewhere maybe around 100 to 125 or so

05:32 23        maybe.  Depends on like what you -- you know, turnover

05:32 24        and things like that, but...

05:32 25    A.  Probably -- probably -- I'm just "probably-in'."  I

05:32  1       don't know because I don't even know -- you know, I

05:33  2       don't know all these people and -- but most of these

05:33  3       people --

05:33  4                Anybody that was on the list that's -- that's

05:33  5       -- that I'm aware of that's involved with this

05:33  6       lawsuit, there's like, I don't know, maybe three of

05:33  7       them that live there.  Does that help?

05:33  8   Q.  Sure.  And there might be others, but you're not sure

05:33  9       because --

05:33 10   A.  Right.

05:33 11   Q.  -- you haven't looked at all the names probably,

05:33 12       right?

05:33 13   A.  Yes, sir.

05:33 14   Q.  Okay.  So what -- how was rent collected?  Did you say

05:33 15       -- you say the char- --

05:33 16                Let's strike that.  Let me try and start

05:33 17       over.

05:33 18                First of all, I want to go back to the

05:33 19       charge, the weekly --

05:33 20                Was it a weekly charge or a monthly charge?

05:33 21   A.  Weekly.

05:33 22   Q.  Okay.  And did you say the amount varied from week to

05:33 23       week?

05:33 24   A.  Not from week to week.  No, sir.  From -- from house

05:33 25       to house depending on the power consumption.  So, for

05:34  1    example, one house may have the annual power -- I just

05:34  2    took the annual power consumption on a flat line, and

05:34  3    if it runs $200 a month and another one is running

05:34  4    $100 a month, those would be proportionally weighted

05:34  5    just hourly.

05:34  6  Q.  And so sometimes the amount --

05:34  7         Is it a per person amount or a person unit

05:34  8    amount that people paid?

05:34  9  A.  It depends.  Like people like Pablo, only him and his

05:34 10    son, John, live together, and that would have three

05:34 11    bedrooms in it.  So with them it was just -- I don't

05:34 12    know.  I think -- I think Pablo paid like $20 a week

05:34 13    or something like that.  If you got --

05:34 14         So with people like that, it may not be

05:34 15    completely full, so it was just -- it was -- some --

05:35 16    some of them would be by the -- by the person and some

05:35 17    of them would be by the unit, I guess to say.

05:35 18  Q.  And how was the money collected?

05:35 19  A.  One of the guys that lives in one of them, he would

05:35 20    collect money weekly for me.

05:35 21  Q.  Was --

05:35 22         And who was that?

05:35 23  A.  Mario Esparza.

05:35 24  Q.  And we talked about Mr. Esparza, I believe, earlier.

05:35 25    He was one of the supervisors in the packing shed; is

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

05:35  1      that right?

05:35  2   A.  He was for some of the forklift drivers on that end of

05:35  3      the shed.

05:35  4   Q.  And did he --

05:35  5          So Mario Esparza collected the rent for you?

05:35  6   A.  Right.

05:35  7   Q.  And then was the --

05:35  8          Was that in cash?

05:35  9   A.  That -- that would be.  They don't -- to my knowledge,

05:35 10      they don't have checking accounts or anything like

05:35 11      that.

05:35 12   Q.  Was the...

05:35 13          Did people get receipts for these rent

05:36 14      payments at all?

05:36 15   A.  I'm not aware.

05:36 16   Q.  You're not aware if Mr. Esparza gave them receipts?

05:36 17   A.  I'm not aware.

05:36 18   Q.  Did you ask Mr. Esparza to give them receipts?

05:36 19   A.  Not that -- not that I know of.

05:36 20   Q.  Did you ask him --

05:36 21   A.  He's been with me for -- for a decade or more.  I

05:36 22      mean, I don't recall how we -- when we started off, he

05:36 23      didn't collect it for me.  I don't remember if I ever

05:36 24      said, but I don't ask for a receipt.  I don't need any

05:36 25      more paperwork to keep up with it.  You know, I just

05:36  1        -- I trust that it's being done.

05:36  2    Q.  Did you tell Mr. Esparza not to give people receipts?

05:36  3    A.  I did not.  I don't say nothing about receipts, but

05:36  4        they're -- they're --

       5    Q.  So --

05:36  6    A.  They're -- the people that live there, they know what

05:36  7        the cost is.  So they -- they only know -- and I've

05:37  8        had some of them ask me before, Hey, is my house this

05:37  9        much money?  Yes, it's this much.  It's verified with

05:37 10        them.

05:37 11    Q.  And so Mr. Esparza collects that money.  He collects

05:37 12        that at his office in the packing shed; is that right?

05:37 13    A.  No.

05:37 14              MR. HELLER:  Object to form.

05:37 15              THE WITNESS:  Sorry.

05:37 16              MR. HELLER:  No, that's okay.  Go ahead.  I

05:37 17        got my objection.

05:37 18    A.  No.  He's -- he's supposed to collect that money on

05:37 19        his own time at -- from the individuals.  It's not --

05:37 20        that was a big thing is I never wanted him doing that

05:37 21        or anything associated with that while he's getting

05:37 22        paid by the company to be working here.  He's not --

05:37 23        he doesn't work for me.  You know?  He works for

05:37 24        Southern Valley.  So he's got to do his work at

05:37 25        Southern Valley, and then as a side gig, he collects

05:37  1    money for me, but those two things --

05:38  2  BY MR. KNOEPP:

05:38  3  Q.  And does he --

05:38  4        Do you pay him to do that?

05:38  5  A.  I just don't charge him his home.  He lives for free.

05:38  6  Q.  So that's -- that's his -- his compensation for

05:38  7    collecting the money for you.

05:38  8  A.  Right, and he lives in a house by himself.

05:38  9  Q.  And people know that he's the person they're supposed

05:38 10    to pay on a weekly basis?

05:38 11  A.  Correct.

05:38 12  Q.  And they also know -- they know he's a supervisor at

05:38 13    the packing shed, right?

05:38 14  A.  Well, I'm assuming they know.  I don't -- I don't know

05:38 15    what they -- I would think they would be aware that he

05:38 16    worked here and was in that capacity.

05:38 17  Q.  Okay.  Are there any -- are there any lease agreements

05:38 18    at all?

05:38 19  A.  With the renters?

05:38 20  Q.  Yes, sir.

05:38 21  A.  No, sir.

05:38 22  Q.  And was the rent that people were paying ever listed

05:39 23    on their pay stubs?

05:39 24  A.  Oh, no, sir.

05:39 25  Q.  Are you aware that workers have said that they would

05:39   1    pay Mr. Esparza this money on Mondays at -- at work at

05:39   2    the packing shed?  Have you ever heard of that?

05:39   3  A.  I have not.

05:39   4  Q.  Do you have any reason to believe the workers who say

05:39   5    that are lying about that?

05:39   6  A.  All I can tell you is I was very stern in the

05:39   7    beginning with him because I can't have a side bill

05:39   8    company I got over here and he's getting paid by

05:39   9    Southern Valley and he's working for me on Southern

05:39  10    Valley's time.  That puts me in a very compromising

05:39  11    position, and so I got to be above reproach with stuff

05:40  12    like that, somebody out there working for me and

05:40  13    they're being paid by the company at the same time.

05:40  14    That's -- that's not -- that's no good.

05:40  15  Q.  Was Kent Hamilton aware of the arrangement you had

05:40  16    with the workers with respect to the rent?

05:40  17  A.  He knows that I rent workers housing.

05:40  18  Q.  Does he know that workers pay for that housing?

05:40  19  A.  Absolutely.

05:40  20  Q.  Did he ever express any concerns to you about that

05:40  21    arrangement?

05:40  22  A.  No, because I had the housing, and I had no company

05:40  23    for a long time.  Anyway, the first thing I did was I

05:40  24    went to Wage and Hour and I talked with Wage and Hour

05:40  25    about it.  I wanted to clear the air and make sure

| | | |
|---|---|---|
| 05:40 | 1 | that I wasn't about to do anything that could be |
| 05:40 | 2 | frowned upon or seen as, you know, wrong, and I was |
| 05:41 | 3 | told, no, you have a legitimate established LLC |
| 05:41 | 4 | business that is in the rental business, and if people |
| 05:41 | 5 | want to live with you, want to rent from you, you |
| 05:41 | 6 | know, you would actually be in violation of housing |
| 05:41 | 7 | standards if I denied them the access to be able to |
| 05:41 | 8 | live. |

Q.   So the renting that you did you did it through an LLC
     as opposed to yourself individually; is that right?

A.   It's not -- it's not that formal.  It's just not that
     formal, but the -- I have the -- I have rental
     property and an LLC, but it's not that formal like
     you're talking about.

          You got to remember -- explain something to
     you.  When you hear of rental property, I have two
     kinds of rental property.  I have rental property that
     I rent for profit and I have rental property I rent
     for convenience.

          This -- this property, I try to make sure it
     doesn't cost me money to own it.  I'm not making money
     off this stuff, but my -- the guys that worked in the
     packing shed when I first started this years ago,
     there was always a conflict with them because they
     would come in midnight, whatever at night into the

05:42  1      labor camp where people were getting up early the next

05:42  2      morning.  So there was always conflict and strife

05:42  3      between these two groups of people.

05:42  4            So I had a couple of guys that were paying

05:42  5      for that, and the other guys found out about it, said,

05:42  6      "Hey, do you have some housing I can live in?  Hey, do

05:42  7      you have some housing I can live in," because they

05:42  8      don't want to live there, or they may have their

05:42  9      girlfriend that lives with them or they want to live

05:42 10      with their cousin.  They get to choose their

05:42 11      roommates.

05:42 12            There is not a money-proposition-making deal

05:42 13      for me.  It's a hassle and a pain in the tail is what

05:42 14      it is, you know.  I got a well that goes out.  I got

05:42 15      to spend five grand to fix the well.  It's going to

05:42 16      take me another nine months to recruit that plus

05:42 17      everything else I got going on.

05:42 18 Q.   So part of the reason that the -- that the workers in

05:43 19      the packing shed are living and paying for the rental

05:43 20      housing is because their -- their schedule in the

05:43 21      packing shed is different than the field workers'

05:43 22      schedule in the barracks and that was causing

05:43 23      conflict; is that -- am I understanding that right?

05:43 24            MR. HELLER:  Object to form.

05:43 25 A.   I'll tell you this.  You can't have alcohol in our

05:43  1      labor camps.  You can't co-ed a house in our labor

05:43  2      camps.  You can't be outside at night keeping people

05:43  3      up in our labor camps.  If you want to do those

05:43  4      things, you're going to have to find somewhere else to

       5      go.

05:43  6           And I also would have a problem with people

05:43  7      who decided to go somewhere else and get around town,

05:43  8      and then I get a phone call on Saturday night.  I got

05:43  9      someone I need to bail out of jail.  It's a

05:43 10      convenience factor.

05:43 11  BY MR. KNOEPP:

05:43 12  Q.  Yeah, and that wasn't quite my question.  I was going

05:43 13      back to something you mentioned earlier about the

05:43 14      conflict between the packing shed workers who would

05:43 15      get off late at night and go to the barracks where the

05:44 16      other workers were being housed, and that was one of

05:44 17      the reasons -- if I understood what you were saying

05:44 18      correctly, that was one of the reasons why the rental

05:44 19      housing -- the people were renting the housing from

05:44 20      you was to avoid that conflict because of the

05:44 21      difference in schedules; is that right?

05:44 22           MR. HELLER:  Same objection.

05:44 23  A.  No.  I said originally -- originally I started off

05:44 24      with a couple of guys that didn't want to live in the

05:44 25      house -- in the barracks because they didn't like

05:44  1    people waking them up leaving early in the morning,

05:44  2    buses and things like that.  Over time, it became that

05:44  3    you would have housing and they wanted to live

05:44  4    offsite, live in their own place, pick their own

05:44  5    roommates, co-ed house, whatever they wanted to do, be

05:44  6    able to have beer in the refrigerator, those sort of

05:44  7    things, whatever they chose to do.  They didn't want

05:44  8    the rules.

05:44  9  BY MR. KNOEPP:

05:44 10  Q.  Is the housing that you rent to the packing shed

05:45 11    workers close to the packing shed?

05:45 12  A.  It is.

05:45 13  Q.  Is it closer to the packing shed than the other

05:45 14    housing that's provided by the employer?

05:45 15  A.  It is not.

05:45 16  Q.  Some of the housing is close --

05:45 17        Some of the employer-provided housing is

05:45 18    closer than the housing that you're renting to people?

05:45 19  A.  All of the company housing is closer.

05:45 20  Q.  To the packing shed.

05:45 21  A.  Correct.

05:45 22  Q.  The people have said that when they paid Mr. Esparza,

05:45 23    that he would some -- he would make notes of that in

05:45 24    a booklet.  Have you ever -- are you aware if that's

05:45 25    accurate?

05:45  1    A.   I mean, I don't know anything about that.  Like I

05:45  2         would think that with 15 houses, and you call it 40

05:46  3         people, that he probably had to do something to keep

05:46  4         up with a checklist each week that he'd, you know,

05:46  5         check his whole list off, make sure he got all the

05:46  6         money collected, but I don't really know how he does

05:46  7         that.

05:46  8    Q.   Have you ever asked him if he's keeping any kind of

05:46  9         record about the housing payments?

05:46 10    A.   I don't.

05:46 11    Q.   You're not sure whether he does or doesn't; is that

05:46 12         fair to say?

05:46 13    A.   It's fair.  That's right.  I have no idea how he keeps

05:46 14         up with what he's doing.

05:46 15    Q.   How much money per week does Mr. Esparza turn over to

05:46 16         you for the housing payments that he's collecting?

05:46 17    A.   Of course, from January to February it's very little,

05:46 18         a few hundred dollars, because as much as the house is

05:46 19         not occupied, and I don't make them pay for when

05:46 20         they're not here and they're not, you know, consuming

05:46 21         power and LB.

05:47 22              Let me think.

05:47 23              It would average -- the power bill is about

05:47 24         $50,000 a year.  So being 52 weeks, it averages about

05:47 25         $1150 a week, $1200 a week.

05:47  1    Q.  Does the -- is there an address for this housing?

05:47  2    A.  There is, and I -- forgive me because I cannot tell

05:47  3        you what it is off the top of my head, the address.

05:48  4    Q.  Is there a road at least that you could -- even if you

05:48  5        don't know the number of the --

05:48  6    A.  Right.  Right.

05:48  7    Q.  -- address?

05:48  8    A.  It's Ellenton-Omega Road, but I can't tell you that

05:48  9        number because it's like they don't take mail there or

05:48 10        have anything delivered there, whatever there.

05:48 11    Q.  Okay.  I think, you know, we can leave the housing

05:48 12        now.  I want to move on to another topic just, again,

05:48 13        to give you sort of like a heading.  So I have some

05:48 14        additional questions I wanted to ask about outside

05:48 15        produce.

05:49 16            Whenever --

05:49 17            Between 2018 and 2014 Hamilton Growers

05:49 18        received deliveries at the packing shed of produce

05:49 19        that was grown by other individuals and entities; is

05:49 20        that right?

05:49 21    A.  Correct.

05:49 22            MR. HELLER:  You said 2018 and 2014.  Did you

05:49 23        mean 2018 and 2024?

05:49 24            MR. KNOEPP:  Oh.  I did mean 2018 and 2024.

      25            MR. HELLER:  Okay.

05:49  1            MR. KNOEPP:  Sorry.  Thank you for catching

05:49  2       that.

05:49  3  BY MR. KNOEPP:

05:49  4  Q.  So, Mr. Schwalls, I was referring to 2018 to 2024.

05:49  5       Did Hamilton Growers receive deliveries at the packing

05:49  6       shed of produce that was grown by other individuals

05:49  7       and entities during that time period?

05:49  8  A.  Yes, sir, but to be clear with that, when you say

05:49  9       "grown by other individuals," grown, packed -- grown

05:49 10       and packed by the individuals.  These are finished

05:49 11       goods.

05:49 12  Q.  Okay.  But -- but they were grown by other entities or

05:50 13       individuals, they weren't grown by Hamilton Growers or

05:50 14       Southern Valley, right?

05:50 15  A.  Yes, sir, but I'm just -- I'm just trying to be

05:50 16       technically clear here.  We're not -- we're not a

05:50 17       packing.  We're not a packer.  We don't pack for other

05:50 18       farmers and growers and things like that.  So just

05:50 19       differentiate our terminology in our industry.

05:50 20  Q.  And those deliveries occurred on a weekly basis; is

05:50 21       that right?

05:50 22  A.  Generally speaking, there would be something coming

05:50 23       through here weekly.

05:50 24  Q.  And when we're talking about product that was grown by

05:50 25       other individuals and entities, we're not talking

05:51  1    about produce that was grown in the Yucatan on the

05:51  2    operations that are affiliated with Southern Valley;

05:51  3    is that right?

05:51  4  A.  Correct.  I'm talking about something we would have

05:51  5    purchased from another company similarly situated.

05:51  6  Q.  And that's what I'm talking about as well.  So I just

05:51  7    want to make sure, when we talk about that, that's the

05:51  8    distinction.

05:51  9        Did these outside purchases get delivered to

05:51 10    the Tennessee facility as well during the months that

05:51 11    you-all were operating in the Tennessee facility?

05:51 12  A.  There would be... there would -- there would be --

05:52 13        I can't say that all of those years because

05:52 14    we had -- we didn't have the capacity in that facility

05:52 15    to handle product other than what we were growing up

05:52 16    until probably 2020 I think is when we did the

05:52 17    addition to put on a cooler that gave us more capacity

05:52 18    where we could do that.  Prior to that, we wouldn't --

05:52 19    we wouldn't have been able to really do anything

05:52 20    there.

05:52 21  Q.  But starting in 2020 and then maybe in 2021 onward,

05:52 22    there were deliveries of outside produce to the

05:52 23    facility in Tennessee?

05:52 24  A.  There could be.  Yes.

05:52 25  Q.  These purchases of outside produce that got delivered

05:53  1     to one of the packing sheds, are -- is that

05:53  2     information recorded in some computer systems that

05:53  3     Southern Valley or Hamilton Growers uses?

05:53  4  A.  We know where the product was received, so therefore

05:53  5     we would know where it was delivered, yes.

05:53  6  Q.  And -- and my question maybe wasn't crystal clear, but

05:53  7     does it get recorded in some sort of database or

05:53  8     electronic recordkeeping system that you-all use at

05:53  9     Hamilton Growers or Southern Valley?

05:53 10  A.  Yes.  I'm sorry.  When I said "received," I wasn't

05:53 11     talking physical act, I'm talking about the inventory

05:53 12     received act.  It was received in an inventory in a

05:53 13     location, therefore, you know, designating that that's

05:53 14     where it delivered to.

05:53 15  Q.  And is that recorded in the Famous electronic sys- --

05:54 16     software that you-all use at Southern Valley and

05:54 17     Hamilton Growers?

05:54 18  A.  Yes, sir.

05:54 19  Q.  And that's what I was getting at with the electronic

05:54 20     records.

05:54 21          So the Famous system has a -- has a module

05:54 22     that you can keep track of purchases that were made

05:54 23     and delivered; is that right?

05:54 24  A.  Yes, sir.

05:54 25  Q.  And you use that Famous system to keep track of those

05:54  1    purchases; is that right?

05:54  2   A.   Yes, sir.

05:54  3   Q.   And then you also use the Famous system to keep track

05:54  4        of sales of that -- those same products; is that

05:54  5        right?

05:54  6   A.   Yes, sir.

05:54  7   Q.   Is there a way to tell in the Famous system whether

05:54  8        something was delivered to the Georgia facility versus

05:54  9        the Tennessee facility?

05:54 10   A.   Yes, sir.  It's the same system, but it shows the

05:55 11        location when it's received.  It's two -- there's two

05:55 12        separate sets of inventory.  You know -- when you

05:55 13        receive it, you know what -- what location it was

05:55 14        received at in the inventory.

05:55 15   Q.   Now, you-all produced to us a spreadsheet, it was

05:55 16        actually a CSV file for outside purchases from 2018 to

05:55 17        2020, and then one from 2021 to March 13th of 2025.

05:55 18        Are you aware that that was done?

05:55 19   A.   Yes, sir.

05:55 20   Q.   Now, those records -- were those records just the

05:55 21        outside purchases that were delivered to the Georgia

05:55 22        facility?

05:55 23   A.   To my knowledge, they should have been all outside

05:56 24        purchases, but I didn't -- I didn't -- I saw the --

05:56 25             What I saw was a vendor list.  Okay?  Let me

05:56   1          change about that.  I didn't look at the purchases.  I

05:56   2          just saw a list of the vendors that we purchased from.

05:56   3          So the vendor list is the vendor list.  Where it went

05:56   4          to wouldn't have been subject to the vendor list.

05:56   5     Q.   The outside produce that was delivered to the packing

05:56   6          shed, was that purchased by Hamilton Growers or by

05:56   7          Southern Valley?

05:56   8     A.   No, sir.  By Southern Valley.

05:56   9     Q.   But it was handled by employees of Hamilton Growers;

05:56  10          is that right?

05:56  11     A.   That would be correct.

05:56  12     Q.   And each year between 2018 and 2024 it was a

05:57  13          substantial amount of produce that was purchased; is

05:57  14          that fair to say?

05:57  15     A.   That's fair to say.

05:57  16     Q.   More than 20 million dollars per year at the Georgia

05:57  17          facility; does that sound right?

05:57  18     A.   Painfully so.

05:57  19     Q.   Sometimes as much as 25 million dollars in outside

05:57  20          produce purchases; is that right?

05:57  21     A.   Yes, sir.

05:57  22     Q.   What about in the Tennessee -- with respect to the

05:57  23          Tennessee facility?  What amount of outside produce is

05:57  24          purchased then delivered to that facility?

05:57  25     A.   Well, you're really testing me there.  That's --

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

05:57  1         that's hard for me to say, but some portion of that.

05:58  2    Q.   Okay.  "Some" you mean a smaller amount than the

05:58  3         20 million or 25 million.

05:58  4    A.   Due to the fact we only operate that facility,

05:58  5         remember I was telling you, July, August, September

05:58  6         window right there, and then Georgia is operating up

05:58  7         to July, then Georgia starts back in September.

05:58  8    Q.   If we're talking about 20 to 25 million a year in

05:58  9         Georgia, and Tennessee is operating for much fewer

05:58 10         months, is it a million dollars, 2 million dollars in

05:58 11         outside purchases in the Tennessee facility?  Can you

05:58 12         estimate it?

05:58 13    A.   I'll go with heads on that.  That sounds good.  I'm

05:58 14         just totally guessing right now.

05:58 15    Q.   Okay.  Well, yeah, but we wouldn't have to guess.  We

05:58 16         can actually look at the Famous software to see what

05:59 17         exactly was delivered to the Tennessee facility; is

05:59 18         that right?

05:59 19    A.   Right.  It should reasonably be, if you say -- let's

05:59 20         say it's 24 million dollars worth of stuff divided by

05:59 21         12.  There would have been probably 4 million right

05:59 22         there.  I mean -- you know.  I mean, it's -- I think

05:59 23         that's reasonable to make an assumption on this kind

05:59 24         of stuff.  It would be a lower amount than Georgia

05:59 25         typically would have, but it would still be an amount

05:59  1          there.

05:59  2     Q.   When the product gets delivered to the packing shed in

05:59  3          Georgia, it's taken off of the trucks that it comes on

05:59  4          by forklift operators; is that right?

06:00  5     A.   It would be received by the shipping department, and

06:00  6          so the -- you know, the product is identified, it's

06:00  7          counted, the bill of lading is verified.

06:00  8     Q.   And who does that?

06:00  9     A.   The shipping department.

06:00 10     Q.   Right, but is there a specific person or people who do

06:00 11          that in the shipping department?

06:00 12     A.   Well, whoever is in the shipping department.  I mean,

06:00 13          it's not like these two guys are the two guys that do

06:00 14          this.  It's in the shipping department.  I have no way

06:00 15          to know who would have received that other than they

06:00 16          worked in the area -- the specific area of shipping.

06:00 17     Q.   And then the forklift drivers need to then move it and

06:00 18          put it in the cooler, right?

06:00 19     A.   The shipping department does that.

06:00 20     Q.   Right, but the shipping department -- the forklift

06:01 21          drivers are the ones who drive a forklift, pick up the

06:01 22          pallet and move it into the cooler; is that right?

06:01 23     A.   Correct.

06:01 24     Q.   And if that -- if that product gets moved around the

06:01 25          warehouse, it gets done using a forklift; is that

06:01   1        right?

06:01   2   A.   Right, by the shipping department.  It's moved -- it's

06:01   3        transported and moved around wherever it goes by a

06:01   4        forklift by the shipping department.  Yes, sir.

06:01   5   Q.   These are -- these are pallets of product that, you

06:01   6        know, you can't move by hand; is that right?

06:01   7   A.   Correct.

06:01   8   Q.   Or at least not quickly; is that fair to say?

06:01   9   A.   I've seen guys that can move it.

06:01  10   Q.   Yeah.  Well, yeah.  I'm sure that you can move it, it

06:02  11        might just take a really long time.  That's why you

06:02  12        have the forklifts; is that accurate?

06:02  13   A.   Right.  Yes, sir.

06:02  14   Q.   I want to just -- we're almost done here.  I do want

06:03  15        to ask a couple questions about some of the columns on

06:03  16        a spreadsheet related to the outside produce, and I'm

06:03  17        going to share my screen again and share an Excel

06:03  18        file.  So give me just a second.

06:03  19             All right.  Are you able to see my screen in

06:03  20        a very large Excel file?

06:03  21   A.   Can you -- can you change that to like 125 percent for

06:03  22        me?

06:03  23   Q.   Yep.  Does that help?

06:03  24   A.   Gotcha.

06:03  25   Q.   All right.  I'm also going to expand these columns

06:03   1          just so that you can see them better.

06:03   2                  So I just want to go through the columns just

06:04   3          to make sure that I understand what -- what everything

06:04   4          means.  So bear with me, if you don't mind.  Some of

06:04   5          these may be very simple, but the very first column

06:04   6          here, column A, I'm not really sure what this stands

06:04   7          for, but there are a bunch of numbers here.  Do you

06:04   8          know what those refer to?  Yeah.  Go ahead.  That's my

06:04   9          question.

06:04  10     A.   Does that say 9089?

06:04  11     Q.   Yeah.  That's the first entry there in the cell, it

06:04  12          says 9089, and the column heading says

06:04  13          A-P-P-O-H-D-R-I-D-X.

06:04  14     A.   I'm going to have to make an assumption, but that 9

06:05  15          number looks like a outside purchase number or

06:05  16          something.  It's the number that doesn't -- the

06:05  17          transaction to some degree.

06:05  18     Q.   Okay.  I should have said this at the outset, but this

06:05  19          spreadsheet we're looking at has a file name that we

06:05  20          received from the Defendants that says Outside

06:05  21          Purchases 2021 to 3.13.25.

06:05  22     A.   Okay.

06:05  23     Q.   Do you see that on the --

06:05  24     A.   I do.

06:05  25     Q.   Okay.  So there's a column, column D, that says

06:05  1      Delivery Date.  That seems pretty self-explanatory,

06:05  2      but just humor me.  That's the date that this would

06:05  3      have been delivered to the packing shed; is that fair

06:05  4      to say?

06:05  5   A.  I would think that would be correct.

06:05  6   Q.  And the Salesperson Name, that's the person who

06:06  7      purchased the product?

06:06  8   A.  Scroll -- scroll -- scroll down.

06:06  9            How many cells you got on this?

06:06 10   Q.  Yeah.  So I turned on the filter feature so we can see

06:06 11      what the different options are for this particular --

06:06 12   A.  Okay.

06:06 13   Q.  -- column.  Do you see those?

06:06 14   A.  That would have been...

06:06 15            All right.  No.  It would have been the

06:06 16      person that either entered it, or by default a lot of

06:06 17      the entries were placed in under the name -- that Doug

06:06 18      that's on there is false.  Just by default it --

06:06 19      Famous comes up when an order would be put in, and his

06:06 20      name would come up by default, and you would have to

06:06 21      go in and change it if it's someone else.  So a lot of

06:07 22      that doesn't -- that's just denoting that it's put

06:07 23      under a name.  Not sure who did it.

06:07 24   Q.  And that's not you, right, that's your brother?

06:07 25   A.  My brother.

06:07  1   Q.  The Ship To Location says primary location, and that's

06:07  2       the only option or the only thing that was -- appears

06:07  3       in any of these entries here for 2021 to 2015.

06:07  4               Does primary location mean the Georgia

06:07  5       facility?

06:07  6   A.  Yes, sir.

06:07  7   Q.  So if this was delivered to Tennessee, it would be in

06:07  8       a different -- we'd need to run a different report or

06:07  9       get a different spreadsheet, right?  This doesn't --

06:07 10       this isn't showing the Tennessee deliveries?

06:07 11   A.  Can you -- can you scroll down a ways for me, all the

06:07 12       way to the center line.  Keep going down.  Okay.

06:08 13       Okay.  There we are.  There we are.

06:08 14               All right.  Do you see all these in the

06:08 15       middle, the location -- the company location?  Now

06:08 16       you're seeing Lexington and Warrenton and Coxsackie,

06:08 17       Fort Worth.  Do you see all that?

06:08 18   Q.  Yes, sir.

06:08 19   A.  That's where it's delivered to.  So that would have

06:08 20       been where we bought product and then direct delivered

06:08 21       to those locations.

       22               (Clarification requested

06:08 23                by the court reporter.)

06:08 24   A.  So that's where it gets -- that's where it was

06:08 25       delivered to.  So when you see the carrier, even

06:08  1       though it would show --

06:08  2               I want to make sure.  I'm getting my cells --

06:09  3               Hey, can you -- can you freeze that number

06:09  4       one cell up there, that, that --

06:09  5    BY MR. KNOEPP:

06:09  6    Q.  Sure.

06:09  7    A.  -- so we can scroll down and I can still see the

06:09  8       headers?

       9    Q.  Yep.

06:09 10    A.  I don't want to get myself confused here trying to

06:09 11       read this.

06:09 12    Q.  So you were referring to some names that appear in the

06:09 13       Carrier column.

06:09 14    A.  Right.

06:09 15    Q.  And some of them say they deliver, some of them say

06:09 16       house truck, some of them say a particular location

06:09 17       like Lexington, Fort Worth.

06:09 18               What does Carrier mean?

06:09 19    A.  Scroll to the right for me, if you don't mind.  All

06:09 20       right.  All right.  All right.  Okay.

06:09 21               All right.  Now I know what I'm looking at.

06:09 22       Okay.  I see where this information came from.

06:10 23               These -- this is coming out of a shipping

06:10 24       list -- shipping and receiving list because, see, it

06:10 25       did not look like this when we're looking at it.  You

```
06:10   1        know?  I'm still trying to figure out where I'm at.
06:10   2   Q.   Okay.  When you look at something like this, it's
06:10   3        typically in the database itself as opposed to a
06:10   4        export to a spreadsheet?
06:10   5   A.   Right.  So I'm trying to familiarize myself here
06:10   6        with...
06:10   7   Q.   So, for example, I'm looking at column V and column W,
06:10   8        which appears to be descriptions of what was received;
06:10   9        is that fair to say?
06:10  10   A.   It is.  This must have been in 2021.  Okay.  Yeah.
06:10  11        Okay.
06:10  12   Q.   And so what I'm trying to understand is that, first of
06:10  13        all, it says Ship To Location, and this particular
06:10  14        entry -- the very first entry on this spreadsheet says
06:11  15        primary location, and it looks like the description is
06:11  16        4-pack tangerine citrus.  Do you see that?
06:11  17   A.   Right.
06:11  18   Q.   Okay.  Is the Ship To Location that says primary
06:11  19        location, does that mean this was -- this product was
06:11  20        shipped to the Georgia packing shed facility?
06:11  21   A.   That's correct.
06:11  22   Q.   And the carrier here, it says Chris Goodman.
06:11  23             Is that an individual or a company that would
06:11  24        have delivered the product?
06:11  25   A.   That's right.
```

| | | |
|---|---|---|
| 06:11 | 1 | Q. Okay. And then scrolling over a little further. Like |
| 06:11 | 2 | I said, we already talked about the column V, which |
| 06:11 | 3 | says R-E-C-B-D-E-S-C-R, which is the receive |
| 06:11 | 4 | description, correct? |
| 06:11 | 5 | A. Correct. |
| 06:11 | 6 | Q. And then there's some additional columns that say -- |
| 06:12 | 7 | the column heading says UOM, and then it looks like |
| 06:12 | 8 | you can either pick bin, CTN, or LB. |
| 06:12 | 9 | Do you know what that column is referencing? |
| 06:12 | 10 | A. It looks like... |
| 06:12 | 11 | Is that bottom one LB? |
| 06:12 | 12 | Q. Yeah. The bottom one is LB like as in the |
| 06:12 | 13 | abbreviation for pounds. |
| 06:12 | 14 | A. Yeah. That's what it looks like to me is that it's |
| 06:12 | 15 | how it was received, was received by bins, by |
| 06:12 | 16 | containers, or by pounds. |
| 06:12 | 17 | Q. So this one, for example, says CTN for the 4-pack |
| 06:12 | 18 | citrus. CTN would be a container? Is that -- |
| 06:12 | 19 | A. That's what it looks like to me. |
| 06:13 | 20 | Q. Okay. And then the next column says QNT. Is that a |
| 06:13 | 21 | quantity? |
| 06:13 | 22 | A. That's what it looks like to me. |
| 06:13 | 23 | Q. And so this is -- this particular one says 589. Then |
| 06:13 | 24 | there's a Price column, which seems self-explanatory, |
| 06:13 | 25 | an Amount column, which also seems self-explanatory. |

06:13  1              A Received Quantity is column AB.  Is that

06:13  2      your understanding as well?

06:13  3  A.  That -- that should be --

06:13  4              So the 589 looks to me like what they put in

06:13  5      that we would get, and the 539 is what we actually

06:13  6      received.

06:13  7  Q.  And then there's a Received Price.  Is that the next

06:13  8      column, column AC?

06:13  9  A.  Correct.

06:13 10  Q.  And in the Received Amount, column AD, that's the

06:13 11      total price that was paid for this particular

06:13 12      shipment.

06:13 13  A.  Correct.

06:13 14  Q.  Okay.  Great.

06:13 15              And so that column AD is what can be used to

06:14 16      figure out the total amount of outside produce

06:14 17      purchases that were made in any particular time period

06:14 18      on the spreadsheet, right?

06:14 19  A.  That -- that should be correct.

06:14 20  Q.  And then there's a column here that says column AF.

06:14 21      It says Units Per Pallet.  Do you see that?

06:14 22  A.  I do.

06:14 23  Q.  This particular one says 50.  Do you see that?

06:14 24  A.  I do.

06:14 25  Q.  And so if you received 539 quantity of product and it

06:14  1      was 50 units per pallet, we can do the math there to

06:14  2      figure out how many pallets were in the shipment; is

06:14  3      that fair to say?

06:14  4  A.  Looks like it's 11.  Correct.

06:14  5  Q.  And, again, those -- those are pallets that would have

06:14  6      been loaded by a forklift operator and placed in the

06:15  7      cooler; is that right?

06:15  8  A.  That would be correct.

06:15  9  Q.  And then it looks like there's some other information

06:15 10      here about the payment that was made, like a check

06:15 11      number and a check date, that was paid to the vendor

06:15 12      that this was purchased from.  Is that your

06:15 13      understanding of columns AJ and AK?

06:15 14  A.  That looks correct to me.

06:15 15  Q.  And then the From Name, what does that refer to?

06:15 16  A.  What does that -- what does that say?  I can't read

06:15 17      the top of that header.

06:15 18  Q.  Sure.  It says From Name, F-r-o-m Name.

06:15 19  A.  That's the same as the carrier.

06:15 20  Q.  Okay.  And the From Location, there are a number of

06:15 21      things you can pick.  A lot of these say Main,

06:16 22      M-a-i-n.  Not the state of Maine, but Main.

06:16 23  A.  Where does it show it again?  In the dropdown box?

06:16 24  Q.  Sure.  Yeah.  There's a -- there's a number of options

06:16 25      here, including Main, which is what all the ones on

06:16   1    the particular screen we're looking at show, and then

06:16   2    it looks like a lot of other ones that are cities,

06:16   3    right?

06:16   4  A.  Oh.  That's where it's been delivered to, main

06:16   5    location, and where it was -- where -- where it was --

06:16   6    where it's been delivered to and --

06:16   7        That's -- that's just like a default that if

06:16   8    -- if we -- when we receive it in, it -- when you

06:16   9    receive it in and then it's been like shipped.  So

06:16  10    it's been received to the main and shipped from the

06:16  11    main location.

06:16  12  Q.  Okay.  I understand.

06:16  13        And so that's referring to like it being

06:16  14    shipped back out at some point in time to one of your

06:16  15    clients?

06:17  16  A.  Right.

06:17  17  Q.  And it's being shipped out from your main location,

06:17  18    which is in Norman Park, Georgia?

06:17  19  A.  Correct.

06:17  20  Q.  Okay.  And then the Vendor Name column here, which is

06:17  21    column BI, that's the person -- that's the person or

06:17  22    entity it was -- the product was purchased from; is

06:17  23    that right?

06:17  24  A.  Correct.

06:17  25  Q.  I think that's -- the other columns are either

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

06:17  1      self-explanatory or not anything I have a question

06:17  2      about.

06:18  3                  MR. KNOEPP:  All right.  I'm going to stop

06:18  4      sharing this.

06:18  5                  Let's take a brief five-minute break, if

06:18  6      that's okay with everybody.

       7                  (Recess taken at 6:18 p.m.)

06:24  8                  (Back on the record at 6:24 p.m.)

06:24  9                  MR. KNOEPP:  I don't have any further

06:24 10      questions, Mr. Schwalls.  Thank you so much for your

06:24 11      time today.  Sorry that it took so long.

      12                      E X A M I N A T I O N

      13      BY MR. HELLER:

06:24 14      Q.  Jon, I have one question for you, so I make it last

06:24 15          longer, I guess, but just with respect to individuals

06:24 16          who live in the housing off of Ellenton-Omega or any

06:24 17          housing you may own, is it your understanding that all

06:24 18          of those individuals are aware that they could choose

06:24 19          to live in the company-provided housing for free?

06:24 20                  MR. KNOEPP:  Objection to the form.

06:24 21      A.  Yes.

06:24 22      BY MR. HELLER:

06:24 23      Q.  Okay.  And how do you -- how do you form that basis?

06:24 24      A.  It is in -- it is in the work contract, as you see,

06:24 25          housing will be provided for free, and 90 percent of

06:24  1    the people live in company housing here.  So it's not

06:24  2    a secret that's done on the back.  So -- I mean, it's

06:25  3    -- it's -- and it's been that way for -- since 1998.

06:25  4    So I don't poll everybody and ask them, hey, are you

06:25  5    aware we got company housing, but, you know -- and a

06:25  6    lot of the people still -- even if they don't live in

06:25  7    company housing, may still eat at the company

06:25  8    cafeteria.

06:25  9  Q.  Okay.

06:25 10        MR. HELLER:  All right.  I don't have any

06:25 11    questions other than that.

06:25 12        MR. KNOEPP:  Just one follow-up on that.

06:25 13              R E E X A M I N A T I O N

06:25 14  BY MR. KNOEPP:

06:25 15  Q.  You mentioned that the free housing is disclosed in

06:25 16    the work contract.

06:25 17        Is the cost of your housing disclosed in the

06:25 18    work contract?

06:25 19  A.  It is not.  It is not company sanctioned or company

06:25 20    housing -- or company related.

06:25 21        MR. KNOEPP:  No other questions.

06:25 22        MR. HELLER:  All right.  This is the time of

06:25 23    the deposition, Jon, where we say we're off the record

06:25 24    and we're done, and you should run because, otherwise,

06:25 25    Jim will change his mind.

         1            THE COURT REPORTER:  I just need to get

         2    transcript orders on the record, and go ahead and

         3    start, Jim.

06:25    4            MR. KNOEPP:  Yeah.  We'll -- we're the

06:26    5    noticing party, so we'll do an original and E-tran.

06:26    6            THE COURT REPORTER:  Okay.  And, Marty.

06:26    7            MR. HELLER:  We will do an E-tran and read

06:26    8    and sign, please.

         9            THE COURT REPORTER:  Okay.  Very good.  I'm

        10    all set.

        11            (Signature having been reserved, the

        12    deposition concluded at 6:26 p.m.)

        13                    *         *         *

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

```
 1                   CERTIFICATE OF NOTARY

 2   STATE OF MICHIGAN        )

 3                            ) SS

 4   COUNTY OF WAYNE          )

 5       I, Anne H. Chilton, Certified Shorthand Reporter, a

 6   Notary Public in and for the above county and state, do

 7   hereby certify that the above deposition was taken before me

 8   at the time and place hereinbefore set forth; that the

 9   witness was by me first duly sworn to testify to the truth,

10   and nothing but the truth, that the foregoing questions

11   asked and answers made by the witness were duly recorded by

12   me stenographically and reduced to computer transcription;

13   that this is a true, full, and correct transcript of my

14   stenographic notes so taken; and that I am not related to,

15   nor of counsel to either party, nor interested in the event

16   of this cause.

17   Date: May 22nd, 2025

18

19                    _____

20                    Anne H. Chilton, CSR-3669

21                    Notary Public,

22                    Wayne County, Michigan

23   My Commission expires:  August 9, 2025

24

25
```

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

```
 1              CHANGES AND SIGNATURE

 2   WITNESS NAME: JONATHAN T. SCHWALLS      DATE: 5/9/2025

 3   PAGE/LINE              CHANGE              REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21

22   Executed this_____date of _____, _____.

23

24                       _____

25                            JONATHAN T. SCHWALLS
```

```
 1                        -oOo-

 2

 3            I have read the foregoing deposition

 4  transcript and by signing hereafter, subject to any changes

 5  I have made, approve same.

 6

 7

 8                  Dated_____.

 9

10

11

12                  _____

13                  JONATHAN T. SCHWALLS

14

15

16

17

18

19

20

21

22

23

24

25
```

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

## Exhibits

**Exhibit 007** 3:15
202:19,23 203:1
**Exhibit 200** 3:16
6:10,13,14
**Exhibit 201** 3:17
77:18
**Exhibit 202** 3:19
103:9,12 112:14 113:3
**Exhibit 203** 3:21
129:19,20 130:22
**Exhibit 204** 3:22
138:25 139:3 141:20
143:16

## $

**$100** 176:21 226:4
**$11.71** 141:22
**$1150** 235:25
**$1200** 235:25
**$20** 226:12
**$200** 226:3
**$32** 177:10
**$32.23** 177:10
**$49.04** 181:2
**$49.19** 178:11
**$49.84** 181:2
**$50,000** 235:24
**$65.36** 199:10 200:7
201:21 202:11,14
203:19 204:17,22
205:6,11 206:8
**$82** 180:15,16

## -

**---ooo---** 4:2
**-norman** 21:24

## 0

**0014143** 163:10
**0014144** 195:18
**008906** 130:8
**014140** 106:18
**014140.xlsx** 105:24

## 1

**1** 7:13 8:10 104:9
**1.5** 135:8
**10** 187:2
**100** 111:4 177:2,3,4,6,
7,8,21 224:22
**10:06** 4:1,8
**10:12** 9:20,21
**11** 7:1,13 76:18 159:20
252:4
**115** 112:10
**11:19** 45:23
**11:32** 45:24
**12** 118:20 123:17
214:24 215:14 242:21
**12/31** 203:23 204:9
**125** 224:22 244:21
**13th** 240:17
**15** 222:10,11,14,16
223:10,11,20,22 235:2
**150** 44:10
**16** 76:11 176:13
**17** 76:12 176:13
**18** 112:3 118:21 125:13
176:13
**19** 184:9 222:8
**1998** 127:11 255:3
**1:06** 102:16
**1:41** 102:17

**1:42** 103:2,3
**1:58** 112:25
**1st** 130:25

## 2

**2** 113:8 171:8 242:10
**20** 61:19,21 107:18
108:1 172:18,21 241:16
242:3,8
**20-** 21:1
**200** 6:10,14 22:17
23:11
**201** 77:18,22
**2011** 123:17
**2014** 236:17,22
**2015** 247:3
**2018** 21:9,11,13 22:4
87:20 104:23 105:6,13
108:8 111:5,14,24
112:6 113:11 117:1,8
118:3,19 123:9 127:8,
15 132:2,6,13 133:14
136:1 137:5,8,25
141:24 142:10,14
144:1,12 145:8 146:22
156:3 158:2,25 164:22
165:9 173:20 188:21
189:5 190:20,21 191:4,
18 195:4 214:25
221:19,24 222:12
236:17,22,23,24 237:4
240:16 241:12
**2019** 163:11,14 164:5,
9,15 170:2 171:14
184:8 190:19
**202** 103:9,12 112:14
113:3
**2020** 57:18,19 78:10,
14,15 79:4 80:1 98:5
104:23 105:7,14 108:8
111:24 112:7 132:6
139:12 141:21 195:23
196:2,4,9 202:8 203:13,
17 204:17,21 207:10
238:16,21 240:17
**2021** 78:17 79:4 91:20

93:23 104:24 105:10,16
107:23,25 109:14
111:21 112:6 238:21
240:17 245:21 247:3
249:10
**2022** 78:19,22 96:12
98:3 100:24 101:7
109:14 130:25 131:2
135:24 136:5,11,14
204:6
**2023** 57:17 68:16 69:6
109:14
**2024** 21:11,13 22:4
87:20 104:24 105:16
109:14 111:5,14,21
112:6 113:11 117:1
118:4 123:9 127:8,15
132:3,6,13 133:14
136:2 137:5,9,25
141:24 142:10,14
144:1,12 145:8 146:22
156:3 158:2 159:1
164:22 165:9 173:20
188:21 189:5 190:21
191:4,19 195:5 221:19
222:13 236:23,24 237:4
241:12
**2025** 4:1,7 21:12
240:17
**203** 106:4 129:19,20
130:22
**204** 138:25 139:3
141:20 143:16
**20th** 204:6
**21** 107:17,19,21 108:2,
3 112:2
**21268** 186:3
**21294** 206:19
**2339** 202:7,9
**24** 112:3 118:20
123:13,14 125:13
185:23 221:24 242:20
**24th** 186:4
**25** 241:19 242:3,8
**25th** 186:4,20
**27** 113:8

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025                                                            JOB NO. 1619969

**2775** 21:24
**27th** 186:23
**2896** 180:16
**291** 130:24 131:8
**29th** 101:7 186:5,21 211:5 214:25
**2:00** 113:1

---

**3**

**3** 113:7,17
**3.13.25** 245:21
**3/7** 203:24
**30** 12:11 37:24 158:6, 14 223:19
**30(b)(6)** 8:4 23:22 75:4 160:4
**30(b)(c)** 23:22
**31** 208:25
**31st** 131:2 203:13 208:16 211:2,12,18,19, 25 212:1
**35** 113:21
**35.30** 177:23
**36** 129:24
**365** 139:14
**3689** 171:8
**3:08** 155:20
**3:23** 155:21

---

**4**

**4** 242:21
**4-pack** 249:16 250:17
**4/10** 187:3
**4/13** 187:3
**40** 23:13 135:9 144:5, 13,16,19,25 146:2,7 224:5,6,10,13 235:2
**458** 22:2

**47** 104:15 105:14 111:2,8,24
**4th** 164:9 171:14

---

**5**

**50** 23:13 37:22 251:23 252:1
**52** 169:24 235:24
**53** 169:23
**539** 251:5,25
**589** 250:23 251:4
**5992** 139:23
**5:06** 217:4
**5:22** 217:5

---

**6**

**60** 196:16
**6009** 140:3
**6013** 140:11
**65.36** 206:10
**68** 110:19 111:4,15,22 112:9
**6:18** 254:7
**6:24** 254:8
**6:26** 256:12

---

**7**

**7** 202:19,23 203:1
**7/29** 101:2
**7/9** 100:23
**73.56** 180:13
**74** 110:13
**790** 136:12 138:15

---

**8**

**8** 127:21 161:24

**800** 128:6
**8915** 132:18
**8931** 133:18,20 134:2
**8941** 134:17

---

**9**

**9** 4:1 245:14
**90** 254:25
**900** 127:21 128:6 161:24
**9000** 184:23
**9089** 245:10,12
**9977** 184:21 199:10
**9th** 4:7

---

**A**

**A-E-W-R** 142:25 143:3
**A-L-A-N** 16:2
**A-L-L-A-N** 16:2
**A-L-L-E-N** 16:5
**A-P-P-O-H-D-R-I-D-X** 245:13
**A-R-R-I-A-G-A** 169:3
**a.m.** 4:1,8 9:20,21 45:23,24
**AB** 251:1
**abandon** 209:12 216:19
**abandoned** 209:2, 11 210:16 212:4,9,10 213:15 214:3,9 216:5, 15
**abandoning** 208:8
**abandonment** 209:15,17 212:14,24 213:25 214:12
**abandons** 212:12 213:23

**abbreviation** 172:4, 7 250:13
**ability** 47:16
**absence** 209:6,7,9, 21 212:13,24 213:3,7, 11 216:8
**Absolutely** 83:8 230:19
**AC** 251:8
**accent** 9:4,8
**accepted** 73:22
**access** 231:7
**accounting** 68:11 70:2 100:6
**accounts** 227:10
**accurate** 50:4 61:21, 25 84:5 133:7 176:1 203:18 234:25 244:12
**acknowledge** 4:13
**act** 134:24 239:11,12
**act-** 24:15
**action** 63:8
**activities** 24:16 53:3 97:12 135:7 158:8
**activity** 65:11 110:10
**actual** 35:20 36:22,23 88:16 115:1 133:1 171:21 172:11 176:24 179:14 181:8 183:18
**AD** 251:10,15
**add** 69:1
**added** 141:7 195:21
**addition** 90:9 238:17
**additional** 31:7,10 43:25 55:5 134:11 208:12,16 236:14 250:6
**additions** 118:25 195:21
**address** 11:3 21:23 236:1,3,7
**administer** 4:15
**advance** 170:20

180:2

**Adverse** 143:5,8
145:23 146:1 147:6,23

**advice** 149:11

**advise** 215:12

**advised** 147:3

**AEWR** 142:21,22,25
143:2 145:19 147:1
152:6,10,12,13,17
153:18,25 154:6,10
168:9,10,17

**AF** 251:20

**affiliated** 219:13,17
220:2 222:4 238:2

**affirm** 5:4

**affirmed** 5:11

**afield** 7:19

**ag** 13:15 86:24 146:11

**agencies** 215:12

**agents** 137:15 138:10

**agents'** 137:19

**ages** 56:25 57:3

**agree** 4:17 8:11
158:12

**agreeable** 8:13

**agreed** 7:14 129:12,
16 208:11 210:20

**agreements** 126:24
229:17

**agriculture** 22:21
130:5

**Agworks** 137:10
165:20

**ahead** 11:22 12:6
26:19 42:12 45:20
102:14 175:11 178:7
184:25 192:24 206:1
208:3 214:22 216:22
228:16 245:8 256:2

**air** 230:25

**AJ** 252:13

**AK** 252:13

**alcohol** 232:25

**Aldi** 43:5

**all-encompassing**
121:19

**allegation** 159:25

**Allen** 16:1

**allowance** 206:11,
12

**als-** 99:19

**amended** 6:19

**amount** 95:24 96:4
175:6 176:14 177:19
178:12 181:7,25
182:17,22 197:13
199:15,20,21 200:13
204:22 207:17 218:2,
12,20 225:22 226:6,7,8
241:13,23 242:2,24,25
250:25 251:10,16

**amounts** 176:9
193:3

**Anne** 4:4

**Annie** 9:8 153:8

**annual** 226:1,2

**annually** 65:8,9

**answering** 11:4
138:13,17 151:8,10

**answers** 150:12

**anticipate** 10:19,21

**anything's** 45:11
73:21

**anytime** 19:23

**apartment** 219:8

**apologize** 49:1 60:6
188:4 215:16 216:25

**app** 186:1

**appearing** 4:12

**appears** 51:20,22
119:19 171:13 173:14
174:12 207:13 247:2
249:8

**apples** 35:24

**application** 107:12
128:10,18 132:4,7,11,
14 133:11,14 135:3,14

**applications**
128:21 135:24 156:10

**applied** 92:5 119:22
143:8 147:4 148:8,17
149:9,14 151:13 154:20
155:3 190:15,19,20
212:3

**applies** 147:2 148:10,
14,25

**apply** 93:14 131:8
135:8,21 149:12 162:19

**appointment** 164:8
170:14,16,21 171:13,
19,21 174:7,10 179:19,
22,23 180:2 186:3
187:23

**approval** 128:22

**approximately** 4:8
22:13 61:19 113:21
118:15 127:13

**approximation**
223:12,13

**April** 186:4,5

**area** 26:11 28:12,13,
14 32:15,16 45:5 52:22
67:7 70:22 71:3 81:19
82:2,13,23 97:5 98:8
219:25 243:16

**areas** 59:3,22 67:14
70:25 71:1,2 216:14

**argue** 162:14

**Arnulfo** 78:4,5

**arrange** 173:24,25
199:7

**arrangement**
230:15,21

**arrangements**
137:3

**arranging** 175:8

**Arriaga** 168:24 169:3

**arrival** 167:20 185:25
186:14 189:13,18

**arrive** 170:20 180:1,3
181:14,19 185:8,20
186:10,12 187:8 205:21

**arrived** 114:4 174:17
184:13 186:7,17,21
197:4

**arrives** 27:24

**arriving** 186:13

**asks** 104:9 156:17

**aspects** 13:4

**assertion** 92:8

**assess** 63:1 64:18
67:4

**assigned** 32:15,16,
24 33:1 46:15 60:11
68:11 93:3 120:5
121:11,12 123:6

**assist** 64:6 101:18
102:5

**assisted** 86:4

**assisting** 137:16

**assume** 8:1 12:5
198:23

**assuming** 193:23
194:1,2,3,4,13 229:14

**assumption** 159:2
197:17 242:23 245:14

**assurance** 101:19

**attached** 95:1

**attorney's** 151:3

**attorney/client**
149:25 150:18,20
151:11

**attorneys** 4:12

**audio** 9:9,10 152:21

**August** 23:6 62:6
65:5,13 242:5

**authority** 125:19,23

**authorization**
17:24

**average** 235:23

**averages** 235:24

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025                                                JOB NO. 1619969

**avoid** 150:20 233:20

**aware** 86:9 162:23
181:23 182:10,12,16
193:17 213:21 217:19,
24 218:11,14,18 219:2,
11 225:5 227:15,16,17
229:15,25 230:15
234:24 240:18 254:18
255:5

## B

**B-R-I-A-N** 14:2

**back** 9:21,22 28:7
37:7 43:17,19,20 44:20
45:5,24 46:1,3,16 54:19
56:17,18 57:14 60:4,5,6
64:23 80:1 88:7 97:25
102:17,19 103:3,4
112:14 113:1 118:6,19
120:1 141:14 153:9
155:21,22 183:1,2,16,
18,19,23,25 188:15
189:8 190:8 194:6,15
197:14 198:7,18,19,22
199:2,6,8,14,15 200:14
201:18,19,21,22 205:8
210:6 217:5,6 219:24
222:20,21 225:18
233:13 242:7 253:14
254:8 255:2

**bad** 39:3 40:11 41:5

**bags** 43:6

**bail** 233:9

**bait** 97:17

**balance** 168:14

**bands** 61:23

**barcode** 46:12,19
47:2,3,18 49:3,23

**barcodes** 46:23 47:4

**barely** 112:19

**barracks** 232:22
233:15,25

**based** 59:13 72:14
84:25 119:5 136:19,24
178:13 180:19,21
181:7,9,10 189:10,13
193:5 223:5

**basis** 23:25 26:14
65:15 76:7,9 182:18
229:10 237:20 254:23

**Bates** 106:11 130:7
132:17 133:22 134:2,17
139:23 140:2,10

**bathrooms** 92:25

**bays** 58:8

**bear** 245:4

**bedrooms** 222:25
223:1,2,5,11,15,19,23,
25 224:4,6 226:11

**beer** 234:6

**before-the-run**
66:6

**beginning** 107:19
108:2 130:24 230:7

**behalf** 6:6 7:3 17:9
103:21 115:3 137:19
171:11

**belief** 197:3

**believed** 154:22
167:15

**believes** 76:21

**bell** 72:7,9,22

**belt** 60:17,24

**BI** 253:21

**big** 42:24 100:7 228:20

**biggest** 223:2

**bill** 47:8 174:20
220:10,15 222:21 230:7
235:23 243:7

**bills** 39:24

**bin** 42:24 54:10,11
74:4 250:8

**bins** 29:1 52:4,23 54:8
69:12 90:21 250:15

**bird** 24:13

**birds'** 52:8 69:10

**bit** 12:8,15 51:17 52:13
65:12 68:3 74:17
119:19 127:1,2 153:2
163:7,18,22

**blank** 111:10

**blanks** 207:2

**board** 8:23,24 10:3
178:10

**book** 17:19

**booklet** 234:24

**bor-** 205:14

**border** 172:13 186:20
187:3,6,8 197:8,11
198:3,6,7,10,24 199:2,
3,4,12,17 200:4,8,19
201:5,10 205:16 206:13
207:9

**born** 209:4

**bottom** 130:8 131:11
133:23,24 139:19 164:4
250:11,12

**bought** 57:18 247:20

**box** 41:23,24 43:10,14
73:12,13 74:9 141:17
252:23

**boxed** 74:7

**boxes** 20:4 25:20
35:5 37:23,24 43:7,9
44:17 53:19,20,21 54:4
91:2 93:18,19 101:16
102:6

**boxing** 72:16

**Bragg** 85:1,2

**Branch** 18:17,18

**Branch's** 19:7,13

**breach** 39:13

**break** 11:14,18,21,22
45:20 46:2,3,6 56:5
62:20,22,24 63:2 77:7
102:15,20 103:7 192:22
216:23,24 254:5

**breaking** 53:24 54:3,
15 58:16 77:8

**breaks** 62:13,14

**Brian** 14:1

**briefly** 16:11 18:20
19:20

**bring** 57:6,9 105:23

**bringing** 64:6

**brings** 173:4

**brittle** 73:17

**broad** 74:24,25 168:1

**broke** 62:23 148:12

**broken** 53:21 64:18
77:13

**brother** 246:24,25

**brought** 93:25

**bruising** 56:11 72:14
74:14

**building** 12:17 81:7
93:25 94:4,24 98:13

**bulbs** 52:9

**bunch** 245:7

**bus** 166:15 167:25
172:23 173:2,4,7,15,17,
19 174:1 178:25 179:10
180:22 181:17,21,22
197:14 198:4 199:18,
20,24 200:2

**buses** 173:21 174:3
234:2

**busier** 22:25 23:2,12

**busiest** 22:15,24
23:3

**business** 12:17
13:14 18:6 86:14,16,18,
19,22,23,24 87:1,12
231:4

**busing** 173:25 174:1
211:16

**bussed** 166:9

**busy** 22:20,21 23:4,7

## C

**c-a-r-g-a-r** 84:9

**cabbage** 73:1,2

**cafeteria** 255:8

**calculate** 96:3 190:7
207:17

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

**calculated** 205:17

**calculates** 112:12

**calculation** 189:9

**calculations**
189:12,13

**call** 28:24 49:10 52:6
61:1 68:12 84:23 150:6,
9 185:7 224:5 233:8
235:2

**called** 17:7 46:8,24
56:3 63:7 79:19 96:16
108:6 119:6,11 121:5
123:24 128:24 134:3,18
163:9 164:5,7 169:3
209:6

**calling** 155:9

**camp** 232:1

**camps** 233:1,2,3

**capable** 136:21

**capacity** 69:23 75:1
82:17 160:10 211:9,10
229:16 238:14,17

**capture** 9:14

**captured** 108:3
109:5

**car** 167:24

**carbon** 57:6

**cardboard** 43:10,13
53:13,17,19,20,21,25
54:3,11,15

**care** 137:2

**carried** 184:25

**carrier** 17:18,21
20:23 146:11 247:25
248:13,18 249:22
252:19

**Carriers** 148:6

**case** 6:18 15:20 39:14
98:2 103:25 104:5
127:18 131:12,15 135:8
145:9 169:6 209:14

**cash** 227:8

**Castillo** 61:16,17
65:16 68:16 203:24

204:9 206:7

**Castillo-olguin**
202:16 203:8 204:16,21
205:7

**catch** 48:6 141:3
148:13

**catching** 237:1

**categories** 158:3
167:12,18 220:25

**caused** 62:19,24 63:1
64:19

**causing** 9:9 12:4
232:22

**caveat** 8:4

**cell** 172:20 245:11
248:4

**cells** 246:9 248:2

**Cemetery** 22:2

**center** 68:12 247:12

**certainty** 34:8

**certification** 31:6,8
130:17 131:16 139:20
154:15,22 156:8

**certifications**
156:12

**certified** 4:4 128:12,
14,15,19 129:3 131:19
154:10 218:7

**chain** 56:5 58:17
62:13 77:8,9

**chains** 62:4

**chair** 192:21

**Chandler** 126:2,11

**change** 35:25 36:6
65:9 82:17 118:24
145:10 176:23 190:23
191:6 241:1 244:21
246:21 255:25

**changed** 6:20 67:10
79:3,9 173:23 191:21,
24

**Changing** 52:9

**char-** 225:15

**charge** 19:8 20:2
220:4 225:19,20 229:5

**charged** 160:1 220:7,
10,17

**charter** 172:23 173:2,
15,17,19,21 174:1
198:4 200:2

**chartered** 173:4,5

**check** 68:19 69:5
78:4,7,9,14,15,17,19,22
79:3,5,12,14,21 80:23
81:3 83:6 89:7 96:11
100:23 113:10 119:18,
20 170:10 175:24 176:4
204:9 211:23 235:5
252:10,11

**checking** 97:16
227:10

**checklist** 235:4

**child** 209:4

**Chilton** 4:4 164:25

**choose** 195:10
199:22,24,25 216:7
232:10 254:18

**choosing** 201:15

**chose** 216:5,6 234:7

**Chris** 249:22

**Christmas** 206:3
208:17

**circling** 106:16

**cities** 253:2

**citrus** 249:16 250:18

**city** 6:2

**clarification** 12:2
80:4 114:12 120:20
124:20 138:21 142:23
145:20 220:13 247:22

**clarify** 12:4 22:19
74:21 75:13,15 149:16

**Clarke** 13:19

**Clarke's** 14:8

**classification**
148:11

**clean** 52:7 69:14
97:22

**cleaned** 40:25 41:12

**cleaning** 24:12,13
25:5 52:3 60:13 66:5,7
89:18 90:19

**cleans** 92:25

**cleanup** 187:13

**clear** 9:6,13,14 10:9
11:25 43:21 70:25
79:12 87:3 137:1
138:16,19 145:9 147:20
230:25 237:8,16 239:6

**clearance** 128:25
130:5 131:19 132:24
133:1 141:21

**cleared** 166:9 205:17

**clearer** 12:3

**clerk** 93:10,13

**clerks** 93:7 94:2

**client** 38:10

**client's** 151:5

**clients** 21:4 253:15

**clock** 80:6,7,8,16
81:6,20,23 82:1,5,19
110:11

**clocked** 80:3,7,10,
12,18,19,21,25 81:6,9,
20 82:4 83:19,20,21,22,
24 91:11,12,13 92:10,
12,16 94:5,16 97:3 98:7
99:4,16 101:12 102:5

**clocking** 98:10

**clocks** 81:22,24 94:9

**clockwork** 181:20

**close** 76:10 129:25
234:11,16

**closer** 234:13,18,19

**co-ed** 233:1 234:5

**code** 44:14,16,22
47:13,20,23 48:16,17,
19,21 49:2,3,24 50:1,8,
9 51:2 52:10,19 53:2
90:25 97:7

**codes** 44:11 47:24 49:12

**coincide** 190:1

**cold** 56:5 58:16 73:5, 16,25 74:6 75:21 77:8

**colds** 99:1

**Colene** 116:2,8,14

**collect** 226:20 227:23 228:18

**collected** 192:20 225:14 226:18 227:5 235:6

**collecting** 217:13,21 229:7 235:16

**collects** 228:11,25

**column** 164:7 170:15 172:11,16 174:7,8 178:1 180:7,8,10 183:14,22,24 200:11 201:13 245:5,6,12,25 246:13 248:13 249:7 250:2,7,9,20,24,25 251:1,8,10,15,20 253:20,21

**columns** 169:11 170:12 174:6 197:5 206:20 244:15,25 245:2 250:6 252:13 253:25

**com-** 57:2

**combination** 56:17, 18

**combustion** 57:3

**comment** 172:20

**common** 66:21 144:15

**communicate** 108:11 195:12

**communicated** 171:15,23 188:10

**communicates** 170:23

**communication** 20:9

**communications** 7:12

**companies** 18:13 63:18 64:2,5,6 85:20

**company** 12:17,22 17:7,10,22 23:17 32:10 36:14 40:15 42:21 43:5 63:22 64:3 75:8 76:21 77:1 114:14 137:5 139:25 145:14 160:13, 20 161:6 165:13 166:4 174:1 180:20 181:9 183:11 199:24 218:3,5, 10,15,17 219:2,3,4,17, 20,23 220:3 222:4,5 228:22 230:8,13,22 234:19 238:5 247:15 249:23 255:1,5,7,19,20

**company's** 114:5

**company-owned** 218:9

**company-provided** 160:25 195:11 200:6 206:14 254:19

**compare** 78:12

**compensation** 229:6

**complete** 205:3 207:5,9,15 210:3,22 211:6

**completed** 161:11 205:2 206:6,10 207:16 208:10 210:19 213:4,7, 8,9,12

**completely** 16:4 226:15

**Completion** 210:5

**compliance** 148:5

**complied** 149:6 154:23

**complies** 145:19,22

**comply** 57:2 146:25 147:18 152:1 153:25 154:6,14 168:23

**compound** 85:25

**compromising** 230:10

**computed** 191:3

**computer** 239:2

**concept** 146:16

**concern** 177:11,17

**concerned** 216:18

**concerns** 230:20

**concluded** 256:12

**conditions** 129:7 133:2,3 135:16 136:17 141:11 210:4

**conducted** 18:8

**confident** 219:9

**confirm** 76:1 77:16 87:16 151:7,10 166:3

**conflict** 231:24 232:2,23 233:14,20

**confuse** 29:20

**confused** 43:22 248:10

**confusing** 94:7

**confusion** 12:4

**cons-** 199:14

**considered** 53:2 67:5 100:1 141:10 209:18 210:15

**consistent** 99:1

**constant** 222:11

**constantly** 97:20

**constitute** 38:2

**constituted** 133:6

**consulate** 164:7 170:14,16,20 171:13 172:3,4,7 173:12 174:11 175:7 180:1 197:24 198:3,16,17,18, 19 199:1 205:16,19

**consulate's** 206:9

**consuming** 235:20

**consumption** 220:7,17,18 222:23 225:25 226:2

**contact** 67:3

**contained** 119:16 134:5 135:20 165:14 166:18 183:15

**container** 42:22 43:2 250:18

**containers** 250:16

**contend** 214:24 215:8

**contending** 151:8

**contention** 215:9

**context** 214:5

**continued** 157:21

**continuing** 138:14

**contract** 17:19 39:13 134:22 148:10,14 168:7,15 205:2 206:6, 10 207:10,15,16 208:3, 9,10,22,24,25 209:8,19 210:3,4,5,16,19,21,23, 25 211:6 213:5,7,8,9,13 214:10 215:6 216:19 254:24 255:16,18

**contractor** 63:4 116:20,21 117:8,11,18

**contracts** 161:12 162:11 205:4 207:5 218:8 224:11

**control** 51:3

**convenience** 231:19 233:10

**conveyed** 194:5

**conveyor** 60:17,24

**cooled** 56:9 95:9

**cooler** 27:18,19 28:1, 5,15,16,18 29:8 33:9, 24,25 34:12 43:18 46:16 58:12 59:1 77:4 94:1 238:17 243:18,22 252:7

**coolers** 27:22 28:3 55:12 57:24 58:20,22 59:14 97:19

**coordinate** 18:24

**copied** 205:25

**copy** 136:4,12,24
137:21 138:3,11 175:12

**corner** 130:9 133:23,
25

**corporate** 83:4 84:2
85:24 86:5,8,10 99:6,15
100:2 189:16

**corporation** 7:4
14:20

**correct** 5:14 6:9 7:17
15:1,8,24 16:21 17:2,5,
23 18:11 19:2,6,11,13,
15 20:7,12,25 21:16,19
22:23 23:3 24:24 25:11,
19,21,25 26:25 29:15
30:7 31:1,4 32:3,7,12
33:9,10 34:23 35:2
36:11,12,17,21 37:10
38:4 40:4 41:8,10,11
42:3,6 43:11 44:2 45:18
46:13,18 47:23 48:3,9,
15 49:22 50:6 51:15
54:17 55:1,6,20 59:15
60:3,20,24,25 61:8
64:24 67:17 69:17
70:10 72:2,11,18,20
78:5,6,24 79:20,23
84:14,15 88:10,11
89:21 90:1,8,14 91:22
93:20 96:13 101:24,25
103:16 105:12 107:14
108:7,13 110:20,21
112:7,11 116:12 118:11
119:13,14 121:3,6
124:17 125:2,9,11,18,
25 126:9 127:8,9,12
128:1,5,8,17,20,23
129:9,10 130:6 131:5,6,
10,23 133:4,8 135:15,
17,18,22,25 136:3
137:18 138:1 139:9,10,
22 141:8,9,12,13,23
142:4,7,8,11,12,16,17
143:4,5,10,11,13,14,17,
18,24 144:13,14,18
147:25 148:9 151:20,24
156:3,6,9,15,20 157:3,
5,7,9,17,19,23 159:5
162:18 164:16 170:10,
11,18 171:12,25 172:2,
15 173:8 174:5 175:22
179:15 180:5 182:22

**copied** 183:7 193:4,7 196:25
213:14,17,20 217:11
229:11 234:21 236:21
238:4 241:11 243:23
244:7 246:5 249:21
250:4,5 251:9,13,19
252:4,8,14 253:19,24

**correctly** 19:7 30:6
38:3 70:9 189:21
233:18

**correlation** 197:9

**corrugated** 42:17
43:9

**cost** 68:11 70:2 91:18
99:25 100:5 166:15
174:7,9 175:4,9 177:20
180:24 198:23,25
199:10,13,15,20,25
200:2,14,18 201:20
220:12 228:7 231:21
255:17

**costs** 83:1 167:20
174:20,22 176:5,8,16,
25 183:18 197:10
198:20,21

**counsel** 4:17 129:12
147:10,13,16 149:11,19
150:24 151:2 202:23
203:7

**counseling** 147:14

**count** 188:12,18
191:19

**counted** 189:7 243:7

**counting** 191:5,24,
25

**couple** 10:8 104:7
131:24 202:22 211:1
232:4 233:24 244:15

**court** 4:3,18 5:1,8,17,
20 9:1,10 10:24 11:7
80:5 120:21 142:24
145:21 152:21 153:1,16
165:2 169:6 220:14
247:23 256:1,6,9

**Courtney** 115:11,12,
13,22 167:8 183:13
194:24 197:3

**cousin** 232:10

**cover** 69:19,20
199:17

**covered** 51:8 52:22
70:13 71:2,3 150:17
151:9,11 220:25

**Coxsackie** 247:16

**create** 68:8

**created** 166:21
205:19

**crew** 33:4 67:1 80:17,
19 83:10,17,18,22 84:4,
9,11,15 88:8 90:7
94:19,22,23 95:11
100:13,15 119:5,19
121:5,10 122:10,13,16,
17,24 123:1,5,6,20,25
124:1 187:13

**crews** 119:21 120:4
121:9 123:4,23 124:5

**crop** 86:3,6 88:4 101:3

**crops** 86:12

**cross-function**
122:22

**cross-utilized**
122:19

**crossed** 172:13
186:20 187:2

**crossing** 172:12
184:2,3 185:18 186:4

**crystal** 239:6

**CSV** 240:16

**CTN** 250:8,17,18

**cucumber** 61:2
70:20 71:5

**cucumbers** 61:2
71:19

**culture** 12:18

**current** 12:12 13:17
15:25 70:3

**cursor** 83:13 109:13

**customer** 19:9 42:4
46:24 47:1

**customer's** 20:15

**customers** 19:4
20:11 39:4 40:13 41:10
46:20

**cut** 210:8 220:11

---

**D**

---

**D-A-L-T-O-N** 16:6

**D-A-U-L-T-O-N**
16:5

**D-E-F-S** 163:10
195:18

**D-U-N-N** 22:2

**daily** 13:3 24:15 27:5
65:10 180:19 181:24
182:7,10,17,22 183:7
187:21 188:8 189:1,4

**Dalton** 16:1,5,8 17:6

**damage** 56:11 64:19
73:18 74:12

**damaged** 64:13,16

**data** 108:14 109:5
164:5 196:2 205:23
207:14

**database** 105:9
239:7 249:3

**Datatrax** 107:10,14
108:6,18 109:5,6

**date** 4:7 93:22 100:22,
23 101:2 107:21 130:24
131:2 164:8 170:14,15,
21 171:2,3,6,13,21
172:12 176:13 179:19,
22 180:2 184:2,3
185:17,18 186:3,4,5
203:24,25 211:2 212:2,
8 246:1,2 252:11

**dates** 109:12 171:19
176:22 183:15 184:1,2
204:14

**David** 9:16

**day** 17:15 20:2 24:2
80:20 99:2,13 100:18
107:25 179:3 181:7
185:25 187:4 208:17
211:19

**day-to-day** 13:1 18:22 26:14 65:1,15 76:7,9

**days** 178:8,13 179:17 181:25 182:23 183:7 187:7 188:7,12,18 189:6,13,14,17,19,23, 25 190:3,4,5,7,13 191:2,5,6,11,12,20 192:2,3 213:22,24 217:1

**deal** 49:8,11 232:12

**dealings** 87:12

**decade** 227:21

**decay** 101:14

**December** 131:2 139:12 156:13 161:12 203:13 208:7,16,25 211:2,5,12,18,24 212:1

**decided** 154:3 233:7

**deciding** 54:9

**decision** 146:19 154:5

**deck** 101:16

**declares** 132:22

**deductions** 134:10, 18

**deemed** 63:6

**default** 246:16,18,20 253:7

**defendants** 21:5 105:24 106:18 163:10, 13 195:18 245:20

**Defendants'** 103:15

**define** 51:16

**definitively** 100:3

**Defs** 130:7

**degree** 50:15 245:17

**Delfino** 117:21,23

**deliver** 248:15

**delivered** 27:8,15 33:8,9 35:3,16 199:3 236:10 238:9,25 239:5, 14,23 240:8,21 241:5,

24 242:17 243:2 246:3 247:7,19,20,25 249:24 253:4,6

**deliveries** 236:18 237:5,20 238:22 247:10

**Delivery** 246:1

**denied** 231:7

**denoting** 246:22

**deny** 76:1 77:16

**department** 19:7, 12,13 20:17 29:22 37:4 40:15,21,22 43:19,23, 24 50:11 94:17,23 100:14 114:19,22,23,24 115:4,10,15 116:7 122:20 124:12 130:17 131:20 139:21 243:5,9, 11,12,14,19,20 244:2,4

**department's** 94:22

**depend** 42:4 63:12, 15

**depending** 42:21 43:1 80:20,24 225:25

**depends** 220:17 222:25 224:23 226:9

**deposing** 159:21

**deposition** 4:9,12, 14,15,20 5:15 6:10,17, 19,20,21,23 7:20 8:16, 21 10:2,5,7 14:19 77:18 83:5 84:3 103:9 129:20 138:25 160:11 202:19, 22 255:23 256:12

**depositions** 8:5

**depths** 43:4

**describe** 160:3

**describes** 61:22 133:1

**describing** 68:8,25

**description** 61:25 62:1 69:15 249:15 250:4

**descriptions** 68:9 69:1,18 249:8

**descriptive** 68:4,5

**desig-** 111:17

**designated** 5:18 6:5 7:3 27:12 37:2,11 38:9, 16,19 39:2 67:13 80:13 82:23 89:5,7 90:17 110:9 122:16

**designating** 84:15 97:4 239:13

**designation** 30:8, 13 33:5 43:1 54:13 68:18 70:4 80:25 81:15 84:4,6 90:7 91:17 92:3 94:8 97:4 100:13 101:13 102:2 104:16 105:15 111:3,6,8,18,20, 25 120:8,9,17,19 121:9, 16,18 122:1 123:20 145:13 169:19 170:7,10 196:23

**designations** 49:9 67:16,19,23 68:1,2 79:9 92:20 145:4

**designed** 11:15 74:3,8,11

**designee** 99:6

**detail** 69:7 188:14

**detailed** 67:11,19,23 68:3,9,18 69:1

**details** 190:23

**determination** 40:14 63:8 64:19

**determine** 182:21 183:6 186:16 198:10

**determined** 26:9 36:4 180:10 188:7 189:18

**determining** 190:13 207:21

**development** 13:14

**device** 9:11

**died** 212:15

**difference** 66:7 233:21

**differentiate** 237:19

**difficulties** 10:12

**digging** 101:16 102:6

**digitally** 132:18

**diligence** 209:22

**direct** 124:8,19 179:15 247:20

**directed** 115:7

**directly** 17:3 95:22 217:14,22

**director** 12:23,24 13:7,17 15:10,12,25 16:9,12 17:6 18:15,20, 23 19:18,20 20:1,8,9,14 115:5,9 126:8

**directors** 13:8 15:10, 20 16:18,22 17:4 115:4

**disagree** 136:22

**disclosed** 255:15,17

**discovery** 8:9,10 104:22 195:17 215:23

**discrepancy** 203:20

**discussed** 98:4 102:12

**discussing** 45:13 158:3

**displayed** 113:3

**dispute** 92:8 103:24 104:3,19 113:14 114:1

**disruptive** 192:25

**distinction** 52:14,15 54:1,21 238:8

**divided** 242:20

**doc-** 134:16

**dock** 94:14

**docks** 29:5 55:10 94:1 124:22

**document** 10:13 78:2 95:12 105:16 106:5 109:4 115:20 130:2,7,13 132:18 133:25 140:2 163:19,21 192:6,8,12 196:7,10,18 197:1 209:6,23

JONATHAN T. SCHWALLS - CORP. REP.                    JOB NO. 1619969
MAY 09, 2025

**documentation** 175:5 178:18,21

**documented** 202:5

**documents** 104:21 105:13 214:8 215:8,10, 22

**DOL** 147:11 154:15,22 218:8

**dollars** 235:18 241:16,19 242:10,20

**Donald** 85:9,10

**Doug** 246:17

**drawing** 111:10

**dream** 68:10,14 70:2

**drive** 29:7 30:2 98:22 99:20 100:3 121:20,21 243:21

**driver** 30:10,11,16 31:12 79:16 80:11 81:10,11,15,20 82:9 83:7 196:23

**drivers** 25:3 26:15,22 27:1,7,16 28:13,17 29:11,16,23 31:5,14,20 32:1,4,19,22,24 33:1, 17,22 34:5,14 43:23 44:3 47:15,17,19 48:13 50:1,11,24 51:12 90:11 94:3 148:8,18 153:24 154:4,21 227:2 243:17, 21

**driving** 81:14,16,17, 18 82:22 83:6 88:19 97:7 98:19,21,24,25 99:17 128:3 151:22

**drop** 199:2

**dropdown** 252:23

**dropped** 198:6

**dropping** 199:6

**drove** 218:19

**dry** 41:3 72:17 77:4 97:13

**due** 59:23 209:22 242:4

**duly** 5:11

**dump** 74:8 81:18 121:21

**dumped** 52:25 54:10 74:5

**dumping** 52:3,23 54:9 69:11 99:1

**Dunn** 22:2

**duplicates** 112:10

**dusting** 66:9

**duties** 12:24 23:14,17 24:9,20 65:18 113:19 127:3 134:3,6,11 137:4 140:4 141:25 142:7,11, 15 144:2 148:15,23,24, 25 152:2,20 153:20 154:2,7,8,17,25 215:1

**duty** 61:7

**E**

**E-L-L-E-N-T-O-N** 21:24

**e-n** 16:3

**E-TRAN** 256:5,7

**earlier** 48:1 49:4 62:6 69:15 79:2 93:15 110:8 157:2 161:24 197:12 226:24 233:13

**early** 156:2,4,24 157:11 208:22,25 209:3 213:11 232:1 234:1

**easier** 153:8

**Eastern** 4:8

**eat** 255:7

**effect** 143:5,8 145:23 146:1,18 147:6,23

**effective** 57:5

**effort** 69:1

**efforts** 215:21

**electric** 53:9 54:22 55:11,19,20 56:15,16 57:15,20 58:25 59:4,11, 23 60:1 63:20,22 64:15, 17 220:6

**electrical** 63:13

**electricians** 63:13

**electronic** 36:9 239:8,15,19

**electronics** 64:3

**elements** 55:24 58:8,24 70:23

**eligible** 135:6 207:21 211:7

**eliminated** 13:8 124:10

**Ellenton** 21:24

**Ellenton-omega** 236:8 254:16

**Email** 167:1

**emailed** 167:2,5

**emergency** 209:5

**emission** 59:1,10,16

**emissions** 59:13,23

**employ** 128:16 130:18 156:8

**employed** 14:4 15:6, 15,18 17:7,8 116:16 117:11 141:12 151:14, 22 155:25 158:1 160:18 161:9,17 170:1 196:9 214:25 217:25 218:21

**employee** 15:2 115:2 126:13,14,16,19, 24 168:9,17 169:25 174:19,25 175:2,10,12 176:2 177:24 178:19 184:19,21 185:19 186:3 194:7,21 195:5,7 199:10,20,21 200:2,5 202:7,9 215:9

**employee's** 162:16, 17

**employees** 15:22 22:6 61:6 110:20 115:1 116:6,9 127:24 136:10 141:24 142:5,9,13 148:18 152:18 153:19 162:9 174:24 175:16 181:11 195:5 219:14, 19,22,23 221:20 241:9

**employer** 188:25 234:14

**employer- provided** 234:17

**employing** 128:9

**employment** 12:8 133:2 135:16 156:18 162:17 215:5,11

**enclosed** 58:1,3,5, 13 59:3 71:1,7

**encompassed** 68:20

**encroaching** 149:25

**end** 10:19 81:7 93:25 94:4,14,24 95:20,22 101:2 125:18 131:2 139:12 140:20 148:12 188:23 190:2 205:22 211:2,25 212:2,7 227:2

**end's** 55:10

**ended** 211:20 215:11

**ends** 6:25 132:17 133:18 134:17 139:23 140:3,10

**endurance** 11:16

**engaged** 51:25

**enlarge** 163:7 196:10,12 203:2

**ensure** 63:17

**enter** 47:22 48:11

**entered** 37:6 83:15 140:23 166:19 171:16 172:1 195:9 204:2 207:14 246:16

**entire** 169:15 196:19

**entities** 27:8,14 33:8 36:16 39:8 43:13 93:20 101:20 157:22 236:19 237:7,12,25

**entitled** 140:3

**entity** 18:3 27:25 33:25 39:25 41:25 85:16,24 86:5,9,10 253:22

JONATHAN T. SCHWALLS - CORP. REP.
JOB NO. 1619969
MAY 09, 2025

**entries** 172:23 246:17 247:3

**entry** 166:11 200:3 202:7 207:8 245:11 249:14

**equal** 189:24

**equation** 189:22

**equipment** 62:21 64:8 113:18 215:4

**equivalence** 200:1

**Esmeralda** 137:11 165:25

**Esparza** 125:14 126:1,19 226:23,24 227:5,16,18 228:2,11 230:1 234:22 235:15

**essence** 62:17

**EST** 4:1

**established** 231:3

**estimate** 242:12

**estimated** 178:14

**estimates** 176:11, 18,20,24

**estimation** 178:17

**ETA** 139:6

**ETA-790** 128:25 129:7 130:5 135:20 136:4 137:21 138:3,11, 24 139:6 140:24 141:21 142:2 143:16 210:25

**ETA-790A** 130:12 139:7

**ETA-90** 136:12

**evaluation** 149:8, 14,20

**Evensville** 22:2

**everything's** 66:17

**exact** 99:10,13 114:20 142:1 155:6,14 176:14 200:10 211:9

**examined** 5:11

**examples** 39:23

**Excel** 105:24 108:20 116:4 163:3,5,16 244:17,20

**exception** 42:16 181:3

**exceptions** 42:10, 14,15

**excess** 135:9

**exchange** 17:19

**exchanged** 190:24

**executive** 12:13,16, 19 13:6 14:11,12,14,24 16:16

**exempt** 134:23

**exemptions** 154:19 155:3

**exhibit** 6:10,13 77:18 78:25 84:7 88:7 91:19 96:11 100:8,10 103:9, 12,18 105:18,22 112:14 113:3 129:19,20,23 130:11,22 133:17 138:25 139:3 141:14, 16,20 143:16 202:19,23 203:1,5,8

**exhibits** 163:4

**exist** 193:23 194:1,13

**existed** 164:18 192:13

**existence** 195:13

**existing** 18:22

**expand** 244:25

**expect** 65:15

**expected** 65:17

**expense** 163:25 166:12,14 167:23 168:1 175:13 179:5,8 198:15

**expenses** 162:21,24 166:10 167:11,18 168:5,6,9,10,12 169:7 175:17,21 176:12 181:10 194:15 196:5 204:6

**experience** 211:21

**expired** 215:6

**explain** 17:17 28:21 35:22 54:4 108:23 201:12 203:19 231:15

**export** 249:4

**exported** 109:6

**express** 135:13 230:20

**expressly** 140:23

**extent** 8:7 23:20 24:2 50:10 71:10 75:7 138:17 160:6

**external** 63:4

**extra** 31:5,20 36:1,5 39:9

**F**

**F-R-O-M** 252:18

**Fabrication** 63:23, 24

**fabricators** 63:14

**facilitated** 181:16

**facilitator** 165:16,21 166:1,17,22,25 170:23 171:10,20 173:6,7,23, 25 174:16,17,19,21,24 175:3,8,15,20,23,25 177:18,25 178:18 181:10 193:3,6,9 194:2, 4,5,12,14,18,19 195:2, 3,12

**facilitators** 166:19 173:23,24 179:25 190:23 193:15 195:3,4

**facilitators'** 195:9

**facility** 24:14 173:11 186:11 238:10,11,14,23 240:8,9,22 241:17,23, 24 242:4,11,17 247:5 249:20

**fact** 39:19 49:7 101:22 105:14 127:10 136:1 144:15 156:16 175:3 187:23 203:17 215:24 242:4

**factor** 233:10

**factory** 80:9

**fail** 100:7

**fair** 11:5,16 17:1 19:5, 10,14 26:16 31:21 34:1 39:4 40:7 41:7 42:25 48:14 54:16 60:18 64:8, 23 67:6 75:8 76:3 109:1 111:13 134:24 145:12 146:21 161:7,8 168:18 175:19 179:7 182:14 191:16 223:6,20,21 224:8 235:12,13 241:14,15 244:8 246:3 249:9 252:3

**fall** 44:20 188:15

**false** 246:18

**familiar** 28:20 104:25 106:19 137:11

**familiarity** 49:15

**familiarize** 249:5

**family** 84:25 209:4 219:6,7

**Famous** 36:10,13,20 37:8 38:5 47:4,18 67:16 79:19,21 105:4,10 107:1,10 108:11,15 109:9,11,24 110:4 239:15,21,25 240:3,7 242:16 246:19

**farm** 84:23,24 85:1,2,3 86:21 96:10 117:7,11, 18 131:5 139:17 140:4 148:11,15 153:20 157:13

**Farm's** 87:10

**farmer** 85:11

**farmers** 237:18

**farming** 85:17,21 86:6

**farms** 84:25 86:14,17 87:6,14

**fast** 143:20

**faxed** 167:2

**feature** 246:10

**February** 156:2,4,24
157:11,20 158:2,24
159:6 160:18,24
161:10,18 162:5,10
235:17

**fed** 181:20

**federal** 116:20,21
134:23 140:18 141:5
146:11 147:1 148:6
154:20 169:6 208:23
212:9,12 213:18,22
214:3

**fee** 166:11 199:18

**feed** 180:24

**feel** 11:2 12:1 43:21
151:7 219:9

**fewer** 242:9

**field** 28:25 60:23 83:9,
23,25 90:22 94:12
119:19 161:23 232:21

**fields** 37:24 38:11

**figure** 119:6 128:6
164:11 181:13,14,15
197:22 249:1 251:16
252:2

**figuring** 102:6

**file** 105:23 106:11,15
132:3,7,11,14 133:13
163:2,3,9,12,14,15,16
195:17,22,24,25 240:16
244:18,20 245:19

**filed** 21:4 128:21
133:11 135:24 136:5
139:7 142:2

**filing** 128:10 135:20

**fill** 37:18 54:11 127:8
205:23 206:5

**filled** 130:16 139:16
140:6 205:22 206:25

**filling** 128:12

**filter** 109:15 246:10

**filtered** 109:16

**final** 206:2 208:6

**find** 101:16 215:22
221:24 233:4

**fine** 38:24 75:1,5 106:8
138:13,18,20 150:21
152:24 215:18

**finish** 11:4 66:4,11
67:7 216:18

**finished** 27:4 28:19,
22 29:6,9,24 42:13 91:7
96:22 237:10

**fit** 222:24

**five-minute** 254:5

**fix** 10:15 67:4 232:15

**fixing** 66:20

**flat** 226:2

**FLC** 116:20

**floor** 121:18

**floors** 69:10 97:15
122:22

**Flowers** 116:2,14

**FLSA** 134:24 146:17
148:5

**focus** 22:8,10 24:19

**follow** 151:3

**follow-up** 10:22
255:12

**food** 56:1,2 58:14
66:12 71:25 77:6,7,10
167:25 206:11 207:8

**forgive** 236:2

**forgot** 19:16 109:7
112:2 187:11

**forklift** 25:3 26:1,6,8,
15,22 27:1,7,16 28:12,
17 29:10,16,23 30:10,
11,16,24 31:5,12,14,20
32:1,4,19,22,24,25
33:17,22 34:5,14 35:11
40:18 43:16,23,25 44:3
47:15,17,19 48:13 50:1,
11,19,24 51:12 55:4,5
56:24,25 79:16 80:11
81:10,11,14,15,20 82:9,
22 83:6,7 89:20,23,25
90:11,16 92:6,11,13,15,
22 93:2,3,4 94:3 96:12
97:7 98:3,8,11,17,18,
19,21,22,23,24,25 99:5,

7,8,16,17,20 100:4
104:11,16 105:15
110:1,3,22 111:3,6,8,
18,20 118:13,16
119:10,23 120:4,8,9,17,
19 121:9,16,20,21,22
122:1,17 124:11 125:1,
3,6,15,20,24 127:23
132:4 133:11 142:1
144:3,7,11 145:5,13
146:22 148:8,17 153:24
154:4,21 157:4 158:3
169:20 170:7 196:23
215:2 217:24 221:11
227:2 243:4,17,20,21,
25 244:4 252:6

**forklift's** 122:2

**forklifts** 24:23 25:9
27:3 29:7 30:3 53:8,9,
10 54:20,21,22,23,24
55:9,14,15,18,19,20
56:15,16,20 57:1,15,20
58:19,25 59:5,11,12,22
60:1,6 81:16,17,18
88:19 90:12 94:18
121:16 122:6,7 128:3
151:22 218:19 244:12

**form** 8:2,6,12 19:22,23
22:16 26:18 31:17
32:11 33:15 34:18 44:6
45:10 48:4,7 61:9 64:10
68:21 73:7 107:2 111:7
114:6 128:24 130:12
131:7,11 136:5,7,12
138:14 139:6,17,24
140:24 141:7 142:20
143:21 145:3,16 146:24
147:9 148:4,20 149:5
151:16,25 152:15
153:14 154:13 156:21
158:16 159:9 161:1,13,
21 166:24 168:22
170:22 178:16 187:25
190:22 191:7 193:24
200:9 203:21 207:11
210:2 217:16 218:13
220:22 228:14 232:24
254:20,23

**formal** 231:11,12,13

**format** 192:16

**forms** 130:15 141:10

**formulation** 211:9

**Fort** 247:17 248:17

**forward** 112:3 175:9

**forwarded** 178:21

**found** 232:5

**fourth** 13:21 78:19
152:15

**frail** 56:9

**free** 151:7 217:10
229:5 254:19,25 255:15

**freeze** 248:3

**freight** 16:14,15
17:19,20,22 18:6,7,9,12
20:19,22

**freights** 19:1

**Friday** 4:1,7 187:17
211:14

**front** 169:13

**frowned** 231:2

**Fruit** 14:5,16

**fulfillment** 18:22

**full** 5:25 121:5 131:15
139:20 156:17 206:20
226:15

**fully** 107:24 160:22

**function** 13:9,10,18
18:1,6,7,9,15,21,24,25
19:19,21 20:8,18 24:17
25:16 35:18,19 36:14
71:16 108:18 109:15

**function's** 18:1

**functionality** 110:9

**functionally** 67:24

**functioning** 65:23

**functions** 13:11
15:9,21 16:19 18:12
24:14 25:7 39:10 70:13
108:17

**furniture** 66:9

---

## G

**garbage** 52:23,24

**Garcia** 203:23

**Garcia-ramos** 78:4,5 81:4 203:9,12 204:5,8

**Garcia-ramos's** 206:23

**Garza** 124:14,15,25 125:19 126:10,16

**gas** 53:9 55:13 56:16, 20,24,25 57:10 220:15

**gas-powered** 54:21

**gasoline** 57:10

**gather** 175:20

**gathered** 175:16 192:15

**gave** 23:12 60:7 175:4 227:16 238:17

**gearbox** 64:17

**gears** 127:1

**gen-** 94:24

**general** 22:13 23:8 24:8 42:10,14 49:5 62:4,9,12 71:17 91:21, 23 92:4,10,12,15,17,20, 22,24,25 93:1,6 94:11, 25 95:3,4,19,21,23 98:9 127:13 146:13 167:14

**generally** 39:5 52:19 53:4,5 54:7 59:17,21 66:4 81:19 208:2 209:17 237:22

**generate** 115:20

**generated** 47:14 79:21 106:25 108:22 109:4,11 110:23 166:7 192:9,11

**generates** 47:4

**generating** 57:6

**gentleman** 84:22 102:1

**Georgia** 4:11 6:4 21:15,20,25 22:11,14, 22 23:9,15 24:10 88:23, 24 89:4,23 90:2,4 91:4 93:21 100:25 109:16 117:5 120:1,2,3,6

142:18 143:7 151:14 156:1 166:25 172:14 179:14 185:21 187:6 189:7 218:1 240:8,21 241:16 242:6,7,9,24 243:3 247:4 249:20 253:18

**gig** 228:25

**girlfriend** 232:9

**give** 5:5 6:2 11:9 63:18 75:2 162:22 177:15 199:21 209:5 223:12 227:18 228:2 236:13 244:18

**giving** 76:20 171:21

**global** 46:25 93:15

**goal** 100:5

**good** 4:3 5:23,24 10:17 11:23 12:7 28:19 29:6 41:12 56:3,4 60:7 73:22 106:22 112:4 183:22 230:14 242:13 256:9

**Goodman** 249:22

**Goodno** 63:20,21,22

**goods** 27:4,5 28:22, 24 29:9,24,25 39:15 81:8 91:6,7 94:12 96:22,24 97:13 99:25 237:11

**Google** 176:7

**gotcha** 112:4 244:24

**government** 39:13 128:11,15,19 154:10 195:6 208:23 212:4,9, 12 213:19,22 214:3,9 216:17

**governmental** 215:12

**grade** 50:15,16

**grading** 71:9,16 72:13,16

**grand** 232:15

**grant** 209:5 212:13

**grass** 220:11

**great** 7:9 49:8,11 134:15 221:17 251:14

**green** 37:23,25

**Griffin** 115:11,12,13, 14 159:13,14,16 160:14,15 167:8 171:24 183:13 188:16 194:24, 25 195:13 197:3

**Grimes** 126:2,3,11,13

**Grimes'** 126:4

**grocery** 49:10,16,23

**Grosse** 4:6

**ground** 10:8

**group** 51:13 52:7 55:8 137:2 170:1

**groups** 232:3

**Grower** 126:22

**growers** 5:16 6:7 12:9,10 14:4,11,13 15:2,13,18,23 21:5,14 31:3,10 32:2 34:10 35:14 37:23 40:9 49:21 61:19 73:25 74:20 85:13 86:21,22,25 87:13,20 88:1 103:21 105:6 107:12 111:16 115:1,3 117:4,12 126:14,23 127:6,7,14 128:21 131:20 132:3,7, 10,13,19 133:13 134:7 135:2,13,19 136:11,25 137:15,20 138:9 139:8 140:7,24 141:8,10 142:3 145:18,22 146:22,25 149:3 151:21 153:23 154:3,9,14,19, 22 155:2 156:7 157:10 162:19 165:11 167:7,9 170:2 171:11,15 173:17,21 175:15,19,24 178:22 179:16 180:4 182:21 183:6 186:17 193:14,15,20 194:3,9, 14 196:9 207:21 208:8, 21 209:25 214:1,11 215:22 217:10,13,20 218:21 219:13,18 236:17 237:5,13,18 239:3,9,17 241:6,9

**Growers'** 22:6 37:17 38:11 39:6 114:23 152:1 153:25 167:16 168:4,19,23 179:25 185:14 187:21 188:11 189:5 190:12 208:19 210:13,18

**growing** 86:2,11 88:3 238:15

**grown** 157:22 236:19 237:6,9,12,13,24 238:1

**GTIN** 46:24 93:15

**guess** 23:16 54:21 60:10 87:8 122:12 166:3,6 171:4 185:2 186:9 226:17 242:15 254:15

**guessing** 242:14

**guidelines** 56:2

**guy** 82:12 92:24,25 222:1

**guys** 55:10 226:19 231:22 232:4,5 233:24 243:13 244:9

---

**H**

**H-2A** 127:5,7,10,13 128:2,9,16 129:8 130:18 131:12,21 132:3,7,14 135:3,14,21, 24 137:16 138:12 139:8 141:11 156:8,10,12,16, 17 161:11,20 162:24 167:11 168:25 169:15 170:1,17 181:23 182:7 188:9 189:2 190:15 196:8,19 214:24 217:9, 11,20

**H-2B** 133:13

**H2a** 68:17,20 69:6 91:23 96:13,17 100:11, 16

**half** 140:19 141:6

**halfway** 168:7,11

**Hamilton** 5:15 6:6 12:9,10 14:4,11,13 15:2,13,18,22 21:5,14

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025

JOB NO. 1619969

22:6 31:3,9 32:1 34:10
35:14 37:16,23 38:11
39:6 40:9 49:21 61:19
73:25 74:19 85:13
86:21,22,25 87:13,20
88:1 103:21 105:6
107:12 111:15 114:23
115:1,3,12,13,14 117:4,
12 126:14,22,23 127:6,
7,14 128:21 131:20
132:3,6,10,13,19
133:13 134:7 135:2,13,
19 136:11,25 137:15,20
138:9 139:7,25 140:6,
24 141:7,10 142:2
145:18,22 146:21,25
149:3 151:20 152:1
153:23,25 154:3,9,14,
19,22 155:2 156:7
157:10 162:19 165:11
167:6,9,15 168:4,19,23
170:2 171:11,15
173:17,20 175:15,19,24
178:21 179:16,25 180:4
182:21 183:6 185:14
186:17 187:21 188:11
189:5 190:12 193:13,
15,20 194:3,9,14 196:9
207:20 208:8,19,21
209:25 210:13,18
214:1,11 215:22
217:10,13,20 218:21
219:13,18 230:15
236:17 237:5,13 239:3,
9,17 241:6,9

**hand** 5:3 66:22 244:6

**handle** 20:18 116:16
117:4 238:15

**handled** 117:3 241:9

**handles** 18:25 53:24
171:11

**handling** 124:7

**hands** 101:16

**hang** 183:18

**happen** 39:22 40:19
45:9 53:22 73:23,25
75:22 77:12,13

**happened** 74:18
75:7,18,20 76:1,22
77:17 95:14 171:22
194:17 204:13

**happening** 197:21

**hard** 223:14 242:1

**harvest** 27:5

**harvested** 28:24
29:25 81:8,9

**hassle** 232:13

**he'll** 155:7

**head** 11:11 51:11
64:1,5 236:3

**header** 110:17
169:24 252:17

**headers** 248:8

**heading** 162:22
236:13 245:12 250:7

**heads** 242:13

**headset** 210:9
212:15

**hear** 7:7 9:7,12 102:23
141:1 152:24 164:25
212:16,17,23 216:3
231:16

**heard** 59:6 70:15
152:25 230:2

**hearing** 5:1 9:2 48:19
152:22

**heaters** 220:16

**heavy** 66:5

**HELLER** 7:10,23,25
9:7,15,19 19:22 22:16
23:19 26:18 31:17
32:11 33:15,18 34:18
44:6 45:10,22 48:4,7
59:6 61:9 64:10 68:21
73:7 74:21 75:12 76:20
99:9 106:4,8,12 107:2
111:7 112:17,19 114:6
127:16 136:7 138:13
142:20,25 143:19,23
145:3,16 146:24 147:9,
12 148:4,20 149:5,10,
15,21 150:6,14,25
151:7,16,25 152:15,24
153:13,17 154:13 155:5
156:21 158:16 159:9,17
160:2 161:1,13,21
162:7 168:22 170:22
178:16 187:25 190:22

191:7 193:24 200:9,20
201:6,12 203:21 207:11
210:2,17 212:19
214:13,17,22 215:13,15
216:25 217:16 218:13,
23 220:22 221:2,4
228:14,16 232:24
233:22 236:22,25
254:13,22 255:10,22
256:7

**Heller's** 127:25

**helped** 115:24

**helpful** 123:3

**helps** 9:16

**Hender-** 85:4

**Henderson** 84:10,
17,18,20,23 85:1,2,7,
14,16,17,20,21 86:6,14,
16 87:6,10,14,18,25
88:3,8,10 90:7 119:6

**Henderson's** 85:5

**Hendrick** 13:19,22
15:15 19:17 126:7

**hey** 44:17 50:17 216:9
228:8 232:6 248:3
255:4

**high** 112:10 158:7
177:2

**high-wear** 65:11

**higher** 105:17

**hiring** 134:10

**history** 12:9

**hodgepodge** 67:12
83:2 92:2

**home** 189:8 190:4,6
191:13,14 198:15,19
199:8,15 201:20,21
207:18 229:5

**homeowners** 220:9

**hometown** 166:13
167:24 189:14,15
197:8,11,16,24 198:11,
24 199:1,5,12,14 200:8,
15 201:13 205:17,18
206:9

**honestly** 200:22

**hot** 72:8 220:16

**hotel** 167:24 174:19
178:14

**hour** 45:20 206:2
230:24

**hourly** 68:17,19 69:6
91:21,23 92:4,11,12
96:12,17 98:3,8,11,18,
23 99:5,16 100:11,16
101:12 102:3 140:20
141:6 142:1 143:12
146:9 226:5

**hours** 96:2 135:9
144:5,13,16,19 145:1
146:2,7 154:16,24

**house** 20:5 25:18
66:8 69:13 96:24
225:24,25 226:1 228:8
229:8 233:1,25 234:5
235:18 248:16

**housecleaning**
69:13

**housed** 233:16

**household** 66:21

**houses** 224:12 235:2

**housing** 134:12,13
159:7,12,16,19,24
160:1,5,8,13,20,25
161:2,3,7 217:11,21
218:2,3,6,7,9,10,12,15,
18,20 219:2,3,4,8,14,
18,20,21,23 230:17,18,
22 231:6 232:6,7,20
233:19 234:3,10,14,16,
17,18,19 235:9,16
236:1,11 254:16,17,19,
25 255:1,5,7,15,17,20

**HR** 114:19,21,23,24
115:4,6,9,21 116:7

**humor** 246:2

**hundred** 235:18

---

**I**

**i.e.** 36:6

**ID** 46:11 48:11 169:25 184:20,21 199:10 202:7

**ID'ING** 51:1

**idea** 235:13

**identi-** 126:3

**identification** 6:11 46:25 77:19 93:16 103:10 129:21 139:1 202:20

**identified** 45:7 47:13 51:24 165:25 243:6

**identify** 44:23 47:20, 21 48:15 50:7,14 51:2 62:19 110:19

**identifying** 106:10

**Ile** 4:6

**illustrative** 129:18

**implemented** 107:25

**important** 10:23 11:9,11

**inaccurate** 84:4

**Inaudible** 140:25

**inbound** 16:14 18:25 20:19,22 189:25 197:23 198:2,12,14 203:10 204:3,6

**Incentive** 140:15

**include** 62:13 91:16 119:12 167:21,23

**included** 107:9,10 122:2 135:2 160:8 201:10 215:2

**includes** 107:8 150:8 169:24

**including** 93:19 215:10 252:25

**incoming** 36:15

**Incorporated** 5:16 6:7 14:13,17 15:3

**incorrect** 217:1

**increase** 203:2

**increased** 118:18

**incredibly** 177:2

**incurred** 162:21,24 176:25 179:5,8 180:14

**indication** 207:12

**individual** 74:22 75:1 85:24 110:20 155:16 159:22 160:9 169:24 202:15 249:23

**individual's** 215:10

**individually** 86:2 138:17 159:21 160:5 231:10

**individuals** 104:15 118:2 144:4,12,15 228:19 236:19 237:6,9, 10,13,25 254:15,18

**individuals'** 166:5

**industry** 86:20,22, 23,24 87:2 237:19

**information** 115:6, 8,23 116:1 134:5,6,9,11 137:10 140:15 150:9,17 165:14 166:18,19,22,24 169:15 171:18 174:24 175:20 177:22,23 183:4 188:21 190:24 194:6 195:12 196:8,19 198:13 239:2 248:22 252:9

**initiation** 210:21

**inside** 53:3,5,10 55:13 56:21 57:5,8,9 58:20,22 59:1,13,16,22 60:2 70:8,21 81:17

**inspected** 36:4

**inspection** 39:10

**instruct** 150:2,4,13

**instructed** 150:14

**instruction** 150:23

**instructions** 134:10 138:10 151:3

**insurance** 220:8,9, 10

**intake** 185:11

**intended** 55:12,13, 14,15 131:8

**intensive** 50:13

**interesting** 177:1

**interim** 200:16

**internal** 32:9,14,24 46:22 47:2,3

**internally** 47:14

**International** 137:6 165:18

**internet** 10:12

**interrogatories** 103:16 104:8 105:2

**interrogatory** 103:22 104:9,12 111:2 112:3,14 113:4,7,8,17

**interrupt** 42:13 59:19 101:7

**introduce** 66:12 71:21,23 73:2 74:5

**introduced** 73:15 202:23 203:8

**introducing** 72:24 73:6 74:2 139:3

**introductory** 23:25

**inventory** 13:14 18:15,21,23 20:9,13 35:19 36:6,7,13,14,24 37:8,15,16 43:20 44:15 47:7,10,23 48:12 51:1 94:13 239:11,12 240:12,14

**invoices** 39:24 174:2

**involve** 60:11 70:7 88:16

**involved** 16:11 18:20 19:20 36:23 85:17,21 86:2,6,11 88:3 115:19 122:7,21 225:5

**involvement** 158:18,20

**involves** 128:10

**involving** 8:23

**issuance** 179:11,21

**issue** 9:9 10:15

**issued** 6:17 178:25

**issues** 101:17 138:18

**item** 44:11,14,16 49:11,12,24 50:9

**items** 65:7,11,14 73:4

---

## J

**Jacksonville** 64:4

**jail** 233:9

**January** 156:1,4,24 157:11,20 158:2,24 159:6 160:18,24 161:10,17 162:5,10 235:17

**jerk** 155:10

**Jim** 7:10 74:21 77:23 106:4 151:1 165:4 200:20 212:19 255:25 256:3

**job** 12:24 16:11 23:14, 17 24:9 61:7,10,12 70:13 80:15 89:13 102:4 110:10 113:19 122:2 127:3 131:5,7 133:4,6 134:3,6,11 136:18 137:4,19 139:16 140:4,14 148:2,23,24 152:2,19,20 153:20 154:2,6,7,8,9,17,25 156:18 158:3 208:5 209:2,11,12,15,17 212:5,9,13 213:15,23 214:4 215:1 216:5,15, 20

**jobs** 88:15,24,25 133:15 224:7

**Joe** 159:12,16 160:14, 15

**John** 226:10

**Jon** 4:10 9:15 19:23 24:5 26:19 48:8 99:12 138:13 147:12 150:16 151:7 159:18 201:12 218:24 254:14 255:23

**Jonathan** 6:1 68:15

**Juan** 124:14

**judge** 150:6,9 155:9

**July** 23:6 62:6 65:5,13 100:24 101:2,8,9 209:1 242:5,7

**jumping** 10:25

**June** 23:1 101:6,7,9

---

## K

**K-E-Y** 14:3

**keeping** 61:11 69:10, 12,13,14 97:15 233:2 235:8

**Kent** 132:19 139:24 230:15

**Key** 14:1

**kind** 8:5 25:3 30:14 31:9 32:23 35:14 42:23, 24 48:25 49:19 63:19 66:7 67:20 74:15 76:12 121:19 122:22 128:22 132:15 142:15 178:9 187:14 188:14 204:15 215:25 220:9 235:8 242:23

**kinds** 231:17

**Kleenex** 49:5

**knew** 114:8

**knocking** 52:7 69:10

**KNOEPP** 5:13,18,22 6:12 7:17,24 8:13,15 9:17,22,24 20:6 22:18 24:7 26:21 31:19 32:13 33:16,20 34:20 44:8 45:12,19,25 48:5,10 59:7,8 61:14 64:21 68:24 73:9 75:10,16 76:16,24,25 77:20,24 78:1 80:14 99:18 102:14,18,25 103:4,5, 11 106:6,10,13 107:5 111:12 112:18,23 113:2 114:9 120:22 127:22 129:22 136:9 138:23 139:2 143:1,25 145:7, 24 147:5,19 148:7 149:1,7,13,18 150:3,11, 22 151:5,12,18 152:4 153:6,8,22 154:18

155:18,22,24 156:23 158:22 159:11,23 160:16 161:5,16 162:2, 12 165:6 169:1 170:25 178:20 188:2 191:1,15 193:25 200:17 201:3,8, 23 202:21 204:1 207:19 210:7,24 212:21,25 214:16,21,23 215:14, 18,20 216:22 217:3,6,8, 18 218:16 219:10 220:19 221:1,3,6,8 229:2 233:11 234:9 236:24 237:1,3 248:5 254:3,9,20 255:12,14, 21 256:4

**knowing** 51:2 95:12

**knowledge** 33:6 74:22,25 75:6,23 76:23 83:5 87:15 99:6,15 108:3 119:1 120:14 127:20 159:22 161:25 162:3 180:5,21 181:9, 11 188:5,6 227:9 240:23

---

## L

**L-A-L-O** 124:15

**l-o-c-k** 48:20

**L-O-T** 48:21

**label** 44:22 130:7 133:22

**labeled** 44:21 82:18 90:19 105:23 134:2,6 140:2

**labeling** 46:20 72:16

**labels** 93:11,14,15

**labor** 91:21,23 92:4, 10,12,15,17,20,22,24 93:1,2,6 94:11,25 95:2, 3,4,5,19,21,23,25 98:9 116:20,21 117:7,11,18 127:8 130:17 131:20 134:24 139:21 148:11 232:1 233:1,3

**lack** 56:10 110:6

**lading** 39:24 47:8 243:7

**Lalo** 124:15 125:19 126:10,16

**land** 84:24 85:14,22

**landowner** 85:12 87:2

**Lane** 160:21,25

**language** 138:5

**lar-** 170:1

**Laredo** 173:13 201:17

**large** 36:1,2,3,5 244:20

**larger** 169:14 170:1 196:7,18

**Las** 160:21,25

**late** 101:3,10 220:24 233:15

**Lauro** 117:18

**law** 140:18 141:5 147:15 149:6 152:2,7,9 154:20 160:2

**laws** 147:1

**lawsuit** 21:3,9 23:23 24:4 61:15 164:18,19 202:16 220:25 225:6

**lawyer** 147:2

**layered** 45:6

**layout** 79:7

**layperson** 42:23

**LB** 220:10 235:21 250:8,11,12

**lead** 177:4

**leader** 82:14,15,16,19

**leading** 155:16

**leads** 102:3

**learned** 147:13

**lease** 229:17

**leave** 14:7 179:11 204:11 209:1,3,6,9,21, 23 211:13,15,24 212:13,24 213:3,6,11 216:6,7,8,10,21 222:20

236:11

**leaves** 110:19 181:17 208:24

**leaving** 189:11 208:3, 4 209:13 211:18,24 216:4 234:1

**left** 13:5 123:13,14 124:5,10 183:1,19 184:19,24 204:11 208:7,22 211:5,11,22 212:2,7 214:10 215:5 216:3

**legal** 147:10,13,14,16 149:10,19

**legitimate** 231:3

**Lenox** 63:23

**LERNER** 77:23

**lesser** 34:5,15 44:4

**lets** 101:13 180:14,17

**letting** 109:1

**level** 43:25 50:13 125:7

**Lexington** 247:16 248:17

**liability** 220:8

**licensed** 4:18,19

**licenses** 17:18

**lieu** 209:10

**lifts** 55:11 57:7,12

**light** 52:9

**lights** 66:1

**limit** 8:2,11 21:10 121:11

**limitations** 7:14

**limited** 39:5

**lines** 40:25 56:8 60:12,13 61:4,6,7,23 65:21 66:2 72:19 74:3 90:23 110:13

**list** 13:13 37:14,15,16, 18 60:7 166:10 224:18, 21 225:4 235:5 240:25 241:2,3,4 248:24

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025

JOB NO. 1619969

**listed** 25:6,7 52:16
91:22 100:9 131:7
142:2 143:15 154:2,17,
23 229:22

**lists** 96:12 131:5

**literally** 79:8 200:20

**live** 159:7,15 160:14,
20,21 161:8 218:8,10
219:3,4,5 222:1 224:12
225:7 226:10 228:6
231:5,8 232:6,7,8,9
233:24 234:3,4 254:16,
19 255:1,6

**lived** 48:24 160:18,24
161:6 218:3,5

**lives** 84:19,21 219:2
226:19 229:5,8 232:9

**living** 219:6 221:25
222:2 232:19

**LLC** 17:7,9 231:3,9,13

**load** 84:9 89:5

**load/cargar** 84:8
88:13,17 89:8 90:17,25
91:16 92:14

**loaded** 28:7 252:6

**loading** 24:12,25
27:4 30:22 89:16,19
91:13 97:13

**local** 89:9

**locate** 214:11

**located** 4:5,10 21:21
22:1 71:5 96:23 118:10
159:7,12,16 219:24

**location** 44:19 80:16
88:9 119:24 143:9
185:21 239:13 240:11,
13 247:1,4,15 248:16
249:13,15,18,19 252:20
253:5,11,17

**locations** 152:1,3,18
153:19 154:1,16,24
247:21

**lock** 48:19

**lodging** 174:22
178:1,3,4,6,8,13 179:5,
6,8,12,13 180:15,16
181:15,21

**log** 94:16

**logistic** 19:18

**logistical** 18:1

**logistics** 13:2,15
15:25 16:9,12 17:6,7,9,
10,23,25 18:24 19:12
20:17,18,23

**long** 12:9,19 13:20
16:8 18:18 24:2 38:13
48:24 73:14 178:24
184:22 186:11 187:6,18
204:10 212:20 216:23
224:18 230:23 244:11
254:11

**long-standing**
224:12

**longer** 76:13 180:15,
17 254:15

**longtime** 185:19

**looked** 105:13 120:6
158:10 203:18 204:18,
23 205:6 211:1 225:11

**lost** 45:7

**lot** 24:14,15,16 39:9
47:13,20,23,24 48:16,
17,21 49:2,8 50:1,8
51:2 53:7 65:24 74:12,
14 81:18 88:23 100:19,
20 121:22,23 129:13
176:8 178:10 185:25
246:16,21 252:21 253:2
255:6

**lots** 97:11

**low** 177:9,13,16
222:22

**lower** 242:24

**lunch** 102:20 103:7

**lying** 230:5

---

## M

**M-A-I-N** 113:10 121:3
252:22

**machinery** 113:19
215:4

**machinist** 63:14

**made** 40:14 54:2 63:2
68:8 69:1 135:14,23
146:19 192:17 194:20
197:18 200:15 216:17
239:22 251:17 252:10

**mail** 236:9

**main** 51:10 121:3
252:21,22,25 253:4,10,
11,17

**Maine** 252:22

**maintaining** 60:11
97:14

**maintenance**
51:15,16,18,20,22,25
52:2,15 53:1,2 54:2,5
60:5,7,11 62:4,10,12
65:1,18 67:5 68:17,19
69:6,15,19,20 70:6,11,
17 89:3,6,10,11 90:18
92:19 113:9,22 118:16
120:16 121:3,14 122:8,
16 123:19,20 124:2
127:24 128:3 132:8
133:12 142:7 144:3,7,
11 145:5,13 148:9,18
151:23 157:6 158:4
169:20 170:8 196:23
215:3 217:24 218:19
221:12

**major** 13:9,10

**majority** 51:4,6

**make** 19:3 20:10,14
24:11,17 26:2 37:19
38:25 48:18,25 61:7
64:19 65:2,20 66:2,17
68:22 110:16 121:25
138:19 146:14 168:9,17
169:12 183:20 195:22
215:22 230:25 231:20
234:23 235:5,19 238:7
242:23 245:3,14 248:2
254:14

**makes** 50:15 63:8
176:15 214:15,19

**making** 19:8 38:22
109:22 138:16 165:5
231:21

**man** 84:19,21,24
177:15

**management** 13:14
35:19

**manager** 126:6

**manner** 4:23

**manufactured**
42:22

**Manufacturing**
56:3,4

**March** 93:23 130:24
139:11 156:2,4,25
157:12 164:8 171:14
204:6 214:25 240:17

**Mario** 125:14 126:1
226:23 227:5

**mark** 106:6 129:19

**marked** 6:11,13
77:19 103:10,12 129:21
130:22 139:1,3 202:20

**marking** 77:22 106:4

**Martinez** 117:19

**Marty** 76:16 114:11
256:6

**Match** 164:5 196:2

**material** 91:2,3 97:14
133:3

**materials** 20:3,4
25:12,17 26:2,7 96:23

**math** 112:12 252:1

**matter** 8:23 10:3
22:13 23:8 94:9 122:19
127:13

**MC** 17:10,16,17,20

**meal** 180:24

**meals** 166:15 167:24
180:7,10,11,12,15,16,
19,23 181:15

**meaning** 220:23

**means** 14:22 17:17
42:20 46:10 83:20
86:18 146:16,17 172:19
195:6 200:1,18,22
201:7 245:4

**meant** 59:5 101:9
108:23

**mechanic** 61:22 113:18 142:15 144:4,8, 9 215:3

**mechanical** 64:25 65:2

**mechanics** 132:14

**medical** 209:4

**meet** 20:15 39:12 40:1 59:1,15

**member** 219:7

**mention** 187:12

**mentioned** 11:7 15:9,21 25:1,15 29:10 46:8,14 47:15 50:25 54:18,20 79:15 108:20 116:15 125:6 169:2 181:4,5 233:13 255:15

**mentioning** 9:25 116:13

**mess** 187:18

**method** 195:11

**Mexico** 136:4,10,11, 24 137:15 138:10 157:13,15 165:16,21 166:1,20,23 171:10 189:8 201:18 222:21

**Michael** 123:11

**Michael's** 123:24,25

**Michigan** 4:5,6

**mid-march** 156:13

**middle** 168:14 186:13,22,24 208:7 216:10 247:15

**midnight** 231:25

**million** 241:16,19 242:3,8,10,20,21

**mind** 21:13 51:7 63:22 121:25 221:19 245:4 248:19 255:25

**minimum** 168:9,10

**minor** 66:23 67:2

**minute** 205:8

**misheard** 59:9

**missed** 46:7 85:6,8 132:1

**missing** 60:10

**mistakes** 48:25

**Mode** 172:16

**modes** 173:22

**module** 239:21

**moment** 127:4 155:19

**Monday** 186:8,25 187:20

**Mondays** 230:1

**money** 177:16 178:12 182:17 206:13 218:14 226:18,20 228:9,11,18 229:1,7 230:1 231:21 235:6,15

**money-proposition-making** 232:12

**monoxide** 57:6

**Monterrey** 166:9,13, 14 168:1 173:10 178:5, 6,8 179:14,18 180:3,12, 17 181:14,19 182:3 184:11 187:22 190:3,4 191:14 197:15,17 199:3,14,16 200:14,19 201:5,10,13,14,17

**month** 89:24 226:3,4

**monthly** 225:20

**months** 22:25 23:2 157:20 232:16 238:10 242:10

**morning** 4:3 5:23,24 232:2 234:1

**MORTON** 112:20

**motor** 17:18,21 64:15, 17 146:11 148:6

**move** 25:8,12 26:1,16, 22 27:1 28:13 33:25 35:12 43:17 44:4,7,18 45:1 50:3 51:12 82:22 89:10,24 90:2,12 91:2 121:20 129:4 236:12 243:17,22 244:6,9,10

**moved** 26:15 28:8,10, 16 33:12 34:11,15 37:4 45:4,15 46:16 91:6 109:5 243:24 244:2,3

**moving** 26:7 27:5 34:25 53:25 54:8,15 64:25 65:2 90:9,11,22 174:6

**muddled** 216:1

**multiple** 128:21

**mutual** 216:4,5,8

———————

**N**

**name's** 116:5

**named** 80:11 116:2 137:11 145:4

**names** 63:18 64:5 67:14 84:25 119:21 120:4 161:18 162:4,9, 10 166:5 225:11 248:12

**naming** 216:15

**Nate** 18:17

**native** 138:5,8

**navigate** 129:23

**necessarily** 50:15 89:14 90:4 93:4 98:20 99:17 187:14

**needed** 23:17 25:17, 23 30:4 63:11 91:1 101:15 131:8 152:10 167:18 209:15

**needing** 98:2

**nests** 24:13 52:8 69:10

**newer** 57:1 68:4 105:9

**night** 186:13,22,24,25 187:17 216:10 231:25 233:2,8,15

**nodding** 11:12

**noise** 59:24

**non-exempt** 135:7

**normal** 146:9

**Norman** 4:10 6:4 21:21,25 118:10 123:11,12,21 124:4 173:10 187:8 253:18

**Notary** 4:4

**notes** 234:23

**notice** 6:17,20 7:12

**notices** 214:2

**noticing** 256:5

**notification** 213:18, 22

**notifications** 214:12 215:11

**notified** 209:12,22 214:9

**notify** 61:12 213:25

**noting** 113:20

**Nuevo** 173:12 201:16

**number** 7:1 11:16 17:10,16,17,18,20,21 23:11 40:6 44:13 46:25 88:15 93:16 104:10,14, 19 105:17 106:11 111:4 112:9 114:2 118:18,20 122:15 123:15 131:12 132:17 134:17 139:23 140:2,10 158:11,17 162:4,17 174:12,23,25 177:1 178:13 180:10 181:25 182:23 183:7 184:23 186:3 187:2 188:7,12,18 189:6,17, 19,23,25 190:13 191:2, 19 197:18 199:9 202:13,23 203:1 206:22 214:24 215:14 222:15 223:4,5 236:5,9 245:15, 16 248:3 252:11,20,24

**numbers** 114:4,7 131:13 133:24 169:25 174:13,14,18 175:25 176:10,17,19,21 177:9, 12 178:9 181:1,6 192:7, 15 193:2 194:20 195:10 197:4 201:24 202:2 206:24 245:7

## O

**oath** 4:16 46:4 102:21
103:7

**object** 19:22,23 22:16
23:19 26:18 31:17
32:11 33:15 34:18 44:6
45:10 48:4,7 61:9 64:10
68:21 73:7 107:2 111:7
114:6 127:16 136:7
142:20 143:21 145:3,16
146:24 147:9 148:4,20
149:5 151:16,25 152:15
154:13 156:21 158:16
159:9 160:11 161:1,13,
21 168:22 170:22
178:16 187:25 190:22
191:7 193:24 200:9
203:21 207:11 210:2
217:16 218:13 220:22
228:14 232:24

**objecting** 149:16

**objection** 4:22 8:6,7
19:24 33:18 75:14
76:17 114:11 127:25
143:19 153:13,14
159:18 162:7 210:17
215:15 218:23,24
220:23 228:17 233:22
254:20

**objections** 7:14,15
8:2,11 104:14 113:20

**obligated** 212:11

**obligation** 154:11
208:20,21 209:2

**obligations** 188:25

**observe** 76:2

**obtain** 131:21

**obtaining** 136:5,13,
17 137:21 138:12 179:7

**occupations**
144:16

**occupied** 223:9
235:19

**occurred** 179:6
237:20

**occurring** 24:17
158:8

**October** 23:1

**offer** 141:17,22

**offered** 133:2

**office** 83:20,21 92:16
93:11 206:9 228:12

**officer** 12:13,16,19
13:6 14:11,12,14,24
16:16

**offsite** 234:4

**Olguin** 203:16

**Olguin's** 202:22

**on-the-job** 31:25
32:5,6,8

**once-a-week** 76:9

**one's** 66:8 78:9

**one-** 118:14

**one-and-a-half**
146:8

**onward** 238:21

**Oooh** 183:19

**open** 55:14,24 58:7,23
70:23 163:12

**opened** 163:9 195:22

**operate** 17:11,21
24:23 54:23,24 55:18
56:20,21 58:22 59:13,
21 60:2 87:21 122:6,7
242:4

**operated** 21:14,17
58:20 59:1,2 85:16,21
92:6

**operating** 18:1
23:18 24:11 26:6,7 34:9
55:20 57:5 104:10
238:11 242:6,9

**operation** 21:20
22:10 26:3 90:16 96:10
115:5

**operational** 13:3,16
62:14 115:10

**operations** 12:23,25
13:1,7 15:10 16:13

23:20 85:17 238:2

**operator** 35:12 40:18
111:3,6 142:1 144:3,11
145:13 169:20 170:8
215:2 252:6

**Operator's** 110:1,3,
22 111:20 119:10

**operators** 26:1
30:24 43:16 44:1 50:20
55:4,5 89:24,25 118:13
119:23 120:5 124:11
125:1,3,7,15,20,24
127:24 132:4 133:12
144:7 146:23 157:4
158:4 217:24 221:11
243:4

**opposed** 11:11
15:22 72:17 180:3
181:8 231:10 249:3

**option** 91:14 247:2

**options** 91:15 246:11
252:24

**oranges** 35:25

**order** 20:10,15 23:17
24:10 26:2 35:10 37:14,
15,18,21,22 38:10
39:25 44:11 47:11
64:22 66:10 69:13
128:14,15,25 129:4
130:5,16,23 131:19
132:24 133:1 139:20
141:21 152:19,20
154:2,6,8,10,17 156:17
246:19

**ordered** 19:3

**orders** 18:22 20:15
89:13 129:14,15,17
156:10 256:2

**orientation** 185:11

**origina-** 198:15

**original** 168:15 256:5

**originally** 233:23

**originated** 201:16

**origination** 167:20
174:10 182:3 192:5
198:8,16 199:7

**Ortiz** 137:11

**OSHA** 57:8

**outbound** 16:14
18:25 20:19 196:2,4
197:2 203:10

**outdoor** 52:22

**outgoing** 189:20

**outlier** 181:3

**outliers** 181:5

**outset** 245:18

**overarching** 13:3

**overbroad** 7:15
160:7

**overclear** 117:15

**overhead** 83:3 92:5
100:1

**overran** 100:19

**overtime** 134:23
135:6,8,23 140:19
141:5 144:22 145:2,14,
25 146:4,9,13,15,16,18,
23 147:7,24 148:3
149:4,8,11,14,24
151:13,21 152:6,10,13
153:23 154:4,12,20
155:4

**overwhelmed**
101:14

**owed** 152:13 206:5

**owned** 85:16,20 88:1

**owns** 84:24

## P

**P-A-U-L-O** 116:11

**p.m.** 102:16,17 103:2,
3 112:25 113:1 155:20,
21 171:8 217:4,5 254:7,
8 256:12

**Pablo** 61:15 65:16
202:16 203:24 204:9,16
206:7 224:18 226:9,12

**pack** 17:7,9,10,23,25
20:23 73:1,12 91:11

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025

JOB NO. 1619969

99:25 237:17

**packages**  96:5

**packaging**  97:14

**packed**  20:2 60:16
72:8 237:9,10

**packer**  237:17

**packing**  13:1,15,17
15:11 16:12 19:18,19,
21 20:1,5,7 21:15,17,
20,23 22:1,5,11,14
23:8,15,18,21 24:10,12,
20 25:9,12,16,17 26:3,
7,11 27:6,9,15 29:1,17
30:17,18 31:11 32:15,
17,18,25 33:1,8,13
36:25 40:3 51:13,14
52:21 53:14 54:25
55:16,23 56:8,14 58:1
60:12,17 62:2 64:9
70:21 75:24 76:7,8,14,
19 77:4 80:17,18,19
82:24 83:1,17 84:14,21
87:21 88:1,2,14,16,17,
23,24 89:1,4,17,23,25
90:12,13,19,22,24 91:2,
3,5,7,11,12,14,17 94:10
95:2,3,5,6,16,24,25
96:9,24 98:9,13,14
99:24 104:11 113:23
119:23 120:3,6,8,11,24
121:5 122:20,21 125:16
126:6,8 127:4 141:25
142:6,10,14 143:7
144:2,9 151:22 156:1,
25 157:10,21 158:21,23
159:8,15 160:17,19,23
161:9,15,22 208:13
215:2,3,4 218:1,18
219:14,19,21 220:21
221:4,11,21 224:7
226:25 228:12 229:13
230:2 231:23 232:19,21
233:14 234:10,11,13,20
236:18 237:5,17 239:1
241:5 243:2 246:3
249:20

**pages**  100:10 129:24
131:24

**paid**  117:12 118:2
140:19 141:6 142:1,21,
22 143:8,12 144:22
145:1,15 146:8,23

147:6,22 148:5 149:24
152:13,17 153:18
161:18,19 168:11,12,
13,14,15 174:3 176:11,
14 177:6,13,21,22
178:12 179:9,12
182:11,22 183:7
189:11,19,24,25 196:5
197:12 198:14 201:25
202:3,5 205:3,12 206:7,
17 218:11,20 226:8,12
228:22 230:8,13 234:22
251:11 252:11

**pain**  232:13

**Painfully**  241:18

**painstaking**  160:3

**pallet**  44:18,22,23,24,
25 45:2,15 47:5 82:22
94:1,15 95:8 243:22
251:21 252:1

**pallets**  42:25 69:11
82:20,21 90:22 95:7
244:5 252:2,5

**paper**  184:9

**paperwork**  184:25
227:25

**parenthesis**  163:11

**Park**  4:11 6:4 21:21,
24,25 118:10 173:10
187:8 253:18

**part**  22:15,20,21,24
23:4,7,12 32:25 33:1,13
34:1,12 39:20,25 40:19
46:20 47:25 48:12
52:18 57:15 58:13,14,
23 65:6,18 66:12 67:5
80:8 96:9 100:1 104:22
110:22 119:1 125:20
128:25 130:15 135:2,
14,16 137:19 139:8
156:2,4,24 157:11
159:2 168:15 169:14
175:22 182:7 194:3
196:7 217:9,19 223:20
232:18

**partially**  40:11

**participation**
217:19

**parties**  4:17,20 7:12

**parts**  28:8,10 34:16
54:24 62:25 64:25 65:1,
3,4

**party**  4:22 137:2
256:5

**past**  8:19,22 10:5
63:19 73:3 197:7

**pasted**  205:25

**Paulo**  116:5,8,11

**pause**  10:15,24

**pay**  40:6 68:15,16
99:11 102:8,11 104:16
110:7,22 111:8 134:10,
18,23 135:6,8,9,23
140:15 146:5,9 147:7,
24 148:3 152:5,10,12
153:23 154:4,5,10,12
159:24 164:5 173:17,
19,21,25 174:1 177:6
181:24 182:6,17 187:21
188:25 192:4,17,18
199:19,21 200:1 206:20
210:18,21 211:14,19,23
213:2,4 218:2,10 219:5
229:4,10,23 230:1,18
235:19

**paycheck**  80:13
81:1 168:16 192:19
208:6

**paychecks**  78:8
202:5

**paying**  151:21 188:7
201:22 209:25 210:14
218:14 219:6,7,9
229:22 232:4,19

**payment**  149:4
155:4 203:13,17 204:5,
21 205:6 252:10

**payments**  190:14
203:9,11 217:14,21
227:14 235:9,16

**payroll**  30:9,13,14
33:5 36:11 51:21,23,25
52:10,16,19 54:14 69:8
79:18,22 83:16 90:5
99:7 105:4 107:4
108:11,16 110:23
111:14,16,18,25 114:5,

8 115:22 116:8,14,15,
16,22 117:2,4 118:9
119:3,11,12,15 121:11,
13 123:23 158:9,10,12
159:3 162:15,16 170:10
192:10,11,14,16,20
204:15,20

**payrolls**  118:2,8

**pebble**  39:10

**penalty**  132:23

**pending**  11:20

**people**  16:20 17:3
22:14 23:8,15 24:20,22,
25 25:8 26:7 28:12,23
29:4,6,7 30:2,20,21,22
32:5 33:12,21,23 34:4
45:1 48:1 51:14 52:20,
24 53:1,2,4,5 54:7,13
55:3,17 60:8,10 62:15,
17 65:21,24 67:4,20,21
68:12 69:2 70:6,15
80:15 81:16,17 82:6
88:18,25 89:3,9,10,12,
14,15,16,17,22 90:2,3,
6,16,17,21,22 91:1
93:1,6 94:25 95:4 96:4
98:18 104:10 105:14
111:2,5,15,22 112:5
113:8,18 114:7,17
115:15,24 116:13
117:3,4,9 118:9,15,23,
24 119:2,22 122:5,6,9,
15,24 123:1,6,9 124:9
125:12 127:23 129:8
137:1 142:18 144:1
146:2 149:24 154:7
155:25 157:6,8,24
158:15,23 159:25
161:4,6,9,17,22,23,24
162:4,10 166:8 169:19
173:4,12,15 176:11,14,
25 178:13,24,25 179:17
180:18,25 181:8
184:10,11,12,16 185:3,
8 186:10 187:11,12,14,
22 188:8 195:10 196:22
198:4 205:12,21 206:17
207:9,15 208:22 211:5,
11,22 212:2,4,7,8,13
213:2,6,8,10 214:9
216:3,12,14,15,20
219:3,12,17 220:2,5,20,
24 221:4,10 222:20,24

223:1,2,5 224:10,11,13,
14,17 225:2,3 226:8,9,
14 227:13 228:2,6
229:9,22 231:4 232:1,3
233:2,6,19 234:1,18,22
235:3 243:10 255:1,6

**pepper** 36:1,2,3,5
61:3 71:17,18 72:7,8

**peppers** 37:23,25
72:3,4,5,9,22

**percent** 244:21
254:25

**perform** 23:15
148:11

**performed** 24:10
113:18,22 114:21
134:22 141:25 142:6,
11,15 148:15,24 215:7

**performing** 152:19
153:20

**performs** 135:7

**period** 21:8,11 22:4
79:2,4 82:3 92:7 99:24
107:17,20 113:10
117:16 118:14 125:13
132:10 139:11 142:6,
10,14 145:8 156:7
188:21 191:6 195:4
208:14 222:12 237:7
251:17

**periods** 118:3,5
153:19

**perjury** 132:23

**person** 7:3 52:1 63:5
81:5,13,25 82:15,19
83:5 85:11 92:6 95:13,
16,17 96:7 97:6,24
100:3,17 103:21 110:8
114:17,20 115:9 116:4,
14 123:10 124:8 132:22
165:25 166:10 167:6
172:4,8,13 174:9 175:4,
6 179:9,10 180:14
184:22,23 188:16,20
190:6 198:14,25 199:11
206:5,6 207:3,14,17
208:8 209:7,11,20,25
211:6,20 213:19 226:7,
16 229:9 243:10 246:6,
16 253:21

**person's** 197:16,24
209:2

**personal** 75:6 87:15
127:20 181:11 187:10
211:10,21

**personally** 76:6
86:11 102:1 138:22
193:11

**pertaining** 183:5

**PET** 107:8,11,16
108:17 109:6,8

**phase** 8:9,10

**phase-in** 107:17,20

**phased** 108:1

**phone** 233:8

**photos** 167:25 185:9

**physical** 239:11

**physically** 4:13 95:6

**pick** 52:6 123:4 234:4
243:21 250:8 252:21

**picking** 72:13 201:15

**pictures** 181:22

**place** 19:14 35:8
65:22 67:4 85:1 108:8,
22 191:18 201:16
207:20 234:4

**places** 80:20

**Plaintiff** 202:16

**Plaintiff's** 103:15

**plaintiffs** 8:14 61:15

**plan** 39:16 179:4

**planning** 208:1

**plant** 99:23

**plastic** 42:22

**plausible** 138:6

**point** 7:11 11:14
35:16 37:3,5 40:17 51:9
65:12 101:11 111:6,16
155:6 167:20 168:7,12
174:9 175:8,9 182:2
192:5 195:7 197:15
198:7 199:7 204:15
215:1 222:22 253:14

**pointing** 109:18

**points** 74:12

**policies** 149:6
159:25

**policy** 145:14,18,22
146:19,21,25 147:2,8
148:8 149:3 151:13,21
152:1 153:25 168:19
187:21 188:11,17 189:5
190:12,15,18,20 191:4,
8,9 207:20 209:14,24
210:13,18,21 213:4

**poll** 255:4

**portion** 116:18,19
153:10 168:8 242:1

**portions** 58:2,3,4

**position** 12:12,21
13:5,20,22,23 14:9,11
15:12,13 16:9 18:18
96:9 124:10 126:5
165:1 230:11

**positions** 148:2

**possibly** 46:23 177:6
185:23

**pounds** 250:13,16

**power** 220:7,10,15
222:21 225:25 226:1,2
235:21,23

**practice** 41:5 73:22
191:18 207:20 209:25
210:13 213:2

**practices** 56:3,4
159:24 191:9,17

**precluded** 217:13,
20

**premise** 198:20

**prepare** 206:3

**prepared** 74:24
107:3 115:20 116:4
118:1,8 164:17,20
165:11,13 180:23
197:1,21 206:1

**preparing** 93:11

**present** 4:13 21:9
103:12 105:11 129:25
195:7 215:1

**presented** 6:10
77:18 103:9 129:20
138:25 193:6 194:8,18
202:19

**presenting** 105:21

**President** 132:19
139:25

**pressure** 70:16

**pretty** 144:15 173:1
246:1

**previous** 19:18 76:5
100:10 148:17

**previously** 73:8
103:25 104:4 161:19
198:11 202:20

**price** 40:5 205:18
250:24 251:7,11

**primary** 122:3 247:1,
4 249:15,18

**print** 44:25 47:17
93:14 94:15

**printing** 93:17

**prior** 7:20 10:7 12:21
13:22 65:25 66:5,25
67:11,25 68:4 69:15,18,
21 70:3 107:14 108:5
113:14 116:20 117:8,24
123:15 136:5,12 137:21
138:12 164:19 179:7,18
185:18 189:11 192:20
197:21 198:1 204:18,23
210:20 212:2,7 238:18

**privilege** 147:14
149:25 150:18,20
151:6,9,11

**privileged** 150:9

**probably-in'** 224:25

**probe** 80:9,10,11,12
81:25 82:5,15,17,18
97:2

**probe-type** 81:23

**probes** 94:10

**problem** 11:2 50:17
62:19 63:12 64:15
66:20 67:1,4 165:7
215:19 233:6

**problems** 50:14 51:3 100:20 101:15

**procedure** 34:9

**proceed** 5:2

**process** 60:18 127:5 128:9 129:1,5 130:15 131:21 135:3,14 137:16 138:15 139:8 211:14,19

**processed** 76:19 118:9

**processes** 108:16

**produce** 20:14,20 27:7 29:1 30:5,23 33:7 34:11 35:3,4,10 36:15 38:10 39:3 40:24 43:12 45:16 46:15 60:15,22 71:8,9 76:18 81:8 86:20,22,23 87:1 93:19, 24 101:23 157:21 215:7 236:15,18 237:6 238:1, 22,25 241:5,13,20,23 244:16 251:16

**produced** 163:13 195:17 240:15

**product** 19:3,9,13 20:2,10 27:5,12,14,16, 21,24 28:3,6,15 29:5, 13,21,24 30:1 33:11,24 34:6,16 35:15,23 37:2, 3,17,24,25 38:21 39:6,7 40:10,11,16 41:2,4,6,9, 13,20,21 42:5,16 43:1, 2,17 44:5,7,12,13,14,24 45:2,4 46:11,21 47:9, 21,22 48:11,16,17 49:9 50:3,7,14 51:1 53:18,20 55:22 56:5 58:6 62:15 66:12 73:8 74:1,6,13 75:20,25 77:3,15 88:16 94:15 95:1 97:20,21 100:21 101:1,19 237:24 238:15 239:4 243:2,6, 24 244:5 246:7 247:20 249:19,24 251:25 253:22

**product's** 39:11 50:7 56:9 73:16 124:22, 23 157:13

**production** 66:1,14 67:1 214:8,14,18,23

**products** 25:8 34:25 45:6 72:23 73:5 240:4

**profit** 231:18

**program** 36:13 127:7,10 181:23 217:9, 20

**propane** 53:10 57:11,12,16,24 58:19 59:5,6,12,15,21,25 220:15

**properly** 66:18,19 152:23

**property** 219:24,25 220:1 231:13,16,17,18, 20

**proportionally** 226:4

**prospective** 136:10 137:20

**protocol** 58:15 77:6, 10,13 91:13

**protocols** 77:7

**provide** 104:9 137:20 138:11 174:21,24 175:15

**provided** 8:8,16,21, 24 10:4 31:2,3 103:25 104:4,21 105:1 108:18 114:7 136:4,12,16,24 138:4,9 149:11 169:18 170:6 177:22,24 178:18 181:10 195:6 200:7 210:6 234:14 254:25

**provider** 173:6

**providing** 175:25 217:10

**provisions** 135:20

**PS** 120:24

**PS-S-A-N-I/MAIN** 113:9

**PS-SANI/MAIN** 120:18

**Public** 4:5

**pull** 77:21 112:13

**pulled** 108:21 109:24 205:24

**purchase** 35:23,24, 25 36:1 245:15

**purchased** 20:3,4 27:8,14 33:7 35:23 36:15 39:11 40:15 93:19,24 101:19 124:23 238:5 241:2,6,13,24 246:7 252:12 253:22

**purchases** 20:14 38:1 238:9,25 239:22 240:1,16,21,24 241:1, 20 242:11 245:21 251:17

**purpose** 149:22

**purposes** 8:1 10:23 18:5 37:12 71:16 72:13 129:18 163:11 164:18 169:2 171:16 188:7 190:14 209:4

**pursuant** 188:8

**pushed** 109:8

**put** 8:4 44:15,24,25 56:7,8 67:23 75:21 87:10 95:9 159:18 163:11 171:20 192:16, 18 209:9 238:17 243:18 246:19,22 251:4

**puts** 45:2 230:10

**putting** 7:16 54:4 82:20 93:17 95:8

---

## Q

**QA** 38:22 39:7 40:14 100:11,15,19 101:12, 18,23 102:2,4,5

**QNT** 250:20

**qualified** 113:21

**quality** 50:14 51:3 101:18

**quantity** 40:6 250:21 251:1,25

**question** 7:18 8:2,12 10:20,22,25 11:4,20,21, 25 12:3,5 24:5,6 31:18 36:7 38:14 41:17 57:25 60:21 68:22 69:7 74:17,

18,23 75:3,9,19 77:1 86:1 87:4 88:22 99:10 106:22 108:25 109:20 111:13 114:10 116:25 117:17 119:24 121:10 136:8,22 138:7 142:21 145:25 148:17 149:16 150:1,3,7,8,10,12,16, 19,24 151:8,11,17 152:16 153:5,15 155:1, 2,6,12,14 158:1 160:9 161:14 165:4 166:6 174:15 175:18 178:23 179:24 182:15,16 183:3,10,12 185:6 194:11 195:14 200:10 201:9 210:10 214:15,19 218:17,18 221:7 233:12 239:6 245:9 254:1,14

**questioning** 23:24 138:14 160:11

**questions** 10:18,19 11:10,17 21:10 22:9 79:11 99:14 104:7 138:19 149:23 155:16 162:20 212:20 221:9, 10,14 236:14 244:15 254:10 255:11,21

**quick** 183:16

**quickly** 11:18 62:18 63:3,16 244:8

**quit** 101:4

**quote** 135:5 140:18, 20

**quote-unquote** 89:11 122:2

---

## R

**R-E-C-B-D-E-S-C-R** 250:3

**raise** 5:3 8:6

**Ramos** 203:23

**ran** 96:5 156:12

**random** 24:15,16 67:12

**range** 128:8

rate 135:9 140:20
141:6 142:1,22 143:5,8,
12,15 145:19,23 146:1,
9 147:6,23 154:6
180:19 182:10,12

rates 147:1

raw 20:3,4 25:17 27:4
29:25 91:6 96:23,24

Ray 19:17

re- 41:22 177:13

read 47:20,24 48:17
50:3,8 132:23 141:4
153:9,11 214:21 216:2
217:1 248:11 252:16
256:7

read-on 5:14

reading 49:24

ready 66:11 187:20
204:11

ready-to-eat 71:10

real 9:12,14 101:3
183:16

realize 90:10 170:13

reason 47:8 68:7
81:2 84:3,5 103:24
104:3,19 113:14 114:1
154:3 158:14 162:14
179:10 191:23 192:2
230:4 232:18

reasonable 66:10
242:23

reasons 216:20
233:17,18

recall 57:18 64:4
80:21,23 215:16 217:2
227:22

receipt 194:2,4,5
195:8 227:24

receipts 175:5,16
180:21 181:8 193:6,10,
16,21 194:1,7,10,13,15,
19,23 195:1,8,13
227:13,16,18 228:2,3

receive 29:9,21 43:20
47:12 53:18 78:8 81:7
97:21 157:21 203:16
205:4 206:10,11,12

207:4 208:6 237:5
240:13 250:3 253:8,9

received 27:18,21
28:1,4 29:5 31:10 36:3
37:7 39:14 47:11 48:2
50:20 58:7,12 124:22,
23 139:20 178:24
194:2,4 203:10,12,19
204:9,16,21 236:18
239:4,10,12 240:11,14
243:5,15 245:20 249:8
250:15 251:1,6,7,10,25
253:10

receiving 28:15,16,
17,18,19,22,24 29:2,17,
23,25 33:12 58:15
83:25 94:12,13,22,24
95:11 97:20 248:24

recent 56:15 68:25

recess 45:23 102:16
155:20 217:4 254:7

recognize 50:17
78:2 130:2 163:21
195:24,25

record 5:25 7:16,24
8:1 9:18,20,21,23 10:1,
9,23 11:5 17:17 19:25
30:15,19 32:14,24
34:21 42:11,19 45:21,
24 46:1,10 72:5 79:13
99:7 102:15,17,19,25
103:2,3,4 112:24,25
113:1 114:15 120:23
130:21,22 143:2 153:11
155:18,21,23 157:15
159:18 163:9 169:2
203:17 204:15 217:5,7
235:9 254:8 255:23
256:2

recorded 34:24
36:20 37:8 38:5 239:2,
7,15

recordkeeping
67:9 239:8

records 30:9 31:10
32:9 33:5 34:10,24
35:14 45:14 52:11 77:2,
5,6,7 92:8 95:15,18
96:6 100:2 104:22,23,
25 111:14,18 112:1
114:5,8,13 119:3

123:24 158:9,10,12
159:3 162:15,16 177:19
204:20 214:2,5,11
221:23 239:20 240:20

recruit 232:16

recruitment 12:18

recycled 53:14,21

recycling 53:25
54:4,16

reduce 40:5

refer 25:22 72:4 79:25
84:25 88:13 91:25 93:6
96:19 101:18 120:23,24
123:24 124:1 164:12
174:8 221:15 245:8
252:15

reference 49:7 206:4

referencing 51:9
208:15 250:9

referral 134:10

referred 29:16 70:15
84:17 93:15 98:12
105:5 124:15

referring 14:16,20
27:20 28:14 31:25
32:21 33:21 34:15 36:8,
18 43:9 46:22 48:1
49:4,19 51:23 52:19
57:10 59:12 69:21 72:6,
7 79:2 84:12 87:9 88:8
96:22 107:7 117:7,8
118:3 119:25 133:22
137:6 143:3 145:8
169:4 172:12 185:13
191:2 193:13 237:4
248:12 253:13

refers 52:11 121:1,3
148:22 183:14 185:15

reflect 200:5

reflected 201:24
202:3 204:18 205:11

refrigerate 74:13

refrigerated 41:3
56:6 58:3,12,16 59:22
70:22,25 71:1,4 73:8,17
97:19

refrigeration 95:9

refrigerator 234:6

Regent 57:4

register 184:15
185:20 187:15,20

registered 184:10,
12 185:11,24 186:8,15,
21,25 187:3,5

registering 185:3,4
186:10 187:19

registration 183:14
184:10 185:1,3,7,13,17
186:5

regraded 40:12

regular 135:8 140:19
141:6

regularly 144:19

regulations 168:25
188:9

rehiring 209:20

reimbursed 162:25
167:19 168:5,6 175:14
194:21 197:11 200:13
207:18 210:6

reimbursement
162:21 164:21,24
167:10,17 168:20 169:7
194:8 198:2 203:16
204:12

reject 39:18,20

relate 205:5

related 20:19 35:15
95:21,23 101:19
104:22,23 105:6,13,16
164:23 169:6 175:16,20
196:22 197:1 214:2,12
244:16 255:20

relates 16:12 105:10
164:14 169:19 172:7
189:19 196:4

relation 55:3

relegated 62:5

relevancy 127:18

relevant 220:25

**relying** 175:19

**remaining** 215:6

**remember** 10:7 92:23 202:13 211:3 227:23 231:15 242:5

**remote** 4:9 6:21

**remotely** 4:15,16 10:10

**renegotiate** 40:5

**rent** 85:14 219:14,18, 20,21,23 220:2,5,20 222:7,18 225:14 227:5, 13 229:22 230:16,17 231:5,18 234:10

**rental** 219:24,25 231:4,12,16,17,18 232:19 233:18

**rented** 88:2 224:6

**renters** 229:19

**renting** 219:8 221:20 231:9 233:19 234:18

**reoccur** 63:17

**reoccurring** 119:1 176:19

**repack** 35:9,10,11,20, 21 36:6,19,22,23 37:4, 5,6,12 38:2,9,16,19,20, 22 39:2,15 40:16,22,23 41:15 43:12,16 73:13 101:24 122:3

**repacked** 35:5,17 36:5 37:2,5 38:23,25 40:12,16,23,24 41:6,16, 22,23 43:17 45:16 46:16 55:22

**repacking** 35:7,18, 19

**repacks** 39:7

**repainting** 52:5

**repair** 61:23 62:13,16 63:15 64:11,12,14,17, 20

**repaired** 64:22

**repairing** 64:8,13

**repairs** 63:2,10,19

**repeat** 31:18 38:12 41:17 60:21 68:22 104:2 136:8 153:1,5 165:4 202:1 219:15 221:17

**rephrase** 221:6

**replace** 62:3 64:20 65:14 124:4

**replaced** 65:8,10

**replacement** 65:6

**replacing** 65:13

**report** 16:20 17:3 107:1 110:1,3,23 111:20 112:6 119:5,11 126:1,10 208:22 209:2 212:11 218:1 247:8

**reported** 177:14 209:16 212:4,8 216:16

**reporter** 4:3,4,18 5:1, 8,17,20 9:1,10 10:24 11:7 80:5 120:21 142:24 145:21 152:21 153:1,12,16 165:2 220:14 247:23 256:1,6, 9

**reporting** 4:14,23

**reports** 126:7 216:17

**represent** 202:15

**representation** 135:2

**representative** 5:19 6:6 83:4 84:2 189:17

**reproach** 230:11

**request** 127:14 214:7,14,20,23 215:17, 23

**requested** 37:3 80:4 115:6 120:20 142:23 145:20 153:10 220:13 247:22

**requesting** 130:24 139:14

**requests** 150:17 214:18

**require** 46:20 47:1 64:16

**required** 25:8 33:23 46:24 65:2 71:22 80:15 140:18 141:5 162:24 179:17 182:10 188:8

**requirement** 138:2 152:5 181:23 182:6,17 213:21,25

**requirements** 42:5 134:23 140:14

**requires** 39:9 42:8 53:6 64:9

**res-** 140:9

**reserved** 256:11

**reside** 6:3

**resolved** 7:21

**resorted** 40:11

**resources** 62:18,25

**respect** 7:4 21:8,20 76:17 98:4,17 123:19 124:11 149:3 150:24 151:13 155:3 167:10,16 168:20 188:12,17,23 189:1,4,6 190:13 191:19 193:2 197:23 210:14 215:9 230:16 241:22 254:15

**responded** 141:1

**responding** 10:18

**response** 4:25 11:9 23:10 104:14,15,17 111:2 113:7,15,20,21, 23 150:9 155:15

**responses** 103:15, 22,25 104:4 105:1 112:15 113:4

**responsibilities** 12:16 16:17,23 76:13 167:10,15,16

**responsibility** 122:3

**responsible** 16:14 52:25 65:25 217:10

**responsive** 214:18 215:23

**rest** 10:21 158:19 184:12

**restate** 24:6 119:24 151:17

**restructured** 76:12

**result** 101:23

**results** 210:5

**retainment** 12:18

**retrieved** 115:7,23 116:1

**return** 188:23,25 189:9,12,15,24 192:5 197:13,14,18 200:15 203:13 204:17,22 205:4 207:22 209:8 210:1,14, 18,22 211:7 212:22 213:3,5

**Returnable** 42:21

**returned** 198:6,7 204:12

**returning** 208:1 209:7,13

**reusable** 42:21

**review** 101:23 114:13

**reviewed** 37:14,15 114:15 132:24

**RFP** 217:1

**rid** 92:1

**ride** 181:22 199:24 206:14

**rides** 167:24

**ridiculous** 151:4

**right-hand** 130:8 133:23,25

**rinses** 71:11

**rinsing** 71:13

**Rio** 199:6

**road** 21:24 22:2 159:13,14,16 160:14,15 236:4,8

**rodent** 97:16,17

**Rodriguez** 117:21

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025

JOB NO. 1619969

**role** 13:6,8 175:23

**roles** 76:13

**rolled** 108:2

**room** 4:14 35:9,10
167:24 193:1

**roommates** 232:11
234:5

**rot** 101:15

**rotten** 102:7

**round** 176:21

**row** 164:8 169:24
171:14

**rows** 110:16,19
169:23,25 196:16

**RPC** 41:24 42:18,19

**RPCS** 25:22 42:9

**rule** 42:10,14 71:17
208:2

**rules** 10:8 168:24
234:8

**run** 20:5 25:17 40:24
66:4 71:8 72:12,24
73:5,11,14 74:2,9 77:15
110:4 119:5 183:16,18
247:8 255:24

**running** 61:8,12,13
62:7,15 64:23 66:2,3,5
75:25 95:1 106:25
226:3

**runs** 226:3

---

**S**

**S-A-N-I** 121:1

**s-k-u** 46:9

**safety** 56:1,2 58:14
66:13 71:25 77:6,7,10

**sales** 13:14 18:15,21,
23 20:9,13 40:14 240:4

**Salesperson** 246:6

**sanctioned** 255:19

**Sani** 121:1

**sanitation** 52:11,13,
16,18,20 54:2,6,12,13
70:5,11,17 92:19 113:9
121:1,15 122:6,17
124:2 127:24 128:3
132:11 133:12 142:11
144:3,8,11 145:5,14
148:9,18 151:23 157:8
158:4 169:20 170:8
196:24 217:25 218:20
221:12

**sanitation/
maintenance** 121:6
123:5

**sanitized** 66:13
71:19 77:16

**sanitizer** 71:13,22,
23,24

**Saturday** 186:25
187:19,20 211:15 233:8

**save** 129:13

**savvy** 114:16 184:24

**scan** 49:16

**scanning** 49:22

**schedule** 232:20,22

**scheduled** 170:15
181:20

**schedules** 233:21

**school** 8:23,24 10:2

**Schwalls** 4:10 5:19,
23 6:1 8:16 9:25 46:1
102:19 106:16 113:5
120:23 127:2 139:4
143:2 150:23 155:25
162:23 163:16 215:21
217:9 221:9 237:4
254:10

**scope** 7:19 8:8 23:21,
23 24:3 127:17 160:12

**screen** 6:14 10:13
77:22 103:13 105:22
106:1,2,16 108:21
112:16 139:4 140:13
163:2,6 195:16 202:24
244:17,19 253:1

**scroll** 133:17 183:1,
23 184:19 246:8 247:11

248:7,19

**scrolling** 250:1

**search** 176:7

**season** 21:11,12
22:15,20,21,24 23:5,7,
12 26:12 62:3,13
101:10 105:7 157:24
158:24 164:15 188:24
197:12 207:10

**seasonal** 156:18

**seats** 9:16

**secret** 255:2

**section** 134:3,5,17,
20 140:3,14

**selected** 37:17

**self-checkout**
49:17

**self-explanatory**
170:14 173:1 246:1
250:24,25 254:1

**send** 39:3 41:9 97:25
177:18 213:21

**sending** 40:12 46:21
184:25

**sense** 24:8 121:25

**sentence** 134:20,21
140:17 141:4

**separate** 18:3 98:14,
15 104:23 105:16
119:15 132:3,7,11,14
133:11 192:13 240:12

**separated** 91:9

**September** 23:1
242:5,7

**set** 55:15 141:11
181:12 256:10

**sets** 129:7 240:12

**setting** 112:21

**shaking** 11:11

**share** 105:17,22,25
112:16 147:12,15
163:2,3 195:15 244:17

**sharing** 126:24 163:4
254:4

**Shawls** 103:6

**shed** 16:12 21:15,17,
21,23 22:1,11,14 23:8,
15,18,21 24:10,21 25:9,
12 26:11 27:9,15 29:1,
17 30:17,18 31:12
32:16,17,25 33:2,8,13
36:25 40:3 51:13,15
52:21 53:3,14 54:25
55:16,23 56:14 57:20
58:1 60:12,17 62:2 64:9
70:21 75:24,25 76:7,8,
14,19 77:4 84:14,21
87:21 88:1,2,23,24
89:1,4,23,25 90:12,13,
19 91:3 95:16 98:13,14
104:11 113:23 119:23
120:3,6,11,24 121:5
125:16 126:6 127:4
141:25 142:6,11,15
143:7 144:2,10 151:22
156:1,25 157:11,21
158:21,24 159:8,15
160:17,19,23 161:10,
15,22 208:13 215:2,3,4
218:1,19 219:14,19,21
220:21 221:5,11,21
224:7 226:25 227:3
228:12 229:13 230:2
231:23 232:19,21
233:14 234:10,11,13,20
236:18 237:6 241:6
243:2 246:3 249:20

**sheds** 22:5 239:1

**sheet** 163:25 165:14
166:13,21 177:3 182:25
183:5 185:22 195:9
205:8,24 206:4,18,23
207:13

**sheet's** 165:13

**sheets** 205:19,22,23
207:16

**shelter** 71:2,4,7

**ship** 47:10 94:1
124:23 247:1 249:13,18

**shipment** 39:18
251:12 252:2

**shipped** 20:3 42:17
157:14 249:20 253:9,
10,14,17

**shipping** 18:5 29:4, 5,7,8,19,22 33:19 37:4 40:21 43:19,23,24 45:5 47:19 50:11,25 55:4,10, 17 58:7,8 83:10,17,19, 20,21,22,24 84:1 92:14, 16 93:7,10,11,13,25 94:2,9,14,17,19,21 95:10,11,20,22 97:20 98:10 100:13 120:7,8 124:12,19,21,22 125:4 187:13 243:5,9,11,12, 14,16,19,20 244:2,4 248:23,24

**shippings** 94:7

**short** 37:16 38:9 45:20

**shortage** 38:9

**Shorthand** 4:4

**show** 6:13 32:14 34:21 96:6 105:14 109:16 111:15 162:15 203:9 204:20 214:8 221:23 248:1 252:23 253:1

**showed** 105:17 203:18 205:6

**showing** 109:13 166:13 215:10 247:10

**shows** 6:20 111:17, 19,21,22 130:4 132:18 172:21 186:3,4,5 202:11 204:16 207:7 240:10

**shut** 62:9

**sic** 203:8

**side** 29:17,19 30:3,4, 17,18 31:11,12 33:12, 19 50:25 55:4,17,23 58:7 78:12 95:10,11,16 125:4,10,16 165:22,23 177:13,16 189:18,20 228:25 230:7

**sign** 212:19 256:8

**signature** 103:19 133:6 256:11

**signed** 132:18 139:24

**signing** 132:22

**silly** 121:17

**similar** 88:25 91:5 111:25 135:23 164:23 165:8 204:5

**similarly** 238:5

**simple** 66:23 245:5

**simplistic** 62:22

**simulating** 95:24

**singular** 97:12

**sir** 5:3 10:6 14:23 46:5 95:14 102:22,24 103:8, 14,17,20,23 104:6,13, 18,20 105:8 109:19 113:16 123:17,22 124:3,6 136:15 153:2 156:5 165:10 169:8 175:1 203:3 217:12,23 218:4 221:18,24 222:17,19 223:7 225:13,24 229:20,21,24 237:8,15 239:18,24 240:2,6,10,19 241:8,21 244:4,13 247:6,18

**sitting** 97:23 99:2

**situated** 238:5

**size** 36:5 43:2,3 72:14

**skill** 43:25

**skilled** 33:22 62:17

**skills** 29:12 30:3,10, 12,16,18 31:5 34:6,15 44:4 48:12 50:2,10,21, 24 55:5 64:9,16

**skillset** 27:13 30:22

**sku** 46:9,14,19 47:17 49:3,4,6,15,20

**sku's** 44:10 49:10,20

**slowest** 62:6

**smaller** 128:2 183:20 242:2

**smoothly** 26:3 61:8, 13

**Snipes** 63:23

**soap** 71:12

**software** 239:16 242:16

**solely** 8:12

**solid** 177:1

**Solstice** 137:6,10 165:18

**some-** 66:19

**somebody's** 198:24 208:2

**someone's** 219:6

**something's** 64:13 66:15

**son** 226:10

**sophisticated** 91:9 99:22 191:10

**sort** 13:2 22:13 33:21 42:24 47:7 53:1 57:14 58:8 63:1 65:1 67:12,19 85:25 89:12 95:8 180:19 220:16 234:6 236:13 239:7

**sorting** 72:16

**sorts** 20:4 52:8 185:12

**sound** 10:15 11:5,22 12:6 59:24 121:17 214:15,19 241:17

**sounds** 9:11 10:17 12:7 52:12 90:15 122:14 137:12 177:2 189:18 223:4 242:13

**source** 165:15

**sources** 20:15

**South** 48:24

**Southern** 14:5,14, 15,16,21,24 15:6,12,14, 15,22 17:8 18:2,9,13 21:4 31:3 35:5,15 40:10 43:14 85:13 86:20,23 87:12 115:2,5 116:6,7,9 126:13,15,17,18,19,21, 23 165:12 167:7 168:19 182:3 185:13 211:8 219:13,18 228:24,25 230:9 237:14 238:2 239:3,9,16 241:7,8

**space** 195:18

**spaces** 55:14

**Spanish** 84:8,9 138:4,5,11

**speak** 153:2 190:25

**speaker** 85:19

**speaking** 28:18 53:4 54:7 59:21 122:11,12 124:21 208:2 220:23 237:22

**special** 30:24 31:14 47:25 48:12 50:2,10,20, 21,24 64:9,16

**specific** 24:20 42:15 65:17 74:23 75:2 80:16 104:8 122:13 136:14 138:10 145:25 167:6 214:13 215:17 243:10, 16

**specifically** 32:21 81:5

**specificity** 160:3

**speed** 62:16

**spelled** 143:3

**spend** 76:6 190:4 194:22 232:15

**spending** 190:3

**spent** 76:8 154:24 168:8 175:7 181:25 182:18,23 183:8 187:22 189:7 190:13

**spiderwebs** 24:13 52:8 69:11 97:16

**spinning** 192:25

**spoiled** 39:15 41:7, 20

**spot** 176:4

**spread-** 174:12

**spreadsheet** 105:18,25 106:20,25 107:3 108:21 109:10 110:5,12,13,17 111:21 112:13 116:5 119:9 163:5 164:1,14,23 165:8 166:6,18 169:14 171:17,20 172:1 174:14

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

192:13 195:15,16 197:5
198:1,12 201:25 202:3
204:18,23 205:5,12
206:16 207:7 240:15
244:16 245:19 247:9
249:4,14 251:18

**spreadsheets**
197:22

**sprockets** 61:23
62:4

**squash** 61:3,4

**stack** 44:17 69:5

**stacked** 42:24

**stacking** 24:12 25:5
69:11

**standard** 43:10
160:4

**standards** 38:21
39:13 40:1 57:3,8 59:2,
11,16 134:24 231:7

**stands** 245:6

**start** 21:2 57:5,6 66:14
68:10 191:5,24 198:21
199:16 225:16 256:3

**started** 5:13 7:10
21:12 80:20 107:18,22
191:25 197:15 201:19,
21 227:22 231:23
233:23

**starting** 66:1 238:21

**starts** 57:4 242:7

**state** 4:5,19,24 5:25
6:2 85:19 140:18 141:5
147:1 171:6 252:22

**stated** 4:23 130:21

**statement** 135:13
151:24 170:2

**statements** 135:23

**States** 179:1 204:2

**stating** 147:8 171:8

**station** 97:17

**stationary** 81:24

**Status** 131:15

**stay** 24:3

**stayed** 162:4 178:14
180:15,17

**stays** 97:24

**step** 128:11,12,13
129:4 131:21

**stern** 230:6

**stickers** 82:20

**stipulate** 4:20

**stipulation** 129:11,
16

**stock** 19:9

**stop** 93:12 105:21
191:5 254:3

**store** 49:10,16,23

**storm** 10:12

**story** 216:11

**stoves** 220:15

**straight** 187:16
191:14

**straighten** 52:7

**strategy** 12:17

**strife** 232:2

**strike** 21:2 38:14
57:23 70:12 126:12
138:2 156:10 157:25
162:19 188:5 208:20
225:16

**structural** 63:13

**structurally** 64:18

**struggling** 64:2

**stub** 68:19 78:4,9,14,
15,17,19,22 79:3,12,14
81:3 83:7 89:7 96:12
99:11 102:9 104:16
111:8 119:20 170:10

**stubs** 68:15,16 69:5
78:7 79:5,21 102:11
110:7 113:10 119:18
229:23

**stuck** 60:5

**stuff** 43:5 101:15
187:14 206:1,3 220:16

224:19 230:11 231:22
242:20,24

**style** 80:9

**subject** 56:10 73:18
241:4

**sublayers** 69:23

**submit** 128:18 194:6

**submitted** 116:21
137:10

**subsequently** 6:11
77:19 103:10 129:21
139:1

**subset** 125:23 128:2
169:18,25 170:7
196:18,22

**subsidiary** 18:2

**subsistence**
181:25 182:7,23 183:8
187:22 188:8 189:1,4
190:14 207:5

**substantial** 241:13

**substantially** 23:11

**substitutes** 209:10

**sufficient** 20:10

**Sunday** 155:12
211:13

**super** 56:4

**super-** 82:11

**supervise** 125:15

**supervised** 125:12

**supervision** 16:16
124:7 127:3

**supervisor** 81:22
82:1,4,5,7 122:25
123:7,21 124:4,12,25
229:12

**supervisors** 123:7
124:13 217:15,22
226:25

**supervisory** 16:22

**supplement** 38:1

**supplied** 134:7

**supplies** 91:6,7

**support** 13:16 95:5,
7,23,25 105:1 115:5,10
215:8

**supporting** 96:9

**supposed** 77:12,14,
15,17 82:7 101:10
138:4 181:24 228:18
229:9

**susceptible** 74:14

**swear** 5:4

**sweeping** 24:12
25:5 52:3 66:8 69:10
89:18 93:1 121:18
122:21

**swept** 97:15

**switch** 57:14 107:15
127:1 212:15

**sworn** 5:11 103:24
104:4 113:14

**sys-** 239:15

**system** 36:8,9,11,18,
20,24 37:6,7,9 38:6
45:8 47:4,12,18 51:21,
23,25 52:17 54:14 57:4
67:16 69:8,21 70:1,3,4
79:19,22 83:16 90:5
99:7 105:4 107:1,8,9,11
108:6,11,15 109:9,11,
23 110:23 111:17
119:15 121:11,13 174:2
185:12 192:10,14
239:8,21,25 240:3,7,10

**systems** 67:9 80:2
107:4,6 108:10,22,24
114:16 185:14 239:2

**T**

**T-Y-P-E** 80:23

**tab** 119:11

**tables** 35:9,11 37:4
40:22 73:13

**taboo** 56:4

**tag** 44:22,23,24,25
45:2

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025

JOB NO. 1619969

**tags** 47:5 93:17,18 94:1,15 95:8

**tail** 232:13

**takes** 65:11 137:2 189:13

**taking** 10:24 11:8 199:6 216:8,23

**talk** 23:14 125:5 127:2, 4 207:6 238:7

**talked** 7:20 16:19 55:2 70:9 72:22 88:22 89:17 96:15 101:22 119:19 125:3 165:17,20 226:24 230:24 250:2

**talking** 9:12 11:1 15:11 19:17 21:8 25:15 33:17 41:19 55:21 57:17 59:10 63:4 67:15 76:4 108:20 111:1 118:12 120:2 121:14 128:6 129:3 141:20 144:2 146:1,2,13 157:1 190:19 193:2 202:8 204:25 216:2 222:12 224:8 231:14 237:24,25 238:4,6 239:11 242:8

**talks** 9:13

**tangent** 60:5

**tangerine** 249:16

**task** 99:3 114:21

**tasked** 66:20

**tasks** 25:7 93:12 99:3 122:15,18

**taught** 48:15 50:6,12, 13,16,22

**taxi** 174:20

**team** 16:25 62:15 67:5 82:13,14,15,16,19 102:5 124:9

**teams** 12:17

**technical** 10:11,15

**technically** 237:16

**telling** 77:11 149:17 150:7 242:5

**tells** 204:4,8 207:3

**ten** 76:10,11

**tend** 215:8

**Tennessee** 21:17 22:1,3,10 84:12,14,16 85:18,22 86:3,7,12 87:21 88:9 89:1,5,6,13, 16,24 90:1,3,11,13 91:4 93:21 101:9 109:17 116:17 117:2 118:14,17 119:2,12,16 142:19 143:7 151:14 238:10, 11,23 240:9 241:22,23 242:9,11,17 247:7,10

**term** 28:20 42:15 46:8 49:6 56:10 60:14 110:6 215:5

**termed** 44:4

**terminology** 60:19 237:19

**terms** 129:7 133:2,3 135:16 136:17 141:11 208:11 210:4

**test** 11:16

**tested** 57:7

**testified** 5:12 10:1,2 205:11,14

**testify** 6:6 7:4 74:24 161:24

**testimony** 5:4 8:17, 22,24 10:5

**testing** 56:19 108:1 241:25

**thing** 5:14 11:7,19,24 47:7 49:5 56:15 60:5,9 71:25 74:15 89:12 98:23 99:1,23 121:19 122:22 131:15 216:4 228:20 230:23 247:2

**things** 13:2 20:4 25:2, 3 26:23 27:1 30:4 35:22 40:2 42:8 51:10 52:9,24 53:1 60:7 61:24 62:21, 22 63:1 65:9 66:13,14 69:16 71:12 76:12 78:11 79:13 81:19 88:21 89:17 90:23 94:2, 15 95:8 96:3 101:22 121:20,22,23 127:3 171:9 176:4 181:16

185:12 190:10 197:21 205:1 220:1,12 224:24 229:1 233:4 234:2,7 237:18 252:21

**thinking** 64:12 176:23

**thinks** 149:24

**third-party** 137:2

**Thomas** 6:1

**thought** 59:9,11 117:16 187:10 193:5

**Throw** 143:19

**thrown** 41:7

**tied** 47:8

**Tiger** 107:9,11,16 108:17 109:6,8

**till** 205:22 206:2

**time** 4:8 8:3,21 10:4 11:14,18 20:13 21:8,10 22:4 24:6,17 26:12 48:25 62:2,7,14,16 63:6 65:6,12 75:25 76:6,8 79:2,4 80:6,7 81:6,20, 22,23,24 82:3,25 92:7 94:9 95:21 96:2 97:25 99:10,24 111:6,16 113:10 116:18,19 117:8,16 118:3,5 125:13 129:13 132:10 139:11 140:19 141:6 142:5,10,14 145:8 152:16 153:19 156:7 157:14 158:18,20 171:7 179:23 180:22 182:18 183:8 184:23 185:1 187:22 188:21 191:6,22 200:25 201:12 206:1 208:3,13,14 215:2 219:15 221:17 222:2, 12,22 224:19 228:19 230:10,13,23 234:2 237:7 244:11 251:17 253:14 254:11 255:22

**timekeeping** 107:11 108:6,10

**timelines** 185:9

**times** 33:7,11 45:1 52:4 53:7 62:8,10 97:12 116:16 135:8 146:8

152:3 200:10 204:11

**timing** 171:6

**tiny** 112:17

**tires** 87:10

**title** 131:5,7 139:16 184:18

**titled** 140:4

**today** 6:7 7:5 10:9 21:3 157:2 221:25 224:8 254:11

**today's** 4:7 84:2

**told** 44:17 147:16 149:19 151:1 181:11 194:23,25 201:6 231:3

**tongue** 138:8

**tools** 62:18,25 66:21, 22

**top** 51:11 64:1,4 106:15 130:12 131:4,25 163:15 195:19 236:3 252:17

**topic** 6:25 7:19 23:22 76:18 138:15 159:19,24 160:7 162:22 236:12

**topics** 6:22 7:5,11,13, 15 8:8 24:3 74:24,25 127:17 159:20 160:3,12

**total** 222:6,15 223:10 251:11,16

**totally** 71:1 242:14

**touch** 34:6

**town** 174:11 176:6,16 233:7

**towns** 220:1

**traceability** 46:25 93:16

**track** 36:15 83:1 99:24 239:22,25 240:3

**tracking** 47:7 82:25

**trade** 9:15

**trained** 31:23

**training** 30:24 31:2,7, 11,15,21,22,25 32:5,6,9

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025

JOB NO. 1619969

47:25 48:13 125:7

**transaction** 203:24, 25 204:14 245:17

**transcript** 8:3 256:2

**transfer** 199:17 207:8

**transferred** 205:24

**transitioned** 107:19

**transport** 40:22 43:19 198:17 200:3 206:13

**transportation** 134:12 188:23 189:1 197:2,23 198:2,12 200:1,6 204:3,17,22 205:3,4 206:15 210:1,6, 14,19,22 211:7

**transported** 40:18 198:17 244:3

**traps** 97:16,17

**trash** 52:3,25 54:9,10 69:11 81:18 121:21

**travel** 163:25 164:1,5, 21,23 166:10,12,14 167:23,25 172:16 174:7 175:12 176:5,8,16 179:1 182:8 187:4 189:24,25 190:6 192:4, 17 194:7 195:5,10 197:7,9,10,14,16,18 198:10,15,24,25 199:4, 7,11,13,20 200:14 201:4,5,9,13 203:9,11, 13,16 204:6 205:14 206:8 207:18,22 211:16,23 213:3,5

**traveled** 198:14 200:5

**traveling** 180:22 182:1,18,24 183:8 189:7 190:14

**treat** 209:14

**trick** 200:23 201:1,3

**trip** 179:14,15 186:18 187:9 197:13 200:15,16

**truck** 27:17 28:7 89:19 248:16

**trucks** 29:8 83:23 243:3

**true** 142:5,9,13,18 170:2

**trust** 228:1

**truth** 5:5,6

**truthfully** 8:25

**turn** 66:16 235:15

**turned** 65:21,23 66:2 68:13 194:20 246:10

**turnover** 158:25 221:25 224:23

**two-day** 187:4,9

**two-month** 118:14

**type** 23:24 30:8 31:6 33:4 34:24 51:15,24 53:24 55:8 60:17,24 62:1 63:4 69:2,9 70:5,6 72:5 78:2,7,9,10 79:8,9, 15,24,25 80:2,13 81:2, 3,11,12 82:8,18 84:7 88:12 89:6 90:20 91:22 96:7 97:6 98:3 100:9,15 110:7 126:24 157:1

**types** 26:1 53:8 54:24 80:15,22,24 121:12 133:15 137:3

**typical** 76:6

**typically** 20:21,24 22:24 46:12 54:12 156:12 179:3 187:6 222:18 242:25 249:3

**U**

**U.S.** 39:12 130:17 131:19 154:15 165:22, 23 170:16

**U.s.-mexico** 172:13

**ultimately** 104:15

**Um-hum** 106:12

**understand** 6:5 11:13 12:1 14:22 19:7 21:5 36:19 37:19,20 42:7 46:2,17 48:18 49:14,25 50:1,2 56:13

68:23 73:19 74:16 75:17 79:12 86:17 87:5 91:17 102:20 103:6 108:25 109:3 116:23 117:14 122:4 128:24 131:18 146:4,6,16,17 147:10,18,20 148:16 176:15 178:2 182:6 185:5 188:24 192:7 198:9 201:4 204:19 210:8 214:6 221:14 245:3 249:12 253:12

**understand-** 168:3

**understanding** 6:8 20:7 21:1,14 30:6 31:16 38:2 50:5 51:1 53:13 55:22 60:15 67:21 70:8 89:22 90:1 105:4 108:14 129:14 136:16, 19,23 137:4,23 146:10 147:15,22 149:2 151:20 152:5,6,9,12,17 153:4, 18 168:4,23 170:19 182:5 185:2 189:9,12, 20 193:8 197:7 200:23 208:24 209:1,10 212:11 216:9 232:23 251:2 252:13 254:17

**understood** 11:6 12:5 53:11 57:13 58:18 79:10 90:5 123:2 124:24 137:14 147:17 154:14 160:22 169:10 180:6 233:17

**unfair** 75:3

**unidentified** 45:5

**uniform** 178:10

**uniformly** 190:15

**unit** 222:24 223:2,5, 16,17,18 226:7,17

**unit's** 220:18

**United** 179:1 204:2

**units** 220:20 221:20 222:6,15 223:10,11,20, 22 251:21 252:1

**unload** 27:7,12 29:13 30:4

**unloading** 24:13,25 27:4,17 28:25 29:8

30:23 83:23 90:21 97:13

**unrefrigerated** 58:4

**UOM** 250:7

**upkeep** 220:11

**uploaded** 108:15

**usage** 220:6

**USCIS** 171:18,25

**utilize** 68:12 69:25

**utilizes** 161:2

**V**

**Valley** 14:5,14,15,16, 21,25 15:6,13,14,16,22 17:8 18:2,9,13 21:4 31:3 35:5,15 40:10 43:14 85:13 86:20,24 87:12 115:2,5 116:6,7,9 126:14,15,17,18,20,21, 23 165:12 167:7 168:19 182:4 185:14 211:8 219:13,18 228:24,25 230:9 237:14 238:2 239:3,9,16 241:7,8

**Valley's** 230:10

**Vargas** 116:5

**varied** 225:22

**vary** 43:3

**Vegas** 160:21,25

**Vegetable** 14:5,16

**vendor** 240:25 241:3, 4 252:11 253:20

**vendors** 241:2

**verbal** 11:9

**verification** 133:6 176:2

**verified** 103:22 228:9 243:7

**verify** 175:13 177:19

**version** 155:15

**versus** 31:12 55:5 212:24 240:8

**vi-** 185:10

**videoconference** 4:10

**violation** 209:18 231:6

**virtual** 35:20 36:6,19

**virtue** 215:24

**visa** 136:6,13 137:16, 22 138:12,15 166:12 167:24,25 170:17 172:8 178:24,25 179:7 181:17,21 187:23 210:25 212:3

**visas** 136:17 161:20 166:9 179:11,21 185:10 212:8

**voice** 165:3

**voluntarily** 215:5 216:3,4,6

___

**W**

**wage** 141:17,21 143:5,8,12,15 145:23 146:1 147:6,23 230:24

**wages** 144:23 145:2, 15 153:23 154:4 155:4

**wait** 11:3 187:19

**waiting** 180:23 187:23 205:22 206:2

**waive** 151:6

**waiving** 147:13

**waking** 234:1

**walk** 105:19 192:21 208:4

**Walmart** 42:7,8,16

**wanted** 79:11 83:9 105:17 120:3 129:25 228:20 230:25 234:3,5 236:14

**wanting** 47:9

**ware-** 91:3

**warehouse** 15:11 20:8 25:23 26:2,15,23 27:2,19,22 28:8,10 33:13 34:1,12,16,25 35:4,16 40:19 58:16 96:16,21,23 97:1,2,3,4, 9,11,15,19,21,22 98:12 125:21 126:8 243:25

**warehousing** 13:2, 15,18 19:19,21 20:1 25:16 96:21

**Warrenton** 247:16

**wash** 71:8,18 72:9

**washed** 40:25 60:18 66:13 71:11,19

**washes** 71:10,11

**washing** 52:4 69:12 70:16 71:15

**waste** 52:25

**watch** 61:11

**water** 56:7 71:12,21, 22,23,24 72:25 73:2,6, 14 74:2 220:16

**ways** 38:8,15 155:12 247:11

**wear** 65:3,8,14

**weeds** 64:7 188:15

**week** 83:6 84:13 96:7 100:4,17 144:13,17,20 146:7 185:24 192:18,19 206:3 207:16 225:22, 23,24 226:12 235:4,15, 25

**weekend** 186:8,11, 22

**weekly** 218:2,11,20 225:19,20,21 226:20 229:10 237:20,23

**weeks** 202:22 235:24

**weighted** 226:4

**welders** 63:14

**Welding** 63:23

**well-utilized** 68:6

**wet** 41:4 71:18 72:11

**whichever** 7:13

**wholly-owned** 18:2

**window** 65:13 242:6

**withdraw** 215:13,15

**wondering** 9:2

**word** 51:20,22 84:8,9 109:7

**words** 29:11 197:10

**work** 12:17 17:9 19:12 22:14 23:8 28:12,13,17, 23 29:4,16 30:17,18 31:11 32:15,16 33:12 34:25 43:16 47:19 51:15,24 52:11,16,20 53:24 54:5,7 55:3,17 60:11 61:22 62:1,9 67:5,20 69:2,9,19,20 70:5,6,7 80:17 81:3,12 82:8,24 84:13 88:8,12 89:4,6,25 90:11,18,20 91:22 96:7 97:6 98:3 100:9,15,16 112:18 113:18,22 115:2,15 116:6,13 117:2 118:13, 16 119:7,12,16 121:12 125:4,10 127:5 128:4 134:22 135:7 143:9 144:3,4,5,7,8,9,11,12, 16 146:2 148:15 151:23 153:21 154:2,16,20 157:1,6,8 158:4 161:15, 22,23,25 162:9,11 170:8 187:13,16,20 196:24 208:12,16,17,18 211:17,20 212:3 214:10 215:3,6 218:20 221:12 222:3,4 228:23,24 230:1 254:24 255:16,18

**worked** 22:6 33:19 61:19 82:16,23 89:23 90:4 93:11 95:17 104:10 111:5,15 117:5 118:7 127:23 128:2 135:9 141:24 142:6,10, 14,18 143:6 144:1,13, 19,25 157:24 159:6 162:4 211:16 221:10 229:16 231:22 243:16

**worker** 135:7 148:23 169:20,21 182:22 183:8 189:7 214:25 218:14

**worker's** 138:4

**workers** 51:13 54:6 70:11,17 78:7 113:22 116:16 117:1,2,3 124:2, 7 127:5,14,25 128:2,9, 16 129:8 130:18,24 131:5,8,22 132:8,11 133:12 135:5,21 136:4, 10,23 137:20,21 138:11 139:8,14,17 140:4 141:11 145:12,23 148:9,10,14,22 151:14, 21 152:2 154:1,15,24 156:8,16,25 157:10 158:1 159:6,15 160:14, 17,23 161:11 162:21, 24,25 164:2 167:11 170:1,7,19 179:6 180:1 181:24 182:7 187:7 189:2 190:16 196:5,8 201:25 202:4 207:8 210:15 214:3 217:11, 14,21,25 218:11,19 224:7 229:25 230:4,16, 17,18 232:18 233:14,16 234:11

**workers'** 232:21

**workforce** 169:16 196:20

**working** 12:10 16:25 26:12 29:19 32:1 51:14 52:20 64:22 65:16,18 66:17,19 67:20 93:7 95:13 97:2 102:4 119:22 125:21 129:8 152:18 154:7 158:23 160:19 161:20 220:20 221:4 223:14 228:22 230:9,12

**workplace** 182:1,2, 8,19 183:9

**works** 29:24 81:19 115:22 116:8,15 146:7 228:23

**worksheet** 109:25 164:4 196:1

**workweek** 135:10 144:5 145:1 146:3

JONATHAN T. SCHWALLS - CORP. REP.
MAY 09, 2025
JOB NO. 1619969

168:8,12,16

**workweeks** 135:6

**world** 146:17

**worries** 217:3

**worth** 242:20 247:17
248:17

**wrapping** 82:21 95:7

**wrenches** 66:22

**write** 202:14

**wrong** 16:4 29:12
60:19 68:1 231:2

_____

**Y**

_____

**Y-U-C-A-T-A-N**
157:18

**year** 13:21 52:5 57:17,
18 75:25 76:4 107:19
108:3 109:14 118:17,
23,24 119:7 123:13,14
127:10,14 128:7,22
129:15 136:14 141:19
142:3 143:10 156:3,13,
17 157:14 158:18,19,
20,25 164:2,11,20,22
166:7,8 168:21 174:4
182:14 184:7 191:3,20,
23,25 203:10 205:23
208:15 211:2 221:20
222:16,18,19 235:24
241:12,16 242:8

**years** 8:20 10:3 12:11,
20 14:8,10 16:10 18:19
56:19 57:16 59:25
61:20,21 67:10,11,18
68:25 69:16 76:5,10,11
87:22,24 88:4 109:21
118:18 123:15 136:1
137:24 152:3,18 154:1,
7,15,23 165:8 190:20
192:3,4 222:16 224:12
231:23 238:13

**you-all** 28:21 166:25
238:11 239:8,16 240:15

**Yucatan** 157:13,15
238:1

_____

**Z**

_____

**zero-based** 47:10

**zoom** 4:9 77:23
106:21 134:21 163:18

**zoomed** 163:22