REPLACEMENT EXHIBIT Q
TO PLAINTIFFS' MOTION FOR RULE 23 CLASS
CERTIFICATION
(ECF NO.  37-18)

FULL TRANSCRIPT OF DEPOSITION OF
PLAINTIFF PABLO CASTILLO-OLGUIN

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE MIDDLE DISTRICT OF GEORGIA

3                     VALDOSTA DIVISION

4    _____

5    ARNULFO GARCIA-RAMOS and PABLO

6    CASTILLO-OLGUIN, and All Others

7    Similarly Situated,

8              Plaintiffs,

9         v.                          Civil Action

10   SOUTHERN VALLEY FRUIT &          File No.

11   VEGETABLE, INC.; HAMILTON        7:24-cv-00054-WLS

12   GROWERS, INC.; KENT HAMILTON;

13   HAMILTON PRODUCE, L.P.; KENDA

14   PROPERTIES L.P.; WK HOLDINGS

15   LLC; and WKW LLC,

16              Defendants.

17   _____

18            DEPOSITION OF PABLO CASTILLO-OLGUIN

19   DATE:          Wednesday, April 23, 2025

20   TIME:          3:19 p.m.

21   LOCATION:      Radford Scott LLP

22                  125 Clairemont Avenue, Suite 380

23                  Decatur, GA 30030

24   REPORTED BY:   Jasmine Applewhite

25   JOB NO.:       7326506

Page 2

1                    A P P E A R A N C E S

2      ON BEHALF OF PLAINTIFFS ARNULFO GARCIA-RAMOS and

3      PABLO CASTILLO-OLGUIN:

4           DAWSON MORTON, ESQUIRE

5           JIM KNOEPP, ESQUIRE

6           Dawson Morton, LLC

7           1808 Sixth Street

8           Berkeley, CA 94710

9           dawson@dawsonmorton.com

10          jim@dawsonmorton.com

11          (404) 590-1295

12

13     ON BEHALF OF DEFENDANTS SOUTHERN VALLEY FRUIT &

14     VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT

15     HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES

16     L.P.; WK HOLDINGS LLC; AND WKW LLC:

17          MARTIN B. HELLER, ESQUIRE

18          DAVID P. LERNER, ESQUIRE

19          Fisher & Phillips LLP

20          1230 Peachtree Street NE

21          Atlanta, GA 30309

22          mheller@fisherphillips.com

23          dlerner@fisherphillips.com

24          (404) 240-4146

25          (404) 240-4143

```
                                              Page 3
1               A P P E A R A N C E S (Cont'd)
2      ALSO PRESENT:
3            Chandler Grimes, Southern Valley Representative
4            Timothy Hendrick, Southern Valley Representative
5            Catherine McCabe, Spanish Interpreter
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1                        I N D E X

2    EXAMINATION:                                    PAGE

3          By Mr. Heller                               8

4          By Mr. Morton                              50

5          By Mr. Heller                              53

6

7                     E X H I B I T S

8    NO.              DESCRIPTION                    PAGE

9    Exhibit 7        Copy of Travel Pay Chart for

10                    Castillo-Olguin and Garcia-Ramos

11                    (2018-2021)                      31

12   Exhibit 8        Copy of Travel Pay Chart for

13                    Castillo-Olguin and Garcia-Ramos

14                    (2021-2023)                      31

15   Exhibit 11       Castillo-Olguin's Responses to

16                    Defendants' First Interrogatories   11

17

18               D O C U M E N T S   R E Q U E S T E D

19   NO.              DESCRIPTION                    PAGE

20   1                WhatsApp Communications with

21                    Jonathan Castillo-Tovar          19

22

23

24

25

1                    P R O C E E D I N G S

2                    THE REPORTER:  Good afternoon.  My name

3        is Jasmine Applewhite; and I'm the reporter assigned

4        by Veritext to take the record of this proceeding.  We

5        are now on the record at 3:19 p.m.

6                    And this is the deposition of Pablo

7        Castillo-Olguin taken in the matter of Arnulfo Garcia-

8        Ramos, et al., vs. Southern Valley Fruit & Vegetable,

9        Inc., et al., on Wednesday, April 23, 2025, at

10       125 Clairemont Avenue, Suite 380, Decatur, Georgia

11       30030.

12                   I am a notary authorized to take

13       acknowledgements and administer oaths here in Georgia.

14       Parties agree that I will swear in the witness.

15                   Additionally, absent an objection on

16       the record before the witness is sworn, all parties

17       and the witness understand and agree that any

18       certified transcript produced from the recording of

19       this proceeding:

20                            - is intended for all uses permitted

21                               under applicable procedural and

22                               evidentiary rules and laws in the

23                               same manner as a deposition recorded

24                               by stenographic means; and

25                            - shall constitute written stipulation

```
                                            Page 6

 1                       of such.

 2                       At this time, will everyone in

 3     attendance, starting with my taking attorney, please

 4     identify yourself for the record.

 5                       MR. HELLER:  Marty Heller, partner with

 6     Fisher Phillips, on behalf of all defendants.

 7                       MR. LERNER:  David Lerner, also with

 8     Fisher Phillips, here for defendants.

 9                       MR. MORTON:  I'm Dawson Morton, for the

10     plaintiffs,

11                       MR. KNOEPP:  James Knoepp, for the

12     plaintiffs.

13                       THE REPORTER:  And then we also have in

14     attendance with us?

15                       MR. HENDRICK:  Timothy Hendrick.

16                       MR. GRIMES:  And Chandler Grimes.

17                       THE REPORTER:  Thank you very much.

18     Hearing no objection, I will now swear in the

19     interpreter.

20                       Please raise your right hand for me.

21     Thank you.

22                       (Interpreter Catherine McCabe sworn to

23                        translate between English and Spanish.)

24                       (All answers through interpreter unless

25                        otherwise noted.)
```

Page 7

1                              THE REPORTER:   Thank you.   And now
2       we'll have -- thank you.
3       WHEREUPON,
4                          PABLO CASTILLO-OLGUIN,
5       called as a witness and having been first duly sworn
6       to tell the truth, the whole truth, and nothing but
7       the truth, was examined and testified as follows:
8                              THE REPORTER:   Thank you very much,
9                              Counsel, you may proceed.
10                             MR. HELLER:   Thank you.
11                             This will be the deposition of Pablo
12      Castillo-Olguin.
13                             (Speaking in Spanish.)
14                             THE WITNESS:   (In English) Olguin.
15                             MR. HELLER:   Olguin?
16                             THE WITNESS:   (In English) Olguin.
17                             MR. HELLER:   Okay.   This will be the
18      deposition of Pablo Castillo-Olguin being taken
19      pursuant to oral examination for all purposes
20      permitted by the Federal Rules of Civil Procedure and
21      the Federal Rules of Evidence.
22                             I assume we'll continue with our
23      agreement that all objections except as to the form of
24      the question will be reserved except as to the time
25      the deposition transcript is to be used?

Page 8

1           MR. MORTON:  That's agreeable.

2           MR. HELLER:  Okay.

3           MR. MORTON:  And we'd also like to

4    reserve the right to read and sign again.

5           MR. HELLER:  All right.  Confirmed.

6                    EXAMINATION

7    BY MR. HELLER:

8      Q    All right.  My name is Marty Heller.  You've

9    met me already and sat through the first deposition;

10   is that correct?

11     A    Yes.

12     Q    Okay.  Is it okay if I call you Pablo?

13     A    Yes.

14     Q    Okay.  All right.  Well, we went through the

15   rules for depositions in the earlier deposition, and I

16   know you heard it, but I want to go through the rules

17   with you real quickly, if that's okay?

18     A    Yes.

19     Q    Okay.  So I'll ask you questions today, and

20   if you can give me yes or no answers rather than

21   saying "uh-uh" or "nuh-uh" or shaking your head.  Does

22   that sound okay?

23     A    Okay.

24     Q    Okay.  And if you can let me finish my

25   question and let the interpreter finish her

1    interpretation of the question before answering, that

2    would be helpful.  Okay?

3        A    Yes.

4        Q    Okay.  And if you need to take a break at

5    any point, just let me know.  My only request is that

6    you finish answering a question that has been asked

7    before we take a break.  Does that sound fair?

8        A    Yes.

9        Q    Did you listen when I was asking questions

10   to Mr. Garcia-Ramos earlier?

11       A    Yes.

12       Q    Okay.  Did you understand the questions when

13   I was asking questions to Mr. Garcia-Ramos?

14       A    Yes.

15       Q    Okay.  So is it fair that I ask if you will

16   please tell me if you don't understand any question I

17   ask?

18       A    Yes.

19       Q    Okay.  And if you don't tell me that you

20   don't understand a question, is it fair for me to

21   assume that you understood it?

22       A    That's all right.

23       Q    Okay.  All right.  When you were observing

24   Mr. Garcia-Ramos's deposition, did you sit through the

25   entire deposition?

```
                                        Page 10
 1          A    Yes.
 2          Q    Okay.  Did you think that there was anything
 3     he testified to that you thought was inaccurate or
 4     false?
 5          A    No.
 6          Q    Are you on any medications today that would
 7     impact your ability to answer any questions
 8     truthfully?
 9          A    No.
10          Q    Do you have any physical, emotional, or
11     personal problems that would impact your ability to
12     truthfully answer questions today?
13          A    No.
14          Q    Okay.  Do you have any memory problems or
15     issues with your memory?
16          A    No.
17          Q    Would you say you think you have a good
18     memory?
19          A    No.
20          Q    Okay.  Is there any reason at all that you
21     can't truthfully answer any question today?
22          A    Could you repeat that for me again, please?
23          Q    Sure.  Is there any reason whatsoever that
24     you would not be able to truthfully answer questions
25     today?
```

```
                                              Page 11
 1        A     No.
 2        Q     Okay.  And you understand you took an oath
 3    earlier that you are obligated to tell the truth?
 4              MR. MORTON:  Objection.
 5              THE INTERPRETER (FOR THE WITNESS):
 6    Yes.
 7    BY MR. HELLER:
 8        Q     Okay.  I'm going to start with what we will
 9    mark as Exhibit 11.
10              (Exhibit 11 was marked for
11               identification.)
12        A     All right.
13        Q     I will represent to you that these are the
14    English translations of your interrogatory responses
15    provided by your counsel.
16        A     Yes.
17              MR. HELLER:  Okay.  Can we have counsel
18    stipulate that these are your responses and that the
19    answers are based off of what he told you?
20              MR. MORTON:  Yes.
21              MR. HELLER:  Okay.
22              MR. MORTON:  And we had told you
23    previously, and I can give them to you right now or
24    we -- but we -- there's like -- we're going to give
25    you three changes that adds a name.
```

```
                                                 Page 12
 1                     MR. HELLER:  That's fine.  I just --
 2                     MR. MORTON:  But we're stipulating
 3      these are his responses.  We're going to give you
 4      amended responses.
 5                     MR. HELLER:  Okay.  That's fine.
 6      BY MR. HELLER:
 7           Q     All right.  Can you state your full name for
 8      the record
 9                     MR. MORTON:  And can we just translate
10      for him that we just agreed these are his responses --
11                     MR. HELLER:  Sure.
12                     MR. MORTON:  -- so that he understands?
13                     THE INTERPRETER (FOR THE WITNESS):
14      Yes.
15      BY MR. HELLER:
16           Q     All right.  All right.  Can you state your
17      full name for the record?
18           A     Pablo Castillo-Olguin.
19           Q     And what's your date of birth?
20           A     The 26th of May of '61.
21                     MR. HELLER:  All right.  Do we have the
22      same issue we had with Mr. Garcia-Ramos with respect
23      to his current employment?
24                     MR. MORTON:  Yes.
25                     MR. HELLER:  Okay.
```

```
                                                   Page 13
 1                    MR. MORTON:  I mean, if you want to ask
 2      the vague details you asked before --
 3                    MR. HELLER:  That's fine.
 4                    MR. MORTON:  -- I don't object to that.
 5                    MR. HELLER:  No.
 6                    MR. MORTON:  And if you want something
 7      about for attorney's eyes only, we will provide that.
 8                    MR. HELLER:  Okay.
 9      BY MR. HELLER:
10          Q    All right.  At any point, have you gone by
11      any names other than your name Pablo Castillo-Olguin?
12          A    In what period?
13          Q    Your entire life.
14          A    Yes, one time.
15          Q    Okay.  What other names have you gone by?
16          A    Francisco Hernandez.
17          Q    When did you go by the name Francisco
18      Hernandez?
19          A    Like around 2003, 2004.
20          Q    Okay.  Why did you go by a different name in
21      2003 and 2004?
22          A    Because I had stayed one week before -- no,
23      one week after the end of the contract.
24          Q    Is that the only time you went by the name
25      Francisco Hernandez?
```

Page 14

1        A    Yes.

2        Q    Okay.  So that was just 2003, 2004?  Just

3    making sure I know the timeframe.

4        A    Yes.

5        Q    Okay.  Have you been known by any other

6    names other than Francisco Hernandez or Pablo

7    Castillo-Olguin?

8        A    No.

9        Q    Okay.  Do you have a nickname?

10       A    Pablito.

11       Q    Is it Don Pablito?

12       A    Don Pablito.

13       Q    Okay.  I really like the nickname.  And I'm

14   just curious, how'd you get the nickname Don Pablito?

15       A    At the warehouse.  All the personnel in the

16   warehouse, they -- they gave it to me.

17       Q    Do you know why?

18       A    I'm imagining it's because of being old.

19       Q    Oh.  I thought it was a reference to "The

20   Godfather" or something.

21       A    No.

22            MR. KNOEPP:  It's -- I mean, if you

23   don't mind me -- it's like a term of respect for

24   somebody who's older in Spanish.

25            MR. HELLER:  Okay.  It felt like maybe

Page 15

```
 1     a little bit of both.  I wasn't sure.
 2                    THE INTERPRETER (FOR THE WITNESS):  I
 3     was one of the older people at the warehouse.
 4     BY MR. HELLER:
 5          Q    And you've worked for Hamilton Growers.
 6                    MR. HELLER:  And we can have a standing
 7     objection as to the name of the employer.
 8                    MR. MORTON:  Thank you.
 9     BY MR. HELLER:
10          Q    But you've worked for Hamilton Growers for a
11     long time; correct?
12          A    Yes.
13          Q    When do you think you first started working
14     at Hamilton Growers?
15          A    1998.
16          Q    And how did you find out about the job?
17     How'd you first learn about the opportunity to come
18     work at Hamilton Growers?
19          A    There was a person here who was here
20     illegally, and that person arrived over there in the
21     town, and he arrived there offering work in the United
22     States under a contract.
23          Q    And that person told you about the
24     opportunity to work under an H-2A Visa for Hamilton
25     Growers?
```

```
                                            Page 16

 1                MR. MORTON:  Objection.

 2                THE INTERPRETER (FOR THE WITNESS):

 3     Yes.

 4     BY MR. HELLER:

 5          Q    Do you still have a home in Mexico?

 6          A    Yes.

 7          Q    Had to think about that.  Is that a maybe?

 8          A    Well, you're asking if I have a house in

 9     Mexico, but I don't have one here.

10          Q    Do you currently reside in Mexico?  Is that

11     your current address?

12          A    Always.

13          Q    Okay.  Is your -- are you employed

14     currently?

15          A    Occasionally.

16          Q    Are you working -- when you do work, are you

17     working in Mexico?

18          A    No.  In Mexico I just work at my house.

19          Q    Okay.  Did you travel from Mexico to Georgia

20     for today's deposition?

21          A    No, because I live here in Duluth.

22          Q    Okay.  So I think we're probably getting to

23     the answer to the question.  Do you have a house?

24                MR. HELLER:  And I'm not going to ask

25     about who his current employer is.
```

Page 17

```
 1    BY MR. HELLER:
 2         Q    But do you have a house in the United States
 3    of America, a residence?
 4         A    I rent.
 5         Q    Okay.  And do you have a house in Mexico as
 6    well?
 7         A    Yeah, that's my own.
 8         Q    Okay.  And how frequently do you return to
 9    your house in Mexico?
10         A    Every year.
11         Q    Do you currently work for a farm or an
12    agricultural employer?
13         A    No.
14         Q    Okay.  Just in a broad sense, what type of
15    work are you currently doing?
16         A    Remodeling.
17         Q    Okay.  Are you married?
18         A    Yes.
19         Q    Okay.  Does your wife live with you
20    presently in the United States of America?
21         A    No.
22         Q    So she lives at your house in Mexico?
23         A    Yes.
24         Q    And what about your children?
25         A    One's living in Mexico and one's here.
```

Page 18

1          Q     Okay.  Have you discussed the present
2     lawsuit with either of your children?
3          A     With Jonathan.
4          Q     And he's a plaintiff in this lawsuit;
5     correct?
6          A     Yes.
7          Q     How have you discussed the case with him?
8     In what form?
9          A     Verbally.
10          Q     The telephone?
11          A     Yes.
12          Q     What about e-mail?
13          A     No.
14          Q     Okay.  WhatsApp?
15          A     Yes, WhatsApp.
16          Q     Okay.  Do you have a Facebook page?
17          A     Yes.
18          Q     Have you ever posted on your Facebook page
19     about your employment with Hamilton Growers?
20          A     No.
21          Q     Have you ever communicated via Facebook with
22     the messenger with anyone about your lawsuit that you
23     filed against Hamilton Growers and the other
24     defendants?
25          A     No.

Page 19

1        Q    Other than Jonathan, your son, have you
2    communicated with anyone else via WhatsApp regarding
3    your lawsuit?
4        A    No.
5        Q    Other than WhatsApp, e-mail, Facebook
6    Messenger, is there any other type of texting or
7    electronic message you've had with anyone regarding
8    the lawsuit you filed?
9        A    No.
10       Q    All right.  Can we agree that you'll produce
11   the WhatsApp messages you've had with your son to your
12   counsel so they can determine whether they should be
13   produced in this matter?
14       A    Yes.
15       Q    Okay.  I understand from your interrogatory
16   responses that you were part of a WhatsApp group where
17   you discussed either your work or received messages
18   about work; is that right?
19       A    Yes.
20       Q    Okay.  What kind of messages did you
21   receive?  What was discussed?
22       A    Well, the one I had contact with was Presley
23   about the scheduling.
24       Q    What kind of scheduling?
25       A    Well, he would send me for us to leave at

Page 20

```
 1    such and such a time or to get there at such and such
 2    a time.
 3         Q    So the work arrival times and work leaving
 4    times during the day?
 5         A    Yes.
 6         Q    And is that what the primary purpose of that
 7    WhatsApp group was?
 8         A    No.  It wasn't necessarily that.  It was
 9    about work.
10         Q    Well, what else -- I guess what I'm
11    trying -- I only have so much time to ask you
12    questions, so I'm just trying to understand what other
13    types of things you would discuss on that WhatsApp
14    group.
15         A    They had to fix this machine, to check this
16    one out for -- this out for me, check this other out
17    for me, and that I need sprockets of such and such, a
18    chain of such and such.
19         Q    Is it brackets?
20              MR. MORTON:  Sprockets.
21              MR. HELLER:  Sprockets.  Okay.  Thank
22    you.
23    BY MR. HELLER:
24         Q    And all these messages came from Fresley?
25         A    (In English) Presley.
```

Page 21

 1        Q    Presley?

 2        A    Presley.

 3        Q    I got it now.  It took me a minute.  That's

 4   not what I wrote down, but -- so all these messages

 5   came from Presley?

 6        A    Yes, or me to him.

 7        Q    All right.  I'm just trying to make sure.

 8   Can we not be on our cell phone?

 9                 MR. MORTON:  I think he's looking for

10   the message.

11                 (Speaking in Spanish.)

12                 MR. HELLER:  I figured that's what he

13   was doing, but I just --

14                 MR. MORTON:  Okay.  And I -- we got

15   them yesterday.  I'm happy to give them to you at any

16   point.

17                 MR. HELLER:  I assumed that's what you

18   told me about, but I'd still have to ask, so ...

19   BY MR. HELLER:

20        Q    Have you ever been a party to another

21   lawsuit other than the lawsuit that we are here about

22   today?

23        A    No.

24        Q    Okay.  And I asked Arnulfo Garcia-Ramos

25   earlier about being part of a settlement from a

Page 22

1    previous case.  I actually don't know if you were part

2    of it or not.  Do you recall whether you were part of

3    a settlement from a previous case against Hamilton

4    Growers?

5         A    I already told you, no.

6         Q    Okay.  Have you ever filed a complaint with

7    the U.S. Department of Labor?

8         A    No.

9         Q    What did you do to prepare for today's

10   deposition?

11        A    What did I do?  I didn't do anything else

12   but come.

13        Q    Did you review any documents to help prepare

14   you for today's deposition?

15        A    No, because I had already written in the

16   document -- written in the document that was the

17   statement.

18        Q    Talking about the declaration that you

19   recently signed, or are you talking about your

20   interrogatory responses?

21        A    The ones that they sent to me.

22        Q    I don't know what that means.

23        A    The ones that I signed.

24        Q    Regardless of whether it's your

25   interrogatory responses or the recent declaration, did

Page 23

```
1     you review that document recently in preparation for
2     today?
3            A     No.
4            Q     Did you review any paystubs or any
5     communications with your employer or other workers in
6     preparation for today?
7            A     No.  I just have the stubs with me.
8            Q     Okay.  Aside from conversations with your
9     attorneys, which I don't want you to tell me about,
10    did you talk with anyone else about your deposition
11    today?
12           A     No.
13           Q     You didn't talk to your son?
14           A     No.
15           Q     Does he know you're here today?
16           A     No.
17           Q     Okay.  Did you meet with your
18    attorneys -- and I do not want to know what they said
19    to you, but did you meet with your attorneys regarding
20    the deposition prior to today?
21           A     Before?
22           Q     Any time prior to today regarding this
23    deposition.
24           A     Yes.
25           Q     Okay.  What day?
```

1          A    Monday.

2          Q    Okay.  All right.  I am going to ask you a

3    question I asked to Arnulfo earlier.  When you worked

4    with Hamilton Growers, who did you consider to be your

5    employer?

6          A    Ken.

7          Q    I mean what company?

8          A    Well, I've worked with Southern Valley and

9    Hamilton, the two companies.

10         Q    Do you know what Kenda Properties is?

11         A    No.

12         Q    Do you know what WKW, LLC, is?

13              THE INTERPRETER:  I'm sorry.  What's --

14              MR. HELLER:  LLC.

15              THE INTERPRETER (FOR THE WITNESS):  No.

16    BY MR. HELLER:

17         Q    Okay.  All right.  So when we -- if you look

18    at the name of the defendants that's listed at the top

19    of your interrogatory responses, do you have any idea

20    who some of those companies are?

21         A    Just the two companies.  The other ones, no.

22         Q    Okay.  Arnulfo talked about working at

23    Hamilton Growers in January and February during

24    the -- during each year.  Do you remember that?

25         A    I didn't stay.

Page 25

1       Q    Right.  And thank you.  I'm going to get
2    there.
3            Just to be clear, you went home at the end
4    of each contract; correct?
5       A    Every year.
6       Q    Yeah.  That's because you wanted to; right?
7                 MR. MORTON:  Objection.
8                 THE INTERPRETER (FOR THE WITNESS):
9    Because that's how the contract finished up.
10   BY MR. HELLER:
11      Q    All right.  Let's talk about your travel
12   from home to Hamilton Growers.  Okay?
13      A    All right.
14      Q    I'm going to -- we talked about travel costs
15   with Arnulfo earlier.  Do you remember that
16   conversation?
17      A    Yes.
18      Q    Okay.  So I want to sort of just refer to it
19   as "travel costs," but I'll define it as all of the
20   costs for you to get from your home -- sorry -- to
21   Hamilton Growers.
22                MR. MORTON:  There's a tissue behind
23   you if you need.
24                MR. HELLER:  Do I need one?
25   //

Page 26

1    BY MR. HELLER:

2        Q    And in addition to that, also the -- any

3    required subsistence costs.

4                    MR. MORTON:  Objection.

5                    MR. HELLER:  That's fine.  I understand

6    your objection, but ...

7                    THE INTERPRETER (FOR THE WITNESS):

8    Okay.

9    BY MR. HELLER:

10       Q    Okay.  Do you remember -- and I'm going to

11   talk about the years 2018 to 2023.  Do you remember

12   what it -- what your travel costs were from your home

13   to Hamilton Growers in 2018?

14       A    Yes.

15       Q    All right.  Tell me, what were your travel

16   costs in 2018?

17       A    It was around $400.

18       Q    But you say "around."  That's an

19   approximation; right?

20       A    Yes.

21       Q    All right.  And what is included in that?

22   What makes up the $400?

23       A    Well, to start out, the first day when I

24   leave my house to go to Monterrey, the -- the fare is

25   1250 from Mexico to Monterrey.

Page 27

```
 1        Q    Pesos?
 2        A    Yes.  And then 250 pesos from my house to
 3    Mexico City.  That was the first day.
 4             Then from 2018 on, they started paying
 5    certain things for us.  In Monterrey, we'd be there
 6    like five, six, or seven days, and we would pay the
 7    hotel 900 pesos a day.
 8             And for food it was 250 in the morning, 250
 9    at lunch, and at the evening, 80.
10             And then I think it was from that year, from
11    218 -- 218 -- 2018, excuse me, on that we would pay a
12    hundred dollars for the processing, the photos.
13        Q    All right.  I'm going to walk through some
14    of these just to make sure I understand.
15             The 1,250 pesos to travel to Monterrey, who
16    did you pay that to?
17        A    A thousand two-hundred.
18        Q    Okay.  One-thousand two-hundred.
19        A    To the driver of the bus.
20        Q    It's always the exact same fee, or is that
21    approximate?
22        A    No.  After that gas went up, and the fares
23    went up.
24        Q    So it was exactly 1,200 pesos in 2018, or is
25    that an approximation?
```

Page 28

1          A     Yes, more or less.

2          Q     Okay.  And then the $250 fare from your

3     house to Mexico City, is that also to a bus?

4                      THE INTERPRETER:  Pesos; right?

5                      MR. HELLER:  Huh?  Yeah.  Did I say

6     dollars?

7                      THE INTERPRETER:  Yeah.

8                      MR. HELLER:  Sorry.

9                      THE INTERPRETER (FOR THE WITNESS):

10    Yes.

11    BY MR. HELLER:

12         Q     Okay.  And is that, again, an approximation,

13    approximately what you think it was?

14         A     Yes.

15         Q     Okay.  And then the 900 pesos a day to a

16    hotel, which hotel did you stay in?

17         A     Hotel Artiaga.

18         Q     Is that in Monterrey?

19         A     Yes.

20         Q     Did you stay in the same hotel every year?

21         A     Not always, but, yes, I did stay there

22    several years.

23         Q     Okay.  Where else would you have stayed in

24    Monterrey?

25         A     Well, in another hotel, but I don't remember

Page 29

```
 1      the name of it.
 2          Q    Okay.  Did you -- how did you pay for the
 3      hotel, that Hotel Artiaga?  Did you pay with cash,
 4      with paper money, or did you pay electronically?
 5          A    Cash, money.
 6          Q    That's what I figured.
 7               Do you have any receipts or records of the
 8      amount you paid to the hotels in Monterrey?
 9          A    No.
10          Q    Just a reminder, let her finish translating
11      first.  I know when you know the answer, that's hard.
12               All right.  Why was breakfast and lunch more
13      expensive than dinner?
14          A    Because we'd just have a light dinner, not
15      anymore.
16          Q    Is that at restaurants?  Where would you eat
17      while you were waiting in Monterrey?
18          A    Well, they'd be like dining places, because
19      they charge more at restaurants.
20          Q    Okay.  And so these are also approximations;
21      right?  This is your best recollection of
22      approximately how much you paid for breakfast, lunch,
23      and dinner?
24          A    Yes.
25          Q    Okay.  All right.  Once you obtained your
```

Page 30

1     Visa, how did you get from Monterrey to Norman Park?

2          A     Well, in the year '18, I still got there on

3     a bus.

4          Q     Okay.  And that bus was paid for by Hamilton

5     Growers; correct?

6                    MR. MORTON:  Objection.

7                    THE INTERPRETER (FOR THE WITNESS):

8     Yes.

9     BY MR. HELLER:

10         Q     Okay.  What about in 2019?

11         A     I got there in a private car.

12         Q     Okay.  Why didn't you take the bus in 2019?

13         A     Because in all the years that I came on

14    a -- on a bus, the buses always had problems,

15    mechanical problems or with the air conditioning.  And

16    then the bad odor from the bathroom.  And so you'd get

17    there, arrive, with your clothes just stinking of the

18    bad smell.

19         Q     So at that point in 2019, you decided you'd

20    prefer to take a car from Monterrey to Hamilton

21    Growers for all those reasons you just told me?

22         A     Yes.

23         Q     Okay.  And how did you book the car?  How

24    did you reserve it?

25         A     It was my own.

Page 31

1        Q    Oh, you drove your own car.

2        A    Jonathan, Jonathan and me.

3        Q    Okay.  Thank you.  All right.  From 2019 to

4    2023, did you and Jonathan drive together from

5    Monterrey to Hamilton Growers?

6        A    Yes.

7        Q    Okay.  I'm going to reference an exhibit

8    that we looked at earlier that Dawson doesn't like.

9    That's okay.  He's allowed to.

10            All right.  So I'm going to hand you

11   Exhibit 7 and 8 from the previous deposition.

12                    (Exhibit 7 and Exhibit 8 were marked

13                     for identification.)

14            Do you see your name on that printout?

15       A    My name?  Yes.

16       Q    All right.  And do you see on the far right

17   side of it, there are amounts as well?

18       A    Yes.

19       Q    Okay.  To the best of your knowledge, does

20   this accurately reflect the payments that Hamilton

21   Growers made to you for travel costs?

22       A    Yes.

23       Q    And I asked the same question earlier in the

24   previous deposition, but it's not your claim that you

25   weren't paid anything for the travel costs from

Page 32

1     Monterrey or from your home to Hamilton Growers.  It's
2     your claim that you weren't paid enough; is that
3     correct?
4          A    Yes.
5          Q    Okay.  Did you ever provide copies of your
6     expenses, costs, receipts, anything to tell Hamilton
7     Growers that it was more expensive than what you were
8     reimbursed for to make it to Hamilton Growers?
9          A    No.
10         Q    Okay.  Did you ever tell anyone?
11         A    No.
12         Q    Okay.  How did you get home from Hamilton
13    Growers at the end of the season?
14         A    You mean at the end of the season from here
15    to Mexico?
16         Q    Yes.
17         A    Well, from the time we got -- brought the
18    car, by car.
19         Q    And the first year in 2018, when you took
20    the bus to Hamilton Growers, did you take the bus
21    home?
22         A    Yes.
23         Q    And that bus, just like on your trip to
24    Hamilton Growers, the bus home was paid for by
25    Hamilton Growers; correct?

Page 33

1           MR. MORTON:  Objection.

2           THE INTERPRETER (FOR THE WITNESS):  No.

3    BY MR. HELLER:

4       Q    So you paid for the bus home?

5       A    Yes.

6       Q    How much was it?

7       A    Well, at that time, the bus from Tallahassee

8    to Mexico was 250.

9       Q    Why were you in Tallahassee?

10      A    Because the buses didn't go through

11   Moultrie.  Afterwards, they did go through there.

12      Q    But in 2018, how did you get from Hamilton

13   Growers to Tallahassee?

14      A    Well, from Moultrie to Tallahassee, we asked

15   for a ride.

16      Q    And did you pay for that?

17      A    Yes.

18      Q    How much did you pay?

19      A    They charged just 120.

20      Q    So much less than, it sounds like, Arnulfo

21   paid?

22           MR. MORTON:  Objection.

23           THE INTERPRETER (FOR THE WITNESS):

24   Yeah, but he paid for Moultrie to Monterrey, and I was

25   paying Moultrie to Tallahassee.

Page 34

```
 1    BY MR. HELLER:
 2         Q    Okay.  How did you get from Tallahassee to
 3    your home?
 4         A    On -- on a bus.
 5         Q    And how much did that bus cost?
 6         A    Well, that's what I was telling you.  From
 7    Tallahassee to Mexico City, 250.
 8              And then the same thing, from Mexico to
 9    there, it was the same thing, 250.
10         Q    Okay.  And those are, as we talked about
11    earlier, approximations, the best that you can
12    remember, but maybe not the exact dollar amount?
13         A    Yes.
14         Q    Did you ever leave Hamilton Growers -- did
15    you ever leave Moultrie before the end of the work
16    contract?
17         A    No.
18         Q    Okay.  Did you ever tell anyone at Hamilton
19    Growers that your expenses to get home from Moultrie
20    were more than what they paid you?
21         A    No.
22                   MR. HELLER:  You -- okay.
23                   MR. MORTON:  I'm just going to ask him
24    if he wants another drink.
25                   MR. HELLER:  That's fine.  We
```

Page 35

1    can -- we've been on the record for about an hour.  We

2    can take a quick break.

3                        MR. MORTON:  Okay.

4                        MR. HELLER:  Okay.

5                        THE REPORTER:  We are now off the

6    record at 4:18 p.m.

7                        (Off the record.)

8                        THE REPORTER:  We are back on the

9    record at 4:24 p.m.

10                        Counsel, you may proceed.

11    BY MR. HELLER:

12        Q    So you would go home at the -- from 2018 to

13    2023, you testified that you would go home at the end

14    of the contract every season; correct?

15        A    Yes.

16        Q    Do you have any personal knowledge as to why

17    people would stay in January and February?

18        A    Yes.

19        Q    And what is that?

20        A    People would stay in January and February

21    because the production from Yucatan would come then.

22        Q    Okay.  And during that timeframe, you didn't

23    care to stay?

24        A    No, because my contract was over.

25        Q    Okay.  And it's your understanding that for

1     the other people, their contract wasn't over?

2          A     Yes, they had finished.

3          Q     But they stayed because they wanted to

4     continue to earn money?

5                         MR. MORTON:  Objection.

6                         THE INTERPRETER (FOR THE WITNESS):

7     Well, I know that the company had a lot of work, and

8     so they needed the people who would stay.

9     BY MR. HELLER:

10         Q     But you don't have any personal knowledge as

11    to why any individual worker decided to stay; right?

12                        MR. MORTON:  Objection.

13                        THE INTERPRETER (FOR THE WITNESS):

14    Well, I've heard several versions.  I've heard that,

15    like, some of the supervisors, Mario Garzo or Omar

16    [ph], they would say, "So" -- with a threatening tone,

17    "So you're going to leave?"  As if you couldn't come

18    back.

19    BY MR. HELLER:

20         Q     But no one ever said that to you?

21         A     No.  I would just see it.

22         Q     And who specifically told you that that was

23    said to them?

24                        MR. MORTON:  Objection.

25                        THE INTERPRETER (FOR THE WITNESS):  It

Page 37

1    wasn't just necessarily to one, but to all.

2    BY MR. HELLER:

3        Q    Did you personally witness the conversation?

4        A    Yes, I did have one occasion to hear that.

5        Q    When was that?

6        A    Well, it was during the first few years that

7    the products from Yucatan came.

8        Q    So prior to 2018?

9        A    Yes.

10        Q    Okay.  And that's the only time you

11    personally witnessed that type of conversation?

12        A    Yes.

13        Q    So other than that one occasion, you don't

14    have any personal knowledge as to why any particular

15    individual stayed in January or February?

16                    MR. MORTON:  Objection.

17                    THE INTERPRETER (FOR THE WITNESS):  No.

18    BY MR. HELLER:

19        Q    Okay.  What did you like to do between

20    seasons?  What did you do in January and February when

21    you were home?

22        A    At my house.

23        Q    Did you work in Mexico?

24        A    Yeah, on my house.  I would do, like,

25    leveling, like masonry work, walls.

Page 38

1      Q    Maintenance on your own home?

2      A    Yes.

3      Q    Okay.  All right.  While you -- from 2018 to

4   2023, where did you live when you worked for Hamilton

5   Growers?

6      A    I lived at a -- in a trailer that was in the

7   nursery.

8      Q    Did it have a name?

9           MR. MORTON:  Objection.

10          THE INTERPRETER (FOR THE WITNESS):  It

11  was on the land where the nursery is.

12  BY MR. HELLER:

13     Q    Who lived with you?

14     A    Jonathan.

15     Q    Just you two?

16     A    Yes.

17     Q    Okay.  Why didn't you want to live in the

18  barracks?

19     A    Well, I had the experience of living in the

20  barracks, but it got infested with bedbugs.  That was

21  one reason.

22          And another was I would leave the warehouse

23  real late and then come get to the room, and the

24  people who were going to go to the field would wake

25  up, and they'd get angry.

Page 39

```
 1        Q    So it was just better for you where you were
 2    working to be in the trailer by the nursery?
 3                    MR. MORTON:   Objection.
 4                    THE INTERPRETER (FOR THE WITNESS):
 5    Well, yeah.
 6    BY MR. HELLER:
 7        Q    But you knew the barracks were free and that
 8    the trailer by the nursery was not?
 9        A    Well, I had bought the trailer.
10        Q    Oh, you stayed in -- it was your own
11    trailer?
12        A    Yes.
13        Q    Okay.  And did you rent the land you put it
14    on?
15        A    Well, no.  At the beginning, no.  But then
16    later they imposed on me a $20 payment per week.
17        Q    In order to put your trailer on the nursery?
18        A    The trailer was already -- was already there
19    at the nursery.
20        Q    So you bought the trailer.  Who'd you buy it
21    from?
22        A    Of a coworker whose name is Jose Campos.
23        Q    Okay.  When did you buy it?
24        A    In -- seems like it was 2011.
25        Q    Okay.  And when did you begin paying for,
```

Page 40

1      I'm going to call it a lease, but when did you begin

2      paying for the cost to put the trailer on the nursery?

3           A     It was like in 2016, 2017.  If not, it was

4      in 2018.

5           Q     Who did you pay?

6           A     Mario Esparza.

7           Q     And you paid $20 a week?

8           A     The first few -- few years, yes, it was $20,

9      but then it was raised to 30.

10          Q     Did you ever consider moving the trailer off

11     of that property and moving it somewhere else where it

12     might be cheaper?

13          A     No, because the department, the City

14     wouldn't allow me to do that.

15          Q     Did you ask them?  Did you ever inquire, or

16     was it just your belief you couldn't move it?

17          A     It wasn't exactly them who told me.  The

18     trailer was from 1977, and they said that it was real

19     old now to be able to move it.

20          Q     Got it.  So it might have been impossible to

21     move?

22          A     Yes.

23          Q     Thank you.  Did anyone live in the trailer

24     in January and February of every year?

25          A     No.

1     Q   Okay.  At least to the best of your

2 knowledge, most of the workers lived in the barracks;

3 correct?

4     A   Yes.

5     Q   I want to go back just real quick to talking

6 about the travel costs from Hamilton Growers to

7 Monterrey.  Okay?

8     A   Yes.

9     Q   Do you have any records or receipts or

10 invoices of any type that document the costs you paid

11 to travel from Hamilton Growers to your home?

12     A   No.

13     Q   Do you have any records or receipts of any

14 kind regarding the 20 and later 30 dollars a week that

15 you paid to Mario Esparza for the property where your

16 trailer was located?

17     A   No.

18     Q   As part of your job with Hamilton Growers,

19 do you believe it would be accurate to say that you

20 repaired and maintained farm implements and mechanical

21 equipment?

22     A   No, just the machinery of the lines in the

23 warehouse.

24     Q   Right.  But that's mechanical equipment;

25 correct?

Page 42

```
 1                    MR. MORTON:  Object --
 2                    THE INTERPRETER (FOR THE WITNESS):
 3    Yes.
 4    BY MR. HELLER:
 5         Q    Okay.  Let's talk about your job.  What kind
 6    of things did you maintain?
 7         A    Well, on the lines, there are a lot of
 8    elements that move, chains and the --
 9                    MR. MORTON:  Bands.
10                    THE INTERPRETER (FOR THE
11    WITNESS):  -- bands --
12                    MR. MORTON:  Translates as band.
13                    THE INTERPRETER (FOR THE WITNESS):  --
14    the sprockets, and the rolls.
15    BY MR. HELLER:
16         Q    And that's on the lines that moved produce
17    within the packing shed?
18         A    Yes.
19         Q    All right.  And the lines in the packing
20    shed would move produce primarily that was grown on
21    the farm; correct?
22         A    Yes.
23         Q    Okay.  And that was the vast majority of
24    your job?
25         A    Yes.
```

Page 43

1      Q    Okay.  Do you recall any other significant
2    types of equipment that you needed to repair on a
3    regular basis or maintain?
4      A    There are several lines in the warehouse.
5    The -- the cumber -- excuse me, cucumber line, the
6    pepper line, the --
7                    MR. MORTON:  Squash.
8                    THE INTERPRETER (FOR THE
9    WITNESS):  -- pumpkin or --
10                   THE INTERPRETER:  Squash.  Okay.  Thank
11    you.
12                   THE INTERPRETER (FOR THE WITNESS):  The
13    corn line, and the beans.
14    BY MR. HELLER:
15      Q    Gracias.  So your job was to maintain the
16    lines, but it would be for different types of produce
17    that had been grown by Hamilton Growers?
18                    MR. MORTON:  Objection.
19                    THE INTERPRETER (FOR THE WITNESS):
20    Yes.
21    BY MR. HELLER:
22      Q    Thank you.  Have you ever heard of the
23    adverse effect wage rate?
24      A    No.
25      Q    Have you ever heard of AEWR?

Page 44

1          A     No.
2          Q     Okay.  Do you contend as part of this
3     lawsuit that you were paid the incorrect amount per
4     hour?
5          A     Yes.
6          Q     And what is that based on?
7          A     Because they didn't pay the overtime to me.
8          Q     So it's your belief that the basis of the
9     claim you're bringing is that you should have been
10     paid overtime, but you were not?
11          A     Yes.
12          Q     Okay.  And why do you think you were
13     entitled to overtime?
14          A     Why do I think that?
15          Q     Mm-hmm.
16          A     Because in other places, they pay overtime,
17     and they don't at Southern Valley.
18          Q     Understood.  You weren't a forklift driver,
19     were you?
20          A     No, not exactly, but I would drive a
21     forklift if it -- when it was necessary.
22          Q     That wasn't your primary job duty?
23          A     No.
24          Q     So it'd be unusual, but you could do it if
25     you needed to?

Page 45

1          A    Yes.

2          Q    How many other people did the same type of

3     maintenance work and repair work that you had as your

4     primary job?

5          A    Well, there are several.

6          Q    What does "several" mean?  Like

7     approximately how many?

8          A    Like 12 or 13 people.

9          Q    And would you say they all generally did the

10    same thing you did -- that you told me you do?

11         A    Maintenance includes a lot of things.  I

12    mean, cleaning, pick up boxes.

13         Q    So some people would do cleaning, whereas

14    you would maintain the lines?

15         A    Yes.

16         Q    Do you know all of the job duties of the

17    sanitation workers?

18         A    The ones that clean?

19         Q    Mm-hmm.

20         A    Yes.

21         Q    Okay.  But you didn't assign them job

22    duties.  You were focused primarily on your own job

23    duties, and someone would assign them their own job

24    tasks?

25         A    Yes.  We had one supervisor who would assign

Page 46

1      to another person the jobs.

2           Q    And who was that?

3           A    The supervisor was Michael Norman, and the

4      other young man is Raphael, but I don't know his

5      surname.

6           Q    Okay.  So it sounds like you guys -- the job

7      title that you had would include a lot of different

8      types of job duties, and yours were maintenance, but

9      some people did other things?

10          A    Yes.

11          Q    I don't think I need to make them an

12     exhibit, but I want to talk about your pay records.

13     And I think you brought a bunch for us today.

14          A    Yes.

15          Q    They accurately -- to the best of your

16     knowledge, the pay records accurately reflect the

17     amounts you were paid and the hours that you actually

18     worked; correct?

19          A    Yes.

20          Q    Did you ever work in Tennessee?

21          A    Before the year '18, yes.

22          Q    From 2018 to 2023, did you ever work in

23     Tennessee?

24          A    No.

25          Q    Okay.  Did you review the --

```
                                            Page 47

  1                 MR. HELLER:   We haven't made the

  2      complaint an exhibit, have we?

  3                 MR. MORTON:   I don't -- I don't think

  4      so.

  5      BY MR. HELLER:

  6          Q    Did you review -- I'm not going to make it

  7      an exhibit, but did you review the complaint in

  8      Spanish before it was filed?

  9          A    No.

 10          Q    Okay.  So if your testimony today

 11      contradicts anything that's in the complaint, you'd

 12      agree that you told me the truth today; right?

 13          A    Yes.

 14          Q    And same thing with your interrogatories.

 15      If you testified today in any way that's different

 16      than or contrary to what's in your interrogatories or

 17      declaration, what you told me today is the truth;

 18      correct?

 19          A    Yes.

 20          Q    Okay.  Is it your position that Hamilton

 21      Growers or any of the defendants breached a contract

 22      they entered into with you?

 23          A    Yes.

 24          Q    And what contract?

 25          A    I don't remember.
```

Page 48

```
1         Q    Okay.  So you just don't know?
2         A    Yes.
3         Q    All right.  Did you communicate in any
4    electronic means -- text, WhatsApp, e-mail -- with
5    Arnulfo Garcia-Ramos prior to today regarding your
6    lawsuit?
7         A    Yes, a call.
8         Q    Okay.  But nothing that was communicating in
9    writing?
10        A    No.
11        Q    What did you talk about with Arnulfo prior
12   to today?
13        A    Well, that he go by to pick me up, because I
14   don't have a car to drive or license.
15        Q    Okay.  What happened to your car?
16        A    It's in Mexico.
17        Q    Do you have any e-mails, texts, WhatsApp,
18   any electronic communications with your son, Jonathan
19   Castillo-Tovar regarding this lawsuit?
20        A    No.
21        Q    Okay.  What about with Rafael Joaquin
22   Guerrero?
23        A    No.
24        Q    What about with Alberto Amisdai Lopez
25   Delgado?
```

Page 49

```
1          A     No.
2          Q     And what about with Jose Antonio Rivera
3     Reyes?
4          A     A call.
5          Q     And what did you talk about?
6          A     Well, he asked me how I was, that if I had
7     any work, because I didn't.
8          Q     Okay.  And what about Arturo Sanchez
9     Villareal?
10         A     No.
11         Q     What about Emmanuel Sanchez Villareal?
12         A     Not him, either.
13         Q     And what about Iseal Sandoval Tapia?
14         A     Not him, either.
15         Q     Okay.  And what about Alberto Padilla
16    Urtado?
17         A     Not him, either.
18         Q     All right.  Have you told me the truth to
19    every single question I've asked today?
20         A     Yes.
21                MR. HELLER:  All right.  If you
22    guys -- we'll go off the record, if you could give us
23    the room for a few minutes.  I think I'm just about
24    done.
25                MR. MORTON:  Okay.
```

```
                                                    Page 50

 1                    THE REPORTER:  We're off the record at

 2     5:01 p.m.

 3                    (Off the record.)

 4                    THE REPORTER:  We are back on the

 5     record at 5:12 p.m.

 6                    MR. HELLER:  All right.  Well, Pablo,

 7     it was enjoyable talking with you today.  I'm sorry it

 8     was under these circumstances, but at least for the

 9     moment, that is all the questions I have for you.

10     Although I will state for the record that --

11                    THE INTERPRETER (FOR THE WITNESS):

12     Thank you.

13                    MR. HELLER:  -- I'm jealous of your

14     nickname, and I like it.

15                    THE INTERPRETER (FOR THE WITNESS):

16     Thank you.

17                         EXAMINATION

18     BY MR. MORTON:

19          Q    I have just a couple of questions, if that's

20     all right, Mr. Castillo.

21          A    Yes.

22          Q    You told Mr. Heller that you repaired

23     equipment in the warehouse.

24          A    Yes.

25          Q    And if the defendants bought produce to
```

Page 51

1    repack, would it have run -- would it have been run on

2    the equipment that you repaired and maintained?

3                    MR. HELLER:  Object to form.

4                    THE INTERPRETER (FOR THE WITNESS):

5    Yes.

6    BY MR. MORTON:

7        Q    Was there any processing equipment in the

8    warehouse that would've been separate and wasn't part

9    of your work responsibilities?

10                   MR. HELLER:  Object to form.

11                   THE INTERPRETER (FOR THE WITNESS):  I

12   didn't understand the question.

13   BY MR. MORTON:

14       Q    Okay.  You talked about different processing

15   lines.

16       A    Yes.

17       Q    Squash line, corn line, the pepper line.

18                   MR. MORTON:  Or chili, do we say?

19   BY MR. MORTON:

20       Q    If outside produce needed to be repackaged,

21   or if they had bought produce from other farms --

22       A    Yes.

23       Q    -- would that produce go on these same lines

24   you repaired?

25                   MR. HELLER:  Object to -- object to

Page 52

1    form.

2                    THE INTERPRETER (FOR THE WITNESS):

3    Yes.

4    BY MR. MORTON:

5         Q    And would that be true for other individuals

6    working in maintenance at as well, that they would've

7    been involved with outside produce?

8         A    Yes.

9         Q    And I think Mr. Heller talked about this,

10   but for the time period from 2018 to 2023, were you a

11   field worker?

12        A    No.

13        Q    And do you have an understanding about a

14   claim that is being asserted here about the pay rate

15   that the defendants owed you and other workers?

16                    THE INTERPRETER:  I'm sorry.  Could

17   you --

18                    MR. MORTON:  I can just say it again.

19                    THE INTERPRETER:  If you wouldn't mind.

20   Thanks.

21   BY MR. MORTON:

22        Q    And, Mr. Castillo, do you have an

23   understanding about a claim that is being asserted

24   here for the pay rate that the defendants owed you and

25   other workers?

Page 53

1          A    Yes.

2          Q    Can you explain your understanding about any

3    claim being made about the pay rate?

4          A    Yes.  The contract is for an agricultural

5    worker, and I wasn't doing work of an agricultural

6    worker.

7          Q    Okay.  And I think I heard the rest of your

8    response say that you were doing the work of a -- you

9    were doing the work of a mechanic; is that right?

10         A    Yes.

11         Q    Did you ever go to university or get a

12   degree in law, Mr. Castillo?

13         A    No.

14              MR. MORTON:  I don't have any more

15   questions.

16              MR. HELLER:  All right.  I have two I'd

17   like to follow up on.

18                   EXAMINATION

19   BY MR. HELLER:

20         Q    Mr. Morton just asked you some questions

21   about your pay rate claim.

22         A    Yes.

23         Q    Did you discuss that with him immediately

24   after I finished questioning and before he began

25   questioning with you?

Page 54

1           A      No.

2           Q      Did he tell you in that room what to say in

3      response to questions he was going to ask you?

4                       MR. MORTON:  This is offensive, Marty.

5      And I think very poorly of you for it.

6                       MR. HELLER:  It's directly

7      contradictory -- so hold on a moment.

8                       THE INTERPRETER (FOR THE WITNESS):

9      No --

10                      MR. HELLER:  It's directly

11     contradictory to his prior testimony.

12                      MR. MORTON:  You confused the witness.

13                      MR. HELLER:  I did not confuse the

14     witness.  I asked a very fair question, and you just

15     asked a question where he suddenly knows exactly the

16     basis?  That's insane.

17                      MR. MORTON:  You didn't ask the

18     question right.

19                      MR. HELLER:  I can ask this on the

20     record.

21     BY MR. HELLER:

22          Q      Were you told how to respond to questions

23     during discussions with your attorney prior to

24     questioning from your attorney?

25                      MR. MORTON:  Objection, asked and

```
                                              Page 55
 1    answered.
 2                    THE INTERPRETER (FOR THE WITNESS):  No.
 3    BY MR. HELLER:
 4        Q    Okay.  All right.  With respect to your pay
 5    rate claim, you said you believe you're a mechanic?
 6        A    Yes.
 7        Q    You didn't maintain vehicles, did you?
 8                    MR. MORTON:  Objection.
 9    BY MR. HELLER:
10        Q    Maintain --
11        A    A floor mechanic, not an automobile
12    mechanic.
13        Q    So you maintained the lines for the
14    processing of produce; correct?
15        A    Yes.
16        Q    Okay.  And the vast majority of your work
17    would've been related to the cucumber line, the squash
18    line, and the pepper line; correct?
19        A    Yes.
20        Q    All right.  And all or nearly all of the
21    cucumbers, the squash, and the peppers that went on
22    those lines were grown by Hamilton Growers; correct?
23        A    That wasn't the only thing that was
24    processed on those lines.  You'd process a lot of
25    others, because when there wasn't production from the
```

Page 56

```
1    company they would buy, there would be repackaging.

2    And when it came real damaged, then it would run on

3    the lines.

4         Q    But that wasn't what was more common.  The

5    vast majority of the produce that were on those three

6    lines was grown at Hamilton Growers.

7                   MR. MORTON:  Objection.

8    BY MR. HELLER:

9         Q    Isn't that correct?

10        A    It's always been -- not only that has been

11   processed there, but also from other companies, too.

12                  THE INTERPRETER:  I'm going to have to

13   ask something.

14                  THE INTERPRETER (FOR THE WITNESS):  No,

15   there would also be that the people who would do the

16   last cutting on the field lines would come in after

17   the picking.  They would come in with their product.

18   BY MR. HELLER:

19        Q    Okay.  The people who did the last cutting

20   from the field at Southern Valley, or where?

21                  MR. MORTON:  I just think, like, we'll

22   get a better answer if he can wait till you get a

23   translation.

24   BY MR. HELLER:

25        Q    Yeah.  If not Southern Valley, where?
```

Page 57

1           A    Of other companies, not just the Southern

2     Valley production.

3           Q    But the repacking happened on a repack line;

4     correct?

5           A    Not necessarily, because -- 'cause when it

6     was --

7                         THE INTERPRETER:  I need to ask

8     something.

9                         THE INTERPRETER (FOR THE WITNESS):

10    Because when it would come bad, then it would be put

11    on the line.

12    BY MR. HELLER:

13          Q    Okay.  So when the produce came bad from

14    Hamilton Growers, sometimes they needed to replace it

15    with produce from somewhere else?

16                         MR. MORTON:  Objection.

17                         THE INTERPRETER (FOR THE WITNESS):

18    Substitute?

19    BY MR. HELLER:

20          Q    Yeah.

21          A    It wasn't substitute.

22          Q    You said "when the produce is bad."  Whose

23    produce is bad?

24          A    Of other companies.

25          Q    Got it.  I think I understand.  So when the

Page 58

```
 1    produce appeared to be bad when it was in the boxes
 2    when it was received from other companies, sometimes
 3    that produce would be put on the line so that they
 4    could sort out the bad product?
 5                     MR. MORTON:  Objection.
 6                     THE INTERPRETER (FOR THE WITNESS):
 7    Yes.
 8    BY MR. HELLER:
 9        Q    Okay.  But the produce that would go on the
10    cucumber line, for example, would typically be
11    cucumbers that were grown by Hamilton Growers?
12                     MR. MORTON:  Marty, you're just arguing
13    with the witness now.
14                     MR. HELLER:  No, I'm not.  I'm asking
15    him a question --
16                     MR. MORTON:  You've asked --
17                     MR. HELLER:  -- in followup to his
18    exact response.
19                     MR. MORTON:  You've asked this same
20    question four times, and you don't like the answer,
21    and you're arguing.
22                     MR. HELLER:  Okay.  So you're making
23    speaking objections, and that's completely improper.
24                     MR. MORTON:  It's gotten ridiculous.
25                     MR. HELLER:  Okay.  I appreciate your
```

Page 59

1    classification of my questioning.  Move on.

2                    THE INTERPRETER:  I need you to repeat

3    it, please.

4                    MR. HELLER:  Yeah.

5    BY MR. HELLER:

6        Q    Okay.  So, for example, with respect to the

7    cucumber line, the vast majority of the cucumbers that

8    would be processed on the cucumber line were grown by

9    Hamilton Growers; correct?

10                   MR. HELLER:  Objection.

11                   THE INTERPRETER (FOR THE WITNESS):  No,

12   because -- no, because it would run on their -- both

13   theirs as well as other companies.

14   BY MR. HELLER:

15       Q    Okay.  So you don't know how much one

16   company versus Hamilton Growers might actually be on

17   any particular production line?  Is that ...

18                   MR. MORTON:  Objection.

19                   THE INTERPRETER (FOR THE WITNESS):  I

20   don't exactly know what -- what amount, but it was

21   plenty.

22                   MR. HELLER:  Okay.  All right.  I'm

23   going to go talk to my clients.  I think that's

24   everything I have.

25                   MR. MORTON:  Do you want us to leave

Page 60

1     or ...

2                    MR. HELLER:  No, I'll just go talk to

3     them.  You guys can stay in the room.

4                    THE REPORTER:  We are now off the

5     record at 5:30 p.m.

6                    (Off the record.)

7                    THE REPORTER:  Back on the record at

8     5:33 p.m.

9     BY MR. HELLER:

10        Q    All right.  Just one more question.  I asked

11    you about the cucumber line.  I want to ask you about

12    the squash line.  Okay?

13        A    Yes.

14        Q    All right.  When the squash line is running,

15    do you agree that all or nearly all of the squash

16    that's ever run on the squash line is grown by

17    Hamilton Growers?

18        A    No.

19                    MR. HELLER:  All right.  I don't have

20    any other questions.

21                    THE REPORTER:  All right.

22                    MR. MORTON:  I don't have -- we're

23    done.

24                    THE REPORTER:  Okay.  Client will read

25    and sign, sir.

```
                                            Page 61

 1              And you want to order an e-tran copy of

 2       the transcript; correct?

 3                   MR. MORTON:  Yes, please.

 4                   MR. HELLER:  We need an original and

 5       electronic copies --

 6                   THE REPORTER:  Got it.

 7                   We're off the record at 5:34 p.m.

 8                   (Signature reserved.)

 9                   (Whereupon, at 5:34 p.m., the

10                   proceeding was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 62

1        CERTIFICATE OF DEPOSITION OFFICER
2            I, JASMINE APPLEWHITE, the officer before
3    whom the foregoing proceedings were taken, do hereby
4    certify that any witness(es) in the foregoing
5    proceedings, prior to testifying, were duly sworn;
6    that the proceedings were recorded by me and
7    thereafter reduced to typewriting by a qualified
8    transcriptionist; that said digital audio recording of
9    said proceedings are a true and accurate record to the
10   best of my knowledge, skills, and ability; that I am
11   neither counsel for, related to, nor employed by any
12   of the parties to the action in which this was taken;
13   and, further, that I am not a relative or employee of
14   any counsel or attorney employed by the parties
15   hereto, nor financially or otherwise interested in the
16   outcome of this action.

17                        JASMINE APPLEWHITE
18                        Notary Public in and for the
19                        State of Georgia
20
21   [X] Review of the transcript was requested.
22
23
24   Dated: May 7, 2025
25

Page 63

CERTIFICATE OF TRANSCRIBER

1

2          I, LAURA MORIN, do hereby certify that this

3     transcript was prepared from the digital audio

4     recording of the foregoing proceeding, that said

5     transcript is a true and accurate record of the

6     proceedings to the best of my knowledge, skills, and

7     ability; that I am neither counsel for, related to,

8     nor employed by any of the parties to the action in

9     which this was taken; and, further, that I am not a

10     relative or employee of any counsel or attorney

11     employed by the parties hereto, nor financially or

12     otherwise interested in the outcome of this action.

13

14

15                                        LAURA MORIN

16

17

18

19

20

21

22

23

24     Dated: May 7, 2025

25

Page 64

1    DAWSON MORTON, ESQUIRE

2    dawson@dawsonmorton.com

3                        May 7, 2025

4    RE: Garcia-Ramos, Arnulfo, Et Al. v. Southern Valley Fruit &
          Vegetable, Inc, Et Al.

5         4/23/2025, Pablo Castillo-Olguin (#7326506)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to

15   Erratas-CS@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Page 65

1    Garcia-Ramos, Arnulfo, Et Al. v. Southern Valley Fruit &
     Vegetable, Inc, Et Al.

2    Pablo Castillo-Olguin (#7326506)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Pablo Castillo-Olguin                        Date

25

Page 66

1    Garcia-Ramos, Arnulfo, Et Al. v. Southern Valley Fruit &
     Vegetable, Inc, Et Al.

2    Pablo Castillo-Olguin (#7326506)

3                ACKNOWLEDGEMENT OF DEPONENT

4        I, Pablo Castillo-Olguin, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Pablo Castillo-Olguin                          Date

13   *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20____.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

[& - actually]                                                                    Page 1

| & | | |
|---|---|---|

**&** 1:10 2:13,19
5:8 64:4 65:1
66:1

| 0 |
|---|

**00054** 1:11

| 1 |
|---|

**1** 4:20
**1,200** 27:24
**1,250** 27:15
**11** 4:15,16 11:9
11:10
**12** 45:8
**120** 33:19
**1230** 2:20
**125** 1:22 5:10
**1250** 26:25
**13** 45:8
**18** 30:2 46:21
**1808** 2:7
**19** 4:21
**1977** 40:18
**1998** 15:15

| 2 |
|---|

**20** 39:16 40:7,8
41:14 66:15
**2003** 13:19,21
14:2
**2004** 13:19,21
14:2
**2011** 39:24

**2016** 40:3
**2017** 40:3
**2018** 26:11,13
26:16 27:4,11
27:24 32:19
33:12 35:12
37:8 38:3 40:4
46:22 52:10
**2018-2021** 4:11
**2019** 30:10,12
30:19 31:3
**2021-2023** 4:14
**2023** 26:11
31:4 35:13
38:4 46:22
52:10
**2025** 1:19 5:9
62:24 63:24
64:3
**218** 27:11,11
**23** 1:19 5:9
**240-4143** 2:25
**240-4146** 2:24
**250** 27:2,8,8
28:2 33:8 34:7
34:9
**26338** 63:14
**26th** 12:20
**2a** 15:24

| 3 |
|---|

**30** 40:9 41:14
64:16

**30030** 1:23
5:11
**30309** 2:21
**31** 4:11,14
**33151** 62:16
**380** 1:22 5:10
**3:19** 1:20 5:5

| 4 |
|---|

**4/23/2025** 64:5
**400** 26:17,22
**404** 2:11,24,25
**4:18** 35:6
**4:24** 35:9

| 5 |
|---|

**50** 4:4
**53** 4:5
**590-1295** 2:11
**5:01** 50:2
**5:12** 50:5
**5:30** 60:5
**5:33** 60:8
**5:34** 61:7,9

| 6 |
|---|

**61** 12:20

| 7 |
|---|

**7** 4:9 31:11,12
62:24 63:24
64:3
**7326506** 1:25
64:5 65:2 66:2
**7:24** 1:11

| 8 | | |
|---|---|---|

**8** 4:3,12 31:11
31:12
**80** 27:9

| 9 |
|---|

**900** 27:7 28:15
**94710** 2:8

| a |
|---|

**ability** 10:7,11
62:10 63:7
**able** 10:24
40:19
**above** 64:6
66:7
**absent** 5:15
**accuracy** 64:9
**accurate** 41:19
62:9 63:5
**accurately**
31:20 46:15,16
**acknowledge...**
66:3
**acknowledge...**
5:13
**acknowledg...**
64:12
**action** 1:9
62:12,16 63:8
63:12
**actually** 22:1
46:17 59:16

addition   26:2
additionally
   5:15
additions   66:6
address   16:11
adds   11:25
administer
   5:13
adverse   43:23
aewr   43:25
afternoon   5:2
agree   5:14,17
   19:10 47:12
   60:15
agreeable   8:1
agreed   12:10
agreement   7:23
agricultural
   17:12 53:4,5
air   30:15
al   5:8,9 64:4,4
   65:1,1 66:1,1
alberto   48:24
   49:15
allotted   64:19
allow   40:14
allowed   31:9
amended   12:4
america   17:3
   17:20
amisdai   48:24
amount   29:8
   34:12 44:3
   59:20

amounts   31:17
   46:17
angry   38:25
answer   10:7,12
   10:21,24 16:23
   29:11 56:22
   58:20
answered   55:1
answering   9:1
   9:6
answers   6:24
   8:20 11:19
antonio   49:2
anymore   29:15
appeared   58:1
appended   66:7
applewhite
   1:24 5:3 62:2
   62:17
applicable   5:21
   64:8
appreciate
   58:25
approximate
   27:21
approximately
   28:13 29:22
   45:7
approximation
   26:19 27:25
   28:12
approximatio...
   29:20 34:11

april   1:19 5:9
arguing   58:12
   58:21
arnulfo   1:5 2:2
   5:7 21:24 24:3
   24:22 25:15
   33:20 48:5,11
   64:4 65:1 66:1
arrival   20:3
arrive   30:17
arrived   15:20
   15:21
artiaga   28:17
   29:3
arturo   49:8
aside   23:8
asked   9:6 13:2
   21:24 24:3
   31:23 33:14
   49:6,19 53:20
   54:14,15,25
   58:16,19 60:10
asking   9:9,13
   16:8 58:14
asserted   52:14
   52:23
assign   45:21,23
   45:25
assigned   5:3
assume   7:22
   9:21
assumed   21:17
atlanta   2:21

attached   64:11
attendance   6:3
   6:14
attorney   6:3
   54:23,24 62:14
   63:10 64:13
attorney's   13:7
attorneys   23:9
   23:18,19
audio   62:8 63:3
authorized
   5:12
automobile
   55:11
available   64:6
avenue   1:22
   5:10

**b**

b   2:17 4:7
back   35:8
   36:18 41:5
   50:4 60:7
bad   30:16,18
   57:10,13,22,23
   58:1,4
band   42:12
bands   42:9,11
barracks   38:18
   38:20 39:7
   41:2
based   11:19
   44:6

**[basis - companies]** Page 3

| | | | |
|---|---|---|---|
| **basis** 43:3 44:8 54:16 | **breakfast** 29:12,22 | 7:18 12:18 13:11 14:7 | **city** 27:3 28:3 34:7 40:13 |

basis 43:3 44:8
  54:16
bathroom
  30:16
beans 43:13
bedbugs 38:20
began 53:24
beginning
  39:15
behalf 2:2,13
  6:6
belief 40:16
  44:8
believe 41:19
  55:5
berkeley 2:8
best 29:21
  31:19 34:11
  41:1 46:15
  62:10 63:6
better 39:1
  56:22
birth 12:19
bit 15:1
book 30:23
bought 39:9,20
  50:25 51:21
boxes 45:12
  58:1
brackets 20:19
breached 47:21
break 9:4,7
  35:2

breakfast
  29:12,22
bringing 44:9
broad 17:14
brought 32:17
  46:13
bunch 46:13
bus 27:19 28:3
  30:3,4,12,14
  32:20,20,23,24
  33:4,7 34:4,5
buses 30:14
  33:10
buy 39:20,23
  56:1

**c**

c 2:1 3:1 4:18
  5:1
ca 2:8
call 8:12 40:1
  48:7 49:4
called 7:5
campos 39:22
car 30:11,20,23
  31:1 32:18,18
  48:14,15
care 35:23
case 18:7 22:1
  22:3
cash 29:3,5
castillo 1:6,18
  2:3 4:10,13,15
  4:21 5:7 7:4,12

7:18 12:18
13:11 14:7
48:19 50:20
52:22 53:12
64:5 65:2,24
66:2,4,12
catherine 3:5
  6:22
cause 57:5
cell 21:8
certain 27:5
certificate 62:1
  63:1
certified 5:18
certify 62:4
  63:2
chain 20:18
chains 42:8
chandler 3:3
  6:16
change 65:4,7
  65:10,13,16,19
changes 11:25
  64:10 66:6
charge 29:19
charged 33:19
chart 4:9,12
cheaper 40:12
check 20:15,16
children 17:24
  18:2
chili 51:18
circumstances
  50:8

city 27:3 28:3
  34:7 40:13
civil 1:9 7:20
claim 31:24
  32:2 44:9
  52:14,23 53:3
  53:21 55:5
clairemont
  1:22 5:10
classification
  59:1
clean 45:18
cleaning 45:12
  45:13
clear 25:3
client 60:24
clients 59:23
clothes 30:17
come 15:17
  22:12 35:21
  36:17 38:23
  56:16,17 57:10
common 56:4
communicate
  48:3
communicated
  18:21 19:2
communicating
  48:8
communicati...
  4:20 23:5
  48:18
companies 24:9
  24:20,21 56:11

**[companies - depositions]**                                          Page 4

57:1,24 58:2
59:13
**company**  24:7
36:7 56:1
59:16
**complaint**  22:6
47:2,7,11
**complete**  66:8
**completed**
64:16
**completely**
58:23
**concluded**
61:10
**conditioning**
30:15
**confirmed**  8:5
**confuse**  54:13
**confused**  54:12
**consider**  24:4
40:10
**constitute**  5:25
**cont'd**  3:1
**contact**  19:22
**contend**  44:2
**continue**  7:22
36:4
**contract**  13:23
15:22 25:4,9
34:16 35:14,24
36:1 47:21,24
53:4
**contradictory**
54:7,11

**contradicts**
47:11
**contrary**  47:16
**conversation**
25:16 37:3,11
**conversations**
23:8
**copies**  32:5
61:5 64:14
**copy**  4:9,12
61:1
**corn**  43:13
51:17
**correct**  8:10
15:11 18:5
25:4 30:5 32:3
32:25 35:14
41:3,25 42:21
46:18 47:18
55:14,18,22
56:9 57:4 59:9
61:2 66:8
**corrections**
66:6
**cost**  34:5 40:2
**costs**  25:14,19
25:20 26:3,12
26:16 31:21,25
32:6 41:6,10
**counsel**  7:9
11:15,17 19:12
35:10 62:11,14
63:7,10 64:14

**couple**  50:19
**court**  1:1
**coworker**
39:22
**cs**  64:15
**cucumber**  43:5
55:17 58:10
59:7,8 60:11
**cucumbers**
55:21 58:11
59:7
**cumber**  43:5
**curious**  14:14
**current**  12:23
16:11,25
**currently**  16:10
16:14 17:11,15
**cutting**  56:16
56:19
**cv**  1:11

**d**

**d**  4:1,18,18 5:1
**damaged**  56:2
**date**  1:19 12:19
65:24 66:12
**dated**  62:24
63:24
**david**  2:18 6:7
**dawson**  2:4,6,9
6:9 31:8 64:1,2
**dawsonmorto...**
2:9,10 64:2

**day**  20:4 23:25
26:23 27:3,7
28:15 66:15
**days**  27:6 64:16
**decatur**  1:23
5:10
**decided**  30:19
36:11
**declaration**
22:18,25 47:17
**declare**  66:4
**deemed**  66:6
**defendants**
1:16 2:13 4:16
6:6,8 18:24
24:18 47:21
50:25 52:15,24
**define**  25:19
**degree**  53:12
**delgado**  48:25
**department**
22:7 40:13
**deponent**  64:13
66:3
**deposing**  64:13
**deposition**  1:18
5:6,23 7:11,18
7:25 8:9,15
9:24,25 16:20
22:10,14 23:10
23:20,23 31:11
31:24 62:1
**depositions**
8:15

description  4:8
  4:19
details  13:2
determine
  19:12
different  13:20
  43:16 46:7
  47:15 51:14
digital  62:8
  63:3
dining  29:18
dinner  29:13
  29:14,23
directly  54:6,10
discuss  20:13
  53:23
discussed  18:1
  18:7 19:17,21
discussions
  54:23
district  1:1,2
division  1:3
dlerner  2:23
document
  22:16,16 23:1
  41:10
documents
  22:13
doing  17:15
  21:13 53:5,8,9
dollar  34:12
dollars  27:12
  28:6 41:14

don  14:11,12
  14:14
drink  34:24
drive  31:4
  44:20 48:14
driver  27:19
  44:18
drove  31:1
duluth  16:21
duly  7:5 62:5
duties  45:16,22
  45:23 46:8
duty  44:22

**e**

e  2:1,1 3:1,1 4:1
  4:7,18,18,18,18
  5:1,1 18:12
  19:5 48:4,17
  61:1 65:3,3,3
earlier  8:15
  9:10 11:3
  21:25 24:3
  25:15 31:8,23
  34:11
earn  36:4
eat  29:16
effect  43:23
either  18:2
  19:17 49:12,14
  49:17
electronic  19:7
  48:4,18 61:5

electronically
  29:4
elements  42:8
emmanuel
  49:11
emotional
  10:10
employed
  16:13 62:11,14
  63:8,11
employee  62:13
  63:10
employer  15:7
  16:25 17:12
  23:5 24:5
employment
  12:23 18:19
english  6:23
  7:14,16 11:14
  20:25
enjoyable  50:7
entered  47:22
entire  9:25
  13:13
entitled  44:13
equipment
  41:21,24 43:2
  50:23 51:2,7
errata  64:11,13
  64:16
erratas  64:15
es  62:4
esparza  40:6
  41:15

esquire  2:4,5
  2:17,18 64:1
et  5:8,9 64:4,4
  65:1,1 66:1,1
evening  27:9
evidence  7:21
evidentiary
  5:22
exact  27:20
  34:12 58:18
exactly  27:24
  40:17 44:20
  54:15 59:20
examination
  4:2 7:19 8:6
  50:17 53:18
examined  7:7
example  58:10
  59:6
except  7:23,24
excuse  27:11
  43:5
exhibit  4:9,12
  4:15 11:9,10
  31:7,11,12,12
  46:12 47:2,7
expenses  32:6
  34:19
expensive
  29:13 32:7
experience
  38:19
explain  53:2

[eyes - growers]                                                    Page 6

| | | | |
|---|---|---|---|
| **eyes** 13:7 | **finish** 8:24,25 | **fruit** 1:10 2:13 | 59:23 60:2 |
| **f** | 9:6 29:10 | 5:8 64:4 65:1 | **godfather** |
| **facebook** 18:16 | **finished** 25:9 | 66:1 | 14:20 |
| 18:18,21 19:5 | 36:2 53:24 | **full** 12:7,17 | **going** 11:8,24 |
| **fails** 64:18 | **first** 4:16 7:5 | **further** 62:13 | 12:3 16:24 |
| **fair** 9:7,15,20 | 8:9 15:13,17 | 63:9 | 24:2 25:1,14 |
| 54:14 | 26:23 27:3 | **g** | 26:10 27:13 |
| **false** 10:4 | 29:11 32:19 | **g** 5:1 | 31:7,10 34:23 |
| **far** 31:16 | 37:6 40:8 | **ga** 1:23 2:21 | 36:17 38:24 |
| **fare** 26:24 28:2 | **fisher** 2:19 6:6 | **garcia** 1:5 2:2 | 40:1 47:6 54:3 |
| **fares** 27:22 | 6:8 | 4:10,13 5:7 | 56:12 59:23 |
| **farm** 17:11 | **fisherphillips...** | 9:10,13,24 | **good** 5:2 10:17 |
| 41:20 42:21 | 2:22,23 | 12:22 21:24 | **gotten** 58:24 |
| **farms** 51:21 | **five** 27:6 | 48:5 64:4 65:1 | **gracias** 43:15 |
| **february** 24:23 | **fix** 20:15 | 66:1 | **grimes** 3:3 6:16 |
| 35:17,20 37:15 | **floor** 55:11 | **garzo** 36:15 | 6:16 |
| 37:20 40:24 | **focused** 45:22 | **gas** 27:22 | **group** 19:16 |
| **federal** 7:20,21 | **follow** 53:17 | **generally** 45:9 | 20:7,14 |
| **fee** 27:20 | **follows** 7:7 | **georgia** 1:2 | **growers** 1:12 |
| **felt** 14:25 | **followup** 58:17 | 5:10,13 16:19 | 2:14 15:5,10 |
| **field** 38:24 | **food** 27:8 | 62:19 | 15:14,18,25 |
| 52:11 56:16,20 | **foregoing** 62:3 | **getting** 16:22 | 18:19,23 22:4 |
| **figured** 21:12 | 62:4 63:4 66:5 | **give** 8:20 11:23 | 24:4,23 25:12 |
| 29:6 | **forklift** 44:18 | 11:24 12:3 | 25:21 26:13 |
| **file** 1:10 | 44:21 | 21:15 49:22 | 30:5,21 31:5 |
| **filed** 18:23 19:8 | **form** 7:23 18:8 | **given** 66:9 | 31:21 32:1,7,8 |
| 22:6 47:8 | 51:3,10 52:1 | **go** 8:16 13:17 | 32:13,20,24,25 |
| **financially** | **four** 58:20 | 13:20 26:24 | 33:13 34:14,19 |
| 62:15 63:11 | **francisco** 13:16 | 33:10,11 35:12 | 38:5 41:6,11 |
| **find** 15:16 | 13:17,25 14:6 | 35:13 38:24 | 41:18 43:17 |
| **fine** 12:1,5 13:3 | **free** 39:7 | 41:5 48:13 | 47:21 55:22 |
| 26:5 34:25 | **frequently** 17:8 | 49:22 51:23 | 56:6 57:14 |
| | **fresley** 20:24 | 53:11 58:9 | 58:11 59:9,16 |
| | | | 60:17 |

**grown**  42:20
43:17 55:22
56:6 58:11
59:8 60:16
**guerrero**  48:22
**guess**  20:10
**guys**  46:6 49:22
60:3

## h

**h**  4:7 15:24
65:3
**hamilton**  1:11
1:12,13 2:14
2:15,15 15:5
15:10,14,18,24
18:19,23 22:3
24:4,9,23
25:12,21 26:13
30:4,20 31:5
31:20 32:1,6,8
32:12,20,24,25
33:12 34:14,18
38:4 41:6,11
41:18 43:17
47:20 55:22
56:6 57:14
58:11 59:9,16
60:17
**hand**  6:20
31:10
**happened**
48:15 57:3

**happy**  21:15
**hard**  29:11
**head**  8:21
**hear**  37:4
**heard**  8:16
36:14,14 43:22
43:25 53:7
**hearing**  6:18
**heller**  2:17 4:3
4:5 6:5,5 7:10
7:15,17 8:2,5,7
8:8 11:7,17,21
12:1,5,6,11,15
12:21,25 13:3
13:5,8,9 14:25
15:4,6,9 16:4
16:24 17:1
20:21,23 21:12
21:17,19 24:14
24:16 25:10,24
26:1,5,9 28:5,8
28:11 30:9
33:3 34:1,22
34:25 35:4,11
36:9,19 37:2
37:18 38:12
39:6 42:4,15
43:14,21 47:1
47:5 49:21
50:6,13,22
51:3,10,25
52:9 53:16,19
54:6,10,13,19
54:21 55:3,9

56:8,18,24
57:12,19 58:8
58:14,17,22,25
59:4,5,10,14,22
60:2,9,19 61:4
**help**  22:13
**helpful**  9:2
**hendrick**  3:4
6:15,15
**hereto**  62:15
63:11 66:7
**hernandez**
13:16,18,25
14:6
**hmm**  44:15
45:19
**hold**  54:7
**holdings**  1:14
2:16
**home**  16:5 25:3
25:12,20 26:12
32:1,12,21,24
33:4 34:3,19
35:12,13 37:21
38:1 41:11
**hotel**  27:7
28:16,16,17,20
28:25 29:3,3
**hotels**  29:8
**hour**  35:1 44:4
**hours**  46:17
**house**  16:8,18
16:23 17:2,5,9
17:22 26:24

27:2 28:3
37:22,24
**how'd**  14:14
15:17
**huh**  28:5
**hundred**  27:12
27:17,18

## i

**idea**  24:19
**identification**
11:11 31:13
**identify**  6:4
**illegally**  15:20
**imagining**
14:18
**immediately**
53:23
**impact**  10:7,11
**implements**
41:20
**imposed**  39:16
**impossible**
40:20
**improper**  58:23
**inaccurate**  10:3
**include**  46:7
**included**  26:21
**includes**  45:11
**incorrect**  44:3
**individual**
36:11 37:15
**individuals**
52:5

infested  38:20
inquire  40:15
insane  54:16
intended  5:20
interested
  62:15 63:12
interpretation
  9:1
interpreter  3:5
  6:19,22,24
  8:25 11:5
  12:13 15:2
  16:2 24:13,15
  25:8 26:7 28:4
  28:7,9 30:7
  33:2,23 36:6
  36:13,25 37:17
  38:10 39:4
  42:2,10,13
  43:8,10,12,19
  50:11,15 51:4
  51:11 52:2,16
  52:19 54:8
  55:2 56:12,14
  57:7,9,17 58:6
  59:2,11,19
interrogatories
  4:16 47:14,16
interrogatory
  11:14 19:15
  22:20,25 24:19
invoices  41:10
involved  52:7

iseal  49:13
issue  12:22
issues  10:15
it'd  44:24

**j**

james  6:11
january  24:23
  35:17,20 37:15
  37:20 40:24
jasmine  1:24
  5:3 62:2,17
jealous  50:13
jim  2:5,10
joaquin  48:21
job  1:25 15:16
  41:18 42:5,24
  43:15 44:22
  45:4,16,21,22
  45:23 46:6,8
jobs  46:1
jonathan  4:21
  18:3 19:1 31:2
  31:2,4 38:14
  48:18
jose  39:22 49:2

**k**

ken  24:6
kenda  1:13
  2:15 24:10
kent  1:12 2:14
kind  19:20,24
  41:14 42:5

knew  39:7
knoepp  2:5
  6:11,11 14:22
know  8:16 9:5
  14:3,17 22:1
  22:22 23:15,18
  24:10,12 29:11
  29:11 36:7
  45:16 46:4
  48:1 59:15,20
knowledge
  31:19 35:16
  36:10 37:14
  41:2 46:16
  62:10 63:6
known  14:5
knows  54:15

**l**

l.p.  1:13,14
  2:15,16
labor  22:7
land  38:11
  39:13
late  38:23
laura  63:2,15
law  53:12
laws  5:22
lawsuit  18:2,4
  18:22 19:3,8
  21:21,21 44:3
  48:6,19
learn  15:17

lease  40:1
leave  19:25
  26:24 34:14,15
  36:17 38:22
  59:25
leaving  20:3
legal  64:23
lerner  2:18 6:7
  6:7
leveling  37:25
license  48:14
life  13:13
light  29:14
line  43:5,6,13
  51:17,17,17
  55:17,18,18
  57:3,11 58:3
  58:10 59:7,8
  59:17 60:11,12
  60:14,16 65:4
  65:7,10,13,16
  65:19
lines  41:22 42:7
  42:16,19 43:4
  43:16 45:14
  51:15,23 55:13
  55:22,24 56:3
  56:6,16
listed  24:18
listen  9:9
little  15:1
live  16:21
  17:19 38:4,17
  40:23

| | | | |
|---|---|---|---|
| **lived**  38:6,13 | 55:7,10 | 32:14 45:6,12 | **minutes**  49:23 |
| 41:2 | **maintained** | **means**  5:24 | **mm**  44:15 |
| **lives**  17:22 | 41:20 51:2 | 22:22 48:4 | 45:19 |
| **living**  17:25 | 55:13 | **mechanic**  53:9 | **moment**  50:9 |
| 38:19 | **maintenance** | 55:5,11,12 | 54:7 |
| **llc**  1:15,15 2:6 | 38:1 45:3,11 | **mechanical** | **monday**  24:1 |
| 2:16,16 24:12 | 46:8 52:6 | 30:15 41:20,24 | **money**  29:4,5 |
| 24:14 | **majority**  42:23 | **medications** | 36:4 |
| **llp**  1:21 2:19 | 55:16 56:5 | 10:6 | **monterrey** |
| **located**  41:16 | 59:7 | **meet**  23:17,19 | 26:24,25 27:5 |
| **location**  1:21 | **make**  21:7 | **memory**  10:14 | 27:15 28:18,24 |
| **long**  15:11 | 27:14 32:8 | 10:15,18 | 29:8,17 30:1 |
| **look**  24:17 | 46:11 47:6 | **message**  19:7 | 30:20 31:5 |
| **looked**  31:8 | **makes**  26:22 | 21:10 | 32:1 33:24 |
| **looking**  21:9 | **making**  14:3 | **messages**  19:11 | 41:7 |
| **lopez**  48:24 | 58:22 | 19:17,20 20:24 | **morin**  63:2,15 |
| **lot**  36:7 42:7 | **man**  46:4 | 21:4 | **morning**  27:8 |
| 45:11 46:7 | **manner**  5:23 | **messenger** | **morton**  2:4,6 |
| 55:24 | **mario**  36:15 | 18:22 19:6 | 4:4 6:9,9 8:1,3 |
| **lunch**  27:9 | 40:6 41:15 | **met**  8:9 | 11:4,20,22 |
| 29:12,22 | **mark**  11:9 | **mexico**  16:5,9 | 12:2,9,12,24 |
| | **marked**  11:10 | 16:10,17,18,19 | 13:1,4,6 15:8 |
| **m** | 31:12 | 17:5,9,22,25 | 16:1 20:20 |
| | **married**  17:17 | 26:25 27:3 | 21:9,14 25:7 |
| **m**  4:18 | **martin**  2:17 | 28:3 32:15 | 25:22 26:4 |
| **machine**  20:15 | **marty**  6:5 8:8 | 33:8 34:7,8 | 30:6 33:1,22 |
| **machinery** | 54:4 58:12 | 37:23 48:16 | 34:23 35:3 |
| 41:22 | **masonry**  37:25 | **mheller**  2:22 | 36:5,12,24 |
| **made**  31:21 | **matter**  5:7 | **michael**  46:3 | 37:16 38:9 |
| 47:1 53:3 66:5 | 19:13 | **middle**  1:2 | 39:3 42:1,9,12 |
| **mail**  18:12 19:5 | **mccabe**  3:5 | **mind**  14:23 | 43:7,18 47:3 |
| 48:4 | 6:22 | 52:19 | 49:25 50:18 |
| **mails**  48:17 | **mean**  13:1 | **minute**  21:3 | 51:6,13,18,19 |
| **maintain**  42:6 | 14:22 24:7 | | 52:4,18,21 |
| 43:3,15 45:14 | | | |

53:14,20 54:4
54:12,17,25
55:8 56:7,21
57:16 58:5,12
58:16,19,24
59:18,25 60:22
61:3 64:1
**moultrie** 33:11
33:14,24,25
34:15,19
**move** 40:16,19
40:21 42:8,20
59:1
**moved** 42:16
**moving** 40:10
40:11

**n**

**n** 2:1 3:1 4:1,18
5:1
**name** 5:2 8:8
11:25 12:7,17
13:11,17,20,24
15:7 24:18
29:1 31:14,15
38:8 39:22
**names** 13:11,15
14:6
**ne** 2:20
**nearly** 55:20
60:15
**necessarily**
20:8 37:1 57:5

**necessary**
44:21 66:6
**need** 9:4 20:17
25:23,24 46:11
57:7 59:2 61:4
**needed** 36:8
43:2 44:25
51:20 57:14
**neither** 62:11
63:7
**nickname** 14:9
14:13,14 50:14
**norman** 30:1
46:3
**notary** 5:12
62:18 66:13,19
**note** 64:10
**noted** 6:25 66:7
**nuh** 8:21
**nursery** 38:7
38:11 39:2,8
39:17,19 40:2

**o**

**o** 4:18 5:1
**oath** 11:2
**oaths** 5:13
**object** 13:4
42:1 51:3,10
51:25,25
**objection** 5:15
6:18 11:4 15:7
16:1 25:7 26:4
26:6 30:6 33:1

33:22 36:5,12
36:24 37:16
38:9 39:3
43:18 54:25
55:8 56:7
57:16 58:5
59:10,18
**objections** 7:23
58:23
**obligated** 11:3
**observing** 9:23
**obtained** 29:25
**occasion** 37:4
37:13
**occasionally**
16:15
**odor** 30:16
**offensive** 54:4
**offering** 15:21
**officer** 62:1,2
**oh** 14:19 31:1
39:10
**okay** 7:17 8:2
8:12,12,14,17
8:19,22,23,24
9:2,4,12,15,19
9:23 10:2,14
10:20 11:2,8
11:17,21 12:5
12:25 13:8,15
13:20 14:2,5,9
14:13,25 16:13
16:19,22 17:5
17:8,14,17,19

18:1,14,16
19:15,20 20:21
21:14,24 22:6
23:8,17,25
24:2,17,22
25:12,18 26:8
26:10 27:18
28:2,12,15,23
29:2,20,25
30:4,10,12,23
31:3,7,9,19
32:5,10,12
34:2,10,18,22
35:3,4,22,25
37:10,19 38:3
38:17 39:13,23
39:25 41:1,7
42:5,23 43:1
43:10 44:2,12
45:21 46:6,25
47:10,20 48:1
48:8,15,21
49:8,15,25
51:14 53:7
55:4,16 56:19
57:13 58:9,22
58:25 59:6,15
59:22 60:12,24
**old** 14:18 40:19
**older** 14:24
15:3
**olguin** 1:6,18
2:3 4:10,13 5:7
7:4,12,14,15,16

**[olguin - preparation]** Page 11

7:18 12:18
13:11 14:7
64:5 65:2,24
66:2,4,12
**olguin's** 4:15
**omar** 36:15
**once** 29:25
**one's** 17:25,25
**ones** 22:21,23
24:21 45:18
**opportunity**
15:17,24
**oral** 7:19
**order** 39:17
61:1
**original** 61:4
**outcome** 62:16
63:12
**outside** 51:20
52:7
**overtime** 44:7
44:10,13,16
**owed** 52:15,24
**own** 17:7 30:25
31:1 38:1
39:10 45:22,23

**p**

**p** 2:1,1,18 3:1,1
5:1
**p.m.** 1:20 5:5
35:6,9 50:2,5
60:5,8 61:7,9

**pablito** 14:10
14:11,12,14
**pablo** 1:5,18
2:3 5:6 7:4,11
7:18 8:12
12:18 13:11
14:6 50:6 64:5
65:2,24 66:2,4
66:12
**packing** 42:17
42:19
**padilla** 49:15
**page** 4:2,8,19
18:16,18 65:4
65:7,10,13,16
65:19
**paid** 29:8,22
30:4 31:25
32:2,24 33:4
33:21,24 34:20
40:7 41:10,15
44:3,10 46:17
**paper** 29:4
**park** 30:1
**part** 19:16
21:25 22:1,2
41:18 44:2
51:8
**particular**
37:14 59:17
**parties** 5:14,16
62:12,14 63:8
63:11

**partner** 6:5
**party** 21:20
**pay** 4:9,12 27:6
27:11,16 29:2
29:3,4 33:16
33:18 40:5
44:7,16 46:12
46:16 52:14,24
53:3,21 55:4
**paying** 27:4
33:25 39:25
40:2
**payment** 39:16
**payments**
31:20
**paystubs** 23:4
**peachtree** 2:20
**people** 15:3
35:17,20 36:1
36:8 38:24
45:2,8,13 46:9
56:15,19
**pepper** 43:6
51:17 55:18
**peppers** 55:21
**period** 13:12
52:10
**permitted** 5:20
7:20
**person** 15:19
15:20,23 46:1
**personal** 10:11
35:16 36:10
37:14

**personally** 37:3
37:11
**personnel**
14:15
**pesos** 27:1,2,7
27:15,24 28:4
28:15
**ph** 36:16
**phillips** 2:19
6:6,8
**phone** 21:8
**photos** 27:12
**physical** 10:10
**pick** 45:12
48:13
**picking** 56:17
**places** 29:18
44:16
**plaintiff** 18:4
**plaintiffs** 1:8
2:2 6:10,12
**please** 6:3,20
9:16 10:22
59:3 61:3
**plenty** 59:21
**point** 9:5 13:10
21:16 30:19
**poorly** 54:5
**position** 47:20
**posted** 18:18
**prefer** 30:20
**preparation**
23:1,6

**[prepare - recently]**                                    Page 12

| | | | |
|---|---|---|---|
| **prepare**  22:9 22:13 | **process**  55:24 | **purpose**  20:6 | **raise**  6:20 |
| **prepared**  63:3 | **processed** 55:24 56:11 59:8 | **purposes**  7:19 | **raised**  40:9 |
| **present**  3:2 18:1 | **processing** 27:12 51:7,14 55:14 | **pursuant**  7:19 | **ramos**  1:5 2:2 4:10,13 5:8 9:10,13 12:22 21:24 48:5 64:4 65:1 66:1 |
| **presently**  17:20 | **produce**  1:13 2:15 19:10 42:16,20 43:16 50:25 51:20,21 51:23 52:7 55:14 56:5 57:13,15,22,23 58:1,3,9 | **put**  39:13,17 40:2 57:10 58:3 | **ramos's**  9:24 |
| **presley**  19:22 20:25 21:1,2,5 | | **q** | **raphael**  46:4 |
| **previous**  22:1,3 31:11,24 | | **qualified**  62:7 | **rate**  43:23 52:14,24 53:3 53:21 55:5 |
| **previously** 11:23 | | **question**  7:24 8:25 9:1,6,16 9:20 10:21 16:23 24:3 31:23 49:19 51:12 54:14,15 54:18 58:15,20 60:10 | **rather**  8:20 |
| **primarily** 42:20 45:22 | **produced**  5:18 19:13 | | **read**  8:4 60:24 64:9 66:5 |
| **primary**  20:6 44:22 45:4 | **product**  56:17 58:4 | | **real**  8:17 38:23 40:18 41:5 56:2 |
| **printout**  31:14 | **production** 35:21 55:25 57:2 59:17 | **questioning** 53:24,25 54:24 59:1 | **really**  14:13 |
| **prior**  23:20,22 37:8 48:5,11 54:11,23 62:5 | **products**  37:7 | **questions**  8:19 9:9,12,13 10:7 10:12,24 20:12 50:9,19 53:15 53:20 54:3,22 60:20 | **reason**  10:20 10:23 38:21 64:11 65:6,9 65:12,15,18,21 |
| **private**  30:11 | **properties**  1:14 2:15 24:10 | | **reasons**  30:21 |
| **probably**  16:22 | **property**  40:11 41:15 | **quick**  35:2 41:5 | **recall**  22:2 43:1 |
| **problems**  10:11 10:14 30:14,15 | **provide**  13:7 32:5 | **quickly**  8:17 | **receipt**  64:17 |
| **procedural** 5:21 | **provided**  11:15 | **r** | **receipts**  29:7 32:6 41:9,13 |
| **procedure**  7:20 | **public**  62:18 66:19 | **r**  2:1 3:1 4:18 5:1 65:3,3 | **receive**  19:21 |
| **proceed**  7:9 35:10 | **pumpkin**  43:9 | **radford**  1:21 | **received**  19:17 58:2 |
| **proceeding**  5:4 5:19 61:10 63:4 | | **rafael**  48:21 | **recent**  22:25 |
| **proceedings** 62:3,5,6,9 63:6 | | | **recently**  22:19 23:1 |

**recollection**
29:21
**record** 5:4,5,16
6:4 12:8,17
35:1,6,7,9
49:22 50:1,3,5
50:10 54:20
60:5,6,7 61:7
62:9 63:5
**recorded** 5:23
62:6
**recording** 5:18
62:8 63:4
**records** 29:7
41:9,13 46:12
46:16
**reduced** 62:7
**refer** 25:18
**reference** 14:19
31:7
**referenced** 64:6
**reflect** 31:20
46:16
**regarding** 19:2
19:7 23:19,22
41:14 48:5,19
**regardless**
22:24
**regular** 43:3
**reimbursed**
32:8
**related** 55:17
62:11 63:7

**relative** 62:13
63:10
**remember**
24:24 25:15
26:10,11 28:25
34:12 47:25
**reminder** 29:10
**remodeling**
17:16
**rent** 17:4 39:13
**repack** 51:1
57:3
**repackaged**
51:20
**repackaging**
56:1
**repacking** 57:3
**repair** 43:2
45:3
**repaired** 41:20
50:22 51:2,24
**repeat** 10:22
59:2
**replace** 57:14
**reported** 1:24
**reporter** 5:2,3
6:13,17 7:1,8
35:5,8 50:1,4
60:4,7,21,24
61:6
**represent**
11:13
**representative**
3:3,4

**request** 9:5
**requested**
62:21
**required** 26:3
66:13
**reserve** 8:4
30:24
**reserved** 7:24
61:8
**reside** 16:10
**residence** 17:3
**respect** 12:22
14:23 55:4
59:6
**respond** 54:22
**response** 53:8
54:3 58:18
**responses** 4:15
11:14,18 12:3
12:4,10 19:16
22:20,25 24:19
**responsibilities**
51:9
**rest** 53:7
**restaurants**
29:16,19
**return** 17:8
64:13,16
**review** 22:13
23:1,4 46:25
47:6,7 62:21
64:7
**reyes** 49:3

**ride** 33:15
**ridiculous**
58:24
**right** 6:20 8:4,5
8:8,14 9:22,23
11:12,23 12:7
12:16,16,21
13:10 19:10,18
21:7 24:2,17
25:1,6,11,13
26:15,19,21
27:13 28:4
29:12,21,25
31:3,10,16,16
36:11 38:3
41:24 42:19
47:12 48:3
49:18,21 50:6
50:20 53:9,16
54:18 55:4,20
59:22 60:10,14
60:19,21
**rivera** 49:2
**rolls** 42:14
**room** 38:23
49:23 54:2
60:3
**rules** 5:22 7:20
7:21 8:15,16
**run** 51:1,1 56:2
59:12 60:16
**running** 60:14

| s | | | |
|---|---|---|---|
| **s** 2:1 3:1 4:7,18 4:18 5:1 65:3 | **sheet** 64:11 | 56:20,25 57:1 64:4 65:1 66:1 | 37:15 39:10 |
| **sanchez** 49:8 49:11 | **side** 31:17 | **spanish** 3:5 6:23 7:13 | **stenographic** 5:24 |
| **sandoval** 49:13 | **sign** 8:4 60:25 64:12 | 14:24 21:11 47:8 | **stinking** 30:17 |
| **sanitation** 45:17 | **signature** 61:8 62:16 63:14 | **speaking** 7:13 21:11 58:23 | **stipulate** 11:18 |
| **sat** 8:9 | **signed** 22:19,23 64:19 | **specifically** 36:22 | **stipulating** 12:2 |
| **saying** 8:21 | **significant** 43:1 | **sprockets** 20:17,20,21 | **stipulation** 5:25 |
| **scheduling** 19:23,24 | **similarly** 1:7 | 42:14 | **street** 2:7,20 |
| **scott** 1:21 | **single** 49:19 | **squash** 43:7,10 51:17 55:17,21 | **stubs** 23:7 |
| **season** 32:13 32:14 35:14 | **sir** 60:25 | 60:12,14,15,16 | **subscribed** 66:14 |
| **seasons** 37:20 | **sit** 9:24 | **standing** 15:6 | **subsistence** 26:3 |
| **see** 31:14,16 36:21 | **situated** 1:7 | **start** 11:8 26:23 | **substitute** 57:18,21 |
| **seems** 39:24 | **six** 27:6 | **started** 15:13 27:4 | **suddenly** 54:15 |
| **send** 19:25 | **sixth** 2:7 | **starting** 6:3 | **suite** 1:22 5:10 |
| **sense** 17:14 | **skills** 62:10 63:6 | **state** 12:7,16 50:10 62:19 | **supervisor** 45:25 46:3 |
| **sent** 22:21 64:14 | **smell** 30:18 | **statement** 22:17 | **supervisors** 36:15 |
| **separate** 51:8 | **solutions** 64:23 | **states** 1:1 15:22 17:2,20 | **sure** 10:23 12:11 14:3 |
| **settlement** 21:25 22:3 | **somebody** 14:24 | **stay** 24:25 28:16,20,21 | 15:1 21:7 27:14 |
| **seven** 27:6 | **son** 19:1,11 23:13 48:18 | 35:17,20,23 36:8,11 60:3 | **surname** 46:5 |
| **several** 28:22 36:14 43:4 45:5,6 | **sorry** 24:13 25:20 28:8 50:7 52:16 | **stayed** 13:22 28:23 36:3 | **swear** 5:14 6:18 |
| **shaking** 8:21 | **sort** 25:18 58:4 | | **sworn** 5:16 6:22 7:5 62:5 66:14 |
| **shed** 42:17,20 | **sound** 8:22 9:7 | | |
| | **sounds** 33:20 46:6 | | |
| | **southern** 1:10 2:13 3:3,4 5:8 24:8 44:17 | | |

| t | | | |
|---|---|---|---|
| **t** 4:7,18,18 65:3 65:3 | **term** 14:23 | **thought** 10:3 14:19 | **together** 31:4 |
| **take** 5:4,12 9:4 9:7 30:12,20 32:20 35:2 | **testified** 7:7 10:3 35:13 47:15 | **thousand** 27:17 27:18 | **told** 11:19,22 15:23 21:18 22:5 30:21 36:22 40:17 45:10 47:12,17 49:18 50:22 54:22 |
| **taken** 5:7 7:18 62:3,12 63:9 | **testifying** 62:5 | **threatening** 36:16 | |
| **talk** 23:10,13 25:11 26:11 42:5 46:12 48:11 49:5 59:23 60:2 | **testimony** 47:10 54:11 64:9,17 66:8 | **three** 11:25 56:5 | **tone** 36:16 |
| | **text** 48:4 | **till** 56:22 | **took** 11:2 21:3 32:19 |
| | **texting** 19:6 | **time** 1:20 6:2 7:24 13:14,24 15:11 20:1,2 20:11 23:22 32:17 33:7 37:10 52:10 64:18 | **top** 24:18 |
| **talked** 24:22 25:14 34:10 51:14 52:9 | **texts** 48:17 | | **tovar** 4:21 48:19 |
| | **thank** 6:17,21 7:1,2,8,10 15:8 20:21 25:1 31:3 40:23 43:10,22 50:12 50:16 | | **town** 15:21 |
| **talking** 22:18 22:19 41:5 50:7 | | | **trailer** 38:6 39:2,8,9,11,17 39:18,20 40:2 40:10,18,23 41:16 |
| | | **timeframe** 14:3 35:22 64:8 | |
| **tallahassee** 33:7,9,13,14,25 34:2,7 | **thanks** 52:20 | **times** 20:3,4 58:20 | |
| | **theirs** 59:13 | | **tran** 61:1 |
| | **thing** 34:8,9 45:10 47:14 55:23 | **timothy** 3:4 6:15 | **transcriber** 63:1 |
| **tapia** 49:13 | | | **transcript** 5:18 7:25 61:2 62:21 63:3,5 64:6,19 66:5,8 |
| **tasks** 45:24 | | **tissue** 25:22 | |
| **telephone** 18:10 | **things** 20:13 27:5 42:6 45:11 46:9 | **title** 46:7 | |
| | | **today** 8:19 10:6 10:12,21,25 21:22 23:2,6 23:11,15,20,22 46:13 47:10,12 47:15,17 48:5 48:12 49:19 50:7 | **transcriptionist** 62:8 |
| **tell** 7:6 9:16,19 11:3 23:9 26:15 32:6,10 34:18 54:2 | **think** 10:2,17 15:13 16:7,22 21:9 27:10 28:13 44:12,14 46:11,13 47:3 49:23 52:9 53:7 54:5 56:21 57:25 59:23 | | |
| | | | **translate** 6:23 12:9 |
| | | | **translates** 42:12 |
| **telling** 34:6 | | | |
| **tennessee** 46:20 46:23 | | **today's** 16:20 22:9,14 | |

**translating**
29:10
**translation**
56:23
**translations**
11:14
**travel** 4:9,12
16:19 25:11,14
25:19 26:12,15
27:15 31:21,25
41:6,11
**trip** 32:23
**true** 52:5 62:9
63:5 66:8
**truth** 7:6,6,7
11:3 47:12,17
49:18
**truthfully** 10:8
10:12,21,24
**trying** 20:11,12
21:7
**two** 24:9,21
27:17,18 38:15
53:16
**type** 17:14 19:6
37:11 41:10
45:2
**types** 20:13
43:2,16 46:8
**typewriting**
62:7
**typically** 58:10

**u**

**u** 4:18,18
**u.s.** 22:7
**uh** 8:21,21,21
**under** 5:21
15:22,24 50:8
**understand**
5:17 9:12,16
9:20 11:2
19:15 20:12
26:5 27:14
51:12 57:25
**understanding**
35:25 52:13,23
53:2
**understands**
12:12
**understood**
9:21 44:18
**united** 1:1
15:21 17:2,20
**university**
53:11
**unusual** 44:24
**urtado** 49:16
**used** 7:25 64:19
**uses** 5:20

**v**

**v** 1:9 64:4 65:1
66:1
**vague** 13:2
**valdosta** 1:3

**valley** 1:10
2:13 3:3,4 5:8
24:8 44:17
56:20,25 57:2
64:4 65:1 66:1
**vast** 42:23
55:16 56:5
59:7
**vegetable** 1:11
2:14 5:8 64:4
65:1 66:1
**vehicles** 55:7
**verbally** 18:9
**verify** 64:9
**veritext** 5:4
64:23
**veritext.com.**
64:15
**versions** 36:14
**versus** 59:16
**villareal** 49:9
49:11
**visa** 15:24 30:1
**vs** 5:8

**w**

**wage** 43:23
**wait** 56:22
**waiting** 29:17
**wake** 38:24
**walk** 27:13
**walls** 37:25
**want** 8:16 13:1
13:6 23:9,18

25:18 38:17
41:5 46:12
59:25 60:11
61:1
**wanted** 25:6
36:3
**wants** 34:24
**warehouse**
14:15,16 15:3
38:22 41:23
43:4 50:23
51:8
**way** 47:15
**we've** 35:1
**wednesday**
1:19 5:9
**week** 13:22,23
39:16 40:7
41:14
**went** 8:14
13:24 25:3
27:22,23 55:21
**whatsapp** 4:20
18:14,15 19:2
19:5,11,16
20:7,13 48:4
48:17
**whatsoever**
10:23
**wife** 17:19
**witness** 5:14,16
5:17 7:5,14,16
11:5 12:13
15:2 16:2

24:15 25:8
26:7 28:9 30:7
33:2,23 36:6
36:13,25 37:3
37:17 38:10
39:4 42:2,11
42:13 43:9,12
43:19 50:11,15
51:4,11 52:2
54:8,12,14
55:2 56:14
57:9,17 58:6
58:13 59:11,19
62:4 64:8,10
64:12,18
**witnessed**
37:11
**wk**  1:14 2:16
**wkw**  1:15 2:16
24:12
**wls**  1:11
**work**  15:18,21
15:24 16:16,18
17:11,15 19:17
19:18 20:3,3,9
34:15 36:7
37:23,25 45:3
45:3 46:20,22
49:7 51:9 53:5
53:8,9 55:16
**worked**  15:5,10
24:3,8 38:4
46:18

**worker**  36:11
52:11 53:5,6
**workers**  23:5
41:2 45:17
52:15,25
**working**  15:13
16:16,17 24:22
39:2 52:6
**would've**  51:8
52:6 55:17
**writing**  48:9
**written**  5:25
22:15,16
**wrote**  21:4

| x |
|---|

**x**  4:1,7 62:21

| y |
|---|

**yeah**  17:7 25:6
28:5,7 33:24
37:24 39:5
56:25 57:20
59:4
**year**  17:10
24:24 25:5
27:10 28:20
30:2 32:19
40:24 46:21
**years**  26:11
28:22 30:13
37:6 40:8
**yesterday**
21:15

**young**  46:4
**yucatan**  35:21
37:7

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.