IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>FILE NO.: 7:24-cv-00054-WLS |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF A BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY CERTIFICATION OF COLLECTIVE ACTION**

Pursuant to Local Rule 6.2, Defendants Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC and WKW, LLC ("Defendants") hereby move for an extension of fourteen (14) days for the filing of their brief in response to Plaintiffs' Motion for Preliminary Certification of Collective Action, for Notice to Similarly Situated Workers, and for Disclosure of Contact Information [Doc. 35]. Defendants' current submission deadline is June 19, 2025, and, with the requested extension, Defendants move for a revised submission deadline by and through July 3, 2025.

Respectfully submitted this 13th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　*s/Martin B. Heller*
　　　　　　　　　　　　　　　　　　　　　　Martin B. Heller
　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 360538

- 2 -

    David Lerner
Georgia Bar No, 853678
**FISHER & PHILLIPS LLP**
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30909
Telephone: (404) -231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendants

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF A BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY CERTIFICATION OF COLLECTIVE ACTION by electronic mail to the following counsel of record:

>Dawson Morton, Esq.
>Dawson Morton, LLC
>1003 Freedom Blvd.
>Watsonville, CA 95076
>
>James M. Knoepp
>Dawson Morton, LLC
>1612 Crestwood Drive
>Columbia, SC 29205

This 13th day of June, 2025.

<u>s/Martin B. Heller</u>
Martin B. Heller
Georgia Bar No. 360538