# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>FILE NO.: 7:24-cv-00054-WLS |

**DECLARATION OF JONATHAN T. SCHWALLS**

I, Jonathan T. Schwalls, being sworn according to law, state that the facts set forth below are true and correct to the best of my knowledge, information, and belief, and, if called to do so, could testify truthfully hereto. I have personal knowledge of the matters included in this declaration.

1. I have worked with Southern Valley Fruit & Vegetable, Inc. for over 30 years, and I currently serve as its Executive Officer directing business strategy, company culture, recruitment, and retainment.

2. Southern Valley / Hamilton Growers operates a farm in Norman Park, Georgia. There is a packing shed located on the farm. All workers in the packing shed are performing agricultural work and help prepare produce grown by Hamilton Growers for market by cleaning, sorting, packing, and shipping.

3. Hamilton Growers uses the H2A program. The H2A job orders include a list of job duties to be performed by the H2A visa workers, all of which are agricultural in nature.

4. The vast majority of produce shipped out of the packing shed is grown in Hamilton Growers fields, not purchased from other growers. Although it varies by year, at most, only roughly 20-25% of the produce that is shipped out of from the Norman Park location is purchased from other growers.

5. When outside produce is purchased, the majority of these containers are never opened in the warehouse but rather are stored temporarily only to be shipped out again to fulfill orders.

6. Workers in the packing shed perform a variety of tasks, and our timekeeping system does not require workers to log those tasks.

7. We do not maintain records of which forklift operators lift which loads or boxes, and as a result, there is no meaningful way to know which forklift operator may have moved a box of outside produce on a certain day and which have not.

8. Hamilton Growers / Southern Valley does not maintain records of when outside produce is moved on any of the produce lines in the packing shed, although this would be very infrequent.

9. We do not use H2A workers in the packing shed as mechanics.

10. Hamilton Growers / Southern Valley ships its produce on trucks to their final destination using Pack Logistics LLC, an arm of the Company which exists to handle the Company's freight functions and maintain the Company's Motor Carrier designation.

11. The forklift drivers that work on the shipping side of the warehouse are trained by their supervisors to understand the importance of safe shipping practices and to properly load

shipments so that the produced that is loaded by them is safe to be carried over-the-road and to its final destination.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

**Executed on:** 7.2.25

Jonathan T. Schwalls

Hamilton Growers, Inc.