# EXHIBIT B

Page 1

1        IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
2                  VALDOSTA DIVISION
3     ARNULFO GARCIA-RAMOS,
      PABLO CASTILLO-OLGUIN,
4     and all others similarly
      situated,
5
              Plaintiff(s),
6
      v.                    CIVIL ACTION FILE NO.:
7                           7:24-cv-00054-WLS
8     SOUTHERN VALLEY FRUIT &
      VEGETABLE, INC.; HAMILTON
9     GROWERS, INC.; KENT HAMILTON;
      HAMILTON PRODUCE, L.P.; KENDA
10    PROPERTIES, L.P.; WK HOLDINGS,
      LLC; and WKW, LLC,
11
              Defendant(s).
12
13
14        DEPOSITION OF JONATHAN CASTILLO TOVAR
15               VIA VIDEOCONFERENCE
16               MAY 7, 2025
17               12:09 P.M.
18
19
20
21
22
23
24
      Job No. CS7351730
25    Reported by:  Lori Roy, RPR, CCR

Page 2

1      A P P E A R A N C E S
2  ON BEHALF OF THE PLAINTIFFS:
3    JIM KNOEPP
4    DAWSON MORTON
5    DAWSON MORTON, LLC
6    1808 Sixth Street
7    BERKELEY, CA 94710
8    (404) 590-1295
9    JIM@DAWSONMORTON.COM
10    (Present via videoconference)
11
12  ON BEHALF OF THE DEFENDANTS:
13    MARTIN B. HELLER
14    DAVID P. LERNER
15    FISHER & PHILLIPS, LLP
16    1230 PEACHTREE STREET NE
17    SUITE 3300
18    ATLANTA, GA 30909
19    MHELLER@FISHERPHILLIPS.COM
20    (404) 231-1400
21    (Present via videoconference)
22
23  ALSO PRESENT:
24    DYALMA OCASIO, SPANISH INTERPRETER
      SOUTHERN VALLEY, DEFENDANT REPRESENTATIVES
25

Page 3

1      C O N T E N T S
2  EXAMINATION OF JONATHAN CASTILLO TOVAR   PAGE
3  By Mr. Heller                    4
4  By Mr. Morton                   61
5
6
7
8
      E X H I B I T S
9
  DEPOSITION EXHIBIT              PAGE
10
    Exhibit 12   Interrogatories      12
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1      P R O C E E D I N G S
2      THE REPORTER:  Before I swear in the
3  witness, do the attorneys appearing here in this
4  deposition acknowledge that I will be reporting
5  on this deposition remotely, and that I will
6  administer the oath to the witness remotely?
7      MR. HELLER:  We agree.
8      MR. MORTON:  Yes, that's fine.
9      (Whereupon, the Spanish interpreter
10  was duly sworn.)
11      JONATHAN CASTILLO TOVAR,
12  called as a witness, and having been first duly
13  sworn, testified as follows:
14      EXAMINATION
15  BY MR. HELLER:
16    Q.   I will get us started for the day.
17      Thank you for being here, Mr. Castillo
18  Tovar.  My name is a Marty Heller, and I'm many
19  an attorney for the defendants in this case.
20    A.   Hello, how are you doing?  Good
21  morning.
22      MR. HELLER:  For purposes of the
23  record, this will be the deposition of Jonathan
24  Castillo Tovar being taken upon oral examination
25  pursuant to formal notice.  The deposition will

Page 5

1  be taken for all purposes permitted by the
2  Federal Rules of Civil Procedure.
3      THE WITNESS:  Yes.
4      MR. HELLER:  Dawson, as we have with
5  other depositions, I assume it's okay to reserve
6  objections, other than as to form of the
7  question, until the time the testimony is used?
8      MR. MORTON:  Yes.  That sounds good.
9      MR. HELLER:  And just quickly, Dawson.
10  Jim wanted to get on the record stipulating that
11  we both agree that the oath can be administered
12  by the court reporter here to an individual
13  outside of the country that is currently sitting
14  in Mexico.
15      Do you agree to that stipulation?
16      MR. MORTON:  Yes.
17      MR. HELLER:  All right.  So before I
18  get started, just for purposes of the record, I
19  think we should go around and identify who is
20  present.
21      As I mentioned, I'm Marty Heller on
22  behalf of the defendants.  And that David Lerner
23  is here on behalf of the defendants.
24      THE INTERPRETER:  There was a lot of
25  noise.

2 (Pages 2 - 5)

Page 6

1    On part of the defendants?
2    MR. HELLER: Yes, David Lerner is here
3 on behalf of the defendants also.
4    THE WITNESS: Yes, ma'am.
5    MR. MORTON: Do you want me to go
6 next? Dawson Morton is present for the
7 plaintiffs, and my colleague Jim Knoepp is also
8 present.
9    MR. HELLER: For the record, observing
10 on behalf of Hamilton Growers, Southern Valley
11 is Clarke Hendrick and Chandler Grimes.
12    MR. MORTON: Can we just see who's
13 present?
14    MR. HELLER: Yes.
15    Can you guys, if you have a video, can
16 you come on video to wave as us?
17    MR. HENDRICK: We are having
18 complications with the camera, but I can see if
19 we can get it fixed.
20    MR. HELLER: Would you just introduce
21 yourself?
22    MR. HENDRICK: Yes, this is Clarke
23 Hendrick.
24    MR. GRIMES: Chandler Grimes.
25    MR. HELLER: Would you confirm for the

Page 7

1 record that no one else is in the room with you?
2    MR. HENDRICK: Yes, we are only ones
3 here.
4    MR. GRIMES: Yes, that's correct.
5    THE WITNESS: I can't see them either.
6    MR. HELLER: I am going to go ahead
7 and get started.
8 BY MR. HELLER:
9    Q.   Jonathan, is it okay if I call you
10 Jonathan?
11    A.   Yes, no problem.
12    Q.   Jonathan, have you ever been deposed
13 before?
14    A.   No.
15    Q.   Okay. Well, we're going to be taking
16 a virtual deposition today, which means that we
17 have a court reporter on the phone with us or on
18 the video with us, and she's going to take down
19 everything that is said for a written record
20 okay?
21    A.   Yes, that's fine.
22    Q.   So it's hard, if you've never had you
23 be deposition taken before, to understand that
24 some things don't come down in a transcript very
25 well, such as a "uh-huh" or "nah-uh" or shaking

Page 8

1 our heads yes or no.
2    So would you do your best to try to
3 say yes or no in response to questions, rather
4 than using a "uh-huh" or a "nah-uh" response?
5    A.   I understand.
6    Q.   Also, it can be difficult not to talk
7 over each other in depositions. It's easier
8 when we have a translator, but I will ask that
9 you let me finish my question before you
10 respond, and then if you can let the translator
11 finish the question before you respond to her as
12 well. Thank you.
13    A.   I understand.
14    Q.   Will you agree to tell me if you don't
15 understand one of my questions?
16    A.   Yes, that's fine.
17    Q.   And if you do answer a question, is it
18 fair for me to assume that you understood the
19 question?
20    A.   Yes.
21    Q.   Okay. And then if I ask a question
22 and you need to take a break at any point, you
23 can take breaks however frequently you need
24 them, but I ask that you answer any pending
25 question before we take a break.

Page 9

1    Is that fair?
2    A.   That's fine.
3    Q.   And your counsel may raise objections
4 during this deposition to my questions, but
5 those are for purposes of the record.
6    Will you agree to respond as required
7 by the federal rules unless you are instructed
8 by your counsel not to respond to any question?
9    MR. MORTON: I will say, Marty, he
10 doesn't know what the federal rules are but, we
11 will try.
12    MR. HELLER: I am just trying to make
13 sure that we put it on the record from the
14 beginning the understanding that your objections
15 do not mean don't answer, unless you tell him
16 don't answer.
17    THE WITNESS: Yes that's fine.
18 BY MR. HELLER:
19    Q.   Are you on any medications today that
20 would impact your ability to testify?
21    A.   No, ma'am.
22    Q.   Are there any physical, emotional or
23 personal reasons or problems that might
24 interfere with your ability to testify
25 truthfully today?

3 (Pages 6 - 9)

Page 10

1    A.   None.
2    Q.   Do you have any memory problems or
3  issues with your memory?
4    A.   Well, if I have to ask -- if I'm asked
5  about a time period that's very long, I will not
6  remember it with certainty, but I can give you
7  an approximation.
8    Q.   That makes sense.
9         When you --
10   MR. MORTON:  Sorry.  You said [said in
11  Spanish] which I think could also be a
12  translated a time very long ago.
13  BY MR. HELLER:
14   Q.   When you describe the ability to
15  remember things from a time very long ago or a
16  long time ago and have difficulty remembering,
17  how long ago do you consider a long time ago
18  where it impacts your memory?
19   A.   Possibly five years, seven years.
20   Q.   Understood.  Thank you.
21        Can you state your full name for the
22  record?
23   A.   Yes.  My name is Jonathan Castillo
24  Tovar.
25   Q.   And what is your date of birth?

Page 11

1    A.   Redacted                          .
2    Q.   Okay.  Have you been ever gone by any
3  nicknames or names other than Jonathan Castillo
4  Tovar?
5    A.   No, sir.
6    Q.   Okay.  And do you currently live in
7  Mexico?
8    A.   Yes, sir.
9    Q.   When is the last time you lived in the
10  United States of America?
11   A.   Until the year 2023.
12   Q.   Okay.  Are you married?
13   A.   No, sir.
14   Q.   Do you have any family members in the
15  state of Georgia, aside from your father?
16   A.   Yes, sir.
17   Q.   Okay.  I don't need to know their
18  names, but can you tell me the relation to you?
19   A.   One brother.
20   Q.   Other than the brother, anyone else
21  other than your father and brother?
22   A.   No, sir.
23   Q.   Okay.  And does your brother have the
24  same last name as you?
25   A.   Yes, sir.

Page 12

1    Q.   Okay.  I'm going to have my colleague
2  pull up a document that we will mark as Exhibit
3  12, which we believe is the continuing
4  deposition exhibit numbers from our prior
5  depositions.  This will be the interrogatories
6  that were completed by your counsel in English,
7  and we're going to pull this, up even though it
8  is in English, just very quickly.
9         (Exhibit 12 was marked for
10  identification.)
11  BY MR. HELLER:
12   Q.   Do you recognize this document?
13   A.   Yes.
14   Q.   You provided responses to our
15  interrogatories in Spanish around and that your
16  counsel have translated those interrogatory responses
17  into English?
18   A.   That's right.
19   Q.   Okay.  So do you agree that you
20  provided the most accurate information in
21  responses to our questions that we asked in our
22  interrogatories to the best of your ability?
23   A.   That's right.
24        MR. HELLER:  All right.  You can take
25  it down.

Page 13

1  BY MR. HELLER:
2    Q.   Sir, I want to ask you about -- you
3  mentioned in your interrogatory responses that
4  you have a Facebook page or, I'm sorry, a
5  Facebook and an Instagram page, I believe; is
6  that correct?
7    A.   Yes, that's correct.
8    Q.   Okay.  I understand that both accounts
9  are under the name Cato Castillo?
10   A.   Yes, sir.
11   Q.   Is that a nickname?
12   A.   Yes, it's a combination of my two last
13  names.
14   Q.   Okay.  Do you have friends or family
15  members that call you Cato?
16   A.   No, sir.
17   Q.   Okay.  Aside from a Facebook page and
18  a Instagram page, do you have any other social
19  media accounts?
20   A.   No, sir.
21   Q.   Okay.  To the best of your
22  recollection, have you ever posted anything on
23  social media, whether on your Instagram or
24  Facebook page, about your work with the
25  defendants in this case?

Page 14

1    A.   No, sir.
2    Q.   Okay.  When you worked in the United
3  States of America during the time frame of 2018
4  to 2023, who was your employer?
5    A.   Hamilton Grower and --
6        MR. HELLER:  I think he said Southern
7  Valley.
8        THE INTERPRETER:  Southern Valley.  I
9  just didn't under his English.  I'm sorry.
10  Southern Valley.
11  BY MR. HELLER:
12    Q.   Have you ever posted anything about
13  your employment with Southern Valley or Hamilton
14  Growers on the internet whether it's social
15  media or otherwise?
16    A.   Yes, sir, photographs.
17    Q.   Where did you post those?
18    A.   On Facebook.
19    Q.   Other than photos on Facebook, have
20  you posted anything related to your employment
21  with either Southern Valley or Hamilton Growers
22  on the internet or social media?
23    A.   No, sir.
24    Q.   And your father is Pablo
25  Castillo-Olguin?

Page 15

1    A.   Yes, sir.
2    Q.   And we took your father's deposition
3  about two weeks ago, right?
4    A.   I suppose so, sir.
5    Q.   Have you spoken to your father since
6  his deposition was taken?
7    A.   Yes, sir.
8    Q.   Okay.  And I don't want to know if --
9  about a conversation if counsel was present, if
10  your lawyer was present on the phone.
11        So my question is only about
12  conversations where a lawyer was not on the
13  phone.
14        When was the last time you spoke with
15  your father?
16    A.   Two days ago.  Family calls.  It
17  wasn't a conversation about anything like this.
18    Q.   Have you spoken with your father since
19  his deposition was taken about his deposition?
20    A.   Yes, sir.
21    Q.   Okay.  And tell me about that
22  conversation?
23    A.   Just asking him how did it go.
24    Q.   All right.  And what did he say?
25    A.   That it went well.

Page 16

1    Q.   Did he tell you what to expect?
2    A.   No, sir.
3    Q.   Did he tell you about any types of
4  questions he was asked?
5    A.   No, sir.
6    Q.   Okay.  So the total context of the
7  conversation with your father regarding his
8  deposition was just focused on how did he think
9  it went, and he said well?
10    A.   That's right.
11    Q.   Okay.  Have you texted your father
12  about his deposition or sent him an electronic
13  message about it?
14    A.   No, sir.
15    Q.   Okay.  Aside from communications with
16  your counsel, have you texted or sent electronic
17  messages with anyone about the lawsuit that
18  you're being deposed about here today?
19    A.   No, sir.
20    Q.   What did you do to prepare for the
21  lawsuit today?
22        Or, sorry, I said lawsuit.  I meant
23  deposition.
24    A.   Just listened to my attorney and the
25  instructions he gave me.  That's all.

Page 17

1    Q.   So did you meet over the phone with
2  your counsel?
3    A.   Yes, sir.
4    Q.   I don't want to know what was
5  discussed during that call, but when was that?
6  When did you meet with your counsel to prepare
7  for this deposition?
8    A.   Last Friday.
9    Q.   Have you ever filed a lawsuit before
10  or been a plaintiff or an opt-in plaintiff in a
11  lawsuit before?
12    A.   No, sir.
13    Q.   Your interrogatory responses indicated
14  that you received a payment from another lawsuit
15  filed against defendants.
16        Can you explain that?
17    A.   Yes, sir.  Yes.
18        Years ago a coworker of mine sued a
19  company, and I don't know how he went about it
20  or how it was constructed, but I got two checks
21  with small amounts -- of small amounts.  So I
22  received a benefit.
23    Q.   Was that lawsuit against Hamilton
24  Growers or Southern Valley?
25    A.   That I know of, yes.

5 (Pages 14 - 17)

Page 18

1   Q.   Okay.  And do you know why you
2   received the payment?
3   A.   No, sir.
4   Q.   Okay.  Do you recall how much you were
5   paid?
6   A.   Approximately, $150 and $180.
7   Q.   Have you ever filed a formal complaint
8   with the U.S. Department of Labor?
9   A.   No, sir.
10  Q.   Did you review any documents in
11  preparation for today's deposition?
12  A.   No, sir.
13  Q.   Okay.  Did you speak with anyone other
14  than your attorney in preparation for -- or
15  about your deposition that you're giving here
16  today?
17  A.   No, sir.
18  Q.   Okay.  When did you first working
19  for -- we'll call -- if it's okay with you,
20  we'll call Hamilton Growers and Southern Valley
21  together, we'll call it Hamilton Growers for
22  today.
23       When did you start working for
24  Hamilton Growers?
25  A.   The 5th of 2012.

Page 19

1   Q.   How did you learn about the job?
2   A.   Through my father.
3   Q.   Don Pablito?
4   A.   Yes.
5   Q.   And did you always work through the
6   H2A visa program?
7   A.   Yes.
8   Q.   Did you work for any employers in the
9   United States through the H2A program prior to
10  the time you worked for Hamilton Growers?
11  A.   No, sir.
12  Q.   Have you ever worked for any other
13  employer other than Hamilton Growers through the
14  H2A program?
15  A.   No, sir.
16  Q.   Beginning in 2018 and for the time
17  period of 2018, until the time when your
18  employment with Hamilton Growers ended, we're
19  going to call that time period the "relevant
20  time period" for purposes of today.
21       Is that okay?
22  A.   Yes.
23  Q.   And you would have worked at Hamilton
24  Growers from 2012 until 2017.
25       So you had worked at Hamilton Growers

Page 20

1   for roughly six years before the relevant
2   period, correct?
3   A.   That's right.
4   Q.   Okay.  During the time period of 2012
5   until 2017, the time period before the relevant
6   time period, were you ever paid overtime when
7   you worked over 40 hours in a workweek?
8   A.   Every year.
9       MR. MORTON:  That question got
10  translated differently than the -- the
11  translation was did you work more than 40 hours
12  in a week.
13  BY MR. HELLER:
14  Q.   I'll reask the question.
15       During the relevant time period of
16  2012 to 2017, were you ever paid overtime,
17  meaning paid at one-and-a-half times your rate
18  of pay, your regular rate of pay, when you
19  worked over 40 hours in a workweek?
20  A.   Never.
21  Q.   So you knew when you were applying to
22  work through the H2A program in 2018, you knew
23  you wouldn't be paid overtime for hours over 40
24  in a workweek, correct?
25       MR. MORTON:  Objection to the extent

Page 21

1   it calls for a legal conclusion.
2       MR. HELLER:  That's fine.  He can
3   answer.
4       THE WITNESS:  Okay.  So to really know
5   it?  No.
6   BY MR. HELLER:
7   Q.   But you knew you had never been paid
8   overtime, correct?
9   A.   That's right.
10  Q.   Okay.  So you knew from 2018 to 2022
11  or 2023, the relevant time period, you knew you
12  weren't going to get paid overtime when you
13  worked over 40 hours, right?
14      MR. MORTON:  Same objection.
15      THE WITNESS:  I knew that I would be
16  paid by the hours that I worked even if it was
17  over 40 hours.
18  BY MR. HELLER:
19  Q.   It would be the same amount for every
20  hour?
21  A.   That's right.
22  Q.   Okay.  You joined this lawsuit as an
23  opt-in plaintiff, if you understand what that
24  means; is that correct?
25  A.   Yes.

6 (Pages 18 - 21)

Page 22

1    Q.   How did you find out about this
2  lawsuit?
3        THE INTERPRETER:  May the interpreter
4  inquire?
5        MR. HELLER:  Yes.
6        THE WITNESS:  From the first time I
7  was fired or terminated.
8  BY MR. HELLER:
9    Q.   I think maybe you didn't understand my
10  question, so I'm going to try to reask it.
11        You joined this lawsuit after it was
12  filed.  How did you find out about the filing of
13  the lawsuit?
14        MR. MORTON:  Marty, it seems like
15  we're just asking for his communications with
16  counsel.
17        MR. HELLER:  I don't know how he found
18  out about it.  He can say through counsel, if he
19  wants to, and then I won't inquire further.  I
20  have a right to find out how he found out about
21  the lawsuit.  It could have been through his
22  dad, it could have been through a friend.  It
23  could have been anybody.
24        THE WITNESS:  Yes, I commented to my
25  father that we should file a lawsuit, and I

Page 23

1  was -- I would support him obviously.
2  BY MR. HELLER:
3    Q.   What are the claim or claims that
4  you're bringing in this lawsuit?
5    A.   The overtime, a salary that does not
6  correspond with a specialized job, and some
7  expenses of inbound to go to work and our return
8  home.
9    Q.   Why is it that you believe you are
10  entitled to overtime?
11        MR. MORTON:  I object to the extent it
12  calls for a legal conclusion, but he can answer.
13        THE WITNESS:  Because the contract was
14  not complied with completely.
15  BY MR. HELLER:
16    Q.   And why is it that you believe you are
17  entitled to a higher salary or pay rate than
18  what you were paid?
19        MR. MORTON:  Same objection.
20        THE WITNESS:  Well, generally I
21  investigated a bit about the salaries for
22  specialized jobs, and I saw a difference in the
23  salaries.
24  BY MR. HELLER:
25    Q.   Tell me about that.  What sort of

Page 24

1  investigation did you do?
2    A.   Simply the difference in salaries or
3  what is the salary for each vocation or each
4  specialized job.
5    Q.   How did you investigate that?  Where
6  did you look?
7    A.   Some other companies and some other
8  contracts.
9    Q.   What other companies did you
10  investigate through?
11    A.   I don't recall the name, but I
12  investigated through the internet.
13    Q.   And you found out what other companies
14  were paying?
15    A.   Yes.
16    Q.   And you said "other contracts."
17        What other contracts did you look at?
18    A.   Some that I found on the internet.
19    Q.   And that would be a contract -- go
20  ahead and answer.
21    A.   It was a few contracts that I saw on
22  the internet for that same year and in the same
23  area or zone of Georgia.
24    Q.   Okay.  I said who were they for?  Who
25  was the employer of those contracts?

Page 25

1    A.   I don't recall.  I never had the
2  curiosity of saving those documents.  I just
3  informed myself.
4    Q.   So it's your belief that because
5  another company in the area might have paid
6  more, that you similarly would be entitled to
7  higher pay rates?
8        MR. MORTON:  Objection.
9  BY MR. HELLER:
10    Q.   But he still answers.
11        MR. MORTON:  You can answer.
12        THE WITNESS:  Okay.  Yes, I believed
13  that I should not be paid the same amount as
14  someone who cleaned, because my responsibilities
15  were to be a line mechanic or mechanic on the
16  line.
17  BY MR. HELLER:
18    Q.   All right.  Let's talk about your
19  travel from Mexico to the United States prior to
20  the beginning of each season.
21    A.   Yes.
22    Q.   Okay.  So for the year 2018, do you
23  know what your travel expenses were exactly to
24  travel from Mexico to Hamilton Growers?
25    A.   Exactly, no.  An approximation, yes.

7 (Pages 22 - 25)

Page 26

1    Q.   So what do you think those expenses
2  were approximately for 2018?
3    A.   An approximation of between 10,000 to
4  12,000 Mexican pesos.
5    Q.   Do you know how much that is in U.S.
6  dollars?
7    A.   An approximation is 600, $550.
8    Q.   And what is included in those costs?
9    A.   Housing, food and transportation.
10    Q.   All right. Well, let's break that
11  down.
12         How much was the housing and what
13  housing are you referencing?
14         THE INTERPRETER:  The interpreter
15  would like to correct her interpretation. I
16  think a better interpretation would be lodging.
17  BY MR. HELLER:
18    Q.   Okay.  So let's talk about lodging.
19         What lodging did you stay in and what
20  was the cost in 2018?
21    A.   The room, breakfast, a lunch or
22  dinner, and transportation.
23    Q.   Did you stay in a hotel?
24    A.   Yes, sir.
25    Q.   What hotel?

Page 27

1    A.   It was Esasaga (phonetic) or, no, or
2  Astiaga (phonetic) hotel.  Artiaga (phonetic).
3    Q.   In Monterey?
4    A.   Yes, sir.
5    Q.   How many days did you stay in Hotel
6  Artiaga in 2018?
7    A.   Five.
8    Q.   Why did you have to stay five days?
9    A.   Because they had us wait for the visa
10  process.
11    Q.   How far is your home in Mexico from
12  Monterey?
13    A.   Twelve hours away.
14    Q.   How did you get from your home in
15  Mexico to Monterey?
16    A.   In a bus.
17    Q.   Well, you rode with your father
18  many -- in 2018, didn't you?
19    A.   I don't recall because there were
20  occasions in which my father was called up
21  before us.  He went a few days before.  He would
22  be called up a week before or a few days before
23  us.
24    Q.   With respect to the travel from
25  Monterey to Hamilton Growers, did you ride with

Page 28

1  your father to the farm in 2018 in his car?
2    A.   I don't recall exactly, but that's
3  very possible.
4    Q.   And if it was your father's
5  recollection that during most or all years in
6  the relevant period, you rode to Hamilton
7  Growers from Monterey with him in his car, you
8  wouldn't disagree with that, would you?
9    A.   No, no.
10    Q.   So we talked about the hotel.
11         How much was the hotel per night?
12    A.   800 pesos a night.
13    Q.   And that is your best guess?  That's
14  an approximation?
15    A.   I think so.
16    Q.   Do you have any receipts or invoices
17  showing the amount you paid to stay at Hotel
18  Artiaga in 2018?
19    A.   No, sir.
20    Q.   Do you have any invoices or receipts
21  showing the amount you paid for food while you
22  were in Monterey awaiting the H2A via process?
23    A.   No, sir.  All the expenses were daily,
24  and I generally did not ask for a receipt.
25    Q.   Did you understand in 2018 that you

Page 29

1  could have taken a bus provided by Hamilton
2  Growers to get from Monterey to Hamilton Growers
3  Farm?
4    A.   Yes.
5    Q.   Okay.  But you chose not to take that
6  bus?
7    A.   In 2018, yes.  Yes, I did.
8    Q.   And just to be clear for the record,
9  in 2018 you chose not to take the bus?
10    A.   No.  Yes, I did choose to take it.
11    Q.   I think you just told me you may have
12  driven from Monterey to Hamilton Growers with
13  your father in 2018.
14         Now, is it your recollection that you
15  did take the company bus from Monterey to
16  Hamilton Growers?
17    A.   Okay.  I took two trips from my home
18  to Hamilton Growers, and it was in my car.  Not
19  in my father's car.  In my car.
20    Q.   And so you did not take the bus or you
21  took the bus for one trip, and you drove your
22  own car for one trip?
23         MR. MORTON:  Objection.
24         MR. HELLER:  And please remind him to
25  answer unless his counsel instructs him

Page 30

1  otherwise.
2      MR. MORTON:  You can answer.
3      THE WITNESS:  Okay.  I took the bus to
4  go to Hamilton farms most years, and I only took
5  my private car, if I'm not mistaken, in 2022 and
6  2023.
7  BY MR. HELLER:
8      Q.   Most of the time you took the bus that
9  was provided to Hamilton Growers?
10     A.   Yes.
11     Q.   And that bus was free of charge,
12  correct?
13     A.   No.
14     Q.   It's your testimony that you paid for
15  the Hamilton Growers bus to travel from
16  Monterey to Hamilton Growers Farm?
17     A.   Yes, sir.
18     Q.   Okay.  Are you aware that you're the
19  only person who has said that that is not a free
20  bus?
21     MR. MORTON:  Objection.
22     MR. HELLER:  Dawson, can you tell him
23  until you tell him not to answer, he needs to
24  answer?  These answers are going to take a
25  while.

Page 31

1      MR. MORTON:  You can answer.  I will
2  tell you if you're not to answer.
3      THE WITNESS:  Would you please repeat
4  the question of the attorney?
5  BY MR. HELLER:
6      Q.   Yeah.
7      Are you aware that you are the only
8  person to claim or testify or state that the bus
9  from Monterey to Hamilton Growers that was
10  provided by Hamilton Growers was not free?
11     A.   I was not aware of that.
12     Q.   And is it still your testimony that
13  you paid for the bus ride?
14     A.   I have a doubt.
15     Q.   So you're not sure?
16     A.   Exactly.
17     Q.   Okay.  All right.  Are you aware
18  that -- strike that question.
19     Do you agree that the company
20  reimbursed you for some of your travel expenses
21  for the year 2018 for the cost of traveling from
22  Monterey to Hamilton Growers?
23     A.   Some of the expenses, yes.
24     Q.   So is it your position that you just
25  weren't fully reimbursed for the cost or

Page 32

1  expenses?
2      A.   That is right.
3      Q.   Did you ever tell anyone at Hamilton
4  Growers that the amount they paid you was
5  insufficient to cover the costs of your expenses
6  from Mexico to Hamilton Growers in the year
7  2018?
8      A.   No, sir.
9      Q.   Okay.  All right.  Now, let's talk
10  about your expenses coming home.
11     Did you work through the full work
12  period, the full contract, in the year 2018?
13     A.   No, sir.  We generally left a week
14  before the end of the contract on the 31st of
15  December.
16     Q.   Was that to be home for the holidays
17  with your family?
18     A.   Yes, that's right.  We would generally
19  hurry up to get the job done to be able to get
20  back in time to be with our family.
21     Q.   And would you usually travel from
22  Hamilton Growers back to Mexico with your
23  father?
24     A.   Yes.
25     Q.   Okay.  And it was your father's

Page 33

1  testimony that, I will represent to you that it
2  was your father's testimony, that nearly every
3  year or every year you returned from Hamilton
4  Growers to Mexico in your car.
5      Does that sound accurate?
6      A.   Not completely.
7      Q.   What part do you think is not
8  accurate?
9      A.   I took the car only, if I'm not
10  mistaken, two or three years, approximately.  If
11  it was not 2021, 2022, and 2023, that's when I
12  believe I took the car, during those years.
13     Q.   Do you know for certain which years
14  you took the car and which years you did not?
15     A.   With certainty, no, I have some doubt.
16  But an approximation, I believe, 2021, 2022 and
17  2023.  I do believe.  I'm almost sure that I did
18  then.
19     But apart from those years, all the
20  others I used public transportation.
21     Q.   Okay.  Are you aware that Hamilton
22  Growers provided a bus home for workers at the
23  end of the season?
24     A.   Yes, sir.
25     Q.   And are you aware that that bus was

9 (Pages 30 - 33)

Page 34

1 free?
2    A.   Yes, sir.
3    Q.   And why did you chose to travel home
4 via a different means and not via the free bus?
5    A.   Comfort.  The trip would be faster.
6 For that reason.
7    Q.   Okay.  So it was more comfortable and
8 faster to take an alternative means of
9 transportation home?
10    A.   Yes, sir.
11    Q.   Okay.  What do you think your expenses
12 were for your return travel from Hamilton
13 Growers to your home in the year 2018?
14    A.   Approximately 10,000 Mexican pesos.
15    Q.   Do you think it was roughly the same
16 cost to get from your home in Mexico to Hamilton
17 Growers as it was to travel from Hamilton
18 Growers to your home?
19    A.   It was a similar expense, but a bit
20 cheaper.
21    Q.   But you didn't have to stay in a hotel
22 on the way home, right?
23    A.   That's not correct.  I did stay at a
24 hotel.
25    Q.   Where did you stay at a hotel in the

Page 35

1 year 2018 on the way home from Hamilton Growers?
2    A.   In San Antonio, Texas, at a Super 8 or
3 one of those types of motels.  And the reason is
4 because the trip from Hamilton back to home is
5 33 hours.
6    Q.   How much did the hotel in San Antonio
7 cost?
8    A.   Approximately, a hundred dollars.
9    Q.   Okay.  Do you have any receipts or
10 invoices reflecting the cost that you paid for
11 the travel from Hamilton Growers to your home in
12 2018?
13    A.   I don't think so.
14        MR. MORTON:  Marty, when you get to a
15 point where it would all right to stop, if we
16 can take, like, a five or ten-minute break.
17        MR. HELLER:  Sure.  We can take a
18 quick break.  That's fine.
19        MR. MORTON:  If you're not at a good
20 stopping point, I wasn't trying to stop you
21 immediately.
22        MR. HELLER:  It doesn't matter.
23 That's fine.  We can take a break.  Why don't we
24 come back at 1:35, seven or eight minutes.
25        (Brief break.)

Page 36

1 BY MR. HELLER:
2    Q.   Jonathan, you understand you're still
3 under oath, correct?
4    A.   Yes.
5    Q.   Okay.  So finishing up the line of
6 questioning we were just talking about with
7 respect to 2018 travel, is it your position that
8 you were paid for some but not all of your
9 return travel expenses in the year 2018?
10    A.   That's right.
11    Q.   Okay.
12        MR. MORTON:  I don't think return
13 travel got translated there.  We're talking
14 about return travel.
15        THE INTERPRETER:  The interpreter did
16 not say return travel.  The interpreter said
17 travel.
18        MR. HELLER:  Okay.  My question was
19 return travel.
20        THE WITNESS:  Well, I don't remember
21 honestly because, as I said before, we would
22 leave a week before, and we were told that we
23 did not have the right or access to that
24 reimbursement for return travel.
25 BY MR. HELLER:

Page 37

1    Q.   You were told that if you left early,
2 you wouldn't be reimbursed for return travel?
3    A.   At some point when we were already
4 over there.
5    Q.   But you would have known it from that
6 point forward?
7    A.   Yes.
8    Q.   Okay.  Do you remember when you were
9 told that?  Was it prior to the year 2018?
10    A.   I don't remember exactly.
11    Q.   Okay.  Let's move on to 2019, and I am
12 going to try to speed this up a little bit with
13 the questions about travel pay.
14        For the year 2019, how much did you
15 pay in travel costs and expenses to travel from
16 your home in Mexico to Hamilton Growers?
17    A.   Approximately, 13 to 14,000 pesos.
18    Q.   Why was it more expensive than it was
19 in 2018?
20    A.   Because every year in Mexico, the
21 expenses incurred in everything goes up.
22    Q.   And that's your best guess?  That's an
23 approximation of the cost?
24    A.   Yes, sir.
25    Q.   Okay.  Do you have any receipts for

10 (Pages 34 - 37)

Page 38

1  invoices reflecting the cost of your travel from
2  your home to Hamilton Growers in the year 2019?
3      A.   To speed up the answer to those
4  questions, those types of questions, I have no
5  receipts for any travel that I did in any of the
6  years to the United States.
7      Q.   So just to be clear, for both travel
8  from your home in Mexico to Hamilton Growers and
9  travel from Hamilton Growers back to Mexico
10  during the relevant time period, you have no
11  records, receipts or invoices to indicate the
12  actual travel or costs or expenses that you
13  incurred?
14      A.   It is possible if I look among my
15  paperwork that I'll find one or two receipts of
16  my plane ticket to go back.
17      Q.   When did you fly home from Hamilton
18  Growers to Mexico?
19      A.   Very possibly 2018, 2019, 2020.
20      Q.   Are these all years when you would
21  have left early?
22      A.   Yes.  I generally would almost always
23  leave one week or five days before the contract
24  ended.
25      Q.   Did you stay in a hotel in 2019 while

Page 39

1  you were in Monterey?
2      A.   Yes.
3      Q.   What hotel?
4      A.   Artiaga.  Every year I stayed at that
5  Hotel Artiaga.
6      Q.   Have you -- prior to today, have you
7  made any efforts to look for receipts or
8  invoices or records of your travel costs
9  reflecting the costs of the plane travel home
10  from Hamilton Growers to Mexico in 2018, '19 or
11  '20?
12      THE INTERPRETER:  May the interpreter
13  inquire about a word?
14      MR. HELLER:  Sure.
15      THE WITNESS:  So if I were to look --
16  well, I would not find any receipts regarding
17  food or gasoline or tolls or lodging because I
18  don't have them.  But if I were to look, I may
19  find some tickets of the return airfare, between
20  one or three tickets.
21      Q.   I want to clarify.  I don't think you
22  understand my question.
23      My question was prior to today, have
24  you looked for any records of your return
25  travel?

Page 40

1      A.   No.
2      Q.   Would you agree to look for that after
3  today's deposition?
4      A.   Yes.  I'm going to look for whatever I
5  can find.
6      Q.   Okay.  And if you find anything, will
7  you agree to provide that to your counsel for
8  production?
9      A.   Of course.
10      Q.   Okay.  All right.  For the year
11  2019 -- and let' just ask this for every year to
12  make this faster.
13      You were always paid for your travel,
14  some amount of your travel, from Mexico to
15  Hamilton Growers.  It is just your position that
16  you weren't paid enough, correct?
17      A.   That's right.
18      Q.   And at any point during the relevant
19  time period, did you ever tell anyone with
20  Hamilton Growers that the amount they paid you
21  for travel expenses was not enough?
22      MR. MORTON:  Objection.
23      THE WITNESS:  No, I never mentioned
24  that to them.
25  BY MR. HELLER:

Page 41

1      Q.   What do you think your travel expenses
2  from Hamilton Growers to Mexico as return travel
3  were for the year 2019?
4      THE INTERPRETER:  There was some
5  noise, so I will ask to repeat.
6      THE WITNESS:  Approximately, 10,000
7  Mexican pesos.
8  BY MR. HELLER:
9      Q.   But, again, that's just your best
10  guess?
11      MR. MORTON:  Objection.
12  BY MR. HELLER:
13      Q.   You can answer.
14      A.   It's an approximation.  It's not
15  exact.
16      Q.   Okay.  For the year 2020, what were
17  your travel costs from your home to Hamilton
18  Growers, your travel expenses?
19      A.   Well, again, transportation, hotel and
20  food, and by that, I mean, breakfast, lunch and
21  dinner.
22      Q.   I think, just to be clear, I'm asking
23  what was cost for 2020.
24      A.   In 2020, 14,000 Mexican pesos.
25      Q.   And, again, that's just your best

11 (Pages 38 - 41)

Page 42

1  guess; is that correct?
2       MR. MORTON: Objection.
3  BY MR. HELLER:
4     Q.   You can still answer.
5     A.   Yes, it is an approximation.
6     Q.   Okay.  And what was your cost for
7  return travel in 2020?
8     A.   Transportation?
9     Q.   Yes.  All costs for travel expenses to
10 return home from Hamilton Growers to Mexico.
11    A.   Possibly 12,000 Mexican pesos.
12    Q.   But, again, that is your best
13 approximation?
14    A.   That's right.
15    Q.   All right.  And you don't know the
16 exact cost of any parts of your travel expenses,
17 correct?
18    A.   That's right.
19    Q.   Okay.  And that would be the same for
20 every single year during the relevant time
21 period?
22    A.   That's correct.
23    Q.   When you would stay in Hotel Artiaga
24 when you were in Monterey, did you stay alone in
25 a room, or did you share a room with others?

Page 43

1     A.   I would only share that room with my
2  father.
3     Q.   And did you stay at that hotel every
4  single year during the relevant time period from
5  2018 to 2023?
6     A.   Yes.
7     Q.   Are you certain of that, or is that
8  just your best guess?
9     A.   It's my best guess, but it's at a high
10 percentage of certainty.
11    Q.   What were your thoughts for travel
12 from Mexico to Hamilton Growers in 2021?
13    A.   Approximately 14 or 15,000 Mexican
14 pesos.
15    Q.   Was 2021 the first year you remember
16 driving your own vehicle from Mexico to Hamilton
17 Growers?
18    A.   I am not 100 percent sure, but I think
19 so.
20    Q.   And wouldn't it have been cheaper for
21 you to travel from Mexico to Hamilton Growers
22 during years when you drove your own vehicle?
23    A.   I don't think so because there are
24 expenses that are added on to the trip, like the
25 tolls.

Page 44

1     Q.   What was the cost of your return
2  travel from Hamilton Growers to Mexico in 2021?
3     A.   Approximately, 10,000 to 12,000
4  Mexican pesos.
5     Q.   Would you have taken your own vehicle
6  back home with you, or did you leave your
7  vehicle in the United States?
8     A.   I come back all the time in my
9  vehicle.
10    Q.   Okay.  Got it.
11         So every time you drove your car, you
12 would have returned in your vehicle?
13    A.   That's right.
14    Q.   Okay.  All right.  Let's just finish
15 up.
16         The travel costs so for 2022, what do
17 you approximate that your travel costs to travel
18 from Mexico -- from your home in Mexico to
19 Hamilton Growers?
20    A.   Approximately, 14 to 16 Mexican pesos.
21    Q.   And, again, that is your best guess?
22         MR. MORTON: Objection.
23 BY MR. HELLER:
24    Q.   You can answer.
25    A.   Yes, that's right.

Page 45

1     Q.   Okay.  And what was the cost of your
2  return travel for the year for 2022?
3     A.   Approximately, 12,000 Mexican in
4  pesos.
5     Q.   And then last -- what about for the
6  year 2023?  What were your travel costs for
7  travel from Mexico to Hamilton Growers?
8     A.   Pardon me?
9     Q.   What was your travel cost for the year
10 2023 to travel from your home in Mexico to
11 Hamilton Growers?
12    A.   Approximately, 12,000 Mexican pesos.
13    Q.   And, again, that is your best guess?
14    A.   That's right.
15    Q.   What was the cost of your return
16 travel for 2023?
17    A.   Approximately, 12,000 Mexican pesos as
18 well.
19    Q.   You're just guessing at the cost based
20 on your best recollection of what you think it
21 would travel home, correct?
22         MR. MORTON: Objection.
23         THE WITNESS: That's right.
24         MR. MORTON: "guess" is being
25 translated as an "approximation."

12 (Pages 42 - 45)

Page 46

1     MR. HELLER:  That's fine.  We can put
2  that on the record.
3  BY MR. HELLER:
4     Q.   Let's go to housing, where you lived
5  while you worked at Hamilton Growers?
6         For the years 2018 through 2023, did
7  you live in the same location every year?
8     A.   Yes, sir.
9     Q.   Okay.  And your dad testified -- I'll
10  represent to you, that your father testified
11  that you two lived together in a trailer that he
12  purchased; is that accurate?
13     A.   Yes, sir.
14     Q.   Okay.  And did that have an address?
15     A.   Yes, sir.
16     Q.   And what was that address?
17     A.   Redacted                             .
18     Q.   During all of the years of the
19  relevant period, could you have lived in the
20  barracks for free, correct?
21     A.   Yes, sir.
22     Q.   And you chose to live with your father
23  because it was more convenient?
24     A.   More comfortable.
25     Q.   Got it.

Page 47

1     A.   More privacy.
2     Q.   And that's the same for every single
3  year during the relevant period 2018 to 2023?
4     A.   Yes, sir.
5     Q.   Did you pay money to live there?
6     A.   Yes, sir.
7     Q.   How much did you pay?
8     A.   Okay.  I'm going to define it.  My
9  father would pay in full for the two of us for
10  the last two or three years, which was $30 a
11  week.
12     Q.   So your father paid the full amount
13  from roughly 2021 to 2023?
14     A.   Yes, sir.
15     Q.   Did you repay him?
16     A.   Sometimes.
17     Q.   Okay.  Do you know exactly when you
18  did repay him and when you did not?
19     A.   Not exactly.
20     Q.   Go ahead.
21     A.   But we would contribute half of the
22  payment between the two of us.
23     Q.   Who contributed the other half?
24     A.   My father and me.
25     Q.   So you would split it with him when

Page 48

1  you reimbursed him for the costs?
2     A.   Generally.
3     Q.   And what about for the years 2018 to
4  2020?  Did you pay to live in your residence
5  during those years?
6     A.   The same amount in rent was charged to
7  my father, but it was $20.
8     Q.   Per month?
9     A.   A week.
10     Q.   And that was paid by your father
11  during those years?
12     A.   Yes.
13     Q.   Was it your understanding those
14  payments were essentially to cover the costs of
15  keeping the trailer on that property?
16     A.   That's right.
17     Q.   Sort of like -- sorry.  Go ahead.
18     A.   It was a renting of a lot.
19     Q.   Right.  Okay.  That makes sense.
20  Thank you.
21         Would you agree with me that when you
22  worked for Hamilton Growers, your primary job
23  was to operate, repair and maintain farm
24  mechanical equipment?
25     A.   That was my job.

Page 49

1     MR. MORTON:  Marty, it was translated
2  as equipment owned by the farm.
3  BY MR. HELLER:
4     Q.   So maybe let me ask that question
5  again.
6         THE INTERPRETER:  No, no.  The
7  interpreter said equipment of the farm.  That
8  doesn't mean owned by the farm.  It's equipment
9  at the farm.
10  BY MR. HELLER:
11     Q.   Let me ask it again just to describe
12  the equipment as farm-related equipment.
13         Would you agree with me that while you
14  were employed by Hamilton Growers during the
15  relevant time period, it was your job to
16  operate, repair and maintain farm mechanical
17  equipment?  With "farm" being like a category.
18     A.   Yes, sir.
19     MR. MORTON:  Again, I have the same
20  continuing concern.  If we're -- if the question
21  is about agricultural equipment, I think it's
22  being translated differently than that.
23     MR. HELLER:  She said farm, which -- I
24  mean, look, all I can do is ask the questions in
25  English, and I understand they are being

Page 50

1  translated. So I think we will have to move on
2  from that.
3      All right. It sounds like he is
4  understanding and answering the question.
5  BY MR. HELLER:
6      Q.  Was your primary job to repair the
7  farm equipment at Hamilton Growers that brought
8  produce from the Hamilton Growers field to the
9  packing shed?
10     A.  According to my contract, the primary
11  work that I was to do was to harvest product out
12  of the field.
13     Q.  I'm not asking you about your
14  contract. I just --
15         MR. HELLER: Can you repeat the
16  question to him and reask it?
17  BY MR. HELLER:
18     Q.  I was asking about your primary job
19  duty. Nothing in the contract.
20     A.  Okay. Maintenance of machinery.
21     Q.  I'll reask the question.
22         Do you agree that your primary job was
23  to maintain the lines, the machinery that moved
24  produce that was grown from Hamilton Growers
25  from the farm through the packing shed?

Page 51

1      A.  Yes, to give maintenance to the
2  machinery.
3      Q.  What lines did you primarily work on?
4         THE INTERPRETER: What lines, Counsel?
5         MR. HELLER: Yes.
6         THE WITNESS: Cucumber lines, pepper
7  lines, squash lines, corn lines and packaging
8  lines or packing lines.
9         MR. MORTON: I think the last one was
10  [said in Spanish] packing or repack line.
11  BY MR. HELLER:
12     Q.  So that last line, the repack line, I
13  want to ask you about those.
14     A.  Yes.
15     Q.  Is it your understanding that the
16  repack lines and the repack area is the area
17  where produce that was bought outside of
18  Hamilton Growers would be moved to be repacked?
19         MR. MORTON: Objection.
20  BY MR. HELLER:
21     Q.  But please answer.
22     A.  Yes. In fact, there are two ways to
23  work the repacking lines.
24     Q.  Okay.
25         THE INTERPRETER: The interpreter

Page 52

1  didn't hear, Counsel.
2  BY MR. HELLER:
3      Q.  I said what does that mean?
4      A.  Okay. So the first repack, the first
5  way of repacking, is those products that is
6  produced by the -- our company, the same
7  company, but it's returned by those companies
8  that have bought it when some of it is damaged.
9      Q.  And what is the second way?
10     A.  And the second is to repack products
11  that were bought externally, and then they have
12  to be repacked in Southern Valley boxes.
13     Q.  And that type of produce came in from
14  the shipping side of the packing house, correct?
15         MR. MORTON: Objection.
16         THE WITNESS: There's two types there
17  as well.
18  BY MR. HELLER:
19     Q.  Okay. Tell me about that.
20     A.  The first is that the company has a
21  branch office in Yucatan and another one in
22  Tennessee. Yucatan, Mexico.
23         And so the boxes are changed out to
24  those of the company in the United States.
25     Q.  And that happens -- oh, sorry. Go

Page 53

1  ahead.
2      A.  And the second way the job is done, is
3  that the company, Southern Valley, would buy
4  produce from a Mexican company or another U.S.
5  American company, and then they send that to the
6  packing house, and Southern Valley then changes
7  their box for a Southern Valley box.
8      Q.  So let's talk about the second way.
9         That type of produce comes in through
10  the shipping side of the packing shed, correct?
11     A.  I honestly don't know. I don't know
12  where those boxes or produce comes from.
13     Q.  That's okay. That's a fair answer.
14         And that produce, the outside produce
15  that's purchased by Hamilton Growers, is
16  generally or almost always repacked in the
17  repack line, correct?
18         MR. MORTON: Objection.
19         THE WITNESS: Well, actually, the --
20  that repacking lines does not exist. What's
21  used is the line that packages the cucumber and
22  the squash -- pardon me -- the cucumber and the
23  pepper. That's what's used to repack.
24     Q.  So it's your position that they don't
25  repack produce on tables that is known as a

14 (Pages 50 - 53)

Page 54

1  repack line?
2      A.   Yes, they do repack on tables, but it
3  is not a line that has conveyor belts or rolls.
4  It's a table.
5      Q.   But that's what the repack room is.
6  It's tables, correct?
7      A.   Yes, for certain products.
8      Q.   Okay.  And the lines for cucumber and
9  pepper and squash, those are primarily used for
10 produce that's grown at Hamilton Growers,
11 correct?
12         MR. MORTON:  Objection.
13         THE WITNESS:  It's for produce that's
14 grown at Hamilton Growers and for produce that's
15 bought from externally.
16 BY MR. HELLER:
17     Q.   I understand your position on that.
18         My question is, those lines are used
19 primarily for produce that is grown at Hamilton
20 Growers, correct?
21         MR. MORTON:  Objection.
22         THE WITNESS:  Yes, yes.  It is used
23 for produce of the company.
24 BY MR. HELLER:
25     Q.   You didn't -- you weren't a produce

Page 55

1  packer, correct?  You weren't packing or
2  repacking produce as part of your job?
3      A.   No, sir.
4      Q.   You were a forklift driver?
5      A.   Yes, sir.
6      Q.   How often was that part of your job?
7      A.   A few months of my contract.
8      Q.   Each year?
9      A.   Yes, sir.
10     Q.   Did you primarily operate a forklift
11 on the receiving side of the packing shed?
12         THE INTERPRETER:  Counsel, please
13 repeat the question.
14 BY MR. HELLER:
15     Q.   Did you primarily operate a forklift
16 on the receiving end of the packing shed?
17     A.   Yes, sir.
18     Q.   Okay.  So on that end of the packing
19 shed, you're primarily moving produce that was
20 grown at Hamilton Growers, correct?
21         MR. MORTON:  Objection.
22         THE WITNESS:  Yes.
23         THE INTERPRETER:  May the interpreter
24 clear up some of these words that are in
25 English?

Page 56

1          THE WITNESS:  No, I primarily moved
2  carton boxes, RPCs and pallets.
3  BY MR. HELLER:
4      Q.   So you work primarily with the packing
5  materials for the farm?
6      A.   Prime materials.
7      Q.   Yes.  Packing, produce-related
8  materials, like boxes.
9      A.   Yes.
10     Q.   Okay.  Who was your supervisor?
11     A.   I had two -- pardon me -- three.  I
12 had three, Michael Norman, Mario Esparsa
13 (phonetic) and Presley Hamilton.
14     Q.   How many workers did you believe each
15 year had the same job duties as you?
16         THE INTERPRETER:  How many workers?
17 Is that the question, Mr. Heller?
18         MR. HELLER:  Yes.
19         THE WITNESS:  Possibly one.  That's
20 all.
21 BY MR. HELLER:
22     Q.   Is that your father?
23     A.   Yes, but -- but there were two more
24 support people, one helper for him and another
25 for me during a certain period of time.

Page 57

1      Q.   What period of time was that?
2      A.   Yes.  It was the month of March, the
3  month of April, and then later on midway through
4  June, July and August.
5      Q.   So just to make sure I understand.
6          During the time period of May and then
7  during the time period of September through the
8  end of the year, the only people that did the
9  types of job duties that you've described was
10 you and your father.
11         However, during March and April and
12 then late or mid June through August, you two
13 had one or two helpers?
14         MR. MORTON:  Objection.
15         THE WITNESS:  Rather, the job was like
16 this.  We would give maintenance before the time
17 period of the harvest, the picking.  And that
18 period of time covers the month of March and the
19 month of April, because the season starts in
20 May, the session starts.
21         So in March and April, they would
22 assign us two people to help us finish up with
23 the maintenance.  The other period of
24 maintenance is mid June, the month of July and
25 end of August, because the new season starts the

15 (Pages 54 - 57)

Page 58

1  first days of September.
2       There is -- and so the third period of
3  maintenance is at the beginning of December, and
4  we will get ahead of the job so that we would be
5  able to finish the work when we come back the
6  next year.
7  BY MR. HELLER:
8    Q.   The helpers -- when you have had two
9  helpers, is their job primarily to make sure you
10  have tools that you need and flashlights and
11  things like that?
12       How would you describe their role?
13    A.   As a general assistant, because there
14  are certain parts that are very heavy of the
15  machinery.  One person cannot move those.
16    Q.   When those people were there for that,
17  they were there to provide you with help in
18  repairing the line machinery when you needed?
19    A.   Yes, sometimes.  For example, someone
20  would help --
21       THE INTERPRETER:  May the interpreter
22  ask for his definition of a certain word?
23       MR. HELLER:  (Nods head
24  affirmatively).
25       THE WITNESS:  So, for example, a

Page 59

1  helper would help to take the paint off of the
2  machines, to prime them and then paint them
3  again or to change a roller or to change a gear
4  or a chain.  But we had to supervise all of that
5  work and make sure that it was done well,
6  because in the end, the responsibility for the
7  maintenance of the lines were my father's and
8  mine.
9  BY MR. HELLER:
10    Q.   Were they the same two helpers that
11  provided the help to you and your father
12  throughout the relevant time period?
13    A.   Generally, yes.
14    Q.   Okay.  And who are those people?
15    A.   One was Ventura Martin Martin, and the
16  other person was Pedro Martinez.
17    Q.   At any point in the relevant time
18  period, did you work in Tennessee?
19    A.   No, sir.
20    Q.   All right.  The entire time that you
21  worked at Hamilton Growers, did you understand
22  you were working on a farm?
23       MR. MORTON:  Objection.
24  BY MR. HELLER:
25    Q.   You can answer.

Page 60

1    A.   But I didn't understand what is the
2  question.
3    Q.   Sure.  I'll ask it again.
4       During the entire of the relevant
5  period when you worked at Hamilton Growers, did
6  you understand you were working on a farm?
7       MR. MORTON:  Objection.
8  BY MR. HELLER:
9    Q.   You can answer.
10    A.   I was with the company.
11    Q.   You worked on a farm, correct?
12       MR. MORTON:  Objection.
13       THE WITNESS:  At a company.  I don't
14  understand what is a farm.
15       MR. HELLER:  I think the question is
16  not coming through the way I was asking it.
17  it's not your fault.  I will strike the
18  question.
19       THE WITNESS:  Okay.
20  BY MR. HELLER:
21    Q.   If your testimony today contradicts
22  anything in your interrogatories or anything in
23  the Complaint, you told me the truth today,
24  correct?
25    A.   Yes, I'm telling the truth.

Page 61

1       MR. HELLER:  Okay.  Let's go off the
2  record, and I will be back at probably let's say
3  2:50, and I may be done, but let me look through
4  my notes.
5       THE WITNESS:  Okay.
6       MR. MORTON:  Okay.
7       (Brief break.)
8       MR. HELLER:  I don't have any further
9  questions at the moment.
10       MR. MORTON:  I just have a couple of
11  questions.
12            EXAMINATION
13  BY MR. MORTON:
14    Q.   Mr. Castillo, I want to ask you just a
15  little bit about workers who had jobs that were
16  similar to your own.
17    A.   Yes, sir.
18    Q.   Were there other workers in the
19  general maintenance department?
20       MR. HELLER:  Object to form.
21       THE WITNESS:  Yes, there were other
22  people.
23  BY MR. MORTON:
24    Q.   Were there other individuals working
25  in the warehouse who had maintenance-type

16 (Pages 58 - 61)

1  positions?
2      A.   Yes, sir.
3      Q.   And were there other workers in the
4  warehouse who had forklift-type jobs?
5      A.   Yes, several.
6      Q.   And were there -- you also mentioned
7  doing what sounded like a supply-type job where
8  you moved materials.
9      A.   Yes, that's right.
10     Q.   Were there other workers who supplied
11  materials to the packing lines?
12         MR. HELLER:  Objection.
13         THE WITNESS:  Yes, yes.  There were
14  more people who had to move the materials.
15  BY MR. MORTON:
16     Q.   And you testified earlier about
17  produce being repacked or purchased produce
18  being run on the packing lines.
19         MR. HELLER:  Object to form.
20         THE WITNESS:  Yes, I testified about
21  products that were taken to the lines to be
22  repacked that were not of the company or that
23  were of companies or branch offices of other
24  companies.
25  BY MR. MORTON:

1      Q.   And those -- that product, after it is
2  run through the lines, would have gone into new
3  Southern Valley boxes that had been moved to
4  those lines?
5          MR. HELLER:  Object to form.
6          THE WITNESS:  Yes, the product that
7  had to be repacked, had to be changed boxes from
8  a box to the company's box.
9  BY MR. MORTON:
10     Q.   And those same lines that you were
11  talking about, like the cucumber line and the
12  sweet pepper line, those lines were lines that
13  you maintained?
14     A.   That's right.
15     Q.   And those lines were also the lines on
16  which outside purchased product was run?
17         MR. HELLER:  Objection.
18         THE WITNESS:  Yes, some products.
19  BY MR. MORTON:
20     Q.   And after it was run, it would have
21  been packed into RPCs or new cardboard boxes?
22     A.   What would happen after?
23     Q.   I was just asking after it is run
24  through the line, the product, the outside
25  products, it would then be placed into new

1  cardboard boxes or into RPCs?
2          MR. HELLER:  Objection.
3          THE WITNESS:  Yes, that's right.
4  BY MR. MORTON:
5      Q.   Did you repair tractors or plows?
6      A.   No, sir.
7      Q.   Okay.  I just wanted to be clear that
8  the equipment that you are repairing, it's
9  packing equipment in a warehouse?
10     A.   Yes, sir.  I would repair all of the
11  machinery that are called lines.
12     Q.   Are you asking about green beans?  Did
13  you mention green beans?
14     A.   Okay.  Yes, all products like
15  cucumbers, squash, corn, and peppers or chili
16  peppers and green beans.
17     Q.   Okay.  You talked with Mr. Keller
18  about the bus from Monterey.
19     A.   Yes.
20     Q.   Mr. Heller referred to this as the bus
21  paid for by the company.
22     A.   I suppose.
23     Q.   I wanted to just -- you had indicated
24  that you remembered a cost for this bus.  I just
25  wanted to see if there was -- if there was a

1  portion of the bus travel from Monterey that you
2  were charged and another portion that was free.
3          MR. HELLER:  Objection.
4          THE WITNESS:  Yes, yes.  When we would
5  get our visas, we paid an amount of money.  I
6  don't recall if it was a hundred dollars, 120 or
7  $80, something like that, and we would pay that
8  amount and then get on the bus that would take
9  us to the international bridge.  And upon
10  arriving in Texas or crossing into Texas, we
11  with put on a different bus that was free all
12  the way to Georgia.
13     Q.   Mr. Castillo, I just have one more
14  question.
15          When you left each season in late
16  December, was all of your work complete?
17          MR. HELLER:  Object to form.
18          THE WITNESS:  Yes, sir.
19          MR. MORTON:  I don't have any further
20  questions.
21          MR. HELLER:  I don't have any
22  follow-ups.
23          MR. MORTON:  We would like to reserve
24  the right to read and sign.
25          THE REPORTER:  Are you going to take

17 (Pages 62 - 65)

Page 66

1  care of the read and sign.
2      Yeah, I will.
3      THE REPORTER:  Mr. Heller, are you
4  transcribing the original?
5      MR. HELLER:  Yes.  I would like the
6  original and the e-tran, please.
7      MR. MORTON:  I would like an e-tran.
8      (Off the record at 3:09 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 68

1      CERTIFICATE OF REPORTER
2      I, Lori Roy, Registered Professional
3  Reporter, Certified Shorthand Reporter, the
4  officer before whom the foregoing deposition was
5  taken, do hereby certify that the foregoing
6  transcript is a true and correct record of the
7  testimony given; that said testimony was taken
8  by me stenographically and thereafter reduced to
9  typewriting under my supervision; that reading
10  and signing was requested; and that I am neither
11  counsel for or related to, nor employed by any
12  of the parties to this case and have no
13  interest, financial or otherwise, in its
14  outcome.
15      IN WITNESS WHEREOF. I have hereunto
16  set my hand t
17
18
19      LORI ROY, RPR, CCR
20
21
22
23
24
25

Page 67

1      ACKNOWLEDGMENT OF DEPONENT
2      I, JONATHAN CASTILLO TOVAR, do hereby
3  acknowledge that I have read and examined the
4  foregoing testimony, and the same is a true,
5  correct and complete transcription of the
6  testimony given by me and any corrections appear
7  on the attached errata sheet signed by me.
8
9  (DATE)              (SIGNATURE)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Job No. CS7351730

Page 69

1  Jim Knoepp, Esq.
2  JIM@DAWSONMORTON.COM
3      May 30, 2025
4  RE: Garcia-Ramos, Et Al. v. Southern Valley Fruit & Vegetable
5  5/7/2025, Jonathan Castillo Tovar (#7351730)
6      The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  erratas-cs@veritext.com
16  Return completed errata within 30 days from
17  receipt of testimony.
18      If the witness fails to do so within the time
19  allotted, the transcript may be used as if signed.
20
21
22      Yours,
23      Veritext Legal Solutions
24
25

18 (Pages 66 - 69)

Page 70

1  Garcia-Ramos, Et Al. v. Southern Valley Fruit & Vegetable, Inc.

2  Jonathan Castillo Tovar (#7351730)

3          E R R A T A   S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____  _____

24  Jonathan Castillo Tovar                Date

25

19 (Page 70)

[& - added]                                                    Page 1

| & |
| --- |
| **&**   1:8 2:15 69:4 70:1 |

| 0 |
| --- |
| **00054**   1:7 |

| 1 |
| --- |
| **10,000**   26:3 34:14 41:6 44:3 |
| **100**   43:18 |
| **12**   3:10,10 12:3 12:9 |
| **12,000**   26:4 42:11 44:3 45:3,12,17 |
| **120**   65:6 |
| **1230**   2:16 |
| **12:09**   1:17 |
| **13**   37:17 |
| **14**   43:13 44:20 |
| **14,000**   37:17 41:24 |
| **15,000**   43:13 |
| **150**   18:6 |
| **16**   44:20 |
| **180**   18:6 |
| **1808**   2:6 |
| **19**   39:10 |
| **1987**   11:1 |
| **1:35**   35:24 |

| 2 |
| --- |
| **20**   39:11 48:7 |
| **2012**   18:25 19:24 20:4,16 |
| **2017**   19:24 20:5,16 |
| **2018**   14:3 19:16,17 20:22 21:10 25:22 26:2,20 27:6 27:18 28:1,18 28:25 29:7,9 29:13 31:21 32:7,12 34:13 35:1,12 36:7,9 37:9,19 38:19 39:10 43:5 46:6 47:3 48:3 |
| **2019**   37:11,14 38:2,19,25 40:11 41:3 |
| **2020**   38:19 41:16,23,24 42:7 48:4 |
| **2021**   33:11,16 43:12,15 44:2 47:13 |
| **2022**   21:10 30:5 33:11,16 44:16 45:2 |
| **2023**   11:11 14:4 21:11 30:6 33:11,17 |

| (cont.) |
| --- |
| 43:5 45:6,10 45:16 46:6 47:3,13 |
| **2025**   1:16 68:16 69:3 |
| **22827**   68:18 |
| **231-1400**   2:20 |
| **24th**   68:16 |
| **2:50**   61:3 |

| 3 |
| --- |
| **30**   47:10 69:3 69:16 |
| **30909**   2:18 |
| **31st**   11:1 32:14 |
| **33**   35:5 |
| **3300**   2:17 |
| **3:09**   66:8 |

| 4 |
| --- |
| **4**   3:3 |
| **40**   20:7,11,19 20:23 21:13,17 |
| **404**   2:8,20 |

| 5 |
| --- |
| **5/7/2025**   69:5 |
| **550**   26:7 |
| **590-1295**   2:8 |
| **5th**   18:25 |

| 6 |
| --- |
| **600**   26:7 |
| **61**   3:4 |
| **685**   46:17 |

| 687 |
| --- |
| **687**   46:17 |

| 7 |
| --- |
| **7**   1:16 |
| **7351730**   69:5 70:2 |
| **7:24**   1:7 |

| 8 |
| --- |
| **8**   35:2 |
| **80**   65:7 |
| **800**   28:12 |

| 9 |
| --- |
| **94710**   2:7 |

| a |
| --- |
| **ability**   9:20,24 10:14 12:22 |
| **able**   32:19 58:5 |
| **above**   69:6 |
| **access**   36:23 |
| **accounts**   13:8 13:19 |
| **accuracy**   69:9 |
| **accurate**   12:20 33:5,8 46:12 |
| **acknowledge**   4:4 67:3 |
| **acknowledg...**   67:1 69:12 |
| **action**   1:6 |
| **actual**   38:12 |
| **actually**   53:19 |
| **added**   43:24 |

**address**  46:14
46:16
**administer**  4:6
**administered**
5:11
**affirmatively**
58:24
**ago**  10:12,15,16
10:17,17 15:3
15:16 17:18
**agree**  4:7 5:11
5:15 8:14 9:6
12:19 31:19
40:2,7 48:21
49:13 50:22
**agricultural**
49:21
**ahead**  7:6
24:20 47:20
48:17 53:1
58:4
**airfare**  39:19
**al**  69:4 70:1
**allotted**  69:19
**alternative**
34:8
**america**  11:10
14:3
**american**  53:5
**amount**  21:19
25:13 28:17,21
32:4 40:14,20
47:12 48:6
65:5,8

**amounts**  17:21
17:21
**answer**  8:17,24
9:15,16 21:3
23:12 24:20
25:11 29:25
30:2,23,24
31:1,2 38:3
41:13 42:4
44:24 51:21
53:13 59:25
60:9
**answering**  50:4
**answers**  25:10
30:24
**antonio**  35:2,6
**anybody**  22:23
**apart**  33:19
**appear**  67:6
**appearing**  4:3
**applicable**  69:8
**applying**  20:21
**approximate**
44:17
**approximately**
18:6 26:2
33:10 34:14
35:8 37:17
41:6 43:13
44:3,20 45:3
45:12,17
**approximation**
10:7 25:25
26:3,7 28:14

33:16 37:23
41:14 42:5,13
45:25
**april**  57:3,11
57:19,21
**area**  24:23 25:5
51:16,16
**arnulfo**  1:3
**arriving**  65:10
**artiaga**  27:2,6
28:18 39:4,5
42:23
**aside**  11:15
13:17 16:15
**asked**  10:4
12:21 16:4
**asking**  15:23
22:15 41:22
50:13,18 60:16
63:23 64:12
**assign**  57:22
**assistant**  58:13
**assume**  5:5
8:18
**astiaga**  27:2
**atlanta**  2:18
**attached**  67:7
69:11
**attorney**  4:19
16:24 18:14
31:4 69:13
**attorneys**  4:3
**august**  11:1
57:4,12,25

**available**  69:6
**awaiting**  28:22
**aware**  30:18
31:7,11,17
33:21,25

**b**

**b**  2:13 3:8
**back**  32:20,22
35:4,24 38:9
38:16 44:6,8
58:5 61:2
**barracks**  46:20
**based**  45:19
**beans**  64:12,13
64:16
**beginning**  9:14
19:16 25:20
58:3
**behalf**  2:2,12
5:22,23 6:3,10
**belief**  25:4
**believe**  12:3
13:5 23:9,16
33:12,16,17
56:14
**believed**  25:12
**belts**  54:3
**benefit**  17:22
**berkeley**  2:7
**best**  8:2 12:22
13:21 28:13
37:22 41:9,25
42:12 43:8,9

44:21 45:13,20
**better** 26:16
**birth** 10:25
**bit** 23:21 34:19
  37:12 61:15
**bought** 51:17
  52:8,11 54:15
**box** 53:7,7 63:8
  63:8
**boxes** 52:12,23
  53:12 56:2,8
  63:3,7,21 64:1
**branch** 52:21
  62:23
**break** 8:22,25
  26:10 35:16,18
  35:23,25 61:7
**breakfast**
  26:21 41:20
**breaks** 8:23
**bridge** 65:9
**brief** 35:25
  61:7
**bringing** 23:4
**brother** 11:19
  11:20,21,23
**brought** 50:7
**bus** 27:16 29:1
  29:6,9,15,20,21
  30:3,8,11,15,20
  31:8,13 33:22
  33:25 34:4
  64:18,20,24
  65:1,8,11

**buy** 53:3

**c**

**c** 2:1 3:1 4:1
**ca** 2:7
**call** 7:9 13:15
  17:5 18:19,20
  18:21 19:19
**called** 4:12
  27:20,22 64:11
**calls** 15:16 21:1
  23:12
**camera** 6:18
**car** 28:1,7
  29:18,19,19,22
  30:5 33:4,9,12
  33:14 44:11
**cardboard**
  63:21 64:1
**care** 66:1
**carton** 56:2
**case** 4:19 13:25
  68:12
**castillo** 1:3,14
  3:2 4:11,17,24
  10:23 11:3
  13:9 14:25
  61:14 65:13
  67:2 69:5 70:2
  70:24
**category** 49:17
**cato** 13:9,15
**ccr** 1:25 68:19

**certain** 33:13
  43:7 54:7
  56:25 58:14,22
**certainty** 10:6
  33:15 43:10
**certificate** 68:1
**certified** 68:3
**certify** 68:5
**chain** 59:4
**chandler** 6:11
  6:24
**change** 59:3,3
  70:4,7,10,13,16
  70:19
**changed** 52:23
  63:7
**changes** 53:6
  69:10
**charge** 30:11
**charged** 48:6
  65:2
**cheaper** 34:20
  43:20
**checks** 17:20
**chili** 64:15
**choose** 29:10
**chose** 29:5,9
  34:3 46:22
**civil** 1:6 5:2
**claim** 23:3 31:8
**claims** 23:3
**clarify** 39:21
**clarke** 6:11,22

**cleaned** 25:14
**clear** 29:8 38:7
  41:22 55:24
  64:7
**colleague** 6:7
  12:1
**combination**
  13:12
**come** 6:16 7:24
  35:24 44:8
  58:5
**comes** 53:9,12
**comfort** 34:5
**comfortable**
  34:7 46:24
**coming** 32:10
  60:16
**commented**
  22:24
**communicati...**
  16:15 22:15
**companies** 24:7
  24:9,13 52:7
  62:23,24
**company** 17:19
  25:5 29:15
  31:19 52:6,7
  52:20,24 53:3
  53:4,5 54:23
  60:10,13 62:22
  64:21
**company's**
  63:8

**complaint** 18:7 60:23
**complete** 65:16 67:5
**completed** 12:6 69:16
**completely** 23:14 33:6
**complications** 6:18
**complied** 23:14
**concern** 49:20
**conclusion** 21:1 23:12
**confirm** 6:25
**consider** 10:17
**constructed** 17:20
**context** 16:6
**continuing** 12:3 49:20
**contract** 23:13 24:19 32:12,14 38:23 50:10,14 50:19 55:7
**contracts** 24:8 24:16,17,21,25
**contradicts** 60:21
**contribute** 47:21
**contributed** 47:23

**convenient** 46:23
**conversation** 15:9,17,22 16:7
**conversations** 15:12
**conveyor** 54:3
**copies** 69:14
**corn** 51:7 64:15
**correct** 7:4 13:6,7 20:2,24 21:8,24 26:15 30:12 34:23 36:3 40:16 42:1,17,22 45:21 46:20 52:14 53:10,17 54:6,11,20 55:1,20 60:11 60:24 67:5 68:6
**corrections** 67:6
**correspond** 23:6
**cost** 26:20 31:21,25 34:16 35:7,10 37:23 38:1 41:23 42:6,16 44:1 45:1,9,15,19 64:24

**costs** 26:8 32:5 37:15 38:12 39:8,9 41:17 42:9 44:16,17 45:6 48:1,14
**counsel** 9:3,8 12:6,16 15:9 16:16 17:2,6 22:16,18 29:25 40:7 51:4 52:1 55:12 68:11 69:14
**country** 5:13
**couple** 61:10
**course** 40:9
**court** 1:1 5:12 7:17
**cover** 32:5 48:14
**covers** 57:18
**coworker** 17:18
**coy** 46:17
**crossing** 65:10
**cs** 69:15
**cs7351730** 1:24 67:25
**cucumber** 51:6 53:21,22 54:8 63:11
**cucumbers** 64:15
**curiosity** 25:2

**currently** 5:13 11:6
**cv** 1:7

**d**

**d** 4:1
**dad** 22:22 46:9
**daily** 28:23
**damaged** 52:8
**date** 10:25 67:9 70:24
**david** 2:14 5:22 6:2
**dawson** 2:4,5 5:4,9 6:6 30:22
**dawsonmorto...** 2:9 69:2
**day** 4:16 68:16
**days** 15:16 27:5 27:8,21,22 38:23 58:1 69:16
**december** 32:15 58:3 65:16
**defendant** 1:11 2:24
**defendants** 2:12 4:19 5:22 5:23 6:1,3 13:25 17:15
**define** 47:8
**definition** 58:22

**department** 18:8 61:19
**deponent** 67:1 69:13
**deposed** 7:12 16:18
**deposing** 69:13
**deposition** 1:14 3:9 4:4,5,23,25 7:16,23 9:4 12:4 15:2,6,19 15:19 16:8,12 16:23 17:7 18:11,15 40:3 68:4
**depositions** 5:5 8:7 12:5
**describe** 10:14 49:11 58:12
**described** 57:9
**difference** 23:22 24:2
**different** 34:4 65:11
**differently** 20:10 49:22
**difficult** 8:6
**difficulty** 10:16
**dinner** 26:22 41:21
**disagree** 28:8
**discussed** 17:5
**district** 1:1,1

**division** 1:2
**document** 12:2 12:12
**documents** 18:10 25:2
**doing** 4:20 62:7
**dollars** 26:6 35:8 65:6
**don** 19:3
**doubt** 31:14 33:15
**driven** 29:12
**driver** 55:4
**driving** 43:16
**drove** 29:21 43:22 44:11
**duly** 4:10,12
**duties** 56:15 57:9
**duty** 50:19
**dyalma** 2:24

### e

**e** 2:1,1 3:1,8 4:1 4:1 66:6,7 70:3 70:3,3
**earlier** 62:16
**early** 37:1 38:21
**easier** 8:7
**efforts** 39:7
**eight** 35:24
**either** 7:5 14:21

**electronic** 16:12,16
**emotional** 9:22
**employed** 49:14 68:11
**employer** 14:4 19:13 24:25
**employers** 19:8
**employment** 14:13,20 19:18 19:18
**ended** 19:18 38:24
**english** 12:6,8 12:17 14:9 49:25 55:25
**entire** 59:20 60:4
**entitled** 23:10 23:17 25:6
**equipment** 48:24 49:2,7,8 49:12,12,17,21 50:7 64:8,9
**errata** 67:7 69:11,13,16
**erratas** 69:15
**esasaga** 27:1
**esparsa** 56:12
**esq** 69:1
**essentially** 48:14
**et** 69:4 70:1
**exact** 41:15 42:16

**exactly** 25:23 25:25 28:2 31:16 37:10 47:17,19
**examination** 3:2 4:14,24 61:12
**examined** 67:3
**example** 58:19 58:25
**exhibit** 3:9,10 12:2,4,9
**exist** 53:20
**expect** 16:1
**expense** 34:19
**expenses** 23:7 25:23 26:1 28:23 31:20,23 32:1,5,10 34:11 36:9 37:15,21 38:12 40:21 41:1,18 42:9,16 43:24
**expensive** 37:18
**explain** 17:16
**extent** 20:25 23:11
**externally** 52:11 54:15

### f

**facebook** 13:4 13:5,17,24

| | | | g |
|---|---|---|---|
| 14:18,19 | fault  60:17 | fly  38:17 | g  4:1 |
| fact  51:22 | federal  5:2 9:7 | focused  16:8 | ga  2:18 |
| fails  69:18 | 9:10 | follow  65:22 | garcia  1:3 69:4 |
| fair  8:18 9:1 | field  50:8,12 | follows  4:13 | 70:1 |
| 53:13 | file  1:6 22:25 | food  26:9 28:21 | gasoline  39:17 |
| family  11:14 | filed  17:9,15 | 39:17 41:20 | gear  59:3 |
| 13:14 15:16 | 18:7 22:12 | foregoing  67:4 | general  58:13 |
| 32:17,20 | filing  22:12 | 68:4,5 | 61:19 |
| far  27:11 | financial  68:13 | forklift  55:4,10 | generally  23:20 |
| farm  28:1 29:3 | find  22:1,12,20 | 55:15 62:4 | 28:24 32:13,18 |
| 30:16 48:23 | 38:15 39:16,19 | form  5:6 61:20 | 38:22 48:2 |
| 49:2,7,8,9,12 | 40:5,6 | 62:19 63:5 | 53:16 59:13 |
| 49:16,17,23 | fine  4:8 7:21 | 65:17 | georgia  1:1 |
| 50:7,25 56:5 | 8:16 9:2,17 | formal  4:25 | 11:15 24:23 |
| 59:22 60:6,11 | 21:2 35:18,23 | 18:7 | 65:12 |
| 60:14 | 46:1 | forward  37:6 | give  10:6 51:1 |
| farms  30:4 | finish  8:9,11 | found  22:17,20 | 57:16 |
| faster  34:5,8 | 44:14 57:22 | 24:13,18 | given  67:6 68:7 |
| 40:12 | 58:5 | frame  14:3 | giving  18:15 |
| father  11:15,21 | finishing  36:5 | free  30:11,19 | go  5:19 6:5 7:6 |
| 14:24 15:5,15 | fired  22:7 | 31:10 34:1,4 | 15:23 23:7 |
| 15:18 16:7,11 | first  4:12 18:18 | 46:20 65:2,11 | 24:19 30:4 |
| 19:2 22:25 | 22:6 43:15 | frequently  8:23 | 38:16 46:4 |
| 27:17,20 28:1 | 52:4,4,20 58:1 | friday  17:8 | 47:20 48:17 |
| 29:13 32:23 | fisher  2:15 | friend  22:22 | 52:25 61:1 |
| 43:2 46:10,22 | fisherphillips... | friends  13:14 | goes  37:21 |
| 47:9,12,24 | 2:19 | fruit  1:8 69:4 | going  7:6,15,18 |
| 48:7,10 56:22 | five  10:19 27:7 | 70:1 | 12:1,7 19:19 |
| 57:10 59:11 | 27:8 35:16 | full  10:21 32:11 | 21:12 22:10 |
| father's  15:2 | 38:23 | 32:12 47:9,12 | 30:24 37:12 |
| 28:4 29:19 | fixed  6:19 | fully  31:25 | 40:4 47:8 |
| 32:25 33:2 | flashlights | further  22:19 | 65:25 |
| 59:7 | 58:10 | 61:8 65:19 | |

**[good - home]** Page 7

**good**  4:20 5:8
  35:19
**green**  64:12,13
  64:16
**griffin**  46:17
**grimes**  6:11,24
  6:24 7:4
**grower**  14:5
**growers**  1:9
  6:10 14:14,21
  17:24 18:20,21
  18:24 19:10,13
  19:18,24,25
  25:24 27:25
  28:7 29:2,2,12
  29:16,18 30:9
  30:15,16 31:9
  31:10,22 32:4
  32:6,22 33:4
  33:22 34:13,17
  34:18 35:1,11
  37:16 38:2,8,9
  38:18 39:10
  40:15,20 41:2
  41:18 42:10
  43:12,17,21
  44:2,19 45:7
  45:11 46:5
  48:22 49:14
  50:7,8,24
  51:18 53:15
  54:10,14,20
  55:20 59:21
  60:5

**grown**  50:24
  54:10,14,19
  55:20
**guess**  28:13
  37:22 41:10
  42:1 43:8,9
  44:21 45:13,24
**guessing**  45:19
**guys**  6:15

**h**

**h**  3:8 70:3
**h2a**  19:6,9,14
  20:22 28:22
**half**  20:17
  47:21,23
**hamilton**  1:8,9
  1:9 6:10 14:5
  14:13,21 17:23
  18:20,21,24
  19:10,13,18,23
  19:25 25:24
  27:25 28:6
  29:1,2,12,16,18
  30:4,9,15,16
  31:9,10,22
  32:3,6,22 33:3
  33:21 34:12,16
  34:17 35:1,4
  35:11 37:16
  38:2,8,9,17
  39:10 40:15,20
  41:2,17 42:10
  43:12,16,21

  44:2,19 45:7
  45:11 46:5
  48:22 49:14
  50:7,8,24
  51:18 53:15
  54:10,14,19
  55:20 56:13
  59:21 60:5
**hand**  68:16
**happen**  63:22
**happens**  52:25
**hard**  7:22
**harvest**  50:11
  57:17
**head**  58:23
**heads**  8:1
**hear**  52:1
**heavy**  58:14
**heller**  2:13 3:3
  4:7,15,18,22
  5:4,9,17,21 6:2
  6:9,14,20,25
  7:6,8 9:12,18
  10:13 12:11,24
  13:1 14:6,11
  20:13 21:2,6
  21:18 22:5,8
  22:17 23:2,15
  23:24 25:9,17
  26:17 29:24
  30:7,22 31:5
  35:17,22 36:1
  36:18,25 39:14
  40:25 41:8,12

  42:3 44:23
  46:1,3 49:3,10
  49:23 50:5,15
  50:17 51:5,11
  51:20 52:2,18
  54:16,24 55:14
  56:3,17,18,21
  58:7,23 59:9
  59:24 60:8,15
  60:20 61:1,8
  61:20 62:12,19
  63:5,17 64:2
  64:20 65:3,17
  65:21 66:3,5
**hello**  4:20
**help**  57:22
  58:17,20 59:1
  59:11
**helper**  56:24
  59:1
**helpers**  57:13
  58:8,9 59:10
**hendrick**  6:11
  6:17,22,23 7:2
**hereunto**  68:15
**high**  43:9
**higher**  23:17
  25:7
**holdings**  1:10
**holidays**  32:16
**home**  23:8
  27:11,14 29:17
  32:10,16 33:22
  34:3,9,13,16,18

34:22 35:1,4
35:11 37:16
38:2,8,17 39:9
41:17 42:10
44:6,18 45:10
45:21
**honestly**  36:21
53:11
**hotel**  26:23,25
27:2,5 28:10
28:11,17 34:21
34:24,25 35:6
38:25 39:3,5
41:19 42:23
43:3
**hour**  21:20
**hours**  20:7,11
20:19,23 21:13
21:16,17 27:13
35:5
**house**  52:14
53:6
**housing**  26:9
26:12,13 46:4
**huh**  7:25 8:4
**hundred**  35:8
65:6
**hurry**  32:19

**i**

**identification**
12:10
**identify**  5:19

**immediately**
35:21
**impact**  9:20
**impacts**  10:18
**inbound**  23:7
**included**  26:8
**incurred**  37:21
38:13
**indicate**  38:11
**indicated**  17:13
64:23
**individual**  5:12
**individuals**
61:24
**information**
12:20
**informed**  25:3
**inquire**  22:4,19
39:13
**instagram**  13:5
13:18,23
**instructed**  9:7
**instructions**
16:25
**instructs**  29:25
**insufficient**
32:5
**interest**  68:13
**interfere**  9:24
**international**
65:9
**internet**  14:14
14:22 24:12,18
24:22

**interpretation**
26:15,16
**interpreter**
2:24 4:9 5:24
14:8 22:3,3
26:14,14 36:15
36:15,16 39:12
39:12 41:4
49:6,7 51:4,25
51:25 55:12,23
55:23 56:16
58:21,21
**interrogatories**
3:10 12:5,15
12:22 60:22
**interrogatory**
12:16 13:3
17:13
**introduce**  6:20
**investigate**
24:5,10
**investigated**
23:21 24:12
**investigation**
24:1
**invoices**  28:16
28:20 35:10
38:1,11 39:8
**issues**  10:3

**j**

**jim**  2:3,9 5:10
6:7 69:1,2

**job**  1:24 19:1
23:6 24:4
32:19 48:22,25
49:15 50:6,18
50:22 53:2
55:2,6 56:15
57:9,15 58:4,9
62:7 67:25
**jobs**  23:22
61:15 62:4
**joe**  46:17
**joined**  21:22
22:11
**jonathan**  1:14
3:2 4:11,23 7:9
7:10,12 10:23
11:3 36:2 67:2
69:5 70:2,24
**july**  57:4,24
**june**  57:4,12,24

**k**

**keeping**  48:15
**keller**  64:17
**kenda**  1:9
**kent**  1:9
**knew**  20:21,22
21:7,10,11,15
**knoepp**  2:3 6:7
69:1
**know**  9:10
11:17 15:8
17:4,19,25
18:1 21:4

22:17 25:23
26:5 33:13
42:15 47:17
53:11,11
**known** 37:5
53:25

**l**

**l.p.** 1:9,10
**labor** 18:8
**late** 57:12
65:15
**lawsuit** 16:17
16:21,22 17:9
17:11,14,23
21:22 22:2,11
22:13,21,25
23:4
**lawyer** 15:10
15:12
**learn** 19:1
**leave** 36:22
38:23 44:6
**left** 32:13 37:1
38:21 65:15
**legal** 21:1
23:12 69:23
**lerner** 2:14
5:22 6:2
**line** 25:15,16
36:5 51:10,12
51:12 53:17,21
54:1,3 58:18
63:11,12,24

70:4,7,10,13,16
70:19
**lines** 50:23 51:3
51:4,6,7,7,8,8
51:16,23 53:20
54:8,18 59:7
62:11,18,21
63:2,4,10,12,12
63:15,15 64:11
**listened** 16:24
**little** 37:12
61:15
**live** 11:6 46:7
46:22 47:5
48:4
**lived** 11:9 46:4
46:11,19
**llc** 1:10,10 2:5
**llp** 2:15
**location** 46:7
**lodging** 26:16
26:18,19 39:17
**long** 10:5,12,15
10:16,17,17
**look** 24:6,17
38:14 39:7,15
39:18 40:2,4
49:24 61:3
**looked** 39:24
**lori** 1:25 68:2
68:19
**lot** 5:24 48:18
**lunch** 26:21
41:20

**m**

**ma'am** 6:4 9:21
**machinery**
50:20,23 51:2
58:15,18 64:11
**machines** 59:2
**made** 39:7
**maintain** 48:23
49:16 50:23
**maintained**
63:13
**maintenance**
50:20 51:1
57:16,23,24
58:3 59:7
61:19,25
**make** 9:12
40:12 57:5
58:9 59:5
**makes** 10:8
48:19
**march** 57:2,11
57:18,21
**mario** 56:12
**mark** 12:2
**marked** 12:9
**married** 11:12
**martin** 2:13
59:15,15
**martinez** 59:16
**marty** 4:18
5:21 9:9 22:14
35:14 49:1

**materials** 56:5
56:6,8 62:8,11
62:14
**matter** 35:22
**mean** 9:15
41:20 49:8,24
52:3
**meaning** 20:17
**means** 7:16
21:24 34:4,8
**meant** 16:22
**mechanic** 25:15
25:15
**mechanical**
48:24 49:16
**media** 13:19,23
14:15,22
**medications**
9:19
**meet** 17:1,6
**members** 11:14
13:15
**memory** 10:2,3
10:18
**mention** 64:13
**mentioned** 5:21
13:3 40:23
62:6
**message** 16:13
**messages** 16:17
**mexican** 26:4
34:14 41:7,24
42:11 43:13
44:4,20 45:3

| | | n | o |
|---|---|---|---|
| 45:12,17 53:4 | **month** 48:8 | **n** 2:1 3:1,1 4:1 | **o** 3:1 4:1 |
| **mexico** 5:14 | 57:2,3,18,19,24 | **nah** 7:25 8:4 | **oath** 4:6 5:11 |
| 11:7 25:19,24 | **months** 55:7 | **name** 4:18 | 36:3 |
| 27:11,15 32:6 | **morning** 4:21 | 10:21,23 11:24 | **object** 23:11 |
| 32:22 33:4 | **morton** 2:4,5 | 13:9 24:11 | 61:20 62:19 |
| 34:16 37:16,20 | 3:4 4:8 5:8,16 | **names** 11:3,18 | 63:5 65:17 |
| 38:8,9,18 | 6:5,6,12 9:9 | 13:13 | **objection** 20:25 |
| 39:10 40:14 | 10:10 20:9,25 | **ne** 2:16 | 21:14 23:19 |
| 41:2 42:10 | 21:14 22:14 | **nearly** 33:2 | 25:8 29:23 |
| 43:12,16,21 | 23:11,19 25:8 | **need** 8:22,23 | 30:21 40:22 |
| 44:2,18,18 | 25:11 29:23 | 11:17 58:10 | 41:11 42:2 |
| 45:7,10 52:22 | 30:2,21 31:1 | **needed** 58:18 | 44:22 45:22 |
| **mheller** 2:19 | 35:14,19 36:12 | **needs** 30:23 | 51:19 52:15 |
| **michael** 56:12 | 40:22 41:11 | **neither** 68:10 | 53:18 54:12,21 |
| **mid** 57:12,24 | 42:2 44:22 | **never** 7:22 | 55:21 57:14 |
| **middle** 1:1 | 45:22,24 49:1 | 20:20 21:7 | 59:23 60:7,12 |
| **midway** 57:3 | 49:19 51:9,19 | 25:1 40:23 | 62:12 63:17 |
| **mine** 17:18 | 52:15 53:18 | **new** 57:25 63:2 | 64:2 65:3 |
| 59:8 | 54:12,21 55:21 | 63:21,25 | **objections** 5:6 |
| **minute** 35:16 | 57:14 59:23 | **nickname** | 9:3,14 |
| **minutes** 35:24 | 60:7,12 61:6 | 13:11 | **observing** 6:9 |
| **mistaken** 30:5 | 61:10,13,23 | **nicknames** 11:3 | **obviously** 23:1 |
| 33:10 | 62:15,25 63:9 | **night** 28:11,12 | **ocasio** 2:24 |
| **moment** 61:9 | 63:19 64:4 | **nods** 58:23 | **occasions** 27:20 |
| **money** 47:5 | 65:19,23 66:7 | **noise** 5:25 41:5 | **office** 52:21 |
| 65:5 | **motels** 35:3 | **norman** 56:12 | **officer** 68:4 |
| **monterey** 27:3 | **move** 37:11 | **note** 69:10 | **offices** 62:23 |
| 27:12,15,25 | 50:1 58:15 | **notes** 61:4 | **oh** 52:25 |
| 28:7,22 29:2 | 62:14 | **notice** 4:25 | **okay** 5:5 7:9,15 |
| 29:12,15 30:16 | **moved** 50:23 | **numbers** 12:4 | 7:20 8:21 11:2 |
| 31:9,22 39:1 | 51:18 56:1 | | 11:6,12,17,23 |
| 42:24 64:18 | 62:8 63:3 | | 12:1,19 13:8 |
| 65:1 | **moving** 55:19 | | |

13:14,17,21
14:2 15:8,21
16:6,11,15
18:1,4,13,18,19
19:21 20:4
21:4,10,22
24:24 25:12,22
26:18 29:5,17
30:3,18 31:17
32:9,25 33:21
34:7,11 35:9
36:5,11,18
37:8,11,25
40:6,10 41:16
42:6,19 44:10
44:14 45:1
46:9,14 47:8
47:17 48:19
50:20 51:24
52:4,19 53:13
54:8 55:18
56:10 59:14
60:19 61:1,5,6
64:7,14,17
**olguin** 1:3
14:25
**ones** 7:2
**operate** 48:23
49:16 55:10,15
**opt** 17:10 21:23
**oral** 4:24
**original** 66:4,6
**outcome** 68:14

**outside** 5:13
51:17 53:14
63:16,24
**overtime** 20:6
20:16,23 21:8
21:12 23:5,10
**own** 29:22
43:16,22 44:5
61:16
**owned** 49:2,8

**p**

**p** 2:1,1,14 4:1
**p.m.** 1:17 66:8
**pablito** 19:3
**pablo** 1:3 14:24
**packages** 53:21
**packaging** 51:7
**packed** 63:21
**packer** 55:1
**packing** 50:9
50:25 51:8,10
52:14 53:6,10
55:1,11,16,18
56:4,7 62:11
62:18 64:9
**page** 3:2,9 13:4
13:5,17,18,24
70:4,7,10,13,16
70:19
**paid** 18:5 20:6
20:16,17,23
21:7,12,16
23:18 25:5,13

28:17,21 30:14
31:13 32:4
35:10 36:8
40:13,16,20
47:12 48:10
64:21 65:5
**paint** 59:1,2
**pallets** 56:2
**paperwork**
38:15
**pardon** 45:8
53:22 56:11
**part** 6:1 33:7
55:2,6
**parties** 68:12
**parts** 42:16
58:14
**pay** 20:18,18
23:17 25:7
37:13,15 47:5
47:7,9 48:4
65:7
**paying** 24:14
**payment** 17:14
18:2 47:22
**payments**
48:14
**peachtree** 2:16
**pedro** 59:16
**pending** 8:24
**people** 56:24
57:8,22 58:16
59:14 61:22
62:14

**pepper** 51:6
53:23 54:9
63:12
**peppers** 64:15
64:16
**percent** 43:18
**percentage**
43:10
**period** 10:5
19:17,19,20
20:2,4,5,6,15
21:11 28:6
32:12 38:10
40:19 42:21
43:4 46:19
47:3 49:15
56:25 57:1,6,7
57:17,18,23
58:2 59:12,18
60:5
**permitted** 5:1
**person** 30:19
31:8 58:15
59:16
**personal** 9:23
**pesos** 26:4
28:12 34:14
37:17 41:7,24
42:11 43:14
44:4,20 45:4
45:12,17
**phillips** 2:15
**phone** 7:17
15:10,13 17:1

[phonetic - rate]                                                    Page 12

**phonetic**  27:1,2
  27:2 56:13
**photographs**
  14:16
**photos**  14:19
**physical**  9:22
**picking**  57:17
**placed**  63:25
**plaintiff**  1:5
  17:10,10 21:23
**plaintiffs**  2:2
  6:7
**plane**  38:16
  39:9
**please**  29:24
  31:3 51:21
  55:12 66:6
**plows**  64:5
**point**  8:22
  35:15,20 37:3
  37:6 40:18
  59:17
**portion**  65:1,2
**position**  31:24
  36:7 40:15
  53:24 54:17
**positions**  62:1
**possible**  28:3
  38:14
**possibly**  10:19
  38:19 42:11
  56:19
**post**  14:17

**posted**  13:22
  14:12,20
**preparation**
  18:11,14
**prepare**  16:20
  17:6
**present**  2:10,21
  2:23 5:20 6:6,8
  6:13 15:9,10
**presley**  56:13
**primarily**  51:3
  54:9,19 55:10
  55:15,19 56:1
  56:4 58:9
**primary**  48:22
  50:6,10,18,22
**prime**  56:6
  59:2
**prior**  12:4 19:9
  25:19 37:9
  39:6,23
**privacy**  47:1
**private**  30:5
**probably**  61:2
**problem**  7:11
**problems**  9:23
  10:2
**procedure**  5:2
**process**  27:10
  28:22
**produce**  1:9
  50:8,24 51:17
  52:13 53:4,9
  53:12,14,14,25

  54:10,13,14,19
  54:23,25 55:2
  55:19 56:7
  62:17,17
**produced**  52:6
**product**  50:11
  63:1,6,16,24
**production**
  40:8
**products**  52:5
  52:10 54:7
  62:21 63:18,25
  64:14
**professional**
  68:2
**program**  19:6,9
  19:14 20:22
**properties**  1:10
**property**  48:15
**provide**  40:7
  58:17
**provided**  12:14
  12:20 29:1
  30:9 31:10
  33:22 59:11
**public**  33:20
**pull**  12:2,7
**purchased**
  46:12 53:15
  62:17 63:16
**purposes**  4:22
  5:1,18 9:5
  19:20

**pursuant**  4:25
**put**  9:13 46:1
  65:11

**q**

**question**  5:7
  8:9,11,17,19,21
  8:25 9:8 15:11
  20:9,14 22:10
  31:4,18 36:18
  39:22,23 49:4
  49:20 50:4,16
  50:21 54:18
  55:13 56:17
  60:2,15,18
  65:14
**questioning**
  36:6
**questions**  8:3
  8:15 9:4 12:21
  16:4 37:13
  38:4,4 49:24
  61:9,11 65:20
**quick**  35:18
**quickly**  5:9
  12:8

**r**

**r**  2:1 4:1 70:3,3
**raise**  9:3
**ramos**  1:3 69:4
  70:1
**rate**  20:17,18
  23:17

rates 25:7
rather 8:3
  57:15
rd 46:17
read 65:24 66:1
  67:3 69:9
reading 68:9
really 21:4
reask 20:14
  22:10 50:16,21
reason 34:6
  35:3 69:11
  70:6,9,12,15,18
  70:21
reasons 9:23
recall 18:4
  24:11 25:1
  27:19 28:2
  65:6
receipt 28:24
  69:17
receipts 28:16
  28:20 35:9
  37:25 38:5,11
  38:15 39:7,16
received 17:14
  17:22 18:2
receiving 55:11
  55:16
recognize
  12:12
recollection
  13:22 28:5
  29:14 45:20

record 4:23
  5:10,18 6:9 7:1
  7:19 9:5,13
  10:22 29:8
  46:2 61:2 66:8
  68:6
records 38:11
  39:8,24
reduced 68:8
referenced 69:6
referencing
  26:13
referred 64:20
reflecting
  35:10 38:1
  39:9
regarding 16:7
  39:16
registered 68:2
regular 20:18
reimbursed
  31:20,25 37:2
  48:1
reimbursement
  36:24
related 14:20
  49:12 56:7
  68:11
relation 11:18
relevant 19:19
  20:1,5,15
  21:11 28:6
  38:10 40:18
  42:20 43:4

46:19 47:3
  49:15 59:12,17
  60:4
remember 10:6
  10:15 36:20
  37:8,10 43:15
remembered
  64:24
remembering
  10:16
remind 29:24
remotely 4:5,6
rent 48:6
renting 48:18
repack 51:10
  51:12,16,16
  52:4,10 53:17
  53:23,25 54:1
  54:2,5
repacked 51:18
  52:12 53:16
  62:17,22 63:7
repacking
  51:23 52:5
  53:20 55:2
repair 48:23
  49:16 50:6
  64:5,10
repairing 58:18
  64:8
repay 47:15,18
repeat 31:3
  41:5 50:15
  55:13

reported 1:25
reporter 4:2
  5:12 7:17
  65:25 66:3
  68:1,3,3
reporting 4:4
represent 33:1
  46:10
representatives
  2:24
requested
  68:10
required 9:6
reserve 5:5
  65:23
residence 48:4
respect 27:24
  36:7
respond 8:10
  8:11 9:6,8
response 8:3,4
responses
  12:14,16,21
  13:3 17:13
responsibilities
  25:14
responsibility
  59:6
return 23:7
  34:12 36:9,12
  36:14,16,19,24
  37:2 39:19,24
  41:2 42:7,10
  44:1 45:2,15

**[return - sorry]**                                                                    Page 14

| | | | |
|---|---|---|---|
| 69:13,16 | **roy** 1:25 68:2 | **september** 57:7 | **simply** 24:2 |
| **returned** 33:3 | 68:19 | 58:1 | **single** 42:20 |
| 44:12 52:7 | **rpcs** 56:2 63:21 | **session** 57:20 | 43:4 47:2 |
| **review** 18:10 | 64:1 | **set** 68:16 | **sir** 11:5,8,13,16 |
| 69:7 | **rpr** 1:25 68:19 | **seven** 10:19 | 11:22,25 13:2 |
| **ride** 27:25 | **rules** 5:2 9:7,10 | 35:24 | 13:10,16,20 |
| 31:13 | **run** 62:18 63:2 | **several** 62:5 | 14:1,16,23 |
| **right** 5:17 | 63:16,20,23 | **shaking** 7:25 | 15:1,4,7,20 |
| 12:18,23,24 | | **share** 42:25 | 16:2,5,14,19 |
| 15:3,24 16:10 | **s** | 43:1 | 17:3,12,17 |
| 20:3 21:9,13 | **s** 1:5,11 2:1 3:1 | **shed** 50:9,25 | 18:3,9,12,17 |
| 21:21 22:20 | 3:8 4:1 70:3 | 53:10 55:11,16 | 19:11,15 26:24 |
| 25:18 26:10 | **salaries** 23:21 | 55:19 | 27:4 28:19,23 |
| 31:17 32:2,9 | 23:23 24:2 | **sheet** 67:7 | 30:17 32:8,13 |
| 32:18 34:22 | **salary** 23:5,17 | 69:11 | 33:24 34:2,10 |
| 35:15 36:10,23 | 24:3 | **shipping** 52:14 | 37:24 46:8,13 |
| 40:10,17 42:14 | **san** 35:2,6 | 53:10 | 46:15,21 47:4 |
| 42:15,18 44:13 | **saving** 25:2 | **shorthand** 68:3 | 47:6,14 49:18 |
| 44:14,25 45:14 | **saw** 23:22 | **showing** 28:17 | 55:3,5,9,17 |
| 45:23 48:16,19 | 24:21 | 28:21 | 59:19 61:17 |
| 50:3 59:20 | **season** 25:20 | **side** 52:14 | 62:2 64:6,10 |
| 62:9 63:14 | 33:23 57:19,25 | 53:10 55:11 | 65:18 |
| 64:3 65:24 | 65:15 | **sign** 65:24 66:1 | **sitting** 5:13 |
| **road** 46:17 | **second** 52:9,10 | 69:12 | **situated** 1:4 |
| **rode** 27:17 28:6 | 53:2,8 | **signature** 67:9 | **six** 20:1 |
| **role** 58:12 | **see** 6:12,18 7:5 | 68:18 | **sixth** 2:6 |
| **roller** 59:3 | 64:25 | **signed** 67:7 | **small** 17:21,21 |
| **rolls** 54:3 | **seems** 22:14 | 69:19 | **social** 13:18,23 |
| **room** 7:1 26:21 | **send** 53:5 | **signing** 68:10 | 14:14,22 |
| 42:25,25 43:1 | **sense** 10:8 | **similar** 34:19 | **solutions** 69:23 |
| 54:5 | 48:19 | 61:16 | **sorry** 10:10 |
| **roughly** 20:1 | **sent** 16:12,16 | **similarly** 1:4 | 13:4 14:9 |
| 34:15 47:13 | 69:14 | 25:6 | 16:22 48:17 |
| | | | 52:25 |

sort  23:25
  48:17
sound  33:5
sounded  62:7
sounds  5:8 50:3
southern  1:8
  2:24 6:10 14:6
  14:8,10,13,21
  17:24 18:20
  52:12 53:3,6,7
  63:3 69:4 70:1
spanish  2:24
  4:9 10:11
  12:15 51:10
speak  18:13
specialized
  23:6,22 24:4
speed  37:12
  38:3
split  47:25
spoke  15:14
spoken  15:5,18
squash  51:7
  53:22 54:9
  64:15
start  18:23
started  4:16
  5:18 7:7
starts  57:19,20
  57:25
state  10:21
  11:15 31:8
states  1:1 11:10
  14:3 19:9

25:19 38:6
  44:7 52:24
stay  26:19,23
  27:5,8 28:17
  34:21,23,25
  38:25 42:23,24
  43:3
stayed  39:4
stenographic...
  68:8
stipulating
  5:10
stipulation
  5:15
stop  35:15,20
stopping  35:20
street  2:6,16
strike  31:18
  60:17
sued  17:18
suite  2:17
super  35:2
supervise  59:4
supervision
  68:9
supervisor
  56:10
supplied  62:10
supply  62:7
support  23:1
  56:24
suppose  15:4
  64:22

sure  9:13 31:15
  33:17 35:17
  39:14 43:18
  57:5 58:9 59:5
  60:3
swear  4:2
sweet  63:12
sworn  4:10,13

**t**

t  3:1,1,8 70:3,3
table  54:4
tables  53:25
  54:2,6
take  7:18 8:22
  8:23,25 12:24
  29:5,9,10,15,20
  30:24 34:8
  35:16,17,23
  59:1 65:8,25
taken  4:24 5:1
  7:23 15:6,19
  29:1 44:5
  62:21 68:5,7
talk  8:6 25:18
  26:18 32:9
  53:8
talked  28:10
  64:17
talking  36:6,13
  63:11
tell  8:14 9:15
  11:18 15:21
  16:1,3 23:25

30:22,23 31:2
  32:3 40:19
  52:19
telling  60:25
ten  35:16
tennessee  52:22
  59:18
terminated
  22:7
testified  4:13
  46:9,10 62:16
  62:20
testify  9:20,24
  31:8
testimony  5:7
  30:14 31:12
  33:1,2 60:21
  67:4,6 68:7,7
  69:9,17
texas  35:2
  65:10,10
texted  16:11,16
thank  4:17 8:12
  10:20 48:20
things  7:24
  10:15 58:11
think  5:19
  10:11 14:6
  16:8 22:9 26:1
  26:16 28:15
  29:11 33:7
  34:11,15 35:13
  36:12 39:21
  41:1,22 43:18

43:23 45:20
49:21 50:1
51:9 60:15
**third**  58:2
**thoughts**  43:11
**three**  33:10
39:20 47:10
56:11,12
**ticket**  38:16
**tickets**  39:19,20
**time**  5:7 10:5
10:12,15,16,17
11:9 14:3
15:14 19:10,16
19:17,19,20
20:4,5,6,15
21:11 22:6
30:8 32:20
38:10 40:19
42:20 43:4
44:8,11 49:15
56:25 57:1,6,7
57:16,18 59:12
59:17,20 69:18
**timeframe**  69:8
**times**  20:17
**today**  7:16 9:19
9:25 16:18,21
18:16,22 19:20
39:6,23 60:21
60:23
**today's**  18:11
40:3

**together**  18:21
46:11
**told**  29:11
36:22 37:1,9
60:23
**tolls**  39:17
43:25
**took**  15:2 29:17
29:21 30:3,4,8
33:9,12,14
**tools**  58:10
**total**  16:6
**tovar**  1:14 3:2
4:11,18,24
10:24 11:4
67:2 69:5 70:2
70:24
**tractors**  64:5
**trailer**  46:11
48:15
**tran**  66:6,7
**transcribing**
66:4
**transcript**  7:24
68:6 69:6,19
**transcription**
67:5
**translated**
10:12 12:16
20:10 36:13
45:25 49:1,22
50:1
**translation**
20:11

**translator**  8:8
8:10
**transportation**
26:9,22 33:20
34:9 41:19
42:8
**travel**  25:19,23
25:24 27:24
30:15 31:20
32:21 34:3,12
34:17 35:11
36:7,9,13,14,16
36:17,19,24
37:2,13,15,15
38:1,5,7,9,12
39:8,9,25
40:13,14,21
41:1,2,17,18
42:7,9,16
43:11,21 44:2
44:16,17,17
45:2,6,7,9,10
45:16,21 65:1
**traveling**  31:21
**trip**  29:21,22
34:5 35:4
43:24
**trips**  29:17
**true**  67:4 68:6
**truth**  60:23,25
**truthfully**  9:25
**try**  8:2 9:11
22:10 37:12

**trying**  9:12
35:20
**twelve**  27:13
**two**  13:12 15:3
15:16 17:20
29:17 33:10
38:15 46:11
47:9,10,22
51:22 52:16
56:11,23 57:12
57:13,22 58:8
59:10
**type**  52:13 53:9
61:25 62:4,7
**types**  16:3 35:3
38:4 52:16
57:9
**typewriting**
68:9

| u |
| --- |

**u.s.**  18:8 26:5
53:4
**uh**  7:25,25 8:4
8:4
**under**  13:9
14:9 36:3 68:9
**understand**
7:23 8:5,13,15
13:8 21:23
22:9 28:25
36:2 39:22
49:25 54:17
57:5 59:21

60:1,6,14
**understanding**
9:14 48:13
50:4 51:15
**understood**
8:18 10:20
**united** 1:1
11:10 14:2
19:9 25:19
38:6 44:7
52:24
**ups** 65:22
**used** 5:7 33:20
53:21,23 54:9
54:18,22 69:19
**using** 8:4
**usually** 32:21

**v**

**v** 1:6 69:4 70:1
**valdosta** 1:2
**valley** 1:8 2:24
6:10 14:7,8,10
14:13,21 17:24
18:20 52:12
53:3,6,7 63:3
69:4 70:1
**vegetable** 1:8
69:4 70:1
**vehicle** 43:16
43:22 44:5,7,9
44:12
**ventura** 59:15

**verify** 69:9
**veritext** 69:14
69:23
**veritext.com**
69:15
**video** 6:15,16
7:18
**videoconfere...**
1:15 2:10,21
**virtual** 7:16
**visa** 19:6 27:9
**visas** 65:5
**vocation** 24:3

**w**

**wait** 27:9
**want** 6:5 13:2
15:8 17:4
39:21 51:13
61:14
**wanted** 5:10
64:7,23,25
**wants** 22:19
**warehouse**
61:25 62:4
64:9
**wave** 6:16
**way** 34:22 35:1
52:5,9 53:2,8
60:16 65:12
**ways** 51:22
**week** 20:12
27:22 32:13
36:22 38:23

47:11 48:9
**weeks** 15:3
**went** 15:25
16:9 17:19
27:21
**whereof** 68:15
**witness** 4:3,6
4:12 5:3 6:4
7:5 9:17 21:4
21:15 22:6,24
23:13,20 25:12
30:3 31:3
36:20 39:15
40:23 41:6
45:23 51:6
52:16 53:19
54:13,22 55:22
56:1,19 57:15
58:25 60:13,19
61:5,21 62:13
62:20 63:6,18
64:3 65:4,18
68:15 69:8,10
69:12,18
**wk** 1:10
**wkw** 1:10
**wls** 1:7
**word** 39:13
58:22
**words** 55:24
**work** 13:24
19:5,8 20:11
20:22 23:7
32:11,11 50:11

51:3,23 56:4
58:5 59:5,18
65:16
**worked** 14:2
19:10,12,23,25
20:7,19 21:13
21:16 46:5
48:22 59:21
60:5,11
**workers** 33:22
56:14,16 61:15
61:18 62:3,10
**working** 18:18
18:23 59:22
60:6 61:24
**workweek** 20:7
20:19,24
**written** 7:19

**x**

**x** 3:8

**y**

**yeah** 31:6 66:2
**year** 11:11 20:8
24:22 25:22
31:21 32:6,12
33:3,3 34:13
35:1 36:9 37:9
37:14,20 38:2
39:4 40:10,11
41:3,16 42:20
43:4,15 45:2,6
45:9 46:7 47:3
55:8 56:15

57:8 58:6

**years** 10:19,19
17:18 20:1
28:5 30:4
33:10,12,13,14
33:19 38:6,20
43:22 46:6,18
47:10 48:3,5
48:11

**yucatan** 52:21
52:22

**z**

**zone** 24:23

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.