# EXHIBIT C

Alberto Padilla Hurtado                    May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE MIDDLE DISTRICT OF GEORGIA

3                  VALDOSTA DIVISION

4

5   CIVIL ACTION FILE NO.:  7:24-cv-00054-WLS

6   ARNULFO GARCIA-RAMOS, PABLO

7   CASTILLO-OLGUIN, and all

8   others similarly situated,

9           Plaintiffs,

10          vs.

11  SOUTHERN VALLEY FRUIT &

12  VEGETABLE, INC.; et al.,

13          Defendants.

14

15              * * * * * * * * *

16

17          REMOTE DEPOSITION OF ALBERTO PADILLA

18  HURTADO, taken pursuant to stipulation and

19  agreement before Timothy T. Casey, Court

20  Reporter and Commissioner for the State of

21  Alabama at Large, via Zoom on Wednesday, May

22  14, 2025, commencing at 4:30 p.m.

23

24

25

Alberto Padilla Hurtado                     May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

                                                      Page 2

1              S T I P U L A T I O N S

2

3       IT IS STIPULATED AND AGREED, by and

4   between the parties through their respective

5   counsel, that the remote deposition of

6   Alberto Padilla Hurtado may be taken by

7   Timothy T. Casey, Court Reporter, Notary

8   Public, via Zoom on the 14th day of May,

9   2025.

10      IT IS ALSO STIPULATED AND AGREED that

11  notice of the filing of the deposition by the

12  Court Reporter is waived.

13

14

15

16

17

18

19

20

21

22

23

24

25

Alberto Padilla Hurtado                          May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

Page 3

1               A P P E A R A N C E S

2

3          DAWSON MORTON, L.L.C., by Jim Knoepp

4     and Dawson Morton, 1808 Sixth Street,

5     Berkeley, California 94710, appearing via

6     Zoom on behalf of the Plaintiffs.

7

8          FISHER & PHILIPS, L.L.P., by Martin B.

9     Heller and David P. Lerner, 1230 Peachtree

10    Street Northeast, Suite 3300, Atlanta,

11    Georgia 309092, appearing via Zoom on behalf

12    of the Defendants.

13

14    BEFORE:  Timothy T. Casey, Court Reporter,

15    Notary Public.

16

17

18

19

20

21

22

23

24

25

Alberto Padilla Hurtado                    May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

Page 4

1              W  H  E  R  E  U  P  O  N,

2

3      I, Timothy T. Casey, Court Reporter of

4   Huntsville, Alabama, acting as Court Reporter

5   and Notary Public, certify that on this date

6   as provided by Federal Rules of Civil

7   Procedure, and the foregoing stipulations of

8   counsel, there failed to come before me via

9   Zoom beginning at 4:30 p.m., Alberto Padilla

10  Hurtado, witness in the above cause, for oral

11  examination, whereupon the following

12  proceedings were had:

13

14      MR. HELLER:  This was intended to be

15  the deposition of Alberto Padilla Hurtado,

16  noticed originally for May 7th, 2025, during

17  which he was unable to attend, and so it was

18  rescheduled for today to begin at 4:00 p.m.

19  Eastern Time.

20          Mr. Hurtado is in Mexico and it's our

21  understanding from opposing counsel that Mr.

22  Hurtado, he's been unable to contact Mr.

23  Hurtado.  It is currently 4:31 p.m.  We held

24  open the deposition for thirty minutes to

25  wait on Mr. Hurtado, but given that his

Alberto Padilla Hurtado                    May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

Page 5

1   whereabouts are unknown, we're just putting

2   on the record the attempts to reach him for

3   his deposition that was noticed per agreement

4   of counsel.

5           And given his unavailability and

6   opposing counsel's inability to reach him, we

7   are going to go on and off the record,

8   document his unavailability and absence, and

9   move forward in communications with opposing

10  counsel and allow everyone to leave and not

11  continue to wait.

12          MR. HELLER:  Dawson, anything you want

13  to add on the record?

14          MR. MORTON:  No, I mean, yeah, we've

15  indicated that he had to travel to get to a

16  computer, and we don't know his current

17  whereabouts.

18          MR. HELLER:  Okay, sounds good.

19          MR. MORTON:  And we've been waiting

20  thirty minutes.

21          MR. HELLER:  Okay, sounds good.  All

22  right, that's all.  We can go off the record.

23              -- END OF PROCEEDING --

24

25

Alberto Padilla Hurtado                          May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

```
                                                    Page 6

 1                  C E R T I F I C A T E

 2

 3      STATE OF ALABAMA

 4      COUNTY OF MADISON

 5

 6          I hereby certify that the above and

 7      foregoing deposition was taken down by me in

 8      stenotype and the questions and answers

 9      thereto were transcribed by means of

10      computer-aided transcription, and that the

11      foregoing represents a true and correct

12      transcript of the testimony given by said

13      witness upon said deposition.

14          I further certify that I am duly licensed

15      by the Alabama Board of Court Reporting as a

16      Certified Court Reporter as evidenced by the

17      ACCR number following my name below.

18          I further certify that I am neither of

19      counsel, nor of kin to the parties in the

20      action, nor am I in anywise interested in the

21      result of said cause.

22

23                  Timothy T. Casey, CCR

24                  ACCR #301 (Exp. 9/30/25)

25                  Notary Public (Exp. 8/9/25)
```

Alberto Padilla Hurtado                    May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

**[& - federal]**                                                              Page 1

| & | a | c | |
|---|---|---|---|
| **&**  1:11 3:8 | **above**  4:10 6:6 | **c**  3:1 6:1,1 | **current**  5:16 |
| **0** | **absence**  5:8 | **california**  3:5 | **currently**  4:23 |
| **00054**  1:5 | **accr**  6:17,24 | **casey**  1:19 2:7 | **cv**  1:5 |
| **1** | **acting**  4:4 | 3:14 4:3 6:23 | **d** |
| **1230**  3:9 | **action**  1:5 6:20 | **castillo**  1:7 | **date**  4:5 |
| **14**  1:22 | **add**  5:13 | **cause**  4:10 6:21 | **david**  3:9 |
| **14th**  2:8 | **agreed**  2:3,10 | **ccr**  6:23 | **dawson**  3:3,4 |
| **1808**  3:4 | **agreement**  1:19 | **certified**  6:16 | 5:12 |
| **18341**  6:22 | 5:3 | **certify**  4:5 6:6 | **day**  2:8 |
| **2** | **aided**  6:10 | 6:14,18 | **defendants** |
| **2025**  1:22 2:9 | **al**  1:12 | **civil**  1:5 4:6 | 1:13 3:12 |
| 4:16 | **alabama**  1:21 | **come**  4:8 | **deposition**  1:17 |
| **3** | 4:4 6:3,15 | **commencing** | 2:5,11 4:15,24 |
| **301**  6:24 | **alberto**  1:17 | 1:22 | 5:3 6:7,13 |
| **309092**  3:11 | 2:6 4:9,15 | **commissioner** | **district**  1:1,2 |
| **3300**  3:10 | **allow**  5:10 | 1:20 | **division**  1:3 |
| **4** | **answers**  6:8 | **communicati...** | **document**  5:8 |
| **4:00**  4:18 | **anywise**  6:20 | 5:9 | **duly**  6:14 |
| **4:30**  1:22 4:9 | **appearing**  3:5 | **computer**  5:16 | **e** |
| **4:31**  4:23 | 3:11 | 6:10 | **e**  3:1,1 4:1,1 6:1 |
| **7** | **arnulfo**  1:6 | **contact**  4:22 | 6:1 |
| **7:24**  1:5 | **atlanta**  3:10 | **continue**  5:11 | **eastern**  4:19 |
| **7th**  4:16 | **attempts**  5:2 | **correct**  6:11 | **et**  1:12 |
| **8** | **attend**  4:17 | **counsel**  2:5 4:8 | **evidenced**  6:16 |
| **8/9/25**  6:25 | **b** | 4:21 5:4,10 | **examination** |
| **9** | **b**  3:8 | 6:19 | 4:11 |
| **9/30/25**  6:24 | **beginning**  4:9 | **counsel's**  5:6 | **exp**  6:24,25 |
| **94710**  3:5 | **behalf**  3:6,11 | **county**  6:4 | **f** |
| | **berkeley**  3:5 | **court**  1:1,19 | **f**  6:1 |
| | **board**  6:15 | 2:7,12 3:14 4:3 | **failed**  4:8 |
| | | 4:4 6:15,16 | **federal**  4:6 |

Alberto Padilla Hurtado                      May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

**[file - similarly]**                                                    Page 2

| | | | |
|---|---|---|---|
| **file**  1:5 | **intended**  4:14 | **neither**  6:18 | **proceedings**  4:12 |
| **filing**  2:11 | **interested**  6:20 | **northeast**  3:10 | **provided**  4:6 |
| **fisher**  3:8 | **j** | **notary**  2:7 3:15  4:5 6:25 | **public**  2:8 3:15  4:5 6:25 |
| **following**  4:11  6:17 | **jim**  3:3 | **notice**  2:11 | **pursuant**  1:18 |
| **foregoing**  4:7  6:7,11 | **k** | **noticed**  4:16  5:3 | **putting**  5:1 |
| **forward**  5:9 | **kin**  6:19 | **number**  6:17 | **q** |
| **fruit**  1:11 | **knoepp**  3:3 | **o** | **questions**  6:8 |
| **further**  6:14,18 | **know**  5:16 | **o**  2:1 4:1 | **r** |
| **g** | **l** | **okay**  5:18,21 | **r**  3:1 4:1 6:1 |
| **garcia**  1:6 | **l**  2:1 | **olguin**  1:7 | **ramos**  1:6 |
| **georgia**  1:2  3:11 | **l.l.c.**  3:3 | **open**  4:24 | **reach**  5:2,6 |
| **given**  4:25 5:5  6:12 | **l.l.p.**  3:8 | **opposing**  4:21  5:6,9 | **record**  5:2,7,13  5:22 |
| **go**  5:7,22 | **large**  1:21 | **oral**  4:10 | **remote**  1:17 2:5 |
| **going**  5:7 | **leave**  5:10 | **originally**  4:16 | **reporter**  1:20  2:7,12 3:14 4:3  4:4 6:16 |
| **good**  5:18,21 | **lerner**  3:9 | **p** | **reporting**  6:15 |
| **h** | **licensed**  6:14 | **p**  2:1 3:1,1,9  4:1 | **represents**  6:11 |
| **h**  4:1 | **m** | **p.m.**  1:22 4:9  4:18,23 | **rescheduled**  4:18 |
| **held**  4:23 | **madison**  6:4 | **pablo**  1:6 | **respective**  2:4 |
| **heller**  3:9 4:14  5:12,18,21 | **martin**  3:8 | **padilla**  1:17 2:6  4:9,15 | **result**  6:21 |
| **huntsville**  4:4 | **mean**  5:14 | **parties**  2:4 6:19 | **right**  5:22 |
| **hurtado**  1:18  2:6 4:10,15,20  4:22,23,25 | **means**  6:9 | **peachtree**  3:9 | **rules**  4:6 |
| **i** | **mexico**  4:20 | **philips**  3:8 | **s** |
| **inability**  5:6 | **middle**  1:2 | **plaintiffs**  1:9  3:6 | **s**  2:1,1 3:1 |
| **indicated**  5:15 | **minutes**  4:24  5:20 | **procedure**  4:7 | **signature**  6:22 |
| | **morton**  3:3,4  5:14,19 | **proceeding**  5:23 | **similarly**  1:8 |
| | **move**  5:9 | | |
| | **n** | | |
| | **n**  2:1 3:1 4:1 | | |
| | **name**  6:17 | | |

Alberto Padilla Hurtado                    May 14, 2025
Garcia-Ramos, Arnulfo, et al. Vs. Southern Valley Fruit & Vegetable, Inc., et al.

**[situated - zoom]**                                        Page 3

**situated**  1:8
**sixth**  3:4
**sounds**  5:18,21
**southern**  1:11
**state**  1:20 6:3
**states**  1:1
**stenotype**  6:8
**stipulated**  2:3
  2:10
**stipulation**
  1:18
**stipulations**  4:7
**street**  3:4,10
**suite**  3:10

**t**

**t**  1:19 2:1,1,7
  3:14 4:3 6:1,1
  6:23
**taken**  1:18 2:6
  6:7
**testimony**  6:12
**thereto**  6:9
**thirty**  4:24 5:20
**time**  4:19
**timothy**  1:19
  2:7 3:14 4:3
  6:23
**today**  4:18
**transcribed**  6:9
**transcript**  6:12
**transcription**
  6:10

**travel**  5:15
**true**  6:11

**u**

**u**  2:1 4:1
**unable**  4:17,22
**unavailability**
  5:5,8
**understanding**
  4:21
**united**  1:1
**unknown**  5:1

**v**

**valdosta**  1:3
**valley**  1:11
**vegetable**  1:12
**vs**  1:10

**w**

**w**  4:1
**wait**  4:25 5:11
**waiting**  5:19
**waived**  2:12
**want**  5:12
**we've**  5:14,19
**wednesday**
  1:21
**whereabouts**
  5:1,17
**witness**  4:10
  6:13
**wls**  1:5

**y**

**yeah**  5:14

**z**

**zoom**  1:21 2:8
  3:6,11 4:9

Georgia Code

Title 9, Chapter 11

Article 5, Section 9-11-30

(e) Review by witness; changes; signing.
If requested by the deponent or a party before
completion of the deposition, the deponent shall
have 30 days after being notified by the officer
that the transcript or recording is available in
which to review the transcript or recording and, if
there are changes in form or substance, to sign a
statement reciting such changes and the reasons
given by the deponent for making them. The officer
shall indicate in the certificate prescribed by
paragraph (1) of subsection (f) of this Code
section whether any review was requested and, if
so, shall append any changes made by the deponent
during the period allowed. If the deposition is not
reviewed and signed by the witness within 30 days
of its submission to him or her, the officer shall
sign it and state on the record that the deposition
was not reviewed and signed by the deponent within
30 days. The deposition may then be used as fully
as though signed unless, on a motion to suppress
under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons
given for the refusal to sign require rejection of
the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.