# EXHIBIT 1

Errata Sheet – Cambios de Errores a la Transcripción

Jonathan Castillo-Tovar makes the following corrections and submits the following errata sheet for his deposition taken May 7, 2025.

*Jonathan Castillo-Tovar hace las siguientes correcciones y presenta la siguiente hoja de erratas para su deposición del día 7 de mayo del 2025.*

| Page / *Página* | Line / *Línea* | Change/ Should Read / *Cambio/Debe ser* | Reason / *Razón* |
|---|---|---|---|
| 10 | 5 | Insert "ago" after "very long" / *Debe ser "hace muchos años"* | Interpretation error /*error de interpretación* |
| 14 | 5 | Insert "Southern Valley" at end of response / Tiene que incluir "Southern Valley" al fin de la respuesta | Incomplete interpretation/ *interprete no completaba la respuesta* |
| 20 | 8 | Insert at end of response "I worked more than 40 hours in a week." / Incluir al fin de la respuesta "Trabaje mas que 40 horas semanales." | Interpretation error / error de interpretación |
| 26 | 9 | "Housing" should be "Lodging" / "Vivienda" debe ser "alojamiento" | Interpretation error / error de interpretación |
| 43 | 9 | "guess" should be "approximation" / "Adivinar" debe ser "aproximadamente" | Interpretation error / error de interpretación |
| 44 | 25 | Should be: "Yes that's right, an approximation" / Debe ser: "Así es, es una aproximación." | |
| 45 | 14 | Should be: "That's right, it's an approximation." / Debe ser: "Así es, es una aproximación." | Interpretation error / error de interpretación |
| 48 | 25 | Should be: "That was my job to maintain equipment of the farm." / Debe ser: "Fue mi trabajo mantener el equipo del rancho." | Interpretation error / error de interpretación |
| 49 | 18 | Should be: "Yes, sir, I maintained the company's mechanical equipment." | Interpretation error / error de interpretación |

| | | | |
|---|---|---|---|
| | | Debe ser: "Si señor, yo hizo mantenimiento del equipo de la compañía." | |
| 55 | 22 | This is response should be deleted. The correct response and translation is at Page 56, Lines 1-2.<br><br>La respuesta es incorrecta—la respuesta correcta con traducción correcta es por la pagina 56 a las líneas 1 a 2. | Interpretation error / error de interpretación |
| 56 | 6 | Should be "Packing materials."<br><br>Debe ser "Material para empacar." | Interpretation error / error de interpretación |

I, Jonathan Castillo-Tovar, do hereby declare under penalty of perjury that the foregoing is true and correct.

*Yo, Jonathan Castillo-Tovar, juro y declaro bajo pena de perjurio que lo escrito arriba es verdadero y correcto.*

Signed on this  06 / 30 / 2025 .

*Firmado con fecha de*  06 / 30 / 2025 ,

_____
Jonathan Castillo-Tovar
SIGNATURE - FIRMA

Doc ID: f28f7c9fe297be70a3e280026df7c6c8f5bafa1f