# EXHIBIT 2

Errata Sheet – Cambios de Errores a la Transcripción

Arnulfo Garcia-Ramos makes the following corrections and submits the following errata sheet for his deposition taken April 23, 2025.

*Arnulfo Garcia-Ramos hace las siguientes correcciones y presenta la siguiente hoja de erratas para su deposición del día 23 de abril del 2025.*

| Page / *Página* | Line / *Línea* | Change/ Should Read / *Cambio/Debe ser* | Reason / *Razón* |
|---|---|---|---|
| 73 | 20 | "contracted" instead of "hired"  *debe ser "contratado"* | Interpretation error /*error de interpretación* |
| 96 | 22 | "If they had not complied with the contract? No, they did not comply."  *"Si ellos no han cumplido con el acuerdo? No, ellos no han cumplido."* | To correct ambiguity caused by translation / *Para corregir interpretación hizo respuesta ambigua* |

I, Arnulfo Garcia-Ramos, do hereby declare under penalty of perjury that the foregoing is true and correct.

*Yo, Arnulfo Garcia-Ramos, juro y declaro bajo pena de perjurio que lo escrito arriba es verdadero y correcto.*

Signed on this  06 / 06 / 2025 _____.

*Firmado con fecha de*  06 / 06 / 2025 _____,

_____
Arnulfo Garcia-Ramos
SIGNATURE - FIRMA