IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, ) <br> PABLO CASTILLO-OLGUIN, and ) <br> all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN VALLEY FRUIT & ) <br> VEGETABLE, INC.; HAMILTON ) <br> GROWERS, INC.; KENT HAMILTON; ) <br> HAMILTON PRODUCE, L.P.; ) <br> KENDA PROPERTIES, L.P.; WK ) <br> HOLDINGS, LLC; and WKW, LLC, ) <br> ) <br> Defendants. ) | **CIVIL ACTION FILE** <br><br> **FILE NO.: 7:24-cv-00054-WLS** |

**CERTIFICATE OF NEED TO FILE DISCOVERY IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR 29 U.S.C. SECTION 216B AND DEFENDANTS' NOTICE OF OBJECTION TO PLAINTIFFS' ERRATA SHEETS**

Pursuant to Local Rule 5.1 and the M.D. Ga. CM/ECF Administrative Procedures manual, Defendants hereby certify their need to file discovery documents because they are being used in these proceedings to support Defendants' Response to Plaintiffs Motion for 29 U.S.C. Section 216(b) Conditional Certification and in support of their Notice of Objection to Errata Sheets. Defendants filed the following discovery materials, which as a result, are being used in this litigation:

1. Deposition Transcript of Plaintiff Jonathan Castillo Tovar;

2. Deposition Transcript of Alberto Padilla Hurtado;

3. Errata Sheet, Deposition of Plaintiff Arnulfo Garcia-Ramos; and

4. Errata Sheet, Deposition of Plaintiff Jonathan Castillo Tovar.

- 2 -

Respectfully submitted this 3rd day of July, 2025.

                                                       *s/Martin B. Heller*
                                                      Martin B. Heller
                                                      Georgia Bar No. 360538
                                                      David Lerner
                                                      Georgia Bar No, 853678

                                                      **FISHER & PHILLIPS LLP**
                                                      1075 Peachtree Street NE, Suite 3500
                                                      Atlanta, Georgia 30909
                                                      Telephone: (404) -231-1400
                                                      Facsimile: (404) 240-4249
                                                      mheller@fisherphillips.com
                                                      dlerner@fisherphillips.com

                                                      Attorneys for Defendants

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing CERTIFICATE OF NEED TO FILE DISCOVERY IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR 28 U.S.C. SECTION 216B AND DEFENDANTS' NOTICE OF OBJECTION TO PLAINTIFFS' ERRATA SHEETS via ECF filing to the following counsel of record:

>Dawson Morton, Esq.
>Dawson Morton, LLC
>1003 Freedom Blvd.
>Watsonville, CA 95076
>
>James M. Knoepp
>Dawson Morton, LLC
>1612 Crestwood Drive
>Columbia, SC 29205

This 3rd day of July, 2025.

>*s/Martin B. Heller*
>Martin B. Heller
>Georgia Bar No. 360538