IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, ) <br> PABLO CASTILLO-OLGUIN, and ) <br> all others similarly situated, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> SOUTHERN VALLEY FRUIT & ) <br> VEGETABLE, INC.; HAMILTON ) <br> GROWERS, INC.; KENT HAMILTON; ) <br> HAMILTON PRODUCE, L.P.; ) <br> KENDA PROPERTIES, L.P.; WK ) <br> HOLDINGS, LLC; and WKW, LLC, ) <br>   ) <br> Defendants. ) | CIVIL ACTION FILE <br><br> FILE NO.: 7:24-cv-00054-WLS |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF A BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION

Pursuant to Local Rule 6.2, Defendants Southern Valley Fruit & Vegetable, Inc., Hamilton Growers, Inc., Kent Hamilton, Hamilton Produce, L.P., Kenda Properties, L.P., WK Holdings, LLC and WKW, LLC ("Defendants") hereby move for an extension of fourteen (14) days for the filing of their brief in response to Plaintiffs' Motion for Rule 23 Class Certification [Doc. 37]. Defendants' current submission deadline is July 14, 2025, and, with the requested extension, Defendants move for a revised submission deadline by and through July 28, 2025.

Respectfully submitted this 7th day of July, 2025.

*s/Martin B. Heller*
Martin B. Heller
Georgia Bar No. 360538
David Lerner
Georgia Bar No, 853678
**FISHER & PHILLIPS LLP**

- 2 -

1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30909
Telephone: (404) -231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendants

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF A BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION by electronic mail to the following counsel of record:

> Dawson Morton, Esq.
> Dawson Morton, LLC
> 1003 Freedom Blvd.
> Watsonville, CA 95076
>
> James M. Knoepp
> Dawson Morton, LLC
> 1612 Crestwood Drive
> Columbia, SC 29205

This 7th day of July, 2025.

*s/Martin B. Heller*
Martin B. Heller
Georgia Bar No. 360538
