## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **ARNULFO GARCIA-RAMOS,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CASE NO: 7:24-CV-54-WLS** |
| | : | |
| **KENT HAMILTON,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER</u>

Before the Court is the Defendants' Notice of Objections to Plaintiffs' Errata Sheets (Doc. 43) ("Notice") filed July 3, 2025. Therein, Defendants contend that Plaintiff Arnulfo Garcia-Ramos and opt-in Plaintiff Castillo Tovar submitted errata sheets to their deposition testimony that make improper substantive, material changes to their deposition testimony. Defendants request the Court disregard the changes objected to by Defendants as set forth in the Notice.

Plaintiffs shall submit any response to the Notice on or before **Thursday, July 17, 2025**. Such response shall be filed separately from Plaintiffs' reply, if any, to Defendant's response to Plaintiffs' motion for preliminary certification of FLSA collective action (Doc. 42).

**SO ORDERED**, this 8th day of July 2025.

/s/ W. Louis Sands_____
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**