IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, *et al.*, :<br>:<br>  **Plaintiffs,** :<br>:<br>v. :<br>:<br>KENT HAMILTON, *et al.*, :<br>:<br>  **Defendants.** :<br>_____ : | CASE NO:  7:24-CV-54-WLS |

## **ORDER**

Before the Court is the Defendants' Motion for an Extension of Time for the Filing of a Brief in Response to Plaintiff's Motion for Rule 23 Class Certification (Doc. 45) ("Motion for Extension") filed July 7, 2025. Therein, Defendants request an extension under Middle District of Georgia Local Rule 6.2 of fourteen (14) days within which to respond to Plaintiff's Motion for Rule 23 Class Certification (Doc. 37) ("Rule 23 Motion"). Defendants assert their response to the Rule 23 Motion is due July 14, 2025. However, the Rule 23 Motion was filed May 30, 2025; and per the Court's order (Doc. 39), Plaintiffs supplemented their Rule 23 Motion by filing complete transcripts of depositions relied on in such motion on June 5, 2025. (*See* Doc. 40). Thus, Defendants' response was due, at the latest, twenty-one days later or on Thursday, June 26, 2025.[1] *See* M.D. Ga. L.R. 7.2. Defendants' Motion for Extension was not timely filed and they have not provided good cause to grant the extension after the expiration of the deadline. Defendants also do not state in their Motion for Extension that Plaintiffs do not oppose Defendants' motion.

---

[1] The Court notes that Defendants timely obtained an extension of time within which to file their response to Plaintiffs' Motion for Preliminary Certification of FLSA Collective Action (Doc. 35) that was filed on May 29, 2025. (*See* Doc. 41, and Clerk's Entry dated June 13, 2025, granting extension pursuant to Local Rule 6.2 with respect to Doc. 35).

1

Accordingly, the Motion for Extension (Doc. 45) is **DENIED WITHOUT PREJUDICE** subject to Defendants showing good cause for filing the Motion for Extension after expiry of the relevant deadline.

**SO ORDERED**, this 8th day of July 2025.

                                                <u>/s/ W. Louis Sands</u>
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**