IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    **CIVIL ACTION FILE**<br><br>   **FILE NO.: 7:24-cv-00054-WLS** |

**DEFENDANTS' AMENDED MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF A BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION**

COME NOW, Defendants in the above-referenced matter and, pursuant to Local Rule 6.2, file an Amended Motion seeking an extension of fourteen (14) days for the filing of their brief in response to Plaintiffs' Motion for Rule 23 Class Certification [Doc. 37], through and including July 28, 2025, with support showing this Court and the clerk that the current deadline is July 14, 2025 due to previously entered scheduling orders in this matter. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Rule 23 Motion on May 30, 2025 [Doc. 37].

2. On February 26, 2025, this Court entered the most recent scheduling order setting forth the briefing deadlines, and in part, stated, "A response to any motion relating to Rule 23 class certification must be filed within forty-five (45) days after such motion is filed." [Doc. 31, ¶ 10].

3. Based upon the present scheduling order and Plaintiffs' filing date, the current deadline for Defendants to respond to Plaintiffs' Motion for Rule 23 Certification is on or before July 14, 2025. Defendants seek this extension of 14 additional days, through and including July 28, 2025, to allow the parties to focus on preparing an effective and efficient response brief, and to allow for an extension due to summer schedules and vacation that counsel took over the Fourth of July weekend which impacted work on this brief.

4. This Amended Motion responds to the Court's Order entered this morning and provides clarification regarding why their previously filed Motion for Extension under Rule 6.2 was timely filed prior to the deadline.

5. Plaintiffs' counsel agree that the deadline as stated in this Motion is calculated correctly, but Plaintiffs do not consent to the extension request.

Respectfully submitted this 9th day of July, 2025.

*s/Martin B. Heller*
Martin B. Heller
Georgia Bar No. 360538
David Lerner
Georgia Bar No, 853678
**FISHER & PHILLIPS LLP**
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30909
Telephone: (404) -231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' AMENDED MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF A BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION by electronic mail to the following counsel of record:

>Dawson Morton, Esq.
>Dawson Morton, LLC
>1003 Freedom Blvd.
>Watsonville, CA 95076
>
>James M. Knoepp
>Dawson Morton, LLC
>1612 Crestwood Drive
>Columbia, SC 29205

This 9th day of July, 2025.

>*s/Martin B. Heller*
>Martin B. Heller
>Georgia Bar No. 360538