IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO: 7:24-cv-54–WLS |
| KENT HAMILTON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Before the Court is the Defendants' Amended Motion for an Extension of Time for the Filing of a Brief in Response to Plaintiff's Motion for Rule 23 Class Certification (Doc. 48) ("Amended Motion") filed July 9, 2025. Therein, Defendants request an extension under Middle District of Georgia Local Rule 6.2 of fourteen (14) days within which to respond to Plaintiff's Motion for Rule 23 Class Certification (Doc. 37) ("Rule 23 Motion"). In their Amended Motion, Defendants note that pursuant to the Court's Amended Discovery and Scheduling Order (Doc. 31), Defendants had forty-five days to respond to the Rule 23 Motion. (*Id.* ¶ 10).[1] Defendants represent that the Plaintiffs agree that Defendants' response to their Rule 23 Motion is due July 14, 2025; however, Plaintiff do not consent to the extension. Pursuant to Local Rule 6.2, Defendants' Amended Motion is timely filed, and upon review of the Amended Motion and the record, the Court finds the Amended Motion is well-taken.

Accordingly, the Amended Motion (Doc. 48) is **GRANTED**. Defendants shall have through and including **Monday, July 28, 2025**, within which to file their response to Plaintiffs' Rule 23 Motion.

**SO ORDERED**, this 9th day of July 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Under the Amended Discovery Order (Doc. 31), Defendants' deadline to respond to Plaintiffs' Motion for Preliminary Certification of FLSA Collective Action (Doc. 35) was governed by Local Rule 7.2.