IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>   Defendants. | **CIVIL ACTION FILE**<br><br>**FILE NO.: 7:24-cv-00054-WLS** |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT

Defendants hereby move for leave of Court, pursuant to Local Rule 7.4, to file a brief in response to Plaintiffs' Motion for Rule 23 Class Certification [Doc. 37], in excess of twenty (20) pages. Prior to filing this Motion, Defendants confirmed with Plaintiffs' counsel that they do not have any objection to this request. As support for this Motion, Defendants show that Plaintiffs filed a Rule 23 Class Action Certification brief [Doc. 37] longer than the twenty-page limitation provided for by the local rules, and Defendants anticipate needing additional space in order to appropriately respond to the arguments made by Plaintiffs, while also being cognizant that a shorter and more efficient brief is preferable. As a result, undersigned counsel will endeavor to be as concise as possible, but respectfully request that the Court grant leave to exceed the twenty-page limit to allow for up to ten (10) additional pages (meaning a total maximum length of up to thirty (30) pages). As noted above, Plaintiffs do not oppose this request.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Leave to exceed the page limit by up to ten (10) additional pages for their Response to Plaintiffs' Motion for Rule 23 Class Certification.

Respectfully submitted this 14th day of July, 2025.

*s/Martin B. Heller*
Martin B. Heller
Georgia Bar No. 360538
David Lerner
Georgia Bar No. 853678
**FISHER & PHILLIPS LLP**
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30909
Telephone: (404) -231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendants

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT by electronic mail to the following counsel of record:

>Dawson Morton, Esq.
>Dawson Morton, LLC
>1003 Freedom Blvd.
>Watsonville, CA 95076

>James M. Knoepp
>Dawson Morton, LLC
>1612 Crestwood Drive
>Columbia, SC 29205

This 14th day of July, 2025.

>*s/Martin B. Heller*
>Martin B. Heller
>Georgia Bar No. 360538