IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO: |
| | : | 7:24-cv-54–WLS |
| KENT HAMILTON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Before the Court is the Defendants' Unopposed Motion for Leave to File Brief in Response to Plaintiffs' Motion for Rule 23 Class Certification in Excess of Page Limit (Doc. 50) ("Motion"). Therein, Defendants request leave to file a response brief of thirty (30) pages instead of twenty (20) pages as allowed by Middle District of Georgia Local Rule 7.4. Defendants note that Plaintiffs' brief in support of their Motion for Rule 23 Class Certification (Doc. 37-1) exceeds the page limit, and Defendants need additional pages to appropriately respond to Plaintiffs' arguments. Defendants represent that Plaintiffs do not object to the request.

Accordingly, Defendants' Motion (Doc. 50) is **GRANTED**. Defendants may file a response brief of thirty (30) pages in length.

**SO ORDERED**, this 15th day of July 2025.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT