IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO.: 7:24-cv-00054-WLS <br><br> JUDGE W. LOUIS SANDS <br><br> CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR PREVIOUSLY FILED MOTION FOR RULE 23 CLASS CERTIFICATION**

Plaintiffs recently realized they filed a brief in excess of the page limits and erred in not seeking leave of the Court beforehand. On May 30, 2025, Plaintiffs filed a Motion for Rule 23 Class Certification with an accompanying Memorandum (ECF No. 37-1) that was 24 pages. Plaintiffs became aware of this error when Defendants sought leave to file an opposition to Plaintiffs' motion in excess of 20 pages, which was granted by the Court on July 15, 2025. (ECF No. 51.) The undersigned confused the page limits set by the Local Rules in the Northern District of Georgia (25 pages) and the Southern District of Georgia (26 pages) with this Court's Local Rules. Counsel apologizes for the error and asks the Court for retroactive leave to file the memorandum, on the docket as ECF No. 37-1, in excess of 20 pages. The Plaintiffs believe the extra pages are necessary to adequately present the facts underlying the Motion for Rule 23 Class

Certification and to address all of the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(3).

Plaintiffs consulted Defendants prior to filing this motion and Defendants stated that they do not oppose the motion.

    Respectfully submitted,

*/s/ James M. Knoepp*
James M. Knoepp
Georgia Bar No. 366241
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
Phone: (828) 379-3169
jim@dawsonmorton.com

Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

                                            */s/ James M. Knoepp*
                                            James M. Knoepp
                                            Georgia Bar No. 366241

this 16th day of July, 2025.