# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO: |
| KENT HAMILTON, *et al.*, | : 7:24-cv-54–WLS |
| Defendants. | : |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Exceed Page Limits for Previously Filed Motion for Rule 23 Class Certification (Doc. 52) ("Motion"). Therein, Plaintiffs explain that they recently realized they had exceeded the page limits for briefs in the Middle District of Georgia. Plaintiffs' counsel apologized for the error.[1] Plaintiffs request the Court retroactively grant Plaintiffs leave to file a memorandum in support of their motion for Rule 23 class certification (Doc. 37-1) that exceeds twenty (20) pages. Plaintiffs' counsel states the extra pages were needed to adequately present the facts and requirements for the Plaintiffs' Rule 23 class certification. Plaintiffs represent that Defendants do not object to the request.

Accordingly, Plaintiffs' Motion (Doc. 52) is **GRANTED**. Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Rule 23 Class Certification (Doc. 37-1), being twenty-five (25) pages in length, is accepted as filed.

**SO ORDERED**, this 17th day of July 2025.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs' counsel explain that they confused the page limits set by local rules for the District Courts for the Northern and Southern Districts of Georgia with the local rules for this District.