**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | **)** | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & | ) | |
| VEGETABLE, INC., et al. | ) | JUDGE W. LOUIS SANDS |
| | ) | |
| Defendants. | ) | CLASS ACTION |
| | ) | |

**CERTIFICATE OF NEED TO FILE DISCOVERY IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY
CERTIFICATION OF FLSA COLLECTIVE ACTION**

Pursuant to Local Rule 5.1 and the M.D. Ga. CM/ECF Administrative Procedures

manual, Plaintiffs hereby certify their need to file discovery documents because they are being

used in these proceedings to support Plaintiffs' Motion for Preliminary Certification of FLSA

Collective Action and are cited in Plaintiffs' Reply Memorandum. Plaintiffs will file the

following discovery materials:

1. FLSA Opt-in Plaintiff Alberto Padilla-Hurtado's Responses to Defendants' First Set
   of Interrogatories.

In addition, Plaintiffs hereby certify their need to rely on previously filed discovery

documents in this case that are referenced in their Reply Memorandum in Support of Their

Motion for Preliminary Certification of FLSA Collective Action. Those discovery materials are:

2. ETA-790 Clearance Order Forms produced by Defendants in response to Plaintiffs'
   Requests for Production of Documents (already filed on the docket as ECF Nos. 37-6,
   37-7, 37-8)

3. Defendants' Responses to Plaintiffs' First Set of Interrogatories (already filed on the
   docket as ECF No. 37-10).

1

Respectfully submitted,

*/s/ James M. Knoepp*
James M. Knoepp
Georgia Bar No. 366241
Dawson Morton, LLC
1612 Crestwood Drive
Columbia, SC 29205
Phone: (828) 379-3169
jim@dawsonmorton.com

Dawson Morton
Georgia Bar No. 525985
Dawson Morton, LLC
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

/s/ James M. Knoepp
James M. Knoepp
Georgia Bar No. 366241

this 17th day of July, 2025.