# EXHIBIT A



# HAMILTON GROWERS, INC. | 2022

## Reconocimiento de Recibo de Reembolso de Ciertos Gastos a trabajadores H2A

Soy un trabajador H2A que es o será empleado por Hamilton Growers, Inc. (Hamilton Growers). Hamilton Growers sigue todas las directrices y requisitos de la ley para los trabajadores H2A. Hamilton Growers me proporciona vivienda sin costo alguno durante mi tiempo de empleo con Hamilton Growers.  Hamilton Growers también me reembolsa durante mi primera semana laboral en el empleo por ciertos gastos incurridos por mi mientras obtenía autorización para trabajar con Hamilton Growers y mientras viajaba hacia Hamilton Growers para aceptar el empleo.

Gastos reembolsables, si es que los pague, incluyen:

1. Los gastos de transporte más económicos y razonables que pague para trasladarme de donde yo vengo hasta Hamilton Growers donde voy a trabajar.
2. Gastos de alojamiento que pagué por las noches que tuve que conseguirlo mientras esperaba la emisión de mi Visa H2A.
3. Reembolso por lo que pague de comidas desde el momento que deje mi aldea, pueblo, ciudad o lugar de los Estados Unidos para dirigirme a trabajar con Hamilton Growers hasta el momento en que llegue al lugar de Hamilton Growers.
4. El costo de mi aplicación de Visa para los Estados Unidos (esta ya ha sido pagada por adelantado por Hamilton Growers en el año 2022)
5. La tarifa del cruce de fronteras a Estados Unidos.

El Pago Total de Mi Reembolso de Viaje para el 2022 es: $292.03

Mediante mi firma de de este acuse de recibo de reembolso de ciertos gastos, Yo aseguró a Hamilton Growers que ya he sido reembolsado por todos los gastos que pagué con el total que se registra arriba, en la primera semana de mi empleo con Hamilton Growers.

_ARNULFO G._
Nombre de Empleado

_9286_
Numero de Empleado

_[signature]_
Firma de Empleado

_04/29/2022_
Fecha

---

1 | An Equal Opportunity Employer    Revisado por última vez:4.27.2022

Defs 000647

## Formulario De Pago Mensual Reconocimiento

Hamilton Growers, Inc. está comprometido a garantiza que todos los empleados son justamente y completamente compensados por cual quel tipo de trabajo. Hamilton Growers, Inc. prohíbe estrictamente represalias por problemas de pago de salarios.

Al firmar a continuación, estoy afirmando que he revisado mis ganancias por el mes de **OCT 2022-DEC. 31, 2022** y libero Halmilton Growers, Inc. de cualquier reclamo en el futuro. Estoy de acuerdo que me han pagado todas las horas, incluyendo las horas trabajadas de más de 40 durante una semana de trabajo. También estoy de acuerdo que el precio por el trabajo esta adecuada y esta correcta. También estoy de acuerdo que me ha pagado por todo el trabajo que complete por horas, en su caso, para ese periodo de pago, incluyendo cualquiera y todas las horas extras. Estoy de acuerdo que la cantidad de mis ingresos por el periodo que indicado anteriormente es exacta y representa la suma total de los pagos a los cuales tengo derecho. No me han exigido ni forzado a trabajar horas que no han sido registradas o después de haber checado la salida en el reloj y no tengo cualquier tiempo trabajado fuera del reloj.

Yo entiendo que estoy firmando esta forma por mi completa voluntad y sin presión alguna y no he sido amenazado o coaccionado a hacerlo por mi supervisor o cualquier otro miembro de la impresa. También entiendo la Programa de Pago de Garantía de los Empleados. Si mis ingresos son inexactos en cualquiera forma, entonces entiendo que no debo de firmar esta forma, pero en cambio estoy obligado a seguir la Programa de Pago de Garantía de los Empleados.

## Reconocimiento de Recibo de Reembolso de Ciertos Gastos a trabajadores H2A

Soy un trabajador H2A empleado por Hamilton Growers, Inc. Hamilton Growers sigue todo los requisitos de la ley para los trabajadores H2A. Hamilton Growers me proporcionó vivienda sin costo durante mi tiempo de empleo. Hamilton Growers también me reembolso durante mi primera semana laboral de empleo ciertos gastos en los que incurrí mientras obtenía la autorización para trabajar con Hamilton Growers y mientras viajaba a Hamilton Growers para aceptar el empleo. Hamilton Growers también me reembolsa los gastos de transporte más baratos y razonables que pagaré para viajar desde Hamilton Growers a mi ciudad natal.

El Pago Total de Mi Reembolso de Viaje para Diciembre 31, 2022 es: $ **214.00**

Mediante mi firma de este acuse de recibo de reembolso de ciertos gastos, Yo aseguró a Hamilton Growers que ya he sido reembolsado por todos los gastos.

_Rafael Joaquin_
Nombre de Empleado

_9139_
Numero de Empleado

_R.J.G_
Firma de Empleado

_01.03.2023_
Fecha

10.08.2022

Last Revised/Revisado por última vez:
**An Equal Opportunity Employer**
**Un empleador de igualdad de oportunidades**

Defs 000623

HAMILTON GROWERS, INC. | 2023

## Reconocimiento de Recibo de Reembolso de Ciertos Gastos a trabajadores H2A

Soy un trabajador H2A que es o será empleado por Hamilton Growers, Inc. (Hamilton Growers). Hamilton Growers sigue todas las directrices y requisitos de la ley para los trabajadores H2A. Hamilton Growers me proporciona vivienda sin costo alguno durante mi tiempo de empleo con Hamilton Growers. Hamilton Growers también me reembolsa durante mi primera semana laboral y en el 50% de mi contrato por ciertos gastos de viaje en los que incurrí al obtener la autorización para trabajar en Hamilton Growers y viajar a Hamilton Growers para aceptar el empleo.

Entiendo que un porcentaje de mi pago de viaje se paga durante mi primera semana laboral. Dependiendo de cuáles sean mis horas trabajadas durante mi primera semana laboral y la cantidad gastada en mi viaje, existe la posibilidad de que no reciba ningún reembolso de viaje durante mi primera semana laboral. Recibiré el reembolso de mi viaje restante o total al 50% de mi contrato.

Entiendo que debido a que otros trabajadores se fueron y no completaron sus contratos de trabajo, Hamilton Growers tomó la decisión de cambiar la forma en que se realiza el reembolso de los viajes, de acuerdo con lo que establece la ley.

La fecha de mi 50 % se indica a continuación.

Entiendo que, si abandono el trabajo o elijo irme antes del punto del 50% de mi contrato, no se me pagará el reembolso restante de mi viaje.

Gastos reembolsables, si es que los pague, incluyen:

1. Los gastos de transporte más económicos y razonables que pague para trasladarme de donde yo vengo hasta Hamilton Growers donde voy a trabajar.
2. Gastos de alojamiento que pagué por las noches que tuve que conseguirlo mientras esperaba la emisión de mi Visa H2A.
3. Reembolso por lo que pague de comidas desde el momento que deje mi aldea, pueblo, ciudad o lugar de los Estados Unidos para dirigirme a trabajar con Hamilton Growers hasta el momento en que llegue al lugar de Hamilton Growers. La tarifa de alimentos para 2023 es de $15.46 por día.
4. El costo de mi aplicación de Visa para los Estados Unidos (esta ya ha sido pagada por adelantado por Hamilton Growers en el año 2023)
5. La tarifa del cruce de fronteras a Estados Unidos.

**El reembolso total de mi viaje durante mi primera semana laboral es:** $ __232.5__ fecha de pago: 03/24/2023

**El reembolso total de mi viaje al 50 % de mi contrato es:** $ __189.39__ fecha de pago: 07/31/2023

**El total completo de mi viaje 2023 es:** $ __421.89__

Al firmar este **Recibo de Reembolso de Ciertos Gastos**, aseguro a Hamilton Growers que he sido reembolsado por todos los gastos que pagué, con el total que se registra arriba, dentro de mi empleo con Hamilton Growers en la temporada laboral de 2023.

Rafael Joaquin Guerrero                9139
Nombre de Empleado                    Numero de Empleado

R. J. G
Firma de Empleado                     Fecha

Michael

# HAMILTON GROWERS, INC. | 2022

## Reconocimiento de Recibo de Reembolso de Ciertos Gastos a trabajadores H2A

Soy un trabajador H2A que es o será empleado por Hamilton Growers, Inc. (Hamilton Growers). Hamilton Growers sigue todas las directrices y requisitos de la ley para los trabajadores H2A. Hamilton Growers me proporciona vivienda sin costo alguno durante mi tiempo de empleo con Hamilton Growers. Hamilton Growers también me reembolsa durante mi primera semana laboral en el empleo por ciertos gastos incurridos por mi mientras obtenía autorización para trabajar con Hamilton Growers y mientras viajaba hacia Hamilton Growers para aceptar el empleo.

Gastos reembolsables, si es que los pague, incluyen:

1. Los gastos de transporte más económicos y razonables que pague para trasladarme de donde yo vengo hasta Hamilton Growers donde voy a trabajar.
2. Gastos de alojamiento que pagué por las noches que tuve que conseguirlo mientras esperaba la emisión de mi Visa H2A.
3. Reembolso por lo que pague de comidas desde el momento que deje mi aldea, pueblo, ciudad o lugar de los Estados Unidos para dirigirme a trabajar con Hamilton Growers hasta el momento en que llegue al lugar de Hamilton Growers.
4. El costo de mi aplicación de Visa para los Estados Unidos (esta ya ha sido pagada por adelantado por Hamilton Growers en el año 2022)
5. La tarifa del cruce de fronteras a Estados Unidos.

El Pago Total de Mi Reembolso de Viaje para el 2022 es: $ 316.09

Mediante mi firma de de este acuse de recibo de reembolso de ciertos gastos, Yo aseguró a Hamilton Growers que ya he sido reembolsado por todos los gastos que pagué con el total que se registra arriba, en la primera semana de mi empleo con Hamilton Growers.

_____
Nombre de Empleado

_____
Firma de Empleado

2339
Numero de Empleado

04/29/2022
Fecha

# HAMILTON GROWERS, INC. | 2023

## Reconocimiento de Recibo de Reembolso de Ciertos Gastos a trabajadores H2A

Soy un trabajador H2A que es o será empleado por Hamilton Growers, Inc. (Hamilton Growers). Hamilton Growers sigue todas las directrices y requisitos de la ley para los trabajadores H2A. Hamilton Growers me proporciona vivienda sin costo alguno durante mi tiempo de empleo con Hamilton Growers. Hamilton Growers también me reembolsa durante mi primera semana laboral y en el 50% de mi contrato por ciertos gastos de viaje en los que incurrí al obtener la autorización para trabajar en Hamilton Growers y viajar a Hamilton Growers para aceptar el empleo.

Entiendo que un porcentaje de mi pago de viaje se paga durante mi primera semana laboral. Dependiendo de cuáles sean mis horas trabajadas durante mi primera semana laboral y la cantidad gastada en mi viaje, existe la posibilidad de que no reciba ningún reembolso de viaje durante mi primera semana laboral. Recibiré el reembolso de mi viaje restante o total al 50% de mi contrato.

Entiendo que debido a que otros trabajadores se fueron y no completaron sus contratos de trabajo, Hamilton Growers tomó la decisión de cambiar la forma en que se realiza el reembolso de los viajes, de acuerdo con lo que establece la ley.

La fecha de mi 50 % se indica a continuación.

Entiendo que, si abandono el trabajo o elijo irme antes del punto del 50% de mi contrato, no se me pagará el reembolso restante de mi viaje.

Gastos reembolsables, si es que los pague, incluyen:

1. Los gastos de transporte más económicos y razonables que pague para trasladarme de donde yo vengo hasta Hamilton Growers donde voy a trabajar.
2. Gastos de alojamiento que pagué por las noches que tuve que conseguirlo mientras esperaba la emisión de mi Visa H2A.
3. Reembolso por lo que pague de comidas desde el momento que deje mi aldea, pueblo, ciudad o lugar de los Estados Unidos para dirigirme a trabajar con Hamilton Growers hasta el momento en que llegue al lugar de Hamilton Growers. La tarifa de alimentos para 2023 es de $15.46 por día.
4. El costo de mi aplicación de Visa para los Estados Unidos (esta ya ha sido pagada por adelantado por Hamilton Growers en el año 2023)
5. La tarifa del cruce de fronteras a Estados Unidos.

El reembolso total de mi viaje durante mi primera semana laboral es: $ 181.98   fecha de pago: 03/24/2023

El reembolso total de mi viaje al 50 % de mi contrato es: $ 200.63   fecha de pago: 07/31/2023

El total completo de mi viaje 2023 es: $ 382.61

Al firmar este **Recibo de Reembolso de Ciertos Gastos**, aseguro a Hamilton Growers que he sido reembolsado por todos los gastos que pagué, con el total que se registra arriba, dentro de mi empleo con Hamilton Growers en la temporada laboral de 2023.

Pablo Castillo Olguin
Nombre de Empleado

2339
Numero de Empleado

*[firma]*
Firma de Empleado

_____
Fecha

An Equal Opportunity Employer          Revisado por última vez: 03.28.2023

Defs 000529

*Michael*

HAMILTON GROWERS, INC. | 2022

## Reconocimiento de Recibo de Reembolso de Ciertos Gastos a trabajadores H2A

Soy un trabajador H2A que es o será empleado por Hamilton Growers, Inc. (Hamilton Growers). Hamilton Growers sigue todas las directrices y requisitos de la ley para los trabajadores H2A. Hamilton Growers me proporciona vivienda sin costo alguno durante mi tiempo de empleo con Hamilton Growers. Hamilton Growers también me reembolsa durante mi primera semana laboral en el empleo por ciertos gastos incurridos por mi mientras obtenía autorización para trabajar con Hamilton Growers y mientras viajaba hacia Hamilton Growers para aceptar el empleo.

Gastos reembolsables, si es que los pague, incluyen:

1. Los gastos de transporte más económicos y razonables que pague para trasladarme de donde yo vengo hasta Hamilton Growers donde voy a trabajar.
2. Gastos de alojamiento que pagué por las noches que tuve que conseguirlo mientras esperaba la emisión de mi Visa H2A.
3. Reembolso por lo que pague de comidas desde el momento que deje mi aldea, pueblo, ciudad o lugar de los Estados Unidos para dirigirme a trabajar con Hamilton Growers hasta el momento en que llegue al lugar de Hamilton Growers.
4. El costo de mi aplicación de Visa para los Estados Unidos (esta ya ha sido pagada por adelantado por Hamilton Growers en el año 2022)
5. La tarifa del cruce de fronteras a Estados Unidos.

El Pago Total de Mi Reembolso de Viaje para el 2022 es: $ __316.66__

Mediante mi firma de de este acuse de recibo de reembolso de ciertos gastos, Yo aseguró a Hamilton Growers que ya he sido reembolsado por todos los gastos que pagué con el total que se registra arriba, en la primera semana de mi empleo con Hamilton Growers.

__JONATHAN CASTILLO TOVAR__
Nombre de Empleado

__9667__
Numero de Empleado

__[signature]__
Firma de Empleado

__04/29/2022__
Fecha

1 | An Equal Opportunity Employer          Revisado por última vez:4.27.2022

Defs 000314

**HAMILTON GROWERS, INC.** | **2023**

## Reconocimiento de Recibo de Reembolso de Ciertos Gastos a trabajadores H2A

Soy un trabajador H2A que es o será empleado por Hamilton Growers, Inc. (Hamilton Growers). Hamilton Growers sigue todas las directrices y requisitos de la ley para los trabajadores H2A. Hamilton Growers me proporciona vivienda sin costo alguno durante mi tiempo de empleo con Hamilton Growers. Hamilton Growers también me reembolsa durante mi primera semana laboral y en el 50% de mi contrato por ciertos gastos de viaje en los que incurrí al obtener la autorización para trabajar en Hamilton Growers y viajar a Hamilton Growers para aceptar el empleo.

Entiendo que un porcentaje de mi pago de viaje se paga durante mi primera semana laboral. Dependiendo de cuáles sean mis horas trabajadas durante mi primera semana laboral y la cantidad gastada en mi viaje, existe la posibilidad de que no reciba ningún reembolso de viaje durante mi primera semana laboral. Recibiré el reembolso de mi viaje restante o total al 50% de mi contrato.

Entiendo que debido a que otros trabajadores se fueron y no completaron sus contratos de trabajo, Hamilton Growers tomó la decisión de cambiar la forma en que se realiza el reembolso de los viajes, de acuerdo con lo que establece la ley.

La fecha de mi 50 % se indica a continuación.

Entiendo que, si abandono el trabajo o elijo irme antes del punto del 50% de mi contrato, no se me pagará el reembolso restante de mi viaje.

Gastos reembolsables, si es que los pague, incluyen:

1. Los gastos de transporte más económicos y razonables que pague para trasladarme de donde yo vengo hasta Hamilton Growers donde voy a trabajar.
2. Gastos de alojamiento que pagué por las noches que tuve que conseguirlo mientras esperaba la emisión de mi Visa H2A.
3. Reembolso por lo que pague de comidas desde el momento que deje mi aldea, pueblo, ciudad o lugar de los Estados Unidos para dirigirme a trabajar con Hamilton Growers hasta el momento en que llegue al lugar de Hamilton Growers. La tarifa de alimentos para 2023 es de $15.46 por día.
4. El costo de mi aplicación de Visa para los Estados Unidos (esta ya ha sido pagada por adelantado por Hamilton Growers en el año 2023)
5. La tarifa del cruce de fronteras a Estados Unidos.

**El reembolso total de mi viaje durante mi primera semana laboral es:** $ 137.87  fecha de pago: 03/24/2023

**El reembolso total de mi viaje al 50 % de mi contrato es:** $ 197.41  fecha de pago: 07/31/2023

**El total completo de mi viaje 2023 es:** $ 335.28

Al firmar este **Recibo de Reembolso de Ciertos Gastos**, aseguro a Hamilton Growers que he sido reembolsado por todos los gastos que pagué, con el total que se registra arriba, dentro de mi empleo con Hamilton Growers en la temporada laboral de 2023.

Jonathan Castillo Tovar            9667
Nombre de Empleado               Numero de Empleado

*[firma]*                          03/31/2023
Firma de Empleado                  Fecha

An Equal Opportunity Employer              Revisado por última vez:03.28.2023

Defs 000339

## **Acknowledgment of Receipt of Reimbursement of Certain Expenses for H2A Workers**

I am a H2A worker who is employed by Hamilton Growers, Inc. (Hamilton Growers). Hamilton Growers follows all H2A guidelines and law requirements. Hamilton Growers provides housing to me at no cost during my employment. Hamilton Growers also reimburses me during my first workweek and at my 50% point of my contract for certain travel expenses incurred to me with obtaining authorization to work at Hamilton Growers and traveling to Hamilton Growers in order to accept employment.

I understand a percentage of my travel pay is paid during my first workweek. Depending on what my hours worked are during my first workweek and what the amount spent on my travel pay, there is a possibility I will not receive any travel pay reimbursement during my first work week. I will receive my remaining (or my full amount) travel pay reimbursement at my 50% point of my contract.

I understand because of other workers leaving and not completing their work contracts Hamilton Growers made a business decision to change how travel pay reimbursement is done, according to what the law states.

The date of my 50% point is listed below so I know and understand my date.

I understand if I job abandon or choose to leave before my 50% point of my contract, I will not be paid my remaining travel pay reimbursement.

Reimbursable expenses, if I paid them, include:

1. The most economical and reasonable common carrier transportation charges for the distances involved that I paid from the place in which I came from in order to work for Hamilton Growers.
2. Lodging costs I paid for the nights I was required to obtain lodging while I awaited issuance of my H2A visa.
3. Reimburse for food I paid for from the time I left my home village, town or city or place within the United States from what I came to work at Hamilton Growers until I arrived at Hamilton Growers' location. The 2023 food rate is $15.46 per day.
4. The United States visa application fee (already paid up front by Hamilton Growers in 2023).
5. The United States border-crossing fee.

| 2 | [Type the document title] | **2023** |

- My total travel pay reimbursement during my first workweek is: $_____ pay date 03/25/2023

- My total travel pay reimbursement at my 50% point of my contract is: $_____ pay date 07/31/2023

The overall total for my 2023 travel pays is: $_____

By signing this **Acknowledgment of Receipt of Reimbursement of Certain Expenses,** I assure Hamilton Growers I have been reimbursed for all such expenses I paid, totaling the amount recorded above, within my employment by Hamilton Growers in 2023 work season.

_____          _____
Employee Print Name                                    Employee Number


_____          _____
Employee Signature                                       Date