IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>FILE NO.: 7:24-cv-00054-WLS |

## CERTIFICATE OF NEED TO FILE DISCOVERY IN SUPPORT OF DEFENDANTS' RESPONSE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION

Pursuant to Local Rule 5.1 and the M.D. Ga. CM/ECF Administrative Procedures manual, Defendants hereby certify their need to file discovery documents because they are being used in these proceedings to support Defendants' Brief In Opposition To Plaintiffs' Motion For Rule 23 Class Certification. Defendants filed the following discovery materials, which as a result, are being used in this litigation:

1.    Acknowledgment of Receipt of Reimbursement Forms with English Translation.

Respectfully submitted this 28th day of July, 2025.

                                              *s/Martin B. Heller*
                                              Martin B. Heller
                                              Georgia Bar No. 360538
                                              David Lerner
                                              Georgia Bar No, 853678

- 2 -

**FISHER & PHILLIPS LLP**
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30909
Telephone: (404) -231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendants

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing CERTIFICATE OF NEED TO FILE DISCOVERY IN SUPPORT OF DEFENDANTS' RESPONSE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION via ECF filing to the following counsel of record:

>Dawson Morton, Esq.
>Dawson Morton, LLC
>1003 Freedom Blvd.
>Watsonville, CA 95076

>James M. Knoepp
>Dawson Morton, LLC
>1612 Crestwood Drive
>Columbia, SC 29205

This 28th day of July, 2025.

>*s/Martin B. Heller*
>Martin B. Heller
>Georgia Bar No. 360538

- 3 -

FP 55470897.1