**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & ) | |
| VEGETABLE, INC., et al. ) | JUDGE W. LOUIS SANDS |
| ) | |
| Defendants. ) | CLASS ACTION |
| ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Local Rule 6.2, Plaintiffs move for an extension of fourteen (14) days for the filing of their Reply brief in support of their Motion for Rule 23 Class Certification. (ECF No. 37.) Plaintiffs' current submission deadline is August 11, 2025. Plaintiffs move for a revised submission deadline of August 25, 2025.

                                              Respectfully submitted,

                                              */s/ James M. Knoepp*
                                              James M. Knoepp
                                              Georgia Bar No. 366241
                                              Dawson Morton, LLC
                                              1612 Crestwood Drive
                                              Columbia, SC 29205
                                              Phone: (828) 379-3169
                                              jim@dawsonmorton.com

                                              Dawson Morton
                                              Georgia Bar No. 525985
                                              Dawson Morton, LLC
                                              1808 Sixth St.
                                              Berkeley, CA  94710
                                              Phone: (404) 590-1295
                                              dawson@dawsonmorton.com

                                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

                                    */s/ James M. Knoepp*
                                    James M. Knoepp
                                    Georgia Bar No. 366241

this 4th day of August, 2025.