IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & ) | |
| VEGETABLE, INC., et al. ) | JUDGE W. LOUIS SANDS |
| ) | |
| Defendants. ) | CLASS ACTION |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.4, Plaintiffs move for leave to file a Reply brief in support of their Motion for Rule 23 Class Certification (ECF No. 37) in excess of the ten (10) page limit. Specifically, Plaintiffs request leave to file a Reply brief with up to five (5) additional pages, for a total of fifteen (15) pages. Plaintiffs believe they need the additional pages to adequately address the arguments raised by Defendants in their opposition brief (ECF No. 58), which was thirty (30) pages.

Plaintiffs consulted Defendants prior to filing this motion and Defendants stated that they do not oppose the motion.

                                                     Respectfully submitted,

                                                 */s/ James M. Knoepp*
                                                 James M. Knoepp
                                                 Georgia Bar No. 366241
                                                 Dawson Morton, LLC
                                                 1612 Crestwood Drive
                                                 Columbia, SC 29205
                                                 Phone: (828) 379-3169
                                                 jim@dawsonmorton.com

        Dawson Morton
        Georgia Bar No. 525985
        Dawson Morton, LLC
        1808 Sixth St.
        Berkeley, CA  94710
        Phone: (404) 590-1295
        dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date I electronically filed the foregoing using the Court's CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Martin B. Heller
David Lerner
FISHER PHILLIPS LLP
1230 Peachtree Street NE
Suite 3300
Atlanta, GA 30309
mheller@fisherphillips.com
dlerner@fisherphillips.com

                                            */s/ James M. Knoepp*
                                            James M. Knoepp
                                            Georgia Bar No. 366241

this 18th day of August, 2025.