## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| **ARNULFO GARCIA-RAMOS**, *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| v. | : | **CASE NO:** |
| | : | **7:24-cv-54–WLS** |
| **KENT HAMILTON**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Reply Brief in Excess of Page Limit (Doc. 61) ("Motion"). Therein, Plaintiffs request the Court grant them leave to file a reply brief in support of their motion for Rule 23 class certification (Doc. 37) that exceeds ten (10) pages. Plaintiffs' counsel states five (5) extra pages are needed to adequately respond to Defendants' response. Plaintiffs represent that Defendants do not oppose the request.

Accordingly, Plaintiffs' Motion (Doc. 61) is **GRANTED**. Plaintiffs may file a reply brief of not more than fifteen (15) pages in length.

**SO ORDERED**, this 19th day of August 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1