# EXHIBIT T

# SECOND DECLARATION OF FLSA OPT-IN PLAINTIFF AND PROPOSED RULE 23 CLASS MEMBER RAFAEL JOAQUIN-GUERRERO

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, et al. | ) ) | ) |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION |
| v. | ) ) | |
| | ) | FILE NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & VEGETABLE, INC., et al. | ) ) | |
| | ) | JUDGE W. LOUIS SANDS |
| | ) ) | CLASS ACTION |
| Defendants. | ) ) | |

## DECLARATION OF RAFAEL JOAQUIN GUERRERO

1. As I stated in my previous declaration, I drove a forklift and was part of the sanitation team.

2. The sanitation team all had the same supervisor. During my time, Michael was the supervisor of the sanitation and maintenance group. The paystubs I received indicate the name of the supervisor by the paystub (sic), or they indicate the sanitation and maintenance group by using "Sani/Main". I have seen my co-workers' paystubs and I know their paystubs indicate the same thing.

3. Apart from people working sanitation, the only others included with the same supervisor were people in maintenance like the line mechanics and the warehouse machinery mechanics and two drivers who worked with the sanitation group hauling away what was not fit to sell and transporting products from other farms to be classified and packed at the defendants' warehouse.

4. The paystubs also usually indicate not just the name of the supervisor, but the type of work as well. I've attached an example where you can see the name of my supervisor ("Michael") and also the activity, which was "Sanitation Hourly – H2A" or sometimes "Maintenance Hourly – H2A." It will be possible to find all the names in the defendants' files if you look for everyone who had the same supervisor or the same work group indicated on their paystubs.

5. The sanitation work was both inside and outside the warehouse. We would clean all areas of the warehouse. Including the parts of the warehouse where packaging and

1

warehousing of products which were purchased (sic). For example, the packaging lines, the re-packaging area and the coolers and the shipping area. We also pick up (sic) products which have fallen or which cannot be sold. I understand that the product and the containers which were moved include products purchased by Southern Valley for resale. We would also pick up cardboard from the produce purchased. It was obviously from produce which had been purchased because the cardboard has the names of other companies which sell vegetables.

6. I swear under penalty of perjury under the laws of the United States that what is stated is true to the best of my recollection.

[signature]

_____

Rafael Joaquin-Guerrero

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, et al.  )<br>)<br>     Plaintiffs,                         )<br>                                                  **)**   CIVIL ACTION<br>v.                                              )<br>                                                  )   FILE NO.: 7:24-cv-00054-WLS<br>SOUTHERN VALLEY FRUIT &   )<br>VEGETABLE, INC., et al.           )   JUDGE W. LOUIS SANDS<br>                                                  )<br>     Defendants.                        )   CLASS ACTION<br>_____) | |

### DECLARACIÓN DE RAFAEL JOAQUÍN GUERRERO

1. Como he dicho en mi declaración anterior, maneje un forklift y era parte del equipo de sanitación.

2. El equipo de sanitación todos tuvimos el mismo supervisor. Durante mi tiempo era Michael el supervisor para el grupo de sanitación y mantenimiento. Los talones de pago que yo recibí indica el nombre del supervisor por el talón o indica el grupo sanitación y mantenimiento usando "Sani / Main." Yo he visto talones de mis compañeros de trabajo y yo sé que los talones de ellos también indiquen igual.

3. Aparte de personas dedicando a sanitación los únicos otros incluido con el mismo supervisor era personas de mantenimiento como los mecánicos de las líneas y de la maquinaria de la bodega y dos choferes que trabajaban con el grupo de sanitación llevando lo que no sirve para vender y llevando producto de otros ranchos a ser clasificado y empacado en la bodega de los demandados.

4. También normalmente los talones indican no solamente el nombre del supervisor, pero también el tipo de trabajo. Adjunto un ejemplo donde se puede ver el nombre de mi supervisor ("Michael") y también la actividad que era "Sanitation Hourly – H2A" o a veces "Maintenance Hourly – H2A." Sera posible encontrar todos los nombres en los archivos de los demandados mirando por todos que tuvieron el mismo supervisor o mismo grupo de trabajo nombrado en sus talones de pago.

5. El trabajo de sanitación era adentro y afuera de la bodega. Limpiamos todas las áreas de la bodega. Eso incluye las partes de la bodega donde empaquen y almacén productos comprados por ejemplo las líneas de empaque, el área de reempaque, y los coolers y el área de shipping. También recogemos producto que ha caído o que no pueden ser vendido. Yo entiendo que el producto y los contenedores que movieron incluye producto comprado por Southern Valley para vender de nuevo. También recogimos cartón usado

de los productos comprados fue obvio que era de productos comprados porque el cartón lleva los nombres de otras empresas que venden vegetales.

6. Juro, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo que se dice es cierto hasta donde yo recuerdo.

*R.J.G*

Rafael Joaquín Guerrero

INTERPRETER STATEMENT

I, Carlos Radillo, hereby state that I am Federally and CA state court certified as a Spanish language judicial interpreter, and that I have truly, accurately and to the best of my ability translated from Spanish to English the documents:

Declaration of Jose Antonio Rivera Reyes

Declaration of Rafael Joaquin Guerrero

Carlos Radillo, on August 22, 2025



Id: 9139  RAFAEL JOAQUIN GUERRERO  SSN: 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  Crew: MICHAEL  EIN: 58-2217832

Check: 486293  
Ck Dt: 04/01/2023  
From: 01/01/2023  Thru: 03/25/2023

1ST WK FOR SOME 40 HOURS OFFERED

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 03/19/2023 | MAINTENANCE HOURLY - H2A | 4.50 | | 13.67 | | | 61.52 |
| 03/20/2023 | MAINTENANCE HOURLY - H2A | 10.00 | | 13.67 | | | 136.70 |
| 03/21/2023 | MAINTENANCE HOURLY - H2A | 10.00 | | 13.67 | | | 136.70 |
| 03/22/2023 | MAINTENANCE HOURLY - H2A | 10.25 | | 13.67 | | | 140.12 |
| 03/23/2023 | MAINTENANCE HOURLY - H2A | 10.75 | | 13.67 | | | 146.95 |
| 03/24/2023 | MAINTENANCE HOURLY - H2A | 10.25 | | 13.67 | | | 140.12 |
| 03/25/2023 | MAINTENANCE HOURLY - H2A | 4.00 | | 13.67 | | | 54.68 |
| 03/25/2023 | GENERAL LABOR HOURLY - H2A | 5.00 | | 13.67 | | | 68.35 |
| Totals: | MAINTENANCE HOURLY - H2A | | | | | .00 | 885.14 |

| | Hrs Wrkd | Gross | Other Pay | Fed W/H | Soc Sec | Medi | St W/H | St/Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period | 64.75 | 885.14 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 885.14 |
| YTD | 144.55 | 1,891.52 | 446.50 | .00 | .00 | .00 | .00 | .00 | .00 | |

Vac Hrs Avail: .000   Sick Hrs Avail: .000   Other Hrs Avail: .000

PLS_000024



| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 05/15/2023 | MAINTENANCE HOURLY - H2A | 12.75 | | 13.67 | | | 174.29 |
| 05/16/2023 | GENERAL LABOR HOURLY - H2A | 5.25 | | 13.67 | | | 71.77 |
| 05/16/2023 | MAINTENANCE HOURLY - H2A | 5.50 | | 13.67 | | | 75.19 |
| 05/17/2023 | MAINTENANCE HOURLY - H2A | 11.75 | | 13.67 | | | 160.62 |
| 05/18/2023 | MAINTENANCE HOURLY - H2A | 10.50 | | 13.67 | | | 143.54 |
| 05/19/2023 | MAINTENANCE HOURLY - H2A | 11.50 | | 13.67 | | | 157.21 |
| 05/20/2023 | MAINTENANCE HOURLY - H2A | 4.75 | | 13.67 | | | 64.93 |
| Totals: | | | | | | .00 | 847.55 |

40 HOURS OFFERED

| | Hrs Wrkd | Gross | Other Pay | Vac Hrs Avail: .000 | | Sick Hrs Avail: .000 | | Other Hrs Avail: .000 | | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fed W/H | Soc Sec | Medi | St W/H | St/Local | Other Ded | | |
| Period: | 62.00 | 847.55 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | | 847.55 |
| YTD: | 600.05 | 8,118.29 | 446.50 | .00 | .00 | .00 | .00 | .00 | | | |

...ROAD  
Employee: RAFAEL JOAQUIN GUERRERO  
Id: 9139   SSN: 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   Crew: PS-SANI/MAIN  
ARN:       EIN 58-2217832  
40 HOURS OFFERED  
Check: 495971  
Ck Dt: 06/24/2023  
From: 05/01/2023   Thru: 06/17/2023

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 06/11/2023 | SANITATION HOURLY - H2A | 2.25 | | 13.67 | | | 30.76 |
| 06/12/2023 | MAINTENANCE HOURLY - H2A | 14.25 | | 13.67 | | | 194.80 |
| 06/13/2023 | GENERAL LABOR HOURLY - H2A | 4.75 | | 13.67 | | | 64.93 |
| 06/13/2023 | MAINTENANCE HOURLY - H2A | 8.00 | | 13.67 | | | 109.36 |
| 06/14/2023 | MAINTENANCE HOURLY - H2A | 9.75 | | 13.67 | | | 133.28 |
| 06/15/2023 | MAINTENANCE HOURLY - H2A | 12.00 | | 13.67 | | | 164.04 |
| 06/15/2023 | SANITATION HOURLY - H2A | 3.25 | | 13.67 | | | 44.43 |
| 06/16/2023 | MAINTENANCE HOURLY - H2A | 13.25 | | 13.67 | | | 181.13 |
| 06/17/2023 | MAINTENANCE HOURLY - H2A | 12.00 | | 13.67 | | | 16_.04 |
| Totals: | | | | | | .00 | 1,086.77 |

| Hrs Wrkd | Vac Hrs Avail: .000 | | Sck Hrs Avail: .000 | | | Other Hrs Avail: .000 | | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| | Gross | Other Pay | Fed Wh | Soc Sec | Medi | St Wh | St/Local | Other Ded | |
| Period: 79.50 | 1,086.77 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 1,086.77 |
| YTD: 907.65 | 12,321.83 | 446.50 | | .00 | | | | | |

Case 7:24-cv-00054-WLS   Document 63-1   Filed 08/25/25   Page 10 of 10

Employee: RAFAEL JOAQUIN GUERRERO
SSN: 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   Crew: PS-SANI/MAIN   Check: 497802
ARN:   EIN: 58-2217832   Ck Dt: 07/08/2023
40 hours offered   From: 05/01/2023   Thru: 07/01/2023

| Date | Type | Hours | Pieces | Rate | Prem Rate | Deductions | Earnings |
|---|---|---|---|---|---|---|---|
| 06/25/2023 | MAINTENANCE HOURLY - H2A | 4.017 | | 13.67 | | | 54.91 |
| 06/25/2023 | SANITATION HOURLY - H2A | 3.233 | | 13.67 | | | 44.20 |
| 06/26/2023 | MAINTENANCE HOURLY - H2A | 3.000 | | 13.67 | | | 41.01 |
| 06/26/2023 | SANITATION HOURLY - H2A | 1.750 | | 13.67 | | | 23.92 |
| 06/27/2023 | MAINTENANCE HOURLY - H2A | 8.000 | | 13.67 | | | 109.36 |
| 06/28/2023 | MAINTENANCE HOURLY - H2A | 6.000 | | 13.67 | | | 82.02 |
| 06/28/2023 | SANITATION HOURLY - H2A | 8.250 | | 13.67 | | | 112.78 |
| 06/29/2023 | MAINTENANCE HOURLY - H2A | 6.000 | | 13.67 | | | 82.02 |
| 06/29/2023 | SANITATION HOURLY - H2A | 4.750 | | 13.67 | | | 64.93 |
| 06/30/2023 | MAINTENANCE HOURLY - H2A | 6.500 | | 13.67 | | | 88.86 |
| 06/30/2023 | SANITATION HOURLY - H2A | 6.500 | | 13.67 | | | 88.86 |
| 07/01/2023 | MAINTENANCE HOURLY - H2A | 5.250 | | 13.67 | | | 71.77 |
| 07/01/2023 | SANITATION HOURLY - H2A | 4.500 | | 13.67 | | | 61.52 |
| Totals: | | | | | | .00 | 926.16 |

Vac Hrs Avail: .000   Sick Hrs Avail: .000   Other Hrs Avail: .000

| | Hrs Wrkd | Gross | Other Pay | Fed W/H | Soc Sec | Medi | St W/H | St/Local | Other Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| Period: | 67.75 | 926.16 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 926.16 |
| YTD: | 1,054.30 | 14,327.93 | 446.50 | .00 | .00 | .00 | .00 | .00 | | |



PLS_000027