EXHIBIT U

DECLARATION OF FLSA OPT-IN PLAINTIFF AND
PROPOSED RULE 23 CLASS MEMBER
JOSE ANTONIO RIVERA-REYES

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ARNULFO GARCIA-RAMOS, et al. ) | ) | |
| ) | | |
| Plaintiffs, ) | | |
| ) | CIVIL ACTION | |
| v. ) | | |
| ) | FILE NO.: 7:24-cv-00054-WLS | |
| SOUTHERN VALLEY FRUIT & ) | | |
| VEGETABLE, INC., et al. ) | JUDGE W. LOUIS SANDS | |
| ) | | |
| ) | CLASS ACTION | |
| Defendants. ) | | |

**DECLARATION OF JOSE ANTONIO RIVERA REYES**

1. My name is Jose Antonio Rivera Reyes. I worked as a forklift operator for the defendants every year between 2017 and 2023. My main supervisor was Mario Esparza. I drove a forklift in order to move boxes and produce which arrives at two parts of the packaging plant. Myself along with other forklift operators supervised by Mario Esparza did the same job.

2. The produce arrived at one part of the warehouse and myself and other forklift operators would transport this produce to be packaged. We unloaded and transported the produce to the packaging lines so it could be classified and/or bagged

3. In another part of the warehouse, in the shipping area, there are coolers which are gigantic refrigerators full of produce. I also would move produce from this area of the packaging plant. I took the produce from shipping to the packaging lines including tables which are used to re-package and two areas of the packaging plant which are air conditioned- the green bean line (like green beans) and the corn line. I transported produce from the shipping area every day.

4. The other forklift operators who were supervised by Mario Esparza did the same thing as me- they moved produce at both ends of the warehouse every day.

5. It is not true that the operators supervised by Mario Esparza would not transport produce from the shipping area. That happened every day. It's also not true to say that the produce in the coolers and in the shipping area didn't go to the packaging lines to be classified again or bagged. It was something that happened regularly. Produce from other companies would be taken to the lines or the tables so it could be classified,

1

2

       bagged and/or re-packaged.

6.     I swear under penalty of perjury under the laws of the United States that what is stated is true to the best of my recollection.

[signature]

_____

Jose Antonio Rivera Reyes

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO.: 7:24-cv-00054-WLS |
| SOUTHERN VALLEY FRUIT & ) | |
| VEGETABLE, INC., et al. ) | JUDGE W. LOUIS SANDS |
| ) | |
| Defendants. ) | CLASS ACTION |
| ) | |

**DECLARACIÓN DE JOSÉ ANTONIO RIVERA REYES**

1. Mi nombre es José Antonio Rivera Reyes. Yo trabajé como chofer de forklift para los demandados cada año entre 2017 y 2023. Mi supervisor principal era Mario Esparza. Manejé un montacargas para mover cajas y producto que viene a dos partes de la empacadora. Yo y los otros choferes de montacargas supervisado por Mario Esparza hicieron lo mismo trabajo.

2. En un parte de la bodega llega producto que yo y otros choferes de forklift llevábamos este producto a ser empacado. Descargábamos y llevemos el producto a las líneas de empaque para que puede ser clasificado y/o embolsado.

3. En otro parte de la bodega en el área de shipping hay coolers que son gigante refrigeradores llena de producto. Yo también moví producto de esta zona de la empacadora. Llevé el producto de shipping hacía las líneas de empaque incluso mesas que usan para re-empacar y dos áreas de la empacadora que están aire acondicionados—la línea de ejote (como frijoles verdes) y la línea de elote. Llevaba producto del área de shipping cada día.

4. Los otros choferes de montacargas quienes fueron supervisado por Mario Esparza hicieron el mismo que yo--movieron producto de los dos lados de la bodega cada día.

5. No es cierto que los choferes supervisado por Mario Esparza no llevaban producto del área de shipping. Eso sucedió a diario. También no es cierto decir que producto en los coolers y en el área de shipping no iban a las líneas de empaque para ser clasificado de nuevo o embolsado. Fue algo que pasó regularmente. Producto de otras compañías seria llevado a las líneas o las mesas para que se pueden clasificar, embolsar, y/o re-empacar los productos.

Juro, bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo que se dice es cierto hasta donde yo recuerdo.

*Jose Antonio Rivera Reyes*

_____

José Antonio Rivera Reyes

INTERPRETER STATEMENT

I, Carlos Radillo, hereby state that I am Federally and CA state court certified as a Spanish language judicial interpreter, and that I have truly, accurately and to the best of my ability translated from Spanish to English the documents:

Declaration of Jose Antonio Rivera Reyes

Declaration of Rafael Joaquin Guerrero

Carlos Radillo, on August 22, 2025