IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, PABLO CASTILLO-OLGUIN, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHERN VALLEY FRUIT & VEGETABLE, INC.; HAMILTON GROWERS, INC.; KENT HAMILTON; HAMILTON PRODUCE, L.P.; KENDA PROPERTIES, L.P.; WK HOLDINGS, LLC; and WKW, LLC,<br><br>    Defendants. | **CIVIL ACTION FILE**<br><br>**FILE NO.: 7:24-cv-00054-WLS** |

**DEFENDANTS' MOTION REQUESTING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY CERTIFICATION OF FLSA COLLECTIVE ACTION AND PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION**

Pursuant to Local Rule 7.5, Defendants hereby respectfully request an oral hearing before the Court on Plaintiffs' Motion for Preliminary Certification of FLSA Collective Action [Doc. 35], and Plaintiffs' Motion for Rule 23 Class Certification [Doc. 37]. Defendants filed a response to Plaintiffs' Motion for Preliminary Certification of FLSA Collective Action on July 3, 2025 [Doc. 42], and Plaintiffs filed their reply on July 17, 2025 [Doc. 55]. Defendants filed a response to Plaintiffs' Motion for Rule 23 Class Certification on July 28, 2025 [Doc. 58], and Plaintiffs filed their reply on August 26, 2025 [Doc. 63].

All briefing has been completed on both Motions, and Defendants believe that oral argument will be useful to the Court due to the complexity of the issues presented. Specifically, the complexity of the issues would be aided by an open argument and discussion of the merits, and the Defendants further believe that a hearing will allow the Defendants to articulate to the Court

the novel nature of some of Plaintiffs' claims, the unique and individual nature of the defenses, the nature of individualized discovery which does not support itself to class-wide review, and to update the Court on the latest changes to AEWR methodology from the US Department of Labor which Defendants contend provides further support to their arguments against prevailing wage application to Plaintiffs. Defendants also welcome an opportunity to address any questions the Court may have about the parties' respective positions.

Defendants respectfully move this Court to set Plaintiffs' Motion for Preliminary Certification of FLSA Collective Action and Plaintiffs' Motion for Rule 23 Class Certification for a hearing/oral argument. Defendants consulted with Plaintiffs with respect to this motion. Plaintiffs do not believe oral argument is necessary on the fully-briefed motions but are available to participate if it would assist the Court.

Respectfully submitted this 16th day of September, 2025.

*s/Martin B. Heller*
Martin B. Heller
Georgia Bar No. 360538
David Lerner
Georgia Bar No. 853678
**FISHER & PHILLIPS LLP**
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30909
Telephone: (404) -231-1400
Facsimile: (404) 240-4249
mheller@fisherphillips.com
dlerner@fisherphillips.com

Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing DEFENDANTS' MOTION REQUESTING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY CERTIFICATION OF FLSA COLLECTIVE ACTION AND PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION by electronic mail to the following counsel of record:

>Dawson Morton, Esq.
>Dawson Morton, LLC
>1003 Freedom Blvd.
>Watsonville, CA 95076

>James M. Knoepp
>Dawson Morton, LLC
>1612 Crestwood Drive
>Columbia, SC 29205

This 16th day of September, 2025.

>*s/Martin B. Heller*
>Martin B. Heller
>Georgia Bar No. 360538