IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARNULFO GARCIA-RAMOS, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | CASE NO: |
| v. : | 7:24-cv-54–WLS |
| KENT HAMILTON, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

Before the Court is Defendants' Motion Requesting Hearing on Plaintiffs' Motion for Preliminary Certification of FLSA Collective Action and Plaintiffs' Motion for Rule 23 Class Certification (Doc. 64) ("Motion for Hearing").

Plaintiffs' Motion for Preliminary Certification of FLSA Collective Action (Doc. 35) ("FLSA Motion") was fully briefed as of July 17, 2025, and Plaintiffs' Motion for Rule 23 Class Certification (Doc. 37) ("Class Action Motion") was fully briefed as of August 26, 2025. Defendants believe oral arguments would be beneficial to the Court and request a hearing be scheduled on the merits of the FLSA Motion and Class Action Motion. Defendant represents that Plaintiffs do not believe oral arguments are necessary.

A hearing on Rule 23 class certification is discretionary, and "failure to hold an evidentiary hearing . . . does not require reversal of the class certification unless the parties can show that the hearing, if held, would have affected their rights substantially." *Grayson v. K Mart Corp.*, 79 F.3d 1086, 1099 (11th Cir. 1996); *Heng v. Donald*, No. 7:08-CV-5, 2010 WL 497347, at *5 (M.D. Ga. Feb. 4, 2010) ("A court may hold an evidentiary hearing prior to granting or denying a motion for class certification, but one is not required." (citing *Grayson*, 79 F.3d at 1099)). Defendants do not contend, and the Court found no authority holding, that a hearing is required on the FLSA Motion.

Upon the Court's review of the Motion for Hearing and the bases for Defendants' request, and review of the FLSA Motion and Class Action Motion, the Court finds that oral

arguments may be beneficial to the Court's review and analysis of the FLSA Motion and Class Action Motion.

Accordingly, Defendants' Motion (Doc. 64) is **GRANTED**. An evidentiary hearing will be set on the FLSA Motion (Doc. 35) and the Class Action Motion (Doc. 37) by separate Order.

**SO ORDERED**, this 18th day of September 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**