

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

# CHRISTOPHER  J.  SCHULTE

was, on the ___7th___ day of ___May___ A.D. ___2012___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___25th___ day of ___November___ A.D. ___2025___.



*Angela D. Caesar* (signature)

**ANGELA D. CAESAR,** Clerk of Courts

By: ___/s/ Ángeles Brown___
**Deputy Clerk**